IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | 23-cv-16970 |
| -*vs*- ) | |
| ) | Judge Daniel |
| Thomas Dart, Sheriff of Cook ) | |
| County, and Cook County, Illinois, ) | |
| ) | |
| ) | |
| *Defendants.* ) | |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Rule 23(c)(1)(A) provides "[a]t an early practicable time after a person sues or is sued as a class representative, the court must determine by order whether to certify the action as a class action." Plaintiff Cuauhtemoc Hernandez, by counsel, moves the Court to certify this case under Rule 23(b)(3) of the Federal Rules of Civil Procedure for "all Cook County Jail detainees who have been assigned a cane, crutch, or walker by a jail medial provider and traversed the Cermak ramp between December 20, 2021 and the date of entry of judgment to resolve the issue under Rule 23(c)(4) whether the ramp complied with the structural standards required by the ADA and Rehabilitation Act between December 20, 2021 and the date of entry of judgment.

In support of this motion, plaintiff submits the accompanying memorandum explaining plaintiff meets each of the requirements of Rule 23(a) and (b)(3).

It is therefore respectfully requested that the Court certify this case under Rule 23(b)(3) of the Federal Rules of Civil Procedure to resolve an issue under Rule 23(c)(4).

Respectfully submitted,

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
pwm@morriseylawchicago.com
*an attorney for plaintiff*