IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 23-cv-16970 |
| -*vs*- | ) | |
| | ) | Judge Daniel |
| Thomas Dart, Sheriff of Cook | ) | |
| County, and Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Plaintiff Cuauhtemoc Hernandez, by counsel, moves for a two-week extension to file a reply in support of a motion for class certification.

Grounds for this motion are as follows:

1. The Court set a briefing schedule on plaintiff's motion to certify a class on January 24, 2024, with March 22, 2024 for plaintiff to file a reply. Dkt. 13, Minute entry.

2. Plaintiff's counsel is set for trial on March 13, 2024, in *Mendoza v. Dart*, 20-cv-260. The Court set aside one week for trial.

3. Plaintiff's counsel has been preparing for trial and has limited time during the week of March 18th to prepare a reply in support of his motion to certify a class.

4. Plaintiff requests a two-week extension, or until April 5, 2024, to file a reply.

5. Plaintiff shared a copy of this motion with defense counsel. Defense counsel does not oppose this motion.

It is therefore respectfully requested that the Court grant an extension of time until April 5, 2024, for plaintiff to file a reply in support of his motion to certify a class.

                                Respectfully submitted,

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
pwm@morrisseylawchicago.com
*an attorney for plaintiff*