IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | No. 23-cv-16970 |
| -*vs*- ) | |
| ) | Judge Daniel |
| Thomas Dart, Sheriff of Cook ) | |
| County, et. al., ) | |
| ) | |
| *Defendants.* ) | |
| ) | |
| ) | |

**NOTICE OF MOTION**

To: See ECF Service List

    Please take notice that on Wednesday, March 20, 2024, at 9:30 a.m. or as soon thereafter as this motion may be heard, I shall appear before the Honorable Jeremey C. Daniel, of the United States District Court for the Northern District of Illinois, Eastern Division, in Room 1419, 219 South Dearborn Street, Chicago, Illinois, or in the absence of said Judge, before any other Judge or Magistrate who may be sitting in place or stead of said Judge and then and there present Plaintiff's Motion for Extension of Time to File Reply in Support of Class Certification, Unopposed.

                                     /s/ Patrick W. Morrissey

                                     Thomas G. Morrissey, Ltd.
                                     10257 S. Western Ave.
                                     Chicago, Il. 60643
                                     (773)233-7901
                                     pwm@morrisseylawchicago.com