UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Cuauhtemoc Hernandez
                        Plaintiff,

v.                                                   Case No.: 1:23−cv−16970
                                                   Honorable Jeremy C. Daniel

Thomas Dart, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 18, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's unopposed motion for an extension of time [20] is granted. The plaintiff shall reply on or before April 5, 2024. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.