# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cuauhtemoc Hernandez
                        Plaintiff,

v.                                                       Case No.: 1:23−cv−16970
                                                              Honorable Sunil R. Harjani

Thomas Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 8, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: This case has been reassigned to the calendar of Judge Sunil R. Harjani. The deadline of April 5, 2024, for Plaintiff's reply brief for its motion to certify class stands. The Court will issue a ruling via CM/ECF. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.