# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cuauhtemoc Hernandez
                              Plaintiff,

v.                                              Case No.: 1:23−cv−16970
                                                Honorable Sunil R. Harjani

Thomas Dart, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 24, 2024:

    MINUTE entry before the Honorable Sunil R. Harjani: For the reasons stated in the Order entered this day, Plaintiff's motion for class certification [9] is denied without prejudice given that discovery has not yet commenced. An initial status hearing is set for July 23, 2024, at 9:15 a.m. by telephone. By July 16, 2024, the parties shall file a joint initial status report. A template for the Joint Initial Status Report can be found on the Court's web page. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.