## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Cuauhtemoc Hernandez
                              Plaintiff,
v.                                              Case No.: 1:23−cv−16970
                                                Honorable Sunil R. Harjani
Thomas Dart, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 18, 2024:

    MINUTE entry before the Honorable Sunil R. Harjani: Upon review of the Joint Initial Status Report [30], the Court sets the following schedule: (1) written discovery requests to be issued by 8/2/2024; (2) notices of depositions with agreed upon dates to be issued by 10/1/2024; and (3) all fact discovery, including class discovery must be completed by 2/28/2025. The Court asks the parties to complete all discovery before filing a renewed motion for class certification. No summary judgment motion may be filed until an in−person status conference has been held with the Court. This case is referred to the Magistrate Judge for discovery supervision (including adjusting all deadlines as needed), resolution of discovery motions, and settlement discussions. **Telephone conference previously set for 7/23/2024 is stricken. An in−person status hearing is set for 3/6/2025 at 9:15 a.m.** Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.