# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cuauhtemoc Hernandez
                          Plaintiff,

v.                                                  Case No.: 1:23−cv−16970
                                                                  Honorable Sunil R. Harjani

Thomas Dart, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 18, 2024:

    MINUTE entry before the Executive Committee: Case referred to the Honorable Keri L. Holleb Hotaling for all further proceedings pursuant to Local Rule 72.1. (rp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.