**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Cuauhtemoc Hernandez
                        Plaintiff,

v.                                                    Case No.: 1:23−cv−16970
                                                             Honorable Sunil R. Harjani

Thomas Dart, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 22, 2024:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: This matter has been referred to Judge Holleb Hotaling for discovery management and settlement. The District Judge has set several discovery dates which the Court adopts, including all fact discovery closure date (including class discovery) of 2/28/2025. The parties are to file an updated joint status report on 9/2/2024 detailing the progress of fact discovery and indicating what settlement efforts have been made to date and whether the parties are interested in a settlement conference at that time. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.