IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kavarian Rogers, individually and for a class, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| -*vs*- | ) No. 24-cv- ) |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) |
| | ) *jury demand* |
| *Defendants.* | ) |

# COMPLAINT

Plaintiff Kavarian Rogers, by counsel, alleges as follows:

1. This is a civil action arising under the Americans with Disabilities Act, 42 U.S.C. §12132, Section 504 of the Rehabilitation Act and the Illinois Civil Rights Remedies Restoration Act ("Restoration Act"), 775 ILCS 60/1 *et seq*. The jurisdiction of this Court is conferred by 28 U.S.C. §§ 1331, 1343, and 1367.

2. Plaintiff Kavarian Rogers was processed into the Cook County Department of Corrections (CCDOC) on April 2, 2020, and assigned booking number 2020-0402015. Plaintiff continues to be detained at CCDOC.

3. Defendant Thomas Dart is the Sheriff of Cook County. Under Illinois law, the Sheriff is responsible for individuals remanded to his custody.

4. Defendant Cook County, in collaboration with the Sheriff, is responsible for accommodating the needs of disabled individuals remanded to the Sheriff of Cook County. Defendant Cook County is also a necessary party in

this action pursuant to *Carver v. Sheriff of LaSalle County*, 324 F.3d 947 (7th Cir. 2003).

5.  Cook County owns all buildings at the Cook County Department of Corrections, including Division 9. Cook County controls all funding for renovating county owned buildings.

6.  Construction of Division 9 commenced after March 7, 1988.

7.  From March 7, 1988 to December 31, 1992, the Sheriff's Office received federal financial assistance for the benefit of the CCDOC.

8.  From March 7, 1988 to December 31, 1992, Cook County received federal financial assistance for the benefit of the CCDOC.

9.  According to the Sheriff's website, Division 9 opened in "December of 1992" and currently "is comprised of two interconnected three-story buildings, houses general population individuals in custody with medium and maximum security classification" and "also houses the Rehabilitation Units which house individuals in custody who have been found in violation of the rules and regulations of the facility, and Protective Custody for maximum security individuals in custody."

10. In 2020, the plaintiff sustained a gunshot wound to the left side of his head. This injury substantially impaired plaintiff's ability to use his right hand and right leg. As a result of this injury, plaintiff is substantially limited in the activity of moving from place to place and standing.

11. Plaintiff requires accommodations to perform everyday life activities, including ambulating, showering, and toileting.

12. Despite the obvious physical mobility impairment, the CCDOC only permits plaintiff to use his walker when traveling off his living unit.

13. Medical staff at the CCDOC provide orders for an individual, like plaintiff, to be permitted to use a cane, crutch, or walker.

14. Over the past two years, more than 30 inmates prescribed a cane, crutch, or walker have been housed in Division 9.

15. It is the policy of the Sheriff to designate Division 9 as an appropriate housing location for detainees with mobility disabilities that require auxiliary aids, such as a cane, crutch, or walker.

16. Plaintiff has been assigned to Division 9 for about two years. Presently, the plaintiff is housed on Tier 1D.

17. Defendants Dart and Cook County know detainees with mobility disabilities that require auxiliary aids but do not require medical housing are housed in Division 9 without accessible showers and toilets.

18. There are no grab bars on any Division 9 tier to help an inmate toilet and shower.

19. There are no mounted shower seats for any detainees to use in Division 9.

20. In April of 2018, the Sheriff's ADA Compliance Officer, Sabrina Rivero-Canchola, prepared a "FY19 Business Case" seeking Cook County to conduct an ADA Assessment and Improvements for several divisions, including Division 9. A relevant portion of this Business Case states:

-3-

> **2** **Background**
>
> **What history led to this project?**
>
> Division 10 is a maximum security division with no ADA compliant housing. Detainees with mobility disabilities that require auxiliary aids, but do not require medical housing, are housed in divisions 2, 4, 6, 9 and 10. The only ADA housing (housing that complies with 2010 design standards) that currently exists for detainees with mobility impairments is the RTU and Cermak. The ADA requires us to house detainees in the most integrated setting. Having no ADA compliant housing other than divisions 8 and 08, severely restricts are ability to house detainees in the most integrated setting while making sure they have access to accessible cells, toilets and showers. This creates difficulties with bed control, and also leads to litigation.
>
> **What are the motivating issues/concerns behind this request?**
>
> The ADA requires us to house detainees in the most integrated setting. Having no ADA compliant housing other than divisions 8 and Cermak, severely restricts are ability to house detainees in the most integrated setting while making sure they have access to accessible cells, toilets and showers. This leads to litigation.
>
> **What is the current business process as it relates to this project?** (Explain the specific physical or logistical issue that wish to be alleviated by this project)
>
> Example: We intake people at the main facility and then send them to neighborhood service providers, We rent facilities to accommodate training ten times a year, People are lining up around the block to access services in inclement weather, etc.
>
> bed control, housing and litigation.

21. The shower floor is slippery and plaintiff is unsteady when he attempted to engage in the program or activity of showering. The absence of a mounted shower seat and grab bars has caused plaintiff and similarly situated disabled inmates the inability to shower on the same basis as abled body inmates. Plaintiff has fallen and sustained physical injuries while using the inaccessible shower in Division 9.

22. Plaintiff is unable to toilet on the same basis as non-disabled detainees because he is not provided an accessible toilet with grab bars.

23. Plaintiff has experienced and continues to experience pain when engaging in the program or activity of showering and toileting.

24. There is no adequate remedy for the refusal of the Sheriff and Cook County to accommodate Division 9 inmates prescribed a cane, crutch, or walker.

25. Despite grievances seeking an accommodation to shower and toilet, defendants refuse to take action to provide plaintiff an assessable toilet and shower. In response to one grievance where plaintiff complains of a need for a

handicap accessible shower and repeated complaints to staff, ADA Compliance Officer Rivero-Canchola wrote, "Detainee Rogers is being housed according to the medical classification assigned to him by Cermak. He is independent in his [redacted] (includes showers) and should not require an accommodation. If you feel this is incorrect, please fill out a health service req form to speak with a doctor about your concerns."

26. Plaintiff, who remains at the CCDOC and continues to be subjected to the above-described policy to house mobility impaired detainees to Division 9, brings this action pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure to obtain prospective relief for all inmates housed in Division 9 at the CCDOC prescribed a cane, crutch, or walker by the medical staff.

27. Plaintiff also requests that the Court certify this case under Rule 23(b)(3) of the Federal Rules of Civil Procedure for all inmates housed in Division 9 at the CCDOC after May 8, 2022, prescribed either a crutch, cane, or walker.

28. At all relevant times, defendants Dart and Cook County have been and continue to be deliberately indifferent to plaintiff's rights under the Americans with Disabilities Act and Rehabilitation Act.

29. Plaintiff hereby requests trial by jury on his claim for damages.

It is therefore respectfully requested that appropriate injunctive relief be granted for the class of persons housed in Division 9 of the CCDOC prescribed a cane, walker, or crutch and that the Court enter appropriate relief pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure. Plaintiff also requests that the Court grant whatsoever other relief as may be appropriate under federal and

state law, including an award of attorney's fees and costs. In the event the plaintiff is unable to establish compensatory damages, the plaintiff requests an award of nominal damages.

/s/ Patrick W. Morrissey
ARDC No. 6309730
Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, Illinois 60643
(773) 233-7900
pwm@morrisseylawchicago.com
*Attorneys for Plaintiff*

| (Do Not Modify) Bed Assignment | (Do Not Modify) Row Checksum | (Do Not Modify) Modified On | Status | Inmate | Bed | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| 7f93e324-80fb-ee11-92ff-00155de79129 | J31rFr09RKkKBBw/LcSYMPTyg4/1CD4+JCKv/vfkBtt6IuwrQlFovDrx9LrjMCwCItBJyZH6mjQTsFCwcB7WuQ== | 4/15/2024 23:30 | Active | Kavarian K Rogers | DIV9-1D-1190-1 | 4/15/2024 18:30 | |
| cb5096b4-34f9-ee11-92fd-00155dd6a519 | sVVdJ6qJ/KxBCizFLAxBnD/IDN3Wpwj2gLgCbQH88CyLfebr927W3F/GH62SxKteqFf1dSk0iiZAlojhux9Q6A== | 4/15/2024 23:29 | Inactive | Kavarian K Rogers | DIV9-2A-2132-1 | 4/12/2024 20:25 | 4/15/2024 18:30 |
| 4339b52c-8bf7-ee11-92f7-00155dd6a524 | I/FqH/91YDKg6UM3InLxTQotwOH33jdav7+N4C5H1SgyHaknxV8LpxGjxOlrcJIFNjW4WQOHOi3n2inT4PXkLQ== | 4/13/2024 0:54 | Inactive | Kavarian K Rogers | DIV8-3W-3213-1 | 4/10/2024 17:30 | 4/12/2024 19:30 |
| 213243f1-70f7-ee11-92f7-00155dd6a524 | GftZJ1zHFvUYwD0Qcyf1+IXRC5bmCodrVcxNYmLD9te0F/db3uDmEe9nq6FwFLgUHg4lZYIVBCcYxqCPmpPJcQ== | 4/10/2024 22:38 | Inactive | Kavarian K Rogers | DIV 15-HP-HOSPITAL-GENERAL | 4/10/2024 14:30 | 4/10/2024 17:30 |
| c7540d24-2b92-ed11-b83a-00155dd6a41e | 5HzDY5pwaFjhAaTi1pr+eDcnS5nTh+axNOAvDiQV0kW5asahomY8fW/gtoW+bzxVOFN9dcm60HFjRdJFE60cBQ== | 4/10/2024 16:53 | Inactive | Kavarian K Rogers | DIV9-2C-2158-1 | 1/11/2023 21:30 | 4/10/2024 10:00 |
| e875bc70-358d-ed11-b839-00155dd6a41e | wqhR1GEs+jMrZZLBK+U27mq2MjptHS5YA1BhsJ0JS9IxzUT096Jal0M+8a2Yphb7lVPTjgCfWQ1awgwix+HlWw== | 1/12/2023 3:41 | Inactive | Kavarian K Rogers | DIV9-2H-2059-1 | 1/5/2023 14:00 | 1/11/2023 21:30 |
| f4ad94d4-2e8d-ed11-b836-00155d9ac01d | w1ONxx358iEn2bNEqDiHRgkCGAB73hkZXQbbpuSoCUvE+ruJTvKNsPC4QH2atFdZeENFicMITfamxYlq5noODg== | 1/5/2023 20:13 | Inactive | Kavarian K Rogers | DIV9-2B-2310-1 | 1/5/2023 12:30 | 1/5/2023 14:00 |
| 19db7436-417e-ed11-b832-00155de79261 | HXKOWIWcLYxxjOpyYmhOnYK9UqT/nN3vUcUhzw86fWDXizNcnKB66FdnW3rxE2J5HqrLMPDG0rc2PfCmDflO/w== | 1/5/2023 19:24 | Inactive | Kavarian K Rogers | DIV9-2D-2183-1 | 12/17/2022 13:00 | 1/5/2023 8:00 |
| 270c325e-3279-ed11-b838-00155de79017 | CWgDEFEC0cad0EmgNQxbA5xOiHZvSUA8xBmlKFzZ7ggjyuTg5qOkzp0mUYeMXWoLHy0WBgyGLX3P/9aA3wHUvg== | 12/17/2022 18:57 | Inactive | Kavarian K Rogers | DIV9-1H-1062-1 | 12/11/2022 3:00 | 12/17/2022 12:30 |
| ffc3330e-945c-ed11-b82f-00155d9ac22e | EwUdF3pYFbYDJTGtmiPkcAdJqSMP9k0MJzBt923aVRXZss3vENT40VmfPVn2PqAXdFF9CQiVJqRwBeaEodXaEg== | 12/11/2022 9:00 | Inactive | Kavarian K Rogers | DIV9-2C-2166-1 | 11/4/2022 18:00 | 12/11/2022 3:00 |
| 9d7fbe32-9f30-ed11-b194-00155dd6a61c | n/3X7FNseoZb7QHDQ5g9XFfJ3WynM9ekbH50xe5FJdzGz88XSSR/9lMRtyMWvdWW8CpBpYpBxxqowuv/mmL4Ag== | 11/4/2022 22:57 | Inactive | Kavarian K Rogers | DIV8-1B-1107-1 | 9/9/2022 19:30 | 11/4/2022 18:00 |
| 002a1115-e82f-ed11-819c-00155de79222 | bPUV49MWqOaBHZg6AUxmYd5YnnFAuGAKOmat4XJZm419hywcWotuX+9nM3T4LvJbL3J0EivUwhjFx4I3IKxmcQ== | 9/10/2022 0:26 | Inactive | Kavarian K Rogers | DIV9-1H-1058-1 | 9/8/2022 21:30 | 9/9/2022 19:30 |
| ebafc276-bd24-ed11-8193-00155dd6a61c | 41jWxQAu7L6oPLtj7V1LgLm7M9USDAxAB0GGX3wsKL4V69RI/SXbRVfSpHf+rvGwvX2IHdYxhS587vjo6d/xWg== | 9/9/2022 2:35 | Inactive | Kavarian K Rogers | DIV9-3F-3028-1 | 8/25/2022 16:30 | 9/8/2022 21:30 |
| 593efd4d-4318-ed11-8193-00155de79206 | 2vrJncPzwbfgrvMaWSw95KaaeCG3VMAmT0Un0vn4fFpi5SzamHKgJmXDbQSnHOHJEsayeDKSCuS3vMcCMUbpzQ== | 8/25/2022 21:30 | Inactive | Kavarian K Rogers | DIV9-3F-3225-1 | 8/9/2022 19:30 | 8/25/2022 16:30 |
| 2701c53f-e616-ed11-818a-00155de79216 | /+eIDVID3ZaKlkQ8CqWKsiGaipnRTXcZ063aReO4FgY+tBS3Ct9INHpUbQxms86LILBfKh0aKG5onrc53ay3VA== | 8/10/2022 0:27 | Inactive | Kavarian K Rogers | DIV9-1G-1090-1 | 8/8/2022 1:30 | 8/9/2022 19:30 |
| a1d72a53-26c4-ec11-8188-00155dc15855c | Z62kfXsefkIWLeSyNPt1l3rqC+LsSN7ymAxTMzEnbrscs7P2CD4idWAxe+ILAw/D7wXRWLPTp8bEK9Px7/g9xA== | 8/8/2022 6:48 | Inactive | Kavarian K Rogers | DIV9-2C-2162-1 | 4/24/2022 18:00 | 8/8/2022 1:30 |
| 5db1d4d9-b8c1-ec11-8188-00155dc15855c | yIX3FkN+5Tfb4s84yXmLflqYQJWyeOoJVEbHd5lVQRcgGzyRV2b1J5LzHhcAkzRFAqWqXbOshmFaXBqug0tkrQ== | 4/24/2022 22:57 | Inactive | Kavarian K Rogers | DIV9-2B-2105-1 | 4/21/2022 16:00 | 4/24/2022 18:00 |
| 86118ab8-98c1-ec11-8184-00155d158597 | ofLmo0OuK4HX8SglSC90nJjGWRxIeYwJWnOqCK/JQdORSApkjOnlMgtb+0+aDPI0QXlypWeg3gj4faYARU7wJQ== | 4/21/2022 21:05 | Inactive | Kavarian K Rogers | DIV08-4A-5-2 | 4/21/2022 12:30 | 4/21/2022 16:00 |
| 7985cd00-81c1-ec11-8184-00155d158597 | Uvu5/m+i7aU5anmJsgA2gU6FyLelUBXZYJNSXxS1MqjhNZDT3a3PX1hLQlFd9/zvxhzEAUGXC3B9fV4bhkIv6Q== | 4/21/2022 17:29 | Inactive | Kavarian K Rogers | DIV08-4A-8-2 | 4/21/2022 9:30 | 4/21/2022 12:30 |
| d1314e03-42bb-ec11-8183-00155de791c1 | OQY1ko0QTsB5XnBCDKwIwJa5gV43XubNr4kAXP1NWi+LW9ss0yswbumDxkGurw+49ubbijRmtLP1Y0FJ/Vlesw== | 4/21/2022 14:39 | Inactive | Kavarian K Rogers | DIV08-3H-D6-36 | 4/13/2022 10:30 | 4/21/2022 9:30 |
| 1df45c53-0abb-ec11-8194-00155dd6a5b9 | Tasf3wqq/snfEceraINEUTzd/SwHcfu0LWVVba4DBVu7CymBEtDHvoQGzZ6zYeZJd9O2+wuF63kME5J2hyRYpA== | 4/13/2022 15:53 | Inactive | Kavarian K Rogers | DIV08-3G-D5-10 | 4/13/2022 3:00 | 4/13/2022 10:30 |
| e5a4d06a-948f-ec11-8186-00155dc15855c | wcwtXAyCzobizWbuaCXdlvDCUmULLUvsjUnVdSEPIBnM1s38x1KGZgRhBHs2bsJYptNVAxRVDKBaudM3kBYzspQ== | 4/13/2022 9:14 | Inactive | Kavarian K Rogers | DIV08-3H-D6-6 | 2/16/2022 19:30 | 4/13/2022 4:00 |
| 063d1772-138b-ec11-8190-00155dd15855b | hVGqzmmxdMo7pQ9GgiRVVd29Eb6T6VXJwh4+6DfRcghXTLniwdCntSVZYE7uFW+iwG82tEzh0vyLFm34sYpYrA== | 2/17/2022 1:45 | Inactive | Kavarian K Rogers | DIV8-3N-3247-4 | 2/11/2022 2:00 | 2/16/2022 19:40 |
| 40bd56d9-7b88-ec11-8190-00155dd15855b | 5O4Bs16hF5TgfP8FqjVZUeRCCKL8vwv9esT9dso++LmrV/aiDSqoRyz/eUcOI5x2AgYG+IknWRqc0Zhh4k8l5Q== | 2/11/2022 8:19 | Inactive | Kavarian K Rogers | DIV 15-HP-HOSPITAL-GENERAL | 2/7/2022 21:05 | 2/11/2022 2:00 |
| cad838b3-a849-ec11-8186-00155dc9ac12e | 7qskQqm9VTTqBaJyIbFUftWVKjtqzV/aXaLd0QVhocw5wS7HOfnrCUC87IJGiu2jckXo8m8RuEVrvaL9C5kLxg== | 11/20/2021 2:28 | Inactive | Kavarian K Rogers | DIV10-4D-4420-2 | 11/19/2021 20:30 | 11/19/2021 20:30 |
| 2d402d9d-a949-ec11-8186-00155dc9ac12e | h91m3wa29CM8S3mMMHksyEkJ5Mi+O9BLzdq5ApnwYXJ3PSezJGZEHbTOqaXsIJXCZMYfWVgBXqPTn9AqXfOTmA== | 2/8/2022 1:07 | Inactive | Kavarian K Rogers | DIV10-4D-4402-1 | 11/19/2021 20:30 | 2/7/2022 19:00 |
| f57f910c-a349-ec11-8186-00155dc9ac12e | u4Tr7am3CTUXkf8UoKAly/R9ooyh08vYGLDjSvodbf8jUgl0XkJ6kSugF5rDqGFJtyyXxsu4HB7BmgY50XsntQ== | 11/20/2021 2:18 | Inactive | Kavarian K Rogers | DIV10-3A-3123-1 | 11/19/2021 19:30 | 11/19/2021 19:30 |
| 4e3a80be-ad48-ec11-8178-00155d1584e7 | zJq78XCf66tI1Ta3r/mZK5fQlc5JRkY5jPefKlQdavoPQ20mwFN6QKP9QVvFMkzxWNGmCtmfATDG40qvFoFs+w== | 11/20/2021 1:41 | Inactive | Kavarian K Rogers | DIV9-2D-2185-1 | 11/18/2021 14:30 | 11/19/2021 19:30 |
| 914b6e56-2344-ec11-8177-00155de79132 | a5r58+K4dhdWUvqMtKmvOTKCz02Q7C0G38rWoQ3vEQggPv+V7MGStM6jMa40veunKccOXNOTRrhryPHE29rIXw== | 11/18/2021 19:41 | Inactive | Kavarian K Rogers | DIV08-3A-7-1 | 11/12/2021 19:00 | 11/18/2021 13:30 |
| 1f93718f-1b44-ec11-8177-00155de79132 | 98zICrx36D9a8YoRmk74ZsdmXwXu6JXMdSQ4P4NhYaV3nXuSgzK9iYmcvlXEZHkOkjnYs3pk5ouWOZMjzsMSEA== | 11/13/2021 1:44 | Inactive | Kavarian K Rogers | DIV08-3A-10-1_X | 11/12/2021 18:30 | 11/12/2021 19:00 |
| e5960605-3237-ec11-817c-00155de79142 | jPUYC/K+pp3Hd29t5wa0+qO+YQwIAi+sL/cYnFsIRJqo9kPqK/l8hYy0oeW2saf+1eqwcTFjtOt4u9dpF4a99A== | 11/12/2021 23:34 | Inactive | Kavarian K Rogers | DIV10-4D-4409-1 | 10/27/2021 9:00 | 11/12/2021 17:30 |
| ad7cf62c-ac33-ec11-8177-00155de79132 | 3/h4C7KSQW6cwsBbwGTSz0NcQwEbsWFhuuG1Qv4sZxED/26YcuvszDPRttfdGay8sbjeHZNyeOCx7WweKC8DWw== | 10/27/2021 14:26 | Inactive | Kavarian K Rogers | DIV10-1D-1421-1 | 10/22/2021 21:00 | 10/27/2021 9:00 |
| f97aff73-f630-ec11-817b-00155de79142 | GDvWPak9QVyzaqiAN9P73Ce71U7GDFUVTCiyxBepuffqgbpJrtqxbKnCN71FzJDtQL1S1NvlGcQ1rE08iF4OjQ== | 10/23/2021 2:04 | Inactive | Kavarian K Rogers | DIV08-5A-2-2 | 10/19/2021 11:00 | 10/22/2021 21:00 |
| e0bff91d-d12d-ec11-8179-00155dd6a534 | NhjX0FI2K/M6OhmAJpIPAD++krD9bN/WlUQ8FudjipNwtII2EThcEucrxwr2IsAjTvzfAcj3ToyW/nghb0YsQQ== | 10/19/2021 16:05 | Inactive | Kavarian K Rogers | DIV10-1D-1424-1 | 10/15/2021 11:00 | 10/19/2021 11:00 |
| eb1f4fd5-422d-ec11-817b-00155de79142 | upQRMHLm7O/KTU7pGhYyxCk+5aenavwRHuSsLrWgZ0tCJIOMv5TL0KablsolMmTu2+uQE8HELACqFSCpvGjjGg== | 10/15/2021 16:00 | Inactive | Kavarian K Rogers | DIV10-2C-2320-1 | 10/14/2021 18:00 | 10/15/2021 11:00 |
| 1fd651ad-b52b-ec11-8179-00155dd6a534 | LQ/itZgMwAVTAZFdAusN3xuvBf+zmKsAMuBVKhXB9yu7o7tisRdKF0QSBg+mbFjDyB7XFT8NBkRi+SZekjLUug== | 10/14/2021 23:01 | Inactive | Kavarian K Rogers | DIV08-3G-D5-6_X_C | 10/12/2021 18:30 | 10/14/2021 18:00 |
| 8998ba73-e90f-ec11-8177-00155dd6a517 | dByL8+2d8CpPkICnhEZZI4xNzKolU/nWqlJ4HbVUThehTwW6SXePt6KcWNn4YRAsJTqi1I08jZNw50OPmZI79A== | 10/12/2021 23:39 | Inactive | Kavarian K Rogers | DIV08-4C-D2-6_X | 9/7/2021 9:30 | 10/12/2021 18:30 |
| c84c6ee0-310b-ec11-8174-00155dd6a508 | H0grAFLba5YGOLhPq/08sbxc/QiZAhsZh974smtpJvOYM0T6X2hAqu/5ipGzPLNj+tCSJYK9yTkm3WBh2rs5DA== | 9/7/2021 14:38 | Inactive | Kavarian K Rogers | DIV08-4A-4-2 | 9/1/2021 9:30 | 9/7/2021 9:30 |
| 59ff20f2-1903-ec11-8178-00155de79118 | Y2mAZSc4lyJ+Fy1t9bpMwRekTy2OXzANA7Bj+G9yFo6EWgK0J1msMk2MJ+B3q5F2+31FfCvBDJk3il3xp8k94g== | 9/1/2021 14:32 | Inactive | Kavarian K Rogers | DIV08-3E-4-1 | 8/22/2021 14:30 | 9/1/2021 8:00 |
| 70971adb-0d03-ec11-8178-00155de79118 | cC7fG3Gnyq+LhhhjvtSHoQZjl8I2JDzWa7m98Uol/Bffew4doH5WHIfQzWDTzFdH34pc6mZjVaoy2GxZ5dcGrQ== | 8/22/2021 7:18 | Inactive | Kavarian K Rogers | DIV08-4A-7-1 | 8/22/2021 1:00 | 8/22/2021 1:00 |
| 8e50f8a9-57f8-eb11-8177-00155dd6a509 | JDmabntIfuF8TR/bOq097TsbrtChdsYyduarKPD/na1N08lkji26rUKZRwM25TxE313i0ItZ4ZCKMWjchLLEJQ== | 8/22/2021 5:52 | Inactive | Kavarian K Rogers | DIV08-4C-D2-4 | 8/8/2021 9:30 | 8/22/2021 1:00 |
| 8dd51d9e-28f8-eb11-8175-00155de7910e | AzZ32GA5wUzz1+U9AN6rzDC7EMYaBY4oeR7y9MyxBB6IY5TQcddfFedjdJ0jupQTzgbB5PsAdmZ9gtIU5IW5Z0Q== | 8/8/2021 14:47 | Inactive | Kavarian K Rogers | DIV 15-HP-HOSPITAL-GENERAL | 8/8/2021 4:00 | 8/8/2021 9:30 |
| 274dcff9-0bf6-eb11-8181-00155d1584ad | VY9KhLEu3DYt9FOTmouqYYml/u0amlexi6oNxm5IqNIN62WtkD+srgNeA2PGlIG9sboZHva+gyEwdQGGjABoUg== | 8/8/2021 9:10 | Inactive | Kavarian K Rogers | DIV08-4C-D2-4 | 8/5/2021 11:30 | 8/8/2021 4:00 |
| 68911010-b1f2-eb11-8177-00155dd6a509 | X3MUUTEL8JLvUKgi2RqR3+RJbKTJm1iNALZ/EamdWltQipA+QtPlQg5aozs7tAUMPg/0ilfh5PZxe9g3b/jRTQ== | 8/5/2021 16:40 | Inactive | Kavarian K Rogers | DIV08-4A-1-2 | 8/1/2021 5:00 | 8/5/2021 11:30 |
| 79e6fa73-6ef2-eb11-8177-00155dd6a509 | Ljvw8swixzuHBsCYKoZ8f5LosFefdq6fmemx/Wyo2mQQlUpTroj7KaYhnl+tITjdY/sgR0d0ALCMnn6TKhwdyw== | 8/1/2021 10:12 | Inactive | Kavarian K Rogers | DIV08-5A-2-1 | 7/31/2021 21:30 | 8/1/2021 5:00 |
| af1e0f7c-6cf2-eb11-8177-00155dd6a509 | FG/0r56H4FyLnOYeC5baP3DWiuttw3v4fauCIB4F9m/nA8XBed/GjcRR8VSr7qKEa+VDS6S6+ogIMNWIGOTuJA== | 8/1/2021 2:14 | Inactive | Kavarian K Rogers | DIV08-3A-2-2 | 7/31/2021 21:00 | 7/31/2021 21:00 |
| e53a41cc-89f1-eb11-8171-00155dd6a508 | F7zKIJvyDDC22Cr7Lm26rLmaxmvpPt6IbwRxuH8SpjYIVUMFDg5UUcBED7EW98NKK5rLrZSH+Q2KPOQGIryXeA== | 8/1/2021 1:53 | Inactive | Kavarian K Rogers | DIV08-5A-2-1 | 7/30/2021 18:00 | 7/31/2021 21:00 |
| 9e6e09ab-a0e9-eb11-816f-00155dc9ac0de | aQ1uxMHI5L1yxRkTy54OYF53xicG5E09Ysy43qGHHqwkLpbFr7Vno2jdnuAXJYa6qUFIZIXUHjw6znDZuhiZSg== | 7/30/2021 22:58 | Inactive | Kavarian K Rogers | DIV08-4A-6-1_X | 7/20/2021 16:00 | 7/30/2021 18:00 |
| 589cba70-61e6-eb11-816f-00155dc9ac0de | JSaiVaHowbXbxezuFiOBtzg/0g5ax6Cvq1bAm58IEI5Fy2ZjIQgrFHvISxm/5vkmDnICM1bX03AfwdiAtlOpDw== | 7/20/2021 21:22 | Inactive | Kavarian K Rogers | DIV08-5A-5-2 | 7/16/2021 13:00 | 7/20/2021 16:00 |
| b5d6c6a8-1537-eb11-814a-00155de79062 | czVmnoJoFVXP/YW2oMtPBA5fuw9PvAxGrOz9HvCY9Ens+UQmv0gFIF++aTfXMwIvKp5eCZTWYRgtXTjeGJCBMw== | 7/16/2021 18:11 | Inactive | Kavarian K Rogers | DIV08-3G-D5-26 | 12/5/2020 10:19 | 7/16/2021 13:00 |
| fc1ba198-a236-eb11-814a-00155de79062 | O/6O2D1rLCJGUI9yXopvX1LqW1u4Q4cI7uYrF9klhei0ZcZIW2KVIxnm/3si19X6s7FOcX9ZEhA28IINg7v4w== | 12/5/2020 16:13 | Inactive | Kavarian K Rogers | DIV08-5F-D4-12 | 12/4/2020 20:30 | 12/5/2020 10:13 |
| d44fe6e81-b07d-ea11-8132-00155d8f67f4 | V9yb0vCVH7aLz5G3HxicZ5HkwewbLMNR2R5AGbGaTsWpLVz1oReFdeaMfZkZPNcbh6qSaGMxgb0QzLMY+TqmQA== | 12/5/2020 2:32 | Inactive | Kavarian K Rogers | DIV08-3H-D6-21 | 4/13/2020 13:00 | 12/4/2020 20:30 |
| 553efca0-907b-ea11-8132-00155d8f67f4 | KVxFyqhvXgzBJ99TAdoTbcixDt0eSFxNMOx+IoPjD+3jJPOvjmGVI/9onN7YocnMsPW0SL3wIYFAbWfl0W5OUg== | 4/13/2020 17:58 | Inactive | Kavarian K Rogers | DIV5-1A-11-1 | 4/10/2020 19:30 | 4/13/2020 13:00 |
| 2a3abf91-3379-ea11-8133-00155d8f6699 | YDURI9gU/RqI2XaRa2AEw5kNpjWI604n1RQ3d9xI0d5a2XVErU4FY2ZDgt7ZU5R8gxIonMhLbLLW/2OPWuHg== | 4/11/2020 0:40 | Inactive | Kavarian K Rogers | DIV08-2F-D2-14 | 4/7/2020 20:00 | 4/10/2020 19:30 |
| 6fc0d026-5375-ea11-8132-00155d8f67f4 | rAV5zl4MMMZ+oKH4V6YiqynvPFBKpdPgBTlj4Q2ISWORGBbhU7Ia6+zAREjPLjq91bmwju9DCRs+6RDuqhbrzw== | 4/3/2020 2:33 | Inactive | Kavarian K Rogers | DIV8-3S-3125-1 | 4/2/2020 21:30 | 4/2/2020 21:30 |
| 6f4b37eb-5375-ea11-8132-00155d8f67f4 | 3uhNnvy63clUV5MD+7GCyB9ouyLUuCsdiVsT0jZeKh4BIwsK519g5gQpRzhtNxl3sh0hCZO8AQknsU2lLMSBBQ== | 4/8/2020 0:44 | Inactive | Kavarian K Rogers | DIV8-2N-2267-4 | 4/2/2020 21:30 | 4/7/2020 19:30 |

| Inmate | Booking | Movement Date | From | To | Movement Reason | Movement Status |
|---|---|---|---|---|---|---|
| Kavarian K Rogers | 20200402015 | 5/8/2024 13:17 In-Cell | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 5/8/2024 13:17 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 5/8/2024 12:20 In-Cell | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 5/3/2024 20:30 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 5/3/2024 20:30 In-Cell | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 5/3/2024 17:30 In-Cell | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 5/2/2024 13:00 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 5/2/2024 9:00 In-Cell | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 5/1/2024 14:03 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 5/1/2024 11:00 In-Transit | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 5/1/2024 11:00 In-Cell | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 5/1/2024 11:00 In-Transit | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 5/1/2024 11:00 In-Transit | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 5/1/2024 11:00 In-Cell | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 4/30/2024 16:50 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/30/2024 16:50 In-Cell | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/30/2024 16:45 In-Transit | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 4/30/2024 15:45 In-Cell | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 4/30/2024 12:20 In-Cell | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/30/2024 12:20 In-Cell | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/30/2024 12:20 In-Cell | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/30/2024 12:20 In-Cell | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/30/2024 10:00 In-Transit | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 4/30/2024 10:00 In-Transit | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 4/30/2024 10:00 In-Cell | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 4/30/2024 10:00 In-Transit | | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 4/19/2024 21:00 In-Cell | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/19/2024 21:00 In-Cell | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/19/2024 19:47 In-Transit | | In-Cell | Medical | Pending |
| Kavarian K Rogers | 20200402015 | 4/19/2024 16:30 In-Cell | | In-Transit | Dayroom | Pending |
| Kavarian K Rogers | 20200402015 | 4/19/2024 16:30 In-Transit | | In-Transit | Dayroom | Pending |
| Kavarian K Rogers | 20200402015 | 4/19/2024 16:30 In-Transit | | In-Transit | Dayroom | Pending |
| Kavarian K Rogers | 20200402015 | 4/19/2024 16:30 In-Transit | | In-Transit | Dayroom | Pending |
| Kavarian K Rogers | 20200402015 | 4/10/2024 20:26 DOCCMKADMISSION | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/10/2024 16:09 Stroger Hospital | | DOCCMKADMISSION | Medical | Pending |
| Kavarian K Rogers | 20200402015 | 4/10/2024 14:46 DOCCMKADMISSION | | Stroger Hospital | Housing | Pending |
| Kavarian K Rogers | 20200402015 | 4/9/2024 17:16 In-Transit | | DOCCMKADMISSION | Medical | Pending |
| Kavarian K Rogers | 20200402015 | 4/9/2024 12:53 In-Cell | | In-Transit | Other | Pending |
| Kavarian K Rogers | 20200402015 | 4/8/2024 11:45 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/8/2024 11:34 In-Cell | | In-Transit | Mental Health | Pending |
| Kavarian K Rogers | 20200402015 | 4/3/2024 13:18 DOCCCBRIDGE | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/3/2024 8:50 In-Cell | | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 4/3/2024 7:07 In-Transit | | DOCCCBRIDGE | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 3/17/2024 22:56 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 3/17/2024 16:00 In-Cell | | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 3/13/2024 22:43 In-Cell | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 3/7/2024 14:01 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 3/7/2024 10:34 In-Transit | | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 3/7/2024 7:28 In-Cell | | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 2/28/2024 18:57 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 2/28/2024 16:51 In-Cell | | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 2/7/2024 14:26 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 2/7/2024 8:47 In-Cell | | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 1/28/2024 17:30 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 1/28/2024 16:30 In-Cell | | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 1/3/2024 13:15 DOCCCBRIDGE | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 1/3/2024 9:05 In-Transit | | DOCCCBRIDGE | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 1/3/2024 7:34 In-Cell | | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 12/11/2023 14:15 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 12/11/2023 9:22 In-Cell | | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 10/29/2023 18:01 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 10/29/2023 16:40 In-Cell | | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 10/24/2023 14:47 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 10/24/2023 8:41 In-Cell | | In-Transit | Additional Phone Time | Pending |
| Kavarian K Rogers | 20200402015 | 8/8/2023 13:34 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/8/2023 12:43 In-Cell | | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 6/22/2023 15:39 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 6/22/2023 10:04 In-Cell | | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 6/21/2023 12:16 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 6/21/2023 11:00 In-Cell | | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 6/13/2023 17:06 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 6/13/2023 13:41 DOCCMKCLINICS | | In-Transit | Clinic | Pending |
| Kavarian K Rogers | 20200402015 | 6/13/2023 10:05 In-Transit | | DOCCMKCLINICS | Fantus | Pending |
| Kavarian K Rogers | 20200402015 | 6/13/2023 6:59 In-Cell | | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 5/3/2023 15:16 In-Transit | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 5/3/2023 15:16 In-Cell | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 5/3/2023 15:16 In-Cell | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 5/3/2023 15:16 In-Cell | | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 5/3/2023 6:12 In-Cell | | In-Transit | Court Appearance | Pending |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kavarian K Rogers | 20200402015 | 4/22/2023 12:02 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/22/2023 9:31 | In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 3/26/2023 12:26 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 3/26/2023 12:23 | In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 3/19/2023 12:04 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 3/19/2023 11:39 | In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 3/12/2023 14:33 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 3/12/2023 10:39 | In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 2/14/2023 12:28 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 2/14/2023 11:23 | In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 12/7/2022 15:00 | In-Cell | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/25/2022 10:48 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/25/2022 9:00 | In-Cell | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 8/23/2022 22:23 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/8/2022 1:49 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/7/2022 17:29 | In-Cell | In-Transit | Escorted out for Incident | Pending |
| Kavarian K Rogers | 20200402015 | 5/24/2022 14:25 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 5/24/2022 4:02 | In-Cell | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 4/25/2022 18:50 | In-Cell | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/13/2022 15:36 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/13/2022 7:00 | In-Cell | In-Transit | Other | Pending |
| Kavarian K Rogers | 20200402015 | 4/9/2022 16:00 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 4/9/2022 15:20 | In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 3/3/2022 16:05 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 3/3/2022 8:59 | In-Cell | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 2/16/2022 22:18 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 2/16/2022 18:53 | In-Cell | In-Transit | DIV8 Transfer Out | Pending |
| Kavarian K Rogers | 20200402015 | 2/11/2022 2:48 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 2/11/2022 1:29 | DOCCMKADMISSION | In-Transit | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 2/10/2022 23:09 | Stroger Hospital | DOCCMKADMISSION | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 2/7/2022 19:10 | In-Cell | Stroger Hospital | Housing | Pending |
| Kavarian K Rogers | 20200402015 | 2/1/2022 17:08 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 2/1/2022 9:32 | In-Cell | In-Transit | Fantus | Pending |
| Kavarian K Rogers | 20200402015 | 1/20/2022 12:49 | DOCD4GYMCOURTS | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 1/20/2022 8:11 | In-Transit | DOCD4GYMCOURTS | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 1/20/2022 7:51 | In-Cell | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 12/27/2021 16:40 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 12/27/2021 16:19 | In-Cell | In-Transit | Mental Health | Pending |
| Kavarian K Rogers | 20200402015 | 12/10/2021 13:00 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 12/10/2021 12:21 | In-Cell | In-Transit | Dispensary | Pending |
| Kavarian K Rogers | 20200402015 | 12/2/2021 10:38 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 12/2/2021 8:58 | In-Transit | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 12/2/2021 8:58 | DOCD4GYMCOURTS | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 12/2/2021 8:35 | In-Transit | DOCD4GYMCOURTS | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 12/2/2021 8:21 | DOCD4GYMCOURTS | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 12/2/2021 8:21 | In-Transit | DOCD4GYMCOURTS | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 12/2/2021 7:44 | In-Cell | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 11/29/2021 12:40 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 11/29/2021 12:00 | In-Cell | In-Transit | Dispensary | Pending |
| Kavarian K Rogers | 20200402015 | 11/28/2021 10:11 | In-Transit | In-Cell | Additional Phone Time | Pending |
| Kavarian K Rogers | 20200402015 | 11/28/2021 1:18 | In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 11/28/2021 1:18 | In-Transit | DOCCMKADMISSION | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 11/28/2021 1:00 | DOCCMKADMISSION | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 11/19/2021 20:41 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 11/19/2021 15:00 | In-Cell | In-Transit | Other | Pending |
| Kavarian K Rogers | 20200402015 | 11/12/2021 19:08 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 11/12/2021 11:35 | In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 10/14/2021 12:37 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 10/14/2021 11:40 | In-Cell | In-Transit | Mental Health | Pending |
| Kavarian K Rogers | 20200402015 | 10/14/2021 11:40 | In-Transit | In-Transit | Mental Health | Pending |
| Kavarian K Rogers | 20200402015 | 10/9/2021 9:26 | DOCCMKADMISSION | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 10/9/2021 5:00 | In-Transit | DOCCMKADMISSION | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 10/9/2021 5:00 | In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 10/7/2021 11:26 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 10/7/2021 8:52 | In-Cell | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 10/6/2021 18:27 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 10/6/2021 11:56 | In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 9/27/2021 8:48 | In-Transit | In-Cell | Additional Phone Time | Pending |
| Kavarian K Rogers | 20200402015 | 9/27/2021 8:44 | In-Transit | In-Cell | Additional Phone Time | Pending |
| Kavarian K Rogers | 20200402015 | 9/27/2021 8:44 | In-Cell | In-Transit | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 9/27/2021 4:07 | In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 9/13/2021 12:10 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 9/13/2021 11:32 | In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 8/19/2021 12:02 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/19/2021 12:00 | In-Cell | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/19/2021 11:40 | In-Transit | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 8/19/2021 11:16 | In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 8/16/2021 12:15 | In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/16/2021 12:05 | In-Cell | In-Transit | Dispensary | Pending |
| Kavarian K Rogers | 20200402015 | 8/8/2021 10:22 | DOCCMKADMISSION | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/8/2021 3:55 | DOCCMKADMISSION | In-Transit | Medical | Pending |

Rogers v. Dart, 24-cv-3739                                                                                              DR 000226

| | | | | | |
|---|---|---|---|---|---|
| Kavarian K Rogers | 20200402015 | 8/8/2021 3:55 In-Transit | DOCCMKADMISSION | Medical | Pending |
| Kavarian K Rogers | 20200402015 | 8/8/2021 0:13 In-Transit | DOCCMKADMISSION | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 8/8/2021 0:13 In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 8/1/2021 5:38 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 7/31/2021 18:22 In-Cell | In-Transit | Other | Pending |
| Kavarian K Rogers | 20200402015 | 7/14/2021 10:46 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 7/14/2021 9:38 In-Cell | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 7/14/2021 9:24 In-Transit | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 6/29/2021 17:15 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 6/29/2021 16:32 In-Cell | In-Transit | Recreation | Pending |
| Kavarian K Rogers | 20200402015 | 6/25/2021 8:45 DOCCMKADMISSION | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 6/25/2021 3:06 In-Transit | DOCCMKADMISSION | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 6/25/2021 3:06 In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 6/21/2021 14:34 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 6/21/2021 2:32 DOCCMKADMISSION | In-Transit | Other | Pending |
| Kavarian K Rogers | 20200402015 | 6/20/2021 23:27 In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 6/20/2021 23:27 In-Transit | DOCCMKADMISSION | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 5/11/2021 21:59 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 5/11/2021 14:21 DOCD4GYMCOURTS | In-Transit | Court Return | Pending |
| Kavarian K Rogers | 20200402015 | 5/11/2021 10:14 In-Transit | DOCD4GYMCOURTS | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 5/11/2021 10:01 In-Cell | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 3/4/2021 10:55 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 3/4/2021 9:04 In-Cell | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 2/20/2021 19:50 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 2/20/2021 18:55 In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 1/23/2021 17:50 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 1/23/2021 16:55 In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 1/13/2021 11:36 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 1/13/2021 9:11 In-Cell | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 1/13/2021 9:00 In-Transit | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 12/30/2020 11:12 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 12/30/2020 9:47 In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 12/19/2020 20:37 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 12/19/2020 19:30 In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 12/7/2020 16:23 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 12/7/2020 15:52 In-Cell | In-Transit | Fantus | Pending |
| Kavarian K Rogers | 20200402015 | 11/24/2020 11:44 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 11/24/2020 8:04 In-Cell | In-Transit | Fantus | Pending |
| Kavarian K Rogers | 20200402015 | 11/6/2020 11:05 DOCD4GYMCOURTS | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 11/6/2020 10:01 In-Transit | DOCD4GYMCOURTS | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 11/6/2020 9:37 In-Cell | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 11/2/2020 11:23 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 11/2/2020 8:17 In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 10/31/2020 17:40 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 10/31/2020 16:35 In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 9/16/2020 11:30 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 9/16/2020 10:11 In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 9/14/2020 17:30 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 9/14/2020 16:26 In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 9/9/2020 12:45 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 9/9/2020 9:26 In-Cell | In-Transit | Court Appearance | Pending |
| Kavarian K Rogers | 20200402015 | 8/31/2020 14:42 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/31/2020 13:51 In-Cell | In-Transit | Dental | Pending |
| Kavarian K Rogers | 20200402015 | 8/28/2020 11:28 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/28/2020 9:45 In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 8/18/2020 15:51 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/18/2020 15:05 In-Transit | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 8/18/2020 13:49 In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 8/17/2020 13:49 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/17/2020 10:48 In-Cell | In-Transit | Fantus | Pending |
| Kavarian K Rogers | 20200402015 | 8/4/2020 13:05 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/4/2020 12:23 In-Cell | In-Transit | Cermak | Pending |
| Kavarian K Rogers | 20200402015 | 8/3/2020 20:46 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 8/3/2020 19:46 In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 7/27/2020 20:10 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 7/27/2020 19:16 In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 7/4/2020 12:20 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 7/4/2020 12:13 In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 6/27/2020 19:00 In-Transit | In-Cell | In Cell | Pending |
| Kavarian K Rogers | 20200402015 | 6/27/2020 17:30 In-Cell | In-Transit | Visitation | Pending |
| Kavarian K Rogers | 20200402015 | 4/2/2020 21:51 DOCD5INLCK | In-Cell | In Cell | Pending |