**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Cuauhtemoc Hernandez

                Plaintiff,

v.                                    Case No.: 1:23–cv–16970
                                    Honorable Sunil R. Harjani

Thomas Dart, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 30, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: In–person motion hearing held regarding Defendants' motion to consolidate and reassign [34]. At the request of the parties, the Court grants them additional time to discuss a potential resolution given some of the concerns the Court raised at the hearing. By 8/6/2024, parties shall file a joint status report describing the results of the consultation. Motion hearing is continued to 8/7/2024 at 11:00 a.m. in Courtroom 1725. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.