**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| William Mathis, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *-vs-* | ) | No. 24-cv-1127 |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | Judge Tharp, Jr. |
| and Cook County, Illinois, | ) | |
| | ) | Magistrate Judge Gilbert |
| | ) | |
| *Defendants.* | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order entered June 28, 2024, Dkt. 22, the parties file the following Status Report:

**1.    Status regarding the number of detainees who may need to use the Cermak and RTU east tunnel ramps**

On July 29, 2024, defense counsel sent an e-mail regarding the following information:

i.    During the putative class period a total of 934 inmates had an alert for a cane, crutch, or walker and the records show 590 of these individuals were transported to or from Cermak

ii.    During the putative class period, 717 inmates had an alert for a cane, crutch, or walker assigned to Division 08/RTU.  Of these 717 individuals, 476 are identified as being transported to Cermak.

For purposes of ascertainability and numerosity, plaintiff's counsel will not seek defendants to produce personal identifying information, at this stage.

#380374v1

Exhibit 1 Page 1

## 2.     Status regarding depositions

Plaintiff Mathis was deposed on July 25, 2024. Plaintiff's counsel appeared in person with plaintiff at Cook County Jail and defense counsel appeared by Zoom.

Defendants seek to depose the following putative class members, for whom the parties have discussed the occurrence of such depositions in mid to late August, late September (Counsels for Plaintiff are unavailable the first three weeks of September), and early October:

| Witness | Confirmed Deposition Date | Remote or in-person |
|---------|---------------------------|---------------------|
| Kavarian Rogers | n/a | n/a |
| Kent Elwoods | n/a | n/a |
| Sylvestor Brinson | n/a | n/a |
| Tommy Love | n/a | n/a |
| Anthony Muniz | n/a | n/a |
| Antoine Pierce | n/a | n/a |
| Carlos Martinez | n/a | n/a |
| Raasikh Phillips | n/a | n/a |
| James Krook | n/a | n/a |
| Quovotis Harris | n/a | n/a |

#380374v1

Exhibit 1 Page 2

Defendants plan to imminently seek leave to depose said incarcerated witnesses, likely by the end of the week, after which the parties will confirm dates, as well as modalities, of the proceedings for witnesses not in the custody Cook County Department of Corrections. Depositions of the witnesses in CCDOC custody will likely occur in-person.

There is currently a pending motion to compel the Sheriff to produce unredacted inmate grievances and defendants anticipate producing records maintained by either the Sheriff and/or Cook County regarding the above identified putative class members. Following a ruling on this discovery dispute plaintiff counsel seeks to depose:

| Witness | Why relevant |
|---|---|
| Sabrina Rivero-Canchola | Sheriff's ADA Compliance Officer, likely responded to ADA grievances by putative class members |
| Eric Davis | Deputy Director of Capital Planning and Policy, has knowledge about action taken by defendants to renovate Cermak and RTU east tunnel ramps |
| Bradley DeRoo | Project Manager for Cook County Capital Planning and Policy responsible for managing construction of Cermak and RTU ramps |
| Kate Susmilch | A consultant for Cook County responsible for advising Cook County regarding ADA issues, including barriers relating to Cermak and RTU ramps |
| Grace Kuklinski Rappe | Employee of HDR Architecture. On information and belief, she may have responsibility for designing and overseeing construction of Cermak ramp renovations |

#380374v1

Exhibit 1 Page 3

3.     **Settlement**

Plaintiff's counsel believes it would be prudent to hold a settlement conference, particularly given the request for injunctive relief.

Respectfully submitted,
/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com

/s/ Troy S. Radunsky
Jason E. DeVore (ARDC #62422782)
Troy S. Radunsky (ARDC #6269281)
DeVore Radunsky, LLC
230 W. Monroe Suite 230
Chicago, Illinois
312-300-4479
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com

-4-

#380374v1

Exhibit 1 Page 4