# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cuauhtemoc Hernandez
                                    Plaintiff,

v.                                                          Case No.: 1:23−cv−16970
                                                            Honorable Sunil R. Harjani

Thomas Dart, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 7, 2024:

MINUTE entry before the Honorable Sunil R. Harjani: In−person motion hearing held. For the reasons stated on the record, Defendants' motion to consolidate and reassign [34] is granted in part. The Clerk of the Court is directed to reassign and consolidate Hernandez v. Thomas Dart, Sheriff of Cook County, et al. (1:23 C 16970) with Mathis v. Thomas Dart, Sheriff of Cook County, et al (1:24 C 1127) to this court pursuant to Fed. R. Civ. P. 42 and Local Rule 40.4. Fact discovery deadline of 2/28/2025 (Hernandez v. Thomas Dart, et al) and 10/31/2024 (Mathis v. Thomas Dart, et al.) shall stand. Plaintiffs' consolidated motion for class certification due by 8/15/2024. Defendants' response brief due 9/16/2024. Plaintiff's reply due 9/27/2024. In−person oral argument set for 10/23/2024 at 10:00 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.