IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez and William Mathis, <br><br> *Plaintiffs,* <br><br> -vs- <br><br> Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, <br><br> *Defendants*. | 23-cv-16970 <br><br> Honorable Sunil R. Harjani |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Rule 23(c)(1)(A) provides "[a]t an early practicable time after a person sues or is sued as a class representative, the court must determine by order whether to certify the action as a class action."

Plaintiffs request that the Court order that this case proceed as a class action and certify the following classes:

1. A Rule 23(b)(2) class for "all individuals at Cook County Jail prescribed a cane, crutch, or walker by a jail medical provider who traverse the Cermak and/or RTU east tunnel ramp" and appointment plaintiff Mathis the class representative;

2. A Rule 23(b)(3) class for "all Cook County Jail detainees who have been assigned a cane, crutch, or walker by a jail medial provider and traversed the RTU east tunnel ramp between February 13, 2022, and the date of entry of judgment" to resolve the issue under Rule 23(c)(4) whether the ramp complied with the structural

    standards required by the ADA and Rehabilitation Act between February 13, 2022, and the date of entry of judgment and appoint plaintiff Mathis as class representative; and

3. A Rule 23(b)(3) class for "all Cook County Jail detainees who have been assigned a cane, crutch, or walker by a jail medial provider and traversed the Cermak ramp between December 20, 2021, and the date of entry of judgment" to resolve the issue under Rule 23(c)(4) whether the ramp complied with the structural standards required by the ADA and Rehabilitation Act between December 20, 2021, and the date of entry of judgment and appoint plaintiff Hernandez as class representative.

In support of this motion, plaintiffs submit the accompanying memorandum explaining plaintiffs satisfy each of the requirements of Rule 23(a), (b)(2), and (b)(3).

It is therefore respectfully requested that the Court certify this case under Rules 23(b)(2) and (b)(3).

                    Respectfully submitted,

              /s/  Patrick W. Morrissey
                    Thomas G. Morrissey, Ltd.
                    10257 S. Western Ave.
                    Chicago, IL 60643
                    pwm@morrisseylawchicago.com
                    *an attorney for plaintiffs*