Case: 1:18-cv-04268 Document #: 175 Filed: 11/17/22 Page 1 of 1 PageID #:3749

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Preston Bennett
                Plaintiff,

v.                                 Case No.: 1:18−cv−04268
                                 Honorable John Robert Blakey

Thomas Dart, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 17, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Per the Seventh Circuit's recent opinion, the Court reconsiders and modifies its prior order granting Plaintiff's motion to certify a class [143]. The class remains defined as "All inmates assigned to Division 10 at the Cook County Department of Corrections from June 27, 2016 to the date of entry of judgment, prescribed a cane, crutch, or walker by a jail medical provider." But the Court certifies the class under Fed. R. Civ. P. 23(c)(4) only as to the following issues: (1) whether the Uniform Federal Accessibility Standards apply to Division 10, and (2) if the Standards apply, whether Defendant violated them. The parties shall factor the Seventh Circuit's decision and this order into their 11/30/22 status report, which should propose next steps. In addition, Defendant previously conceded that "Division 10's shower facilities do not have grab bars or a fixed bench." [130] 10. The status report, therefore, should discuss whether the parties believe any factual disputes as to the second certified issue remain, addressing, for example, whether the conceded noncompliance extends throughout the entire relevant time period. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Exhibit 2 Page 1