IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William Mathis, *individually and for a class*, <br><br> Plaintiff, <br><br> -vs- <br><br> Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, <br><br> Defendants. | 24-cv-1127 <br><br> Judge Tharp Jr. |

## DECLARATION OF WILLIAM MATHIS

Under penalties of perjury as provided by law, the undersigned certifies that the following statements are true:

1. My name is William Mathis. I am incarcerated at the Cook County Jail under booking number 2023-0407079.

2. I suffer from gout. I also have Arthritis ~~This condition~~ causes significant pain in my left knee. It is very difficult for me to move from place to place because of pain, ~~[illegible]~~. At the Jail, I am allowed to use a cane to move from place to place.

3. I am currently housed in Division 2. About once each month I am moved to Cermak. I go to Cermak because I have regular medical appointments at a clinic at Stroger Hospital to treat pituitary tumors caused by acromegaly.

4. On the days I attend Stroger, I must traverse the Cermak ramp. This ramp is long and steep and does not have an area for me to rest. I experience pain in my knee traversing this ramp. I am unable to safely traverse this ramp.

Exhibit 3 Page 1

5. During my incarceration, I have also been required to traverse a steep and long ramp in the lower level of the Residential Treatment Unit (RTU) very close to the Cermak ramp. Similar to the Cermak ramp, it is difficult to traverse this ramp because it is steep and long.

6. I have made numerous requests to the transportation officer for assistance traversing these ramps. I am reminded by correctional staff that if I am able to walk, I must walk up and down these ramps.

7. Only one time, when I was unable to physically walk because of pain, I was placed on an electric cart to traverse the ramp.

8. There are many people who use canes, crutches, and walkers at the Jail. In my current housing unit, that holds about ~~40~~ 49 people, ~~many~~ two people use one of these devices to ambulate. I also have observed other people use canes and crutches traverse the ramps.

Dated: 6-1-24

*William Mathis*
William Mathis

Exhibit 3 Page 2