# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: MATHIS, WILLIAM | | |
| Patient Type: Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: 7 | Discharge Date: | |
| Gender: Male | FIN: 20230407079 | CMRN: 1006656493 |

## Outpt Medical CHS

    Clinical Status: Improving.
**Plan**
  Continue present management.
  Follow up: ENDOCRINE; . Counseling Report any increased or worsening symptoms as soon as possible. Advised how to access medical care if needed.
.
**Impression and Plan**:
  Diagnosis: Gouty Arthritis; L Knee Pain/DJD.
  Degree of Control: Fair.
  Clinical Status: Unchanged.
**Plan**
  declines Ortho evaluation (does not desire intervention until released from CCDOC).
    PowerOrders
    Referrals:
      Referral to Primary Care (Order): Routine (CHS7) 10 to 16 Weeks, 5/21/2024 00:00 CDT, 7/2/2024 00:00 CDT, Once, 5/21/2024 00:00 CDT.
  Continue present management.
.
**Medications**: Medications have been reconciled.

*Electronically Authored On: 12-Mar-24 12:30*
*Electronically Signed By: TRAMMELL PA-C, GLEN*
*CHS - Med/Surg - Physician Assistant*
*PAGER BUS: 312 333 4597*

---

| | |
|---|---|
| Document Type: | Outpt Medical CHS |
| Service Date/Time: | 6/4/2024 09:17 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | TRAMMELL PA-C,GLEN (6/4/2024 09:20 CDT) |
| Sign Information: | TRAMMELL PA-C,GLEN (6/4/2024 12:15 CDT) |

**Div 2 PCC**

Patient: **MATHIS, WILLIAM**   MRN: **00414580z**   FIN: **20230407079**
Age: **40 years**   Sex: **Male**   DOB: **7**
Associated Diagnoses: **None**
Author: **TRAMMELL PA-C, GLEN**

**Basic Information**

---

Report Request ID: 259182620    Page 198 of 778    Facility: CHS
    Location: 02D21M; M; 22

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: MATHIS, WILLIAM | | |
| Patient Type: Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: 7 | Discharge Date: | |
| Gender: Male | FIN: 20230407079 | CMRN: 1006656493 |

### Outpt Medical CHS

**Patient Location:** 02-02D21M-M-22
**General Communication**
   Visit Type: Chronic Care Management appointment.

**Subjective**
  Problem list
    All Problems (Selected)
      Tobacco abuse / 148820017 / Confirmed
      Male hypogonadism / 257.2 / Confirmed
      Hypothyroid / 244.9 / Confirmed
      Acromegaly / 253.0 / Confirmed.

**History of Present Illness**
    The patient presents with H/O Acromegaly
    - S/P Cerebral Surgical intervention X years
    - Hypogonadism
    - Hypothyroid
    - managed by Endocrinology
    - on Sythroid, Testosterone, Sandostatin
    - no HA
    - no CP
    - no dizziness/ palpitations
    - no N/V/D
    - no tremors/ excessive sweating
    - no fatigue/malaise
    - no heat/ cold intolerance

    CHronic Recurring L knee pain (DJD)
    - chronic gouty arthritis
    - no current Pain
    - no assoc trauma
  - no paresthesias/ numbness
  - ambulating with cane
- relief with NSAIDs and XOI

  Reveals h/o Seasonal Allergies
  - requesting Claritin.

**Histories**
  **Allergies**:
    Allergic Reactions (All)
      No Known Allergies
  **Current Medications**: (Selected)

| | | |
|---|---|---|
| Report Request ID: 259182620 | Page 199 of 778 | Facility: CHS |
| | | Location: 02D21M; M; 22 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MATHIS, WILLIAM
Patient Type: Visit CHS  Admission Date: 4/7/2023  MRN: 389775f; 004521399c; 00414580z
Birth Date:  Discharge Date:
Gender: Male  FIN: 20230407079  CMRN: 1006656493

### Outpt Medical CHS

**Inpatient Medications**
  *Ordered*
    acetaminophen: 650 MG = 2 TAB, PO, Tab, Q 8 Hr, PRN, For Pain Mild (scale 1-3), Routine, Start Dt/Tm: 02/15/24 13:06:00 CST, 16 WEEK, Stop Dt/Tm: 07/18/24 13:05:00 CDT
    allopurinol: 200 MG = 2 TAB, PO, Tab, Daily, Routine, Start Dt/Tm: 11/21/23 9:00:00 CST, 16 WEEK, Stop Dt/Tm: 09/17/24 9:00:00 CDT
    cholecalciferol 25 mcg (1000 intl units) oral tablet: 2,000 Intl_Units = 2 TAB, PO, Tab, Daily, Routine, Start Dt/Tm: 11/21/23 9:00:00 CST, 26 WEEK, Stop Dt/Tm: 08/06/24 9:00:00 CDT
    emollients, topical cream: 1 APP, Topical, Cream, BID kop, PRN, For Dry Skin, Application Site: Whole body, Routine, Start Dt/Tm: 01/03/24 11:04:00 CST, 16 WEEK, Stop Dt/Tm: 07/17/24 11:03:00 CDT
    hydrocortisone 1% topical ointment: 1 APP, Topical, Oint, Q 12 hr kop, Application Site: Face, Routine, Start Dt/Tm: 01/03/24 21:00:00 CST, 16 WEEK, Stop Dt/Tm: 07/17/24 9:00:00 CDT
    indomethacin: 50 MG = 1 CAP, PO, Cap, Q 8 Hr, PRN, For Pain Moderate (scale 4-6), Routine, Start Dt/Tm: 12/28/23 7:45:00 CST, 16 WEEK, Stop Dt/Tm: 06/13/24 7:44:00 CDT
    levothyroxine: 75 MCG = 3 TAB, PO, Tab, 4AM, Instruction to Nursing: BEFORE meal, Routine, Start Dt/Tm: 11/21/23 4:00:00 CST, 16 WEEK, Stop Dt/Tm: 09/17/24 4:00:00 CDT
    selenium sulfide 2.25% topical shampoo: 1 APP, Topical, Shampoo, Every other day kop, Application Site: Scalp, Instruction to Nursing: apply to wet hair, lather, rinse out, Routine, Start Dt/Tm: 03/12/24 9:50:00 CDT, 16 WEEK, Stop Dt/Tm: 07/02/24 9:00:00 CDT
    testosterone cypionate 200 mg/mL intramuscular solution: 300 MG = 1.5 mL, IM, Inj, Q 4 Week, Routine, Start Dt/Tm: 01/25/24 13:00:00 CST, Stop Dt/Tm: 06/30/24 9:00:00 CDT

**Objective**
  **VS/Measurements**
  Vital Signs
    6/4/2024 08:57 CDT

| | |
|---|---|
| Reason for Vital Signs | Routine |
| Type of Temperature Taken | Oral |
| Temp Oral DegC | 36.5 DegC |
| Type of Heart Rate | Noninvasive Blood Pressure Device |
| Heart Rate | 83 bpm |
| Respiratory Rate | 18 breaths/min |
| Patient Position-BP | Sitting |
| Systolic Blood Pressure | 114 mmHg |
| Diastolic Blood Pressure | 70 mmHg |
| Blood Pressure Method | Automatic |
| Oxygen in Use | No |
| Oxygen Delivery Method | Room air |
| NIBP Site | Arm, Left |
| Blood pressure monitoring | Automatic |

, Measurements from flowsheet : Measurements
    6/4/2024 08:57 CDT    Weight    136.3 KG  >HHI

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: MATHIS, WILLIAM | | |
| Patient Type: Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: 7 | Discharge Date: | |
| Gender: Male | FIN: 20230407079 | CMRN: 1006656493 |

### Outpt Medical CHS

**General**:
　Development: Normally developed.
　Nutritional status: Well nourished.
　Appearance: In no apparent distress.
**Respiratory**: Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, No wheezes, No crackles.
**Cardiovascular**: Normal rate, Regular rhythm, No murmur, No gallop, Good pulses equal in all extremities, Normal peripheral perfusion.
**Musculoskeletal**: Normal range of motion, ambulating with cane, no change in large appendages, (+) L knee crepitis: no erythema/ increased warmth..

**Review / Management**
　**Results Review**: No interval results.

**Impression and Plan**
　**Impression and Plan**:
　　Diagnosis: Chronic Seasonal Allergies.
　　Degree of Control: Fair.
　　Clinical Status: Unchanged.
　**Plan**
　　PowerOrders
　　Pharmacy:
　　　loratadine (Order): 10 MG, PO, Tab, Daily, Routine, Start Dt/Tm: 6/5/2024 09:00 CDT, 18 WEEK, Stop Dt/Tm: 10/8/2024 09:00 CDT. Counseling Report any increased or worsening symptoms as soon as possible. Advised how to access medical care if needed.
　.
　**Impression and Plan**:
　　Diagnosis: CHronic Knee Pain.
　　Degree of Control: Fair.
　　Clinical Status: Improving.
　**Plan**
　　Continue present management. Counseling Report any increased or worsening symptoms as soon as possible. Advised how to access medical care if needed.
　.
　**Impression and Plan**:
　　Diagnosis: Acromegaly : ICD10-CM E22.0, Discharge DX, Medical.
　　Degree of Control: N/A.
　　Clinical Status: Unchanged.
　**Plan**
　　PowerOrders
　　Referrals:

| | | |
|---|---|---|
| Report Request ID: 259182620 | Page 201 of 778 | Facility: CHS |
| | | Location: 02D21M; M; 22 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: MATHIS, WILLIAM | | |
| Patient Type: Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: 3 | Discharge Date: | |
| Gender: Male | FIN: 20230407079 | CMRN: 1006656493 |

## Outpt Medical CHS

Referral to Primary Care (Order): Routine (CHS7) 10 to 16 Weeks, 9/4/2024 00:00 CDT, 9/24/2024 00:00 CDT, Once, 9/4/2024 00:00 CDT.
Continue present management.
Follow up: ENDO.
.
**Medications**: Medications have been reconciled.
**Education and Follow up**:
**Scheduled Future Appointments**

| | | | |
|---|---|---|---|
| 06/20/24 12:30 pm | PB Endocrinology | CM Injection | CONFIRMED |
| 08/23/24 09:40 am | PB Endocrinology | ENDO Fellows Follow Up | CONFIRMED |

.

*Electronically Authored On: 04-Jun-24 12:15*
*Electronically Signed By: TRAMMELL PA-C, GLEN*
*CHS - Med/Surg - Physician Assistant*
*PAGER BUS: 312 333 4597*

## Outpt Nursing CHS

| | |
|---|---|
| Document Type: | Outpt Nursing CHS |
| Service Date/Time: | 4/10/2023 17:40 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | PERRY MA,CHARSAE T (4/10/2023 17:40 CDT) |
| Sign Information: | PERRY MA,CHARSAE T (4/10/2023 17:40 CDT) |

Pt refused to present for detox vitals.

| | |
|---|---|
| Document Type: | Outpt Nursing CHS |
| Service Date/Time: | 4/11/2023 17:54 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | STRINGER RN,TIFFANY (4/11/2023 17:54 CDT) |
| Sign Information: | STRINGER RN,TIFFANY (4/11/2023 17:54 CDT) |

**CHS Nursing Progress Note Entered On: 04/11/2023 17:54 CDT**
**Performed On: 04/11/2023 17:54 CDT by STRINGER RN, TIFFANY**

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.