IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William Mathis, *individually and for a class*, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| -vs- | | 24-cv-1127 |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | | Judge Tharp Jr. |
| Defendants. | | |

### DECLARATION CARLOS MARTINEZ

Under penalties of perjury as provided by law, the undersigned certifies that the following statements are true:

1. My name is Carlos Martinez. I am incarcerated at the Cook County Jail under booking number 2022-0103033.

2. I use crutches to move from place to place because of an injury.

3. I have moved up and down the Cermak ramp using crutches. It is difficult and painful to traverse this ramp because it is steep and long. The ramp also does not have an area for me to rest at the mid-point.

4. A few days ago, I believe on May 30th, I moved up and down the Cermak ramp using crutches. I asked medical and correctional staff for a wheelchair and was denied use of a wheelchair. C.M

Dated: 6/1/24

Carlos Martinez

Exhibit 7 Page 1