IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William Mathis, *individually and for a class*,<br><br>          *Plaintiff*,<br><br>-vs-<br><br>Thomas Dart, Sheriff of Cook County, and Cook County, Illinois,<br><br>          *Defendants*. | 24-cv-1127<br><br>Judge Tharp Jr. |

**DECLARATION OF TOMMY LOVE**

Under penalties of perjury as provided by law, the undersigned certifies that the following statements are true:

1. My name is Tommy Love. I am incarcerated at the Cook County Jail under booking number 2024-0416135.

2. I suffer from several chronic medical conditions that substantially limit my ability to walk and move from place to place. For about three years, I have used a cane to move from place to place.

3. I am familiar with the ramp in the lower level of the RTU that is known as the east tunnel ramp that leads to Cermak and also the ramp leading to Cermak. Correctional staff has escorted me up and down both ramps.

4. Both ramps are steep and long. It is difficult for me to traverse these ramps using my cane. I have experience physical pain in my body traversing these ramps.

Dated: 6/11/24

Tommy Love

Exhibit 8 Page 1