IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William Mathis, *individually and for a class*, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| -vs- | ) 24-cv-1127<br>)<br>) Judge Tharp Jr. |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DECLARATION OF KAVARIAN ROGERS

Under penalties of perjury as provided by law, the undersigned certifies that the following statements are true:

1. My name is Kavarian Rogers. I am incarcerated at the Cook County Jail under booking number 2020-0402015.

2. In February of 2020 I was shot in the left side of my head. This injury substantially impacts my ability to use the right side of my body. I have limited ability to move my right hand and right leg. It is extremely difficult for me to move from place to place because of these injuries.

3. I am substantially limited in the ability to move from place to place unless I am provided an assistive device. The correctional staff generally let me use a walker when I leave Division 9 to travel to other parts of the Jail campus, including the Cermak building.

Exhibit 9 Page 1

4. I have traveled up and down the east tunnel ramp located in the lower level of the RTU and the Cermak ramp. It is painful for me to traverse these ramps using my walker. The ramps are both steep and long.

5. Over the past few months, I have traversed the Cermak ramp several times. It is very difficult for me to travel up and down this ramp using my walker. There is no place on this ramp to safely rest when I go up or down in my walker. I have requested staff to help me go up and down the ramp and even filed a grievance. Despite these requests, staff direct me to move up and down the ramp with my walker.

Dated: 6-1-24

_____
Kavarian Rogers

Exhibit 9 Page 2