# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

**CONTROL #:** NC2023X04289
**Individual In Custody SHORT #:** 04164580

## I. THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF

- ☐ Emergency Grievance
- ☒ Grievance
- ☒ Non-Compliant Grievance

ED 420

- ☐ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: DOC ~~activity~~ ISF

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME:** Mathis
**PRINT - FIRST NAME:** William
**BOOKING NUMBER:** 20230407079
**DIVISION:** R.T.U.
**LIVING UNIT:** 8-3H
**DATE:** 12-13-23

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas
Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentación según el Manual de Información de IIC o consulte a un CRW (trabajador de rehabilitación correccional) para obtener ayuda.
El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
- El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de limite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.
- El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 11-27-23 | 2:00pm | William, Mathis | Superintendent |

I have a problem with the walking to and from Cermak everytime I have seen the doc over there. I'm force to walk up and down a ramp, with my medical issue's I walk with a cane an it's hard to get up and down the ramp in not fall but I need to make my visit's cause I get 2 shot's every 3 weeks that will throw my body off if I don't get them so I'm force to go there...

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**

**SIGNATURE of Individual in Custody:** William Mathis

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW NAME (Print):** Holds
**SIGNATURE:** [signature]
**DATE CRW RECEIVED:** 12/13/23

(FCN-07) (FEB 23)    (WHITE COPY – IIC SERVICES DEPT.)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INDIVIDUAL IN CUSTODY "NON-COMPLIANT" GRIEVANCE RESPONSE FORM
*(Formulario de respuesta de quejas "No Conforme" de individuos bajo custodia)*

### INDIVIDUAL IN CUSTODY INFORMATION

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME: | PRINT - FIRST NAME: | NON-COMPLIANT CONTROL NUMBER |
|---|---|---|
| Mathis | William | NC2023X04289 |

| DIVISION: | LIVING UNIT: | BOOKING #: | SHORT #: |
|---|---|---|---|
| 8 | 3H | 20230407075 | 04458 |

| GRIEVANCE FORM DATE: | NON-COMPLIANT GRIEVANCE CODE: (see below) | DETERMINED BY C.R.W.: (crw last name) |
|---|---|---|
| 12/13/23 | 420 | Hobbs |

### REASON(S) FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED
*(RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA)*

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted. *El asunto de la queja no se procesó por las siguientes razones que están marcadas abajo. El asunto de la queja no se le asignará un numero de control, no puede ser apelado y no podrá agotar los remedios posibles.*

☐ **400** - The grieved issue is one of the following non-grievable matters: Individual in custody's classification, designation of a security risk, protective custody status, or decisions of the Disciplinary Hearing Officer.

☐ **410** - The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, sexual harassment, sexual abuse, or voyeurism. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

☑ **420** - The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.

☐ **430** - The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.

☐ **440** - The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.

☐ **450** - Offensive or harassing language was used.

☐ **460** - The grievance form contains more than one issue.

☐ **470** - The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

**480** - Other reason not listed. *Otra razón.*

See code above. Grievance is a repeat. (Previous) grievance reference 2023X6033. However, all concerns will be forwarded.

| NAME OF STAFF MEMBER RESPONDING: | SIGNATURE: | DATE: |
|---|---|---|
| Hobbs | [signed] | 12/13/23 |

### INDIVIDUAL IN CUSTODY SIGNATURE

| INDIVIDUAL IN CUSTODY'S SIGNATURE OF RECEIPT: | DATE RESPONSE RECEIVED: |
|---|---|
| William Mathis | 12-28-23 |

(FCN-60) (MAR 22)   (WHITE COPY – IIC SERVICES)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)