IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-16970 |
| | ) | |
| v. | ) | Honorable Jeremy C. Daniel |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SHERIFF THOMAS J. DART'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION, NOS. 7, 10, 14**

NOW COMES Defendant, SHERIFF THOMAS J. DART (hereinafter "Defendant"), by and through his attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, and for his Supplemental Responses to Nos. 7, 10, and 14 of Plaintiff's First Set of Requests for Production of Documents, dated June 25, 2024, states as follows:

*\*Attached and included in these responses see Bates 002486 – 002501.*

**DOCUMENT REQUESTS**

7. The names and last known addresses (in a computer readable format) of detainees who have been moved to the Cermak Infirmary with an active alert for a cane, crutch, or walker from December 20, 2021 to the present.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who traversed the tunnels using the Cermak ramp, or (2) those to whom something happened in the tunnels on the Cermak ramp.**

**Without waiving and in light of this objection, pursuant to agreement of the parties, Defendant Cook County Sheriff Dart is producing the total numbers of such detainees, rather than the requested list of names. In the requested time period, there were 993 unique booking numbers with alerts for canes, crutches, and walkers, with 631 of those detainees having transportations to Cermak on record.**

Exhibit 16 Page 1

10. From December 20, 2021 to the present, all inmate grievances from detainees with alerts for walkers, canes and crutches (and any response) complaining of traversing the Cermak ramps.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who traversed the tunnels using the Cermak ramp, or (2) those to whom something happened in the tunnels on the Cermak ramp.**

**Without waiving and in light of this objection, see Defendants' Bates 003632 – 003657 from the *Mathis* matter, produced originally on July 22, 2024, with Defendant Dart's Supplemental Response to No. 17 of Plaintiff's First Set of Requests for Production. A search was performed for additional grievances pursuant to the expanded timeframe of the request here, and no further grievances were identified. When the Court rules on Plaintiff's pending Motion to Compel in *Mathis*, Defendants will re-produce the grievances herein pursuant to the Court's orders there.**

14. The e-mails (including attachments) maintained in Sabrina Rivero Canchola's e-mail account (Sabrina.RiveroCanchola@cookcountyil.gov) from February 2, 2022 to the present responsive to the following search terms:

   a. "Cuauhtemoc" and "Hernandez"
   b. "2022-0202047"
   c. "20220202047"

**RESPONSE: Pursuant to Plaintiff's Counsels' agreement, Defendants instead ran the search as follows:**
- Cuauhtemoc **w/3** Hernandez **OR "2022-0202047" OR "20220202047"**

**Without waiving and in light of this objection, see Defendants' Bates 002486 – 002501.**

Respectfully submitted,

*/s/ Troy S. Radunsky*
Troy S. Radunsky
One of the Attorneys for Defendants

Troy S. Radunsky (tradunsky@devoreradunsky.com)
Jason E. DeVore (jdevore@devoreradunsky.com)
Zachary G. Stillman (zstillman@devoreradunsky.com)
DeVore Radunsky LLC
230 W. Monroe Ste 230

Chicago, IL 60606
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that **Defendant Sheriff Thomas J. Dart's Supplemental Responses to Nos. 7, 10, and 14, of Plaintiff's First Set of Requests for Production** was sent via email correspondence to all below listed parties on August 8, 2024.

                                    */s/ Zachary G. Stillman*
                                      Zachary G. Stillman
                                      One of the Attorneys for Defendants

Service List:
Thomas G. Morrissey
Patrick Morrissey
10257 S. Western Ave
Chicago, IL 60643
773 233 7901
Pwm@morrisseylawchicago.com
tgm@morrisseylawchicago.com