**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| William Mathis, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-1127 |
| | ) | |
| v. | ) | Judge Tharp, Jr. |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SHERIFF THOMAS J. DART'S SUPPLEMENTAL RESPONSES TO NOS. 11-12 OF PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION**

NOW COMES Defendant, SHERIFF THOMAS J. DART (hereinafter "Defendant"), by and through his attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, and for his Supplemental Responses to Nos. 11-12 of Plaintiff's First Set of Requests for Production of Documents, dated May 10, 2024, states as follows:

**DOCUMENT REQUESTS**

11. The names and last known addresses (in a computer readable format) of detainees who have been moved to the Cermak Infirmary with an active alert for a cane, crutch, or walker from February 13, 2022 to the present.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who traversed the tunnels using the Cermak ramp, or (2) those to whom something happened in the tunnels on the Cermak ramp.**

**Without waiving and in light of these objections, pursuant to agreement of the parties, Defendants are instead producing the number of detainees on such list of requested individuals. In the requested time period, there were 934 detainees with alerts for canes, crutches, or walkers, with 590 of those detainees having transportations to Cermak on record.**

Exhibit 17 Page 1

12. The names and last known addresses (in a computer readable format) of detainees who have moved to or from the RTU with an active alert for a cane, crutch, or walker from February 13, 2022 to the present.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who traversed the tunnel to the RTU, or (2) those to whom something happened in the tunnel to the RTU.**

**Without waiving and in light of these objections, pursuant to agreement of the parties, Defendants are instead producing the number of detainees on such list of requested individuals. In the requested time period, there were 717 detainees with alerts for canes, crutches, or walkers, who were assigned to Division 08/RTU, with 476 of those detainees having transportations to Cermak on record.**

                                                **Respectfully submitted,**

                                                */s/ Troy S. Radunsky*
                                                Troy S. Radunsky
                                                One of the Attorneys for Defendants

Troy S. Radunsky (tradunsky@devoreradunsky.com)
Jason E. DeVore (jdevore@devoreradunsky.com)
Zachary G. Stillman (zstillman@devoreradunsky.com)
DeVore Radunsky LLC
230 W. Monroe Ste 230
Chicago, IL 60606
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that **Defendant Sheriff Thomas J. Dart's Supplemental Responses to Nos. 11-12 of Plaintiff's First Set of Requests for Production** was sent via email correspondence to all below listed parties on August 5, 2024.

                                                */s/ Zachary G. Stillman*
                                                Zachary G. Stillman
                                                One of the Attorneys for Defendants

Service List:
Thomas G. Morrissey
Patrick Morrissey
10257 S. Western Ave
Chicago, IL 60643
773 233 7901
Pwm@morriseylawchicago.com

tgm@morrisseylawchicago.com

3

Exhibit 17 Page 3