# TUNNEL CORRIDOR ACCESSIBILITY ASSESSMENT

Cook County Department of Corrections Campus

**Date Submitted:**
April 01, 2024

**Prepared For:**
Troy Radunsky
DeVore Radunsky, LLC

**Prepared By:**
Carl Darr, AIA



300 S. Wacker Drive, Suite 400
Chicago, Illinois 60606
312.922.6400
Marketing@gec-group.com

Exhibit 19 Page 1

## Table of Contents

Executive Summary ........................................................................................................................... 3

**ASSESSMENT REPORT** ..................................................................................................................... **4**

Introduction ................................................................................................................................... 4

Background and Scope .................................................................................................................... 4

Data Collecting and Measurement ................................................................................................. 6

Applicable Codes and Standards ..................................................................................................... 6

North Tunnel Corridor .................................................................................................................... 8

East Tunnel Corridor ....................................................................................................................... 8

East Tunnel Corridorecommendations ......................................................................................... 12

**Appendix A - Resouces** .................................................................................................................. **17**

Exhibit 19 Page 2

## Executive Summary

The Cook County Corrections Residential Transfer Unit (RTU) facility and associated North and East Tunnel Corridors opened circa 2011. Correction's staff utilize the Tunnels to travel between buildings located on the Department of Corrections Campus. Correction's staff also use the tunnels to shuttle detainees between buildings.

GEC was engaged to review the above referenced North and East Tunnels, which have sloped floors, for compliance with accessibility-related code requirements related to ramps. GEC used laser imaging scanners and other equipment to obtain critical measurements of the spaces.

North Tunnel Corridor

The North Tunnel Corridor is compliant with applicable accessibility codes. As shown in the following report, the slope of the tunnel floor is shallow and falls below the minimum threshold that would require compliance with accessibility requirements, such as adding handrails and intermittent landings, for ramps.

East Tunnel Corridor

The East Tunnel floor is steeper and, by code, meets the definition of a ramp. Accessibility requirements for ramps are applicable to the East Tunnel Corridor. Code violations related to maximum permitted ramp slope, handrail height and extension, and landing length are present at the East Tunnel ramp.

Relatively speaking, except the lack of a landing at the top of the ramp, the violations are minor and include the following:

- At two locations there is a deviation in the ramp floor that creates, for a short distance, a slope greater than 1:12.
- The intermediate landing is 5% short of the required length of five feet.
- Handrail extensions are shorter than the required 12" but in all cases are longer than 7.25."
- At some locations, the handrails are up to ½" lower than the minimum required height.

The lack of a landing, more than 9" long, at the top of the ramp is significant but this can easily be corrected since there is room to move the doors, at the far side of the landing, away from the ramp to create a five-foot landing.

Since transfer of detainees through the corridors always involves an escort, assistance would be available in cases where the ramp configuration is a prohibitive physical barrier. Additionally, during our site visits, it was observed Correction's staff at times shuttled detainees through the corridors on electric utility vehicles, which is another means available to in cases where the ramp is a prohibitive physical barrier.

GEC recommends that code violations are corrected, and drawings and specifications be prepared to identify the specifics of those repairs.

Exhibit 19 Page 3

# Assessment Report

## Introduction

Pursuant to a request on or about December 27, 2023, Globetrotters Engineering Corporation (GEC) was retained by DeVore Radunsky, LLC, an attorney representing Cook County, to provide an Accessibility and Code Compliance Assessment of two tunnel corridors that have sloped floor surfaces and are part of the Cook County Department of Corrections Campus (Cook County Jail), located at 2600-3000 blocks of South California Avenue, Chicago, Illinois.

Globetrotters Engineering Corporation is a multi-disciplinary Architectural and Engineering firm in Chicago with experience in accessibility reviews of existing facilities.

## Background and Scope

Cook County Department of Corrections Campus is a single-site jail facility in Chicago, in the eight-block area bounded by 26th Street (to the north), 31st Street, Sacramento Avenue, and California Avenue. Cook County Criminal Court buildings occupy the Northeast corner, and a vacant parcel is located at the Northwest corner of this area. The Department of Corrections Center Campus, with over thirty building structures, occupies the remaining ninety-six acres of this eight-block area.

The Corrections Center Campus includes a below-grade tunnel system for pedestrian access between buildings. The tunnels connect campus buildings to each other. Correction's staff utilize the tunnels for travel between buildings and use the tunnels to shuttle detainees between buildings. When in the tunnels Correction's staff escort the detainees, they are never in the tunnels unescorted. Usually, Correction's staff escort detainees on foot. At times, however, detainees may be shuttled through the tunnels on electric utility vehicles.

The subject Corridors are part of this tunnel system and serve as connections to the Residential Treatment Unit (RTU) facility which is located at the center of the campus site (see next page). Both Corridors were built circa 2011, at the same time the RTU facility was built. For this report, the corridor areas are identified as the North Corridor and the East Corridor.

The North Corridor connects the RTU basement level with the Division V building directly to the north. The East Corridor connects the RTU basement level to another tunnel, running north/south, which leads to other campus buildings.

Exhibit 19 Page 4



*Figure 1 – Areial view of Site Bounded by 26th Street to the North, 31st Street to the South, Sacramento Avenue North, and California Avenue East.*

Exhibit 19 Page 5

## Data Collecting and Measurement

GEC conducted site visits to verify existing conditions related to the subject areas, on January 23, 2024, and again on January 25, 2024. GEC personnel that participated in the field site visits included:

- o Carl Darr, Vice President of Architecture
- o Max Lux, Architectural Professional

GEC personnel conducted a supervised walk-through of each of the corridors and available adjacent spaces to identify physical conditions as they relate to compliance with accessibility requirements. Equipment used to collect information and measurements included a tape measure, a laser level, and a LiDAR scanner.

LiDAR is an acronym for Light Detection and Ranging.  LiDAR scanners have high resolution mapping capabilities that utilize laser imaging to create three dimensional models of spaces.  The LiDAR scanner utilized for this assessment is accurate to a tolerance of four millimeters (-1/8") per 30 feet of measurement.

## Applicable Codes and Standards

Applicable Codes and Standards that apply to current conditions, and that were used for the evaluation of the Corridor areas, include:

1. Americans with Disabilities Act Accessibility Guidelines (ADAAG) (2010)
2. American National Standards Institute (ANSI) Standard A117.1 (2009 version as referenced by the 2019 Chicago Building Code)
3. Chicago Building Code (CBC) (2019)
4. Illinois Accessibility Code (IAC) (2018)

### Americans with Disabilities Act Accessibility Guidelines (ADAAG), 2010

The Americans with Disabilities Act (ADA) Standards for Accessible Design, revised in 2010, are still in use in the City of Chicago as of 2023. The Americans with Disabilities Act Accessibility Guidelines (ADAAG) are incorporated into the Department of Justice ADA regulations and are enforceable under titles II and III of the ADA. For this matter, applicable excerpts of the ADA regulations include the following:

1. 106.5 Defined Terms:
   **Ramp.**       A walking surface that has a running slope steeper than 1:20.
2. Section 405 Ramps includes the following requirements:
   a. 405.2 Slope: "Ramp runs shall have a running slope not steeper than 1:12."
   b. Section 405.5 Clear Width: "The clear width of a ramp run and, where handrails are provided, the clear width between handrails shall be 36 inches minimum."
   c. 405.3 Cross Slope: "Cross slope of ramp runs shall not be steeper than 1:48."
   d. 405.6 Rise: "The rise for any ramp run shall be 30 inches maximum."

Exhibit 19 Page 6

    e.  405.7 Landings: "Ramps shall have landings at the top and bottom of each ramp run. Landings shall comply with 405.7."

    f.  405.7.3 Length: "The landing clear length shall be 60 inches (1525 mm) long minimum."

    g.  405.8 Handrails: "Ramp runs with a rise greater than 6 inches shall have handrails complying with Section 505."

3.  Section 505 Handrails includes the following requirements:

    a.  505.3 Continuity: "Handrails shall be continuous within the full length of each stair flight or ramp run."

    b.  505.4 Height: "Top of gripping surfaces of handrails shall be 34 inches minimum and 38 inches maximum vertically above [ramp surface]."

    c.  505.10.1 Top and Bottom Extensions at Ramps: "Ramp handrails shall extend horizontally above the landing 12 inches minimum beyond the top and bottom of ramp runs" (Figure 2).



*Figure 2: Top and Bottom Handrail Extension at Ramps (2010 ADAAG, Fig. 505.10.1)*

### American National Standards Institute (ANSI) Standard 117.1, 2009

Although there are 2017 ANSI standards, the current 2019 CBC references the 2009 ANSI Standard A117.1. The 2009 ANSI 117.1 ramp requirements align with the 2010 ADAAG and state the following:

1.  106.5 Defined Terms:
   **Ramp:** A walking surface that has a running slope steeper than 1:20.

2.  405.2 Slope: "Ramp runs shall have a running slope greater than 1:20 and not steeper than 1:12."

3.  405.5 Clear Width: "The clear width of a ramp run shall be 36 inches (915 mm) minimum."

4.  405.6 Rise: "The rise for any ramp run shall be 30 inches (760 mm) maximum."

5.  405.7 Landings: "Ramps shall have landings at the top and bottom of each ramp run. Landings shall comply with 405.7."

6.  405.7.3 Length: "The landing clear length shall be 60 inches (1525 mm) long minimum."

7.  405.8 Handrails: "Ramp runs with a rise greater than 6 inches (150 mm) shall have handrails complying with Section 505."

8.  Section 505.3 Continuity: "Handrails shall be continuous within the full length of each stair flight or ramp run."

Exhibit 19 Page 7

9.  505.4 Height: "Top of gripping surfaces of handrails shall be 34 inches (865 mm) minimum and 38 inches (965 mm) maximum vertically above [ramp surfaces]."
10. 505.10.1 Top and Bottom Extensions at Ramps: "Ramp handrails shall extend horizontally above the landing 12 inches (305 mm) minimum beyond the top and bottom of ramp runs."

### Chicago Building Code, 2019

The 2019 Chicago Building Code (CBC) is the current prevailing code that applies to construction in the city of Chicago. The 2019 CBC adopts the 2009 ANSI 117.1 standards and states the same requirements as outlined above.

### Illinois Accessibility Code, 2018

The 2018 Illinois Accessibility Code (IAC) is the current accessibility code for the state of Illinois. The AIC also aligns closely with the 2010 ADAAG and the 2009 ANSI Standard 117.1 outlined above, with the same section references and requirements. The tunnel ramps compare to the current IAC in the same way they compare with the 2010 ADDAG and 2009 ANSI Standard 117.1.

## North Tunnel Corridor

The North Tunnel Corridor has a slope floor surface (approximately 84 feet in length) which runs, at the low end, from the RTU basement exterior wall to a landing at the top.  At the other side of the landing is a pair of vestibule doors that lead to the Division V Building north of the RTU.  There is no door at the bottom of the ramp and the Corridor is uninterrupted between the sloped floor area and the level RTU basement.

LiDAR scans were taken from the RTU basement floor, immediately south of the ramp the top landing. Six scans were taken at average intervals of 18.5 feet.  Based on the intervals of measurement, the maximum possible tolerance, overall, will be within 12.3 mm.

The slope floor surface at the North Corridor has an 83.9 feet horizontal run and a 2.7-foot vertical rise. The inclined floor surface is less than (shallower) 1:31 slope overall.

From the ADA regulations excerpts listed above the applicable excerpt is line-item no. 1.  By definition, a ramp is a walking surface that has a running slope steeper than 1:20.  Since the Corridor floor surface has less than a 1:20 slope, it is not a ramp.  Consequently, ADAAG regulations related to ramps do not apply here.

The North Corridor Tunnel is in compliance with ADA and other code requirements for accessibility.

Exhibit 19 Page 8

**RTU North Tunnel Corridor – LiDAR Scan Images**



Length: approx. 84'        Rise: approx. 2.7' (32.33")        Slope: approx. 1:31



Width: approx. 10'

Exhibit 19 Page 9

## East Tunnel Corridor

The East Tunnel Corridor includes two sloped-floor runs separated by an intermediate landing. These runs are both steeper than 1:20 and, therefore, are ramps as defined by the ADA and ANSI A117.1 codes. For this report, the lower sloped-floor surface is identified as the Lower Ramp, the upper sloped-floor surface the Upper Ramp.

GEC reviewed the following East Tunnel Corridor components for accessibility compliance:
- Top Landing (at top of Upper Ramp),
- Upper Ramp,
- Intermediate Landing,
- Lower Ramp,
- Bottom Landing (at bottom of Lower Ramp),
- Handrails.

LiDAR scans were taken at the top and bottom landings, and at two locations between, with the maximum interval at approximately 22.5 feet. Based on the intervals of measurement, the maximum possible tolerance, overall, will be within 8.3 mm.

1. **Top Landing:** The Top Landing runs from the Upper Ramp to a pair of doors, leading to the adjacent tunnel, and has a length of 0.75' (9 in.). Since the landing length is less than 60 inches, the landing length is not code compliant.

   The landing is 85% short of the required length. However, this may be easily corrected by relocating the doors to the east 51", to provide the minimum required landing length.

2. **Upper Ramp:** The Upper Ramp has a 25.95' horizontal run and a 1.93' vertical rise with an average slope of 1:13.4. There is a variation in slope at the very top of the ramp. The last 4.27' of the run, at the top has a rise of 4.56" for a slope of 1:11.

   The upper portion of the ramp floor surface is not code compliant; the top 16.5% of the overall length is approximately 0.64% steeper than permitted by code. Since the bottom portion of the ramp run is shallower than 1:12, it would be possible to add a floor topping which will even-out the slope make a consistent floor slope that has a 1:12 slope or shallower.

3. **Intermediate Landing:** The Intermediate Landing is 4.75 feet (57 in.) in length. Since the landing length is less than 60 inches in length, the Intermediate Landing is not code compliant.

   It is 5% shorter than the required length. To correct this nonconformity, a longer level floor plane at the landing will need to be provided, extending the floor surface west. This will require the Lower Ramp to be rebuilt, along its entire length, to provide for the additional landing length and maintaining a maximum 1:12 ramp slope.

Exhibit 19 Page 10

4. **Lower Ramp:** The Lower Ramp has a 30.4' horizontal run and a 2.47 vertical rise, with an average slope of 1:12. There is a variation in slope at the very bottom of the ramp. The last 1 foot of the run is steeper than the rest of the ramp with a slope of approximately 1:8.5.

   The lower portion of the ramp floor surface is not code compliant; the lower 3.5% of the overall run is approximately 11.7% steeper than permitted by code. The floor surface will need to be feathered out, and the ramp length extended slightly for the Lower Ramp floor to be compliant with code requirements for ramp slope at this location.

5. **Bottom Landing:** The Bottom Landing runs from the end of the Lower Ramp uninterrupted to the RTU Basement floor. Since there is a continuous floor surface (with no change in corridor width) that exceeds 60" the bottom landing is compliant with required codes.

6. **Handrails:** As noted in the code requirements above, handrails need to be located 34-38 inches above the ramp floor and need to extend a minimum of 12 inches beyond the top and bottom of each ramp. The ramp(s) have a continuous handrail on each side located. At the lower end of the Lower Ramp the handrail, where measured, is approximately 33" above the ramp floor. At other locations, the handrail height exceeded 34" above the ramp floor. Since, at some locations, handrails are less than 34" above the ramp floor they are not in compliance with requirements for handrail height.

   The handrails extend 7.4" beyond the Lower Ramp and 11.3" beyond the Upper Ramp. Since the handrail extensions are less than 12 inches, the handrails are not in compliance with code requirements for handrail extensions.

**Basement Corridor Ramp Assessment Matrix per Current Applicable Codes and Guidelines**

| Item | Existing Condition | Code Requirement |
|------|--------------------|-----------------|
| Top Landing Length | 9" | 60" minimum |
| Upper Ramp Slope | Varies from 1:11 to 1:13.4 | 1:12 maximum |
| Intermediate Landing | 57" | 60" maximum |
| Lower Ramp Slope | Varies from 1:12 to 1:8.5 | 1:12 maximum |
| Bottom Landing Length | >60" | 60" minimum |
| Handrail Extensions | Varies from 7.4" to 11.3" | 12" minimum |

Exhibit 19 Page 11

**RTU East Tunnel Corridor – LiDAR Scan Images**



Top run length: approx. 25.95′        Rise: approx. 1.93′ (23.16″)        Slope: approx. 1:13.4



Steep slope at ramp top length: approx. 4.27′        Rise: approx. 4.56″        Slope: approx. 1:11

Exhibit 19 Page 12



Landing length: approx. 4.75'



Ramp width: approx. 10.'

Exhibit 19 Page 13



Bottom run length: approx. 30.5'         Rise: approx. 2.47' (29.7")         Slope: approx. 1:12



Steep slope at ramp bottom length: approx. 1'         Rise: approx. 1.42"         Slope: approx. 1:8.5

Exhibit 19 Page 14



Ramp bottom handrail extensions: approx. 11.3"        Height: approx. 33.2."



Ramp top handrails do not extend full length of ramp, no extensions.

Top landing length: approx. 7.4"

Exhibit 19 Page 15

## East Tunnel Corridor Recommendations

GEC recommends the following to bring the ramp into code compliance:

1. At Top Landing, move doors to adjacent tunnel east +/-52" as needed to provide a 60" landing.
2. Rework the slope of the Upper Ramp with topping materials to be maximum 1:12 at all locations.
3. Pour over the existing floor slab to shift the Lower Ramp East and extend the length of the Intermediate Landing to a minimum of 60".
4. In conjunction with item no. 3., above, provide a maximum 1:12 slope at all portions of the Lower Ramp.
5. Replace existing handrails with anti-ligature handrails.  Install between 34 and 38" t all locations and with correct extensions.



*Figure 3: Plan of Recommendations*

Exhibit 19 Page 16

# APPENDIX A - Resources

CODES AND REFERENCES

Americans with Disabilities Act Accessibility Guidelines (ADAAG) (2010):
https://archive.ada.gov/regs2010/2010ADAStandards/2010ADAStandards.pdf and
https://www.ada.gov/law-and-regs/design-standards/2010-stds/
American National Standards Institute (ANSI) Standard A117.1 (2009 version as referenced by the
2019 Chicago Building Code): https://codes.iccsafe.org/content/icca117-12017P4
Chicago Building Code (CBC) (2019): https://codes.iccsafe.org/content/CHIBC2019P5
Illinois Accessibility Code (IAC) (2018):
https://cdb.illinois.gov/business/codes/illinoisaccessibilitycode.html

MISCELLANEOUS
Campus Plan_Google Earth Pro

FILES PROVIDED BY DeVORE RADUNSKY, LLC

08.04.23 Cook County Amended Answers to Interrogatories #3-5 (FINAL).pdf
08.04.23 Cook County Amended Response to RFP #7-8 (FINAL).pdf
11.15.23 Westmoreland  First Request to Admit.pdf
11.3.23 Expert Obervations Ramp.pdf
12.14.23 Cook Co Ans to Pls Req to Admit (FINAL).pdf
12.14.23 Darts Ans to Pl Req to Admit (FINAL).pdf
12.15.23 Cook Co Supp Ans to Pls Req to Admit 3-4,10-11,13-14 (FINAL.2).pdf
12.15.23 Darts Amended Ans to Pl Req to Admit #9 (FINAL.2).pdf
7.21.23 FINAL Cook County Answers to Interrogatories.pdf
7.21.23 FINAL Cook County Response to RFP.pdf
Bates 002201 (D8_RTU Lower Level_Arch_CROPPED) (CONFIDENTIAL).pdf
Bates 002219 (lower level Div 8 RTU north tunnel structural plan and sections) (CONFIDENTIAL).pdf
Bates 002220 (lower level Div 8 RTU east tunnel structural plan and sections) (CONFIDENTIAL).pdf
Bates 002221 (lower level Div 8 RTU structural plan) (CONFIDENTIAL).pdf
Bates 002222 (lower level Div 8 RTU west plan) (CONFIDENTIAL).pdf
Bates 002223 (North Tunnel) (CONFIDENTIAL).pdf
Bates 002224 (East Ramp) (CONFIDENTIAL).pdf
Bates 002225 - 002236 (11.8.23 Westmoreland 12x County Architectural Drawings)
(CONFIDENTIAL).pdf
3.24.23 [FILED].pdf

Exhibit 19 Page 17

DAVIS, ERIC - CONDENSED DEP.pdf
MVI_3801.mp4
RTU Tunnel Assessment Lidar Scans.docx
RTU Tunnel West Ramp Assessment Lidar Scans.pdf
Westmoreland Expert Inspection Pics.pdf
Westmoreland Rule 30b6_.docx


NORTH RAMP LiDAR SCREENSHOTS

Length Height.jpg
Width.jpg
West Ramp FinalizeReport.pdf


NORTH RAMP LiDAR SUPPORT & E57 FILES

| | | | |
|---|---|---|---|
| 02/02/2024 | 03:38 PM | 52,570 | 082976d8-5755-4148-afeb-bb7489366edb-map.md |
| 02/02/2024 | 03:38 PM | 45,084 | 082976d8-5755-4148-afeb-bb7489366edb-map.png |
| 02/02/2024 | 03:41 PM | 2,368,230 | 082976d8-5755-4148-afeb-bb7489366edb-preview.rch |
| 02/02/2024 | 03:38 PM | 5,404 | 082976d8-5755-4148-afeb-bb7489366edb.pf |
| 02/02/2024 | 03:41 PM | 11,409,559 | 082976d8-5755-4148-afeb-bb7489366edb.rch |
| 02/02/2024 | 03:40 PM | 51,894,000 | 082976d8-5755-4148-afeb-bb7489366edb.sgp |
| 02/02/2024 | 03:38 PM | 424,200 | 082976d8-5755-4148-afeb-bb7489366edb_1.clstr |
| 02/02/2024 | 03:38 PM | 2,784,940 | 082976d8-5755-4148-afeb-bb7489366edb_3.clstr |
| 02/02/2024 | 12:55 PM | 69,751 | 314421c7-ad02-4f7c-8591-249a6567d9fe-map.md |
| 02/02/2024 | 12:55 PM | 51,440 | 314421c7-ad02-4f7c-8591-249a6567d9fe-map.png |
| 02/05/2024 | 12:29 PM | 1,442,182 | 314421c7-ad02-4f7c-8591-249a6567d9fe-preview.rch |
| 02/02/2024 | 12:55 PM | 6,364 | 314421c7-ad02-4f7c-8591-249a6567d9fe.pf |
| 02/05/2024 | 12:29 PM | 21,784,852 | 314421c7-ad02-4f7c-8591-249a6567d9fe.rch |
| 02/02/2024 | 01:02 PM | 108,020,964 | 314421c7-ad02-4f7c-8591-249a6567d9fe.sgp |
| 02/02/2024 | 12:55 PM | 936,328 | 314421c7-ad02-4f7c-8591-249a6567d9fe_1.clstr |
| 02/02/2024 | 12:55 PM | 2,792,588 | 314421c7-ad02-4f7c-8591-249a6567d9fe_3.clstr |
| 03/28/2024 | 03:17 PM | 154,975 | 3b18bfca-0518-44a1-b958-0197208e4088.md |
| 03/28/2024 | 03:17 PM | 124,465 | 3b18bfca-0518-44a1-b958-0197208e4088.png |
| 02/02/2024 | 02:23 PM | 111,120 | 3f3bcc49-6fdf-48f1-8e50-8c7e563004cb-map.md |
| 02/02/2024 | 02:23 PM | 84,720 | 3f3bcc49-6fdf-48f1-8e50-8c7e563004cb-map.png |
| 02/02/2024 | 02:39 PM | 2,372,153 | 3f3bcc49-6fdf-48f1-8e50-8c7e563004cb-preview.rch |
| 02/02/2024 | 02:23 PM | 5,420 | 3f3bcc49-6fdf-48f1-8e50-8c7e563004cb.pf |
| 02/02/2024 | 02:39 PM | 35,684,369 | 3f3bcc49-6fdf-48f1-8e50-8c7e563004cb.rch |

Exhibit 19 Page 18

| | | | |
|---|---|---|---|
| 02/02/2024 | 02:33 PM | 202,540,800 | 3f3bcc49-6fdf-48f1-8e50-8c7e563004cb.sgp |
| 02/02/2024 | 02:23 PM | 1,146,888 | 3f3bcc49-6fdf-48f1-8e50-8c7e563004cb_1.clstr |
| 02/02/2024 | 02:23 PM | 3,109,340 | 3f3bcc49-6fdf-48f1-8e50-8c7e563004cb_3.clstr |
| 03/28/2024 | 03:02 PM | 2,307,580 | 4980edc4-46d1-4f61-8886-b155e7792362.png |
| 02/02/2024 | 01:49 PM | 40,897 | a06f1623-4711-46c2-b3e9-c4d7442e53ca-map.md |
| 02/02/2024 | 01:49 PM | 37,311 | a06f1623-4711-46c2-b3e9-c4d7442e53ca-map.png |
| 02/02/2024 | 01:53 PM | 40,853 | a06f1623-4711-46c2-b3e9-c4d7442e53ca-preview.rch |
| 02/02/2024 | 01:49 PM | 1,260 | a06f1623-4711-46c2-b3e9-c4d7442e53ca.pf |
| 02/02/2024 | 01:53 PM | 619,811 | a06f1623-4711-46c2-b3e9-c4d7442e53ca.rch |
| 02/02/2024 | 01:51 PM | 1,551,520 | a06f1623-4711-46c2-b3e9-c4d7442e53ca.sgp |
| 02/02/2024 | 01:49 PM | 49,928 | a06f1623-4711-46c2-b3e9-c4d7442e53ca_1.clstr |
| 02/02/2024 | 01:49 PM | 4,941,332 | a06f1623-4711-46c2-b3e9-c4d7442e53ca_3.clstr |
| 02/02/2024 | 02:41 PM | 91,459 | b5c3afe4-7055-480b-875c-390dd9c9fa42-map.md |
| 02/02/2024 | 02:41 PM | 69,805 | b5c3afe4-7055-480b-875c-390dd9c9fa42-map.png |
| 02/02/2024 | 02:52 PM | 1,224,704 | b5c3afe4-7055-480b-875c-390dd9c9fa42-preview.rch |
| 02/02/2024 | 02:41 PM | 4,812 | b5c3afe4-7055-480b-875c-390dd9c9fa42.pf |
| 02/02/2024 | 02:53 PM | 4,747,264 | b5c3afe4-7055-480b-875c-390dd9c9fa42.rch |
| 02/02/2024 | 02:52 PM | 200,699,924 | b5c3afe4-7055-480b-875c-390dd9c9fa42.sgp |
| 02/02/2024 | 02:53 PM | 69,632 | b5c3afe4-7055-480b-875c-390dd9c9fa42.tmp |
| 02/02/2024 | 02:41 PM | 1,137,672 | b5c3afe4-7055-480b-875c-390dd9c9fa42_1.clstr |
| 02/02/2024 | 02:41 PM | 3,193,748 | b5c3afe4-7055-480b-875c-390dd9c9fa42_3.clstr |
| 02/01/2024 | 09:39 AM | 11,511,965,389 | Backup_West Ramp_2024-01-31_150513.faf |
| 02/02/2024 | 03:32 PM | 56,588 | d51f7a1c-bdfb-47a9-a09f-12bbe805cd6f-map.md |
| 02/02/2024 | 03:32 PM | 44,801 | d51f7a1c-bdfb-47a9-a09f-12bbe805cd6f-map.png |
| 02/02/2024 | 03:37 PM | 2,138,583 | d51f7a1c-bdfb-47a9-a09f-12bbe805cd6f-preview.rch |
| 02/02/2024 | 03:32 PM | 4,748 | d51f7a1c-bdfb-47a9-a09f-12bbe805cd6f.pf |
| 02/02/2024 | 03:37 PM | 10,478,047 | d51f7a1c-bdfb-47a9-a09f-12bbe805cd6f.rch |
| 02/02/2024 | 03:36 PM | 53,099,904 | d51f7a1c-bdfb-47a9-a09f-12bbe805cd6f.sgp |
| 02/02/2024 | 03:32 PM | 460,808 | d51f7a1c-bdfb-47a9-a09f-12bbe805cd6f_1.clstr |
| 02/02/2024 | 03:32 PM | 3,053,500 | d51f7a1c-bdfb-47a9-a09f-12bbe805cd6f_3.clstr |
| 02/02/2024 | 03:28 PM | 43,948 | d6c51106-660a-4cf4-b1d6-cb1216292b47-map.md |
| 02/02/2024 | 03:28 PM | 36,458 | d6c51106-660a-4cf4-b1d6-cb1216292b47-map.png |
| 02/02/2024 | 03:38 PM | 1,245,124 | d6c51106-660a-4cf4-b1d6-cb1216292b47-preview.rch |
| 02/02/2024 | 03:28 PM | 4,604 | d6c51106-660a-4cf4-b1d6-cb1216292b47.pf |
| 02/02/2024 | 03:38 PM | 19,091,797 | d6c51106-660a-4cf4-b1d6-cb1216292b47.rch |
| 02/02/2024 | 03:35 PM | 103,530,608 | d6c51106-660a-4cf4-b1d6-cb1216292b47.sgp |
| 02/02/2024 | 03:28 PM | 824,840 | d6c51106-660a-4cf4-b1d6-cb1216292b47_1.clstr |
| 02/02/2024 | 03:28 PM | 2,901,900 | d6c51106-660a-4cf4-b1d6-cb1216292b47_3.clstr |
| 03/28/2024 | 03:19 PM | 361,979 | RTU West Ramp.rcp |

Exhibit 19 Page 19

| | | | |
|---|---|---|---|
| 02/07/2024 | 10:47 AM | 296,182 | RTU West Ramp.rcp.bk1 |
| 02/07/2024 | 11:15 AM | 1,877,773 | RTU West Ramp.rcp.bk2 |
| 02/07/2024 | 11:20 AM | 1,727,079 | RTU West Ramp.rcp.bk3 |
| 02/01/2024 | 03:19 PM | 729,434,112 | RTU West Ramp0.e57 |
| 02/01/2024 | 03:21 PM | 733,816,832 | RTU West Ramp1.e57 |
| 02/01/2024 | 03:23 PM | 731,710,464 | RTU West Ramp2.e57 |
| 02/01/2024 | 03:24 PM | 733,328,384 | RTU West Ramp3.e57 |
| 02/01/2024 | 03:26 PM | 730,603,520 | RTU West Ramp4.e57 |
| 02/01/2024 | 03:27 PM | 179,544,064 | RTU West Ramp5.e57 |
| 02/01/2024 | 03:27 PM | 176,067,584 | RTU West Ramp6.e57 |
| 02/02/2024 | 12:52 PM | 405,863,700 | West Ramp- Setup 001.diff |
| 02/02/2024 | 12:52 PM | 524,288 | West Ramp- Setup 001.llt |
| 02/02/2024 | 12:35 PM | 121,540,493 | West Ramp- Setup 001.rcc |
| 03/28/2024 | 03:17 PM | 223,837,717 | West Ramp- Setup 001.rcs |
| 02/02/2024 | 12:52 PM | 217,696 | West Ramp- Setup 001.thumbnail |
| 02/02/2024 | 01:46 PM | 1,026,729,400 | West Ramp- Setup 002.diff |
| 02/02/2024 | 01:46 PM | 524,288 | West Ramp- Setup 002.llt |
| 02/02/2024 | 01:06 PM | 2,349,945 | West Ramp- Setup 002.rcc |
| 03/28/2024 | 03:18 PM | 112,155,471 | West Ramp- Setup 002.rcs |
| 02/02/2024 | 01:46 PM | 145,310 | West Ramp- Setup 002.thumbnail |
| 02/02/2024 | 02:22 PM | 124,619,772 | West Ramp- Setup 003.diff |
| 02/02/2024 | 02:22 PM | 524,288 | West Ramp- Setup 003.llt |
| 02/02/2024 | 02:17 PM | 183,177,161 | West Ramp- Setup 003.rcc |
| 03/28/2024 | 03:18 PM | 185,789,463 | West Ramp- Setup 003.rcs |
| 02/02/2024 | 02:22 PM | 172,602 | West Ramp- Setup 003.thumbnail |
| 02/02/2024 | 02:39 PM | 129,754,804 | West Ramp- Setup 004.diff |
| 02/02/2024 | 02:39 PM | 524,288 | West Ramp- Setup 004.llt |
| 02/02/2024 | 02:33 PM | 182,794,990 | West Ramp- Setup 004.rcc |
| 03/28/2024 | 03:18 PM | 182,198,873 | West Ramp- Setup 004.rcs |
| 02/02/2024 | 02:39 PM | 171,582 | West Ramp- Setup 004.thumbnail |
| 02/02/2024 | 03:24 PM | 417,337,344 | West Ramp- Setup 005.diff |
| 02/02/2024 | 03:24 PM | 524,288 | West Ramp- Setup 005.llt |
| 02/02/2024 | 03:05 PM | 111,297,262 | West Ramp- Setup 005.rcc |
| 03/28/2024 | 03:18 PM | 145,483,839 | West Ramp- Setup 005.rcs |
| 02/02/2024 | 03:24 PM | 190,772 | West Ramp- Setup 005.thumbnail |
| 02/02/2024 | 03:31 PM | 14,357,368 | West Ramp- Setup 006.diff |
| 02/02/2024 | 03:31 PM | 524,288 | West Ramp- Setup 006.llt |
| 02/02/2024 | 03:31 PM | 50,015,355 | West Ramp- Setup 006.rcc |
| 03/28/2024 | 03:18 PM | 97,892,789 | West Ramp- Setup 006.rcs |

Exhibit 19 Page 20

| | | | |
|---|---|---|---|
| 02/02/2024 | 03:31 PM | 194,504 | West Ramp- Setup 006.thumbnail |
| 02/02/2024 | 03:36 PM | 13,126,600 | West Ramp- Setup 007.diff |
| 02/02/2024 | 03:36 PM | 524,288 | West Ramp- Setup 007.llt |
| 02/02/2024 | 03:36 PM | 52,691,561 | West Ramp- Setup 007.rcc |
| 03/28/2024 | 03:18 PM | 96,135,077 | West Ramp- Setup 007.rcs |
| 02/02/2024 | 03:36 PM | 217,943 | West Ramp- Setup 007.thumbnail |

EAST RAMP LiDAR SCREENSHOTS

Bottom Handrail Extensions.jpg
Landing Length.jpg
Landing.jpg
Ramp Bottom Steep Slope.jpg
Run 1.jpg
Run 2 Length-Height.png
Run 2.jpg
Steep Slope at Bottom - Zoomed.png
Steep Slope Top.jpg
Top Landing and Handrails.jpg
Width.jpg

EAST RAMP LiDAR SUPPORT & E57 FILES

| | | | |
|---|---|---|---|
| 03/28/2024 | 10:50 AM | 947,417 | 00fc2dbf-0348-4b94-9ca5-ebb367881053.png |
| 02/02/2024 | 04:22 PM | 97,273 | 1606de87-b9f0-4783-9bfe-9b9467aa628d-map.md |
| 02/02/2024 | 04:22 PM | 74,636 | 1606de87-b9f0-4783-9bfe-9b9467aa628d-map.png |
| 02/02/2024 | 04:37 PM | 2,508,767 | 1606de87-b9f0-4783-9bfe-9b9467aa628d-preview.rch |
| 02/02/2024 | 04:22 PM | 5,676 | 1606de87-b9f0-4783-9bfe-9b9467aa628d.pf |
| 02/02/2024 | 04:37 PM | 38,742,959 | 1606de87-b9f0-4783-9bfe-9b9467aa628d.rch |
| 02/02/2024 | 04:32 PM | 196,462,752 | 1606de87-b9f0-4783-9bfe-9b9467aa628d.sgp |
| 02/02/2024 | 04:22 PM | 1,356,808 | 1606de87-b9f0-4783-9bfe-9b9467aa628d_1.clstr |
| 02/02/2024 | 04:22 PM | 3,436,868 | 1606de87-b9f0-4783-9bfe-9b9467aa628d_3.clstr |
| 02/02/2024 | 04:46 PM | 86,183 | 32827533-2d89-49ac-8e20-3a34dac20d1d-map.md |
| 02/02/2024 | 04:46 PM | 63,608 | 32827533-2d89-49ac-8e20-3a34dac20d1d-map.png |
| 02/02/2024 | 04:56 PM | 1,381,824 | 32827533-2d89-49ac-8e20-3a34dac20d1d-preview.rch |
| 02/02/2024 | 04:46 PM | 5,356 | 32827533-2d89-49ac-8e20-3a34dac20d1d.pf |
| 02/02/2024 | 04:56 PM | 21,082,493 | 32827533-2d89-49ac-8e20-3a34dac20d1d.rch |
| 02/02/2024 | 04:52 PM | 113,484,640 | 32827533-2d89-49ac-8e20-3a34dac20d1d.sgp |
| 02/02/2024 | 04:46 PM | 1,008,776 | 32827533-2d89-49ac-8e20-3a34dac20d1d_1.clstr |
| 02/02/2024 | 04:46 PM | 2,949,324 | 32827533-2d89-49ac-8e20-3a34dac20d1d_3.clstr |

Exhibit 19 Page 21

| | | | |
|---|---|---|---|
| 02/02/2024 | 05:29 PM | 96,697 | 6183f208-4bc1-425e-acb6-50ab44e7fd2e-map.md |
| 02/02/2024 | 05:29 PM | 68,446 | 6183f208-4bc1-425e-acb6-50ab44e7fd2e-map.png |
| 02/02/2024 | 05:39 PM | 1,257,038 | 6183f208-4bc1-425e-acb6-50ab44e7fd2e-preview.rch |
| 02/02/2024 | 05:29 PM | 5,596 | 6183f208-4bc1-425e-acb6-50ab44e7fd2e.pf |
| 02/02/2024 | 05:39 PM | 19,532,204 | 6183f208-4bc1-425e-acb6-50ab44e7fd2e.rch |
| 02/02/2024 | 05:36 PM | 104,460,728 | 6183f208-4bc1-425e-acb6-50ab44e7fd2e.sgp |
| 02/02/2024 | 05:29 PM | 962,696 | 6183f208-4bc1-425e-acb6-50ab44e7fd2e_1.clstr |
| 02/02/2024 | 05:29 PM | 2,912,028 | 6183f208-4bc1-425e-acb6-50ab44e7fd2e_3.clstr |
| 03/28/2024 | 10:34 AM | 947,432 | 87288997-4c1c-487b-8723-19c3950d543d.png |
| 02/02/2024 | 04:04 PM | 48,633 | a738b187-f3ee-4fb7-93f4-ada9ceb50c16-map.md |
| 02/02/2024 | 04:04 PM | 37,230 | a738b187-f3ee-4fb7-93f4-ada9ceb50c16-map.png |
| 02/02/2024 | 04:22 PM | 2,640,171 | a738b187-f3ee-4fb7-93f4-ada9ceb50c16-preview.rch |
| 02/02/2024 | 04:04 PM | 6,348 | a738b187-f3ee-4fb7-93f4-ada9ceb50c16.pf |
| 02/02/2024 | 04:22 PM | 42,286,665 | a738b187-f3ee-4fb7-93f4-ada9ceb50c16.rch |
| 02/02/2024 | 04:15 PM | 200,146,116 | a738b187-f3ee-4fb7-93f4-ada9ceb50c16.sgp |
| 02/02/2024 | 04:04 PM | 1,152,264 | a738b187-f3ee-4fb7-93f4-ada9ceb50c16_1.clstr |
| 02/02/2024 | 04:04 PM | 3,106,116 | a738b187-f3ee-4fb7-93f4-ada9ceb50c16_3.clstr |
| 02/01/2024 | 10:45 AM | 10,186,880,450 | Backup_East Ramp_2024-01-31_151940.faf |
| 03/28/2024 | 02:15 PM | 0 | e0ad4849-a42e-4164-ad8d-438ae4a8026d.dt |
| 03/28/2024 | 02:15 PM | 947,364 | e0ad4849-a42e-4164-ad8d-438ae4a8026d.png |
| 03/28/2024 | 11:04 AM | 144,987 | e5d41925-06ed-4587-bcaf-ffe9620f6476.md |
| 03/28/2024 | 11:04 AM | 120,358 | e5d41925-06ed-4587-bcaf-ffe9620f6476.png |
| 02/02/2024 | 04:03 PM | 126,181,472 | East Ramp- Setup 001.diff |
| 02/02/2024 | 04:03 PM | 524,288 | East Ramp- Setup 001.llt |
| 02/02/2024 | 03:58 PM | 196,839,238 | East Ramp- Setup 001.rcc |
| 03/28/2024 | 10:35 AM | 172,076,725 | East Ramp- Setup 001.rcs |
| 02/02/2024 | 04:03 PM | 217,866 | East Ramp- Setup 001.thumbnail |
| 02/02/2024 | 04:20 PM | 123,698,376 | East Ramp- Setup 002.diff |
| 02/02/2024 | 04:20 PM | 524,288 | East Ramp- Setup 002.llt |
| 02/02/2024 | 04:15 PM | 190,772,353 | East Ramp- Setup 002.rcc |
| 03/28/2024 | 10:35 AM | 189,746,046 | East Ramp- Setup 002.rcs |
| 02/02/2024 | 04:20 PM | 207,983 | East Ramp- Setup 002.thumbnail |
| 02/02/2024 | 04:44 PM | 377,471,644 | East Ramp- Setup 003.diff |
| 02/02/2024 | 04:44 PM | 524,288 | East Ramp- Setup 003.llt |
| 02/02/2024 | 04:30 PM | 120,961,636 | East Ramp- Setup 003.rcc |
| 03/28/2024 | 10:36 AM | 180,699,838 | East Ramp- Setup 003.rcs |
| 02/02/2024 | 04:44 PM | 182,583 | East Ramp- Setup 003.thumbnail |
| 02/02/2024 | 05:27 PM | 402,875,568 | East Ramp- Setup 006.diff |
| 02/02/2024 | 05:27 PM | 524,288 | East Ramp- Setup 006.llt |

Exhibit 19 Page 22

```
02/02/2024 05:10 PM     112,682,083 East Ramp- Setup 006.rcc
03/28/2024 10:36 AM     181,593,911 East Ramp- Setup 006.rcs
02/02/2024 05:27 PM         197,118 East Ramp- Setup 006.thumbnail
02/05/2024 10:21 AM     962,239,716 East Ramp- Setup 007.diff
02/05/2024 10:21 AM         524,288 East Ramp- Setup 007.llt
02/05/2024 09:45 AM      10,935,870 East Ramp- Setup 007.rcc
03/28/2024 10:36 AM     130,957,186 East Ramp- Setup 007.rcs
02/05/2024 10:21 AM         175,706 East Ramp- Setup 007.thumbnail
02/05/2024 10:42 AM     119,122,728 East Ramp- Setup 008.diff
02/05/2024 10:42 AM         524,288 East Ramp- Setup 008.llt
02/05/2024 10:38 AM     192,376,326 East Ramp- Setup 008.rcc
03/28/2024 10:36 AM     179,063,358 East Ramp- Setup 008.rcs
02/05/2024 10:42 AM         232,057 East Ramp- Setup 008.thumbnail
02/05/2024 10:24 AM          64,939 f86b6fd3-019d-4507-8637-f6308e83a8e2-map.md
02/05/2024 10:24 AM          57,068 f86b6fd3-019d-4507-8637-f6308e83a8e2-map.png
02/05/2024 10:28 AM         142,781 f86b6fd3-019d-4507-8637-f6308e83a8e2-preview.rch
02/05/2024 10:24 AM           3,740 f86b6fd3-019d-4507-8637-f6308e83a8e2.pf
02/05/2024 10:28 AM       2,096,481 f86b6fd3-019d-4507-8637-f6308e83a8e2.rch
02/05/2024 10:26 AM       9,369,132 f86b6fd3-019d-4507-8637-f6308e83a8e2.sgp
02/05/2024 10:24 AM         192,648 f86b6fd3-019d-4507-8637-f6308e83a8e2_1.clstr
02/05/2024 10:24 AM      16,795,628 f86b6fd3-019d-4507-8637-f6308e83a8e2_3.clstr
02/05/2024 10:44 AM          83,361 f87df965-e3ac-432d-898c-bc35e047d564-map.md
02/05/2024 10:44 AM          76,348 f87df965-e3ac-432d-898c-bc35e047d564-map.png
02/05/2024 10:58 AM       2,554,276 f87df965-e3ac-432d-898c-bc35e047d564-preview.rch
02/05/2024 10:44 AM           4,988 f87df965-e3ac-432d-898c-bc35e047d564.pf
02/05/2024 10:58 AM      37,985,174 f87df965-e3ac-432d-898c-bc35e047d564.rch
02/05/2024 10:52 AM     195,366,400 f87df965-e3ac-432d-898c-bc35e047d564.sgp
02/05/2024 10:44 AM       1,355,400 f87df965-e3ac-432d-898c-bc35e047d564_1.clstr
02/05/2024 10:44 AM       3,529,188 f87df965-e3ac-432d-898c-bc35e047d564_3.clstr
03/28/2024 11:04 AM          65,019 RTU East Ramp.rcp
02/07/2024 12:28 PM       1,856,668 RTU East Ramp.rcp.bk1
02/07/2024 02:32 PM       4,881,084 RTU East Ramp.rcp.bk2
03/28/2024 10:36 AM         226,781 RTU East Ramp.rcp.bk3
02/01/2024 03:53 PM     729,820,160 RTU East Ramp0.e57
02/01/2024 03:51 PM   4,348,336,128 RTU East Ramp1.e57
02/01/2024 03:56 PM     730,333,184 RTU East Ramp2.e57
02/01/2024 03:58 PM     721,327,104 RTU East Ramp3.e57
02/01/2024 04:00 PM     727,062,528 RTU East Ramp4.e57
02/01/2024 04:01 PM     715,081,728 RTU East Ramp5.e57
```

Exhibit 19 Page 23