## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HERNANDEZ, CUATEMAC

| | | |
|---|---|---|
| Patient Type: Visit CHS | Admission Date: 2/2/2022 | MRN: 006423461c; 00118873z |
| Birth Date: 7 | Discharge Date: 5/11/2023 | |
| Gender: Male | FIN: 20220202047 | CMRN: 1015119250 |

---

### Intake Screening CHS

*Dental comments :*   Patient has visible black areas on back lower left molar.  He reports "discomfort" when eating or with extreme temperatures.

RAYMER RN, JOSH D - 05/09/2023 21:56 CDT

*Electronically Authored On:  09-May-23 21:56*
*Electronically Signed By: RAYMER RN, JOSH D*
*Cermak - Maxim Agency RN*

*Signed On: 09-May-23 22:16*
*Associated Provider: RAYMER RN, JOSH D*
*Cermak - Maxim Agency RN*

---

### Intake 2nd Med

| | |
|---|---|
| Document Type: | Intake 2nd Med |
| Service Date/Time: | 2/2/2022 19:55 CST |
| Result Status: | Auth (Verified) |
| Perform Information: | MARTINEZ PA-C,SALVADOR (2/2/2022 20:03 CST) |
| Sign Information: | MARTINEZ PA-C,SALVADOR (2/2/2022 20:03 CST) |

**INTK.- CHS Primary Care Note**

Patient:  **HERNANDEZ, CUATEMAC**      **MRN: 00118873z**      **FIN: 20220202047**
Age: **46 years**    Sex: **Male**    DOB:          **5**
Associated Diagnoses:  **None**
Author:  **MARTINEZ PA-C, SALVADOR**

**Basic Information**

**General Communication**
   Visit Type: Intake second medical.
   Language: Patient understands English.
   Documentation Reviewed: Prior Cermak records.

**Subjective**
   Problem list
       All Problems
   Hypothyroidism / SNOMED CT 68268011 / Confirmed Obesity
   C-LBP.  Chief complaint

---

| | | |
|---|---|---|
| Report Request ID:  262217109 | Page 171 of 619 | Facility:  CHS |
| | | Location:  RCDC |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

| | | |
|---|---|---|
| Hernandez v. Dart, 23-cv-16970 | DR 001117 | Exhibit 20 Page 1 |

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HERNANDEZ, CUATEMAC

| | | |
|---|---|---|
| Patient Type: Visit CHS | Admission Date: 2/2/2022 | MRN: 006423461c; 00118873z |
| Birth Date: 7 | Discharge Date: 5/11/2023 | |
| Gender: Male | FIN: 20220202047 | CMRN: 1015119250 |

---

### Intake 2nd Med

---

**C.C: Pt Denies any acute  C/O's-**
        **Req. pain Rx  and thyroid Rx.**

**Histories**
  **Allergies**:
        Allergic Reactions (All)
            No Known Allergies
  **Current Medications**:  (Selected)

  **Family History**:
        No family history items have been selected or recorded.
  **Psychosocial History**

        **Social & Psychosocial Habits**

        **Alcohol**
        02/02/2022  **Use:** Current

        **Substance Abuse**
        02/02/2022  **Use:** Never

        **Tobacco**
        02/02/2022  **Use:** 10 or more cigarettes in
         **Type:** Cigarettes
         .

**Objective**
  **VS/Measurements**
  Vital Signs

| 2/2/2022 19:28 CST | Temp Oral DegC | 36.8 DegC |
|---|---|---|
| | Heart Rate | 88 |
| | Respiratory Rate | 18 breaths/min |
| | Systolic Blood Pressure | 128 mmHg |
| | Diastolic Blood Pressure | 82 mmHg |
| | Oxygen Saturation | 97 % |

, Measurements from flowsheet : Measurements

| 2/2/2022 19:37 CST | ASCVD Risk Score | Could Not Calculate |
|---|---|---|
| 2/2/2022 19:28 CST | Estimated height in cm | 175.26 cm |
| | Estimated weight in kg | 135.5 KG |

---

| | | |
|---|---|---|
| Report Request ID:  262217109 | Page 172 of 619 | Facility:  CHS |
| | | Location:  RCDC |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

Hernandez v. Dart, 23-cv-16970                    DR 001118                    Exhibit 20 Page 2

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HERNANDEZ, CUATEMAC

| | | |
|---|---|---|
| Patient Type: Visit CHS | Admission Date: 2/2/2022 | MRN: 006423461c; 00118873z |
| Birth Date: 7    5 | Discharge Date: 5/11/2023 | |
| Gender: Male | FIN: 20220202047 | CMRN: 1015119250 |

## Intake 2nd Med

**General**:
  Development: Normally developed.
  Nutritional status: Well nourished, Obese.
  Appearance: In no apparent distress.
**Eye**: Pupils are equal, round and reactive to light, Extraocular movements are intact, Normal conjunctiva, Normal sclera.
**HENT**: Oral mucosa is moist.
**Neck**: Supple.
**Respiratory**: Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, No wheezes.
**Cardiovascular**: Normal rate, Regular rhythm, No murmur, No gallop, No edema.
**Integumentary**: Warm, No pallor, No rash.
**Mental Status Exam**: Alert and oriented X 3.


**Review / Management**
  **Results Review**: No interval results.
  **Laboratory Results**
  N/A
  **Imaging Results**
  N/A


**Impression and Plan**
  **Impression and Plan**:
    Diagnosis: **1. H/O : M.Obese  with chronic LBP  and shoulder OA**
  **P: pt ed  given-  CPM/PRN  with pain Rx- cane**


  **2. H/O  Hypothyroidism**
  **P: pt e d given- CPM**.
    Degree of Control: N/A.
    Clinical Status: N/A.
  **Plan**
    PowerOrders
    Laboratory:
      T3 Free (Order): 2/2/2022 20:02 CST, Blood, Routine, Schedule Indicator
      TSH/T4 (Order): 2/2/2022 20:02 CST, Blood, Routine, Schedule Indicator
      Liver Profile (Order): 2/2/2022 20:02 CST, Blood, Routine, Schedule Indicator
      BMP (Order): 2/2/2022 20:02 CST, Blood, Routine, Schedule Indicator
      Urinalysis (Order): 2/2/2022 20:02 CST, Urine, Routine, Schedule Indicator
      Lipid Profile  (Non Fasting) (Order): 2/2/2022 20:02 CST, Blood, Routine, Schedule Indicator
      Hemoglobin A1C (Order): 2/2/2022 20:02 CST, Blood, Routine, Schedule Indicator
    Patient Care:
      Chronic Disease Alert (Order): 2/2/2022 20:02 CST, Hypertension
      Alert CCDOC (Order): 2/2/2022 19:59 CST, Lower Bunk, Routine
      Alert CCDOC (Order): 2/2/2022 19:59 CST, Cane, Routine
    Pharmacy:

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

Hernandez v. Dart, 23-cv-16970                    DR 001119                    Exhibit 20 Page 3

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HERNANDEZ, CUATEMAC

| | | |
|---|---|---|
| Patient Type: Visit CHS | Admission Date: 2/2/2022 | MRN: 006423461c; 00118873z |
| Birth Date: 7 | Discharge Date: 5/11/2023 | |
| Gender: Male | FIN: 20220202047 | CMRN: 1015119250 |

---

### Intake 2nd Med

hydroCHLOROthiazide (Order): 25 MG, PO, Tab, Daily, Routine, 2/3/2022 09:00 CST, 26 WEEK, 8/3/2022 09:00 CDT

naproxen (Order): 500 MG, PO, Tab, Q 12 Hr, PRN, For Cermak Pain – ONLY CERMAK Pts, Routine, 2/2/2022 20:01 CST, 16 WEEK, 5/25/2022 20:00 CDT

methocarbamol (Order): 750 MG, PO, Tab, Q 12 Hr, Routine, 2/2/2022 21:00 CST, 2 WEEK, 2/16/2022 09:00 CST

levothyroxine (Order): 200 MCG, PO, Tab, 4AM, Instruction to Nursing: BEFORE meal, Routine, 2/3/2022 04:00 CST, 12 WEEK, 4/27/2022 04:00 CDT

Referrals:

Referral to Primary Care (Order): Routine (CHS5) 4 to 6 Weeks, 3/2/2022 00:00 CST, 3/16/2022 00:00 CDT, Once, 3/2/2022 00:00 CST.

Med Reconciliation: (Selected)

.

.

**Medications**: Medications have been reconciled.

**Education and Follow up**: Patient has been given the opportunity to ask questions, Patient advised on how to access care upon release, Patient counseled on how to access care at CCDOC, Patient verbally acknowledges understanding of plan.

Medications: **N/A**.

*Electronically Authored On: 02-Feb-22 20:03*
*Electronically Signed By: MARTINEZ PA-C, SALVADOR*
*CHS - Med/Surg - Physician Assistant*
*Pager/Bus: 773-333-2121*

---

### Health Service Request

---

Location: RCDC

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

Hernandez v. Dart, 23-cv-16970     DR 001120     Exhibit 20 Page 4