| (Do Not Modify) Offender Movement | (Do Not Modify) Row Checksum | (Do Not Modify) Modified On | Inmate | Booking | Movement Date | From | To | Movement Reason | Movement Status |
|---|---|---|---|---|---|---|---|---|---|
| 4d5cd2e8-16ef-ed11-92e0-00155d9ac075 | a3ydUot6oYaWVtYm0m/r53EJq7LdxSgwYVq1H2xb2Tw2hXEa66uq0MC6JRs1cg8uXP6hFAmX41Smeeaads8bSA== | 5/10/23 9:42 | Cuatemac Hernandez | 20220202047 | 5/10/23 4:41 | Electronic Monitoring | In-Cell | In Cell | Pending |
| 001a41dc-168f-44eb-92b8-8c35524eb97c | QjgSebfENXf4OaA5mfwmMVLhQ1Kr12FNqsjtppg6O/qb9/ycg320TMXs5qFYqEzK6Hmb3XHpPQ81dooJHW7L1Q== | 11/22/22 21:43 | Cuatemac Hernandez | 20220202047 | 11/22/22 15:42 | In-Cell | Electronic Monitoring | Housing | Pending |
| 7d7575d2-6ae7-4394-9921-2bd51b997515 | Odzrxxnb5Sqcv0cqS4lC7uoOsFGK0g5USSzDdKtAp7NtbGVFLKRgSY6gn5lG/9Ob1Bd5YsniyEuSmVVcePJv5Q== | 11/10/22 22:47 | Cuatemac Hernandez | 20220202047 | 11/10/22 16:47 | In-Transit | In-Cell | In Cell | Pending |
| 40d958f3-fd60-ed11-b835-00155d158604 | vsvYibRFoTcdUOQoCnaDylcMKWH6k9jPO4KUcTLAVnJB7bjI1ZLTJ4HYsUw9fhND4fEeWYP9TzQ5Fbskgcxtjg== | 11/10/22 13:45 | Cuatemac Hernandez | 20220202047 | 11/10/22 7:45 | In-Cell | In-Transit | Court Appearance | Pending |
| b6ac2fa8-ffaa-41ff-93b9-204670d7a002 | bWK8kvhBAkYBEz+GXUsb/lwg5nnWN8MLDJC8EirCF0wFdzycQjIh4aSH69JDVhAfATsEUcX/dtnCgd1OrORcWw== | 10/31/22 18:47 | Cuatemac Hernandez | 20220202047 | 10/31/22 13:46 | In-Cell | In-Transit | Court Appearance | Pending |
| b11ee529-8415-4204-8486-5a370e4ec70f | hNkL24P1SgUY+v97l6r+Ay1aAhnorYdchqEzuMNtYiH8SyteeSmvTEawlHdowVcU1LgjkOHvZPKL88mwx914kw== | 10/31/22 20:59 | Cuatemac Hernandez | 20220202047 | 10/31/22 13:46 | In-Transit | In-Cell | In Cell | Pending |
| e0445e7f-b864-4776-838e-62031ba58282 | dXtRjdoX4DPyJbdeWNNFFT7ZINZjm4HRGMKhL7e0aVEcD1iL0gs8cMGIzWIOsORRDJjiG/DfligLPJQApgWChw== | 10/31/22 20:57 | Cuatemac Hernandez | 20220202047 | 10/31/22 13:46 | In-Cell | In-Transit | Court Appearance | Pending |
| 55c5f205-f29f-473a-bcf0-ed66dda6d3cc | MEeDlzdtGGrRSn1SjUCTabQn8p0jws8ACJ+9cvWiha7YcxsUDeGo6IAyMWQgJBoG7kUWIODjhiYWriO0Ts7Ftw== | 10/31/22 20:56 | Cuatemac Hernandez | 20220202047 | 10/31/22 13:46 | In-Transit | In-Cell | Court Return | Pending |
| 78c70757-a949-44f9-ae20-2cfaef0ebcb6 | oBQFPNKCOgckSScwslRYUdf3YrAKPNtJb7q1UK2qfCxcBGonrCZUo+4nKxwGJ/MUL0ELi1Lr5jxK1FqQE6Fhfg== | 10/11/22 19:29 | Cuatemac Hernandez | 20220202047 | 10/11/22 14:28 | In-Transit | In-Cell | Additional Phone Time | Pending |
| 0764d26f-f717-4249-b90c-5f620e40b00a | UAFoLuVk2kJd6kzDjHx7P+81rTdttipkZKWWcs/kFU3KZF2RoZ8zifmflcJMufKbdXNhI/U5SFDX6Ge/lKe9oQ== | 10/11/22 13:46 | Cuatemac Hernandez | 20220202047 | 10/11/22 7:28 | In-Cell | In-Transit | Court Appearance | Pending |
| 05650428-8940-4067-9373-29c3c8d8f72a | 9UanL+fQi6AMbBLWeMadlx99aVlX3+WK8PT+7EShU32JkX+gdsncPq/3zUFccqjF0RGwSjvw2JGnXLN6PSyLmg== | 9/30/22 19:39 | Cuatemac Hernandez | 20220202047 | 9/30/22 14:38 | In-Transit | In-Cell | In Cell | Pending |
| a9fd9331-eae1-44b7-a4d8-42f11089f007 | idZGwtSx1qgz5QyRP93+qpr8lEbJkrKmydEn9mFANmysks8ukscwCVbDGA5Z4xTb8JVozE3P/ktgyYd5tTl1XQ== | 9/30/22 13:12 | Cuatemac Hernandez | 20220202047 | 9/30/22 7:47 | In-Cell | In-Transit | Court Appearance | Pending |
| 0636dd0b-1436-ed11-b82c-00155de79220 | Kk7pELHyRUHsoI/FEC8e03s2vVWSj4lf+u/h51/V8+A5tBV6J/AXLwRSchiLkGc/UZQP0EB2jQUFTEzQvq+ujw== | 9/16/22 23:05 | Cuatemac Hernandez | 20220202047 | 9/16/22 17:30 | In-Transit | In-Cell | In Cell | Pending |
| 2fd25dc0-3118-4c2d-a7a3-30d72cbe2d98 | uV0+dKiXHkeEnGuZWNGZYt5LoGnD0kluj+SaGT+o6MLY42UN8AUtZnaWCIer5sdFit/PftD5C1OLBLN8FabhxA== | 9/16/22 14:16 | Cuatemac Hernandez | 20220202047 | 9/16/22 9:14 | In-Cell | In-Transit | Additional Phone Time | Pending |
| f9851414-6214-ed11-818a-00155de79216 | 0DfB0fSbZO716oBVpplTCaSySfV30melNwiUblvFifHp2CAPLuNDnLBcy69Ip8lSj9ANiW0Ol8ujCvjTb9x/VA== | 8/5/22 1:58 | Cuatemac Hernandez | 20220202047 | 8/4/22 20:57 | DOCCMKCLINICS | In-Cell | In Cell | Pending |
| 6861c06b-05ea-41fd-9906-f52dc56dc9d1 | buw8q8Jyfp9BqcYSgwRFmwmMgCUrZkg8Ss5lzX+bX87mOWxQWD8v/I/O9Sjeufmvkkori+0XROFWv4KoqQs8lw== | 8/4/22 21:33 | Cuatemac Hernandez | 20220202047 | 8/4/22 14:56 | DOCCMKADMISSION | DOCCMKCLINICS | DIV5 Transfer In | Pending |
| 75fa81f0-32be-47e1-af5d-d335df977e91 | wffldxucbYOnyBdBYUK+5gJoQtsbx1mvHnqsDu1Geo+OKc/6/yXxscmHvrXDeSQvJq5ryTDvSg+65bd/ycOKA== | 8/4/22 16:20 | Cuatemac Hernandez | 20220202047 | 8/4/22 9:00 | In-Transit | DOCCMKADMISSION | Cermak | Pending |
| d603c058-7b35-4b23-9d12-0e1fbbfc8d87 | TibwJaAmgmGEK+MP4Gfqfq8U7Uk7ptqKjwyJvhbQ/75TGOQNKaReHI51SEF9j8XVW3Pp1luLiWVMehPeXSFU1w== | 4/12/22 9:35 | Cuatemac Hernandez | 20220202047 | 4/12/22 4:18 | In-Cell | In-Transit | RCDC Transfer to IDOC | Pending |
| ac03f86d-b4b9-ec11-8183-00155de791c1 | mvN5aMAe6DtpPwcO0OGiXyk8aE6InX3toWAbyBci/gvF77NnYdh9UZ78aoXlxQPYf8ykU6UklGjYSD/Je+f0dw== | 4/11/22 16:28 | Cuatemac Hernandez | 20220202047 | 4/11/22 10:50 | In-Transit | In-Cell | In Cell | Pending |
| b4f60b5f-aab9-ec11-8183-00155de791c1 | xfnNzPrzA4KfJcukoKw5Q924tki2XhrF7ZTqixlZ2m70od2vkHmHo9SQqE+GJMcchlJ5lklod3bZRcrm5J92zA== | 4/11/22 15:16 | Cuatemac Hernandez | 20220202047 | 4/11/22 10:00 | In-Cell | In-Transit | Religious Services | Pending |
| 64def85b-91b6-ec11-8183-00155dd158582 | QWaBJfLimllymtqFj6alN5yxzjQOYgptCbW9ULhjpyZXkK8Q25n1Suj3imCRcr61qRe+bs9CEZFf20ta95YvGQ== | 4/7/22 16:40 | Cuatemac Hernandez | 20220202047 | 4/7/22 11:39 | In-Transit | In-Cell | In Cell | Pending |
| decf1d5e-87b6-ec11-8192-00155dd6a5b6 | y6tq36fqx7b0p2Y7EOHJtKAnDT5PsbNGcIS7ByxY9PLIFW7drpj897f+bNeJGfOXmvLovbsMNOiZ+xupna1S8g== | 4/7/22 15:28 | Cuatemac Hernandez | 20220202047 | 4/7/22 10:28 | In-Cell | In-Transit | Cermak | Pending |
| d21b7898-e9ad-ec11-8187-00155de791bd | 1mDfw1XV+M8CBhjfYpsWvwuJ1qls4ypusWapC+WPfqruFnJdpsiM9X0BsmHUJ8UHH9s8UTCdOtjfCphBtvzgXg== | 3/27/22 16:19 | Cuatemac Hernandez | 20220202047 | 3/27/22 11:18 | In-Transit | In-Cell | In Cell | Pending |
| 2549d80f-e4ad-ec11-8183-00155de791c1 | BtsFwMJFgkb562W+tQH2zLlEnxsodFnyEMytNM7++mbeJj6zRECUYySUhhLbsZco72vZLlQzMTCxqWITNbguWA== | 3/27/22 15:39 | Cuatemac Hernandez | 20220202047 | 3/27/22 10:38 | In-Cell | In-Transit | Dispensary | Pending |
| 9bad42cf-1cc7-4be1-a716-68c0323e327f | WHDY7Sa0acOA7slG0l4lRkcp/zTQ4vguCyAV4tx0M13aQA3y8969EnhqH3re4RShysOMMFePFaKr16XMC2h42Q== | 3/11/22 18:19 | Cuatemac Hernandez | 20220202047 | 3/11/22 12:17 | In-Transit | In-Cell | In Cell | Pending |
| cb335c65-a957-4025-9558-52dba5bd6f7f | tPNNF/rhnbEivOyOjQ0oXYT2TBpipe7G7vFXXo8HFxMryThlLwU0JcCG299pYS/UBbv0hu+f4XHxJegEAOwD4g== | 3/11/22 14:56 | Cuatemac Hernandez | 20220202047 | 3/11/22 7:47 | In-Cell | In-Transit | Court Appearance | Pending |
| 027465dd-3b9e-ec11-8185-00155d158582 | kC3BeYc4AQtrB5aJbqmW1KjzKDq1/InYInzMbKNGwAZTroV8dvgoCnSYilaFQjnk8YUiUeuz8Dkc5v9hXENbuw== | 3/7/22 17:27 | Cuatemac Hernandez | 20220202047 | 3/7/22 11:27 | In-Transit | In-Cell | In Cell | Pending |
| 46801e8d-2a9e-ec11-8186-00155d15855c | ZbWmsi23yzGrM6kZwC1n60azzrnxhtu2fZZsz7kU8o9V8t6dm97FWz9Wyj2sB3glk1WyzxN+DOUmpcAUB/+Vw== | 3/7/22 15:23 | Cuatemac Hernandez | 20220202047 | 3/7/22 9:23 | In-Cell | In-Transit | Dispensary | Pending |
| 9a9c0fa6-4e97-ec11-8186-00155d15855c | M9pw2Hk41yc7mH1SFJX7h91ogZcH74RVrNIsTJJXQ3fP2JwP0lf++0PdPvPknTM3Rln1kMSV1cOI4335T2fMyw== | 2/26/22 21:54 | Cuatemac Hernandez | 20220202047 | 2/26/22 15:53 | DOCD10SEC | In-Cell | In Cell | Pending |
| b84e390e-089d-4297-a3a2-a056ead45a7c | NQ1emyKkV5AlIWalfyFy2K5/XpWoHslvQ1ZIf/HSOIDChhl3Ys2TYF8PWjhDD7t2HRcy4ZnMo9rlCX+s8yRY+A== | 2/26/22 19:34 | Cuatemac Hernandez | 20220202047 | 2/26/22 13:32 | In-Transit | DOCD10SEC | Cermak | Pending |
| d833a0c6-3997-ec11-8182-00155d9ac18b | Fq3vFi+BQ4WhG/w/zJyESElo+/DJGOM9wcs+3hql47nZ5cu5YgHIrzKRqyoAHpv3d039TWdkqWZfMPzapo2BDg== | 2/26/22 19:24 | Cuatemac Hernandez | 20220202047 | 2/26/22 12:00 | In-Transit | In-Cell | Cermak | Pending |
| 447c9202-2c97-ec11-8192-00155dd6a5b9 | XhMh6s9W4oUWvExaV8yp+cjPsVaK71+qo7i3xrsi1TCSk+fH2ruC7gMabRljKliyAMsSCvO8Rhg1tlmoVNieHw== | 2/26/22 17:46 | Cuatemac Hernandez | 20220202047 | 2/26/22 11:45 | In-Cell | In-Transit | Dispensary | Pending |
| f255a5fe-6196-ec11-8186-00155d15855c | 9MIbhJZdprle7N6Oq76cknrhwuj7Lyf4dvIPD1u5cyoRoKwiQ7smF1PlrqqpcDhLXV1AyLjM57ndvjraLzPHCQ== | 2/25/22 17:40 | Cuatemac Hernandez | 20220202047 | 2/25/22 11:30 | DOCD4GYMCOURTS | In-Cell | In Cell | Pending |
| 1d570cad-4696-ec11-8192-00155dd6a5b9 | AdrcyqwaTXoy5hj9qqn55x+fkvxd5y1iIZ1TLCKnRAwKhbuA94qpDLn1wYprvY8nI3FQDAA/W8RwngJBUDqeNw== | 2/25/22 14:24 | Cuatemac Hernandez | 20220202047 | 2/25/22 8:15 | In-Transit | In-Cell | Court Appearance | Pending |
| c2d08f81-361b-4705-b150-237afa314584 | DusHl7hlJ/lyjjCgkySeaeacUclHDRZFICO49cmppTbgRXivwmHurLf809zllZ7elJE9V+si2T1S9VXKiPagfjw== | 2/25/22 14:24 | Cuatemac Hernandez | 20220202047 | 2/25/22 7:42 | In-Cell | In-Transit | Court Appearance | Pending |
| 3026c211-1161-47f1-b973-9b2fe83e9eb7 | RFzgq6RCBQPqor6HzvA80isD10Q7UPHn1XC1giMR6gUBmlNrxhdYCAGJfKnHYzGgIUNplx9uBF1LJKErAT3oIQ== | 2/25/22 14:41 | Cuatemac Hernandez | 20220202047 | 2/26/22 6:36 | In-Transit | DOCD4GYMCOURTS | Court Appearance | Pending |
| 5b151972-d194-ec11-8182-00155d9ac18b | LU5o30H7WjzkUBMsulhlSJltV5VbuVMa8R/1Pyqp5uKG6tpuBxUH5id7TY9qAcZCMvcp1WWIKsoR8MtncemOqQ== | 2/23/22 17:53 | Cuatemac Hernandez | 20220202047 | 2/23/22 11:45 | DOCD4GYMCOURTS | In-Cell | In Cell | Pending |
| caf49054-b594-ec11-8182-00155d9ac18b | CPT7f2lflOATrVrUbOF9GSGfjn7RXiVcW4xTEo1gaDsyXRRvblvkMF1eiNzb+dl7Tt1y9PBbK2TO/Slav88p5Q== | 2/23/22 14:31 | Cuatemac Hernandez | 20220202047 | 2/23/22 8:31 | In-Transit | In-Cell | Court Appearance | Pending |
| 33bfb646-d7fd-4321-bf50-b5e43c23f72d | NoOLh0uoG5ux01ro3Jlqpu0dR562yl7NFiZN6PeKMbdDW/iMbqgQYlo9XFK/P9IKD/vEFY7ltW+xUUVIq4iQeA== | 2/23/22 14:38 | Cuatemac Hernandez | 20220202047 | 2/23/22 8:01 | In-Transit | DOCD4GYMCOURTS | Court Appearance | Pending |
| 2e6c636f-f772-42a3-9a4c-23e9eb7a5dd0 | VZYuLhy4lsgGjQcAYRpKYpRD0Lq25aOm7I4ONdgvHpHEacRyj+qyifLWs2lPukwFVVDW15MMRVemL1fSPCvmYA== | 2/23/22 14:11 | Cuatemac Hernandez | 20220202047 | 2/23/22 7:39 | In-Cell | In-Transit | Court Appearance | Pending |
| b47d01b1-018e-ec11-8190-00155d15855b | xAzndhuDS/oC+yfSxldW4OOC5JopLoIQcAAeF6yjJD2aE2FowbiueEQmf9AiQ4pupyTpWyPUVwcyNYaPB+2lxA== | 2/15/22 1:50 | Cuatemac Hernandez | 20220202047 | 2/14/22 19:50 | In-Cell | In-Cell | In Cell | Pending |
| d78a28ea-008e-ec11-8190-00155d15855b | HNS63D+FTOHiJnvrAPCi9MVOqdonN2PwbnNxXvO2vyL4A3VzGoQVmll6rTm9cPQGY95cTJ/3hRoNRguQYPw0OQ== | 2/15/22 1:45 | Cuatemac Hernandez | 20220202047 | 2/14/22 19:45 | In-Transit | In-Cell | In Cell | Pending |
| f962a198-018e-ec11-8184-00155d9ac185 | E7crFb526l3TD9MsYYhv3w5q7jBbx9cFqjKr1T227DfrXI9v8UQ5mrIuJ9Tp/5UfxqXCay5j5fT4tICMiCqSVQ== | 2/15/22 1:50 | Cuatemac Hernandez | 20220202047 | 2/14/22 19:45 | In-Cell | In-Transit | DIV10 Transfer Out | Pending |
| 1cd730cb-008e-ec11-8185-00155d15855c | r0DywiZswgT52Wupkmw9eGCtBzBFinzGt0oNEF2BYUcJbtXSctTY1mFYqJle9UxYkLN/DSl7yaEcux57VQWQg== | 2/15/22 1:44 | Cuatemac Hernandez | 20220202047 | 2/14/22 19:42 | In-Transit | In-Cell | DIV10 Transfer In | Pending |
| 145febf2-3688-ec11-8184-00155d15855c | NNHsbjmmNL45713It50UGV0aBdXVl42JkpXf0egdHE7CcqBKdlcccCjforija35dwb6Bm4Q/9OhA6iGAb6oZMA== | 2/7/22 16:16 | Cuatemac Hernandez | 20220202047 | 2/7/22 10:56 | In-Transit | In-Cell | In Cell | Pending |
| 2df1a340-3188-ec11-8185-00155d15855c | uqe2bDScBmG4Yxp+yi4/noYNwy1GA7dXqmlbl7OvmEstpmqlrznDLEUO7dJmlRmT29AP6DwA1V3MXYN+y68m+A== | 2/7/22 16:16 | Cuatemac Hernandez | 20220202047 | 2/7/22 10:15 | In-Cell | In-Transit | Cermak | Pending |
| 04b898f0-9e84-ec11-8185-00155d15855c | XBEhBeTTYNvBlbekHRKqY0Xi0k1jgR0vLHcBkq5c9ucEUhRwS6J3SsAH040GgDUKIFB+6FEs88bbl0wUumixbw== | 2/3/22 3:11 | Cuatemac Hernandez | 20220202047 | 2/2/22 21:10 | DOCD8RCDCLASS9 | In-Cell | In Cell | Pending |
| 3e978303-9557-4c03-81f6-38ce62a9aa10 | ByzG/k8+FYmRKYM+9DF20622py0XMDsqwlxBahjwgAQ2Zc0B/d1EStgsYJ0neb3O1QiMPWJ/dkBHZKoKZltvNA== | 2/3/22 0:26 | Cuatemac Hernandez | 20220202047 | 2/2/22 14:31 | | DOCD8RCDCLASS9 | RCDC New | Pending |