### Re: Physical therapy referrals

Davis, Barbara <bdavis@cookcountyhhs.org>
Fri 3/25/2022 7:18 PM
To: Sabrina Rivero Canchola (Sheriff) <Sabrina.RiveroCanchola@ccsheriff.org>

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi,
Certainly. Thanks

---

**From:** Sabrina Rivero Canchola (Sheriff) <Sabrina.RiveroCanchola@ccsheriff.org>
**Sent:** Friday, March 25, 2022 12:19 PM
**To:** Davis, Barbara <bdavis@cookcountyhhs.org>
**Subject:** Physical therapy referrals

Hi Ms Davis,

Can you refer these two detainees we spoke about to be evaluated by PT?

Cuatemac Hernandez 20220202047 states he has difficulty walking long distances

J▮▮▮▮▮▮▮▮▮▮ states that he has metal in his leg from prior GSW and needs a cane? Previously seen by PT for his shoulder.

Thank you!

Sabrina Rivero-Canchola
ADA Compliance Officer
773-674-7768

**devices**

Sabrina Rivero Canchola (Sheriff) <Sabrina.RiveroCanchola@ccsheriff.org>
Thu 8/18/2022 1:35 PM
To:ksims@cookcountyhhs.org <ksims@cookcountyhhs.org>;Jamie Crothers (CCHHS) <jcrothers@cookcountyhhs.org>

Good afternoon,

Can you review the following inmates and determine if they need their devices full time? Due to limited bed space for Max detainees they are currently housed in 9.

R
CH 20220202047

Thank you

Sabrina Rivero-Canchola
ADA Compliance Officer
773-674-7768

DR Hernandez 000033      Exhibit 22 Page 2