IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-16970 |
| | ) | |
| v. | ) | Honorable Sunil R. Harjani |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO BRIEFING SCHEDULE ON CLASS CERTIFICATION

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Unopposed Motion for Extension of Time for their Response in Opposition to Plaintiff's Motion for Class Certification, and for Plaintiff's Reply in Support of his Motion for Class Certification, state as follows:

1. Counsels for all parties have been in communication regarding this Motion and are in agreement as to the requested extension.

2. On August 7, 2024, this court issued an order setting the briefing schedule for Plaintiff's Motion for Class Certification. ECF No. 39. The order contemplated Plaintiff's Motion for Class Certification by August 15, 2024, Defendants' Response in Opposition by September 16, 2024, and Plaintiff's Reply by September 27, 2024.

3. On August 14, 2024, Plaintiff filed their Motion with the Court. ECF No. 42.

4. Thereafter, on August 15, 2024, Plaintiff issued extensive Requests to Admit to Defendants in this matter, containing 46 separate requests, which would be due around the same time as Defendants' Response.

5. In light of these deadlines in the same matter, Plaintiff has agreed to a one-week extension of all remaining briefing schedule dates relating to the Motion for Class Certification.

6. Accordingly, the parties now request a 7 (seven) day extension to each deadline, making Defendants' Response due by September 23, 2024, and Plaintiff's Reply due by October 4, 2024.

7. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

8. Not granting an extension of time would prejudice Plaintiff because the current deadline will not allow sufficient time to properly prepare and submit his brief.

9. The extension will grant Defendants the needed time to respond to the tendered requests to admit, as well as give Plaintiff additional time to review Defendants' Responses.

10. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. The Agreed Motion for Extension of Time is granted;

2. Defendants' Response in Opposition to Plaintiff's Motion for Class Certification shall be filed on or before September 23, 2024;

3. Plaintiff's Reply in Support of his Motion for Class Certification shall be filed on or before October 4, 2024; and

4. Any other such relief as this court deems reasonable and just.

Respectfully Submitted,

**Defendants**

By: */s/ Zacahry G. Stillman*

                                              Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that this Unopposed Motion for Extension of Time was filed on August 23, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                              */s/Zachary Stillman*
                                              Zachary Stillman