# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cuauhtemoc Hernandez, et al.

                      Plaintiff,

v.                                                  Case No.: 1:23−cv−16970

                                                                Honorable Sunil R. Harjani

Thomas Dart, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 23, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendants' unopposed motion for extension of time to briefing schedule on class certification [44] is granted. Defendants' response in opposition to Plaintiff's motion for class certification is now due 9/23/2024. Plaintiff's reply in support of its motion for class certification is due 10/4/2024. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.