# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cuauhtemoc Hernandez, et al.

                        Plaintiff,

v.                                                                Case No.: 1:23−cv−16970

                                                                       Honorable Sunil R. Harjani

Thomas Dart, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 26, 2024:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Defendants' unopposed motion for entry of an agreed order regarding in person depositions [Dkt. 46] is granted. The Court will enter the agreed proposed order provided to Judge Holleb Hotaling's Proposed Order Box on 8/26/2024. Enter Order.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.