**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-16970 |
| | ) | |
| v. | ) | Honorable Sunil R. Harjani |
| | ) | Magistrate Judge Keri L. Holleb Hotaling |
| Thomas Dart, et al. Sheriff of Cook County, | ) | |
| and Cook County, Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER REGARDING IN-PERSON DEPOSITIONS
AT COOK COUNTY DEPARTMENT OF CORRECTIONS**

The parties to this Agreed Order have consented to its terms. Accordingly, **IT IS SO ORDERED:**

1. The depositions of Quovotis Harris, Raasikh Phillips, and Sylvester Brinson will occur in-person on the campus of the Cook County Department of Corrections on August 27, 2024.

2. On behalf of the Plaintiff, the following persons will participate in the deposition proceedings:
    a. Patrick Morrissey, Attorney for the Plaintiff
    b. Thomas Morrissey, Attorney for the Plaintiff

3. On behalf of the Defendant, the following persons will participate in the deposition proceedings:
    a. Zachary G. Stillman, One of the Attorneys for Defendants

4. Yvette Bijarro-Rodriguez, CSR, will be the Court Reporter for the deposition.

5. The depositions will take place starting at 1:00 p.m. on August 27, 2024.

6. Only preapproved items can be brought into the CCDOC by visitors. Pursuant to this Order, persons will bring the following items into the facility, all subject to inspection by the Cook County Sheriff's Office:

    a. Patrick Morrissey: One pen, legal paper pad, papers.
    b. Thomas Morrissey: One pen, legal paper pad, papers.
    c. Zachary G. Stillman: 1 HP laptop with charger, one pen, legal paper pad, papers.
    d. Yvette Bijarro-Rodriguez:
        i. 1 Luminex Stenograph Machine with charger;

    ii. 1 Asus laptop with charger;
   iii. 1 external microphone for the stenograph machine;
   iv. 1 USB hub for a mouse transmitter and 1 USB Andrea sound card (mic);
    v. power strip;
   vi. tripod;
  vii. Exhibit labels;
 viii. 1 pencil;
   ix. 1 pen;
    x. 1 legal pad; and
   xi. 1 Logitech mouse.
  xii. 1 pair of earbuds/headphones

**IT IS SO ORDERED.**

August 26, 2024

                                                        Hon. Keri L. Holleb Hotaling
                                                        United States Magistrate Judge

**AGREED TO BY ALL:**

/s/ *Patrick Morrisey*
Patrick Morrissey
Attorney for the Plaintiff

/s/ *Zachary G. Stillman*
Zachary G. Stillman
One of the Attorneys for Defendants

/s/ *Thomas Morrisey*
Thomas Morrissey
Attorney for the Plaintiff