IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) ) ) | |
| *Plaintiffs,* | ) ) ) | 23-cv- 16970 |
| -*vs*- | ) ) | Judge Sunil R. Harjani |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) | Magistrate Judge Holleb Hotaling |
| *Defendants.* | ) | |

**JOINT STATUS REPORT**

The parties, pursuant to the Court's order entered on July 22, 2024, Dkt. 33, file the following joint status report detailing the progress of discovery and settlement efforts:[1]

1. **Status regarding written discovery**

Plaintiff William Mathis has responded to written discovery requests.

Defendants served interrogatories and a production request for plaintiff Hernandez. This discovery is due on September 6, 2024, and plaintiff's counsel expects it will be answered by the deadline.

Defendants have responded to several requests for production. Additionally, plaintiff served a first request to admit on August 15, 2024.

2. **Status regarding depositions**

Defendants produced CRW Beyunka Davis-Hubbs on August 22, 2024.

Plaintiff Mathis was deposed on July 24, 2024. The parties agreed plaintiff Hernandez will be produced on September 19, 2024 at 1:30 pm for a remote deposition.

---

[1] The deadline to file this status report was set on a Court holiday. The parties file this status report on the next business day.

Additionally, defendants requested to depose witnesses disclosed by plaintiff's counsel pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Each individual was housed at Cook County Jail, prescribed a medical alert to use either a cane, crutch, or walker, and allegedly traversed one (or both) of the non-compliant ramps at issue in this lawsuit.

Five individuals have been deposed and the parties are working to coordinate an additional five depositions. The status of these depositions is below:

| Witness | Deposition Complete? | If not, expected date |
|---|---|---|
| Tommy Love | Yes, 8/23/2024 | |
| Anthony Muniz | Yes, 8/23/2024 | |
| Raasikh Phillips | Yes, 8/27/2024 | |
| Quovotis Harris | Yes, 8/27/2024 | |
| Sylvestor Brinson | Yes, 8/27/2024 | |
| Antoine Pierce | No | 9/18/2024 at 11:00 am |
| Carlos Martinez | No | 9/18/2024 at 9:00 am |
| James Krook | No | 9/9/2024 at 10:00 am |
| Kent Elwoods | No | 9/6/2024 at 11:00 am |
| Kavarian Rogers | No | 9/19/2024 at 10:00 a.m. |

3. **Status regarding settlement**

In the most recent status report filed on August 6, 2024, defendants indicated they do not believe a settlement conference would be productive until defendants depose all

detainee witnesses disclosed by plaintiff. Dkt. 38, Joint Status at 4. Defendants have not changed their position.

Plaintiff's counsel is always open to a settlement discussion to resolve any aspect of this litigation.

        Respectfully submitted,

        /s/ Patrick Morrissey
        ARDC No. 6309730
        Thomas G. Morrissey, Ltd.
        10257 S. Western Ave.
        Chicago, IL 60643
        (773) 233-7901
        pwm@morrisseylawchicago.com

        *an attorney for plaintiff*

        /s/ Jason E. DeVore (with consent)
        Jason E. DeVore (ARDC #62422782)
        Troy S. Radunsky (ARDC #6269281)
        DeVore Radunsky, LLC
        230 W. Monroe Suite 230
        Chicago, Illinois
        312-300-4479
        tradunsky@devoreradunsky.com
        jdevore@devoreradunsky.com
        *an attorney for defendants*