**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-16970 |
| | ) | |
| v. | ) | Honorable Sunil R. Harjani |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Unopposed Motion for Extension of Time to file Responsive Pleadings to Plaintiff's Amended Consolidated Complaint (ECF No. 43), state as follows:

1. Counsels for all parties have been in communication regarding this Motion and are in agreement as to the requested extension.

2. On August 12, 2024, this court issued an order consolidating this matter with *Mathis v. Dart*, 24-cv-1127. (ECF No. 40.) In doing so, Judge Harjani directed the termination of the *Mathis* matter, along with any pending motions in that case, "with leave to refile [herein] if necessary." (*Id.*)

3. Thereafter, on August 21, 2024, pursuant to Judge Harjani's directives in the same order, Plaintiffs filed their Amended Consolidated Complaint in this matter, now asserting claims under the Illinois Civil rights Remedies Restoration Act (The "Restoration Act"), 775 ILCS 60/1 et seq. (ECF No. 43.)

4. Plaintiff Mathis' assertion of claims under the Restoration Act constituted the basis of Defendants' fully briefed Motion to Dismiss in the *Mathis* matter.

5. Defendants now wish to bring their Motion to Dismiss Plaintiff's Amended Consolidated Complaint.

6. Under Fed. R. Civ. P. 15(a)(3), unless otherwise ordered by the Court, "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading."

7. With Plaintiff's Amended Consolidated Complaint being filed on August 21, 2024, Defendants therefore have until today, September 4, 2024, to respond to Plaintiff's Complaint.

8. In light of other deadlines and briefings in this same matter, Plaintiff has agreed to Defendants' seeking of a 16-day extension to file their Responsive Pleadings to Plaintiff's Amended Consolidated Complaint.

9. Accordingly, Defendants now request a 16 (sixteen) day extension to the deadline for Defendants' Responsive Pleading, to be filed on or before September 20, 2024.

10. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

11. Not granting an extension of time would prejudice Defendants because the current deadline does not sufficient time to properly prepare and submit their Response.

12. The extension will grant Defendants the needed time to respond to the tendered requests to admit, as well as give Plaintiff additional time to review Defendants' Responses.

13. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. The Agreed Motion for Extension of Time is granted;

2. Defendants' Responsive Pleadings to Plaintiff's Amended Consolidated Complaint shall be filed on or before September 20, 2024; and

3. Any other such relief as this court deems reasonable and just.

        Respectfully Submitted,

        **Defendants**

By:   */s/ Zachary G. Stillman*
      Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that this Unopposed Motion for Extension of Time was filed on September 4, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

        */s/Zachary Stillman*
        Zachary Stillman