IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-16970 |
| | ) | |
| v. | ) | Honorable Sunil R. Harjani |
| | ) | |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Unopposed Motion for Extension of Time for their Response in Opposition to Plaintiff's Motion for Class Certification, and for Plaintiff's Reply in Support of his Motion for Class Certification, state as follows:

1. Counsels for all parties have been in communication regarding this Motion and there is no opposition to the requested extension.

2. Defendants' Response in Opposition to Plaintiff's Motion for Class Certification is presently due on September 23, 2024, with Plaintiff's Reply in Support then being due by October 4, 2024. ECF No. 45.

3. On August 14, 2024, Plaintiff filed their Motion for Class Certification with the Court. ECF No. 42.

4. Thereafter, on August 15, 2024, Plaintiff issued extensive Requests to Admit to Defendants in this matter, containing 46 separate requests, which required substantial time to address, and are due in the coming week.

5. Additionally, Counsels for Defendants have been deposing detainee witnesses disclosed by Plaintiff's Counsel since mid-August, with progress being hampered slightly by Counsels for Plaintiffs' schedules in September. To date, six detainee witness depositions have occurred, with five additional proceedings planned to occur by Friday, September 20, 2024, including the deposition of Plaintiff Hernandez on September 19, 2024.

6. In light of intervening deadlines in this case and others, as well as the proximity of the occurrence of relevant witness depositions (final proceeding occurring September 20, 2024) to the September 23, 2024, deadline for Defendants' Response, Defendants are now seeking additional time for their Response, as well as for Plaintiff's Reply.

7. Plaintiffs do not oppose Defendants' request for a three-week extension to all remaining briefing schedule dates relating to the Motion for Class Certification but requested that it be noted that any additional extensions of time would be objected to. Defendants have also agreed that absent extraordinary circumstances, this will be their final request for an extension related to this briefing.

8. Accordingly, the Defendants request a 21 (twenty-one) day extension to each deadline, making Defendants' Response due by **October 14, 2024**, and Plaintiff's Reply due by **October 25, 2024**.

9. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

10. Not granting an extension of time would prejudice the parties because the current deadline will not allow sufficient time to properly prepare and submit their briefs in light of the ongoing depositions. The extension will also grant Defendants the necessary time to complete the needed witness depositions, including that of the Plaintiff, Cuauhtemoc Hernandez.

11. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. The Unopposed Motion for Extension of Time is granted;

2. Defendants' Response in Opposition to Plaintiffs' Motion for Class Certification shall be filed on or before October 14, 2024;

3. Plaintiffs' Reply in Support of their Motion for Class Certification shall be filed on or before October 25, 2024; and

4. Any other such relief as this court deems reasonable and just.

Respectfully Submitted,

**Defendants**

By: /s/ Zacahry G. Stillman
Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that this Unopposed Motion for Extension of Time was filed on September 16, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

/s/Zachary Stillman
Zachary Stillman