# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cuauhtemoc Hernandez, et al.
                                   Plaintiff,

v.                                                         Case No.: 1:23–cv–16970
                                                               Honorable Sunil R. Harjani

Thomas Dart, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 16, 2024:

         MINUTE entry before the Honorable Sunil R. Harjani: Defendants' unopposed second motion for extension of time to file response in opposition to motion for class cerfitication [53] is granted to and including 10/14/2024. Plaintiff's reply in support is now due 10/25/2024. **Final extension.** Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.