# Individual in Custody Search

Exhibit 2 Page 1

Press for Printer Friendly Version (no graphics)

CHECK TO INCLUDE PHOTO ☐

 

## M37290 - MATHIS, WILLIAM J.

**Parent Institution:** ROBINSON CORRECTIONAL CENTER
**Offender Status:** IN CUSTODY
**Location:** ROBINSON

Click here to register for notification on any changes to this offender's custody status

## PHYSICAL PROFILE

**Date of Birth:** 07/19/1983
**Weight:** 300 lbs.
**Hair:** Black
**Sex:** Male
**Height:** 5 ft. 10 in.
**Race:** Black
**Eyes:** Brown

## MARKS, SCARS, & TATTOOS

TATTOO, CHEST - 2 skulls
TATTOO, NECK - "Will Kill"
TATTOO, ARM, RIGHT - "Katie", Tombstones X2
TATTOO, ARM, RIGHT UPPER - Grim Reaper
TATTOO, HAND, LEFT - Rosary

## ADMISSION / RELEASE / DISCHARGE INFO

**Admission Date:** 08/29/2024
**Projected Parole Date:** 08/14/2026
**Last Paroled Date:**
**Projected Discharge Date:** 08/15/2027

## SENTENCING INFORMATION

| | |
|---|---|
| MITTIMUS: | 23CR0510701 |
| CLASS: | 1 |
| COUNT: | 1 |
| OFFENSE: | AGG DISCHARGE FIREARM/OCC VEH |
| CUSTODY DATE: | 03/21/2023 |
| SENTENCE: | 4 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |
| | |
| MITTIMUS: | 11C66022101 |
| CLASS: | 4 |
| COUNT: | 1 |
| OFFENSE: | POSS AMT CON SUB EXCEPT(A)/(D) |
| CUSTODY DATE: | 05/24/2013 |
| SENTENCE: | 1 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |

Exhibit 2 Page 2

Exhibit 2 Page 3