IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-16970 |
| | ) | |
| v. | ) | Honorable Sunil R. Harjani |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR EXCESS PAGES
FOR DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Troy S. Radunsky, of DeVore Radunsky LLC, pursuant to Local Rule 7.1, and for Defendants' Motion for Excess Pages for their Response in Opposition to Plaintiff's Motion for Class Certification, state as follows:

1. Defendants have been in contact with Counsel for Plaintiff and they advised that there is no opposition to this Motion.

2. Pursuant to Local Rule 7.1 of the Northern District of Illinois, "[n]either a brief in support of or in opposition to any motion … shall exceed 15 pages without prior approval of the court."

3. Defendants' Response in Opposition to Plaintiff's Motion for Class Certification (ECF Nos. 41, 42) is due on October 14, 2024. (ECF No. 56.)

4. In the course of drafting their Response, Defendants have found 15 pages to be too limited to fully discuss all elements involved and allow the court an opportunity to rigorously review Plaintiff's claims and assertions as required under the law.

5. Additionally, in light of multiple consolidated Plaintiffs seeking different forms of class certification, additional length is required to discuss all required elements under Rules 23(b)(2), (b)(3), and (c)(4).

6. Defendants therefore request an extension of 8 pages, for a total permitted page count of 23, not including the mandated "table of contents with the pages noted and a table of cases." LR 7.1.

7. Allowing Defendants to have a 23-page brief will afford this court the opportunity to undertake a rigorous analysis of the issues and each individual element. It will also allow Defendants to provide this Court with a Table of Contents and Listing of Cases to better guide its analysis.

8. Not granting this motion would prejudice Defendants by foreclosing them the opportunity to fully address each of the required elements for class certification and vigorously contest Plaintiff's Motion and articulate their arguments.

9. Granting an extension of the page limit will not prejudice any party and this motion is not brought for any improper purpose.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. Defendants' Motion for Excess Pages is Granted;

2. Defendants' page limit for their Response in Opposition to Plaintiff's Motion for Class Certification shall be extended by 8 pages for a total of 23 pages, not including the table of contents and table of cases.

Respectfully Submitted,

**Defendants**

By:  /s/ Zachary G. Stillman
Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)

Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

### **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that Defendant's Motion for Excess Pages was filed on October 9, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                        */s/Zachary Stillman*
                                        Zachary Stillman