IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) ) ) | |
| *Plaintiffs,* | ) ) | 23-cv- 16970 |
| -*vs*- | ) ) | Judge Sunil R. Harjani |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) | Magistrate Judge Holleb Hotaling |
| *Defendants.* | ) | |

**JOINT STATUS REPORT**

The parties, pursuant to the Court's order entered on September 4, 2024, Dkt. 52, the parties file the following joint status report detailing the progress of discovery and settlement efforts:

1. **Status regarding depositions**

    a. **Depositions to schedule**

Defendant Cook County will produce a designee responsive to plaintiffs' Rule 30(b)(6) Deposition Notice on October 23, 2024.

The parties are waiting for the Sheriff to identify and offer dates for a designee in response to plaintiffs' Rule 30(b)(6) Deposition Notice served on September 23, 2024.

    b. **Depositions that have been taken**

Defendants produced CRW Beyunka Davis-Hubbs on August 22, 2024.

Plaintiff Mathis was deposed on July 24, 2024.

Plaintiff Hernandez was produced for a deposition on September 19, 2024.

Defense counsel has deposed nine current or former detainees at the Cook County Jail who traversed the ramps at issue in this litigation, including

| Witness | Date Completed |
|---|---|
| Tommy Love | 8/23/2024 |
| Anthony Muniz | 8/23/2024 |
| Raasikh Phillips | 8/27/2024 |
| Quovotis Harris | 8/27/2024 |
| Sylvestor Brinson | 8/27/2024 |
| Antoine Pierce | 9/18/2024 |
| Carlos Martinez | 9/18/2024 |
| Kent Elwoods | 9/6/2024 |
| Kavarian Rogers | 9/19/2024 |

    **2. Status regarding settlement**

Plaintiffs' Position

    Plaintiffs seek to represent classes under Rule 23(b)(2) and (b)(3) of the Federal Rules of Civil Procedure. The intent of the proposed Rule 23(b)(2) class is to fashion injunctive relief for detainees at the Cook County Jail prescribed a cane, crutch, or walker who traverse either the RTU east tunnel or Cermak ramps. There is no dispute the ramps at issue in this case do not comply with the ADA structural standards. In response to plaintiffs' motion for class certification, defendants admitted the ramps do not comply with the ADA structural standards. Dkt. 62, Defendants' Response to Class Certification at 11.

    In a status report filed on August 6, 2024, defendants requested to wait until after the depositions of detainee witnesses to decide whether to enter settlement discussions.

Dkt. 38, Joint Status at 4. Now that the plaintiffs have been deposed and defense counsel has deposed nine detainee witnesses, plaintiffs' counsel believes a settlement conference may be productive to resolve all or some aspects of this litigation.

Defendants' Position

Defendants are not presently interested in exploring settlement options in this matter.

Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com

*an attorney for plaintiff*

/s/ Jason E. DeVore (with consent)
Jason E. DeVore (ARDC #62422782)
Troy S. Radunsky (ARDC #6269281)
DeVore Radunsky, LLC
230 W. Monroe Suite 230
Chicago, Illinois
312-300-4479
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com
*an attorney for defendants*
