**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
                            Plaintiff,

v.                                                 Case No.: 1:23−cv−16970
                                                           Honorable Sunil R. Harjani

Thomas Dart, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 21, 2024:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court has reviewed the parties' status report [Dkt. 63]. The parties are progressing smoothly with discovery in advance of the fact discovery deadline of 2/28/2025. Plaintiff is interested in a settlement conference to resolve part or all of the case, but Defendant is not. The Court will not hold a settlement conference unless both sides are willing. The parties shall file an updated joint status report on 12/16/2024, detailing the progress of fact discovery and indicating when Plaintiff will be ready to issue a settlement demand.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.