# Patrick Morrissey

| | |
|---|---|
| **From:** | usdc_ecf_ilnd@ilnd.uscourts.gov |
| **Sent:** | Friday, June 28, 2024 9:50 AM |
| **To:** | ecfmail_ilnd@ilnd.uscourts.gov |
| **Subject:** | Activity in Case 1:24-cv-01127 Mathis v. Dart et al terminate hearings |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF NextGen 1.7.1.1

## Notice of Electronic Filing

The following transaction was entered on 6/28/2024 at 9:49 AM CDT and filed on 6/27/2024
**Case Name:** Mathis v. Dart et al
**Case Number:** [1:24-cv-01127](#)
**Filer:**
**Document Number:** [22](#)

**Docket Text:**
**MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 6/27/24. The Court reviewed the parties' Joint Status Report [21]. By 7/11/24, the parties shall file an updated status report stating whether Defendants produced to Plaintiff information about the number of detainees at Cook County Jail who may need to use the Cermak ramp that Plaintiff can use for purposes of characterizing the putative class in this case, and whether that information is sufficient for Plaintiff's purposes. If Plaintiff needs additional information, the parties shall include the status of their efforts to meet and confer about that issue in their status report. If the parties are not able to resolve issues raised in the Status Report [21] concerning Defendants' objections to Plaintiff's requests for production of documents nos. 11, 15, and 17, Plaintiff shall file a motion to compel by 7/10/24. Defendants shall respond by 7/24/24. Plaintiff shall reply by 7/31/24. If the parties resolve the issues before then, the parties shall file a short notice and the Court will strike the briefing schedule. The parties shall file an updated status report by 8/5/24 that includes whether Plaintiff has been deposed, and if not, then a confirmed date for his deposition. The parties' report also shall include the status of the parties' discussions of other depositions that need to be taken before the close of fact discovery, any update on whether settlement has become a realistic possibility, and anything else the parties want to include relevant to case management. Mailed notice (ber, )**

**1:24-cv-01127 Notice has been electronically mailed to:**

Zachary G Stillman     service@devoreradunsky.com, zstillman@recap.email, zstillman@devoreradunsky.com

Troy S. Radunsky     jdevore@devoreradunsky.com, service@devoreradunsky.com, lawclerks@devoreradunsky.com, tradunsky@devoreradunsky.com, zstillman@devoreradunsky.com

Patrick William Morrissey     paralegal@morrisseylawchicago.com, pwm@morrisseylawchicago.com

Jason Edward DeVore     jdevore@devoreradunsky.com, service@devoreradunsky.com, lawclerks@devoreradunsky.com, tradunsky@devoreradunsky.com, zstillman@devoreradunsky.com

Thomas Gerard Morrissey     tgm@morrisseylawchicago.com

**1:24-cv-01127 Notice has been delivered by other means to:**