**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
                        Plaintiff,

v.                                                                   Case No.: 1:23−cv−16970
                                                                    Honorable Sunil R. Harjani

Thomas Dart, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 31, 2024:

    MINUTE entry before the Honorable Sunil R. Harjani: Oral argument held as to Plaintiff's motion to certify class [41]. Plaintiff's supplemental filing as to the issue of medical alert is due by 11/6/24. The Court will issue a written ruling via CM/ECF. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.