IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez et al., | ) |
| *Plaintiffs,* | ) ) ) |
| -*vs*- | ) No. 23-cv-16970 ) |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) Judge Harjani ) ) ) ) |
| *Defendants.* | ) |

**PLAINTIFFS' SUPPLEMENT TO MOTION FOR CLASS CERTIFICATION AS TO THE ISSUE OF MEDICAL ALERTS**

Plaintiffs, by counsel, file this supplement to the motion for class certification as to the issue of medical alerts, Dkt. 68, Minute entry.

Exhibit 1 are "Inmate Alerts" for plaintiff Cuauhtemoc Hernandez. These alerts cover several of plaintiff Hernandez's incarcerations at the Jail. Defendant Sheriff acknowledged the accuracy of the alerts when it admitted that "Plaintiff Hernandez had an alert to use a cane from February 2, 2022, to August 30, 2022, and from May 10, 2023, to May 11, 2023." Dkt. 67-7, Sheriff Response to Admissions ¶ 40.

Exhibit 2 are "Inmate Alerts" for plaintiff William Mathis. This document shows plaintiff Mathis had a medical alert for "Cane Long Distance Only" beginning October 16, 2023. This alert has no "Expiration Date." Defendant Sheriff acknowledged the accuracy of the alerts when it admitted that plaintiff Mathis had an alert for a "'Cane Long Distance Only' between October 16, 2023, and August 15, 2024. Dkt. 67-7, Sheriff Response to Admissions ¶ 44.

Finally, during oral argument on October 31, 2024, defense counsel raised the

topic of "Medical Housing" meaning a classification with M4, M3, or M2 medical alert. These specific alerts mean:

- **M4- Medical Special Care Unit (MSCU**) – Patients [sic] is recommended for monitoring and care in an environment with direct access to a nurse. Cermak Medical Special Care Unit – See Bed Control key.

- **M3- Medical Intermediate** – Patients [sic] is recommended for housing with 24/7 nursing and access to special accommodations but does not need M4 Special Care Unit level of care (Residential Treatment Unit – RTU – see Bed Control key.

- **M2 – DXD Medical** – Patients need dose by dose medication for a medical condition and does not have an M3 requirement. See Bed Control key.

Dkt. 42-10 at 6. Thus, an inmate with an M4 classification is housed in Cermak and an inmate with an M3 classification is housed in the Residential Treatment Unit (RTU). Cermak and RTU each have housing that meets the 2010 ADA design standards. Exhibit 3, FY 2019 Business Case Prepared by ADA Compliance Officer Sabrina Rivero-Canchola at 2. The FY 19 Business Case states "[d]etainees with mobility disabilities that require auxiliary aids, but do not require medical housing are housed in divisions 2, 4, 6, 9, and 10." *Id.*

                                          Respectfully submitted,

/s/ Patrick W. Morrissey
Patrick W. Morrissey
Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL. 60643
(773) 233-7900
pwm@morrisseylawchicago.com

*Attorneys for Plaintiffs*