| (Do Not Modify) Offender Alert | (Do Not Modify) Row Checksum | (Do Not Modify) Modified On | Status | Inmate | Type | Alert | Ranking (Alert) | (Alert) Effective Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| fee73984-f0ee-ed11-92dd-00155d158476 | /upoeAIJvWcLE9OjtiRwwPzcCc4ttUnZ/uG6jMZBo36d3guZ6q6IfYZKayYefhLmLXunHBHFmxgetHh1L2lNeQ== | 5/10/23 14:28 | Inactive | Cuatemac Hernandez | Medical | M4 Medical Infirmary Housing (Clear before release) | | 5/10/23 0:05 | 5/10/23 9:28 |
| ef8a6316-f1ee-ed11-92dd-00155d158476 | JNFd3oU0L2+ulzIEBbh5BE1AkRtUp7TR+eiy7hgZi8jF238eSAx+rBg45pE4h/XPhtaPffXgiYqVMLw+nGUocg== | 5/11/23 17:06 | Inactive | Cuatemac Hernandez | Medical | Cane | 10.05 | 5/10/23 0:10 | 5/11/23 12:06 |
| f28a6316-f1ee-ed11-92dd-00155d158476 | F8ChxTNBV0GQYgHTXtWioZIV6SRf6iVsYm93D76YoW4kGmv/83sG2YbypNpd6OKWY1LAeQtwHHP6XJYnlAr0nQ== | 5/11/23 17:06 | Inactive | Cuatemac Hernandez | Medical | Lower Bunk | 13.14 | 5/10/23 0:10 | 5/11/23 12:06 |
| 19bc19c5-3fef-ed11-92dd-00155d158476 | 68ML1oQEGRL8V/k+m8TuKiXATqPhvziUqA9t6DwUH54C/4EZKsYKAmUM8HyiSptRrvlUQdMmDLTaLSBA6KncNw== | 5/11/23 17:06 | Inactive | Cuatemac Hernandez | Medical | Cholesterol/Fat Restricted/Low Salt | | 5/10/23 9:34 | 5/11/23 12:06 |
| 4469f977-40ef-ed11-92dd-00155d158476 | rvlKMFaUs2lJW8L3+/4hKe7sBoEYOFLPa4KeLspMbxtHqoWcLem0JsaYX4YGEnSRAzUc0nazDdtoIKyBB5p2MA== | 5/11/23 17:06 | Inactive | Cuatemac Hernandez | Medical | M3 Medical Intermediate Housing | 9.04 | 5/10/23 9:39 | 5/11/23 12:06 |
| 081a94a7-8884-ec11-8185-00155d15855c | pYyeaR6lqD3/oDuK5AScqvXAQ7d730xLBPk18TWM4FNj6x7WkHuz/YP7xwszXtbNpjzcfwrPrFdD+LVBK11sYA== | 5/11/23 13:00 | Inactive | Cuatemac Hernandez | Security | Covid/Intake Tested | | 2/2/22 18:31 | 5/11/23 8:00 |
| 71306f27-9584-ec11-8185-00155d15855c | +6Z/W4WQ6USoJ0OLRdjGLqGie+MhMmpkkUesrdGYNkl7wQbJrX51kH+WE6AI0mWFiCX9dKp75VCq99fyN59udA== | 8/4/22 19:08 | Inactive | Cuatemac Hernandez | Medical | P2 Mental Health Outpatient Housing | 9.05 | 2/2/22 20:00 | 8/4/22 14:08 |
| f3cad991-9584-ec11-8180-00155d15855d | LXhD5dVrZbefQnK4JvZbhNI0FQFwmM3zgdcC3Uq4fGH/Sl7e8NK20CtrZYltXNoyvKcNt/JcyXk3Bn5kzh6QdQ== | 8/30/22 15:11 | Inactive | Cuatemac Hernandez | Medical | Cane | 10.05 | 2/2/22 19:59 | 8/30/22 10:11 |
| c7350263-8a28-ed11-818d-00155d1585ea | O/tc3rnz8NewzaXfHDT0s7ObntHegHO9HXRTlu1ZIuEJNUCRjVLfdU7ENDC/bO9qvWQVhKmgYS1EnFgkZ6GfsA== | 9/29/22 18:05 | Inactive | Cuatemac Hernandez | Medical | COVID Vaccine 1-Discharge Coordination | | 8/30/22 12:37 | 9/29/22 13:05 |
| b4d4746d-32ef-ed11-92e0-00155d9ac035 | 7/BceS1CXAC2XWuQ0RnkMWTw3bVsLisC9e5gFuZkhAEWAhGL06y/rxJKLdc8AynOKS48vEIVwjntP+3yF+r5hA== | 5/11/23 17:06 | Inactive | Cuatemac Hernandez | Security | Separated Intake Housing | | 5/10/23 7:58 | 5/11/23 8:00 |
| 312316e3-3eef-ed11-92e0-00155d9ac07a | 8anUqybRXUbaZVKRmNsmURNRmVo5IjO1PbNsmB9LqZyPL/+VS9U/zlgbRWYsTgbch/WbNuRKN9e+eK/oH38XKQ== | 5/11/23 17:06 | Inactive | Cuatemac Hernandez | Medical | Ace Wrap | 10.09 | 5/10/23 9:26 | 5/11/23 12:06 |
| 342316e3-3eef-ed11-92e0-00155d9ac07a | ZVYKU12lmNJuDLvXFBVcNS+ga9WDAdYHKFPlUPEPfzH0TOM3fck54y33rKEFqVVyUTWAqsPjkx4yFS5b2YokWA== | 5/11/23 17:06 | Inactive | Cuatemac Hernandez | Medical | Brace/Collar | 10.11 | 5/10/23 9:27 | 5/11/23 12:06 |
| 3c8da880-3784-ec11-8169-00155d9ac168 | oZdqpVtAPMGKTgh+12q6/Aekl1iZ9lTtV743cNMa+jlGmwgeVjVgjBDhwJbkMhv4tfJRUQ/P32TcnPNHvnPMRRQ== | 2/14/22 13:58 | Inactive | Cuatemac Hernandez | Security | Separated Intake Housing | | 2/2/22 8:50 | 2/14/22 7:30 |
| be774a8d-9584-ec11-8183-00155d9ac17b | FDTEeNLw/V+iL4Gz0e3MgH9GFYxuTt/at/RN6zvcmbimmSgsPALMPGLpRhzuKcWPQZKUkPozyXyuSSeHDKs7eQ== | 5/11/23 17:06 | Inactive | Cuatemac Hernandez | Medical | Lower Bunk | 13.14 | 2/2/22 19:59 | 5/11/23 12:06 |
| ea6954ee-4f9e-ec11-8191-00155dd5a5b6 | HONwp7MRWAM2rwLnL/npqnQ2FP2bs4Ns9qzV1EXB9ae3uoyAZktgK+ugo+VzIIVWR0cMYjjVBD8ig+L1MCC9EQ== | 5/11/23 13:00 | Inactive | Cuatemac Hernandez | Security | Refused Testing - IDOC Transport | | 3/5/22 8:55 | 5/11/23 8:00 |
| d08b29cc-2814-ed11-818f-00155dd6a5f6 | HU+sMaHhTzSSTPHubzOjQuc7G144Lgvd2z0IWNHExpGXeww0MMgk9gWxtGiaFw6EQb7yCbaZ6DhWcwUdmKhSQ== | 5/11/23 17:07 | Inactive | Cuatemac Hernandez | Medical | P2 Mental Health Outpatient Housing | 9.05 | 8/4/22 14:06 | 5/11/23 12:06 |
| eacaca84-5314-ed11-818f-00155dd6a5fe | 7DfwG2kgx/W/NmdEzng4u0ZqDyyvpuTF/YOPUi7y2QuFb3+htXh1FdVXyqiG4swblhX/M4uSDCk9uZCNkrp5Eg== | 5/11/23 17:06 | Inactive | Cuatemac Hernandez | Security | Covid/Intake Tested | | 8/4/22 19:13 | 5/11/23 8:00 |
| fbdfb506-7728-ed11-8194-00155dd6a61c | kMBWc9p+YYTlrzHJvaa17a4N1VSLW4R1x5kZ8t6qQy1YgcIrfaNdcc77yNDLC4x/b9dv2lYRJt9qyyzRdpRPpQ== | 5/10/23 5:07 | Inactive | Cuatemac Hernandez | Medical | M2 Medical Dose By Dose Housing | 9.06 | 8/30/22 10:18 | 5/10/23 0:05 |
| 1f1ef133-7728-ed11-8194-00155dd6a61c | u/A2D3DwVnMzswFtjxFnbP3fjMEC52XGiiYaTeNVJFK9o3tn0HbfkiIzTpsssNRSf+DSzymfSScsRDYvZQdhRw== | 5/11/23 17:06 | Inactive | Cuatemac Hernandez | Medical | Cane Long Distance Only | 10.06 | 8/30/22 10:18 | 5/11/23 12:06 |
| b99c21fe-291f-ed11-818b-00155dd6a622 | NTtoPVWGNwNd5p0YGnp+iYoWH7SB7epB4pXLfz/IGb4pSpW2z+7DkNAqDbeQjLps4FKtpD8+Fak9qX6AHySySQ== | 8/30/22 15:18 | Inactive | Cuatemac Hernandez | Medical | M3 Medical Intermediate Housing | 9.04 | 8/18/22 14:14 | 8/30/22 10:17 |
| d2ed8e4e-2140-ed11-b830-00155dd6a641 | HAYBNCZk70yzUFxgL7OZFnlID+Swy6QZbKefxp0InqouuSHO0dJXGYqjWkig/7XV77G3MmnLekOuiG0Oy/57og== | 5/11/23 17:06 | Inactive | Cuatemac Hernandez | Medical | COVID Vaccine Complete | | 9/29/22 13:05 | 5/11/23 12:06 |
| 224f593b-276f-ed11-b838-00155de79017 | J/re1eZTiciEFIJJTz9eie843dS6HD0zgcow8fRz/UAImIdyPScnHcG60MgFjm/rd4zFJUPgaHfLiCBqMG8caw== | 5/11/23 13:00 | Inactive | Cuatemac Hernandez | Programs | EM Case Management | | 11/28/22 8:16 | 5/11/23 8:00 |
| 91c0de02-0e14-ed11-818a-00155de79216 | lEPhKyRykMydk/wNw7G7E5p3c2Gq46k3i4p8FypZw+IL/6xqFI6xhIUjblCpTuDjHTQUQHQu335TXZK46blsfA== | 8/14/22 14:00 | Inactive | Cuatemac Hernandez | Security | Separated Intake Housing | | 8/4/22 10:56 | 8/14/22 8:00 |
| 9960367c-c114-ed11-818a-00155de79216 | L6CUOXvGtIpGOGfHHJMQ45CrTNWFF4oNr+VkQviP/MgOPrO5ghgVwBOh2dQAP53uzJeAZQprMX8m0aquLrIuKA== | 8/14/22 13:59 | Inactive | Cuatemac Hernandez | Security | Quarantine Housing | | 8/5/22 8:21 | 8/14/22 8:00 |
| 751f45b1-fc1e-ed11-819b-00155de79222 | fNxzUQ73DI+DrocBLxilaH2kjWCmjJVtMr1ZK9bxQS1RPrXDfsPdkZCQ1uytdxMe7DjkeGYEGE4Ytn9x7s9lMg== | 8/28/22 14:12 | Inactive | Cuatemac Hernandez | Security | Quarantine Housing | | 8/18/22 8:50 | 8/28/22 9:00 |
| 2c631449-c020-ed11-819b-00155de79231 | 8ZLUYBwPk48Kh58gyQayIAnDzMQMTXuB7gGCWIkdgX1N+f8AuqjbrXHv7M9akmSMPGMEoaB8W7EaEHDaE09gEw== | 8/28/22 14:12 | Inactive | Cuatemac Hernandez | Security | House Alone- Out Alone | 4.03 | 8/20/22 14:42 | 8/28/22 9:00 |
| 5d354606-9063-ed11-b830-00155de79261 | bL2ScCl7Gy8E5s0USyryIsjde4hDsVbHXB5rLZQpa5YRcF7kRbOLYgMxVeQlvqB9fQbJhmzyz4E4zc6x5UxVnQ== | 11/23/22 18:08 | Inactive | Cuatemac Hernandez | Security | Quarantine Housing | | 11/13/22 14:16 | 11/23/22 8:00 |