## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Cuauhtemoc Hernandez, et al.
                                 Plaintiff,

v.                                             Case No.: 1:23–cv–16970
                                                              Honorable Sunil R. Harjani

Thomas Dart, et al.
                                 Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 27, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: For the reasons stated in the Memorandum Opinion and Order entered this day, Plaintiffs' motion for class certification [41] is granted as modified. The Court certifies the following classes: (1) pursuant to Rule 23(b)(2), all inmates at Cook County Jail prescribed a cane, crutch, or walker by a jail medical provider for a period of more than two weeks and who traversed either the Residential Treatment Unit east tunnel and/or the Cermak ramp; (2) pursuant to Rule 23(b)(3) a class for all Cook County Jail detainees who have been assigned a cane, crutch, or walker by a jail medical provider, for a period of more than two weeks, and traversed the Residential Treatment Unit east tunnel ramp from February 13, 2022 to the date of judgment, to resolve the Rule 23(c)(4) issue of whether the east tunnel ramp complied with the structural standards required by the ADA and Rehabilitation Act at that time; and (3) pursuant to Rule 23(b)(3) a class of all Cook County Jail detainees who have been assigned a cane, crutch, or walker by a jail medical provider, for a period of more than two weeks, and traversed the Cermak ramp from December 20, 2021 to the date of judgment, to resolve the Rule 23(c)(4) issue of whether the Cermak ramp complied with the structural standards required by the ADA and Rehabilitation Act at that time. The Court also certifies class representative: William Mathis for classes (1) and (2), and Cuauhtemoc Hernandez for class (3); and class counsel: Thomas Gerard Morrissey and Patrick William Morrissey. The parties shall continue to work with the magistrate judge on progressing with discovery, and are encouraged to revisit the issue of settlement at the next status hearing. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.