IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-16970 |
| | ) | |
| v. | ) | Honorable Sunil R. Harjani |
| | ) | |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois | ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' AGREED MOTION FOR LEAVE TO FILE AN ANSWER TO PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT *INSTANTER*

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Agreed Motion for Leave to File an Answer to Plaintiffs' Amended Consolidated Complaint (ECF No. 43) *Instanter*, state as follows:

1. Counsels for all parties have been in communication regarding this Motion and are in agreement regarding its terms and requests.

2. On November 13, 2024, this Court issued an order ruling on Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated Complaint, in which Defendants' Motion was granted in part and denied in part. (ECF No. 70.)

3. Subsequently, on November 27, 2024, this Court ruled on Plaintiffs' Motion for Class Certification, a ruling which was eagerly awaited and carefully monitored by all parties. (ECF No. 71.)

4. Defendants now move for leave to file their Answers to Plaintiffs' Amended Consolidated Complaint, on or before December 13, 2024.

5. This Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

6. Not granting leave to file Answers to Plaintiff's Operative Complaint would prejudice Defendants as this case progresses.

7. Granting Defendants leave to file their Answers *Instanter* will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. The Agreed Motion for Leave to File Answers *Instanter* is granted;

2. Defendants' Answers to Plaintiff's Amended Consolidated Complaint shall be filed on or before December 13, 2024; and

3. Any other such relief as this court deems reasonable and just.

Respectfully Submitted,

**Defendants**

By: */s/ Zachary G. Stillman*
Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the above Agreed Motion was filed on December 6, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/Zachary Stillman*
Zachary Stillman