IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) | |
| *Plaintiffs,* | ) | 23-cv- 16970 |
| *-vs-* | ) | Judge Sunil R. Harjani |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) | Magistrate Judge Holleb Hotaling |
| *Defendants.* | ) | |

**JOINT STATUS REPORT**

The parties, pursuant to the Court's order entered on October 21, 2024, Dkt. 65, the parties file the following joint status report detailing the progress of discovery and settlement efforts:

1. **Progress of discovery**

The District Court, on November 27, 2024, certified this case under Rules 23(b)(2) and (b)(3) of the Federal Rules of Civil Procedure. Dkt. 72, Memorandum Opinion and Order. Class counsel is waiting for defendants to turn over the last known addresses of the putative class in an electronically readable format so that counsel may facilitate notice in accordance with Rule 23(c)(2)(B). Defendants are working at this time to produce this material to Plaintiffs and hope to have it produced by the end of the year, if not sooner.

2. **Status regarding when plaintiff will be ready to issue a settlement demand**

Plaintiffs' Position

On December 13, 2024, class counsel served a settlement demand for the Rule 23(b)(2) class. In this settlement correspondence, class counsel requested feedback for a

framework to discuss resolution of the Rule 23(b)(3) class, including whether there is interest to discuss monetary settlement for the plaintiff class so the parties could seek approval form the District Court for a monetary settlement to benefit class members who traversed the RTU east tunnel ramp and Cermak ramp with a cane, crutch or walker.

After receiving edits for a draft of this status report, Thomas Morrisey, an attorney for the class, had a phone conferral with Zachary Stillman, a primary attorney for the defendants. Based on this phone call, it appears the parties are not ready to meaningfully discuss resolution of this case.

Defendants' Position

Defendants are only willing to consider a settlement discussion at such time as Plaintiffs present their estimated attorney fees and other components of a potential settlement figure.

Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com
*an attorney for plaintiff*

/s/ Jason E. DeVore (with consent)
Jason E. DeVore (ARDC #62422782)
Troy S. Radunsky (ARDC #6269281)
DeVore Radunsky, LLC
230 W. Monroe Suite 230
Chicago, Illinois
312-300-4479
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com
*an attorney for defendants*