# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Cuauhtemoc Hernandez, et al.
                    Plaintiff,

v.                                         Case No.: 1:23−cv−16970
                                           Honorable Sunil R. Harjani

Thomas Dart, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 18, 2024:

    MINUTE entry before the Honorable Keri L. Holleb Hotaling: The parties' joint status report [Dkt. 77] indicates they are proceeding cooperatively with discovery in advance of the firm fact discovery closure date (including class discovery) of 2/28/2025. Although the parties have somewhat differing views of the prospects of a settlement conference at this juncture, the Court sets an off−the−record pre−settlement conference telephone call for 1/7/2025 at 10:00 a.m. to determine whether there may actually be the possibility of Court assistance with a settlement. (The parties should note that Judge Holleb Hotaling's schedule typically is booked 2−3 months out from present with regards to settlement conferences.) The parties should ensure they call in ONLY at their designated time and not earlier to ensure the pre−settlement call remains private (but not on the record). The counsel that appears for this pre−settlement telephone discussion must be counsel who will represent their respective clients at the conference, or are able to discuss the issues of the case and to schedule the conference on behalf of their clients. The Court expects counsel to discuss issues in the case that may affect the settlement process. Counsel should review Judge Holleb Hotaling's Standing Order on Settlement Conferences prior to the call. The call in information is 855−244−8681, and the participant access code is 2315 091 1461#. Additionally, the parties are to file an updated joint status report on 2/27/2025 indicating whether the parties need expert discovery and, if so, proposing an expert discovery schedule. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.