# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Cuauhtemoc Hernandez, et al.
                          Plaintiff,

v.                                         Case No.: 1:23−cv−16970
                                                          Honorable Sunil R. Harjani

Thomas Dart, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 7, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Off−the−record pre−settlement call held on 1/7/2025. Three−hour IN−PERSON (except as noted below) settlement conference is set for 3/20/2025 at 1:00 p.m. All counsel and the defense representative(s) shall appear in person; at least one Plaintiff must appear and may appear virtually by video through a video platform provided by Plaintiffs' counsel as set forth below. This date is final and can only be changed by the granting of a motion. Plaintiffs have already drafted a demand letter; as soon as possible, but no later than 1/14/2025, Plaintiffs shall send the demand letter to Judge Holleb Hotaling's Chambers email, Chambers_HollebHotaling@ilnd.uscourts.gov, copying opposing counsel. By 2/18/2025, Defendants' offer letter is to be provided to opposing counsel and Judge Holleb Hotaling's Chambers email. The parties should consult Judge Holleb Hotaling's standing order on settlement conferences. The parties agree to allow Judge Holleb Hotaling to conduct ex parte settlement discussions. In−person participants in the settlement conference should report to Courtroom 1700, 219 South Dearborn Street, Chicago, IL 60604, unless otherwise notified in advance of the conference. Institutional officials are directed to ensure that the incarcerated Plaintiff(s) is/are made available by video for the virtual settlement conference. Plaintiffs' counsel is responsible for making arrangements with institutional officials. If institutional officials require anything further from the Court, counsel must notify the Court as soon as possible in advance of the settlement conference date. In−person counsel for the virtually appearing Plaintiff(s) must provide counsel's own internet connection (such as a personal hotspot), laptop, and videoconferencing capability (such as Zoom) to connect by video to the client while in the courthouse; such counsel also must arrive early to begin the videoconference and perform any needed troubleshooting in advance of the settlement conference. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.