UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

Cuauhtemoc Hernandez, et al.
                    Plaintiff,
v.                                          Case No.: 1:23−cv−16970
                                            Honorable Sunil R. Harjani
Thomas Dart, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 31, 2025:

MINUTE entry before the Honorable Keri L. Holleb Hotaling: The virtual (WebEx) three−hour settlement conference remains set for 3/20/2025 at 1:00 p.m. [Dkt. 80] Institutional officials shall make Plaintiff William J. Mathis available by video (audio and video must be turned on) for the settlement conference. The Court further requests that Plaintiff be made available 10−15 minutes in advance to ensure that any technical troubleshooting can be accomplished before the set start time; officials also are notified that the settlement conference may exceed the set three−hour time. Further information regarding the virtual (WebEx) settlement conference shall be provided in advance of the settlement conference. Plaintiff's counsel (defense counsel shall assist as needed) shall be responsible for making arrangements with institutional officials for Plaintiff to participate in the settlement conference. Video writ shall issue to Warden of Robinson Correctional Center as to William J. Mathis forthwith.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.