IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez, et al., )<br>)<br>)<br>*Plaintiffs,* )<br>)<br>-*vs*- )<br>)<br>Thomas Dart, Sheriff of Cook )<br>County, and Cook County, Illinois, )<br>)<br>*Defendant.* )<br>) | 23-cv-16970<br><br>Judge Harjani |

**PLAINTIFF'S OPPOSED MOTION FOR DEADLINE TO PROVIDE THE COURT WITH A PROPOSAL TO SEND CLASS NOTICE**

Plaintiffs Hernandez and Mathis, by counsel, moves the Court to set a deadline for the parties to propose class notice in accordance with Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure.

Grounds for this motion are as follows:

1. The Court certified two Rule 23(b)(3) classes on November 27, 2024.

2. Pursuant to Rule 23(c)(2)(B), the Court must direct notice to class members.

3. On December 5, 2024, plaintiff sent defendants a draft notice and a proposal to send notice by First Class US Mail to the last known addresses of all potential class members. A draft notice sent by plaintiff's counsel is attached as Exhibit 1. This notice is nearly identical in substance to the notice approved by the Court in *Craig v. Hughes*, 23-cv-2993. *See* Dkt. 99-1, Proposed *Craig* Notice; Dkt.105, Minute entry in *Craig*.

4.  Despite many e-mails and several telephone calls, defense counsel has yet to provide any feedback regarding plaintiff's proposed notice or propose a method for class notice in accordance with Rule 23(c)(2)(B). Defendants also have not turned over the last known addresses of putative class members.

5.  Prior to filing this motion, plaintiff shared a draft with defense counsel. The parties also conferred about this motion during a phone call on January 31, 2025. Defendants do not believe a deadline is necessary because they are working to provide input regarding class notice.

It is therefore respectfully requested that the Court set a deadline of February 14, 2025, for the parties to propose notice for the Court to consider in accordance with Rule 23(c)(2)(B).

Respectfully submitted,

/s/ Patrick Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL. 60643
(773) 233-7901
pwm@morrisseylawchicago.com

*Attorney for the plaintiff class*