IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | 23-cv-16970 |
| -*vs*- | ) | |
| | ) | Judge Harjani |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) | |
| | ) | |
| *Defendant.* | ) ) | |

**JOINT STATUS REPORT REGARDING CLASS NOTICE**

The parties, pursuant to the Court's order entered February 4, 2025, Dkt. 83, offer their respective positions regarding class notice as follows:

**I.  Plaintiff's Position**

1.  Pursuant to Rule 23(c)(2)(B), the Court must direct notice to members of the Rule 23(b)(3) classes. Notice must include "the class claims, issues, or defenses."

2.  The parties dispute whether the notice should contain information regarding the Prison Litigation Reform Act exhaustion defense. Defendant Sheriff has raised this affirmative defense. Dkt. 76, Sheriff's Answer and Affirmative Defenses at 11-13. Additionally, during conferrals defense counsel has stated the Sheriff intends to assert this defense with respect to every class member. Class counsel contends class notice must include this "defense." Indeed, in *Craig v. Hughes*, the Court approved class notice alerting class members that defendants

-1-

may raise this defense. Exhibit 3, *Craig* Unopposed Motion to Notify Class; Exhibit 4, *Craig* Order.

3. Class counsel proposes to send notice, by First-Class US Mail, to the last known address of class members. The proposed notice is attached as Exhibit 1.[1] Class counsel proposes the Court set an opt-out date of 60 days after the mailing of the class notice. Class counsel will hire Atticus Administration, LLC, to send notice by US Mail. In order for Atticus to have a realistic timeline to send notice, they must first receive an electronically readable database of class members. Class counsel has been waiting for this data for several months.

4. Additionally, class counsel proposes that the Sheriff hand-deliver notice to class members who enter the Cook County Jail after the compilation of the last known addresses. Class counsel proposes that individuals receive 60 days to opt-out following receipt of the notice. The Court approved a nearly similar procedure to facilitate notice in *Craig*. Exhibit 3, *Craig* Unopposed Motion to Notify Class ¶ 2. The proposed notice to hand-deliver is attached as Exhibit 2.[2]

## II. Defendants' Position

5. The motion in *Craig* related to the class notice proposed by plaintiff was unopposed. Here, defendants oppose plaintiff's proposed notice and propose the attached notice. See Exhibit 5.

6. The defendants seek a 120-day opt-out period following receipt of notice.

---

[1] This draft notice was transmitted to defense counsel on December 5, 2024.
[2] This draft notice was transmitted to defendants on February 5, 2025.

-2-

7. Defendant Sheriff has not objected to providing the class member list and has advised plaintiff's counsel that defendant Sheriff has been diligently working to provide the information. The information is expected within the next 21 to 28 days and defendants' counsel will continue to apprise plaintiff's counsel regarding status.

8. The notice to be hand-delivered was first provided to defendants on February 5, 2024 and was not contemplated by the Court's order entered February 4, 2025. See Dkt #83. Defendants would expect a hand-delivered notice to be substantially similar to the class notice proposed by defendants.

### III. Conclusion

The parties request a hearing to: (1) resolve the dispute regarding the class notice, and (2) set deadlines to facilitate class notice.

    Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com
*an attorney for the plaintiff class*

/s/ Jason E. DeVore (with consent)
Jason E. DeVore (ARDC #6242782)
Troy S. Radunsky (ARDC #6269281)
DeVore Radunsky, LLC
230 W. Monroe Suite 230
Chicago, Illinois
312-300-4479
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com
*an attorney for defendants*