IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-16970 |
| | ) | |
| v. | ) | |
| | ) | |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO COMPLETE LIMITED FACT DISCOVERY**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Unopposed Motion for Extension of Time to Complete Limited Fact Discovery, state as follows:

1. Pursuant to this Court's July 18, 2024, Order (ECF No. 31), fact discovery presently closes in this matter on February 28, 2025.

2. Defendants will be producing additional grievance materials to Plaintiff imminently, on or before February 28, 2025, along with their Responses to Plaintiff's 7th Set of Requests for Production.

3. Currently, all depositions and discovery are complete, except for the deposition of witness PA Glen Trammell, disclosed by Plaintiff on January 21, 2025.

4. As a result of miscommunication, Defendants did not see the notice of deposition and were unaware of Plaintiff's scheduling of the deposition of PA Glen Trammell for February 25, 2025, at 10 AM.

5. Upon discovery of the issue by Counsel for Defendants on February 21, 2025, on receipt of Zoom information for the coming deposition, the Parties met, and the deposition was subsequently re-noticed to March 3, 2025, at 11 AM.

6. However, as a result of the current fact discovery deadline of February 28, 2025, the deposition of PA Glen Trammell will not be able to be completed in a timely manner as required by this Court.

7. Accordingly, in the interest of timely holding the deposition proceedings of PA Glen Trammell in this case prior to the close of discovery, the parties respectfully request that this Court grant the parties an additional 3 days, up to and including March 3, 2025, to complete discovery with respect to the specified deposition *only*.

8. The parties agree that they will take no depositions other than those identified in this motion.

9. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

10. Not granting an extension would prejudice the parties because the current February 28, 2025, deadline will not allow sufficient time to complete the deposition of PA Glen Trammell.

11. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

12. Counsels for Plaintiff have indicated their agreement to this motion.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. Defendants' Unopposed Motion for Extension of Time to Complete Limited Fact Discovery is granted;

2. Closure of fact discovery will be extended 3 days, up to and including March 3, 2025, for completion of discovery with regard to the deposition of PA Glen Trammell *only*.

        Respectfully Submitted,

        **Defendants**

By:   */s/ Zachary G. Stillman*
       Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that Defendant's Motion for Extension of Time to Complete Fact Discovery was filed on February 25, 2025, with the Northern District of Illinois ECF System, serving a copy to all parties.

        */s/Zachary Stillman*
        Zachary Stillman