IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) ) ) | |
| *Plaintiffs,* | ) ) | 23-cv- 16970 |
| -*vs*- | ) ) | Judge Sunil R. Harjani |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) | Magistrate Judge Holleb Hotaling |
| *Defendants.* | ) | |

**JOINT STATUS REPORT**

The parties, pursuant to the Court's order entered on December 18, 2024, Dkt. 78, file the following joint status report indicating whether the parties need expert discovery.

Plaintiff's Position

The plaintiffs, along with the plaintiff class, do not need expert discovery.

Defendants' Position

Defendants expect to have a definitive position on whether expert discovery will be necessary by the upcoming March 7, 2025, status hearing.

Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com
*an attorney for plaintiff*

/s/ Jason E. DeVore (with consent)
Jason E. DeVore (ARDC #62422782)
Troy S. Radunsky (ARDC #6269281)

                    DeVore Radunsky, LLC
                    230 W. Monroe Suite 230
                    Chicago, Illinois
                    312-300-4479
                    tradunsky@devoreradunsky.com
                    jdevore@devoreradunsky.com
                    *an attorney for defendants*