UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Cuauhtemoc Hernandez, et al.
                        Plaintiff,

v.                                            Case No.: 1:23–cv–16970
                                                                Honorable Sunil R. Harjani

Thomas Dart, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 28, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Defendants' Unopposed Motion for Extension of Time to Complete Limited Fact Discovery [Dkt. 87] is granted; the closure of fact discovery will be extended 3 days, up to and including March 3, 2025, for completion of discovery with regard to the deposition of PA Glen Trammell only. Additionally, the parties filed a joint status report [Dkt. 88] on expert discovery. Plaintiff does not need any expert discovery, but Defendant needs until 3/7/2025 to determine whether it needs expert discovery. The parties are to file an updated joint status report on 3/7/2025 concerning expert discovery. Right now, the 3/20/2025 settlement conference remains set. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.