IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| | ) | 23-cv- 16970 |
| -*vs*- | ) ) | |
| | ) | Judge Sunil R. Harjani |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) | Magistrate Judge Holleb Hotaling |
| | ) ) | |
| *Defendants.* | ) | |

**JOINT STATUS REPORT**

The parties, pursuant to the Court's order entered on February 28, 2025, Dkt. 89, file the following joint status report indicating whether Defendants need expert discovery.

1. **Expert discovery**

As plaintiff indicated in the prior status report, plaintiff will not disclose an expert in accordance with Rule 26(a)(2). Dkt. 88, Joint Status.

Defendants intend to disclose Carl Darr of Globetrotters as an expert witness in this matter. Defendants propose twenty-one (21) days for Rule 26(a)(2) disclosures, up to and including March 28, 2025. Defendants also propose April 30, 2025, as the deadline for expert depositions.

Plaintiff provides the following comment: Globetrotters already found the Cermak ramp and RTU east tunnel ramp are non-compliant with the ADA structural standards. These reports are part of the class certification record. *See* Dkt. 42-18, Cermak ramp report; Dkt. 42-19, RTU ramp report. While it is highly unlikely that a rebuttal is necessary, plaintiff reserves the right to identify a rebuttal expert to "contradict or rebut" defendants'

forthcoming Rule 26(a)(2) disclosure. *See* Fed.R.Civ.P. 26(a)(2)(D)(ii). If plaintiff retains a rebuttal expert, a disclosure will be served 30 days after defendants' Rule 26(a)(2) disclosure, or April 28, 2025.

   2. **Other matters raised by plaintiff**

The Court has a settlement conference set for March 20, 2025 at 1:00 pm. Dkt. 80, Minute entry. Following receipt of defendants' settlement letter, the parties have had discussions by telephone and in-person regarding whether a settlement conference would be a productive use of resources at this stage of the litigation. Plaintiff's counsel believes a telephone conference with the Court prior to March 20 may be productive to discuss whether settlement is realistic.

Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com
*an attorney for plaintiff*

/s/ Jason E. DeVore
Jason E. DeVore (ARDC #62422782)
Troy S. Radunsky (ARDC #6269281)
DeVore Radunsky, LLC
230 W. Monroe Suite 230
Chicago, Illinois
312-300-4479
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com
*an attorney for defendants*