**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
                              Plaintiff,

v.                                                Case No.: 1:23−cv−16970
                                                      Honorable Sunil R. Harjani

Thomas Dart, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 10, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: From the parties' joint status report [Dkt. 91], the Court adopts the following expert discovery deadlines: Plaintiff does not plan to disclose an expert witness. Defendants to make Rule 26(a)(2) disclosures by 3/28/2025. Defendants' expert depositions to be completed by 4/30/2025. Plaintiff may disclose an expert witness. The Court anticipates scheduling pre−settlement ex parte telephone calls before the 3/20/2025 settlement conference. The parties are to file an updated joint status report on 4/30/2025. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.