IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez, et al., ) | |
| ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | 23-cv-16970 |
| -*vs*- ) | |
| ) | Judge Harjani |
| Thomas Dart, Sheriff of Cook ) | |
| County, and Cook County, Illinois, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR STATUS HEARING TO SET DEADLINE FOR PRODUCTION OF LAST KNOWN ADDRESSSES OF CLASS MEMBERS TO FACILITATE CLASS NOTICE**

Plaintiffs Hernandez and Mathis, by counsel, move the Court for a status hearing to set a deadline for production of class list to facilitate class notice in accordance with Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure.

Grounds for this motion are as follows:

1. The Court certified two Rule 23(b)(3) classes on November 27, 2024.

2. Pursuant to Rule 23(c)(2)(B), the Court must direct notice to class members.

3. Class counsel served a request for production information of the last known address of class members on December 11, 2024. Defendants responded to the request on January 10, 2025. The Sheriff's response indicates an ongoing investigation for responsive documents and commitment to produce requested information.[1] *See* Exhibit 1, Sheriff's Response to Production.

---

[1] Class counsel has never experienced this type of delay producing the last known addresses of class members.

4. The parties filed a status report on February 14, 2025, regarding class notice. In this report, defense counsel suggested more information should be available in the "next 21 to 28 days" regarding the timeline for production of this information. *See* Dkt. 84, Joint Status ¶ 7.

5. On March 6, 2025, the parties conferred regarding the status of producing the addresses of class members. Defense counsel did not have a timeframe when this material will be turned over.

6. Additionally, the parties also request a ruling on a dispute regarding the form of notice to provide the class members as outlined in the February 14, 2025, status report.[2]  *See* Dkt. 84.

It is therefore respectfully requested that the Court set a hearing to set a deadline for the production of the last known addresses of the class members and to discuss class notice.

                               Respectfully submitted,

/s/    Patrick Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL. 60643
(773) 233-7901
pwm@morrisseylawchicago.com

*Attorney for the plaintiff class*

---

[2] This hearing was originally set for February 26, 2025. Dkt. 85, Minute entry. Class counsel had a conflict with this date due to a scheduled vacation and communicated with the Deputy to reset this date. The hearing was reset the hearing to March 6, 2025. Dkt. 86. This hearing, however, was stricken and reset by the Court to April 3, 2025. Dkt. 90, Minute entry.

## LOCAL RULE 37.2 CERTIFICATION

Under penalty of perjury, the undersigned attorney certifies the following statements are true and accurate:

1. On March 6, 2025, the attorneys for the class (Patrick and Thomas Morrissey) had an in-person discussion with defense counsel (Zachary Stillman and Jason DeVore) at 219 S. Dearborn prior to a status hearing in an unrelated case.

2. Class counsel inquired about the status of production of last known addresses. Defense counsel indicated their client still had not turned over the information.

3. Class counsel proposed a motion requesting a hearing with the Court to set a deadline for the production of the data necessary to facilitate notice. Defense counsel did not oppose plaintiff's request during the March 6, 2025, conferral.

/s/     Patrick Morrissey