**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
                        Plaintiff,

v.                                                      Case No.: 1:23−cv−16970
                                                          Honorable Sunil R. Harjani

Thomas Dart, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 11, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Due to the parties' recent submissions [see Dkt. 91], the Court sets an off−the−record pre−settlement call with counsel for the parties on 3/13/2025 at 11:00 a.m. Call−in information is as follows: 855−244−8681, access code 2315 091 1461.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.