UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Cuauhtemoc Hernandez, et al.
                    Plaintiff,

v.                                                  Case No.: 1:23−cv−16970
                                                    Honorable Sunil R. Harjani

Thomas Dart, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2025:

    MINUTE entry before the Honorable Keri L. Holleb Hotaling: Dkt. 92 is amended as follows: From the parties' joint status report [Dkt. 91], the Court adopts the following expert discovery deadlines: Plaintiff does not plan to disclose an expert witness. Defendants to make Rule 26(a)(2) disclosures by 3/28/2025. Defendants' expert depositions to be completed by 4/30/2025. Plaintiff may disclose a rebuttal expert witness. The Court anticipates scheduling pre−settlement ex parte telephone calls before the 3/20/2025 settlement conference. The parties are to file an updated joint status report on 4/30/2025.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.