# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Cuauhtemoc Hernandez, et al.
                        Plaintiff,

v.                                         Case No.: 1:23−cv−16970
                                            Honorable Sunil R. Harjani

Thomas Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Off−the−record settlement call with counsel for all parties on 3/13/2025. Due to recent developments in Walker v. Dart et al, Case No. 1:20−cv−00261 and the status of this case, the virtual settlement conference scheduled for 3/20/2025 at 1:00 pm would not be fruitful and the Court hereby strikes the same. The joint status report due on 4/30/2025 is hereby converted to an IN−PERSON status hearing on 5/1/2025 at 10:00 am in Courtroom 1700 in 219 S. Dearborn, Chicago, Illinois. Expert discovery continues as scheduled in [Dkt. 95].(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.