**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
                       Plaintiff,

v.                                     Case No.: 1:23−cv−16970
                                             Honorable Sunil R. Harjani

Thomas Dart, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 25, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Tracking status previously set for 4/3/2025 is stricken. Hearing set for 4/2/2025 at 9:30 a.m. [97], stands. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.