# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Cuauhtemoc Hernandez, et al.

                        Plaintiff,

v.                                                         Case No.: 1:23−cv−16970

                                                                               Honorable Sunil R. Harjani

Thomas Dart, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: In−person motion hearing held on 4/2/2025. Plaintiff's motion for hearing to set deadlines [93] is granted. The Court orders the Defendants to provide Plaintiff with the information as reflected on the record by 4/11/2025. As also stated on the record, Plaintiff is given leave to file a motion for approval of class notice by 4/9/2025. Defendant's response is due by 4/21/2025. By 5/22/2025, any party wishing to file a summary judgment motion is to file a status report detailing the basis for summary judgment and explaining why there are no genuine disputes of fact and why judgment can be granted as a matter of law. In−person status hearing is set for 5/29/2025 at 10:00 a.m. in courtroom 1925 to discuss the summary judgment status report. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.