IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez, et al., | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) 23-cv-16970 |
| -*vs*- | ) |
| | ) Judge Harjani |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) |
| | ) |
| *Defendant.* | ) |

**PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE**

Plaintiffs, by counsel, and pursuant to the Court's order entered on April 3, 2025, Dkt. 99, moves the Court for approval of class notice.

Grounds for this motion are as follows:

1. Pursuant to Rule 23(c)(2)(B), the Court must direct notice to members of the Rule 23(b)(3) classes. Notice must include "the class claims, issues, or defenses."

2. The parties dispute whether the notice should contain information regarding the Prison Litigation Reform Act exhaustion defense. Defendant Sheriff has raised this affirmative defense. Dkt. 76, Sheriff's Answer and Affirmative Defenses at 11-13. Additionally, during conferrals defense counsel has stated the Sheriff intends to assert this defense with respect to every class member. Class counsel contends class notice must include this "defense." Indeed, in *Craig v. Hughes*, the Court approved class notice alerting class members that defendants

may raise this defense. Exhibit 3, *Craig* Unopposed Motion to Notify Class; Exhibit 4, *Craig* Order.

3. Class counsel proposes to send notice via First-Class U.S. Mail to the last known addresses of class members. The proposed notice is attached hereto as Exhibit 1. Class Counsel further requests that the Court set an opt-out deadline of 60 days from the date of mailing. Class Counsel intends to retain Atticus Administration, LLC, to carry out the mailing of the class notice.[2]

4. The class continues to grow as individuals entering the Cook County Jail are prescribed a cane, crutch, or walker for a period of two weeks or longer. Class counsel proposes that the Sheriff provide hand-delivered notice of class membership to these individuals. Additionally, class counsel recommends that each individual be given 60 days from the date of receipt of the notice to opt out of the class. A copy of the notice for these individuals is attached as Exhibit 2.

5. The Court approved a nearly similar procedure to facilitate notice in *Craig*. Exhibit 3, *Craig* Unopposed Motion to Notify Class ¶ 2. The proposed notice to provide to class members by hand-delivery is attached as Exhibit 2. During the conferral process, defense counsel did not object to this proposal. *See* Dkt. 84, Joint Status Report Regarding Class Notice at ¶ 8.

6. Finally, class counsel requests that the Court approve an opt-out date of 60 days after notice is sent by First-Class U.S. Mail or 60 days after notice is hand-delivered at Cook County Jail.

---

[2] Defendants have been ordered to turn over the last known addresses of class members by April 11, 2025. Dkt. 99, Minute entry.

-2-

It is therefore respectfully requested that the Court approve the proposed notices. Specifically,

i. Class counsel requests that the Court approve the form of notice attached as Exhibit 1, to be sent to class members by First-Class U.S. Mail.

ii. Class counsel further requests that the Court approve the form of notice attached as Exhibit 2, to be hand-delivered to individuals who enter the Cook County Jail and qualify as class members, continuing until the entry of judgment.

Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com
*an attorney for the plaintiff class*