IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Florencio Craig,<br><br>*Plaintiff,*<br><br>-*vs*-<br><br>Latoya Hughes,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>) 23-cv-2993<br>)<br>) Judge Harjani<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SEND NOTICE TO CLASS MEMBERS**

Plaintiff Florencio Craig, by counsel, moves the Court for leave to notify putative class members in accordance with Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure.

Grounds for this motion are as follows:

1. On June 20, 2024, the Court certified two classes under Rule 23(b)(3): "(1) all individuals assigned to NRC from May 12, 2021 to the date of entry of judgment who were prescribed a wheelchair by a prison medical provider, and (2) all individuals assigned to Pinckneyville from May 12, 2021 to the date of entry of judgment who were prescribed a wheelchair by a prison medical

2. Counsel proposes sending notice, by First Class US Mail, to the last known address of putative class members from May 12, 2021 to June 21, 2024, the date when defendants turned over updated addresses for class members. the most recent date defendant compiled class data. Class counsel will retain Atticus Administration LLC to distribute class notice. Class counsel requests a

deadline of August 29, 2024, to send notice and November 1, 2024, for putative class members to opt-out. A copy of the proposed notice is attached to this motion as Exhibit 1.

    3.  For putative class members who have recently entered the IDOC and will enter the IDOC in the future, defendant agrees to hand deliver a copy of the notice to the putative class member upon entering NRC and Pinckneyville. Defendant will also provide verification to class counsel that the notice was delivered. The parties propose an opt-out date of no later than 60 days following receipt of the notice. For these putative class members, the parties propose the notice form marked Exhibit 2.

    4.  Defense counsel reviewed this motion and the draft notice. Defendant does not oppose this motion.

    It is therefore respectfully requested that the Court grant plaintiff's motion approving notice to members of the Rule 23(b)(3) class.

                                 Respectfully submitted,

/s/    <u>Patrick Morrissey</u>
       Thomas G. Morrissey, Ltd.
       10257 S. Western Ave.
       Chicago, IL. 60643
       (773) 233-7901
       pwm@morrisseylawchicago.com

*Attorney for the plaintiff class*

CRAIG v. HUGHES
C/O ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164



<<claimant_id>>

<<first_name>> <<last_name>>
<<address1>> <<address2>>
<<city>> <<state>> <<zip>>

Exhibit 1 Page 1

Exhibit 3 Page 3

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

This notice is being sent to you because records show you were detained in the Illinois Department of Corrections on or after May 12, 2021, and prescribed a wheelchair by a prison medical provider.

A lawsuit pending in federal court in Chicago may affect you. The name of the case is *Craig v. Hughes*, No. 23-cv-2993. The issue presented in this case is whether the showers at two Illinois Department of Corrections facilities, Northern Reception and Classification Center (NRC) and Pinckneyville Correctional Center comply with the Americans with Disabilities Act (ADA) and the Rehabilitation Act.

United States District Judge Sunil R. Harjani has ordered that the case may proceed as a class action for the following two classes:

> All individuals assigned to NRC from May 12, 2021 to the date of entry of judgment who were prescribed a wheelchair by a prison medical provider; and

> All individuals assigned to Pinckneyville from May 12, 2021 to the date of entry of judgment who were prescribed a wheelchair by a prison medical provider.

If you are a member of one or both classes, you will be represented by Thomas G. Morrissey, Ltd., 10257 South Western Avenue, Chicago, Illinois 60643, (773)238-4235. The Court has found that attorneys Thomas Morrissey and Patrick Morrissey are able to represent the class, although it has not required that you agree to have them represent you. If you desire, you may enter an appearance through an attorney other than class counsel or on your own without a lawyer. Class members will not have any obligation to pay for legal services to class counsel except out of any damage award as the Court may order.

The Court's order allowing this case to proceed as a class action means that, if you are a member of a class, you may be eligible to seek money damages if the class prevails. The Court has not made any ruling about whether the defendant violated federal law. Nothing in this notice should be read as a ruling on these issues. If you are a member of a class, then unless you exclude yourself from the case, you will be bound by the decision of the Court.

Defendant may raise a defense that individual class members failed to exhaust available administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(e). If you are currently incarcerated, you should follow the IDOC grievance process: file a grievance and appeal any response to exhaust any available administrative remedies. The Court has not made any ruling about whether a class member must exhaust any available administrative remedies to seek money damages.

If you do not wish to participate in this case, you must return the enclosed "opt out" form to the law offices of Thomas G. Morrissey, 10257 South Western Avenue, Chicago, Illinois 60643 on or before **November 1, 2024.** *This means that the form must be received* **by November 1, 2024** *(not simply put in the mail by then).*

By returning the "opt out" form, you will not be represented by class counsel. You may decide not to be involved and do nothing, or you may decide to proceed on your own, by filing your own separate lawsuit or you may seek to petition to intervene in this class action.

The court file in this case is available for examination in the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois between the hours of 9:00 a.m. and 4:30 p.m. Monday through Friday.

Exhibit 1 Page 2

Exhibit 3 Page 4

Thomas G. Bruton
Clerk, United States District Court

Exhibit 1 Page 3

Exhibit 3 Page 5

## *Important Notice*
### OPT-OUT FORM

I have read the notice that appears along with this form.

**I *do not* want to participate as a member of the class in this lawsuit.**

I understand that by signing this form, ***I will not*** be represented by class counsel, but may proceed on my own.

***DO NOT FILL OUT THIS FORM***
***IF YOU WANT TO STAY IN THIS LAWSUIT***

If you choose *not* to participate in this case, please date and sign your name below.

Date:_____

_____
Name

_____
Signature

**If you do not wish to participate in this case, you must return this form to the law offices of Thomas G. Morrissey, 10257 South Western Avenue, Chicago, Illinois 60643 by November 1, 2024.** *This means that the form must be received at the office of class counsel by November 1, 2024, and not simply put in the mail by then.*

Exhibit 1 Page 4

Exhibit 3 Page 6

**THIS PAGE INTENTIONALLY LEFT BLANK**

Exhibit 1 Page 5

Exhibit 3 Page 7

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

This notice is being provided to you because records show you were detained in the Illinois Department of Corrections on or after May 12, 2021, and prescribed a wheelchair by a prison medical provider.

A lawsuit pending in federal court in Chicago may affect you. The name of the case is *Craig v. Hughes*, No. 23-cv-2993. The issue presented in this case is whether the showers at two Illinois Department of Corrections facilities, Northern Reception and Classification Center (NRC) and Pinckneyville Correctional Center comply with the Americans with Disabilities Act (ADA) and the Rehabilitation Act.

United States District Judge Sunil R. Harjani has ordered that the case may proceed as a class action for the following two classes:

> All individuals assigned to NRC from May 12, 2021 to the date of entry of judgment who were prescribed a wheelchair by a prison medical provider; and

> All individuals assigned to Pinckneyville from May 12, 2021 to the date of entry of judgment who were prescribed a wheelchair by a prison medical provider.

If you are a member of one or both classes, you will be represented by Thomas G. Morrissey, Ltd., 10257 South Western Avenue, Chicago, Illinois 60643, (773)238-4235. The Court has found that attorneys Thomas Morrissey and Patrick Morrissey are able to represent the class, although it has not required that you agree to have them represent you. If you desire, you may enter an appearance through an attorney other than class counsel or on your own without a lawyer. Class members will not have any obligation to pay for legal services to class counsel except out of any damage award as the Court may order.

The Court's order allowing this case to proceed as a class action means that, if you are a member of a class, you may be eligible to seek money damages if the class prevails The Court has not made any ruling about whether the defendant violated federal law. Nothing in this notice should be read as a ruling on these issues. If you are a member of a class, then unless you exclude yourself from the case, you will be bound by the decision of the Court.

Defendant may raise a defense that individual class members failed to exhaust available administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(e). If you are currently incarcerated, you should follow the IDOC grievance process: file a grievance and appeal any response to exhaust any available administrative remedies. The Court has not made any ruling about whether a class member must exhaust any available administrative remedies to seek money damages.

If you do not wish to participate in this case, you must return the enclosed "opt out" form to the law offices of Thomas G. Morrissey, 10257 South Western Avenue, Chicago, Illinois 60643 **no later than 60 days following receipt of this notice from the IDOC.**

By returning the "opt out" form, you will not be represented by class counsel. You may decide not to be involved and do nothing, or you may decide to proceed on your own, by filing your own separate lawsuit or you may seek to petition to intervene in this class action.

The court file in this case is available for examination in the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois between the hours of 9:00 a.m. and 4:30 p.m. Monday through Friday.

                      Thomas G. Bruton
                      Clerk, United States District Court

Exhibit 2 Page 1

Exhibit 3 Page 8

## *Important Notice*
OPT-OUT FORM

I have read the notice that appears along with this form.

**I *do not* want to participate as a member of the class in this lawsuit.**

I understand that by signing this form, ***I will not*** be represented by class counsel, but may proceed on my own.

***DO NOT FILL OUT THIS FORM***
***IF YOU WANT TO STAY IN THIS LAWSUIT***

If you choose *not* to participate in this case, please date and sign your name below.

Date:_____

_____
Name

_____
Signature

**If you do not wish to participate in this case, you must return this form to the law offices of Thomas G. Morrissey, 10257 South Western Avenue, Chicago, Illinois 60643 no later than 60 days following receipt of this notice from the IDOC.**

Exhibit 2 Page 2

Exhibit 3 Page 9