UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Florencio Craig
                Plaintiff,

v.                                         Case No.: 1:23−cv−02993
                                                       Honorable Sunil R. Harjani

Latoya Hughes
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 19, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Unopposed motion by Plaintiff for approval to send class notice pursuant to Rule 23(c)(2)(B) [99] is granted. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Exhibit 4 Page 1