UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Cuauhtemoc Hernandez, et al.
             Plaintiff,

v.  Case No.: 1:23−cv−16970
Honorable Sunil R. Harjani

Thomas Dart, et al.
             Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2025:

MINUTE entry before the Honorable Sunil R. Harjani: Having reviewed Defendant's response brief [103] to Plaintiff's motion for approval of class notice, Defendant shall be given an opportunity to produce a revised class list by 5/9/25. Motion hearing on Plaintiff's motion for approval of class notice [102] is set for 5/15/25 at 9:30 a.m. in Courtroom 1925. If the parties are able to reach an agreement and moot the motion before the hearing, they should email the Courtroom Deputy prior to the hearing. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.