IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-16970 |
| | ) | |
| v. | ) | Honorable Sunil R. Harjani |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois | ) | |
| | ) | |
| Defendants. | | |

**DEFENDANTS' MOTION TO RESET THE REVISED CLASS LIST PRODUCTION DATE AND HEARING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Jorie R. Johnson, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Motion to reset the revised class list production date and hearing date for plaintiff's motion for class certification, state as follows:

1. Counsel for all parties have conferred regarding the proposed extension.

2. Defendants have advised Plaintiff's counsel that the CCSO is in the process of obtaining updated information in light of issues raised by Plaintiff's counsel.

3. On May 1, 2025, the Court entered a minute order noting its review of Defendants' response to Plaintiff's Motion for Approval of Class Notice. The Court set a deadline of May 9, 2025, for Defendants to produce a revised class list.

1

4. The Court further scheduled a hearing on Plaintiff's Motion for Approval of Class Notice for May 15, 2025, at 9:30 a.m.

5. Defendants' counsels are scheduled to participate in a pretrial conference on May 9, 2025, and a 7-to-10-day trial outside of Cook County beginning May 12, 2025. Plaintiff's counsel was previously advised of these commitments.

6. In light of these scheduling conflicts, Defendants respectfully request that the deadline to produce the revised class list be extended to May 26, 2025, and that the hearing currently scheduled for May 15, 2025, be reset to a date thereafter convenient to the Court.

7. The parties are also scheduled for a status hearing on May 29, 2025, regarding a May 22, 2025, deadline to submit a status report on any motions for summary judgment.

8. Defendants' counsel attempted to contact Plaintiff to ascertain if they objected to filing the motion. After several unsuccessful attempts without a clear explanation as to whether Plaintiff was objecting to the extension, Defendants are filing this motion.

WHEREFORE, Defendants respectfully request that the Court enter an order:

1. Extending the deadline to produce the revised class list to May 26, 2025.

2. Resetting the hearing on Plaintiff's Motion for Approval of Class Notice to a date after May 26, 2025, convenient to the Court; and

3. Granting such other and further relief as this Court deems just and appropriate.

                                               Respectfully Submitted,

                                               **Defendants**

                               By:    /s/ Jason E. DeVore
                                                     Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Jorie R. Johnson (ARDC # 6325695)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
jjohnson@devoreradunsky.com
service@devoreradunsky.com

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that this Unopposed Motion for Extension of Time was filed on May 9,2025, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                                  /s/ Jorie R. Johnson
                                                  Jorie R. Johnson,