IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez, et al., ) | |
| ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | 23-cv-16970 |
| -*vs*- ) | |
| ) | Judge Harjani |
| Thomas Dart, Sheriff of Cook ) | |
| County, and Cook County, Illinois, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION, DKT. 109**

Plaintiffs, by counsel, responds to defendants' motion to reset the revised class list production deadline and hearing date as follows:

1. Defendants' suggestion in paragraph 8 of their motion that plaintiffs' counsel has been uncooperative regarding communicating regarding this motion is a material misstatement. *See* Dkt. 109, Motion ¶ 8.

2. Over the past few days, defense counsel has been unavailable for a telephone conferral regarding this motion and the status of defendants' efforts to produce necessary information to facilitate notice by US Mail. Instead, the parties have been exchanging e-mails since May 5, 2025 regarding this motion and efforts by defendants to produce the necessary information. *See* Exhibit 1, conferral emails.

3. On May 7, 2025, at 2:17 pm, plaintiffs' counsel sent an e-mail to defense counsel with a statement regarding defendants' forthcoming motion. Exhibit 1, P.Morrissey e-mail sent 5/7/2025. The statement, reproduced below, indicates

-1-

plaintiffs' counsel does not oppose the short extension but requests a commitment (either by defense counsel or by order of the Court) for defendants to produce by May 26, 2025, the following information in an Excel file:

> (1) the names of class members, (2) the date of births of class members, (3) identify the class members currently incarcerated at the Cook County Jail with his (or her) current booking number, and (4) if a class member is not detained at the Cook County Jail, his (or her) last known address.

Exhibit 2, Defendants' Motion with Plaintiff's Statement in Paragraph 8.

It is therefore respectfully requested that the Court order defendants to produce the information outlined in paragraph 3 by May 26, 2025, the revised deadline requested by defendants.

Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com
*an attorney for the plaintiff class*