# Patrick Morrissey

| | |
|---|---|
| **From:** | Patrick Morrissey |
| **Sent:** | Wednesday, May 7, 2025 2:17 PM |
| **To:** | Jorie Johnson; Jason DeVore; Thomas Morrissey |
| **Cc:** | Troy Radunsky |
| **Subject:** | RE: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing |
| **Attachments:** | Motion to reset hearing date henandez_Pl edits.docx |

Counsel,

Attached are edits to the motion.

You have my consent to file the attached motion with plaintiff's statement. If defense counsel changes the substance of the motion, I will need time to review and make necessary changes to plaintiff's statement now found in paragraph 8.

I still do not understand defendants' position regarding efforts to have your clients produce the requested information. The request for production was served in December 2024 and the Sheriff and County responded in January 2024. I am not sure why Ms. Johnson suggests the request was recently provided to the client in March/April 2025.

As I stated earlier today, I will be unavailable for part of the afternoon because I will be at the Jail without access to a phone or e-mail.

Pat Morrissey

---

**From:** Jorie Johnson <jjohnson@devoreradunsky.com>
**Sent:** Wednesday, May 7, 2025 11:49 AM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Re: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Good Morning Patrick,

Please See attached motion for your review. We are in a deposition at this time.
By acknowledging your request, I am stating that we have sent your parameters over to our client.

Per my previous email:

1. **Parameters for Revised Class List:** <mark>Defendants are using the parameters set forth in your most recent emails from March and April 2025, which reference the request for production you sent to Defendant Sheriff Dart.</mark> Once the final list is generated, we will confirm the specific parameters used.

1

Exhibit 1 Page 1

I believe this is the same reference you make in your number 3. We seem to be on the same page. We will see you tomorrow for depositions in a separate matter.

Have a nice day. Let me know if the motion is okay to file as opposed or unopposed.

Kind Regards,
Jorie



# Jorie R. Johnson

Senior Associate Attorney • DeVore Radunsky LLC

Direct Phone Number: (312)-300-4483

Office Phone Number: (312)-300-4479

Email: JJohnson@devoreradunsky.com

230 W. Monroe Street, Suite 230

Chicago, Illinois 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Wednesday, May 7, 2025 11:43 AM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** RE: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Jason and Jorie,

Can you please send me the revised motion?   Also, can you please clarify if defendants will produce by May 26, 2025.  For example,

1. Will your client produce the date of births by this date? Jorie's email sent last night just stated "we acknowledge your request..."
2. Will your client identify class members currently at the Cook County Jail by this date?  Jorie's email last night stated "we acknowledge your request."
3. Can you please provide additional information about the parameters that will be used?  I believe plaintiff outlined the parameters in the Dec. 2024 production request. Why didn't your client use these parameters to produce the material?

If you are available today for a phone call, please let me know time ranges you are available.  I will be at the jail later this afternoon and will not have access to phone/email service.  We can also discuss this draft motion tomorrow when we are in person for Mr. Enriquez's deposition at the CCJ.

Pat

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Tuesday, May 6, 2025 9:29 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Re: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Pat,

The items you listed are not bases for objecting
To an extension of time.

Here is the text of the staining order:

**For motions to extend time, the movant must indicate whether the motion is opposed or unopposed and specify any prior extensions granted. If the motion is opposed, the movant must include a statement from the opposing party indicating the specific grounds for their objection.**

If you have an objection, please succinctly state it.

Jason


Jason E. DeVore
DeVore Radunsky LLC

230 W. Monroe Street, Suite 230
Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423

jdevore@devoreradunsky.com
www.devoreradunsky.com

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Tuesday, May 6, 2025 8:58:33 PM
**To:** Jorie Johnson <jjohnson@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Re: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Jorie,

Please explain the parameters that your clients are using to compile a "revised class list."  Can you also please explain how it differs from the parameters used by defendants to compile the class list produced in early April?

I will not be available later this evening to review your draft. If you wait until tomorrow during business hours, I will review the draft.

Pat Morrissey

---

**From:** Jorie Johnson <jjohnson@devoreradunsky.com>
**Sent:** Tuesday, May 6, 2025 8:51 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Re: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Dear Patrick and Thomas,

Defendants were unavailable to hold a telephone conferral regarding this motion due to being in an evidence deposition in preparation for trial—an obligation Plaintiffs' counsel was made aware of on multiple prior occasions.

In response to the inquiries raised by Class Counsel:

1. **Parameters for Revised Class List**: Defendants are using the parameters set forth in your most recent emails from March and April 2025, which reference the request for production you sent to Defendant Sheriff Dart. Once the final list is generated, we will confirm the specific parameters used.

2. **Inclusion of Date of Births**: We acknowledge your request that the revised class list include the dates of birth of class members.
3. **Identification of Currently Detained Individuals**: We acknowledge your request that the list identify class members who are currently detained at Cook County Jail.
4. **Format of Production**: The revised class list can be produced in Excel format.

Please let us know if you have any further questions. I will send a revised motion to you within the hour for your review.

We are scheduled for depositions tomorrow, trial meetings, and have a hearing in another matter at 9:30 a.m.

Please be advised again that we have a trial commencing imminently, which is expected to continue through May 22. Responses to emails and calls may be delayed during this time. We appreciate your patience and will respond as promptly as possible.

If your matter is urgent, please indicate that in the subject line, and we will do our best to address it. However, we kindly ask for your understanding during this time. Thank you.

Kind regards,

Jorie

Jorie



# Jorie R. Johnson

Associate Attorney • DeVore Radunsky LLC

Direct Phone Number: (312)-300-4483

Office Phone Number: (312)-300-4479

Email: JJohnson@devoreradunsky.com

230 W. Monroe Street, Suite 230

Chicago, Illinois 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Tuesday, May 6, 2025 4:13:16 PM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** Re: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Jason:

The Court's standing order requires you to include a statement by plaintiff. Please include the following: **Defense counsel was unavailable to hold a telephone conferral regarding this motion. Moreover, defense counsel did not respond to the following inquiries by class counsel: (1) what parameters are being used to produce a revised class list, (2) whether this list will include date of births of class members, (3) whether this list will identify class members currently detained at Cook County Jail, and (4) whether this list will be produced in an excel sheet.**

Pat Morrissey

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Tuesday, May 6, 2025 3:32 PM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** Re: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Jason,

I left you a voice mail immediately after receipt of your e-mail at 3:28 pm. Please return my call at 312-497-2451 (this is my cell phone). I would like to confer with you regarding the proposed motion, including

your representation steps are being taken to investigate and produce the correct data (as requested by class counsel in December 2024).

Pat Morrissey

---

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Tuesday, May 6, 2025 3:28 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** Re: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Pat,

We have depositions moving forward tomorrow morning. We have discussed your issues with our client.

Please advise before 5p today if you object to our proposed motion. We plan to file it later today and will file as opposed if needed.

Thanks,
Jason


Jason E. DeVore

DeVore Radunsky LLC

230 W. Monroe Street, Suite 230

Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423

jdevore@devoreradunsky.com
www.devoreradunsky.com



This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Tuesday, May 6, 2025 3:20 PM
**To:** Jorie Johnson <jjohnson@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** Re: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Jorie,

I sent Jason an email a few minutes ago regarding steps taken by your clients to produce the requested class information. Will you please provide a time tomorrow morning when defense counsel is available to confer about this issue and defendants' proposed motion.

Pat Morrissey

---

**From:** Jorie Johnson <jjohnson@devoreradunsky.com>
**Sent:** Tuesday, May 6, 2025 3:12 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** Re: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Good Afternoon,

Please See attached Motion.

Kind Regards,
Jorie



# Jorie R. Johnson

Senior Associate Attorney • DeVore Radunsky LLC


Direct Phone Number: (312)-300-4483

Office Phone Number: (312)-300-4479

Email: JJohnson@devoreradunsky.com

230 W. Monroe Street, Suite 230

Chicago, Illinois 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Tuesday, May 6, 2025 3:08 PM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>
**Subject:** Re: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Jason,

I have commitments later this evening and will not be working. Are you available tomorrow to discuss your forthcoming draft motion?

What steps is your client taking to produce the accurate class data? Will you produce the date of births (as requested) along with the identification of people currently at the Cook County Jail?

Pat Morrissey

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Tuesday, May 6, 2025 2:05 PM
**To:** Thomas Morrissey <tgm@morrisseylawchicago.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>
**Subject:** RE: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Tom,

We are in a deposition and will forward a draft copy of the motion today.

Jason

Jason E. DeVore

DeVore Radunsky LLC

230 W. Monroe Street, Suite 230

Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423

jdevore@devoreradunsky.com
www.devoreradunsky.com



This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Sent:** Tuesday, May 6, 2025 10:00 AM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>
**Subject:** RE: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Counsel:

I left you a voicemail message asking for you to return my call regarding defendants' request for additional time to produce a class list.

Please call.

Tom

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Monday, May 5, 2025 1:54 PM
**To:** Jason DeVore <jdevore@devoreradunsky.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Jorie Johnson <jjohnson@devoreradunsky.com>
**Subject:** RE: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Jason,

Please send us a draft motion. We will review it and, if there are any issues, perhaps we can have a telephone conferral.

Pat Morrissey

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Monday, May 5, 2025 1:53 PM
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>
**Subject:** RE: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

Tom/Pat,

Please advise if you object to the proposed dates for the anticipated motion.

Jason

Jason E. DeVore

DeVore Radunsky LLC

230 W. Monroe Street, Suite 230

Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423

jdevore@devoreradunsky.com
www.devoreradunsky.com



This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Jason DeVore
**Sent:** Monday, May 5, 2025 1:52 PM
**To:** Lynette Santiago <Lynette_Santiago@ilnd.uscourts.gov>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>
**Subject:** RE: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing


Thank you. We will confirm if plaintiff's counsel objects then file one.


Jason E. DeVore

DeVore Radunsky LLC

230 W. Monroe Street, Suite 230

Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423

jdevore@devoreradunsky.com
www.devoreradunsky.com



This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Lynette Santiago <Lynette_Santiago@ilnd.uscourts.gov>
**Sent:** Monday, May 5, 2025 1:51 PM
**To:** Jason DeVore <jdevore@devoreradunsky.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>
**Subject:** RE: Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing


Good afternoon.


The Court requests a motion be filed and identify whether it is agreed.


Thank you.


Best,

Lynette Santiago

Courtroom Deputy

---

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Monday, May 5, 2025 11:53 AM
**To:** Lynette Santiago <Lynette_Santiago@ilnd.uscourts.gov>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>
**Subject:** Hernandez v. Dart, 23-cv-16970, Defendants' Request to Reset 5/9/25 production and 5/15/25 hearing

**CAUTION - EXTERNAL:**

Good morning Ms. Santiago,

On 5/1/25 the court entered the following entry. Defendants' counsel has a pre-trial on 5/9/25 and a 7-to-10-day trial outside of Cook County commencing on 5/12/25. We have previously advised plaintiff's counsel of the trial.

Defendants would like to move the revised class list production to 5/26/25 and reset the hearing for a date thereafter. Currently, the parties have a 5/29/25 status related to a 5/22/25 deadline to submit a status report regarding any motions for summary judgment.

> **Document Number:** 108
>
> **Docket Text:**
> **MINUTE entry before the Honorable Sunil R. Harjani: Having reviewed Defendant's response brief [103] to Plaintiff's motion for approval of class notice, Defendant shall be given an opportunity to produce a revised class list by 5/9/25. Motion hearing on Plaintiff's motion for approval of class notice [102] is set for 5/15/25 at 9:30 a.m. in Courtroom 1925. If the parties are able to reach an agreement and moot the motion before the hearing, they should email the Courtroom Deputy prior to the hearing. Mailed notice(lxs, )**

We are happy to file a motion but wanted to check with you first under the circumstances.

Thank you,

Jason


Jason E. DeVore

DeVore Radunsky LLC

230 W. Monroe Street, Suite 230

Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423

jdevore@devoreradunsky.com
www.devoreradunsky.com



This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Lynette Santiago <Lynette_Santiago@ilnd.uscourts.gov>
**Sent:** Friday, February 21, 2025 9:41 AM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** RE: Hernandez v. Dart, 23-cv-16970, Plaintiff's Request to Reset 2/26/2025 Status Hearing, Dkt. 85

Good morning.

I will forward this to chambers and be in touch.

Thank you.

*Lynette Santiago*
Courtroom Deputy to the Hon. Sunil R. Harjani
U.S. District Court for the Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604
312.435.5833 (Voice)
312.777.3800 (Fax)

**Your opinion is important to us [click HERE to take our customer service survey](#)**

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Friday, February 21, 2025 8:30 AM
**To:** Lynette Santiago <Lynette_Santiago@ilnd.uscourts.gov>
**Cc:** jdevore_devoreradunsky.com <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Hernandez v. Dart, 23-cv-16970, Plaintiff's Request to Reset 2/26/2025 Status Hearing, Dkt. 85

**CAUTION - EXTERNAL:**

Good morning, Ms. Santiago,

Earlier this week, the Court set 2/26/2025 at 9:30 am for a status hearing in the above captioned case. Dkt. 85, Minute entry. Plaintiff's counsel is unavailable on this date, and we request the Court to reset this hearing to the following week.

My office conferred with defense counsel (also copied to this email) and the parties are all available on 3/3/2025. Alternatively, the Court has an in-person status hearing already set for 3/6/2025 at 9:15 am. Dkt. 31, Minute entry.

I appreciate your help with this matter.

Pat Morrissey

*An attorney for the plaintiff*

Patrick W. Morrissey

Thomas G. Morrissey, Ltd.

10257 S. Western Ave.

Chicago, IL 60643
773-233-7901

pwm@morrisseylawchicago.com

http://morrisseylawchicago.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.