IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-16970 |
| | ) | |
| v. | ) | Honorable Sunil R. Harjani |
| | ) | |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois | ) ) ) ) | |
| Defendants. | | |

**DEFENDANTS' MOTION TO RESET THE REVISED CLASS LIST PRODUCTION DATE AND HEARING DATE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Jorie R. Johnson, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Motion to reset the revised class list production date and hearing date for plaintiff's motion for class certification, state as follows:

1. Counsel for all parties have conferred regarding the proposed extension.

2. Defendants have advised Plaintiff's counsel that the CCSO is in the process of obtaining updated information in light of issues raised by Plaintiff's counsel.

3. On May 1, 2025, the Court entered a minute order noting its review of Defendants' response to Plaintiff's Motion for Approval of Class Notice. The

1

Exhibit 2 Page 1

Court set a deadline of May 9, 2025, for Defendants to produce a revised class list.

4. The Court further scheduled a hearing on Plaintiff's Motion for Approval of Class Notice for May 15, 2025, at 9:30 a.m.

5. Defendants' counsel are scheduled to participate in a pretrial conference on May 9, 2025, and a 7-to-10-day trial outside of Cook County beginning May 12, 2025. Plaintiff's counsel was previously advised of these commitments.

6. In light of these scheduling conflicts, Defendants respectfully request that the deadline to produce the revised class list be extended to May 26, 2025, and that the hearing currently scheduled for May 15, 2025, be reset to a date thereafter convenient to the Court.

7. The parties are also scheduled for a status hearing on May 29, 2025, regarding a May 22, 2025, deadline to submit a status report on any motions for summary judgment.

8. Plaintiff provides the following comment to defendants' motion:

> Defense counsel did not have time to confer with class counsel by telephone regarding this motion or the status of producing any revised class list. Class counsel is therefore uncertain what information defense counsel agrees to produce by May 26, 2025, the requested extension.
>
> In December 2024, class counsel served a request for production of information to facilitate class notice by US Mail. Defendant Sheriff's response to this request, served on January 10, 2025, is filed as Dkt. 105-1. While class counsel does not object to a short extension to May 26, 2025, for production of the class list in an Excel format, class counsel is uncertain whether defense counsel will produce this requested material necessary to facilitate notice by US Mail.

>Accordingly, class counsel requests that the Court order defendants to produce, by May 26, 2025, the following information in an Excel file: (1) the names of class members, (2) the date of births of class members, (3) identify the class members currently incarcerated at the Cook County Jail with his (or her) current booking number, and (4) if a class member is not detained at the Cook County Jail, his (or her) last known address.

WHEREFORE, Defendants respectfully request that the Court enter an order:

1. Extending the deadline to produce the revised class list to May 26, 2025;

2. Resetting the hearing on Plaintiff's Motion for Approval of Class Notice to a date after May 26, 2025, convenient to the Court; and

3. Granting such other and further relief as this Court deems just and appropriate.

Respectfully Submitted,

**Defendants**

By: /s/ Jason E. DeVore
Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Jorie R. Johnson (ARDC # 6325695)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
jjohnson@devoreradunsky.com
service@devoreradunsky.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that this Unopposed Motion for Extension of Time was filed on May 7, 2025, with the Northern District of Illinois ECF System, serving a copy to all parties.

3

Exhibit 2 Page 3

/s/ Jorie R. Johnson
Jorie R. Johnson,

4

Exhibit 2 Page 4