5/18/25, 7:53 AM
RE: Hernandez v. Dart, 23-cv-16970, Supplemental Disclosure regarding efforts to renovate the Cermak and RTU east ramps - Patr…

Case: 1:23-cv-16970 Document #: 112-9 Filed: 05/18/25 Page 1 of 2 PageID #:1128

 **Outlook**

## RE: Hernandez v. Dart, 23-cv-16970, Supplemental Disclosure regarding efforts to renovate the Cermak and RTU east ramps

| | |
|---|---|
| From | Patrick Morrissey <pwm@morrisseylawchicago.com> |
| Date | Wed 5/7/2025 9:45 AM |
| To | Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com> |
| Cc | Thomas Morrissey <tgm@morrisseylawchicago.com> |

Jason,

I write to follow up on my e-mail sent on 5/1 and your representation to the Court on 5/1 that you are in continual communication with defendants Sheriff and Cook County and will supplement written production if you become aware of any progress regarding renovations of the Cermak and/or RTU east tunnel ramp.

Do you have any information regarding the state of these projects? The last document turned over by your office in late 2024 indicates that "construction" should be underway to repair the Cermak ramp.

I appreciate your prompt attention to this matter.

Pat Morrissey

**From:** Patrick Morrissey
**Sent:** Thursday, May 1, 2025 11:00 AM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>
**Cc:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Hernandez v. Dart, 23-cv-16970, Supplemental Disclosure regarding efforts to renovate the Cermak and RTU east ramps

Jason,

During Court this morning, I mentioned that the last no documents have been turned over since late 2024 regarding efforts to renovate the ramps. One document, marked DR 003327, states that Cook County should be on "Phase One" of the construction to renovate the Cermak ramp. A snapshot of this timeline is below:

Exhibit 9 Page 1

5/18/25, 7:53 AM	RE: Hernandez v. Dart, 23-cv-16970, Supplemental Disclosure regarding efforts to renovate the Cermak and RTU east ramps - Patr…

Case: 1:23-cv-16970 Document #: 112-9 Filed: 05/18/25 Page 2 of 2 PageID #:1129

| 17 | Construction Documentation | 35 days | Mon 10/7/24 | Fri 11/22/24 |
| 18 | Develop Construction | 25 days | Mon 10/7/24 | Fri 11/8/24 |
| 19 | Client Review | 10 days | Mon 11/11/24 | Fri 11/22/24 |
| 20 | Meeting #6 | 1 day | Fri 11/22/24 | Fri 11/22/24 |
| 21 | Resolve Client Comments | 2 days | Mon 11/25/24 | Tue 11/26/24 |
| 22 | Issue for Bid and Permit | 1 day | Wed 11/27/24 | Wed 11/27/24 |
| 23 | Bid and Permit | 50 days | Mon 12/2/24 | Fri 2/7/25 |
| 24 | Mobilization, Temporary Construction and Utilities | 40 days | Mon 2/10/25 | Fri 4/4/25 |
| 25 | Construction | 120 days | Mon 4/7/25 | Fri 9/19/25 |
| 26 | Phase One | 60 days | Mon 4/7/25 | Fri 6/27/25 |
| 27 | Phase Two | 60 days | Mon 6/30/25 | Fri 9/19/25 |
| 28 | Substantial Completion | 1 day | Mon 9/22/25 | Mon 9/22/25 |

During Court today, you said you did not have any present information regarding the current status of efforts to renovate the Cermak ramp. You agreed, however, to confer with your client and produced any supplemental documents in accordance with defendants' obligations under the Rules.

You also did not have any present information regarding the current status to renovate the RTU east tunnel ramp. You also agreed to investigate this issue to see if there are any documents regarding efforts to renovate this ramp. If documents exist, you agreed to turn them over to me.

Please let me know if this e-mail misrepresents your agreement stated in open Court.

Pat


Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
773-233-7901
pwm@morrisseylawchicago.com
http://morrisseylawchicago.com

Exhibit 9 Page 2