IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez, | ) |
|                 Plaintiff, | ) Case No. 23-cv-16970 |
| v. | ) Honorable Sunil R. Harjani |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois | ) |
|                 Defendants. | ) |

**DEFENDANTS' OPPOSED FIRST MOTION FOR EXTENSION OF TIME
TO SUBMIT MOTION FOR SUMMARY JUDGMENT STATUS REPORT**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Unopposed Motion for Extension of Time for their Response in Opposition to Plaintiff's Motion for Class Certification, and for Plaintiff's Reply in Support of his Motion for Class Certification, state as follows:

1. Counsel for all parties have been in communication regarding this Motion and Plaintiff's oppose this extension because Defendants have not provided details regarding all claims that are expected to be included in the motion for summary judgment status report. The status report will include this information.

2. On April 3, 2025, this court issued the following order: "By 5/22/2025, any party wishing to file a summary judgment motion is to file a status report detailing the basis for summary judgment and explaining why there are no genuine disputes of fact and why judgment can be granted as a matter of law." ECF No. 99.

3. Counsel for defendants had a jury trial commencing on May 9, 2025, which required extensive amounts of time.

4. Additionally, Counsel in this matter have been involved in numerous depositions during the past several weeks.

5. Accordingly, Defendants request an additional 14 days, until June 5, 2025, to submit a status report regarding a motion for summary judgment.

6. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

7. Not granting an extension of time would prejudice Defendants because the current deadline will not allow sufficient time to provide a detailed status report.

8. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. Defendants' Motion for Extension of Time is granted;

2. Defendants' shall file a status report detailing the basis for summary judgment by June 5, 2025;

3. Any other such relief as this court deems reasonable and just.

Respectfully Submitted,

**Defendants**

By: */s/ Jason E. DeVore*
Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Jorie R. Johnson (ARDC # 6325695)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
jjohnson@devoreradunsky.com

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that this Unopposed Motion for Extension of Time was filed on May 21, 2025, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                                    */s/ Jorie R. Johnson*
                                                    Jorie R. Johnson