5/21/25, 6:00 PM
Case: 1:23-cv-16970 Document #: 114-1 Filed: 05/21/25 Page 1 of 1 PageID #:1183
RE: Hernandez, Defendants' Motion for Extension for Status Report - Patrick Morrissey - Outlook

 **Outlook**

## RE: Hernandez, Defendants' Motion for Extension for Status Report

| | |
|---|---|
| **From** | Thomas Morrissey <tgm@morrisseylawchicago.com> |
| **Date** | Wed 5/21/2025 5:51 PM |
| **To** | Patrick Morrissey <pwm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com> |

Troy:

We had a phone call this afternoon at about 4:15 pm and discussed *Hernandez*. One of the issues we discussed during this call was whether or not defendants will seek an extension of time to file a status report regarding summary judgment due tomorrow, May 22. You indicated that defendants will not be filing a motion for summary judgment on the class issues, but may seek summary judgment in regards to individual claims by plaintiffs Hernandez and Mathis. You also stated that you will confer with your co-counsel Mr. DeVore regarding this issue and given the limited scope of defendants' anticipated motion for summary judgment, defendants likely would comply with the May 22nd deadline to file a status report.

Tom

--
Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
773-233-7900
tgm@morrisseylawchicago.com
http://morrisseylawchicago.com

--
Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
773-233-7900
tgm@morrisseylawchicago.com
http://morrisseylawchicago.com

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Wednesday, May 21, 2025 9:55 AM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Hernandez, Defendants' Motion for Extension for Status Report

Dear Mr. DeVore,

Exhibit 1 Page 1