IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-16970 |
| | ) | |
| v. | ) | Honorable Sunil R. Harjani |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois | ) | |
| | ) | |
| Defendants. | | |

**DEFENDANTS' REPLY TO ITS MOTION FOR EXTENSION OF TIME
TO SUBMIT MOTION FOR SUMMARY JUDGMENT STATUS REPORT**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Troy Radunsky, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for its Reply to Defendants' Motion for Extension of Time for their Response in Opposition to Plaintiff's Motion for Class Certification, and for Plaintiff's Reply in Support of his Motion for Class Certification, state as follows:

1. The plaintiff attached Exhibit 1 to his Response (Dkt# 114). It was an single email allegedly memorializing a May 21, 2025, telephone conversation defense counsel, Troy Radunsky, had with plaintiff's counsel, Tom Morrissey.

2. Unfortunately, Mr. Morrissey's email contained wildly inaccurate statements that were never communicated or agreed upon by Mr. Radunsky during the call. This has become an disturbing pattern in this litigation.

1

3. In fact, during the lengthy call, Mr. Radunsky never once articulated the "defendants will not be filing a motion for summary judgment on the class issues, but may seek summary judgment by plaintiff's Hernandez and Mathis." To the contrary, Mr. Morrissey actually proposed that plan during the call, not Mr. Radunsky..

4. At no point did Mr. Radunsky ever agree with it or waive any right to file any motions during that meet and confer. Mr. Radunsky merely told Mr. Morrissey he would confer with his partner about the *plaintiff's* proposal. However, no assurances were ever given to plaintiff's counsel as has been unfairly mischaracterized in Exhibit 1 to his Response.

5. Plaintiff's counsel also failed to include defense counsel's immediate response to that email, either, which is attached hereto as Exhibit 1.

Wherefore, COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, pray this Court grant Defendants Motion for Extension of Time for their Response in Opposition to Plaintiff's Motion for Class Certification, and for Plaintiff's Reply in Support of his Motion for Class Certification

Respectfully Submitted,

By:    */s/ Troy S. Radunsky*
       Troy S. Radunsky, One of the
       Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Jorie R. Johnson (ARDC # 6325695)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com

jjohnson@devoreradunsky.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that this **Reply to Defendants Motion for Extension of Time** was **filed on May 22, 2025**, with the Northern District of Illinois ECF System, serving a copy to all parties.

/s/ *Jorie R. Johnson* \_\_\_\_\_
Jorie R. Johnson