**Troy Radunsky**

| | |
|---|---|
| **From:** | Troy Radunsky |
| **Sent:** | Wednesday, May 21, 2025 6:00 PM |
| **To:** | Thomas Morrissey; Patrick Morrissey; Jason DeVore; Jorie Johnson |
| **Subject:** | RE: Hernandez, Defendants' Motion for Extension for Status Report |

Tom,

No, that's not what I said at all. I said I would speak to Jason and Jorie about the JSR and our approach. And that's what I will do. Not agreeing to file or not file anything. This is why we are going to have weekly meetings recorded by AI. Let us know what date and time you want to meet.

Thanks,


*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*



*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

**From:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Sent:** Wednesday, May 21, 2025 5:51 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>
**Subject:** RE: Hernandez, Defendants' Motion for Extension for Status Report

Troy:

We had a phone call this afternoon at about 4:15 pm and discussed *Hernandez*. One of the issues we discussed during this call was whether or not defendants will seek an extension of time to file a status report regarding summary judgment due tomorrow, May 22. You indicated that defendants will not be filing a motion for summary judgment on the class issues, but may seek summary judgment in regards to individual claims by plaintiffs Hernandez and Mathis. You also stated that you will confer with your co-counsel Mr. DeVore regarding this issue and given the limited scope of defendants' anticipated motion for summary judgment, defendants likely would comply with the May 22nd deadline to file a status report.

Tom

--
Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
773-233-7900
tgm@morrisseylawchicago.com
http://morrisseylawchicago.com

--
Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
773-233-7900
tgm@morrisseylawchicago.com
http://morrisseylawchicago.com

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Wednesday, May 21, 2025 9:55 AM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Hernandez, Defendants' Motion for Extension for Status Report

Dear Mr. DeVore,

I write following our conferral yesterday following the Rogers deposition. During this conferral, you said that you do have any position regarding whether defendants will move for summary judgment regarding the class issues. Based on this representation, my office objects to defendants' request to extend the time to file a status report on their anticipated motion for summary judgment.

Please include this statement in defendants' forthcoming motion.

If you would like to confer regarding this issue, you may call me at (312)497-2451.

Pat Morrissey

Patrick W. Morrissey

Thomas G. Morrissey, Ltd.

10257 S. Western Ave.

Chicago, IL 60643
773-233-7901

pwm@morriseylawchicago.com

http://morriseylawchicago.com