# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Cuauhtemoc Hernandez, et al.
                              Plaintiff,

v.
                                                                           Case No.: 1:23−cv−16970
                                                                 Honorable Sunil R. Harjani

Thomas Dart, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendant's motion for an extension of time [113] is granted up to May 29, 2025 only, the remainder of the motion is denied. In person status hearing on summary judgment report set for 5/29/25 is stricken and reset to 6/3/25 at the same time as the pending motion for approval for class notice. It is unnecessary for the attorneys to come in twice during this short time period. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.