**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-16970 |
| | ) | |
| v. | ) | Honorable Sunil R. Harjani |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SHERIFF THOMAS J. DART'S RESPONSES TO PLAINTIFF'S
FIFTH SET OF REQUESTS FOR PRODUCTION**

NOW COMES Defendant, SHERIFF THOMAS J. DART (hereinafter "Defendant"), by and through his attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, and for his responses to Plaintiffs' Fifth Set of Requests for Production of Documents, dated December 11, 2024, states as follows:

**DOCUMENT REQUESTS**

1. Produce, in an excel sheet, the names, identification numbers, and current housing division of members of the Rule 23(b)(2) class, identified by the Court as Class 1. *See* Dkt. 72 at 6.

**RESPONSE: Defendant Sheriff Thomas Dart and the Cook County Sheriff's Office are currently investigating the requested materials but are not yet in possession at this time. Defendant will supplement these responses upon receipt by their counsel.**

2. Produce, in an excel sheet, the names, booking number, date of birth, and last known addresses, of members of the Rule 23(b)(3) class, identified by the Court as Class 2. *See* Dkt. 72 at 6. For purposes of this request, if an individual is incarcerated at either the IDOC or Cook County Jail, this would be the individual's last known address.

**RESPONSE: Defendant Sheriff Thomas Dart and the Cook County Sheriff's Office are currently investigating the requested materials but are not yet in possession at this time. Defendant will supplement these responses upon receipt by their counsel.**

Exhibit 1 Page 1

3. Produce, in an excel sheet, the names, booking number, date of birth, and last known addresses, of members of the Rule 23(b)(3) class, identified by the Court as Class 3. *See* Dkt. 72 at 6. For purposes of this request, if an individual is incarcerated at either the IDOC or Cook County Jail, this would be the individual's last known address

**RESPONSE: Defendant Sheriff Thomas Dart and the Cook County Sheriff's Office are currently investigating the requested materials but are not yet in possession at this time. Defendant will supplement these responses upon receipt by their counsel.**

**Respectfully submitted,**

*/s/ Zachary G. Stillman*
Zachary G. Stillman
One of the Attorneys for Defendants

Troy S. Radunsky (tradunsky@devoreradunsky.com)
Jason E. DeVore (jdevore@devoreradunsky.com)
Zachary G. Stillman (zstillman@devoreradunsky.com)
DeVore Radunsky LLC
230 W. Monroe Ste 230
Chicago, IL 60606
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that **Defendant Sheriff Thomas J. Dart's Responses to Plaintiff's Fifth Set of Requests for Production** were sent via email correspondence to all below listed parties on January 10, 2025.

*/s/ Zachary G. Stillman*
Zachary G. Stillman
One of the Attorneys for Defendants

Service List:
Thomas G. Morrissey
Patrick Morrissey
10257 S. Western Ave
Chicago, IL 60643
773 233 7901
Pwm@morrisseylawchicago.com
tgm@morrisseylawchicago.com

2

Exhibit 1 Page 2