# Patrick Morrissey

| | |
|---|---|
| **From:** | Patrick Morrissey |
| **Sent:** | Tuesday, April 29, 2025 11:26 AM |
| **To:** | Jorie Johnson; Jason DeVore; Thomas Morrissey; Law Clerks; Troy Radunsky |
| **Subject:** | RE: Hernandez v. Dart, 23-cv-16970, Class List |

Dear Mr. DeVore and Ms. Johnson,

I am writing to follow up on our in-person discussion at the Courthouse on Thursday, April 24th, regarding the incomplete class list information produced by the Sheriff on April 11th. As you are aware, my office has raised concerns about the adequacy of this production since April 12th.

Based on our review, the list appears incomplete for the following reasons:

- It identifies only one individual as "active" (which we understand to mean currently incarcerated at CCJ).
- It does not include dates of birth. This information is essential to cross-reference with published records from the Illinois Department of Corrections (IDOC) to ensure proper notice is sent via U.S. Mail to individuals currently in IDOC custody.
- It omits known class members. For instance, Kavarian Rogers is not listed.

As you know, I emailed Mr. DeVore on April 3, 2025, after the most recent status hearing before the District Court, to remind him of past issues involving production from the Sheriff/Cook County. Despite that communication—and the December 11, 2024 request for production that clearly outlined the information necessary to facilitate class notice—the April 11th list remains inadequate.

During our in-person conferral on April 24th, defense counsel was unable to provide any commitment as to when the complete and corrected information would be produced. Moreover, in your April 21st filing, you stated: *"Defendants determined that certain parameters need to be revised in order to rule out persons who may have 'de minimis' injury or no injury."* (Dkt. 103 at 3, Defendants' Response).

Could you please clarify what specific parameters defendants are referring to in making these determinations?

Please let me know if this message misrepresents the substance of our discussion last Thursday.

Pat Morrissey

---

**From:** Jorie Johnson <jjohnson@devoreradunsky.com>
**Sent:** Wednesday, April 16, 2025 7:20 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Law Clerks <LawClerks@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** Re: Hernandez v. Dart, 23-cv-16970, Class List

1

Exhibit 2 Page 1

Hi Patrick,

Thank you for the clarification. While this again as we have discussed numerous times is not the Bennett Case and we remain committed to this fact, we can speak with our clients regarding your request. I will have a response by tomorrow regarding your request for the class list and parameters you have requested.

Kind Regards,

Jorie



### Jorie R. Johnson

Associate Attorney • DeVore Radunsky LLC

Direct Phone Number: (312)-300-4483
Office Phone Number: (312)-300-4479
Email: JJohnson@devoreradunsky.com
230 W. Monroe Street, Suite 230
Chicago, Illinois 60606

---

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Wednesday, April 16, 2025 7:14:55 PM
**To:** Jorie Johnson <jjohnson@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Law Clerks <LawClerks@devoreradunsky.com>; Troy Radunsky