**Outlook**

## Re: Hernandez v Sheriff et al, 23-cv-1690 | Class List Request

| | |
|---|---|
| **From** | Patrick Morrissey <pwm@morrisseylawchicago.com> |
| **Date** | Wed 5/28/2025 1:31 PM |
| **To** | Jorie Johnson <jjohnson@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com> |
| **Cc** | Troy Radunsky <tradunsky@devoreradunsky.com> |

Counsel,

We are available at 3pm.  Please confirm this will be recorded by AI transcript and will be shared with us immediately after the conferral.  Also, please be prepared to discuss notice in Rogers and the class list.

Pat

Get Outlook for Android

---

**From:** Jorie Johnson <jjohnson@devoreradunsky.com>
**Sent:** Wednesday, May 28, 2025 1:13:24 PM
**To:** Thomas Morrissey <tgm@morrisseylawchicago.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>
**Cc:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** Re: Hernandez v Sheriff et al, 23-cv-1690 | Class List Request

Good Afternoon Tom and Pat,

Defendants have not refused any referral with counsel. We sent an email last night regarding this matter and are free to meet with you via zoom  this afternoon any time after 2:45 pm. Please set us know your schedule so we can a link.

Kind regards,

Jorie

Get Outlook for iOS

---

**From:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Sent:** Wednesday, May 28, 2025 12:48:45 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>
**Cc:** Jorie Johnson <jjohnson@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** RE: Hernandez v Sheriff et al, 23-cv-1690 | Class List Request

Counsel,

Defendants did not produce the class list as ordered by the Court and have not moved for relief from this order. It is essential that this list be produced to my office so that it can be reviewed for accuracy by my office and Atticus, the firm that will assist with mailing the notice.

Given the defendants have not complied with the Court's order and has elected not to engage my office in a conferral, we will move for relief under Rule 37(b)(2) of the Federal Rules of Civil Procedure.

If defendants wish to contact us, you can reach us on Pat's cell phone at (312)497-2451.

Tom Morrissey

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Wednesday, May 28, 2025 10:26 AM
**To:** Thomas Morrissey <tgm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>
**Cc:** Jorie Johnson <jjohnson@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** Re: Hernandez v Sheriff et al, 23-cv-1690 | Class List Request

Mr. DeVore,

Tom left you a voice mail message a few minutes ago regarding your e-mail sent last night (5/27) at 10:01 pm indicating that more time is needed to produce an accurate class list in Hernandez.

On May 9, 2025, your office moved for an extension of time to produce this list and requested a deadline of May 26, 2025. Dkt. 109 at 2. The Court granted this motion and stated "Defendants' revised class list is now due by 5/26/2025." Dkt. 111, Minute entry.

Will you please provide a time today for a conferral regarding this issue? If you insist this meeting must be recorded over Zoom and AI (with a read out transcript), we will agree to this procedure for a conferral.

Can you be prepared to explain the steps taken to produce an accurate class list? Your clients had no issue producing the requested information in *Walker.* Additionally, your office produced a class list in *Rogers* based on the following formula:

Exhibit 3 Page 2

| Dates: | **(May 8, 2022, through December 18, 2024)** |
| Where: | Division 9 |

**Query 1**

Select * from [dbo].[fn_Legal_Request_Listing_Specific_Alerts_in_a_Division]
(
'Division 9',
'2022-05-08',
'2024-12-18',
'Cane, Crutches, Walker'
)
Order By [Booking ID], [Alert Start]

**Query 2**

Select * from [dbo].[fn_Legal_Request_Listing_Specific_Alerts_in_a_Division]
(
'Division 9',
'2022-05-08',
'2024-12-18',
'(Cane Long Distance Only, Crutches Long Distance Only, Walker Long Distance Only)'
)
Order By [Booking ID], [Alert Start]

| Query | Q! Raw | Q2 Raw | Q1 No Beds | Q2 No Beds | Raw Combined | Summary |

We appreciate your prompt attention to this issue.

Pat Morrissey

---

**From:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Sent:** Wednesday, May 28, 2025 8:59 AM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>
**Cc:** Jorie Johnson <jjohnson@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** RE: Hernandez v Sheriff et al, 23-cv-1690 | Class List Request

Counsel:

Your email fails to identify the class action. Are you referring to the Rogers class action or Hernandez which required the list to be produced yesterday?  If you are referring to Hernandez,  please contact my office immediately to discuss.

Tom

Exhibit 3 Page 3

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Tuesday, May 27, 2025 10:01 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Jorie Johnson <jjohnson@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
**Subject:** Hernandez v Sheriff et al, 23-cv-1690 | Class List Request

Counsel,

Defendant has been working diligently to address the issues discussed with you regarding the class list. We are working to provide updated information within the next few days. We understand the need to provide accurate information and are trying to reduce duplicative information and identify appropriate individuals, based upon movements to numerous areas. There is no benefit to providing inaccurate information.

We will contact you as soon as we know additional information.

Jason


Jason E. DeVore
DeVore Radunsky LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423

jdevore@devoreradunsky.com
www.devoreradunsky.com


This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.