# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

Cuauhtemoc Hernandez, et al.
                        Plaintiff,

v.                                    Case No.: 1:23−cv−16970
                                                Honorable Sunil R. Harjani

Thomas Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: In−person motion hearing held. Counsel reported parties have reached an agreement about the production of the revised class list. By 6/13/2025, Defendants shall provide an updated revised class list through May 28, 2025. At the request of Plaintiff's counsel, the motion for sanctions [117] is withdrawn. By agreement of the parties, Plaintiff's motion to compel [105] is denied as moot. For the reasons discussed and over Defendants#039; objection, Plaintiff's motion for approval of class notice [102] is granted, and as modified on the record. The deadline to opt out is set for 8/25/2025. Cross−motions for summary judgment are due 7/11/2025. The Court will defer entering a briefing schedule at this time. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.