IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | 23-cv-16970 |
| -*vs*- ) | |
| ) | Judge Harjani |
| Thomas Dart, Sheriff of Cook ) | |
| County, and Cook County, Illinois, ) | |
| ) | |
| ) | |
| *Defendants*. ) | |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs Hernandez and Mathis, by counsel, moves for partial summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1 on the following Rule 23(c)(4) issue classes:

> All Cook County Jail detainees who have been assigned a cane, crutch, or walker by a jail medical provide, for a period of more than two weeks, and traversed the Residential Treatment Unit east tunnel ramp from February 13, 2022 to the date of judgment to resolve the Rule 23(c)(4) issue of whether the RTU east ramp complied with the structural standards required by the ADA and Rehabilitation Act at that time; and

> All Cook County Jail detainees who have been assigned a cane, crutch, or walker by a jail medical provider, for a period of more than two weeks, and traversed the Cermak ramp from December 20, 2021 to the date of judgment to resolve the Rule 23(c)(4) issue of whether the Cermak ramp complied with the structural standards required by the ADA and Rehabilitation Act at that time.

In support of this motion, the plaintiffs submit the accompanying: (1) Memorandum in Support of the Partial Summary Judgment Motion, (2) Statement Pursuant to Local Rule 56.1(a)(3), and (3) Exhibits to Plaintiffs' Local Rule 56.1 Statement.

It is therefore respectfully requested that the Court enter partial summary judgment in favor of the Rule 23(b)(3) classes certified pursuant to Rule 23(c)(4).

Respectfully submitted,

/s/ Patrick W. Morrissey

Thomas G. Morrissey
Patrick W. Morrissey
10257 S. Western Ave.
Chicago, IL. 60643
(773) 233-7901

*Attorneys for the plaintiff class*