ILLINOIS DEPARTMENT OF CORRECTIONS
INTERNET INMATE STATUS
AS OF: Wednesday, July 2, 2025



# M37290 - MATHIS, WILLIAM J.

**Parent Institution:** ROBINSON CORRECTIONAL CENTER
**Offender Status:** IN CUSTODY
**Location:** ROBINSON

## PHYSICAL PROFILE

**Date of Birth:** 07/19/1983
**Weight:** 300 lbs.
**Hair:** Black
**Sex:** Male
**Height:** 5 ft. 10 in.
**Race:** Black
**Eyes:** Brown

## MARKS, SCARS, & TATTOOS

TATTOO, CHEST - 2 skulls
TATTOO, NECK - "Will Kill"
TATTOO, ARM, RIGHT - "Katie", Tombstones X2
TATTOO, ARM, RIGHT UPPER - Grim Reaper
TATTOO, HAND, LEFT - Rosary

## ADMISSION / RELEASE / DISCHARGE INFO

**Admission Date:** 08/29/2024
**Projected Parole Date:** 08/14/2026
**Last Paroled Date:**
**Projected Discharge Date:** 08/15/2027

## SENTENCING INFORMATION

| | |
|---|---|
| MITTIMUS: | 23CR0510701 |
| CLASS: | 1 |
| COUNT: | 1 |
| OFFENSE: | AGG DISCHARGE FIREARM/OCC VEH |
| CUSTODY DATE: | 03/21/2023 |
| SENTENCE: | 4 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |

| | |
|---|---|
| MITTIMUS: | 11C66022101 |
| CLASS: | 4 |
| COUNT: | 1 |
| OFFENSE: | POSS AMT CON SUB EXCEPT(A)/(D) |
| CUSTODY DATE: | 05/24/2013 |
| SENTENCE: | 1 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | YES |

Exhibit 3 Page 1

The information made available on this database service is for the general public and law enforcement to promote the interest of public safety. The best effort has been made to ensure that information published is true and complete, however the information can quickly change. Accordingly, before making any assumption that said information is factual and complete, please send written correspondence to the Illinois Department of Corrections- Public Information Office, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277. Please see the Illinois Department of Corrections full disclaimer page for important information.

**conduct another search**
return to the IDOC homepage

Illinois Department of Corrections
1301 Concordia Court, PO Box 19277
Springfield, Illinois, 62794-9277
217-558-2200 | 800-546-0844 TDD

Exhibit 3 Page 2