

**Patrick Morrissey <patrickmorrissey1920@gmail.com>**

## Construction drawings for Cermak ramp

**MIGUEL LARIOS (States Attorney)** <MIGUEL.LARIOS@cookcountyil.gov>   Fri, Aug 30, 2019 at 9:28 AM
To: Thomas Morrissey <tgmorrisseylaw@gmail.com>, "LYLE HENRETTY (States Attorney)" <LYLE.HENRETTY@cookcountyil.gov>, "FRANCIS CATANIA (States Attorney)" <francis.catania@cookcountyil.gov>, Patrick Morrissey <patrickmorrissey1920@gmail.com>

Tom:

I am informed that there are no Cermak ramp "construction/design drawings." Attached is the only Cermak Ramp information Capital Planning.



**Miguel E. Larios**

Assistant State's Attorney, Conflicts Counsel Unit

Cook County State's Attorney's Office

50 W Washington St, Ste 2760, Chicago, IL 60602

P: 312.603.1434    E: Miguel.Larios@cookcountyil.gov

This communication is private and confidential and may be subject to attorney-client and/or work product privileges.  If you have received this message in error, please notify the sender and remove it from your system.

**From:** Thomas Morrissey [mailto:tgmorrisseylaw@gmail.com]
**Sent:** Monday, August 26, 2019 10:26 AM
**To:** MIGUEL LARIOS (States Attorney); LYLE HENRETTY (States Attorney); FRANCIS CATANIA (States Attorney); Patrick Morrissey
**Subject:** Construction drawings for Cermak ramp

Miguel:

[Quoted text hidden]

📄 **CERMAK_RAMP.NOTES.From.MAR.2018.docx**
151K

Exhibit 4 Page 1

Case: 1:20-cv-00261 Document #: 40-4 Filed: 05/20/20 Page 2 of 2 PageID #:239

COPY PASTE OF WALKTHROUGH FROM MARCH 2018; CURRENTLY IN 2019 THIS SCOPE IS AWAITING PROCESSING OF APPENDIX 1 FOR A/E VIA PROCUREMENT /dt 08.26.19

| **E: Cermak Ramp** | |
|---|---|
| Cermak Ramp B019 | Existing ramp is 47' long without a landing. Slope of the ramp is within 1:12 maximum slope requirements, however the run exceeds code requirements.<br>Recommendations:<br>1. Create compliant landing 30' from top of ramp<br>2. Repour the remaining 17' ramp in 2 sections with another landing area at the change in ramp direction.<br>3. Raise door to Medical Records room B020. Extend landing into room and provide 3' wide ramp and 44" wide stair<br>4. Provide handrails at both sides of ramps, continuous at landings where no door exists.<br>5. Provide handrails at both sides of stairs in B020. |



Exhibit 4 Page 2