Office: (312) 603-0355| Mobile: (312) 599-2877
Cook County Government Facebook | Twitter | Instagram
Toni Preckwinkle Facebook | Twitter | Instagram

This message may contain confidential information and is intended only for the individual(s) addressed in the message. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. If you are not the intended recipient, you are notified that disclosing, distributing, or copying this e-mail is strictly prohibited. All content, attachments, or comments are deemed to be in draft or preliminary form unless noted otherwise. This message may contain confidential information that may also be defined as government export controlled technical data and is intended only for the individual(s) or entity/ies named. It may also be attorney-client privileged or otherwise protected as attorney work product. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses.

**From:** Zachary A. Pestine [mailto:pestinez@jbltd.com]
**Sent:** Monday, March 8, 2021 3:13 PM
**To:** Sabrina RiveroCanchola (Sheriff) <Sabrina.RiveroCanchola@cookcountyil.gov>; Timothy Tyrrell (Facilities Management) <Timothy.Tyrrell@cookcountyil.gov>
**Cc:** Sheila Atkins (Capital Planning) <sheila.atkins@cookcountyil.gov>; Duncan Smith (Facilities Management) <Duncan.Smith@cookcountyil.gov>; Michael Carberry (Facilities Management) <Michael.Carberry@cookcountyil.gov>; Tse, Joey @ CHICAGO <Joey.Tse@cbre.com>; Eric Davis (Capital Planning) <Eric.Davis@cookcountyil.gov>
**Subject:** RE: Cermak ramp *Privileged communication*

Thank you TJ.

**From:** Sabrina RiveroCanchola (Sheriff) <Sabrina.RiveroCanchola@cookcountyil.gov>
**Sent:** Monday, March 8, 2021 2:54 PM
**To:** Timothy Tyrrell (Facilities Management) <Timothy.Tyrrell@cookcountyil.gov>
**Cc:** Zachary A. Pestine <pestinez@jbltd.com>; Sheila Atkins (Capital Planning) <sheila.atkins@cookcountyil.gov>; Duncan Smith (Facilities Management) <Duncan.Smith@cookcountyil.gov>; Michael Carberry (Facilities Management) <Michael.Carberry@cookcountyil.gov>; Tse, Joey @ CHICAGO <Joey.Tse@cbre.com>; Eric Davis (Capital Planning) <Eric.Davis@cookcountyil.gov>
**Subject:** Re: Cermak ramp *Privileged communication*

Thank you very much TJ for your assistance

Sent from my iPhone

> On Mar 8, 2021, at 2:53 PM, Timothy Tyrrell (Facilities Management) <Timothy.Tyrrell@cookcountyil.gov> wrote:
>
> Good afternoon-
>
> Please see below for requested measurements:
> - Cermak Ramp Measurements:
>
>   Width=10'

Slope (measured in different locations on ramp)= 1:16
Length (ramp length) = 44'-0 1/2"
Total Rise= Appx 2'- 7"

Also, I checked the ramp from the same tunnel going into the basement of Division 8- this appears to be slightly out of compliance. I can show you or Sabrina this as well. Looks to be like whomever did the concrete work is to blame for this. Might want to add this one in as well if county is having someone make these ADA Compliant. Let me know if you need anything further.

Thank you,

TJ Tyrrell

General Manager

Department of Facilities Management

P: 773.674.7756

M: 312.898.6967

F: 773.674.3935

E: timothy.tyrrell@cookcountyil.gov


<Outlook-1484935843.png>

---

**From:** Zachary A. Pestine <pestinez@jbltd.com>
**Sent:** Monday, March 8, 2021 11:18 AM
**To:** Sabrina RiveroCanchola (Sheriff) <Sabrina.RiveroCanchola@cookcountyil.gov>; Sheila Atkins (Capital Planning) <sheila.atkins@cookcountyil.gov>; Duncan Smith (Facilities Management) <Duncan.Smith@cookcountyil.gov>; Michael Carberry (Facilities Management) <Michael.Carberry@cookcountyil.gov>
**Cc:** Tse, Joey @ CHICAGO <Joey.Tse@cbre.com>; Eric Davis (Capital Planning) <Eric.Davis@cookcountyil.gov>; Timothy Tyrrell (Facilities Management) <Timothy.Tyrrell@cookcountyil.gov>
**Subject:** RE: Cermak ramp *Privileged communication*

7

Exhibit 7 Page 2