IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CORNELIUS WALKER** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 20-cv-00261 |
| -*vs*- ) | |
| **THOMAS DART, SHERIFF OF COOK** ) | Judge Mary M. Rowland |
| **COUNTY, and COOK COUNTY,** ) | Magistrate Hon. Jeffrey Cummings |
| **ILLINOIS,** ) | |
| *Defendants.* ) | |

### DEFENDANT, COOK COUNTY, ILLINOIS' ANSWER TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

NOW COMES the Defendant, COOK COUNTY, ILLINOIS, by and through its attorneys, JOHNSON & BELL, LTD., and for its Answer to Plaintiff's Second Set of Interrogatories, states as follows:

1. Identify, by name and title, the individual or individuals who responded to each interrogatory.

**ANSWER:** **Eric Davis, Deputy Director of Cook County Department of Capital Planning and Policy.**

2. Identify, by month and year, when construction commenced on the Cermak Health Facility located at 2800 S. California, Chicago, Illinois.

**ANSWER:** **Construction commenced in 1996. Drawings were issued for bid to the market in October 1995.**

3. Was Ellen Stoner directed by STV to review the Cermak Ramp to determine whether it complied with the 2010 ADA Standards for Accessible Design?

**ANSWER:** **Altus Works was tasked by the STV/Heery joint venture to review accessibility of various locations, including the lower level ramp in the Cermak Health Services Facility, including but not limited to those requirements from the 2010 ADA Standards that may apply to a building constructed in the late 1990s.**

4. In March 2018, was the length of the Cermak Ramp more than 43 feet?

**ANSWER:** **Unknown to this Defendant. The original drawings of the ramp indicate a design length of 43 feet and 10 inches.**

Exhibit 9 Page 1

5. As of December 5, 2021, is the length of the Cermak Ramp more than 43 feet?

**ANSWER:** **Unknown to this Defendant.**

6. From January 1, 2021 to the present, has Cook County hired an Architect of Record to develop a complete scope documents, including drawings and specifications, for the Cermak Ramp?

**ANSWER:** **The procurement process for professional architecture and engineering services to assess accessibility at Cermak and to design any modifications to the ramp that may be required has not yet been completed. However, Defendant Cook County has developed the draft "Request for Qualifications (RFQ)," which includes such services and intends to issue it to the market in the first quarter of 2022, with the further intent to issue a recommendation for award to the Board of Commissioners in the second quarter of 2022.**

                                                                                                      KIMBERLY M. FOXX
State's Attorney of Cook County

*/s/ Jack E. Bentley*
Special Assistant State's Attorney

Brian P. Gainer (gainerb@jbltd.com)
Monica Burkoth (burkothm@jbltd.com)
Jack E. Bentley (bentleyj@jbltd.com)
Lisa M. McElroy (mcelroyl@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Tel: (312) 372-0770
Fax: (312) 372-9818

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I caused to be served the foregoing document on the attorneys listed below by email on January 14, 2022.

Patrick W. Morrissey (pwm@morrisseylawchicago.com)
Thomas Gerald Morrissey (tgm@morrisseylawchicago.com)
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Suite Rear
Chicago, IL 60643
Tel: (773) 233-7901
*Attorneys for Plaintiff, Cornelius Walker*

                                                  */s/ Jack E. Bentley*
One of the Attorneys for Defendants,
THOMAS DART, SHERIFF OF COOK COUNTY,
and COOK COUNTY, ILLINOIS

Brian P. Gainer (gainerb@jbltd.com)
Monica Burkoth (burkothm@jbltd.com)
Jack E. Bentley (bentleyj@jbltd.com)
Lisa M. McElroy (mcelroyl@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Tel: (312) 372-0770
Fax: (312) 372-9818