IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CORNELIUS WALKER** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 20-cv-00261 |
| *-vs-* | ) | |
| **THOMAS DART, SHERIFF OF COOK** | ) | **Judge Mary M. Rowland** |
| **and COUNTY, COOK COUNTY,** | ) | **Magistrate Hon. Jeffrey Cummings** |
| **ILLINOIS,** | ) | |
| *Defendants.* | ) | |

### DEFENDANT COOK COUNTY'S ANSWER TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

NOW COMES Defendant, COOK COUNTY, by and through their attorneys, JOHNSON & BELL, LTD., and for their answer to Plaintiff's First Set of Interrogatories, states as follows:

1. Identify, by name and title, the individual or individuals who responded to each interrogatory.

**ANSWER: Eric Davis, AIA, Deputy Director of Capital Planning and Policy for Cook County.**

2. On August 30, 2019, Cook County's attorney, ASA Miguel Larios, sent an e-mail that "I am informed that there are no Cermak ramp 'construction/design drawings.' Attached is the only Cermak Ramp information Capital Planning." See Exhibit 4 at 1. Attached to this e-mail ASA Larios produced a document titled "CERMAK RAMP.NOTES.From.MAR.2018.docx." *Id.* at 1-2. This document is reproduced below:

1

Exhibit 10 Page 1



Identify, by name and title, the individuals who attended the walkthrough in March 2018 of the Cermak ramp.

**ANSWER: Ellen Stoner, Principal at Altusworks, Inc., and Scott Utter, Associate Architect at Altusworks, Inc.**

2

3. Identify the year when the Cermak ramp, identified as "Cermak Ramp B019" in the diagram shown above, was constructed.

**ANSWER: In or before 1998.**

4. Identify the slope of the ramp in the lower level of Cermak that is the subject of the Court's Rule 23(b)(2) certification order, Dkt. 62, Memorandum Opinion and Order.

**ANSWER: On information and belief, the slope is approximately 1/18.**

5. Identify the "horizontal projection or run" of the ramp in the lower level of Cermak that is the subject of the Court's Rule 23(b)(2) certification order, Dkt. 62, Memorandum Opinion and Order.

**ANSWER: On information and belief, 43 feet, 11 inches. However, the answer to this question depends on how the ramp is measured.**

6. Identify, by name and title, the individual or individuals who wrote the following information regarding the Cermak ramp:

| E: Cermak Ramp | |
|---|---|
| Cermak Ramp B019 | Existing ramp is 47' long without a landing. Slope of the ramp is within 1:12 maximum slope requirements, however the run exceeds code requirements.<br>Recommendations:<br>1. Create compliant landing 30' from top of ramp<br>2. Repour the remaining 17' ramp in 2 sections with another landing area at the change in ramp direction.<br>3. Raise door to Medical Records room B020. Extend landing into room and provide 3' wide ramp and 44" wide stair<br>4. Provide handrails at both sides of ramps, continuous at landings where no door exists.<br>5. Provide handrails at both sides of stairs in B020. |

**ANSWER: Ellen Stoner, Principal at Altusworks, Inc.**

7. Eric Davis testified on December 19, 2019 that after the board of commissioners denied a "task order" that "we have had to try to procure projects like this through alternative means." *See* Dkt. 40-6 at 10, Davis Dep 12/19/2019 at 36:1-8. Describe the steps taken by Cook County to procure the Cermak ramp project "through alternative means."

**ANSWER: Such means included drafting a request for proposal to procure AE services from a prequalified pool of vendors, as part of an RFP that also addressed other ADA design services needs.**

8. Eric Davis testified on December 19, 2019 that the County Board did not approve a "task order" to procure NE services for the Cermak ramp. Explain why Cook County did not approve this "task order."

**ANSWER: This task order was deferred by a vote of the Commissioners because it was considered an atypical form of procurement.**

9. Is Cook County in possession of a "business case" that led to a scope walk in March 2018 for the Cermak ramp?

**ANSWER: After a search for this document, no such responsive materials were discovered.**

    Respectfully Submitted,

    JOHNSON & BELL, LTD.

    */s/ Zachary Pestine*
    One of the Attorneys on behalf of Defendant

Brian P. Gainer (gainerb@jbltd.com)
Monica Burkoth (burkothm@jbltd.com)

4

Exhibit 10 Page 4

Zachary A. Pestine (pestinez@jbltd.com)
JOHNSON & BELL, LTD.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
Tel: (312) 372-0770
Fax: (312) 372-9818

## **VERIFICATION**

I, Eric Davis, state under penalty of perjury, the foregoing response to Plaintiff Cornelius Walker's First Set of Interrogatories are to the best of my knowledge true and correct.

Date: May 4, 2021

Eric Davis

Exhibit 10 Page 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CORNELIUS WALKER** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | **No. 20-cv-00261** |
| *-vs-* ) | |
| **THOMAS DART, SHERIFF OF COOK** ) | **Judge Mary M. Rowland** |
| **and COUNTY, COOK COUNTY,** ) | **Magistrate Hon. Jeffrey Cummings** |
| **ILLINOIS,** ) | |
| *Defendants.* ) | |

**CERTIFICATE OF SERVICE**

TO: Patrick Morrissey
Thomas Gerald Morrissey
Thomas G. Morrissey, Ltd.
10150 South Western Ave.
Suite Rear
Chicago, IL 60643

The undersigned, a non-attorney, first being duly sworn on oath, deposes and states that she has served:

- **Defendant Cook County's Answer to Plaintiff's First Set of Interrogatories**

By: */s/ Rebecca Milton*

to Plaintiff's counsel Thomas G. Morrissey and Patrick W. Morrissey by email to patrickmorrissey1920@gmail.com and tgmorrisseylaw@gmail.com, before 5:00 p.m. on **May 5, 2021.**

Brian P. Gainer (gainerb@jbltd.com)
Monica Burkoth (burkothm@jbltd.com)
Zachary A. Pestine (pestinez@jbltd.com)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Tel: (312) 372-0770

Exhibit 10 Page 7