# code of federal regulations
*reprint*

## Department of Justice

The 1991 Standards were in effect for new construction and alterations until March 14, 2012. The Department's **2010 ADA Standards for Accessible Design** were published September 15, 2010 and became effective on March 15, 2012.

## 28 CFR Part 36

**Revised as of July 1, 1994**

Nondiscrimination on the Basis of Disability by Public Accommodations and in Commercial Facilities

**Excerpt from 28 CFR Part 36:**

## ADA Standards for Accessible Design



Exhibit 12 Page 1

### 4.8 Ramps



Fig. 11
Measurement of Curb Ramp Slopes

(a) Flared Sides

If X is less than 48 in, then the slope of the flared side shall not exceed 1:12.

(b) Returned Curb

Fig. 12
Sides of Curb Ramps

**4.7.11 Islands.** Any raised islands in crossings shall be cut through level with the street or have curb ramps at both sides and a level area at least 48 in (1220 mm) long between the curb ramps in the part of the island intersected by the crossings (see Fig. 15(a) and (b)).

### 4.8 Ramps.

**4.8.1\* General.** Any part of an accessible route with a slope greater than 1:20 shall be considered a ramp and shall comply with 4.8.

**4.8.2\* Slope and Rise.** The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12. The maximum rise for any run shall be 30 in (760 mm) (see Fig. 16). Curb ramps and ramps to be constructed on existing sites or in existing buildings or facilities may have slopes and rises as *allowed in 4.1.6(3)(a)* if space limitations prohibit the use of a 1:12 slope or less.



Fig. 13
Built-Up Curb Ramp

27

Exhibit 12 Page 2

**4.8 Ramps**



Fig. 15
Curb Ramps at Marked Crossings

28

4.8 Ramps



**Fig. 16
Components of a Single Ramp Run and Sample Ramp Dimensions**

**4.8.3 Clear Width.** The minimum clear width of a ramp shall be 36 in (915 mm).

**4.8.4* Landings.** Ramps shall have level landings at bottom and top of each ramp and each ramp run. Landings shall have the following features:

  (1) The landing shall be at least as wide as the ramp run leading to it.

  (2) The landing length shall be a minimum of 60 in (1525 mm) clear.

  (3) If ramps change direction at landings, the minimum landing size shall be 60 in by 60 in (1525 mm by 1525 mm).

  (4) If a doorway is located at a landing, then the area in front of the doorway shall comply with 4.13.6.

**4.8.5* Handrails.** If a ramp run has a rise greater than 6 in (150 mm) or a horizontal projection greater than 72 in (1830 mm), then it shall have handrails on both sides. Handrails are not required on curb ramps or *adjacent to seating in assembly areas.* Handrails shall comply with 4.26 and shall have the following features:

  (1) Handrails shall be provided along both sides of ramp segments. The inside handrail on switchback or dogleg ramps shall always be continuous.

  (2) If handrails are not continuous, they shall extend at least 12 in (305 mm) beyond the top and bottom of the ramp segment and shall be parallel with the floor or ground surface (see Fig. 17).

  (3) The clear space between the handrail and the wall shall be 1 - 1/2 in (38 mm).

  (4) Gripping surfaces shall be continuous.

  *(5) Top of handrail gripping surfaces shall be mounted between 34 in and 38 in (865 mm and 965 mm) above ramp surfaces.*

  *(6) Ends of handrails shall be either rounded or returned smoothly to floor, wall, or post.*

  *(7) Handrails shall not rotate within their fittings.*

**4.8.6 Cross Slope and Surfaces.** The cross slope of ramp surfaces shall be no greater than 1:50. Ramp surfaces shall comply with 4.5.

29

**4.8.7 Edge Protection.** Ramps and landings with drop-offs shall have curbs, walls, railings, or projecting surfaces that prevent people from slipping off the ramp. Curbs shall be a minimum of 2 in (50 mm) high (see Fig. 17).

**4.8.8 Outdoor Conditions.** Outdoor ramps and their approaches shall be designed so that water will not accumulate on walking surfaces.

**4.9 Stairs.**

**4.9.1\* Minimum Number.** *Stairs required to be accessible by 4.1 shall comply with 4.9.*

**4.9.2 Treads and Risers.** On any given flight of stairs, all steps shall have uniform riser heights and uniform tread widths. Stair treads shall be no less than 11 in (280 mm) wide, measured from riser to riser (see Fig. 18(a)). *Open risers are not permitted.*

**4.9.3 Nosings.** The undersides of nosings shall not be abrupt. The radius of curvature at the leading edge of the tread shall be no greater than 1/2 in (13 mm). Risers shall be sloped or the underside of the nosing shall have an angle not less than 60 degrees from the horizontal. Nosings shall project no more than 1-1/2 in (38 mm) (see Fig. 18).

**4.9.4 Handrails.** Stairways shall have handrails at both sides of all stairs. Handrails shall comply with 4.26 and shall have the following features:

    (1) Handrails shall be continuous along both sides of stairs. The inside handrail on switchback or dogleg stairs shall always be continuous (see Fig. 19(a) and (b)).

    (2) If handrails are not continuous, they shall extend at least 12 in (305 mm) beyond the top riser and at least 12 in (305 mm) plus the width of one tread beyond the bottom riser. At the top, the extension shall be parallel with the floor or ground surface. At the bottom, the handrail shall continue to slope for a distance of the width of one tread from the bottom riser; the remainder of the extension shall be horizontal (see Fig. 19(c) and (d)). Handrail extensions shall comply with 4.4.

    (3) The clear space between handrails and wall shall be 1-1/2 in (38 mm).

    (4) Gripping surfaces shall be uninterrupted by newel posts, other construction elements, or obstructions.

    *(5) Top of handrail gripping surface shall be mounted between 34 in and 38 in (865 mm and 965 mm) above stair nosings.*

    *(6) Ends of handrails shall be either rounded or returned smoothly to floor, wall or post.*

    *(7) Handrails shall not rotate within their fittings.*

**4.9.5 Detectable Warnings at Stairs.** (Reserved).

**4.9.6 Outdoor Conditions.** Outdoor stairs and their approaches shall be designed so that water will not accumulate on walking surfaces.

**4.10 Elevators.**

**4.10.1 General.** *Accessible* elevators shall be on an accessible route and shall comply with 4.10 and with the *ASME A17.1-1990*, Safety Code for Elevators and Escalators. *Freight elevators shall not be considered as meeting the requirements of this section unless the only elevators provided are used as combination passenger and freight elevators for the public and employees.*

**4.10.2 Automatic Operation.** Elevator operation shall be automatic. Each car shall be equipped with a self-leveling feature that will automatically bring the car to floor landings within a tolerance of 1/2 in (13 mm) under rated loading to zero loading conditions. This self-leveling feature shall be automatic and independent of the operating device and shall correct the overtravel or undertravel.

**4.10.3 Hall Call Buttons.** Call buttons in elevator lobbies and halls shall be centered at 42 in (1065 mm) above the floor. Such call buttons shall have visual signals to indicate when each call is registered and when each call is answered. Call buttons shall be a minimum of 3/4 in (19 mm) in the smallest dimension. The button designating the up direction shall be on top. (See Fig. 20.) *Buttons shall be raised or flush. Objects mounted beneath hall call buttons shall not project into the elevator lobby more than 4 in (100 mm).*



Fig. 17
Examples of Edge Protection and Handrail Extensions

Fig. 18
Usable Tread Width and Examples of Acceptable Nosings