

# 2010 ADA Standards for Accessible Design



**Department of Justice**

September 15, 2010

Exhibit 13 Page 1

by reference, see "Referenced Standards" in Chapter 1). Low-energy and power-assisted doors shall comply with ANSI/BHMA A156.19 (1997 or 2002 edition) (incorporated by reference, see "Referenced Standards" in Chapter 1).

**404.3.1 Clear Width.** Doorways shall provide a clear opening of 32 inches (815 mm) minimum in power-on and power-off mode. The minimum clear width for automatic door systems in a doorway shall be based on the clear opening provided by all leaves in the open position.

**404.3.2 Maneuvering Clearance.** Clearances at power-assisted doors and gates shall comply with 404.2.4. Clearances at automatic doors and gates without standby power and serving an *accessible means of egress* shall comply with 404.2.4.
   **EXCEPTION:** Where automatic doors and gates remain open in the power-off condition, compliance with 404.2.4 shall not be required.

**404.3.3 Thresholds.** Thresholds and changes in level at doorways shall comply with 404.2.5.

**404.3.4 Doors in Series and Gates in Series.** Doors in series and gates in series shall comply with 404.2.6.

**404.3.5 Controls.** Manually operated controls shall comply with 309. The clear floor *space* adjacent to the control shall be located beyond the arc of the door swing.

**404.3.6 Break Out Opening.** Where doors and gates without standby power are a part of a means of egress, the clear break out opening at swinging or sliding doors and gates shall be 32 inches (815 mm) minimum when operated in emergency mode.
   **EXCEPTION:** Where manual swinging doors and gates comply with 404.2 and serve the same means of egress compliance with 404.3.6 shall not be required.

**404.3.7 Revolving Doors, Revolving Gates, and Turnstiles.** Revolving doors, revolving gates, and turnstiles shall not be part of an *accessible* route.

## 405 Ramps

**405.1 General.** *Ramps* on *accessible* routes shall comply with 405.
   **EXCEPTION:** In *assembly areas*, aisle *ramps* adjacent to seating and not serving *elements* required to be on an *accessible* route shall not be required to comply with 405.

**405.2 Slope.** *Ramp* runs shall have a *running slope* not steeper than 1:12.
   **EXCEPTION:** In existing *sites*, *buildings*, and *facilities*, *ramps* shall be permitted to have *running slopes* steeper than 1:12 complying with Table 405.2 where such slopes are necessary due to *space* limitations.

Exhibit 13 Page 2

**Table 405.2 Maximum Ramp Slope and Rise for Existing Sites, Buildings, and Facilities**

| Slope[1] | Maximum Rise |
|---|---|
| Steeper than 1:10 but not steeper than 1:8 | 3 inches (75 mm) |
| Steeper than 1:12 but not steeper than 1:10 | 6 inches (150 mm) |

1. A slope steeper than 1:8 is prohibited.

> **Advisory 405.2 Slope.** To accommodate the widest range of users, provide ramps with the least possible running slope and, wherever possible, accompany ramps with stairs for use by those individuals for whom distance presents a greater barrier than steps, e.g., people with heart disease or limited stamina.

**405.3 Cross Slope.** *Cross slope* of *ramp* runs shall not be steeper than 1:48.

> **Advisory 405.3 Cross Slope.** Cross slope is the slope of the surface perpendicular to the direction of travel. Cross slope is measured the same way as slope is measured (i.e., the rise over the run).

**405.4 Floor or Ground Surfaces.** Floor or ground surfaces of *ramp* runs shall comply with 302. Changes in level other than the *running slope* and *cross slope* are not permitted on *ramp* runs.

**405.5 Clear Width.** The clear width of a *ramp* run and, where handrails are provided, the clear width between handrails shall be 36 inches (915 mm) minimum.
    **EXCEPTION:** Within *employee work area*s, the required clear width of *ramps* that are a part of *common use circulation path*s shall be permitted to be decreased by *work area equipment* provided that the decrease is essential to the function of the work being performed.

**405.6 Rise.** The rise for any *ramp* run shall be 30 inches (760 mm) maximum.

**405.7 Landings.** *Ramps* shall have landings at the top and the bottom of each *ramp* run. Landings shall comply with 405.7.

> **Advisory 405.7 Landings.** Ramps that do not have level landings at changes in direction can create a compound slope that will not meet the requirements of this document. Circular or curved ramps continually change direction. Curvilinear ramps with small radii also can create compound cross slopes and cannot, by their nature, meet the requirements for accessible routes. A level landing is needed at the accessible door to permit maneuvering and simultaneously door operation.

Exhibit 13 Page 3



**Figure 405.7
Ramp Landings**

**405.7.1 Slope.**  Landings shall comply with 302.  Changes in level are not permitted.
   **EXCEPTION:**  Slopes not steeper than 1:48 shall be permitted.

**405.7.2 Width.**  The landing clear width shall be at least as wide as the widest *ramp* run leading to the landing.

**405.7.3 Length.**  The landing clear length shall be 60 inches (1525 mm) long minimum.

**405.7.4 Change in Direction.**  *Ramps* that change direction between runs at landings shall have a clear landing 60 inches (1525 mm) minimum by 60 inches (1525 mm) minimum.

**405.7.5 Doorways.**  Where doorways are located adjacent to a *ramp* landing, maneuvering clearances required by 404.2.4 and 404.3.2 shall be permitted to overlap the required landing area.

**405.8 Handrails.**  *Ramp* runs with a rise greater than 6 inches (150 mm) shall have handrails complying with 505.
   **EXCEPTION:** Within *employee work area*s, handrails shall not be required where *ramps* that are part of *common use circulation path*s are designed to permit the installation of handrails complying with 505.  *Ramps* not subject to the exception to 405.5 shall be designed to maintain a 36 inch (915 mm) minimum clear width when handrails are installed.

**405.9 Edge Protection.**  Edge protection complying with 405.9.1 or 405.9.2 shall be provided on each side of *ramp* runs and at each side of *ramp* landings.

Exhibit 13 Page 4

**EXCEPTIONS: 1.** Edge protection shall not be required on *ramps* that are not required to have handrails and have sides complying with 406.3.

**2.** Edge protection shall not be required on the sides of *ramp* landings serving an adjoining *ramp* run or stairway.

**3.** Edge protection shall not be required on the sides of *ramp* landings having a vertical drop-off of ½ inch (13 mm) maximum within 10 inches (255 mm) horizontally of the minimum landing area specified in 405.7.

**405.9.1 Extended Floor or Ground Surface.** The floor or ground surface of the *ramp* run or landing shall extend 12 inches (305 mm) minimum beyond the inside face of a handrail complying with 505.

> **Advisory 405.9.1 Extended Floor or Ground Surface.** The extended surface prevents wheelchair casters and crutch tips from slipping off the ramp surface.



**Figure 405.9.1**
**Extended Floor or Ground Surface Edge Protection**

**405.9.2 Curb or Barrier.** A curb or barrier shall be provided that prevents the passage of a 4 inch (100 mm) diameter sphere, where any portion of the sphere is within 4 inches (100 mm) of the finish floor or ground surface.



**Figure 405.9.2**
**Curb or Barrier Edge Protection**

**405.10 Wet Conditions.** Landings subject to wet conditions shall be designed to prevent the accumulation of water.

Exhibit 13 Page 5

## 406 Curb Ramps

**406.1 General.**  *Curb ramps* on *accessible* routes shall comply with 406, 405.2 through 405.5, and 405.10.

**406.2 Counter Slope.**  Counter slopes of adjoining gutters and road surfaces immediately adjacent to the *curb ramp* shall not be steeper than 1:20.  The adjacent surfaces at transitions at *curb ramps* to *walks*, gutters, and streets shall be at the same level.



**Figure 406.2**
**Counter Slope of Surfaces Adjacent to Curb Ramps**

**406.3 Sides of Curb Ramps.**  Where provided, *curb ramp* flares shall not be steeper than 1:10.



**Figure 406.3**
**Sides of Curb Ramps**

**406.4 Landings.**  Landings shall be provided at the tops of *curb ramp*s. The landing clear length shall be 36 inches (915 mm) minimum.  The landing clear width shall be at least as wide as the *curb ramp*, excluding flared sides, leading to the landing.

> **EXCEPTION:**  In *alterations*, where there is no landing at the top of *curb ramps*, *curb ramp* flares shall be provided and shall not be steeper than 1:12.



**Figure 406.4**
**Landings at the Top of Curb Ramps**

**406.5 Location.** *Curb ramps* and the flared sides of *curb ramps* shall be located so that they do not project into vehicular traffic lanes, parking *spaces*, or parking access aisles. *Curb ramps* at *marked crossings* shall be wholly contained within the markings, excluding any flared sides.

**406.6 Diagonal Curb Ramps.** Diagonal or corner type *curb ramps* with returned curbs or other well-defined edges shall have the edges parallel to the direction of pedestrian flow. The bottom of diagonal *curb ramps* shall have a clear *space* 48 inches (1220 mm) minimum outside active traffic lanes of the roadway. Diagonal *curb ramps* provided at *marked crossings* shall provide the 48 inches (1220 mm) minimum clear *space* within the markings. Diagonal *curb ramps* with flared sides shall have a segment of curb 24 inches (610 mm) long minimum located on each side of the *curb ramp* and within the *marked crossing*.



**Figure 406.6**
**Diagonal or Corner Type Curb Ramps**

Exhibit 13 Page 7

**406.7 Islands.**  Raised islands in crossings shall be cut through level with the street or have *curb ramps* at both sides.  Each *curb ramp* shall have a level area 48 inches (1220 mm) long minimum by 36 inches (915 mm) wide minimum at the top of the *curb ramp* in the part of the island intersected by the crossings. Each 48 inch (1220 mm) minimum by 36 inch (915 mm) minimum area shall be oriented so that the 48 inch (1220 mm) minimum length is in the direction of the *running slope* of the *curb ramp* it serves.  The 48 inch (1220 mm) minimum by 36 inch (915 mm) minimum areas and the *accessible* route shall be permitted to overlap.



(a)
cut through at island

(b)
curb ramp at island

**Figure 406.7
Islands in Crossings**

## 407 Elevators

**407.1 General.**  Elevators shall comply with 407 and with ASME A17.1 (incorporated by reference, see "Referenced Standards" in Chapter 1).  They shall be passenger elevators as classified by ASME A17.1. Elevator operation shall be automatic.

> **Advisory 407.1 General.**  The ADA and other Federal civil rights laws require that accessible features be maintained in working order so that they are accessible to and usable by those people they are intended to benefit.  Building owners should note that the ASME Safety Code for Elevators and Escalators requires routine maintenance and inspections.  Isolated or temporary interruptions in service due to maintenance or repairs may be unavoidable; however, failure to take prompt action to effect repairs could constitute a violation of Federal laws and these requirements.

**407.2 Elevator Landing Requirements.**  Elevator landings shall comply with 407.2.

Exhibit 13 Page 8