IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez, et al., ) | |
| ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| -vs- ) | No. 22-cv-16970 |
| ) | |
| Thomas Dart, Sheriff of Cook ) | Judge Harjani |
| County, et. al., ) | |
| ) | Magistrate Judge Holleb Hotaling |
| *Defendants.* ) | |

## PLAINTIFF'S RULE 30(b)(6) NOTICE

Defendants Sheriff of Cook County and Cook County are hereby notified and requested pursuant to Rule 30(b)(6) of the Federal Rule of Civil Procedure to identify and designate an individual or individuals to be deposed in regard to the following matters on or before, October 14, 2024, at the office of Thomas G. Morrissey, Ltd. that will be recorded by stenography means:

1. On September 16, 2024, defendants responded to requests to admit. Cook County admitted that "the Cook County Board of Commissioners must approve the expenditure of funds to renovate the Cermak ramp," Cook County Response to Admissions ¶ 21, but denied the request that the "Book County Board of Commissioners, as of August 15, 2024, have not approved any construction contract to renovate the Cermak ramp." *Id.* at ¶ 22. Produce a designee (or designees to discuss renovation of the Cermak ramp, including:
    a. The recommendations/findings contained in the transfer package prepared by Globetrotters Engineering Corporation (GEC);

Exhibit 16 Page 1

   b. The specific steps taken to date by HDR Architects in the planning, design and development phase for the renovation of the Cermak ramp;
   c. The total project costs for the renovation of the Cermak ramp;
   d. To date, describe the steps taken by defendants for including the renovation of the Cermak ramp in the 2025 Capital Improvement Plan for Cook County;
   e. The process used to select contractors for the renovation of the Cermak ramp, including any requests for proposals (RFPs), bidding processes, approval of contract(s) by the Cook County Board and the Office of Procurement and Capital Planning;
   f. The timeline for the renovation of the Cermak ramp, including the start and completion dates.

2. On September 16, 2024, Cook County admitted that "as of August 15, 2024, the Cook County Board of Commissioners has not yet approved any funds to reconstruct the RTU east tunnel ramp to comply with the ADA." Cook County Response to Request to Admit served 9/16/2024, ¶ 39. Produce a designee (or designees) to testify regarding efforts to renovate the RTU east tunnel ramp, including:
   a. Action taken (and will be taken) to reconstruct the RTU east tunnel ramp to comply with the ADA;
   b. Action taken (and will be taken) to secure funding to reconstruct the RTU east tunnel ramp to comply with the ADA;
   c. A date (or anticipated date) when the RTU east tunnel ramp will be renovated to comply with the ADA;
   d. Action, if any, to take remedial steps to renovate parts of the RTU east tunnel ramp until the entire ramp is renovated to comply with the ADA structural standards;

3. From January 1, 2024, to the present, all accommodations offered (and provided) to individuals in custody using a walker, cane, or crutches, to traverse either the Cermak ramp and/or the RTU east tunnel ramp.

Exhibit 16 Page 2

4. The steps taken to notify the individuals in custody using canes, crutches, or walkers about the Cermak and RTU east tunnel ramps being non-compliant with the ADA and the interim measures in place to ensure access and safety.

5. The training to staff for providing accommodation to individuals in custody using canes, crutches or walkers when navigating the Cermak and RTU east tunnel ramps.

6. Documentation when an individual using a cane, crutches or walker is provided an accommodation to use either the Cermak or RTU east tunnel ramps or when the offered accommodation is refused;

        /s/ Patrick W. Morrissey
           Thomas G. Morrissey, Ltd.
           10257 S. Western Ave.,
           Chicago, IL 60643
           (773)233-7901

Exhibit 16 Page 3

## CERTIFICATE OF SERVICE

I, Patrick W. Morrissey, state that I served the foregoing on the undersigned attorneys for defendants by Email on September 23, 2024, to the attorneys listed below:

Jason E. DeVore
Troy S. Radunsky
Zachary G Stillman
DeVore Radunsky, LLC
230 W. Monroe Suite 230
Chicago, IL 60606
*Attorneys for defendants*

_____

Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773)-233-7901

Exhibit 16 Page 4