## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: HERNANDEZ, CUATEMAC | | |
| Patient Type: Visit CHS | Admission Date: 2/2/2022 | MRN: 006423461c; 00118873z |
| Birth Date: 7 | Discharge Date: 5/11/2023 | |
| Gender: Male | FIN: 20220202047 | CMRN: 1015119250 |

### Intake Screening CHS

*Dental comments:* Patient has visible black areas on back lower left molar. He reports "discomfort" when eating or with extreme temperatures.

RAYMER RN, JOSH D - 05/09/2023 21:56 CDT

*Electronically Authored On: 09-May-23 21:56*
*Electronically Signed By: RAYMER RN, JOSH D*
*Cermak - Maxim Agency RN*

*Signed On: 09-May-23 22:16*
*Associated Provider: RAYMER RN, JOSH D*
*Cermak - Maxim Agency RN*

### Intake 2nd Med

| | |
|---|---|
| Document Type: | Intake 2nd Med |
| Service Date/Time: | 2/2/2022 19:55 CST |
| Result Status: | Auth (Verified) |
| Perform Information: | MARTINEZ PA-C, SALVADOR (2/2/2022 20:03 CST) |
| Sign Information: | MARTINEZ PA-C, SALVADOR (2/2/2022 20:03 CST) |

**INTK.- CHS Primary Care Note**

Patient: **HERNANDEZ, CUATEMAC**    MRN: **00118873z**    FIN: **20220202047**
Age: **4 years**    Sex: **Male**    DOB: **7**
Associated Diagnoses: **None**
Author: **MARTINEZ PA-C, SALVADOR**

**Basic Information**

**General Communication**
Visit Type: Intake second medical.
Language: Patient understands English.
Documentation Reviewed: Prior Cermak records.

**Subjective**
Problem list
All Problems
Hypothyroidism / SNOMED CT 68268011 / Confirmed Obesity
C-LBP.  Chief complaint

| Report Request ID: 262217109 | Page 171 of 619 | Facility: CHS |
|---|---|---|
| | | Location: RCDC |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

Hernandez v. Dart, 23-cv-16970    DR 001117    Exhibit 20 Page 1

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | | |
|---|---|---|---|
| Patient Name: | HERNANDEZ, CUATEMAC | | |
| Patient Type: | Visit CHS | Admission Date: 2/2/2022 | MRN: 006423461c; 00118873z |
| Birth Date: | 7    5 | Discharge Date: 5/11/2023 | |
| Gender: | Male | FIN: 20220202047 | CMRN: 1015119250 |

---

**Intake 2nd Med**

---

**C.C: Pt Denies any acute C/O's-**
  **Req. pain Rx and thyroid Rx.**

**Histories**
  **Allergies**:
    Allergic Reactions (All)
        No Known Allergies
  **Current Medications**: (Selected)

  **Family History**:
      No family history items have been selected or recorded.
  **Psychosocial History**

    **Social & Psychosocial Habits**

    **Alcohol**
    02/02/2022  **Use:** Current

    **Substance Abuse**
    02/02/2022  **Use:** Never

    **Tobacco**
    02/02/2022  **Use:** 10 or more cigarettes in
      **Type:** Cigarettes
    .

**Objective**
  **VS/Measurements**
  Vital Signs

| 2/2/2022 19:28 CST | Temp Oral DegC | 36.8 DegC |
|---|---|---|
| | Heart Rate | 88 |
| | Respiratory Rate | 18 breaths/min |
| | Systolic Blood Pressure | 128 mmHg |
| | Diastolic Blood Pressure | 82 mmHg |
| | Oxygen Saturation | 97 % |

  , Measurements from flowsheet : Measurements

| 2/2/2022 19:37 CST | ASCVD Risk Score | Could Not Calculate |
|---|---|---|
| 2/2/2022 19:28 CST | Estimated height in cm | 175.26 cm |
| | Estimated weight in kg | 135.5 KG |

---

Report Request ID:  262217109          Page 172 of 619          Facility:  CHS
                                                                Location:  RCDC

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HERNANDEZ, CUATEMAC
Patient Type: Visit CHS  Admission Date: 2/2/2022  MRN: 006423461c; 00118873z
Birth Date:  Discharge Date: 5/11/2023
Gender: Male  FIN: 20220202047  CMRN: 1015119250

### Intake 2nd Med

**General**:
  Development: Normally developed.
  Nutritional status: Well nourished, Obese.
  Appearance: In no apparent distress.
**Eye**: Pupils are equal, round and reactive to light, Extraocular movements are intact, Normal conjunctiva, Normal sclera.
**HENT**: Oral mucosa is moist.
**Neck**: Supple.
**Respiratory**: Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, No wheezes.
**Cardiovascular**: Normal rate, Regular rhythm, No murmur, No gallop, No edema.
**Integumentary**: Warm, No pallor, No rash.
**Mental Status Exam**: Alert and oriented X 3.

**Review / Management**
  **Results Review**: No interval results.
  **Laboratory Results**
  N/A
  **Imaging Results**
  N/A

**Impression and Plan**
  **Impression and Plan**:
    Diagnosis: **1. H/O : M.Obese with chronic LBP and shoulder OA**
  **P: pt ed given- CPM/PRN with pain Rx- cane**

  **2. H/O Hypothyroidism**
  **P: pt e d given- CPM**.
    Degree of Control: N/A.
    Clinical Status: N/A.
  **Plan**
    PowerOrders
    Laboratory:
      T3 Free (Order): 2/2/2022 20:02 CST, Blood, Routine, Schedule Indicator
      TSH/T4 (Order): 2/2/2022 20:02 CST, Blood, Routine, Schedule Indicator
      Liver Profile (Order): 2/2/2022 20:02 CST, Blood, Routine, Schedule Indicator
      BMP (Order): 2/2/2022 20:02 CST, Blood, Routine, Schedule Indicator
      Urinalysis (Order): 2/2/2022 20:02 CST, Urine, Routine, Schedule Indicator
      Lipid Profile (Non Fasting) (Order): 2/2/2022 20:02 CST, Blood, Routine, Schedule Indicator
      Hemoglobin A1C (Order): 2/2/2022 20:02 CST, Blood, Routine, Schedule Indicator
    Patient Care:
      Chronic Disease Alert (Order): 2/2/2022 20:02 CST, Hypertension
      Alert CCDOC (Order): 2/2/2022 19:59 CST, Lower Bunk, Routine
      Alert CCDOC (Order): 2/2/2022 19:59 CST, Cane, Routine
    Pharmacy:

Report Request ID: 262217109  Page 173 of 619  Facility: CHS
  Location: RCDC

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

Hernandez v. Dart, 23-cv-16970  DR 001119  Exhibit 20 Page 3

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | | | |
|---|---|---|---|---|
| Patient Name: | HERNANDEZ, CUATEMAC | | | |
| Patient Type: | Visit CHS | Admission Date: 2/2/2022 | | MRN: 006423461c; 00118873z |
| Birth Date: | | Discharge Date: 5/11/2023 | | |
| Gender: | Male | FIN: 20220202047 | | CMRN: 1015119250 |

## Intake 2nd Med

    hydroCHLOROthiazide (Order): 25 MG, PO, Tab, Daily, Routine, 2/3/2022 09:00 CST, 26 WEEK, 8/3/2022 09:00 CDT

    naproxen (Order): 500 MG, PO, Tab, Q 12 Hr, PRN, For Cermak Pain – ONLY CERMAK Pts, Routine, 2/2/2022 20:01 CST, 16 WEEK, 5/25/2022 20:00 CDT

    methocarbamol (Order): 750 MG, PO, Tab, Q 12 Hr, Routine, 2/2/2022 21:00 CST, 2 WEEK, 2/16/2022 09:00 CST

    levothyroxine (Order): 200 MCG, PO, Tab, 4AM, Instruction to Nursing: BEFORE meal, Routine, 2/3/2022 04:00 CST, 12 WEEK, 4/27/2022 04:00 CDT

Referrals:

    Referral to Primary Care (Order): Routine (CHS5) 4 to 6 Weeks, 3/2/2022 00:00 CST, 3/16/2022 00:00 CDT, Once, 3/2/2022 00:00 CST.

Med Reconciliation: (Selected)

.

.

**Medications**: Medications have been reconciled.

**Education and Follow up**: Patient has been given the opportunity to ask questions, Patient advised on how to access care upon release, Patient counseled on how to access care at CCDOC, Patient verbally acknowledges understanding of plan.

    Medications: **N/A**.

*Electronically Authored On: 02-Feb-22 20:03*
*Electronically Signed By: MARTINEZ PA-C, SALVADOR*
*CHS - Med/Surg - Physician Assistant*
*Pager/Bus: 773-333-2121*

## Health Service Request

Report Request ID: 262217109      Page 174 of 619      Facility: CHS
Location: RCDC

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

Hernandez v. Dart, 23-cv-16970      DR 001120      Exhibit 20 Page 4