HERNANDEZ, CUATEMAC 006423461c; 00118873z
20220202047

*Auth (Verified)*

FEB 5 '22 AM 6:50

**NON-EMERGENCY**
**HEALTH PHONE CALL REQUEST**
CERMAK HEALTH SERVICES OF COOK COUNTY

TIME STAMP WHEN
FORM ARRIVES IN
DISPENSARY

TODAY'S DATE: Feb 04-2022  LAST NAME: Hernandez  FIRST NAME: Cuahutemoc

CCDOC #: 0118873  DIVISION/TIER: 5-2-C  DATE OF BIRTH: __

**I WOULD LIKE TO TALK TO SOMEONE FROM THE HEALTHCARE TEAM ABOUT:**
My Health Issues I Cant walk to far meaning Need A wheel chair when moved around for court etc. Soap. I need soap thats not state soap state soap breaks me out. Need a knee brace or bondage Need glasses

**DENTAL**
ONLY URGENT & EMERGENT NEEDS AS DIAGNOSED BY THE DENTIST WILL BE TREATED AT THIS TIME.
BASIC CLEANINGS AND ROUTINE FILLINGS ARE NOT PROVIDED DURING THE COVID-19 PANDEMIC.

☐ My tooth is loose
☐ My face is swollen
☐ I can't open my mouth

**WOULD LIKE TO TALK TO SOMEONE ON THE MENTAL HEALTH TEAM ABOUT:**

**MEDICATIONS**
☐ I want a refill of my prescribed medication(s)
☑ I am NOT getting my prescribed medication(s)
Name of Medication(s): Also Not getting all prescribed meds I had in the free world.

HERNANDEZ, CUATEMAC 006423461c; 00118873z
20220202047

*Auth (Verified)*



**NON-EMERGENCY HEALTH PHONE CALL REQUEST**
**CERMAK HEALTH SERVICES OF COOK COUNTY**

FEB 24 AM 7:16

TODAY'S DATE: Feb-23-22  LAST NAME: Hernandez  FIRST NAME: Cuatemac

CCDOC #: 20220202047  DIVISION/TIER: 10-1-C  DATE OF BIRTH: 0118873

| I WOULD LIKE TO TALK TO SOMEONE FROM THE **HEALTHCARE** TEAM ABOUT: | **DENTAL** |
|---|---|
| I need to see the Doctor to get a order. That I be transported in a wheel chair, when I go to court etc. I cant walk distances. so please call me immediately. Staff told me to direct this to medical. That doctor has to order this. | ONLY URGENT & EMERGENT NEEDS AS DIAGNOSED BY THE DENTIST WILL BE TREATED AT THIS TIME. BASIC CLEANINGS AND ROUTINE FILLINGS ARE NOT PROVIDED DURING THE COVID-19 PANDEMIC.<br><br>☐ My tooth is loose<br>☐ My face is swollen<br>☐ I can't open my mouth |

I WOULD LIKE TO TALK TO SOMEONE ON THE **MENTAL HEALTH** TEAM ABOUT:

**MEDICATIONS**
☐ I want a refill of my prescribed medication(s)   ☐ I am NOT getting my prescribed medication(s)
Name of Medication(s):