## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | | | |
|---|---|---|---|---|
| Patient Name: | HERNANDEZ, CUATEMAC | | | |
| Patient Type: | Visit CHS | Admission Date: | 2/2/2022 | MRN: 006423461c; 00118873z |
| Birth Date: | | Discharge Date: | 5/11/2023 | |
| Gender: | Male | FIN: 20220202047 | | CMRN: 1015119250 |

### Health Service Request

| | |
|---|---|
| Document Type: | Health Service Request |
| Service Date/Time: | 8/18/2022 10:10 CDT |
| Result Status: | Modified |
| Perform Information: | UPCHURCH, BETTY (8/18/2022 10:10 CDT) |
| Sign Information: | MCCRAY RN, JEELAN M (8/18/2022 13:59 CDT); UPCHURCH, BETTY (8/18/2022 10:10 CDT) |

**Phone Call Request Entered On: 08/18/2022 10:14 CDT**
**Performed On: 08/18/2022 10:10 CDT by UPCHURCH, BETTY**

**Paper Form**
*Patient Date Listed on HSRF :* 8/17/2022 CDT
*Patient location template :* Patient Location: 09-0933A-3127-1
*Dispensary Arrival Date/Time :* 8/18/2022 09:12 CDT
*Request to Talk to Healthcare Provider :* I WOULD LIKE TO TALK TO SOMEONE FROM THE HEALTHCARE TEAM ABOUT:

UPCHURCH, BETTY - 08/18/2022 10:10 CDT

*Request to Talk to Healthcare Provider Details :* I have a cane when i got here today. C/O said i could not have it on the deck. I need my cane at all times specially when i get up in the morning Medical staff is aware of this. because i fell in my cell in div-10 I also need to be placed on a wing with a shower chair medical wing or old mans deck.

MCCRAY RN, JEELAN M - 08/18/2022 13:59 CDT

{ [~~I have a core when i got here today. C/O said i could not have it on the deck. I need my cane at all times specially when i get up in the morning Medical staff is aware of this. because i fell in my cell in div-10 I also need to be placed on a wing with a show do chair medical wing or bid mans deck.~~] - previously charted by UPCHURCH, BETTY at 08/18/2022 10:10 CDT};

*Request to Talk to Mental Health Provider :* Not Applicable
*Dental or Not Applicable :* Not Applicable

UPCHURCH, BETTY - 08/18/2022 10:10 CDT

**Nursing**
*A phone interview was completed :* A phone interview was NOT completed.
*A phone interview was not completed because :* A Nursing Face to Face was completed
*Nursing Progress Note :* Pt seen today. He ambulated out with a noticeable staggered limp and drag of his left leg. Pt is overweight and strongly declares that he cannot get up from a standing position without a cane. Pt does have an order for a cane at all times. Div 9 will not allow pt to have his cane on the deck. Communication sent to the provider for appropriate housing. F/U prn.

MCCRAY RN, JEELAN M - 08/18/2022 13:59 CDT

| | | |
|---|---|---|
| Report Request ID: 262217109 | Page 232 of 619 | Facility: CHS |
| | | Location: RCDC |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

Hernandez v. Dart, 23-cv-16970          DR 001178          Exhibit 23 Page 1

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | | |
|---|---|---|---|
| Patient Name: | HERNANDEZ, CUATEMAC | | |
| Patient Type: | Visit CHS | Admission Date: 2/2/2022 | MRN: 006423461c; 00118873z |
| Birth Date: | | Discharge Date: 5/11/2023 | |
| Gender: | Male | FIN: 20220202047 | CMRN: 1015119250 |

## Health Service Request

*Electronically Authored On: 18-Aug-22 10:10*
*Electronically Signed By: UPCHURCH, BETTY*
 *CHS - Nursing - Clerk*

*Signed On: 18-Aug-22 13:59*
*Associated Provider: MCCRAY RN, JEELAN M*
 *CHS - Nursing - RN*

---

Report Request ID: 262217109        Page 233 of 619        Facility: CHS
                                                           Location: RCDC

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.