# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: MATHIS, WILLIAM | | |
| Patient Type: Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: | Discharge Date: | |
| Gender: Male | FIN: 20230407079 | CMRN: 1006656493 |

**Outpt Medical CHS**

| | | |
|---|---|---|
| | Z Score (Male) | 0.6 |
| | **25-Hydroxy Vitamin D** | **15 ng/mL  LOW** |

.

**Impression and Plan**
  **Impression and Plan**:
    Diagnosis: Knee pain : ICD10-CM M25.569, Discharge DX, Medical, L Knee DJD .
    Degree of Control: Fair.
    Clinical Status: Unchanged.
  **Plan**
    Continue present management.  Counseling Report any increased or worsening symptoms as soon as possible. Advised how to access medical care if needed.
  .
  **Impression and Plan**:
    Diagnosis: Acromegaly : ICD10-CM E22.0, Discharge DX, Medical.
    Degree of Control: Fair.
    Clinical Status: Unchanged.
  **Plan**
    ENDOCRINE eConsult submitted .
      PowerOrders
      Referrals:
        Referral to Primary Care (Order): Routine (CHS5) 4 to 6 Weeks, 8/14/2023 00:00 CDT, 8/28/2023 00:00 CDT, Once, 8/14/2023 00:00 CDT.
    Continue present management.  Counseling Report any increased or worsening symptoms as soon as possible. Advised how to access medical care if needed.
  .
  **Medications**:   .

*Electronically Authored On:  17-Jul-23 11:27*
*Electronically Signed By: TRAMMELL PA-C, GLEN*
 *CHS - Med/Surg - Physician Assistant*
 *PAGER BUS: 312 333 4597*

| | |
|---|---|
| Document Type: | Outpt Medical CHS |
| Service Date/Time: | 10/16/2023 09:36 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | WILKINS PA-C,BRITTANY E (10/16/2023 09:55 CDT) |
| Sign Information: | WILKINS PA-C,BRITTANY E (10/16/2023 13:23 CDT) |

| | | |
|---|---|---|
| Report Request ID:  259182620 | Page 173 of 778 | Facility:  CHS |
| | | Location:  02D21M; M; 22 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

8A58440DEFA444E18EFE, MATHIS, 184
Mathis 24-cv-1127
DR 001596
Exhibit 24 Page 1

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: MATHIS, WILLIAM | | |
| Patient Type: Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: 7 | Discharge Date: | |
| Gender: Male | FIN: 20230407079 | CMRN: 1006656493 |

### Outpt Medical CHS

**Div 5 PCC**

Patient: **MATHIS, WILLIAM**   MRN: **00414580z**   FIN: **20230407079**
Age:    Sex: **Male**   DOB: **7**
Associated Diagnoses: **None**
Author: **WILKINS PA-C, BRITTANY E**

### Basic Information

**Patient Location:** 05-051H-17-1
**General Communication**
  Visit Type.
  Language: Patient understands English.
  History limitation: none.
  Documentation Reviewed: Prior Cermak records, Prior other CCHHS records.

### Subjective

### History of Present Illness

The patient presents with the above pmhx. Pt identified by last name and DOB. Pt is here for routine/clinic f/u.

As the COVID-19 pandemic continues, medical provider wore surgical mask and both writer and patient were appropriately distanced in exam room.

h/o acromegaly, followed by endorcrinology. Undergoing monthly injections. Last seen in Endo 8/9/23, note reviewed, recs appreciated. Pt denies interval changes. Has MRI scheduled for 10/30/23. Pt denies worsening HAs, vision changes, hand/foot growth, polyuria/dipsia, or N/V/abd pain. Pt does endorse intermittent HAs, improves with ibuprofen/rest. No photophobia/phonophobia/vision changes/or N/V w/ headaches. Fair PO hydration.

c/o chronic L knee pain, x-ray w/ moderate-severe tricompartmental OA. Pt denies paresthesias. No associated falls but admits to weakness. Very active while younger. Requesting cane for long distances.

h/o prediabetes. Denies polys. Admits to exercising and no longer eating "state trays."

Declines vaccine for HBV.

### Histories
  **Past Medical History**
    Pt denies significant past medical histroy other than what is noted above including cardiac, pulmonary, GI, renal and hepatic. .
  **Allergies**:
    Allergic Reactions (All)

Report Request ID: 259182620    Page 174 of 778    Facility: CHS
                                                                                    Location: 02D21M; M; 22

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

8A58440DEFA444E18EFE, MATHIS, 185
Mathis 24-cv-1127
DR 001597
Exhibit 24 Page 2

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: MATHIS, WILLIAM | | |
| Patient Type: Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: 7 | Discharge Date: | |
| Gender: Male | FIN: 20230407079 | CMRN: 1006656493 |

### Outpt Medical CHS

No Known Allergies

**Current Medications**:
**Active Orders - Medication Compliance (previous 30 days)**

| | | | |
|---|---|---|---|
| 06/28/2023 14:45 | psyllium | Q 12 Hr | 58%  7 of 12 |
| 06/28/2023 14:43 | docusate | Daily | 71%  5 of 7 |
| 09/07/2023 11:06 | levothyroxine | 4AM | 85%  6 of 7 |
| 09/07/2023 11:06 | cholecalciferol | Daily | 80%  8 of 10 |
| 09/26/2023 10:34 | ergocalciferol | Q Wednesday | 66%  2 of 3 |
| 09/26/2023 10:30 | levothyroxine | 4AM | 55%  11 of 20 |

**Review of Systems**
See HPI

**Objective**
**VS/Measurements**
Vital Signs

| 10/16/2023 09:39 CDT | Type of Temperature Taken | Forehead |
|---|---|---|
| | Temp Forehead DegC | 36.8 DegC |
| | Heart Rate | 73 bpm |
| | Respiratory Rate | 18 breaths/min |
| | Patient Position-BP | Sitting |
| | Systolic Blood Pressure | 120 mmHg |
| | Diastolic Blood Pressure | 74 mmHg |
| | Blood Pressure Method | Automatic |
| | Oxygen Saturation | 100 % |
| | NIBP Site | Arm, Left |

, Measurements from flowsheet : Measurements(Date Range (Admission - Current): 4/7/2023 09:27 CDT - 10/16/2023 13:07 CDT)

| 10/16/2023 09:41 CDT | Height | 172.7 cm |
|---|---|---|
| | **Weight** | **134.1 KG  >HHI** |
| | Medication Dosing Weight | 134.10 KG |
| | BSA (Patient Care) | 2.5364 m2 |
| | BMI | 45 kg/m2 |
| 8/7/2023 13:50 CDT | BMI | 44 kg/m2 |
| 4/7/2023 20:49 CDT | Body Mass Index Estimated | 40 kg/m2 |

**General**:
Development: Normally developed.
Nutritional status: Well nourished.
Appearance: In no apparent distress, non-toxic appearing, non-diaphoretic, mask in place.

| | | |
|---|---|---|
| Report Request ID: 259182620 | Page 175 of 778 | Facility: CHS |
| | | Location: 02D21M; M; 22 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: MATHIS, WILLIAM
| | | |
|---|---|---|
| Patient Type: Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: 7 | Discharge Date: | |
| Gender: Male | FIN: 20230407079 | CMRN: 1006656493 |

### Outpt Medical CHS

**Eye**: Pupils are equal, round and reactive to light, Extraocular movements are intact, Anicteric.
**HENT**: Prominant chin and jawline.
**Respiratory**: Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, No wheezes, No crackles, Good air exchange. Pt speaking in full sentences. No tripoding. No accessory muscle use. No coughing during encounter..
**Cardiovascular**: Normal rate, Regular rhythm, No edema.
**Musculoskeletal**: Grossly enlarged hands bilaterally but symmetric, Antalgic, slow gait
L knee with mild suprapatellar edema vs effusion. No jointline tenderness. Crepitus with ROM. LLE strength 4/5 compared to RLE. Pain reported with knee extension. Distal pulse 2+. Good skin perfusion. .
**Integumentary**: well healed surgical incision across frontal lobe
Scalp w/ xerosis, no plaques
Mild xerosis and hyperpigmentation of nasolabial folds. .
**Mental Status Exam**: Alert and oriented X 3.

**Review / Management**
  **Results Review**: Lab results
    10/4/2023 10:32 CDT

| | |
|---|---|
| Na | 139 mEq/L |
| K | 4.9 mEq/L |
| Cl | 101 mEq/L |
| CO2 | 28 mEq/L |
| Anion Gap | 10 |
| Glucose serum | 91 mg/dL |
| BUN | 14 mg/dL |
| Creat | 1.0 mg/dL |
| Ca | 9.6 mg/dL |
| eGFR (CKD EPI 2021) | 98 |
| Protein Total | 8.3 g/dL |
| Albumin | 4.8 g/dL |
| Bilirubin Total | 0.5 mg/dL |
| Alk Phos | 57 U/L |
| AST | 15 U/L |
| ALT | 11 U/L |
| Cholesterol | 207 mg/dL |
| HDL Cholesterol | 48 mg/dL |
| **Non HDL Cholesterol** | **159 mg/dL  HI** |
| **LDL Cholesterol** | **150 mg/dL  HI** |
| **Cholesterol/HDL Ratio** | **4.3  HI** |
| TG (Non Fasting) | 104 mg/dL |
| HGB A1C (Glycohemoglobin) | 5.50 % |
| **WBC** | **3.7 k/uL  LOW** |
| RBC | 4.80 mil/uL |
| NRBC % Automated | 0 % |
| NRBC # Automated | 0 |

Report Request ID: 259182620        Page 176 of 778        Facility: CHS
                                                           Location: 02D21M; M; 22

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | | |
|---|---|---|---|
| Patient Name: | MATHIS, WILLIAM | | |
| Patient Type: | Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: | 7 | Discharge Date: | |
| Gender: | Male | FIN: 20230407079 | CMRN: 1006656493 |

## Outpt Medical CHS

| | | |
|---|---|---|
| | HGB | 14.0 g/dL |
| | HCT | 43.1 % |
| | MCV | 89.7 fL |
| | MCH | 29.2 pg |
| | **MCHC** | **32.6 g/dL  LOW** |
| | RDW | 14.2 % |
| | PLT | 265 k/uL |
| | **Neutrophil %** | **33.7 %  LOW** |
| | **Lymphocytes %** | **52.3 %  HI** |
| | Monocytes % | 8.8 % |
| | Eosinophil % | 4.5 % |
| | Basophil % | 0.7 % |
| | **Neutrophil #** | **1.3 k/uL  LOW** |
| | Lymphocytes # | 2.0 k/uL |
| | Monocytes # | 0.3 k/uL |
| | Eosinophil # | 0.2 k/uL |
| | Basophil # | 0.0 k/uL |
| | T4 Free | 0.71 ng/dL |
| | Prolactin Level | 2.48 ng/mL |
| | **Testosteron Total** | **91 ng/dL  LOW** |
| | **Testosterone Free** | **16.6 pg/mL  LOW** |
| | **Testosteron Bioavailable** | **37.7 ng/dL  LOW** |
| | Albumin (Ref Lab) | 5.0 g/dL |
| | Sex Hormone Binding Globulin (SHBG) | 17.0 nmol/L |
| | Cortisol Serum AM | 10.70 ug/dL |
| | IGF - I (Somatomedin C) Level | 228 ng/mL |
| | Z Score (Male) | 1.1 |
| | 25-Hydroxy Vitamin D | 32 ng/mL |
| 8/17/2023 13:33 CDT | Chlamydia and Neisseria Direct | Chlamydia and Neisseria Direct |
| | Trichomonas vaginalis by PCR | Trichomonas vaginalis by PCR |
| 8/17/2023 13:26 CDT | Hepatitis B Surface Antigen | NONREACTIVE |
| | Hepatitis B Surface Antibody | NONREACTIVE |
| | Hepat B Surf Ab Concentration | 0.08 |
| | Hepatitis B CORE Total Antibody | NONREACTIVE |
| | **Hepatitis A IgG** | **REACTIVE** |
| | Hepatitis A IgM | NONREACTIVE |
| | Hepatitis C Antibody | NONREACTIVE |
| | HIV 1/2 Ab Screen | NONREACTIVE |
| | Cortisol Serum AM | 4.65 ug/dL |
| | Syphilis Screen By EIA | NON-REACTIVE |
| 6/8/2023 13:06 CDT | **Phos** | **4.9 mg/dL  HI** |
| | **Uric Acid** | **8.2 mg/dL  HI** |

| | | |
|---|---|---|
| Report Request ID: 259182620 | Page 177 of 778 | Facility: CHS |
| | | Location: 02D21M; M; 22 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: MATHIS, WILLIAM | | |
| Patient Type: Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: | Discharge Date: | |
| Gender: Male | FIN: 20230407079 | CMRN: 1006656493 |

## Outpt Medical CHS

| | |
|---|---|
| Protein Total | 7.3 g/dL |
| Albumin | 4.2 g/dL |
| Bilirubin Total | 0.4 mg/dL |
| Bilirubin Direct | 0.1 mg/dL |
| Alk Phos | 44 U/L |
| GGT | 15 U/L |
| AST | 17 U/L |
| ALT | 20 U/L |
| LDH | 109 U/L |
| Cholesterol | 151 mg/dL |
| TSH | 1.123 uIU/mL |
| T4 Free | 0.76 ng/dL |
| T3 Free | 4.03 pg/mL |
| FSH | 3.09 mIU/mL |
| LH | 0.86 mIU/mL |
| Prolactin Level | 2.36 ng/mL |
| **Testosteron Total** | **163 ng/dL  LOW** |
| **Testosterone Free** | **28.7 pg/mL  LOW** |
| **Testosteron Bioavailable** | **55.3 ng/dL  LOW** |
| Albumin (Ref Lab) | 4.2 g/dL |
| Sex Hormone Binding Globulin (SHBG) | 20.6 nmol/L |
| **25-Hydroxy Vitamin D** | **27 ng/mL  LOW** |

.
**Laboratory Results**
Reviewed labs with patient
**Imaging Results**
Reviewed report with patient, X-ray:
Reason For Exam
3-Pain

FINDINGS
POWERSCRIBE
PACS ID: 9379658
WILLIAM MATHIS
DOB:7/19/1983

INDICATION: Pain, crepitus

COMPARISON: 12/27/2019

TECHNIQUE: Knee 3 Views Left

| | | |
|---|---|---|
| Report Request ID:  259182620 | Page 178 of 778 | Facility:  CHS |
| | | Location:  02D21M; M; 22 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

8A58440DEFA444E18EFE, MATHIS, 189
Mathis 24-cv-1127
DR 001601
Exhibit 24 Page 6

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: MATHIS, WILLIAM | | |
| Patient Type: Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: 7 | Discharge Date: | |
| Gender: Male | FIN: 20230407079 | CMRN: 1006656493 |

### Outpt Medical CHS

IMPRESSION:

There is moderate/severe tricompartmental degenerative changes with subchondral sclerosis and joint space narrowing worse at the medial joint compartment. Marginal osteophytosis also noted. Overall findings are mildly progressed compared to prior exam from 2019.

There is a small suprapatellar joint effusion, the visualized soft tissues are otherwise unremarkable. No acute fracture or malalignment.

**Impression and Plan**
  **Impression and Plan**:
   Diagnosis: Acromegaly : ICD10-CM E22.0, Discharge DX, Medical, Dermatitis, seborrheic : ICD10-CM L21.9, Discharge DX, Medical, Knee pain : ICD10-CM M25.569, Discharge DX, Medical, Male hypogonadism : ICD10-CM E29.1, Discharge DX, Medical.
   Degree of Control: N/A.
   Clinical Status: N/A.
  **Plan**

   #Acromegaly/hypogonadism (fair, progressing as expected): CPM. Reviewed labs w/ patient. MRI 10/30/23, discussed how to keep appt if discharged prior to appt. Encouraged medications adhrerence. Pt declined KOP change to improve Snythroid adherence. Next injection 11/1/23. C-scope still not scheduled, will contact scheduling.

   #Chronic L knee pain/OA (poor, worsening): Restart ibuprofen, take w/food, use caution. Cane for long distances. Consider PT, pt would benefit.

   #Seborrheic dermatitis (poor, na): Ketoconazole shampoo/HC ointment w/ directions. Emollient for dry skin. Pt education.

   #H/o prediabetes (good, resolved): Based on most recent A1C, pt no longer pre-dm. Continue lifestyle modifications. .
    PowerOrders Profile (Selected)
     Inpatient Orders
      *Ordered*
       Alert CCDOC: 04/07/23 9:32:00 CDT, COVID Vaccine Complete, Routine
       Alert CCDOC: 06/08/23 9:21:00 CDT, Lower Bunk, Routine
       Alert CCDOC: 10/16/23 9:48:00 CDT, Cane Long Distance Only, Routine
       Chronic Disease Alert: 10/16/23 9:41:19 CDT, Obesity, Routine
       Medical Classification: M2 - DXD Medical, 04/07/23 21:04:00 CDT
       emollients, topical cream: 1 APP, Topical, Cream, BID kop, PRN, For Dry Skin, Application Site: Whole body, Routine, Start Dt/Tm: 10/16/23 9:47:00 CDT, 12 WEEK, Stop Dt/Tm: 01/08/24 9:46:00 CST
       ergocalciferol 50,000 intl units (1.25 mg) oral capsule: 50,000 UNITS = 1 CAP, PO, Cap, Q Wednesday, Routine, Start Dt/Tm: 09/27/23 9:00:00 CDT, 12 WEEK, Stop Dt/Tm: 12/13/23 9:00:00 CST

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: MATHIS, WILLIAM | | |
| Patient Type: Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: 7 | Discharge Date: | |
| Gender: Male | FIN: 20230407079 | CMRN: 1006656493 |

### Outpt Medical CHS

    hydrocortisone 1% topical ointment: 1 APP, Topical, Oint, Q 12 hr kop, Application Site: Face, Routine, Start Dt/Tm: 10/16/23 9:46:00 CDT, 12 WEEK, Stop Dt/Tm: 01/08/24 9:00:00 CST
    ibuprofen: 600 MG = 1 TAB, PO, Tab, BID, PRN, For Cermak Pain – ONLY CERMAK Pts, Routine, Start Dt/Tm: 10/02/23 15:30:00 CDT, 4 WEEK, Stop Dt/Tm: 10/30/23 15:29:00 CDT
    ketoconazole 2% topical shampoo: 1 APP, Topical, Shampoo, Q 72 hr kop, Application Site: Other - See Instructions to Nursing, Routine, Start Dt/Tm: 10/16/23 9:47:00 CDT, 4 WEEK, Stop Dt/Tm: 11/12/23 9:47:00 CST
    levothyroxine: 75 MCG = 3 TAB, PO, Tab, 4AM, Instruction to Nursing: BEFORE meal, Routine, Start Dt/Tm: 09/27/23 4:00:00 CDT, 12 WEEK, Stop Dt/Tm: 12/19/23 4:00:00 CST

    *Future (On Hold)*
    Anesthesia Colonoscopy (Endo Clinic): BMI>40, Familial/Hereditary Cancer Syndrome, 10/13/22 12:00:00 CDT, Stroger, Diagnostic Outpatient, Future Order, Primary Procedure, Sch Do you want a reminder for this appointment?, 10/13/22 12:00:00 CDT, Medicaid Manage Care
    Sella Turcica MRI w/ + w/o Contrast: 10/30/23 10:00:00 CDT, Future Order, All Cermak Patients, Pituitary Mass, Pituitary Mass, acromegaly s/p TSR 2008,2009, Routine, 4581, 4581, Ambulatory, Acromegaly, Sch Do you want a reminder for this appointment?, 10/30/23 10:00:00 CDT, MG, G1004.

Med Reconciliation: meds reviewed and reconciled.
Follow up: 6-10 wks.  Counseling medication ADRs:

Patient education:
-Pt was educated to take only as needed, duration of use and max daily dose. Pt also advised on NSAID adverse reactions and possible side effects
-Pt advised to stop taking NSAID if SE or AR arise
-Pt encouraged to take NSAIDS with food
-Pt denies hx of increased risk of bleeding, PUD or GIB, or kidney disease
-Pt to remain upright for 30-40 minutes after ingestion of NSAIDs,
  .
Disposition: M2.
.
**Medications**: Medications have been reconciled.
**Education and Follow up**: Patient has been given the opportunity to ask questions, Patient advised on how to access care upon release, Patient counseled on how to access care at CCDOC, Pt verbally agrees to the plan noted above, and voices understanding. All questions and concerns have been addressed. Pt is instructed to notify the nurse, drop a slip, or RTC/UC if condition worsens or does not improve within the appropriate timeframe designated by provider. .

*Electronically Authored On:  16-Oct-23 13:23*
*Electronically Signed By: WILKINS PA-C, BRITTANY E*
*Physician Assistant*
*PGR:  7736747488*

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.