## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: MATHIS, WILLIAM | | |
| Patient Type: Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: | Discharge Date: | |
| Gender: Male | FIN: 20230407079 | CMRN: 1006656493 |

### Outpt Medical CHS

| | |
|---|---|
| Document Type: | Outpt Medical CHS |
| Service Date/Time: | 11/20/2023 10:14 CST |
| Result Status: | Modified |
| Perform Information: | KACZROWSKI PA-C,DANIEL J (11/20/2023 10:43 CST); |
| | KACZROWSKI PA-C,DANIEL J (11/20/2023 10:32 CST) |
| Sign Information: | KACZROWSKI PA-C,DANIEL J (11/20/2023 10:43 CST); |
| | KACZROWSKI PA-C,DANIEL J (11/20/2023 10:32 CST) |

**Addendum by KACZROWSKI PA-C, DANIEL J on November 20, 2023 10:43 CST**
Crutches provided to patient today to assist w/ ambulation as flare resolves

*Electronically Authored On: 20-Nov-23 10:43*
*Electronically Signed By: KACZROWSKI PA-C, DANIEL J*
*PGR:*

**Add-on Div 6**

| | | | |
|---|---|---|---|
| Patient: **MATHIS, WILLIAM** | MRN: **00414580z** | FIN: **20230407079** | |
| Age: | Sex: **Male** | DOB: | |
| Associated Diagnoses: **None** | | | |
| Author: **KACZROWSKI PA-C, DANIEL J** | | | |

**Patient Location:** 06-062A-6-1

**S:** Pt seen as add-on for c/o gout flare
 - reports numerous h/o community flares, denies ever taking preventative meds (such as allopurinol)
 - typically foot is affected. reports flare-up of L foot/ankle nearly 1 week now
        denies h/o colchicine or steroid use in past
 - noted elevated uric acid levels previously, "chart search" function not working to search for "gout"

**O:** WNWD, NAD. Pleasant, well-appearing. Sits comfortably
 - Hopped into exam room from wheelchair - citing painful weight bearing on L ankle
 - L ankle: mild edema compared to R ankle w/ slightly increased warmth. No erythema
        also w/ mild TTP along L dorsal foot. no wounds. L ankle ROM intact, w/ mild discomfort

**A: likely gout flare**

| | | |
|---|---|---|
| Report Request ID: 259182620 | Page 181 of 778 | Facility: CHS |
| | | Location: 02D21M; M; 22 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

8A58440DEFA444E18EFE, MATHIS, 192
Mathis 24-cv-1127
DR 001604
Exhibit 25 Page 1

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: MATHIS, WILLIAM | | |
| Patient Type: Visit CHS | Admission Date: 4/7/2023 | MRN: 389775f; 004521399c; 00414580z |
| Birth Date: | Discharge Date: | |
| Gender: Male | FIN: 20230407079 | CMRN: 1006656493 |

### Outpt Medical CHS

**P:** Counselling, reassurance
 - discussed options/mgmt. **agrees to start on allopurinol**
 - short course of indomethacin w/ instructions/caution. defer prednisone at this time

**h/o Vit D deficiency**, now WNL after loading supplementation
 - changed to daily cholecalciferol maintenance therapy

pt requests meds be KOP, since missing meds as DxD - meds changed to DxD, does not require M2 LOC

Report worsening/failure to resolve
**PCC f/u already scheduled next week - keep appt**
Pt verbalized understanding and agreement of dx and tx plan, med risks/SE vs benefits


*Electronically Authored On:* 20-Nov-23 10:32
*Electronically Signed By:* KACZROWSKI PA-C, DANIEL J
 PGR:

---

| | |
|---|---|
| Document Type: | Outpt Medical CHS |
| Service Date/Time: | 1/10/2024 11:27 CST |
| Result Status: | Auth (Verified) |
| Perform Information: | ENNIS MD,PATRICK K (1/10/2024 11:28 CST) |
| Sign Information: | ENNIS MD,PATRICK K (1/10/2024 17:54 CST) |

**PCC RTU 3**

Patient: **MATHIS, WILLIAM**   MRN: **00414580z**   FIN: **20230407079**
Age:   Sex: **Male**   DOB: **7**
Associated Diagnoses: **None**
Author: **ENNIS MD, PATRICK K**

### Basic Information

   **Patient Location:** 08-083H-D6-22
   **General Communication**
      Visit Type: Scheduled follow-up, Specialty clinic follow-up.
      Language: Patient understands English.
      History limitation: none.
      Documentation Reviewed: Prior Cermak records, Prior other CCHHS records.

### Subjective

Report Request ID: 259182620           Page 182 of 778       Facility: CHS
                                                             Location: 02D21M; M; 22

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.