**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CORNELIUS WALKER** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 20-cv-00261 |
| -vs- ) | |
| ) | Hon. Mary M. Rowland |
| **THOMAS DART, SHERIFF OF COOK** ) | Magistrate Hon. Jeffrey Cummings |
| **and COUNTY, COOK COUNTY,** ) | |
| **ILLINOIS,** ) | |
| *Defendants.* ) | |

**ORDER**

IT IS HEREBY ORDERED:

Upon the parties' agreement, defendant Cook County will install hand-railings on the Cermak Ramp on or before December 31, 2022. The railings must comply with the Americans with Disabilities Act (ADA). Defendant Cook County further agrees that if Plaintiff Walker withdraws his pending motion for summary judgment limited to handrails or agrees to have it stricken, any future settlement offer will consider plaintiff's alleged damages and the costs of the entire litigation, including litigation of all issues involving the hand-railings. The parties have agreed to hold a second settlement conference in front of Magistrate Judge Cummings on October 27, 2022 to attempt to resolve these issues. In the interim, Defendant Sheriff is hereby ordered to continue its policy of assisting inmates at the Cook County Jail upon request should they require assistance traversing the Cermak Ramp.

So Ordered.

Dated: July 27, 2022

*Mary M Rowland*

Hon. Mary M. Rowland
United States District Court Judge

Exhibit 27 Page 1