Transcript of the Testimony of
**TIMOTHY TYRRELL**

**Date:** May 9, 2023

**Case:** CORNELIUS WALKER v. THOMAS DART

**TOOMEY REPORTING**
312-853-0648
toomeyrep@sbcglobal.net
www.toomeyreporting.com

---

TIMOTHY TYRRELL
May 9, 2023

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CORNELIUS WALKER,           )
                            )
       Plaintiff,           )
                            )
        vs.                 )  No. 20-cv-00261
                            )
THOMAS DART, SHERIFF OF     )
COOK COUNTY and COOK        )
COUNTY, ILLINOIS,           )
                            )
       Defendants.          )

   This is the 30(b)(6) deposition of TIMOTHY TYRRELL, taken via Zoom videoconferencing, called by the Plaintiff for examination, taken pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before PEGGY A. ANDERSON, a Certified Shorthand Reporter of the State of Illinois, on May 9th, 2023, at 11:00 o'clock a.m.

TOOMEY REPORTING
312-853-0648

---

TIMOTHY TYRRELL
May 9, 2023

Page 2

1   A P P E A R A N C E S:
2
3          THE LAW OFFICES OF:
           THOMAS G. MORRISSEY, LTD.
4       BY:  MR. THOMAS MORRISSEY
             MR. PATRICK MORRISSEY
5            10257 South Western Avenue
             Chicago, Illinois  60643
6            (773) 238-4235
             tgm@morrisseylawchicago.com
7            pwm@morrisseylawchicago.com
8            Appeared on behalf of the
             Plaintiff;
9
10         THE LAW OFFICES OF:
           JOHNSON & BELL, LTD.
11      BY:  MR. SAMUEL BRANUM
             33 West Monroe Street
12           Suite 2700
             Chicago, Illinois 60603-5404
13           (312) 372-0770
             branums@jbltd.com
14
             Appeared on behalf of the
15           Defendants.
16
17
18
19
20
21
22
23
24

TOOMEY REPORTING
312-853-0648

---

TIMOTHY TYRRELL
May 9, 2023

Page 3

1              I N D E X
2   WITNESS                                   PAGE
3   TIMOTHY TYRRELL
4   DIRECT EXAMINATION BY
    MR. MORRISSEY:                            4-74
5
6
7
8              E X H I B I T S
9
10  MARKED                                    PAGE
11  PLAINTIFF'S EXHIBIT NO. 3                 26
12  PLAINTIFF'S EXHIBIT NO. 6                 48
13  PLAINTIFF'S EXHIBIT NO. 7                 68
14  PLAINTIFF'S EXHIBIT NO. 8                 41
15  PLAINTIFF'S EXHIBIT NO. 10                36
16  PLAINTIFF'S EXHIBIT NO. 12                32
17  PLAINTIFF'S EXHIBIT NO. 13                46
18
19              *******
20
21
22
23
24

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 1

TIMOTHY TYRRELL
May 9, 2023

Page 4

1    (WHEREUPON, the witness
2    was first duly sworn.)
3    MR. MORRISSEY: This is the
4    deposition of Timothy Tyrrell.
5  WHEREUPON:
6           TIMOTHY TYRRELL,
7  called as a witness herein, having been first
8  duly sworn, was examined and testified as
9  follows:
10         D I R E C T   E X A M I N A T I O N
11           BY MR. MORRISSEY:
12     Q    Mr. Tyrrell, are you being produced
13  pursuant to a Rule 30(b)(6) Notice that was
14  tendered back in 2021?
15     A    Yes.
16     Q    Are you testifying both for the
17  Sheriff and Cook County?
18          MR. BRANUM: Tom, he is being
19    designated for the County. I'm still in
20    the discussions with the Sheriff on our
21    path forward.
22          MR. MORRISSEY: Mr. Tyrrell, is also
23    being produced in his individual capacity.
24

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 5

1  BY MR. MORRISSEY:
2     Q    Mr. Tyrrell, I'm going to ask you a
3  series of questions today in regards to your
4  position with Cook County. I would ask you to
5  answer my questions orally so the court
6  reporter can take down your responses. Is that
7  understood?
8     A    Yes.
9     Q    If you don't understand a question,
10  please stop me and I will attempt to rephrase
11  it. Is that understood?
12     A    Yes.
13     Q    And finally, if you need a break,
14  just let us know. If there's no question
15  pending, we can take a break.
16          Have you ever been deposed before?
17     A    No, I have not.
18     Q    Can you state your full name and
19  spell your last name?
20     A    Timothy John Tyrrell, T-y-r-r-e-l-l.
21     Q    Mr. Tyrrell, what is your position
22  with Cook County?
23     A    General manager of facilities.
24     Q    Where did you go to high school?

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 6

1     A    Marist High School.
2     Q    And what year did you graduate?
3     A    1992.
4     Q    And after graduating from Marist High
5  School on the south side, did you go further in
6  college?
7     A    Yes, but at that point, it didn't
8  work out.
9     Q    Where did you initially go to
10  college?
11     A    St. Norbert's in De Pere, Wisconsin.
12     Q    What was your major at St. Norbert's?
13     A    Communications.
14     Q    Did you receive a degree from
15  St. Norbert's?
16     A    I did not.
17     Q    In what year did you stop going to
18  St. Norbert's?
19     A    1993.
20     Q    After stepping out of college in
21  1993, did you seek employment?
22     A    Yes, I did.
23     Q    And where were you employed?
24     A    I think at that time I went -- I was

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 7

1  testing the waters at the Board of Trade
2  downtown.
3     Q    Did you work in the construction
4  field with the Board of Trade?
5     A    No, I did not.
6     Q    How long did you work for the Board
7  of Trade?
8     A    Roughly three years.
9     Q    What did you do after working at the
10  Board of Trade?
11     A    Couple other different things before
12  I finally settled in construction.
13     Q    Anything that was involving law
14  enforcement?
15     A    I did just the training at the like
16  911 center. That's it. I went through their
17  training program, but then I didn't accept the
18  position.
19     Q    What municipality or state government
20  was that?
21     A    City of Chicago.
22     Q    In what year did you receive training
23  with the city of Chicago?
24     A    I'm not exactly sure what year. It

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 2

TIMOTHY TYRRELL
May 9, 2023

Page 8

1   was mid '90s.
2       Q    When did you begin working in the
3   construction field?
4       A    1996 I started in the glazers' union,
5   and I did that for roughly one and a half to
6   two years before I was called to join the
7   electricians' union.
8       Q    Can you briefly tell me what type of
9   work a glazer does?
10      A    Glazer installs glass.
11      Q    After -- You were a member of the
12  glazer union?
13      A    Yes, Local 27.
14      Q    And did you go through an
15  apprenticeship period with the union?
16      A    With that one, it was a three-year
17  apprenticeship, and I was in my second year,
18  close to finishing my second year when I
19  decided to go with the electricians.
20      Q    In what year did you join the --
21  begin your work as an electrician?
22      A    1998.
23      Q    And how long is the apprenticeship
24  program for electricians?

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 9

1       A    Five years.
2       Q    Did you complete the apprentice
3   program to become an electrician?
4       A    Yes, I did.
5       Q    Are you a member of the electrician
6   union today?
7       A    I am.  I'm an instructor at the
8   school in Alsip, part time.  Sorry.
9       Q    Is that on 127th Street?
10      A    115th and Ridgeland.
11      Q    What courses do you teach there?
12      A    Solar photovoltaic systems and
13  electric vehicle charging station installation.
14      Q    Did you -- At some point in time, did
15  you go to IIT?
16      A    Yes, I did.
17      Q    And what period of time did you go to
18  IIT?
19      A    2013 to 2016.
20      Q    What did you study at IIT?
21      A    Industrial technology and management.
22      Q    Was that an undergraduate program?
23      A    It was called a co-terminal.  So it
24  was undergraduate and I got a graduate degree

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 10

1   as well.
2       Q    What was your undergraduate major?
3   Was it industrial technology and --
4       A    Industrial technology and management.
5       Q    Can you briefly tell me what that
6   consists of?
7       A    Roughly facilities maintenance,
8   construction, project management and I ended
9   up -- and then my graduate degree was
10  specialized in sustainability.
11      Q    Can you briefly tell me what
12  sustainability is?
13      A    Renewable energy, stuff along that
14  nature.
15      Q    Did you ever work as an electrician?
16      A    Yes.  I worked as an electrician
17  for -- what did I say, 1998 till 2016.
18      Q    Was that in private enterprise or was
19  that with the government?
20      A    Well, from 2008 -- Yes.  2008 I
21  started and I was working for private
22  contractors in the private sector.  And then in
23  2008, I was offered a position as an
24  electrician at the County.  So I worked as an

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 11

1   electrician at Cook County for eight years.
2   And then in January of '16, I was -- I
3   interviewed -- applied, interviewed and was
4   offered a position at -- my current position.
5       Q    Your current position is -- what's
6   the title?
7       A    General manager of facilities for the
8   department of facilities management?
9       Q    The eight years that you worked as an
10  electrician for Cook County prior to 2016,
11  where did you work as an electrician?
12      A    I would say a good portion of that
13  was at the DOC campus, but then I literally --
14  I traveled around a lot.  So I worked in
15  roughly just about every facility that we take
16  care of.  So that's all of the courts, that's,
17  yeah, every -- warehouses, just about
18  everywhere.
19      Q    And between, let's say, 1998 to 2008,
20  you mentioned you worked in private enterprise
21  as an electrician.  Was that new construction
22  or commercial?  What exactly did you do?
23      A    I guess I was fortunate enough to
24  do -- I worked with a lot of good people, and I

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 3

### Page 12

TIMOTHY TYRRELL
May 9, 2023

```
 1  was exposed to a lot of different types of the
 2  industry.  So I worked in new construction,
 3  mostly commercial work, not much residential.
 4  Commercial work, I worked in a lot of the
 5  buildings at St. Xavier back in the early
 6  2000s.
 7       Q    Did you work in the new Shannon
 8  Center?
 9       A    I just finished with Linear Electric
10  once they were finishing that up, but I did the
11  dorms, a couple of the dorms, and then did the
12  new cafeteria down in the basement of the new
13  building.  I did the Orland Park Police Station,
14  the Orland Park Library.  So I was fortunate to
15  be kind of close to home most of the time.
16       Q    So when you got on with Cook County
17  as an electrician, what department did you work
18  for?
19       A    Department of Facilities Management.
20       Q    Briefly tell me what the Department
21  of Facilities Management is for Cook County?
22       A    The department, they, I guess,
23  operate and maintain all the facilities within
24  the County portfolio.  We also do, you know,
```

TOOMEY REPORTING
312-853-0648

### Page 13

TIMOTHY TYRRELL
May 9, 2023

```
 1  some smaller construction jobs, you know, to --
 2  that we have capacity to actually, you know, do
 3  and do a good job on, but that's about -- you
 4  know, we're focused mainly on the maintenance
 5  on safe and healthy facilities.
 6       Q    So does the Department of Facilities
 7  Management have plumbers, electricians and
 8  bricklayers that all work for the department?
 9       A    Yes.  There are, I believe, 17
10  unionized trades that belong under the
11  umbrella, COUPE, that's the coalition of union --
12  I'm not even sure what the "P" and the "E"
13  stands for, but they're represented by -- under
14  the one agreement which is the COUPE agreement.
15  So, yeah, there is -- yeah, like I said, 17, I
16  think, different trades.
17       Q    Is there a head -- Let me rephrase
18  the question.  When you went into management in
19  January of 2016 with facilities management, was
20  there a person or persons that were your
21  supervisors?
22       A    Yes.
23       Q    Who -- In January of 2016, who was
24  your direct supervisor in facilities
```

TOOMEY REPORTING
312-853-0648

### Page 14

TIMOTHY TYRRELL
May 9, 2023

```
 1  management?
 2       A    My direct supervisor would be Mike
 3  Carberry.  He is deputy director of facilities,
 4  and then it would be Bilquis Jacobs El who
 5  would be my -- his boss and my ultimate.
 6       Q    Can you spell that gentleman's name?
 7       A    Michael Carberry, C-a-r-b-e-r-r-y.
 8       Q    And the director of facilities
 9  management, can you state his name again and
10  spell his name?
11       A    It's a female.  And her name is
12  Bilqis, B-i-l-q-i-s, Jacobs, J-a-c-o-b-s,
13  hyphen, E-l.
14       Q    Was Ms. Jacobs-El the director back
15  in 2016?
16       A    Yes, she was.
17       Q    And she currently is the director of
18  facilities management?
19       A    That's correct.
20       Q    And Mr. Carberry is still the deputy
21  director of facilities?
22       A    Yes, he is.
23       Q    Where do they office?
24            MR. BRANUM:  Objection to form.
```

TOOMEY REPORTING
312-853-0648

### Page 15

TIMOTHY TYRRELL
May 9, 2023

```
 1  BY MR. MORRISSEY:
 2       Q    Do you know what building they work
 3  out of?
 4       A    Mike Carberry is stationed at the
 5  DOC, and the director is at 69 West Washington.
 6       Q    Is Mike Carberry's responsibility
 7  primarily the DOC campus and the criminal court
 8  building at 26th and California?
 9            MR. BRANUM:  Objection, foundation.
10  BY MR. MORRISSEY:
11       Q    I'm sorry.  Did you hear my question?
12       A    Can you repeat that?  I'm sorry.
13       Q    Sure.  You mentioned that
14  Mr. Carberry is at -- he offices at the DOC
15  campus.
16            My question is, is his primary focus
17  as deputy director of facilities the DOC campus
18  and the Leighton Court Building at 26th and
19  California?
20            MR. BRANUM:  Objection, lack of
21       foundation, calls for speculation.
22  BY THE WITNESS:
23       A    He is the deputy director of the DOC
24  campus.  There is also another deputy director
```

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 4

TIMOTHY TYRRELL
May 9, 2023

Page 16

1  that handles all the outlying buildings.
2  BY MR. MORRISSEY:
3      Q    Who is the other deputy director at
4  the DOC campus?
5      A    No one.  Maybe you misunderstood.
6  He's the deputy -- There are two deputy
7  directors.  Bilquis it the director.  Two
8  deputy directors.  Mike Carberry handles the
9  DOC.  Mike Ghande handles all the outlying
10 buildings.
11     Q    Has your -- Let me ask a preliminary
12 question.  What do you do as the general
13 manager of facilities management?
14          MR. BRANUM:  Objection to form.
15 BY THE WITNESS:
16     A    Well, it's very broad.
17 BY MR. MORRISSEY:
18     Q    Let me rephrase it.  What are your
19 duties as a general manager in the facilities
20 management department?
21     A    My duties are to oversee per se the
22 skill trades.  They're not so much day-to-day
23 activities but, yes, in a way.  But manage
24 their work and their performance through the

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 17

1  work order system.  I do everything from time
2  and attendance to discipline to I work with our
3  Capital Planning department on a lot of
4  projects that we do in house.  There's probably
5  more that I will think of right after I stop
6  talking.
7      Q    How many skilled trades people do you
8  supervise?
9      A    Well, I really only communicate with
10 the foreman, and then the foreman are each
11 responsible for their own line staff.  So as I
12 said, there were 17 -- 16, 17, somewhere in
13 that area skilled trades.  So roughly, you
14 know, 15 guys that I communicate with on a
15 daily, you know, weekly basis.
16     Q    How many skilled trades people work
17 at the DOC campus?
18     A    I would say roughly a hundred.
19     Q    You mentioned -- What is the work
20 order system?
21     A    That's a computerized maintenance
22 system, and then we have a call center, work
23 order call center.  All our work goes through
24 the work order system.  Our staff will not do

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 18

1  any work without having a work order first.
2  You know, tenants have access to the work order
3  system and can place orders through the system.
4  They can call the call center to have a work
5  order generated, which then, you know, alerts
6  our trades to go and, you know, assess and make
7  repairs if needed.
8      Q    When you referred to tenants, who are
9  you referring to at the DOC?
10     A    Any -- Well, I say tenants.  Anybody
11 who occupies space at the DOC, workers but
12 then, you know, there's with the detainees,
13 they make requests as well.  So they make --
14 Typically, their requests go through the
15 sheriffs, and then the sheriffs have access to
16 the work order system as well, and they can put
17 the work orders through on their own.
18     Q    How does the sheriff put in a work
19 order, for instance, for, let's say, repair of
20 a toilet in Division 10?  What's the process?
21         MR. BRANUM:  Objection to form,
22      foundation.
23 BY THE WITNESS:
24     A    I can't speak to what the sheriff

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 19

1  really does.  But from my knowledge, if they
2  see a problem and then they have access -- They
3  have their own little, I think, work order
4  department within the Sheriff's Office, and
5  they would get a call or an alert and then they
6  would -- the work order would go through their
7  office.
8      Q    How does facilities management become
9  aware that one of your occupants at the DOC
10 requests some type of service?
11     A    Through the work order system.
12     Q    Who within the facilities management
13 receives these work order requests from
14 occupants at this DOC?
15     A    They -- The way it's set up is it
16 would be -- the work order, it's a fillable --
17 obviously a fillable form, so whatever trade it
18 would be appropriate for.  So if it was a
19 toilet per se, then the trade would -- there's
20 a drop down menu with all the different trades.
21 You know, so that would be plumbing, and then
22 it auto-populates to the foreman of that
23 specific trade or building and/or building I
24 should say, and then you would keep going with

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 5

TIMOTHY TYRRELL
May 9, 2023

Page 20

```
 1   the request filling out fields and that's
 2   basically how that operates.
 3       Q    Does each housing division at the
 4   jail have a foreman for each of the 16 or 17
 5   trades?
 6            MR. BRANUM:  Objection --
 7   BY THE WITNESS:
 8       A    I don't think I understand that
 9   question.
10   BY MR. MORRISSEY:
11       Q    Well, you mentioned that, for
12   instance, if there was a malfunctioning toilet,
13   let's say, in the RTU building that it would go
14   to the plumbing foreman.  Would that plumbing
15   foreman be working assigned to the RTU
16   building?
17            MR. BRANUM:  Objection to form.
18   BY THE WITNESS:
19       A    There's two plumbing foremen, and so
20   it's kind of split up basically by workload.
21   So half the facilities on the DOC campus would
22   go to one of the foreman, and then the other
23   half would go to the other foreman.  And then
24   there's also -- you know, there's also
```

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 21

```
 1   pre-identified areas which would raise -- as
 2   well as a priority level of -- a preset
 3   priority level that kind of -- you know, we
 4   would have to -- whether the repair needs to be
 5   made within 2 hours, 6 hours, 24 hours, 36
 6   hours.  So it's a predetermined priority level
 7   that somebody would put in.  Obviously it's
 8   reviewed once it gets to the foreman because
 9   sometimes they -- that priority level could be
10   answered in error, but we internally have some
11   of our own procedures that we follow in regards
12   to how we act on work orders, certain work
13   orders.
14       Q    You mentioned there is a priority for
15   work orders.  Is that a written document that
16   describes what -- how different requests for
17   services are to be responded to?
18            MR. BRANUM:  Objection to form.
19   BY THE WITNESS:
20       A    Not that I'm aware of.
21   BY MR. MORRISSEY:
22       Q    You mentioned there's two foremen at
23   the DOC campus.  Is one Joe Merkel?
24       A    Yes.
```

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 22

```
 1       Q    And what's the name of the other
 2   foreman?
 3       A    Robert Farrell, F-a-r-r-e-l-l.
 4       Q    If a person puts in a request that
 5   appears to be plumbing related, does that work
 6   order go to you at some point in time to either
 7   approve or not approve the work?
 8       A    No.  No, that would -- I would get
 9   over -- if that was the case, I would get over
10   1500 to 2000 notifications a day.
11       Q    Do you, as the general manager, do
12   you receive work orders?
13            MR. BRANUM:  Objection to form.
14   BY THE WITNESS:
15       A    Yes.  I see work orders when I need
16   to.
17   BY MR. MORRISSEY:
18       Q    What type of work orders would reach
19   your level as the general manager at the DOC?
20       A    Really any that I needed to look
21   into.  I do say like it's actually -- maybe I'm
22   kind of slacking off a little bit on my aging
23   work order report, but I do a report that's now
24   become more quarterly than it was monthly where
```

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 23

```
 1   I do an exhaustive search for each trade at the
 2   DOC as far as -- you know, I will do a search
 3   for all the work orders that are open in our
 4   system for a predetermined time period which is
 5   up to 30 days prior to that search.
 6            Any open work orders, I will send
 7   each of our foreman a spreadsheet of those open
 8   work orders.  At that point, they are to go
 9   through that spreadsheet and investigate any
10   open work order whether it can be closed out --
11   Well, they have to have some kind of
12   explanation why it's still open in the system.
13   So if it's closed, they need to close it.  And
14   that's kind of how I've found to be the best
15   way of staying on top of the guys and the
16   system as well and not having -- you know,
17   trying to have it in as real time as possible.
18   It's tough to do, but it's my intent.
19       Q    When you do this quarterly report and
20   e-mail the respective foremen for open work
21   orders that are open more than 30 days, do you
22   e-mail them with the information in regards to
23   the open work orders?
24       A    Well, I guess it's the same -- it's
```

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 6

TIMOTHY TYRRELL
May 9, 2023

Page 24

1  kind of a copy and paste thing because it's 15
2  or 16 e-mails that I send but, no, there's
3  basic instructions that say exactly what I
4  would like them to do and the majority of them
5  have caught on and are doing it now.  Yeah,
6  it's a good process and it's work.
7     Q   How do you communicate to your
8  foremen?  That's my question.  Is it through an
9  e-mail?
10     A   Yeah, yeah.  Typically through
11 e-mail.  If they have questions, if any of them
12 have questions, then we'll call and have a
13 conversation and some aren't very computer
14 savvy, so got to walk them through some stuff;
15 but for the most part, it works.
16     Q   If there was an open work order for
17 plumbing that was open for more than 30 days,
18 that work order -- that open list would go to
19 either Mr. Farrell or Mr. Merkel?
20     A   Yes.
21     Q   If it was plumbing related?
22     A   Yeah.
23     Q   In addition to -- Would most of the
24 work orders be for basic maintenance of the DOC

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 25

1  issues that your occupants find that something
2  needs to be repaired there at the DOC?
3           MR. BRANUM:  Objection to the form of
4      the question.
5  BY THE WITNESS:
6      A   The majority of work orders are
7  maintenance related, yes.
8  BY MR. MORRISSEY:
9      Q   Now, you mentioned that there are
10 times when outside trade people are brought
11 into the Cook County Jail to do work, correct?
12     A   Yes.
13     Q   Is that through the work order system
14 or is that some other process?
15          MR. BRANUM:  Objection, incomplete
16     hypothetical.
17 BY THE WITNESS:
18     A   Those larger projects that we don't
19 have any involvement in, those projects would
20 be handled primarily by Capital Planning.
21 BY MR. MORRISSEY:
22     Q   When you say "larger projects," at
23 the DOC, are you referring to a dollar amount
24 of the projects?

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 26

1      A   No, not necessarily.  Anything that's
2  beyond our department's capacity.  So if --
3      Q   I'm -- Go ahead.
4      A   You know, if it's a large electrical
5  job then -- Well, I shouldn't say that.  You
6  know, if it was a large masonry job, we
7  probably couldn't do that because we only have
8  two bricklayers.  If we had to -- Some of our
9  shops are much smaller than others based on the
10 workload that is presented.  So plumbing is
11 definitely a bigger responsibility, not only at
12 the DOC but just with, you know, the amount of
13 things that can go wrong.  And the same thing
14 with electricians.  Those are two of our
15 largest trades.  You know, there's tens of
16 thousands of light fixtures and motors and
17 stuff like that that all require regular
18 maintenance.
19     Q   I'm going to show you Exhibit
20 Number 3.  It's a -- what's entitled -- Do you
21 see that on your screen?
22     A   Yes.
23     Q   It's called Plaintiff's Rule 30(b)(6)
24 Notice to Defendant Cook County.  My question

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 27

1  is going to be looking at Topic Number 2, have
2  you been designated by Cook County to address
3  Topic Number 2?
4      A   Yes.
5      Q   And in addition in that 30(b)(6)
6  notice to Cook County, have you also been
7  identified or designated by Cook County to
8  address the Topic Number 4?
9      A   Yes.
10     Q   In this -- Do you have a copy of the
11 Rule 30(b)(6) Notice that was directed to Cook
12 County in front of you?
13          MR. BRANUM:  Counsel, you have the
14     notice on the screen.
15          MR. MORRISSEY:  I'm asking him does
16     he have a printed out --
17 BY THE WITNESS:
18     A   I don't have it handy or in front of
19 me, no.
20 BY MR. MORRISSEY:
21     Q   Have you been designated for any of
22 the other topics in the Rule 30(b)(6) Notice to
23 Cook County?
24     A   No, I have not.

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 7

TIMOTHY TYRRELL
May 9, 2023

Page 28

1  Q   What have you done as the designee of
2  Cook County to research Topic Number 2 and
3  Topic Number 4?
4      A   Well, I referred to our work order
5  system because that's how all of our work is
6  documented and then we -- you know, all of our
7  work at Cook County, the work that our trades
8  and our staff perform, is done through the work
9  order system and initiated by that work order.
10         So I did refer to the work order
11 system and there's a work order that was
12 assigned to this project, and it had several
13 work orders under it that are called child work
14 orders.  The main work order 255965, I believe,
15 is the parent work order created by myself.
16         So the majority of that work or all
17 of that work was performed under that parent
18 work order, 255965.
19     Q   And can you tell me what you mean by
20 a parent work order?
21     A   It's just an easier way for us to
22 track work done on a project per se as opposed
23 to a -- just a specific like changing a light
24 bulb, like a regular maintenance work order.

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 29

1  We can -- We're able to track and separate
2  projects from maintenance doing it that way.
3      Q   So a parent work order is a
4  nonmaintenance type of work that's performed by
5  the trades at the DOC?
6      A   That's correct.  We typically only
7  use that on project work, yes.  I can't think
8  of an instance where it's been used for
9  maintenance.
10     Q   So project work at the DOC is called
11 a parent work order?
12         MR. BRANUM:  I think you're
13     mischaracterizing.  Go ahead.
14         MR. MORRISSEY:  I'm asking,
15     Mr. Branum.
16         MR. BRANUM:  Well, you're
17     mischaracterizing his testimony.
18 BY THE WITNESS:
19     A   I could probably be here for a while
20 trying to explain this, and it took me a long
21 time to learn it as well and some of our
22 foreman don't really understand the whole
23 process.  So it's -- It is confusing, but it's
24 easier to search for one work order, and then

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 30

1  it would populate all of the work orders that
2  had been assigned to it.  So you pull up one
3  work order as opposed to -- say there's 50 work
4  orders.  A project went 6 months.  There's 50
5  to 100 work orders.  So to gather all of that
6  data and documents at the end to close out a
7  project, you would have to search for all of
8  those work orders and do many, many, many
9  different searches where using the parent/child
10 function inside the work order system, you can
11 narrow that 50 to 100 searches down to one.
12     Q   So looking at Topic Number 4, which
13 states:  Identify, by month and year, when the
14 detainee showers on Cermak 3 West, Cermak 3
15 South and Cermak 3 North were renovated to
16 include fixed benches, you would have -- you
17 would look at the parent work order, which, I
18 guess, is 255965; is that correct?
19     A   Yes.
20     Q   And then that work order, using that
21 work order, it would -- there might have been
22 multiple other work orders that were put in to
23 accomplish the renovation of the fixed benches
24 at Cermak, and they would all have other work

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 31

1  order numbers that would be pulled up by using
2  the parent which is 255965?
3      A   Yes, that's correct.  I've also
4  searched through each -- actually, every tier
5  inside Cermak to see if there was any other
6  work order or any other -- and I don't know.  I
7  think that Cermak 3 South may be inaccurate.  I
8  believe that the work we did was in 3 Southeast
9  as it's shown in the work orders.  I think you
10 have --
11     Q   I'm sorry.  Which showers in Cermak
12 were renovated to provide fixed benches?  Can
13 you identify those?
14     A   Offhand, no, because I don't have it
15 right in front of me, but it was -- it was
16 3 West, 3 North, 3 Southeast and then there
17 were two tiers on the second floor that were
18 done.  And the other two are specified in the
19 work orders.  I think you have those.
20     Q   In what month and year was a fixed
21 bench installed on 3 West?
22         MR. BRANUM:  And, counsel, for the
23     record, we produced the work orders.
24         MR. MORRISSEY:  I'm just asking,

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 8

TIMOTHY TYRRELL
May 9, 2023

Page 32

1  Mr. Branum.  I have the right to do that.
2      MR. BRANUM:  Well, I just wanted to
3  put on the record that the work orders that
4  he's referring to we produced.
5  BY THE WITNESS:
6      A    The work was done, I believe -- I
7  think it was July of '19 -- or '18.  '18, yeah,
8  July of '18, and then I think we completed at
9  the end of August or in September.  It was
10 about roughly 7 to 10 days for our work to be
11 completed in each of the shower areas.
12 BY MR. MORRISSEY:
13     Q    So we're talking July of 2018 through
14 maybe September of 2018, the fixed benches were
15 put in in Cermak 3 West, 3 North, 3 Southeast
16 and two tiers on the second floor of Cermak?
17     A    Yes.
18     Q    I'm going to turn now to Exhibit 12.
19 Do you see that exhibit on your screen?  Are
20 you able to read it?
21     A    Yes, I do.
22     Q    Can you tell me what Exhibit 12
23 represents?
24     A    That's like an Excel -- It's a

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 33

1  condensed version of all the work orders
2  related to that project just exported to a
3  condensed version in Excel.
4      Q    So Exhibit 12 is Bates Stamped 016149
5  through 016151.  I can pull them down for you
6  so you can see each page.
7           Looking at each of those pages, pages
8  149 through 151, would that have a summary of
9  all the work orders that were put in under the
10 parent work order, which was -- you identified
11 as --
12     A    That will be up at the top, I think.
13 So the numbers -- The second column on the left
14 is the work order number, and they're in
15 descending order or ascending order.  So if you
16 go to the top, it would be the parent work
17 order.
18     Q    We'll go to the first page.
19     A    Right, first page up at the top,
20 second column from the left, 255965 and then
21 over -- a few columns over to the right under
22 SubType, and it says parent.
23     Q    Okay.  I see that.  I see that.
24     A    Yep, and so then all of those -- and

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 34

1  then actually if you slide over to the right a
2  little bit -- I can't see it because all of
3  your faces are right here on the right.  But
4  there's a column over here, I believe, says:
5  Ref number.
6      Q    Yeah.
7      A    And that would be the 255965, and it
8  should be all of those work orders the rest of
9  the pages down.
10     Q    So if you pull up the parent work
11 order, it pulls up all of these other work
12 orders that were needed to complete the task of
13 renovating the showers that -- in Cermak,
14 correct?
15     A    That's correct.  So I don't know.  I
16 mean, I guess, it's -- you can see how it's
17 easier for us to track it this way where it's
18 separated.  You can sort it easily by tier, by
19 trade, by however you want.  That's why we use
20 this parent/child option for our projects.
21     Q    Can I ask you going to the top under
22 initiated by, your name appears throughout
23 these work orders as the person that initiated
24 it.  Why is that?

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 35

1      A    So with that parent/child option,
2  since I initiated the parent, I'm the initiator
3  of the project per se.  So that's pre-populated
4  on each subsequent child work order.
5           Now, if you go over, then -- So if I
6  or our foreman, who can create work orders as
7  well, they can go and do that.  And then kind
8  of in the middle where it says assigned to,
9  that's the foreman of the trade that is two
10 columns to the left of that.
11     Q    If we go on the page that's 151, all
12 the way on the bottom.
13     A    Uh-huh.
14     Q    The last two entries were initiated
15 by Joseph Merkel, and that has a different work
16 order.
17         MR. BRANUM:  Is there a question
18     pending, Counsel?
19         MR. MORRISSEY:  Well, Mr. Branum, I'm
20     going to ask the question.  I'm just
21     referring him to the document.
22 BY MR. MORRISSEY:
23     Q    If we go all the way over to the
24 right side to the two entries at the bottom of

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 9

TIMOTHY TYRRELL
May 9, 2023

Page 36

1  Bates Stamp 151, it has reference work order,
2  and it has -- or I'm sorry.  It has comments,
3  and there's the comment:  Move ADA bench to
4  within ADA standards.  Change out grab bars to
5  ADA standard size.  And it says --
6      A    If I can recall correctly and I think
7  that we had some shipping issues with some of
8  the components for that project, specifically
9  grab bars.  So I think that they were the
10 incorrect size.  We put them in temporary as we
11 did -- were completing the project.  We went
12 back once we got the new correct grab bars, and
13 Joe went and installed those, and that's what
14 those two work orders at the bottom are.
15     Q    If we go to Exhibit Number 10, do you
16 see Exhibit Number 10?
17     A    Yes, I see it.  Sure.
18     Q    Can you explain what this document
19 is?  It's titled -- Well, it's Bates Stamped
20 01312.  And up at the top, first line it says:
21 Client:  Cook County JOC.  Name:  DOC ADA
22 adjustments for DOJ.
23          My question to begin with, what does
24 JOC stand for?

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 37

1      A    That is job order contract or
2  contractor.  I think it may be job order
3  contractor.  Yeah, something like that.  It's a
4  method that Capital Planning uses to perform
5  capital projects.  So that's -- Those are the
6  bigger projects I was kind of talking about
7  earlier.  They are done through the JOC process
8  and then --
9      Q    And --
10     A    Go ahead.
11     Q    Okay.  When a project at the DOC is
12 done through the job order contract, as the
13 general manager for Cook County, are you
14 responsible for supervising these jobs, the JOC
15 jobs?
16     A    No, no.  I'm not responsible for
17 that.  You know, some -- We typically have some
18 involvement whether we're actively
19 participating or just, you know, assisting to
20 provide access to some of these contractors
21 or -- but those are the only -- we're either
22 actively involved or inactively I guess you
23 would say.
24     Q    Well, if we look at this document,

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 38

1  Exhibit Number 10, we go down to Cermak, the
2  column which talks about Cermak, the location
3  Cermak, it appears that in September of 2023 --
4  I'm sorry -- September of 2013 that there was
5  work done in the shower areas on 3 North and
6  3 East, 3 West and then on the second floor,
7  2 North and 2 West in the showers.
8           Were you involved in that in 2013?
9      A    No, I was not.
10     Q    Were you working at -- as an
11 electrician at DOC in 2013?
12     A    I was working as an electrician.  I
13 don't know if I was at the DOC or not.
14     Q    Prior to the work order that you've
15 put in in Exhibit 12 for renovation of the
16 showers in Cermak in July of 2018, had you
17 physically been in the shower areas in the
18 Cermak building?
19     A    No, not that I can recall, but
20 there's always a chance that I changed a light
21 bulb in one of the showers there but, no, not
22 that I can recall.
23     Q    When a project is done under JOC such
24 as the installation of shower heads in Cermak

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 39

1  in September of 2013, are photographs taken and
2  maintained by Cook County government of the
3  work that is done under a JOC program?
4           MR. BRANUM:  Objection to foundation,
5      calls for speculation.
6           MR. MORRISSEY:  Well, I'm asking.
7  BY THE WITNESS:
8      A    I really wouldn't know what Capital
9  Planning was doing in 2013.
10 BY MR. MORRISSEY:
11     Q    Currently when Capital Planning does
12 a JOC program at the DOC, are photographs
13 maintained of the work that's done under the
14 JOC programs?
15          MR. BRANUM:  Objection, lack of
16     foundation, calls for speculation.
17          MR. MORRISSEY:  Well, I'm asking to
18     his knowledge, Mr. Branum.  I mean, that's
19     perfectly correct.
20          MR. BRANUM:  You still haven't
21     established --
22          MR. MORRISSEY:  You don't have to
23     telegraph to the witness the testimony.
24

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 10

TIMOTHY TYRRELL
May 9, 2023

Page 40

```
 1  BY THE WITNESS:
 2      A    I believe that they do, but I'm not
 3  sure, 100 percent sure, of Capital Planning's
 4  process of documenting and closing out
 5  projects.
 6  BY MR. MORRISSEY:
 7      Q    When you put in this -- When you
 8  initiated the work order for the renovation of
 9  the showers in Cermak in July of 2018, were you
10  aware that in 2013 that grab bars had already
11  been installed under the JOC program?
12      A    No, I did not know that.
13      Q    Do you know why in 2018 under the
14  project you initiated for renovating the
15  showers in Cermak that the project included
16  putting in grab bars?
17           MR. BRANUM:  Objection to form.
18  BY THE WITNESS:
19      A    After looking at the work orders,
20  yes, it was something that -- it was -- some of
21  the work that we did was installed grab bars,
22  new grab bars.  I don't know specifically what
23  was in there prior to our involvement, and I
24  don't really think I ever went in there to look
```

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 41

```
 1  at our work after it was done.  So that's not
 2  typically something I do.
 3      Q    As a general manager for facilities
 4  management, do you at times go to meetings with
 5  the various departments at the DOJ -- DOC?
 6           MR. BRANUM:  Objection to form.
 7  BY THE WITNESS:
 8      A    Yes, that's -- I guess that's one of
 9  my duties.  The not-so-glorious part.
10  BY MR. MORRISSEY:
11      Q    I could imagine it's not so much fun.
12  I'm showing you Exhibit 8.  It's titled:
13  Implementation plan:  Accessibility Provisions
14  of Agreed Order U.S. versus Cook County,
15  Illinois.
16           In 2017, did you attend various
17  meetings in regards to renovating the Cook
18  County Jail to make it more accessible for
19  disabled detainees?
20           MR. BRANUM:  Objection to form.
21  BY THE WITNESS:
22      A    Not that I can recall, no.
23  BY MR. MORRISSEY:
24      Q    Showing you in Group Exhibit
```

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 42

```
 1  Number 8 -- Hold on one moment.  I found it.  I
 2  found it.
 3           I'm referring you now to Page 74 of
 4  Group Exhibit Number 8.  It's titled:  Project
 5  Scope Summary - Final.  And it's Project:  869
 6  Cermak-Renovations, ADA improvements.  And it's
 7  part of a Department of Capital Planning &
 8  Policy 2018 CIP Project Budget.
 9           Do you see that document --
10      A    Yes.
11      Q    -- on the screen?
12      A    Uh-huh.
13      Q    I believe Page 77 discusses the
14  Cermak fixed benches.  Let me pull it up.
15           Do you see on the top of the page,
16  Page 77 of Group Exhibit 8 -- Let me ask a
17  preliminary question.
18           What is a business case to your
19  knowledge at Cook County?
20      A    A business case is developed to
21  document why, you know, a project is needed,
22  requirements or why a piece of equipment is
23  needed typically because all of this stuff --
24  and I'm not -- offhand, I don't know what the
```

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 43

```
 1  dollar value is before it has to go to board,
 2  but it's all obviously taxpayer money.  So it's
 3  just a professional document to document why,
 4  you know, a particular service is needed.
 5      Q    In your position as general manager,
 6  at times, do you draft business reports for
 7  capital improvements?
 8           MR. BRANUM:  You said business
 9      reports?
10           MR. MORRISSEY:  I'm sorry.  I
11      misspoke, Mr. Branum.
12  BY MR. MORRISSEY:
13      Q    Is part of your function as a general
14  manager to prepare a business case -- cases for
15  capital improvements at the DOC?
16      A    If the request is coming specifically
17  from DFM, then, yes, I'll have a part in
18  developing the business case with our -- one of
19  our foreman or our foreman.  Typically, they'll
20  have the request.  If there's a piece of aging
21  equipment, if they want to put -- install a
22  shed or something then they already have the
23  ideas in their mind and then we -- I'm just the
24  pen-to-paper guy per se, so.
```

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 11

TIMOTHY TYRRELL
May 9, 2023

Page 44

1  Q    But to your knowledge --
2  A    In this case, this business case,
3  though, this is developed by Capital Planning.
4  I don't develop business cases for capital
5  projects that are run by Capital Planning.
6  Q    It says on this Page 77:  Also
7  request community shower areas to be improved
8  with slip resistant flooring and install shower
9  benches that allow for transfer of wheelchair
10 patients.
11         My question is for the Cermak health
12 facility, did you attend any meetings that you
13 recall in 2017 where there was a discussion in
14 regards to installing shower benches in
15 Cermak's community showers?
16 A    No, not 100 percent.  No.  DFM
17 typically gets engaged at Capital's request.
18 Capital is somewhat aware of our capacity
19 limits.  So at some point, it was probably
20 brought up that DFM might be able to do this
21 project, and sometimes we can do it quicker
22 than going through all the process of bringing
23 in a contractor.  So there's a lot of different
24 variables that go into -- but at some point,

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 45

1  yes, DFM was approached to do the work, yes.
2  Q    So as far as the renovation in July
3  through September of 2018, is it your
4  understanding initially there was a business
5  case for that type of work, and then somehow,
6  it changed that they were going to do it
7  internally through Department of Facilities
8  Management?
9         MR. BRANUM:  Objection,
10     mischaracterizes testimony, calls for
11     speculation.
12        MR. MORRISSEY:  Mr. Branum, I'm
13     asking a question.  Perhaps he knows and
14     maybe he isn't speculating.  So when you
15     try to coach, it's improper.
16        MR. BRANUM:  Tom --
17 BY MR. MORRISSEY:
18 Q    So based upon your knowledge, sir --
19        MR. BRANUM:  Tom, wait.  Hold up.
20 BY MR. MORRISSEY:
21 Q    Based upon your knowledge --
22        MR. BRANUM:  Tom, Tom, Tom, stop.  So
23     if you are going to address me like that, I
24     will stop the deposition and I will get the

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 46

1      Court involved.  So do not make personal
2      attacks on me during this deposition.
3         MR. MORRISSEY:  Well, that's not a
4      personal attack.  It's an objection to
5      making an improper statement on the record.
6  BY MR. MORRISSEY:
7  Q    Mr. Tyrrell, to your knowledge, was
8  there a business case that -- for the
9  renovation of the Cermak shower areas prior to
10 your involvement?
11        MR. BRANUM:  Same objections.
12 BY THE WITNESS:
13 A    Yeah, I wouldn't know with any
14 certainty, no.
15 BY MR. MORRISSEY:
16 Q    I'm going to turn to Exhibit 13.
17 It's a document that was tendered last night.
18 It's a series of work orders.
19         Are these the work orders that your --
20 that were included in Group Exhibit Number 12,
21 the Excel program, to your knowledge?
22 A    Yes, it is.
23 Q    So if we turn to Work Order 313816, I
24 guess it was put in by Mr. Merkel.  I will try

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 47

1  to find that.
2  A    That's probably all the way at the
3  bottom.
4  Q    I'm showing you what's been marked, I
5  guess, as Defendant's Exhibit -- or I'm sorry.
6  It's been Bates Stamped 016155.  It appears to
7  be a work order by Mr. Merkel, and it has a
8  description of, it looks like:  ADA project -
9  remove any existing grab bars & shower units
10 were specified by foreman.  Install new ADA
11 compliant shower unit with new grab bars and
12 ADA shower seats.  Re-route water supply to
13 shower unit as needed.
14        MR. BRANUM:  And, Counsel, that
15     exhibit that you're reading from is
16     illegible because the print is so small.
17     Is there a way to --
18        MR. MORRISSEY:  I will try to enlarge
19     it, see if I can enlarge it.
20 BY MR. MORRISSEY:
21 Q    Is that better?
22 A    One more maybe.
23 Q    Yeah.
24 A    That's better.  Yeah, I can read it.

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 12

TIMOTHY TYRRELL
May 9, 2023

Page 48

1  Q    That information is included on your
2  Excel program, Exhibit 12, correct?
3  A    Yes.
4       MR. BRANUM:  Objection to form.
5  BY THE WITNESS:
6  A    Yes, it is.  Everything that's on
7  that -- I shouldn't say everything, but the
8  main portions of that work order are included
9  on that -- on the spreadsheet.
10 BY MR. MORRISSEY:
11 Q    Okay.  I just wanted to -- 12 and 13
12 go hand in hand, correct?
13 A    Yes.  There's some -- every one of
14 those boxes on that work order will show up on
15 the Excel when you export it to Excel.  A lot
16 of it is very redundant.  So I'll trim that
17 spreadsheet down of unnecessary columns just so
18 I can kind of keep it on one sheet.
19 Q    I'm going to go to Exhibit 6.
20 Exhibit 6 is a series of e-mails that
21 Mr. Bentley forwarded to us during, I believe,
22 Mr. Davis' deposition.  If we go to page --
23 Well, let me ask you a preliminary question.
24      As general manager of the Department

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 49

1  of Facilities Management, what involvement did
2  you have in inspecting the ramp that runs from
3  the tunnel area into the entrance of the Cermak
4  building?
5       MR. BRANUM:  Objection to form.
6  BY THE WITNESS:
7  A    I didn't have any involvement or very
8  much at all, maybe providing access for
9  somebody to walk through, but that's very, very
10 minimal.
11 BY MR. MORRISSEY:
12 Q    Did you in your position as general
13 manager do any type of measurements of what --
14 Let me start off.  When I refer to the Cermak
15 ramp, do you understand what I'm referring to?
16 A    I do understand where -- Yes.
17 Q    Can you define what the Cermak ramp
18 is, where it's located?
19 A    Well, it's a small section of the --
20 small section/extension of the main tunnel
21 system, the underground tunnel system at the
22 DOC that leads from the main tunnel to the
23 basement of Cermak hospital, and it is -- it's
24 kind of a ramp, yeah.  It's a ramp.  It's a

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 50

1  ramp, yes.
2  Q    Have you ever inspected that ramp,
3  the Cermak ramp?
4  A    I have not, no.
5  Q    Have you ever taken any measurements
6  to determine whether or not it complies with
7  the ADA?
8  A    I have not personally, no.
9  Q    Did you ask Joe Merkel to measure the
10 Cermak ramp to determine whether or not it
11 complied with the ADA?
12 A    I did at the request of Capital
13 Planning.
14 Q    I'm going to turn to Page 6 of this
15 document.  Did you ever talk to an attorney by
16 the name of Zachary Pestine, P-e-s-t-i-n-e?
17      MR. BRANUM:  So you can answer that
18      question, but don't divulge any of your
19      communications.
20 BY THE WITNESS:
21 A    Not that I can recall, no.  The name
22 does not look familiar.
23 BY MR. MORRISSEY:
24 Q    I'm turning to Page 2 of the e-mail --

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 51

1  I'm sorry.  I'm turning to Page 2 from Exhibit
2  Number 6, and there's an e-mail from Eric
3  Davis.  You know Mr. Davis, correct?
4  A    Yes, I do.
5  Q    And do you work with him on an
6  ongoing basis as -- in his function as being a
7  deputy in Capital Planning?
8       MR. BRANUM:  Objection to the form of
9       the question.
10 BY THE WITNESS:
11 A    We work together on -- when we have
12 an involvement in capital projects but on a
13 day-to-day basis, no.
14 BY MR. MORRISSEY:
15 Q    In March of 2021, Mr. Davis sent you
16 an e-mail, March 9th, 2021, at 3:59, it says:
17 This is the diagram that explains the
18 requirements, by the way.  Note the rise
19 limitation on the left before an intermediate
20 landing is required and it continues on the
21 next page, and it has a diagram.
22      In your position as general manager,
23 did you receive this e-mail?
24      MR. BRANUM:  Objection to form.

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 13

TIMOTHY TYRRELL
May 9, 2023

Page 52

1  BY THE WITNESS:
2     A    Yeah.  I do recall kind of seeing it.
3  Whether I knew at all what -- I probably didn't
4  put too much into it myself.  I -- There's
5  others that are on that e-mail that it pertains
6  to more than me.
7  BY MR. MORRISSEY:
8     Q    Have you received -- What training in
9  your position as general manager have you
10 received in regards to the requirements under
11 the ADA for a ramp to be compliant under the
12 ADA standards?
13          MR. BRANUM:  Objection, lack of
14     foundation.
15 BY THE WITNESS:
16    A    I have no training at all.  I have
17 general knowledge of ADA guidelines and
18 standards from 25 years of being in
19 construction and facilities.  I am not an
20 expert whatsoever nor would I ever pretend to
21 be one.
22 BY MR. MORRISSEY:
23    Q    When Mr. Davis asked you to look at
24 the rise in the diagram, which is in Group

TOOMEY REPORTING
312-853-0648

---

TIMOTHY TYRRELL
May 9, 2023

Page 53

1  Exhibit 6, did you understand what he meant
2  that the rise -- the maximum rise could be
3  30 inches?
4           MR. BRANUM:  I think you may be
5      mischaracterizing his testimony.
6  BY MR. MORRISSEY:
7     Q    Well, let's go back.
8     A    I know what a rise and a run is more
9  so in a stairs sense or a roof sense.  I don't
10 really think of ramps too often; but rise and
11 run, I'm thinking of stairs or a roof.
12    Q    But when Mr. Davis directed you to
13 his -- the rise limitation on the left before
14 an intermediate landing is required for the
15 ramp, did you understand what that diagram
16 intended?
17    A    Probably not because, like I said, I
18 probably wasn't really paying a whole lot of
19 attention to it because Joe Merkel was actually
20 going to take the measurements.  So this was
21 more directed at -- I would think Joe or the
22 other fella who was on there, Joey Tse.
23    Q    On the e-mail is -- Joe Merkel is on
24 the e-mail, correct?

TOOMEY REPORTING
312-853-0648

---

TIMOTHY TYRRELL
May 9, 2023

Page 54

1     A    That's correct.
2     Q    Did Mr. Davis tell you to have Joe
3  Merkel go over and measure the ramp to see if
4  it was compliant?
5     A    Yes, I believe the direction came
6  from Eric Davis.
7     Q    Why was Mr. Merkel, a plumber, chosen
8  in March of 2021 to measure the Cermak ramp?
9           MR. BRANUM:  Objection to form.
10 BY THE WITNESS:
11    A    I'm not sure why he was chosen.  Joe,
12 he's very meticulous and very thorough.  He --
13 Out of all of our foreman, he probably has the
14 most involvement with ADA-type issues in a
15 specific trade.  There's a lot of them that
16 relate to -- that have a relation to plumbing.
17          So Joe, you know, has had several
18 renovations/improvements to bring stuff up to
19 ADA guidelines and stuff like that.  So, Joe,
20 he does his homework.  Maybe that's why he was
21 chosen.
22 BY MR. MORRISSEY:
23    Q    I'm referring now to Page 8 of
24 Group Exhibit 6.  There is a Mike Canaberry --

TOOMEY REPORTING
312-853-0648

---

TIMOTHY TYRRELL
May 9, 2023

Page 55

1  Careberry --
2     A    Carberry.
3     Q    -- Carberry is listed but there's
4  also a person by the name of Duncan.  Who is
5  Duncan?
6     A    Duncan Smith is a construction
7  manager at the DOC.
8     Q    Do you know if he, Duncan Smith, has
9  any training or experience in regards to the
10 ADA requirements for a ramp such as Cermak?
11    A    No, but I would say most -- if I'm
12 not available to coordinate the work and I'm --
13 So us three basically sit in the office.  Mike
14 is the deputy director, and then there's Duncan
15 and I, and we kind of run the ship together.
16 So if one of us isn't available, then we kind
17 of just have people throw all of us on there so
18 they get an answer quicker.
19          My thought is that Sabrina wanted to
20 get this done, so maybe I wasn't responding
21 fast enough at the time so she included Duncan
22 and Carberry to get it moving along.
23    Q    I'm going to turn you now to Page 4
24 of Group Exhibit Number 6.  It's from you.

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 14

TIMOTHY TYRRELL
May 9, 2023

Page 56

1  It's an e-mail from you on March 9th, 2021 at
2  2:15 p.m. to Zachary Pestine and copied are
3  Sabrina Canchola and a slew of other people.
4      You say: Good afternoon. The
5  measurements taken were of the ramp from the
6  tunnel to the basement entrance of Cermak.
7      Is that what you are referring to as
8  the Cermak ramp?
9      A    Yeah, yeah.
10     Q    And then you go on: With that being
11 said, I do not think that either ramp is ADA
12 compliant. I'm adding Joe Merkel, as he is the
13 one who took the measurements.
14     What do you mean by "either ramp is
15 ADA compliant"?
16     A    Okay. That's kind of a two-part
17 question. So there is another ramp, right, on
18 the other side, about 25 or 30 feet down the
19 tunnel that goes into Division 8/RTU. I'm not
20 100 percent if there were measurements taken of
21 that ramp as well, but I think the ramp in
22 question is the one from Cermak basement to the
23 tunnel.
24     Somebody might have probably told me

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 57

1  that they didn't think that the ramp is
2  compliant, and that's why I said I don't think
3  that neither because, again, I'm not an ADA
4  expert.
5      Q    Then if we're looking at Page 6 -- So
6  you asked Mr. Merkel to go over and measure the
7  ramp; is that fair to say?
8      A    Yeah. Well, yeah, I probably asked
9  for Joe's assistance after Eric asked for our
10 assistance, yes.
11     Q    And then you e-mailed back to Sabrina
12 and the other folks the initial measurements
13 that Joe Merkel took, correct?
14     A    Yeah, that's what it looks like,
15 yeah.
16     Q    And that's on Page 6 and 7 of this
17 group exhibit.
18     A    It looks like an e-mail from Joe that
19 I copy and pasted and sent to Sabrina, yes.
20     Q    Do you know how Joe initially
21 measured the Cermak ramp?
22     A    I don't know. No, I don't know for
23 sure. I'm not sure if he used a laser or --
24 I'm not quite sure what he used to take

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 58

1  measurements.
2      Q    So he had these measurements: Slope,
3  1 to 16; length, 44 feet and a half inch; total
4  rise, 2 feet 7 inches. And 2 feet 7 inches is
5  31 inches, correct?
6      A    Yes.
7      Q    And that's -- If we look back at
8  Mr. Davis' diagram, that's over the 30 inches
9  for a rise, correct?
10     A    Well, I'm going to take your word for
11 it because when you were showing me that
12 diagram, I wasn't really paying attention to it
13 then either.
14     Q    Well, here --
15     A    Yes. So it would be one inch over.
16 Correct, yes.
17     Q    When Mr. Merkel came back with these
18 measurements, did you then direct him to go
19 back to do a second measurement of the Cermak
20 ramp?
21     A    If I can recall correctly, I think
22 Joe did go back another time for more
23 measurements.
24     Q    At whose request did Mr. Merkel go

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 59

1  back a second time to do a measurement?
2      A    It was more than likely through Eric
3  Davis.
4      Q    Did Mr. Davis say, hey, go back and
5  check the rise because the rise that you
6  measured is 31 inches, and it has to come in at
7  30 inches. Do you know?
8      A    No, I don't know. I don't recall
9  exactly what Eric Davis said.
10     Q    On Page 6 of 7 it says: I also
11 checked the ramp from the same tunnel going
12 into the basement of Division 8. This appears
13 to be slightly out of compliance. I could show
14 you or Sabrina this as well.
15     Was Mr. Merkel in March of 2021 asked
16 to check out the other ramp to see if it was
17 compliant?
18     A    I don't recall that he was asked to
19 check that ramp but, as I said, Joe is
20 meticulous. Sometimes overly.
21     Q    When he went back a second time, do
22 you know where he obtained this laser?
23     A    One of our other trades had the
24 laser, I believe, and I'm not -- offhand, I

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 15

TIMOTHY TYRRELL
May 9, 2023

Page 60

```
 1  don't know which trade it was.
 2      Q   Do you know if the laser -- Let me
 3  ask you a preliminary question.
 4          In the trades, at times, do laser
 5  beams have to be calibrated so that they're
 6  accurate?
 7          MR. BRANUM:  Objection, foundation.
 8  BY THE WITNESS:
 9      A   To my knowledge, yes, they do have --
10  require -- not very often but, yes, they do
11  require calibration.
12  BY MR. MORRISSEY:
13      Q   Do you know how a tradesperson
14  calibrates a laser?
15      A   Well, I don't.  And I have -- I
16  actually have two and I don't really know.  I'm
17  trying to think how I would calibrate my own
18  but I don't know, no.  So I don't.
19      Q   Did you go over with Mr. Merkel when
20  he used a laser on the second time of the
21  measurements that he took?
22      A   No, I didn't.  But with that said, a
23  laser is a tool that's used by many trades,
24  plumbers being one of them, yes.
```

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 61

```
 1          So would I have any reason to believe
 2  that Joe didn't know how to use a laser?  No, I
 3  would have no reason to believe that.  Would
 4  Joe be able to recognize that the laser is not
 5  calibrated correctly to -- he would probably be
 6  able to, you know, see that it's off a quarter
 7  of an inch.  Down to a 32nd, probably not.
 8          Joe is very knowledgeable and he
 9  knows what he's doing.  He's not an expert.  He
10  is not an expert.
11      Q   Does it matter where he set the laser
12  on the ramp as far as determining the rise of
13  the ramp to your knowledge?
14          MR. BRANUM:  Objection to form,
15      foundation.
16  BY THE WITNESS:
17      A   I mean, I imagine it does, but I
18  don't know where he set the laser either.
19  BY MR. MORRISSEY:
20      Q   Do you have knowledge --
21      A   And these measurements were -- these
22  were all for reference.  These weren't -- None
23  of these measurements were, in my estimation,
24  were legally binding or no drawings were going
```

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 62

```
 1  to be made off these.  These were just for
 2  reference and were going to be, you know,
 3  examined by, I believe, an ADA consultant that
 4  was coming on board.
 5          So this was just us getting rough
 6  measurements, nothing -- nothing set in stone.
 7      Q   To your knowledge, has the -- Has
 8  Cook County or Capital Planning hired an
 9  architectural firm to walk through the DOC to
10  determine whether or not the facility is
11  compliant with the ADA?
12          MR. BRANUM:  Objection, foundation,
13      calls for speculation.
14  BY THE WITNESS:
15      A   Capital Planning has many, many, many
16  consultants.  I don't know the roles and
17  responsibilities of all of them.  I know that,
18  yes, there have been several assessments of all
19  the buildings on the whole campus.  I've never
20  seen -- I've assisted on walkthroughs for those
21  assessments.  Have I ever seen any results from
22  any of those assessments?  No.  I don't know
23  what's in them and -- So, yes, the answer to
24  your question is yes.  There are several
```

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 63

```
 1  assessments.
 2      Q   In the last year, have you been
 3  present during any walkthrough of the DOC with
 4  members of Capital Planning or outside
 5  architectural firms to assess whether or not
 6  there needs to be ADA improvements at the
 7  Department of Corrections?
 8      A   Myself personally, no.
 9      Q   Has anybody on your staff in the last
10  12 months walked through with a member or
11  members from Capital Planning and any outside
12  architectural firm to do a review of whether or
13  not the DOC premises needed to be changed to
14  comply with the ADA?
15      A   Are we talking just Cermak or the
16  entire campus?
17      Q   I'm talking about the entire campus.
18      A   Again, we may have assisted with,
19  say, badging or some access to a certain point,
20  but typically any of those -- any of those
21  visits would have to be coordinated with the
22  Sheriff's Office, escorted by the Sheriff and
23  we may be along for the -- you know, just as --
24  you know, just for specific trade knowledge if
```

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 16

TIMOTHY TYRRELL
May 9, 2023

Page 64

1  there is anything. But other than that, our
2  involvement would be minimum.
3  Q   Do you have any -- Do you have
4  personal knowledge that in the last year,
5  members of Capital Planning -- members of your
6  staff have walked through the DOC with outside
7  consultants to review ADA provisions at the
8  jail?
9  A   Offhand, no. But, like I said, we
10 may be along for walkthroughs, and we might not
11 be. So, like I said, our involvement is very
12 minimal.
13 Q   On Group Exhibit 6, there is an
14 e-mail from Sabrina Canchola to you, and it
15 says: I think Zach needs the measurements just
16 for the ramp outside the entrance to Cermak,
17 not the ramp in the basement of the RTU. And
18 then you respond: Good morning, Eric. There
19 is not an intermediate landing on the ramp to
20 Cermak. There are two small turns but no
21 actual landing.
22     What did you mean by that?
23 A   Well, actually that was -- that looks
24 like Sabrina's response to me.

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 65

1  Q   Oh, I'm sorry. That's correct.
2  A   But I believe that Eric was under the
3  assumption that there was some kind of landing
4  in that ramp, and I think I was just saying
5  that I didn't think there was any ramp,
6  intermediate ramp.
7  Q   What did you mean by: There are two
8  small turns. Are you referring to the Cermak
9  ramp that there's turns?
10 A   Yes.
11 Q   Where are the turns on the Cermak
12 ramp?
13 A   Well, I don't know for certain but
14 they kind of like zigzag a little bit. So
15 there's two. Instead of just going one
16 straight shot, it's kind of maybe like an "S"
17 or so but not curvy, more straight lines.
18     MR. MORRISSEY: I'm going to take a
19   five-minute break. We're kind of getting
20   to the end of this. So I just need five
21   minutes, okay?
22     THE WITNESS: All right. Me too.
23     MR. MORRISSEY: Take five minutes,
24   stretch your legs and be back in five

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 66

1    minutes.
2       MR. BRANUM: Thanks, Tom.
3          (WHEREUPON, a short
4          break was taken.)
5  BY MR. MORRISSEY:
6  Q   Turning to Exhibit 3 again, which is
7  the Plaintiff's Rule 30(b)(6) notice to Cook
8  County. Attached to it --
9       MR. BRANUM: Tom, you don't have the
10    notice on the screen.
11      MR. MORRISSEY: It is.
12      MR. BRANUM: No, that looks like
13    something else. Okay. You keep scrolling
14    up and down. It's hard to follow.
15      MR. MORRISSEY: See. Are you all
16    right, Mr. Branum?
17      MR. BRANUM: So now you have the
18    notice on the screen, but what you had on
19    the screen before was not the notice.
20      MR. MORRISSEY: Well, if you
21    listened. Let me do it again.
22 BY MR. MORRISSEY:
23 Q   Exhibit 3 includes an attachment,
24 which is the FY18 Capital Business Case.

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 67

1  Sir, did you have any involvement in
2  drafting or preparing this fiscal year capital
3  business case?
4  A   No, not myself. No.
5  Q   Have you seen this document before?
6  A   I've seen the format. I'm not too
7  certain I have seen that exact document, but it
8  looks like that was generated -- a business
9  case generated by folks at Cermak Hospital.
10 Q   And under -- On the second page of
11 this document, there is a caption: What are
12 the motivating/issues, concerns behind this
13 request?
14 A   Uh-huh.
15 Q   And in part, it says: Cook County is
16 currently in violation of the ADA code and
17 safety concerns are driving this project.
18     Did you have any input in this
19 business case in regards to whether or not Cook
20 County was violating the ADA in regards to the
21 Cermak infirmary?
22     MR. BRANUM: Objection, lack of
23   foundation, form of the question.
24

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 17

TIMOTHY TYRRELL
May 9, 2023

Page 68

1  BY THE WITNESS:
2      A    Me personally, no, I did not.
3  BY MR. MORRISSEY:
4      Q    Do you know when the renovations of
5  the Cermak shower areas were completed in the
6  fall of 2018, the exact date?
7      A    It would be in the work orders.  I
8  think I said earlier that it was end of August
9  or in September of '18.
10      Q    Could it have been as late as
11  November of 2018 when the work was entirely
12  completed?
13      A    Yes.  If you say entirely completed,
14  those bottom two work orders on that list, when
15  we received the correct grab bars that Joe went
16  and installed, yes.  But for the majority of
17  the construction, that was completed, I
18  believe, end of August, early September.
19  Again, it's in the work order.
20      Q    I'm going to show you -- I believe
21  it's Exhibit 7 -- Well, let me just ask you a
22  question before I pull that up.
23          In the fall of 2022, did you have any
24  involvement in retaining a land surveyor to

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 69

1  measure the Cermak ramp?
2      A    As I mentioned earlier, there was --
3  we -- or I assisted in badging of what, I
4  think, was an ADA consultant to look at the
5  ramp.  After the woman got her credentials, I
6  coordinated with Joe for him to escort her,
7  this woman, to the ramp to view and I don't
8  know if she took measurements or pictures.  I'm
9  not too sure, but that's my involvement with
10  that and I think that it was an ADA consultant,
11  and that's it.
12      Q    Do you know if the person -- the name
13  of the female that you badged to -- in the fall
14  of 2022 to go over to the Cermak ramp?
15      A    I don't remember the name offhand,
16  no.
17      Q    Do you know what her professional
18  position was?  Was she an architect?
19      A    An architect, yeah, I would say if I
20  try to think back to like the e-mail where --
21  you know, the exchange of her information that
22  I sent to the sheriffs, maybe she had the AIA
23  designation, but I wouldn't know for certain.
24      Q    Do you know what -- Do you have any --

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 70

1  Did you receive any feedback in regards to the
2  measurements that she took of the ramp?
3      A    I don't recall any follow-up e-mails
4  with measurements.  She may have, you know, had
5  those discussions with Eric Davis.
6      Q    Do you know if in the fall of 2022
7  whether there was a handrail installed on the
8  Cermak ramp?
9      A    Yes.  DFM, our ironworkers, they
10  installed some handrails.
11      Q    Was there a work order for the
12  handrails?
13      A    Yes, but I don't know offhand what
14  number that would be.
15      Q    In your position as general manager
16  of facilities management, would you be able to
17  pull up the work order for a handrail that was
18  installed in the fall of 2022?
19      A    Yeah.  To be perfectly honest, I
20  actually just did that for that project.  I was
21  very slow to close that project out.  So I
22  think I just did it last week, so yes.  That
23  one is pretty fresh.
24      Q    So the work order for --

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 71

1      A    However --
2      Q    I'm sorry.  I didn't mean to cut you
3  off.
4      A    Is this part of -- Is this in
5  relation to the ramp?
6      Q    Correct.  I'm referring to a handrail
7  in the ramp for Cermak.  Is that what you were
8  referring to, the railing alongside the Cermak
9  ramp?
10      A    Yes.
11      Q    That was done internally by
12  facilities management?
13      A    That's correct.
14      Q    By the ironworkers?
15      A    Actually, yes, started it at the end
16  of '22 and then completed it in the beginning
17  of '23 because of delivery and shipment issues.
18      Q    What needed to -- What materials
19  needed to be delivered in order to install the
20  handrail?  There were two handrails on both
21  sides of the ramp; is that correct?
22      A    I believe that's correct, yes.
23  Again, I never really inspected this before and
24  after.  This was actually kind of coordinated

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 18

TIMOTHY TYRRELL
May 9, 2023

Page 72

```
 1  by Eric Davis.  The request came from him to do
 2  that.  And, yeah, it was --
 3       Q    Was there a specific correctional
 4  material that needed to be used for the
 5  handrails that were installed on the Cermak
 6  ramp?
 7       A    Yes.
 8            MR. BRANUM:  Objection to form.
 9  BY THE WITNESS:
10       A    Well, there was a specific product that
11  was identified for us to use.  I think -- and
12  most of it, I believe, was for antiligature --
13  is that the right word?  Antisuicide.  So I
14  think that's really all it was and to procure
15  that product, we had to go through Grainger to
16  a third-party vendor to get the exact product
17  that was needed.  So it took awhile.  There's
18  still supply chain issues from COVID, and the
19  wrong person ordered the material and that's
20  it.  So it was kind of a -- It wasn't very well
21  organized.
22       Q    When was the handrailing on both
23  sides of the Cermak ramp completed?
24       A    It was complete in January of '23.  I
```

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 73

```
 1  think January 16th if -- that's -- That's 99
 2  percent.  Like I said, I just put that closing
 3  package together for that project.
 4       Q    What written documents do you have --
 5       A    Actually, I'm sorry.  It was.  Was
 6  that Martin Luther King day, the 16th?  Then
 7  that's the day it was because our ironworkers
 8  worked on that Monday.
 9       Q    And you have personal knowledge that
10  the ironworkers completed it on Martin Luther
11  King Day in 2023?
12       A    Correct.
13       Q    What documentation does facilities
14  management have in regards to the installation
15  of the handrails?
16       A    The work orders.
17       Q    Any other -- Were there purchase
18  orders for the railings from -- you said it was
19  Grainger?
20       A    We use Grainger when we have to go to
21  a third-party vendor to -- kind of like a pass
22  through.  There's a lot of purchasing.  It's
23  hard to make purchases sometimes.  So, yes, we
24  use Grainger as a passthrough basically.
```

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 74

```
 1       Q    So would there be paperwork and
 2  purchase orders for the material too?
 3       A    Yes.
 4       Q    So in addition to the work orders,
 5  there would be purchase orders for the metal?
 6       A    Correct.  Yes.
 7       Q    And Facilities Management would have
 8  those documents?
 9       A    Yes.  Yeah, yeah.  Our business
10  department would probably have that and if
11  not -- They would.  And Capital Planning would
12  also have those.
13            MR. MORRISSEY:  I have nothing further.
14            Mr. Branum, I will make a request
15       and we'll follow it up with a production
16       request for the documents involving the
17       handrails for the Cermak ramp.  I have
18       nothing further.  Thank you for your time
19       this afternoon.
20            THE WITNESS:  Thank you.
21            MR. BRANUM:  And I have no questions.
22       We will reserve signature.  Thank you.
23
24            FURTHER DEPONENT SAITH NOT....
```

TOOMEY REPORTING
312-853-0648

TIMOTHY TYRRELL
May 9, 2023

Page 75

```
 1
 2       IN THE UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF ILLINOIS
 3              EASTERN DIVISION

 4  CORNELIUS WALKER,        )
                             )
 5       Plaintiff,          )
                             )
 6       vs.                 )  No. 20-cv-00261
                             )
 7  THOMAS DART, SHERIFF OF  )
    COOK COUNTY and COOK     )
 8  COUNTY, ILLINOIS,        )
                             )
 9       Defendants.         )
10       I, TIMOTHY  TYRRELL, being first duly
11  sworn, on oath, say that I am the deponent in
12  the aforesaid deposition, that I have read the
13  foregoing transcript of my deposition,
14  consisting of pages 1-75 inclusive, taken at
15  the aforesaid time and place and that the
16  foregoing is a true and correct transcript of
17  my testimony so given.
18
                   _____
19                      TIMOTHY   TYRRELL
20
    SUBSCRIBED AND SWORN TO
21  me before this _____ day
22  of _____, A.D. 2023.
23  _____
    Notary Public
24
```

TOOMEY REPORTING
312-853-0648

Exhibit 28 Page 19

```
                    TIMOTHY TYRRELL
                     May 9, 2023
                                                    Page 76
 1   STATE OF ILLINOIS )
                      ) ss:
 2   COUNTY OF C O O K )
 3           I, Peggy A. Anderson, a Certified
 4   Shorthand Reporter in the State of Illinois do
 5   hereby certify:
 6           That previous to the commencement of
 7   the examination of the witness, the witness was
 8   duly sworn to testify the whole truth
 9   concerning the matters herein;
10           That the foregoing deposition
11   transcript was reported stenographically by me,
12   was thereafter reduced to typewriting under my
13   personal direction, and constitutes a true
14   record of the testimony given and the
15   proceedings had;
16           That the said deposition was taken
17   before me at the time and place specified;
18           That the said deposition was
19   adjourned as stated herein;
20           That I am not a relative or employee
21   or attorney or counsel, nor a relative or
22   employee of such attorney or counsel for any of
23   the parties hereto, nor interested directly or
24   indirectly in the outcome of this action.

                   TOOMEY REPORTING
                    312-853-0648
```

```
                    TIMOTHY TYRRELL
                     May 9, 2023
                                                    Page 77
 1           IN WITNESS WHEREOF, I do hereunto set
 2   my hand this 26th day of May, 2023.
 3   .
 4
 5
 6
 7   _____
 8   Peggy A. Anderson
 9   Certified Shorthand Reporter
10   License No. 084-003813
```



```
                   TOOMEY REPORTING
                    312-853-0648
```

Exhibit 28 Page 20