IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez, *individually* and *for a class*, <br><br> Plaintiff, <br><br> -vs- <br><br> Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, <br><br> Defendants. | 23-cv-16970 <br><br> Judge Harjani |

**DECLARATION OF QUOVOTIS HARRIS**

Under penalties of perjury as provided by law, the undersigned certifies that the following statements are true:

1. My name is Quovotis Harris. I am incarcerated at the Cook County Jail under booking number 2019-0709220 I have been at the Cook County Jail for about five years.

2. My right leg above the knee was amputated in 2006. This condition substantially impairs my ability to move from place to place.

3. As a detainee, I have been permitted to use a cane to move from RTU to Cermak. In approximately September of 2023, the Jail stopped allowing me to use a cane to assist with ambulating.

4. I regularly move from RTU, my housing unit, to Cermak for medical appointments.

Exhibit 14 Page 1

Exhibit 31 Page 1

5. Moving up and down the ramps from RTU to Cermak was painful even when the Jail allowed me to use a cane. I now traverse the RTU and Cermak ramps without a cane. It is very painful particularly because my protistic leg does not fit well.

6. Each ramp is steep and there is not enough space for me to rest while moving up or down.

Dated: 7-5-04

*Quovotis Harris*
Quovotis Harris

Exhibit 14 Page 2

Exhibit 31 Page 2