IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) ) ) |
| *Plaintiffs* | ) ) |
| -*vs*- | ) 23-cv-16970 ) ) Judge Harjani |
| Thomas Dart, Sheriff of Cook County, et. al., | ) ) ) ) |
| *Defendants.* | ) |

## PLAINTIFFS' INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Sheriff's Response to Admissions |
| 2 | Cook County's Response to Admissions |
| 3 | IDOC information for plaintiff William Mathis |
| 4 | Ellen Stoner Drawing of Cermak ramp |
| 5 | Eric Davis (1/19/2022) Deposition |
| 6 | Ellen Stoner (9/8/2021) Deposition |
| 7 | TJ Terrell e-mail sent 3/8/2021 |
| 8 | Carl Darr (4/30/2025) Deposition |
| 9 | Cook County answer to second set of interrogatories in Walker v. Dart, 20-cv-261 |
| 10 | Cook County answer to first set of interrogatories in Walker v. Dart, 20-cv-261 |
| 11 | Defendants' Rule 26(a)(2) Disclosure of Carl Darr in *Hernandez v. Dart*, 23-cv-16970 |
| 12 | Portion of 1991 ADA Standards |
| 13 | Portion of 2010 ADA Standards |
| 14 | GEC Report for Cermak Health Services |
| 15 | Tunnel Corridor Accessibility Assessment for RTU |
| 16 | Rule 30(b)(6) Deposition Notice |
| 17 | Lonnie Hollis Deposition |
| 18 | Lexipol Policy 148 |
| 19 | Portion of Appendix to 1991 ADA Standards |
| 20 | Intake medical record for plaintiff Hernandez dated 2/2/2022 |
| 21 | Plaintiff Hernandez Health Service Request Forms |
| 22 | Plaintiff Hernandez Deposition |
| 23 | RN Jeelan McCray 8/18/2022 Medical Record for plaintiff Hernandez |
| 24 | PA Brittany Wilkins record for plaintiff Mathis dated 10/16/2023 |
| 25 | PA Daniel Kaczrowski record for plaintiff Mathis dated 11/20/2023 |
| 26 | William Mathis Deposition |
| 27 | Walker v. Dart, 20-cv-261, Order |

| 28 | Timothy Tyrrell Deposition |
|----|----------------------------|
| 29 | Carlos Martinez Declaration |
| 30 | Tommy Love Declaration |
| 31 | Quovotis Harris Declaration |
| 32 | Kavarian Rogers Declaration |
| 33 | Kavarian Rogers Deposition |