IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CUAUHTEMOC HERNANDEZ and WILLIAM MATHIS<br>    Plaintiffs,<br><br>v.<br><br>THOMAS DART, SHERIFF OF COOK COUNTY, AND COOK COUNTY, ILLINOIS,<br><br>    Defendants. | Case No.: 23-cv-16970<br><br>Judge Sunil R. Harjani |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

PLEASE TAKE NOTICE that on July 10, 2025, Special Assistant Cook County State's Attorneys Jason Edward DeVore, Troy S. Radunsky, and Jorie R. Johnson, withdraw their appearance for Defendants Thomas Dart, Sheriff of Cook County, and Cook County, Illinois and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Adnan Shafi, substituted his appearance for said Defendants.

Respectfully Submitted,

JOHNSON & BELL, LTD.

By: /s/: Adnan Shafi
Adnan Shafi
Special Assistant State's Attorney
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
312-372-0770
Email: shafia@jbltd.com