# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Cuauhtemoc Hernandez and William Mathis v. Sheriff Dart, et al.

Case Number: 23-cv-16970

An appearance is hereby filed by the undersigned as attorney for:

Thomas Dart, Sheriff of Cook County and Cook County, Illinois

Attorney name (type or print): Adnan Shafi

Firm: JOHNSON & BELL, LTD.

Street address: 33 West Monroe Street - Suite 2700

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6334525
(See item 3 in instructions)

Telephone Number: 312-372-0770

Email Address: shafia@jbltd.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes ✔ No |
| Are you a member of the court's general bar? | ✔ Yes ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes ✔ No |
| Are you appearing *pro hac vice*? | ☐ Yes ✔ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes ✔ No |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 10, 2025

Attorney signature: S/ Adnan Shafi
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023