**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CUAUHTEMOC HERNANDEZ and WILLIAM MATHIS, | ) ) ) | |
| *Plaintiffs,* | ) ) | Case No. 23-cv-16970 |
| *-vs-* | ) ) | Judge Sunil R. Harjani |
| THOMAS DART, Sheriff of Cook County, and COOK COUNTY, ILLINOIS, | ) ) ) | Magistrate Judge Keri L. Holleb Hotaling |
| *Defendants.* | ) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE AND CROSS-MOTION FOR SUMMARY JUDGMENT
AND TO SUBMIT A COMBINED BRIEF IN EXCESS OF FIFTEEN PAGES**

Defendants, THOMAS DART, in his official capacity as Sheriff of Cook County, and COOK COUNTY, ILLINOIS, by their attorney EILEEN O'NEILL BURKE, State's Attorney of Cook County, through her Special Assistant State's Attorneys, JOHNSON & BELL, LTD., request an extension of time to file their combined response and cross-motion for summary judgment and to submit a brief in excess of fifteen pages. In support of their motion, Defendants state as follows:

1. On July 8, 2025, Plaintiffs filed their motion for summary judgment. (Motion, ECF No. 121.)

2. On July 10, 2025, Monica Burkoth, Samuel Branum, Adnan Shafi, and Nelson Aydelotte filed their appearances on behalf of Defendants after the Cook County State's Attorney's Office assigned this case to Johnson & Bell, Ltd.

3. On July 11, 2025, the Court granted Defendants' unopposed motion for an extension of time and set a deadline of September 9, 2025, to file dispositive motions. (Minute Entry, ECF No. 133.) Defendants requested the extension to allow new counsel time to receive and

review the case file, to understand the claims and defenses in the case, to file a response to Plaintiffs' motion for summary judgment, and to prepare a cross-motion for summary judgment.

4.     On July 17, 2025, in light of Plaintiffs' filing of their motion for summary judgment, the Court set a deadline of August 7, 2025, for Defendants to file a response and cross-motion for summary judgment. (Minute Entry, ECF No. 134.)

5.     On July 21, 2025, Johnson & Bell received the case file from Defendants' former counsel. Over the past two weeks, new counsel has been reviewing the case file and preparing a response to Plaintiffs' motion for summary judgment. Defendants are also working on a cross-motion for summary judgment to file contemporaneously with their response.

6.     Given the recent transfer of the case file, the additional work required to submit a response and cross-motion, and the additional time necessary for the client review process, Defendants require more time to finalize and file their combined brief.

7.     Defendants request a short extension of time until August 18, 2025, to respond to Plaintiffs' motion for summary judgment and to file a cross-motion for summary judgment.

8.     Courts have recognized that a change in counsel constitutes good cause for extending deadlines, as it is necessary to allow new counsel adequate time to prepare. *See United States v. Smith*, 771 F.3d 1045, 1047 (7th Cir. 2014) (granting extension of time to allow new counsel sufficient time to review the record and to submit an appropriate request for relief); *Yapan v. Marvin Holding Co.*, No. 11 C 5812, 2014 U.S. Dist. LEXIS 7593, at *1 (N.D. Ill. Jan. 22, 2014) (granting extension of time to respond to motion for summary judgment after new counsel appeared in the case); *Jack Tuchten Wholesale Produce, Inc. v. Farmer's Fresh Mkt. Inc.*, No. 08 C 5197, 2010 U.S. Dist. LEXIS 13746, at *2–3 (N.D. Ill. Feb. 17, 2010) (granting defendant "extra time to retain new counsel and respond to the motions").

9.     This is Defendants' second request for an extension of time to file dispositive motions, although the deadline requested in this second motion (August 18, 2025) is earlier than the deadline requested in the first motion (September 9, 2025).

10.     Also, because Defendants will be combining their response and cross-motion for summary judgment in one brief, Defendants respectfully request to file a brief in excess of fifteen pages. Based on Defendants' progress to date on the response and cross-motion for summary judgment, and due to the number of legal issues in this case and the number of arguments Defendants will be making in support of their motion for summary judgment, Defendants do not anticipate being able to fit all issues within fifteen pages.

11.     Defendants respectfully request they be allowed twenty pages, excluding the case caption, table of contents, table of authorities, and signature block, to adequately set forth the basis for each argument in their response and cross-motion for summary judgment.

12.     This motion is not brought for the purpose of delay but rather to provide Defendants additional time and opportunity to address this matter on the merits. Plaintiffs will not be prejudiced by allowing Defendants additional time to file a response and cross-motion for summary judgment, whereas Defendants would be unfairly prejudiced if they do not have adequate time to prepare their briefs.

13.     Defense counsel shared a draft of this motion with Plaintiffs' counsel before filing. Plaintiffs' counsel stated that he does not oppose this motion. Plaintiffs requested until September 8, 2025, to file a response and reply brief.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order, pursuant to the Federal Rule of Civil Procedure 6(b)(1)(A), granting them an extension up to and including August 18, 2025, to file a combined response and cross-motion for summary judgment,

with a corresponding extension until September 8, 2025, for Plaintiffs to file a response and reply

brief, and to allow Defendants twenty pages, excluding the case caption, table of contents, table of

authorities, and signature block, for their combined brief.

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

Dated: August 4, 2025                    /s/ *Samuel D. Branum*
                                         Special Assistant State's Attorney


Monica Burkoth (burkothm@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
Adnan Shafi (shafia@jbltd.com)
Nelson A. Aydelotte (aydelotten@jbltd.com)
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770