**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CUAUHTEMOC HERNANDEZ and WILLIAM MATHIS, ) ) ) *Plaintiffs,* ) ) ) -*vs*- ) ) ) THOMAS DART, Sheriff of Cook County, ) and COOK COUNTY, ILLINOIS, ) ) ) *Defendants.* ) | Case No. 23-cv-16970  Judge Sunil R. Harjani  Magistrate Judge Keri L. Holleb Hotaling |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, THOMAS DART, in his official capacity as Sheriff of Cook County, and COOK COUNTY, ILLINOIS, by their attorney EILEEN O'NEILL BURKE, State's Attorney of Cook County, through her Special Assistant State's Attorneys, JOHNSON & BELL, LTD., pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, move this Honorable Court to grant summary judgment in their favor and against Plaintiffs, CUAUHTEMOC HERNANDEZ and WILLIAM MATHIS, and the class on all claims alleged in their complaint, and to grant such other relief this Court finds reasonable and just. The grounds for this motion are set forth in the accompanying memorandum of law.

                                              Respectfully submitted,

                                              EILEEN O'NEILL BURKE
                                              State's Attorney of Cook County

Dated: August 18, 2025                       /s/ Adnan Shafi
                                              Special Assistant State's Attorney

Monica Burkoth (burkothm@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
Adnan Shafi (shafia@jbltd.com)
Nelson A. Aydelotte (aydelotten@jbltd.com)
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770