5/18/23, 1:24 PM　　　　　　　　　　　Cook County - Work Order



Case: 1:23-cv-16970 Document #: 139-1 Filed: 08/18/25 Page 1 of 2 PageID #:2074

## Cook County - Reactive Work Order

| | | | |
|---|---|---|---|
| **Property:** | Cermak Health<br>2800 S California Ave<br>Chicago, IL | **WO ID:**<br>**Ref WO:**<br>**Date:** | 860538<br><br>7/5/2022 |
| **Space/Floor:** | General | **Status:** | Closed |
| **Requestor Info:** | TIMOTHY TYRRELL<br><br>200 Department of Facilities Management<br>N/A | **Type:**<br>**Subtype:** | Ironworker<br>Other |
| **Priority:** | CPP | **Est Hrs:**<br>**Act Hrs:** | 72<br>117 |
| **Assigned to:** | ROBERT BLASE | **Complete By:**<br>**SLA Completion:** | 7/7/2022 9:03 AM CDT<br>7/7/2022 9:03 AM CDT |
| **Entered by:** | TIMOTHY TYRRELL | **Billable Flag:** | NO |
| **Asset Room/Area:** | | **Asset # / Asset Name** | NC-No Asset - NC-No Asset |
| **Asset Description:** | | | |
| **Statement of Work:** | CIP PROJECT #23280 - 1/SHAREPOINT ID #322<br>Remove existing handrails in ramp leading from tunnel to Cermak and replace with ADA compliant handrails.<br><br>Closing Comments:<br>PHASE ONE COMPLETE. PHASE TWO TO BE COMPLETED IN 2023. | | |

| Vandalism? Circle: | **Yes** | or | **No** |
|---|---|---|---|

| | | |
|---|---|---|
| **Request History:** | 7/5/2022 9:03 AM | CIP PROJECT #23280 - 1/SHAREPOINT ID #322<br>Remove existing handrails in ramp leading from tunnel to Cermak and replace with ADA compliant handrails. |
| | 7/5/2022 12:32 PM | Work Order printed. |
| | 7/19/2022 7:45 AM | Work Order printed. |
| | 8/4/2022 2:22 PM | Work Order printed. |
| | 8/5/2022 7:47 AM | Updated |
| | 12/7/2022 6:34 AM | Work Order printed. |
| | 1/3/2023 9:32 AM | PHASE ONE COMPLETE. PHASE TWO TO BE COMPLETED IN 2023.<br><br>Request has been closed. |
| | 5/4/2023 9:33 AM | Work Order printed. |

| **Start Date/Time:** | | **Finish Date/Time:** | |
|---|---|---|---|
| **Comments:** | | | |

### LABOR COST SUMMARY

| EMPLOYEE | DESCRIPTION | ACCOUNT | HOURS | RATE/HR | COST |
|---|---|---|---|---|---|
| NORTON | 8/10/2022 8:00 AM to 9:00 AM<br>WO Labor - | | 1.00 | $53.32 | $53.32 |
| NORTON | 8/19/2022 9:00 AM to 2:00 PM<br>WO Labor - | | 5.00 | $56.82 | $284.10 |
| BLASE | 8/20/2022 7:00 AM to 3:00 PM<br>WO Labor - | | 8.00 | $113.64 | $909.12 |
| BOERS | 8/20/2022 7:00 AM to 3:00 PM<br>WO Labor - | | 8.00 | $106.64 | $853.12 |
| MERKLE | 8/20/2022 7:00 AM to 3:00 PM<br>WO Labor - | | 8.00 | $106.64 | $853.12 |

https://cookcounty.famis.com/LB_Work_Order_Print.asp?Action=PRINTWOS&SortBy=1A&ReportType=htmlreport　　　　　1/2

Walker v. Dart et al., 20-cv-261　　　　Exhibit A Page 1　　　　CCSAO Walker 016185

| Name | Description | Hours | Rate | Total |
|---|---|---|---|---|
| NORTON | WO Labor - 8/20/2022 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| VEVERKA JR | WO Labor - 8/20/2022 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| NORTON | WO Labor - 12/7/2022 7:00 AM to 9:00 AM | 2.00 | $56.82 | $113.64 |
| BIEDRON | WO Labor - 12/7/2022 7:00 AM to 9:00 AM | 2.00 | $53.32 | $106.64 |
| BOERS | WO Labor - 12/7/2022 7:00 AM to 9:00 AM | 2.00 | $53.32 | $106.64 |
| BIEDRON | WO Labor - 12/15/2022 12:30 PM to 3:00 PM | 2.50 | $53.32 | $133.30 |
| NORTON | WO Labor - 12/15/2022 12:30 PM to 3:00 PM | 2.50 | $53.32 | $133.30 |
| BLASE | WO Labor - 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $56.82 | $454.56 |
| BIEDRON | WO Labor - 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| BOERS | WO Labor - 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| JOHNSON | WO Labor - 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| MERKLE | WO Labor - 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| SCHUCH | WO Labor - 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| VEVERKA JR | WO Labor - 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| MERKLE | WO Labor - 8/5/2022 7:00 AM to 9:00 AM WO Labor - Moved material to storage | 2.00 | $53.32 | $106.64 |
| VEVERKA JR | WO Labor - 8/5/2022 7:00 AM to 9:00 AM WO Labor - Pick materials and place in storage | 2.00 | $53.32 | $106.64 |

TOTALS SUMMARY

|  |  |
|---|---|
| Total Labor: | $11,039.10 |
| Total Materials: | $0.00 |
| Total Other Costs: | $0.00 |
| Total Amount Due: | $11,039.10 |

**REQUEST ID:** 860538

Approved By:_____   Date:_____   Signature:_____

Billable: ___   Non-Billable: ___   TI: ___