IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CORNELIUS WALKER, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -vs- | ) | Case No. 20-cv-261 |
| | ) | |
| THOMAS DART, Sheriff of Cook County, | ) | Judge Mary M. Rowland |
| and COOK COUNTY, ILLINOIS, | ) | Magistrate Jeannice W. Appenteng |
| | ) | |
| *Defendants.* | ) | |

### DECLARATION OF ERIC DAVIS

I, Eric Davis, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, and if called upon to testify at trial, hearing, or deposition would state, based upon my personal knowledge, the following:

1. I am the Deputy Director of the Department of Capital Planning and Policy for Cook County, Illinois. I have held this position since April 2017.

2. As the Deputy Director of the Department of Capital Planning and Policy, my duties and responsibilities include participating in the oversight of the design and construction work at the Cook County Jail and courthouses. My duties and responsibilities also include overseeing the development and implementation of Cook County's Capital Improvement Plan (CIP), which involves engaging both architects and contractors to perform that work and working with our user groups to make sure that we are accomplishing their needs within the resources available.

3. I am directly involved in coordinating with the Cook County Sheriff's Office to assist with the Cook County Department of Corrections (CCDOC) compliance with the Americans with Disabilities Act (ADA).

4. The Cermak Health Services Facility, located at 2800 S. California, Chicago, is owned by Cook County. The building is used to provide health services for the detainees on the CCDOC campus. The building has a pedestrian/material access tunnel serving the facility at the basement level. Located within the tunnel is an access ramp ("Cermak ramp").

5. Per the original design plans for the Cermak ramp from 1996, the drawing shows the rise of the Cermak ramp was intended to be 30 inches. (Ex. 1, Cermak Ramp Design Plans.) In November 2022, the County commissioned a surveyor to assess the grade of the ramp using a laser level. The survey showed the ramp to be exactly 30 inches down the middle of the ramp. (Ex. 2, Cermak Ramp Survey.)

6. Based upon the original design plans from 1996 and the survey that the County commissioned, the County's belief and understanding was that the vertical rise of the Cermak ramp was compliant with applicable accessibility laws, codes, and requirements.

7. As part of a comprehensive, multi-contract program to assess the overall ADA/accessibility compliance of all its public safety facilities (approximately 11 million square feet), the County hired a third-party architectural/engineering firm, Globetrotters Engineering Corporation (GEC), to assess the ADA compliance of the Cermak Health Services facility, starting with a report specifically on the Cermak ramp.

8. The ADA renovations work for the Cermak Health Services facility was included in the FY2023 Capital Improvement Plan (project number 23280). The Globetrotters contract

Exhibit A Page 2

(and subsequent construction) is funded under that item in the County budget. Project 23280 was carried over and is in the FY2024 CIP as well.

9. The GEC team conducted site visits on August 18, 2023, and September 1, 2023, to verify existing conditions related to the Cermak ramp.

10. The GEC team utilized a LIDAR system, advanced technology which the County does not possess, to document the physical conditions of the Cermak ramp in three-dimensional form. The three-dimensional imagery captured the top and bottom of the ramp as well as the landings.

11. The three-dimensional imagery of GEC's LIDAR system, which captured the entire space (ramp and landings), indicated that the ramp is 43.64 feet long with a vertical rise of 32.4 inches (slightly over two-and-half feet). It is my understanding that, because of the slight continuing slope of the landings at the top and bottom of the ramp, GEC's LIDAR system measured the ramp to be 2.4 inches higher in rise compared to the 30 inches measured by the surveyor. GEC determined the rise of the ramp exceeds the ADA Accessibility Guidelines (ADAAG) by only 2.4 inches over the course of that 43.64-foot run.

12. GEC documented the Cermak ramp has handrails mounted the full length of the ramp that are compliant with the 1991 ADAAG requirements. However, because of obstructions with adjacent doors, the handrails do not "extend 12 inches beyond the ramp," and GEC determined this aspect of the handrails is not compliant.

13. GEC pointed out that extension of the handrails at each end are complicated by the wall configurations at the top and bottom of the incline. The walls angle 45 degrees at each location. To provide a continuous rail, this condition will require having a 45-degree handrail

bend at each wall corner. However, this type of fitting is not available for anti-ligature handrails. Anti-ligature handrails are a necessary safety precaution in a jail setting.

14. Per County direction at the start of the project, GEC delivered specific recommendations for addressing the conditions on the ramp. GEC recommended extending the length of the floor incline at the bottom of the existing ramp to reduce the slope to less than 1:20 so that it would be no longer considered a ramp, and therefore will not be held to a maximum rise. (2010 ADA, Section 403.3 Slope, "The running slope of walking surfaces shall not be steeper than 1:20" and 505.1 General Advisory, "Handrails are not required on walking surfaces with running slopes less than 1:20.") GEC also recommended removing the existing handrails because if the walkway is no longer considered a ramp, handrails will not be required.

15. The County has accepted GEC's recommendation to remove the existing concrete ramp and re-pour it, with a slope of 1:20 or shallower, thereby making that area by code no longer a "ramp" but rather a walking surface, which does not require landings, handrails, etc. to traverse. Once the GED LIDAR information was received, the County began documenting the scope of work for the ramp's replacement.

16. The County has contracted with several architectural/engineering firms on a "task order" basis to design smaller projects, such as the replacement of the Cermak ramp. Based upon the project category and their prior experience, the County intends to assign HDR Architecture, one of the "task order" firms, to serve as the Architect of Record to develop design documents for bid and construction. The County is currently negotiating HDR Architecture's fees and will issue a Notice to Proceed with design after negotiations are complete.

17. To expedite construction, the County will be utilizing its Job Order Contracting (JOC) project procurement method. As the architects are starting their design work, the County intends to assign CREA Construction, one of its JOC contractors, to develop the pricing project such that, upon completion of the drawings, the work can proceed directly to construction.

18. To allow continuing access to the Cermak building during construction, the ramp will be completed one half at a time. During construction of one side of the ramp, the other side will allow pedestrian access. Once the first side is completed, construction will proceed on the other side, allowing pedestrian access on the newly renovated side of the ramp.

19. The County expects the design work to be completed, to obtain the permit, and begin removal and replacement of the ramp this year. Barring any unforeseen conditions that may arise during demolition and removal of the existing ramp, the County estimates it will take approximately 56 weeks (14 months) to reach substantial completion on the project. In total, the County estimates the removal and replacement of the ramp will be completed within 24 months.

20. Given the scope and nature of the project, 24 months to completion is a shorter timeframe than what would normally be expected with traditional design/bid/build. Because of the need to demolish and re-build the new ramp one half at a time, to allow continuing access to the Cermak building during construction, it would not be technically feasible to complete the removal and replacement of the ramp in a shorter timeframe.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on February 22, 2024      By: _____
                                        Eric Davis



Exhibit A Page 7

Exhibit 1



Exhibit 2

| COUNTY OF COOK | REVISED | RAMP SURVEY | DATE: 11-01-2022 | TOTAL SHEETS: 1 | SHEET NO.: 1 | SCALE IN FEET 0 5 10 15 |

Exhibit A Page 8