Case: 1:23-cv-16970 Document #: 142-5 Filed: 09/05/25 Page 1 of 1 PageID #:2279



Exhibit 5 Page 1