

Exhibit 6 Page 1