IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE WESTMORELAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 23-cv-1851 |
| | ) | |
| COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, ILLINOIS | ) | Hon. Judge Tharp, Jr. |
| | ) | |
| Defendants. | ) | |

## AGREEMENT REGARDING PLAINTIFF'S INSPECTION

At the request of counsel for the Plaintiff, Defendant Cook County Sheriff and counsel for Plaintiff Eugene Westmoreland agree to an inspection of the CCDOC as described and agreed in the paragraphs below:

1. Plaintiff may inspect the two pedestrian tunnels connecting the Residential Treatment Unit (Division 08-RTU) to the adjacent buildings at the Cook County Department of Corrections (CCDOC).

2. Plaintiff may inspect the metal ramp in Division 4 of the CCDOC that Plaintiff navigated on February 18, 2023, when he was being transported back to the RTU after voting. This ramp is depicted in a photograph/screenshot in "Plaintiff's Inspection Request" sent by Plaintiff's counsel to defense counsel of record, dated May 30, 2023.

3. This inspection will take place during a single visit on August 14, 2023, starting at Noon. Plaintiff's actual inspection time is not to exceed three hours. All parties will meet at Post 5 of the CCDOC no later than 11:55 a.m. The entry to Post 5 is located at 2700 S. California Ave. Chicago, IL, 60608.

4. The order of inspection will be determined by the CCSO staff so that it occurs in a manner that minimizes any disruption to CCDOC operations.

5. On behalf of the Plaintiff, the following persons will participate in the visit and inspection of the above referenced portions of CCDOC facilities:

    a. Patrick Morrissey, Attorney for the Plaintiff
    b. Thomas Morrissey, Attorney for the Plaintiff

    c. Gary B. Keclik, Plaintiff's retained expert

6. Only preapproved items can be brought into the CCDOC by visitors. Pursuant to this agreement, Mr. Keclik will bring into the facility one handheld camera, one tape measure, paper, one pen, and a Husky laser measuring instrument (7026270). Attorneys. P. Morrissey and T. Morrissey will each bring into the facility one paper notebook and one pen. All items shall be subject to inspection by the CCSO.

7. On behalf of Defendants, the following persons will participate in the visit and inspection of the above referenced portions of CCDOC facilities:

    a. Khara Coleman – CCSO, Deputy General Counsel

    b. Jason DeVore – Attorney for Defendants

    c. Troy Radunsky – Attorney for Defendants

    d. Zachary Stillman – Attorney for Defendants

    e. TBD – Attorney for Defendants

8. Each of the two pedestrian tunnels connecting the RTU to adjacent CCDOC buildings may be inspected, measured, or photographed. Additionally, the metal ramp in Division 4 navigated by Plaintiff on February 18, 2023, may be inspected, measured, or photographed. Except for the inspections outlined in this agreement and the agreement in *Walker v. Dart*, 20-cv-261, no other facilities and/or locations of the CCDOC will be visited, inspected, measured, or photographed during this visit.

9. The inspection, and all photographs and measurements, will take place in the presence of counsel for all parties to the case, and employees of the Cook County Sheriff's Office. Neither Plaintiff's counsel, nor representatives of Plaintiff's counsel, will question any representatives of the Cook County Sheriff's Office, or any other individuals providing access to CCDOC facilities, during the inspection.

10. Copies of all photographs and measurements taken by counsel of record during the inspection will be provided to all counsel within 30 days of the inspection date.

11. Each of the undersigned expressly acknowledges that he/she is assuming any and all risk of injury arising from his/her entry upon the premises. Each of the undersigned acknowledges that he/she will hold the Cook County Sheriff's Office, and any of its affiliates, agents, representatives and employees, harmless from all claims of any nature by any of the undersigned claiming injury or damage resulting from his/her inspection of the premises.

___ Gary B. Keclik_____
Print Name

*Gary B Keclik*
Signature

Pat Munsey
Print Name

*[signature]*
Signature

Thomas B. Morrissey
Print Name

*[signature]*
Signature

_____
Print Name

_____
Signature