IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ENRIQUE ENRIQUEZ, | ) | |
| *Plaintiff,* | ) ) ) | |
| -*vs*- | ) ) | Case No. 25-cv-2998 |
| THOMAS DART, Sheriff of Cook County, and COOK COUNTY, ILLINOIS, | ) ) ) | Judge Johnson Coleman Magistrate Judge Berry, III |
| *Defendants.* | ) ) | |

### DECLARATION OF GARY B. KECLIK

Under penalties of perjury, I, Gary B. Keclik, certify the following statements are true and correct based on my personal knowledge:

1. I am licensed by the State of Illinois as an architect.

2. It is my understanding that Division 11 is located at 3015 S. California Blvd. and is made up of thirty-two (32) living units.

3. On August 27, 2025, I was permitted to inspect two living units in Division 11 of the Cook County Department of Corrections. Present during this inspection was Patrick Morrissey, Thomas Morrissey, Assistant State's Attorney Elizabeth Brogan, Assistant State's Attorney John McInerney, Assistant State's Attorney Briana Leatherberry, Supt. Andew Hein, and Sgt. Harris. Also, there was another woman who also participated in the inspection, but I did not obtain her name.

4. I first inspected the dayroom toilets and dayroom showers on Living Unit AA. It appears that one toilet area, and one shower room in the dayroom was modified to comply with ADA structural standards.

Exhibit 9 Page 1

5. I next toured a few cells on Living Unit AA. I did not observe any grab bars near any cell toilet in Living Unit AA.

6. During this inspection, I was told by the representatives of the Sheriff's Office that there are no grab bars in any of the cells on Living Unit AA in Division 11.

7. Living unit AA has stairs that lead to the second floor. The handrails to reach the second floor are not anti-ligature. The railings around the perimeter of the second floor are not anti-ligature.

8. I was told by the Sheriff's representative that only one portable shower seat is available for all Division 11 inmates. I was also told by the Sheriff's representative that this chair is stored on "Lower A."

9. During my tour of Division 11 on August 27, 2025, I did not observe any sign notifying inmates that a portable chair is available upon request to use in the shower.

10. The next living unit I inspected was Living Unit CB. There were no grab bars around any of the dayroom showers or toilets in Living Unit CB.

11. I was told by the Sheriff's representative that none of the cells in Living Unit CB have grab bars near the cell toilets. I inspected a cell on Living Unit CB and did not observe any grab bars near this cell toilet.

12. I was also told by the Sheriff's representative that the remaining living units in Division 11 are identical to Living Unit CB, meaning that none of the dayroom toilets and showers have grab bars and that none of the cells have grab bars near the toilets.

Exhibit 9 Page 2

13. On February 20, 2025, in *Rogers v. Dart*, 24-cv-3739, I was permitted to inspect a few living units in Division 9 at the Cook County Department of Corrections. Similar to Division 11, the handrails inside the living units that I toured did not have anti-ligature handrails. A picture depicting a living unit in Division 9 that I took is below:



Dated: 09.02.2025

_____

Gary B. Keclik

Exhibit 9 Page 3