IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) ) ) |
| *Plaintiffs* | ) ) |
| -*vs*- | ) 23-cv-16970 ) ) Judge Harjani |
| Thomas Dart, Sheriff of Cook County, et. al., | ) ) ) ) |
| *Defendants.* | ) |

**PLAINTIFFS' INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Eric Davis (10/23/2024) Deposition |
| 2 | Eric Davis (3/12/2024) Deposition |
| 3 | Transcript from *Walker v. Dart*, 20-cv-261, hearing on March 23, 2023 |
| 4 | Carl M. Darr (6/3/2024) Deposition |
| 5 | Photograph of handrail on RTU east tunnel ramp |
| 6 | Photograph of handrails in Division 4 |
| 7 | Inspection agreement in *Westmoreland v. Dart*, 23-cv-1851 |
| 8 | Defendants' Rule 26(a)(2)(B) Disclosure in *Westmoreland v. Dart*, 23-cv-1851 |
| 9 | Gary Keclik declaration dated 9/2/2025 |