| (Do Not Modify) Offender Alert | (Do Not Modify) Row Checksum | (Do Not Modify) Modified On | Status | Inmate | Type | Alert | Ranking (Alert) (Alert) | Effective Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| 442378cf-0706-ee11-92e2-00155d15847f | JV87IE9ufgp4Kz5PEAOSn7nXE6INTDOFM5DAWoUamr04BIOSv778wHBC/+CKacd+BFLKVQKN/phuoiOP2sIq9A== | 6/8/23 14:22 | Active | William Mathis | Medical | Lower Bunk | 13.14 | 6/8/23 9:21 | |
| 485b3fb2-67d6-ee11-92f8-00155d1584f9 | QikbYda08WHcnjkP5RZmHTycEMS9QwDO3toohYEz+FfPnHhDXDPAigEJSt28gYa5trWXoNQBge7us8pQHOwzVQ== | 2/28/24 18:32 | Active | William Mathis | Programs | IIC Registered Voter (County) | | 2/28/24 12:31 | |
| 8e20bb73-27db-ee11-92f8-00155d1584f9 | yKtQHqpSuelEIWXIAqMcwb/nEDSpN7/ZWrip0FHiTtxSzW1MPYGOOTbvIafwF4YruaGeecrHgIJOvSVS0Ok7MQ== | 3/5/24 19:35 | Active | William Mathis | Programs | Religious Holiday Meal | | 3/5/24 13:34 | |
| bbdc201a-acd5-ed11-92db-00155dd6a455 | JsMdwiWSFbcAiIoEcFhoT60iZtMoGq7diU4nmznWqaK9qvlNnn9Gpc+fe4pRai0a1iLgtvuTpHZdx0r8WVhpfg== | 4/2/24 14:02 | Active | William Mathis | Security | Covid/Intake Tested | | 4/7/23 20:24 | |
| b40fb5f5-50d5-ed11-92db-00155de79069 | Byl3k+5hdX6MOMc7gopUGHhBvimOXJfEAZAW1TEYws5vITnIHkOj8pfwbfQP4jzfrz1aYJ+sNToK5oG813bs0Q== | 4/7/23 14:32 | Active | William Mathis | Medical | COVID Vaccine Complete | | 4/7/23 9:32 | |
| 37a0e927-336c-ee11-92ed-00155de790bc | wiB17P2cm8senH/GLrL+peTN33yULufuLsVW6qR2uef4GRE3qgnATp/JouZfpFgLVhC8kQa18gzPy93rPd6POA== | 10/16/23 14:49 | Active | William Mathis | Medical | Cane Long Distance Only | 10.06 | 10/16/23 9:48 | |
| f35de2ee-40cc-ee11-92f7-00155de79110 | 7PDt7EDJ12uiy56LZ0GrqV689kDOOqA++Nr4ehqfLDvkNXm4H4VDE0LmLMF4YIDnKgduZKSoaTELPty5HBRHDw== | 2/15/24 20:29 | Active | William Mathis | Medical | M2 Medical Dose By Dose Housing | 9.06 | 2/15/24 14:29 | |
| bd742eb5-4c77-ee11-92ee-00155d9ac0d5 | wmz0zfcYoBLrQ1F60EzoQD36ImUvBw+xAKXLTFAfv4RIb+q5Wa/tsMp1nDuTFIwo4xxYt6deg3UgDzMOp8qTIA== | 10/31/23 16:59 | Inactive | William Mathis | Medical | M4 Medical Infirmary Housing (Clear before release) | | 10/30/23 12:49 | 10/31/23 11:59 |
| 083aa649-c187-ee11-92f5-00155dd6a4d4 | 2ENnShZBFbY8VszX4HJO8w0TXcshMeuMZi9U7M1Sex8RLoWWn4JsaOIYLXPKemiudodqXTeJnsUqp620+4fYVg== | 11/25/23 16:31 | Inactive | William Mathis | Medical | Crutches | 10.07 | 11/20/23 10:20 | 11/25/23 10:31 |
| bf28c30a-4d77-ee11-92ef-00155dd6a4d5 | GGryyk/icwfovBE1M9c6vv8NIAsA69ZY/fxi/zqVftHlxT73cd22gUIYj9xyumz2BR3gvClioVkLQbO6StMwIw== | 10/31/23 5:30 | Inactive | William Mathis | Medical | Clear Diet (2 Days Only) | | 10/30/23 12:51 | 10/31/23 0:00 |
| 766dbe84-9697-ee11-92f9-00155dd6a4ea | V5OEHV2UIV9SfZemStdUEzmxZ3rtbsIQ8LeZv/GoTWaK5kVXINXew6DLTa1P5jf+DtPE1eYtq8/urFqH19Qshw== | 2/15/24 20:29 | Inactive | William Mathis | Medical | M3 Medical Intermediate Housing | 9.04 | 12/10/23 13:58 | 2/15/24 14:29 |
| 3e818066-50d5-ed11-92d9-00155de7906a | v+xLu9PCpsjQFtAwwuW151s9k5h3v3PMPbn+RAMs7nhfRk6O9udGBJrIo2HZIzETjEE5rr/McxifIviSKSEC1Q== | 4/20/23 13:58 | Inactive | William Mathis | Security | Separated Intake Housing | | 4/7/23 9:27 | 4/20/23 8:00 |
| 0f787eae-b1d5-ed11-92dc-00155de7906f | qBXwrLCAEbs/PONpNN/6Rt0YTdbvWgfMeWM/FE2VfbPgtMExo2HGeX1CB7wDzgq3UTj9HFD+bLqQtAHr2IsQHA== | 4/12/23 14:37 | Inactive | William Mathis | Medical | DETOX | 9.07 | 4/7/23 21:02 | 4/12/23 9:37 |
| 5621c1bf-b1d5-ed11-92dc-00155de7906f | vxZ+4speJ9LgoiUImZPnrZDuoGN04ZLo0sZf/jc5zcYZinAj1TFCgX5QQrBqUZ3vYIFuY/a7z11rQ/h6kVPT3w== | 11/20/23 16:24 | Inactive | William Mathis | Medical | M2 Medical Dose By Dose Housing | 9.06 | 4/7/23 21:04 | 11/20/23 10:21 |