Exhibit 2, HDR Architecture "Cermak Tunnel Renovation Program Analysis Report" dated August 2, 2024 (to be filed provisionally under seal because defense counsel marked this document "Confidential-Subject to Protective Order")