Exhibit 3, Tunnel Cam 0.108 CMK to RTU on November 7, 2019 (to be filed as a digital media exhibit)