Case: 1:23-cv-16970 Document #: 143-4 Filed: 09/07/25 Page 1 of 6 PageID #:2303




# Cook County Sheriff FOIA Request Center

☰ENU

| | |
|---|---|
| View File(s) | View Message(s) |
| **Request Type:** | FOIA Request |
| **Primary Requester E-Mail:** | patrickmorrissey1920@gmail.com |
| **Reference No:** | R069821-022825 |
| **Status:** | Partial Denial |
| **Balance Due:** | $0.00 |
| **Payments:** | $0.00 |



DOWNLOAD ALL

| Files: | UPLOAD DATE | |
|---|---|---|
| | 03/06/2025 | Document1248392_Redacted_Grievance_Produced_Feb_28_2025.pdf |
| | 02/28/2025 | Craig_Feb_24_2025_letter.pdf |

Please note that the Sheriff's Office is an independent entity from the Chicago Police Department ("CPD"). Click here to submit a FOIA request to CPD.

FOIA is not the appropriate venue to obtain a complete criminal background history. In order to get a complete criminal background report you should contact the Illinois State Police Bureau of Identification here.

**Name of Requester:**

Please provide a contact name if using a Corporate or Company email account.

**Requester Affiliation:*** 

## Search FAQs

Search for:  [        ] Search

## Top FAQs

Do I have to create an account to subpoena records?

How many days does the public body have to respond to my FOIA request?

For subpoena requests, do I have to attach a copy of the subpoena?

When does the 5 business day time period start?

What is a "business day" or "working day"?

Powered by GovQA

Exhibit 4 Page 1

**Firm Name:**

**Client Name:**

**Additional Email(s) - FOIA:**

**Is your FOIA request for a Commercial Purpose?:** *

- ○ Yes
- ● No

*"Commercial purpose" means the use of any part of a public record or records, or information derived from public records, in any form for sale, resale, or solicitation or advertisement for sales or services. (5 ILCS 140/2) (from Ch. 116, par. 202)*

**Records Request:**

**If this records request is seeking a Cook County Sheriff's Police Department or Cook County Sheriff's Court Services Department report, please fill out the following report fields to the best of your ability and provide any further details in the summary field below.**

| **Report Date:** | **Report Number:** | **Report Address / Location:** |
|---|---|---|
| Report Date | Report Number - Example: SH-00-0000000 | Report Address / Location |

**Summarize the Record(s) Requested:** *

Please preserve and produce video of the RTU east tunnel ramp and Cermak ramp on February 6, 2025, between 7:00 pm and 12:00 am. This video should show Florencio Craig (2024-0707094) move up and down reach ramp unassisted. A signed statement by Mr. Craig authorizing the Sheriff to turn over this video to my office is attached.

On information and belief, this video footage is marked: (1) Tunnel-CAM 0.101 CMK, and (2) Tunnel-CAM 0.108 CMK to RTU West.

*Please be specific with your request to narrow our search and respond to you quickly and efficiently.*

**Preferred Method to Receive Records:** *

- ● Electronic via Records Center

- ○ Inspect On-site
- ○ Pick-up Copies
- ○ Regular Mail

*Please note not all documents are available in electronic format. If the document(s) requested are not available electronically, we will make them available for inspection or by paper copy.*

[ Save ]  [ New Message ]  [ Cancel ]

## Messages  6            🖨 Print Messages (PDF)

⌄  ✉ On 3/10/2025 11:58:12 AM, Cook County Sheriff's Office wrote:

**Subject:** [Records Center] FOIA Request :: R069821-022825
**Body:**
RE: FOIA Request of February 28, 2025, Reference # R069821-022825

Dear Patrick Morrissey,

Thank you for contacting the Cook County Sheriff's Office ("CCSO") pursuant to the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140/1 et seq. (2012).

You requested the following records:

 Please preserve and produce video of the RTU east tunnel ramp and Cermak ramp on February 6, 2025, between 7:00 pm and 12:00 am. This video should show Florencio Craig (2024-0707094) move up and down reach ramp unassisted. A signed statement by Mr. Craig authorizing the Sheriff to turn over this video to my office is attached.

On information and belief, this video footage is marked: (1) Tunnel-CAM 0.101 CMK, and (2) Tunnel-CAM 0.108 CMK to RTU West.

The video(s) requested have been released to you. You will receive a separate email from Evidence.com with a link to download the footage. Please note that information has been redacted in accordance with 5 ILCS 140/7(1)(c) in order to preserve the privacy and confidentiality of individuals involved.

[FOIA Request - R069821-022825](#)

You have a right to have the denial portion of your request reviewed by the courts and/or the Public Access Counselor (PAC) at the Office of the Illinois Attorney General at 500 South 2nd Street, Springfield, Illinois 62701, (877) 299-FOIA.

**This matter has been closed today.**

Sincerely,

Exhibit 4 Page 3

Antoinette Appleton

Cook County Sheriff's Office
FOIA Officer/Legal Department

On 3/6/2025 1:59:17 PM, Cook County Sheriff's Office wrote:

**Subject:** [Records Center] FOIA Request :: R069821-022825
**Body:**
RE: FOIA Request of February 28, 2025, Reference # R069821-022825

Dear Patrick Morrissey,

Thank you for contacting the Cook County Sheriff's Office ("CCSO") pursuant to the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140/1 et seq. (2012).

Your request mentioned:

*Please preserve and produce video of the RTU east tunnel ramp and Cermak ramp on February 6, 2025, between 7:00 pm and 12:00 am. This video should show Florencio Craig (2024-0707094) move up and down reach ramp unassisted. A signed statement by Mr. Craig authorizing the Sheriff to turn over this video to my office is attached.*

*On information and belief, this video footage is marked: (1) Tunnel-CAM 0.101 CMK, and (2) Tunnel-CAM 0.108 CMK to RTU West.*

Please be advised that the CCSO is extending its time for response by five business days pursuant to 5 ILCS 140/3(e) because the requested records have not been located in the course of a routine search and additional effort is being made to locate them.

Please note that this correspondence does not serve to waive any exemptions available to this public body under FOIA. The CCSO will issue a response on or before **March 14, 2025**. Thank you for your patience.

Please contact us by replying to this email if you have any further concerns/questions related to this request.

Sincerely,

Antoinette Appleton

Cook County Sheriff's Office
FOIA Officer/Legal Department

On 3/6/2025 10:08:07 AM, Patrick Morrissey wrote:

Good morning,

I write in response to your request to narrow down the video footage request. The Sheriff's Records should identify the precise time when Craig moved from the RTU to Cermak and from Cermak to RTU. Will you use these records to narrow down this timeframe? Mr. Craig's grievance states this

Please let me know immediately whether the Sheriff will produce requested video.

Pat Morrissey

> ✉ On 3/6/2025 8:26:15 AM, Cook County Sheriff's Office wrote:
>
> **Subject:** [Records Center] FOIA Request :: R069821-022825
> **Body:**
> RE: FOIA Request of February 28, 2025, Reference # R069821-022825
>
> Dear Patrick Morrissey,
>
> Thank you for contacting the Cook County Sheriff's Office ("CCSO") pursuant to the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140/1 et seq. (2012).
>
> Your request mentioned:
>
> *Please preserve and produce video of the RTU east tunnel ramp and Cermak ramp on February 6, 2025, between 7:00 pm and 12:00 am. This video should show Florencio Craig (2024-0707094) move up and down reach ramp unassisted. A signed statement by Mr. Craig authorizing the Sheriff to turn over this video to my office is attached.*
>
> *On information and belief, this video footage is marked: (1) Tunnel-CAM 0.101 CMK, and (2) Tunnel-CAM 0.108 CMK to RTU West.*
>
> Please be advised that at this time the CCSO asks that you narrow your request as compliance would be overly broad and unduly burdensome, pursuant to 5 ILCS 140/3(g). At this time, your request would require at least 10 (ten) hours of review (five hours per camera request). We would like to extend you the opportunity to confer with our office in order to reduce your request to manageable proportions. Please respond with a narrowed response, such as by narrowing the requested time period, or provide a time you are available to conference call with our office in order to discuss your request.
> Sincerely,
>
> Antoinette Appleton
>
> Cook County Sheriff's Office
> FOIA Officer/Legal Department

> ✉ On 2/28/2025 9:57:26 AM, Cook County Sheriff's Office wrote:

Exhibit 4 Page 5



Dear Patrick Morrissey:

Thank you for your interest in public records of the Cook County Sheriff's Office. Your request was received in this office on 2/28/2025 and given the reference number R069821-022825 for tracking purposes.

Your request will be forwarded to the relevant department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question.

To monitor the progress or update this request please log into the FOIA Request Center

✉ On 2/28/2025 9:57:25 AM, Patrick Morrissey wrote:

Request Created on Public Portal

For assistance in submitting your request, please use the guide available here: **GovQA How-to Guide Requestors 2020**

Powered by GovQA

Exhibit 4 Page 6