Exhibit 5, Tunnel Cam 0.108 CMK to RTU on February 6, 2025 (to be filed as a digital media exhibit)