**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

CONTROL #: 2021 10913
INMATE ID #: 811832

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

040CODE

☐ Cermak Health Services
☐ Superintendent: _____
☒ Other: DOC Admin

PRINT - INMATE LAST NAME: Westmoreland
PRINT - FIRST NAME: Eugene
INMATE BOOKING NUMBER: 20191030026
DIVISION: 08 - RTU
LIVING UNIT: 3F
DATE: 08-12-21

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 8-10-21 | 9:00 am | RTU-Building — Halls | Tom Dart Cook County Sheriff Dept |
| 8-11-21 | 9:00 am - 10:30 | Court Building - Halls | |

On my way from the RTU building to the court building on 8-10-21 between the hours of 9am - 10:30 am, I encountered problems using my wheelchair going up and down several ramps. I suffered burns on my hands, upper body aches in my arms, neck and feeling very fatigued after I came from court. (I had surgery on my spinal cord about 16 years ago (one and a half)). I think the reason the officer (Anderson) didn't push me is because he had another wheelchair inmate whom he pushed, so I rolled myself all the way to the court building. I could not use the restroom in the holding cell, rolled back with little assitence & next to court Room 307, It wasn't ADA accessible.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Transport Officers on duty (Anderson was 1 of 4)

INMATE SIGNATURE: [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): D. Wilson
SIGNATURE: D. Wil—
DATE CRW/PLATOON COUNSELOR RECIEVED: 8.13.21

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

Wilday

CONTROL NUMBER: 2021 10912
INMATE #: 811822

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME: WEST
INMATE FIRST NAME: Eugene
ID Number: 20191030026

GRIEVANCE ISSUE AS DETERMINED BY CRW: 010 ADA Issue

IMMEDIATE CRW RESPONSE (If applicable): N/A

CRW/ REFERRED THIS GRIEVANCE TO: DOC Admin
DATE REFERRED: 8/16/21

RESPONSE BY PERSONNEL HANDLING REFERRAL:
After review of available evidence and speaking with staff involved, staff will be reminded to document any refusals of assistance while being transported via wheelchair. Detainee Westmoreland was not placed in holding cell behind 304. Nor were there any injuries according to medical

PERSONNEL RESPONDING TO GRIEVANCE (Print): SABRINA C___
DIV./DEPT: DOC/ADA
DATE: 08/20/21

INMATE SIGNATURE: [signed]
DATE RESPONSE WAS RECEIVED: 08-24-21

**INMATE'S REQUEST FOR AN APPEAL**

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: 08/24/21

I am not satisfied with this decision.

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes ☐ No ☒

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: Original Response to stand

INMATE SERVICES DIRECTOR/DESIGNEE: J. Mueller
DATE: 8/27/21

INMATE SIGNATURE: Delv Via COVID19
DATE APPEAL RESPONSE WAS RECEIVED: AUG 31 2021

(FCN-72) (NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)