Case: 1:23-cv-01851 Document #: 120-6 Filed: 08/21/25 Page 1 of 3 PageID #:1528

Case: 1:23-cv-01851 Document #: 27-3 Filed: 07/17/23 Page 1 of 7 PageID #:150

1 of 2

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| 2022x18190 | 811822 |

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF *(! Para ser llenado solo por el personal de IIC Services !)*

- ☐ Emergency Grievance
- ☐ Grievance (circled)
- ☐ Non-Compliant Grievance

010

- ☐ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: D.O.C.-8

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo)* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo)* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| Westmoreland | Eugene | 20191030026 |
| **DIVISION** *(División)* | **LIVING UNIT** *(Unidad)* | **DATE** *(Fecha)* |
| 08-RTU | 3F | 12/12/22 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.** The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 12/12/22 | I believe between 8:15am. - 8:45am | RTU- Cermack Transport | Tom Dart/cook county Correctional staff/supt./Lt. |

This grievance is concerning the steep in the non-compliant ramps I used yesterday to roll up and down in my wheelchair to reach cermack. Moving up and down these steep ramps has caused my hands to burn, upper body pain in my already damaged upper body and it also deprive me of the ability to move to and from cermack equal to that of a non disable detainee.

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o individuo que tengan información:)*

**SIGNATURE of Individual in Custody:** *(Individuo bajo costodia):* [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: |
|---|---|---|
| D. Wilson | D. [signature] | 12.13.22 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-58)(**MAR 22**) (**WHITE COPY** – IIC SERVICES DEPT.) (**YELLOW COPY** – CRW) (**PINK COPY** – INDIVIDUAL IN CUSTODY)

2 of 2

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| 2022X18190 | 811822 |

**! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF** *(! Para ser llenado solo por el personal de IIC Services !)*

- ☐ Emergency Grievance
- ☐ ~~Grievance~~
- ☐ Non-Compliant Grievance

610

- ☐ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: D.O.C-8

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo)* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo)* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| Westmoreland | Eugene | 20191030026 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 08-RTU | 3F | 12/12/22 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies. The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 12/12/22 | Between 8:45 am - 10:15 | Cermack | Movement officer / Cook County correctional staff / Supt. / Lt |

Im confined to a wheel chair and I had an outside doctor's appointment at 10:30-11 am. The movement officer took me from my tier (3F) at around 8:00 am. He had me sit in a holding cell in the RTU building for about a half an hour. I was then transported to cermack where I sat in another holding cell for an additional hour and a half. While in cermak I had to use the bathroom, after asking, they told me I couldn't because the toilet and sink were not accessible for wheelchair use which I require. Because of this, I was unable to use the toilet on the same basis as a non disabled detainee. An insodent also happened to me while I was sitting in the cermack H cell as well. I never used the bathroom until I returned from my appointment. I was in a significant amount of pain in my kidney area because of this.

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual In Custody: *(Individuo bajo costodia)*: |
|---|---|
| | [signature] |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECEIVED: |
|---|---|---|
| D Wilson | [signature] | 12·13·22 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-58)(**MAR 22**) **(WHITE COPY** – IIC SERVICES DEPT.) **(YELLOW COPY** – CRW) **(PINK COPY** – INDIVIDUAL IN CUSTODY)

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 000049

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2022x18190 | 811822 |
| PRINT: CRW LAST NAME: Wilson | |

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

| Individual In Custody LAST NAME: | Individual In Custody FIRST NAME: | BOOKING ID #: |
|---|---|---|
| Westmoreland | Eugene | 20191030026 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 010 Ada Issues

IMMEDIATE CRW RESPONSE (if applicable):

CRW/REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): D.O.C - 8

DATE REFERRED: 12 / /

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

After reviewing all available evidence and speaking to Staff, Detainee Westmoreland declined to allow ofc transporting him to push his wheelchair. Westmoreland was offered the opportunity to use the accessible restroom in Cermak and declined stating "I take me back to RTU I don't want to be here."

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| SABRINA [illegible] | [signature] | DOC/ADA | 12 / 19 / 22 |

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY !** *(Esta sección debe ser completada por el individuo.)*

| INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo bajo custodia.): | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibido) |
|---|---|
| [signature] | 12 / 28 / 22 |

**INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL** *( Solicitud de apelación del individuo )*

TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

- **To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.**
  *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*
**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* 12 / 28 / 22

The staff and officer is lieing, I would never turn down a trip because I know I need it. They never offered me the opportunity to use the restroom in cermack; I never knew one assisted, and I never spoke those words. I never rushed anyone to take me back.

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?** Yes / **No** (circled)
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original Response to Stand

| IIC SERVICES DIRECTOR/DESIGNEE (Director de Servicios de IIC / Designado): | SIGNATURE (Firma): | DATE (Fecha): |
|---|---|---|
| J Mirelle | [signature] | 12 / 30 / 22 |

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY** *(Esta seccion debe ser completada por el individuo.)*

| INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo.): | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibido.) |
|---|---|
| Delv Via COVID19 | JAN 04 2023 |

(FCN-59)(MAR 22) (WHITE COPY – IIC SERVICES) (YELLOW COPY – CRW) (PINK COPY – INDIVIDUAL IN CUSTODY)

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 000050