10CODE

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

CONTROL #: 2024X 00603
Individual in Custody SHORT #: 0492414

| THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (!.Para ser llenado solo por el personal de IIC Services !) |
|---|---|
| ☐ Emergency Grievance (14) | ☐ Cermak Health Services |
| ☒ Grievance | ☐ Superintendent: |
| ☐ Non-Compliant Grievance | ☒ Other: DOC Admin |

PRINT - INDIVIDUAL IN CUSTODY LAST NAME: Phillips
PRINT - FIRST NAME: Raasikh
BOOKING NUMBER: 20230127098
DIVISION: 8 RTU
LIVING UNIT: 3G
DATE: 01-14-2024

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearing officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Información de IIC o consulte a un CRW (trabajador de rehabilitación correccional) para obtener ayuda.
El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 01-14-2023 | Between 1:00pm - 3:00pm | In the Tunnel from Division 8 RTU to Division 8 Cermak | Cook County Department of Correction |

On or about January 14, 2023 I was walking with my walker to Cermak from RTU through the basement tunnel. & along the walk there was a ramp that goes up & a ramp that goes down. & it was extremely hard to walk up the ramp, so was it extremely hard to walk down the ramp. Those ramps could cause a very bad injury to someone. I want for someone not to get hurt going up & down those ramps, & myself included. Someone should do something about that A.S.A.P.

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: Raasikh Phillips, Movement Officer Lopez

SIGNATURE of Individual in Custody: [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW NAME (Print): Swanigan
SIGNATURE: Wang
CRW NOTATION OF SENT EMAIL (Print):
DATE CRW RECEIVED: 01-17-24
DATE EMAIL NOTIFICATION SENT:

(FCN-07) (FEB 23) (WHITE COPY – IIC SERVICES DEPT.) (YELLOW COPY – CRW) (PINK COPY – INDIVIDUAL IN CUSTODY)

Grievance #2024x00603

Response issued January 25, 2024

After reviewing available evidence and speaking with the movement officer, staff complied with CCSO policy. On January 14th at 1328 hours the movement Officer is observed transporting Detainee Phillips to Cermak from RTU. Detainee Phillips is utilizing a walker to ambulate from RTU to Cermak. Detainee Phillips was walking slowly, but without difficulty. At no time does detainee Phillips tell the movement officer that he is unable to walk using his walker. Detainee Phillips gait appears identical throughout the tunnel, whether that be walking up or down an elevated surface, or just at one level. Upon being cleared by the urgent care doctor to return to RTU; to expedite the transportation, an officer provides Detainee Phillips with a wheelchair and pushes him back to RTU. Detainee Phillips has been evaluated by multiple medical staff members and cleared to ambulate with a walker on all surfaces.

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(individuo bajo custodia - formulario de respuesta/apelación de queja)

CONTROL NUMBER: 2024X 00603
Individual in Custody SHORT #: 04926014
PRINT: CRW LAST NAME: Swanson

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

Individual In Custody LAST NAME: Phillips
Individual In Custody FIRST NAME: Laaside
BOOKING ID #: 2023 0127098

GRIEVANCE ISSUE AS DETERMINED BY CRW: 10 ADA Issue

IMMEDIATE CRW RESPONSE (if applicable): N/A

CRW/REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): DOC Admin
DATE REFERRED: 01/16/24

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Please see attached response

RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR#
PRINT: SABRINA CARSON
DIV./DEPT.: DOC/ADA
DATE: 01/25/24

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY**

INDIVIDUAL IN CUSTODY SIGNATURE: [signed]
DATE RESPONSE WAS RECEIVED: 02/02/2024

**INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL**

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above noted response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:
DATE OF APPEAL REQUEST: 02/02/2024

I did in fact inform moving officer that it was extremely hard to walk up the elevated ramp, which is why I was provided the wheelchair for expedited & safe return.

DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL? Yes / **No**

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:

Original Response to stand

IIC SERVICES DIRECTOR/DESIGNEE: J. Mueller
DATE: 2/8/24

DATE APPEAL RESPONSE/DECISION WAS FORWARDED: FEB 13 2024

(FCN-08)(FEB 23)  (WHITE COPY – IIC SERVICES)  (YELLOW COPY – CRW)  (PINK COPY – INDIVIDUAL IN CUSTODY)