IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez, *individually* and for a class, <br><br> Plaintiff, <br><br> -vs- <br><br> Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, <br><br> Defendants. | ) ) ) ) ) ) 23-cv-16970 ) ) Judge Harjani ) ) ) ) ) ) |

## DECLARATION OF RAASIKH PHILLIPS

Under penalties of perjury as provided by law, the undersigned certifies that the following statements are true:

1. My name is Raasikh Phillips. I am incarcerated at the Cook County Jail under booking number 2023-0127098.

2. Since November of 2023, I have relied on a walker to move from place to place because of a medical condition.

3. I travel from my housing unit, the RTU, to the Cermak building. To reach Cermak, I must walk up a ramp and down a ramp. These ramps are steep and long. I am unable to traverse the ramps on the same basis as non-disabled inmates because of these structural barriers. It causes me pain to traverse these ramps and I fear I may fall.

4. I filed a grievance regarding traversing these ramps on January 14, 2024. This grievance was marked control number 2024x00603.

Dated: 07-05-2024

/s/ Raasikh Pillips

Exhibit 9 Page 1