**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

**CONTROL #:** 2024 X0304 1
**Individual in Custody SHORT #:** 0525506

**I THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF** (I Para ser llenado solo por el personal de IIC Services I)

- ☐ Emergency Grievance
- ☑ Grievance
- ☐ Non-Compliant Grievance

10

- ☐ Cermak Health Services
- ☐ Superintendent:
- ☑ Other: D.O.C. (14)

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME:** Pierce
**PRINT - FIRST NAME:** Antoine
**BOOKING NUMBER:** 20200715063
**DIVISION:** 6
**LIVING UNIT:** 2-J
**DATE:** 3-8-24

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

**Directrices de quejas y resumen de quejas**

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentación según el Manual de Información do IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.
El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 3-6-24 | 2:10 PM | Cermak | Cermak staff |

On March 6th at 8:30 Am I was sent to Stroger to get my wisdom tooth pulled once I returned to the County Jail I was sent to Cermak to clear me before returning to my tier on arrival at Cermak I walked up a ramp which wasn't safe for me due to me having a cane. And once I was cleared at Cermak I had to walk down the same ramp I was in so much pain due to me having severe arthritis in my left hip. Please help me thanks

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**

**SIGNATURE of Individual in Custody:**

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW NAME (Print):** P. Wilson
**SIGNATURE:** DW
**DATE CRW RECEIVED:** 3-12-24
**CRW NOTATION OF SENT EMAIL (Print):**
**DATE EMAIL NOTIFICATION SENT:**

(FCN-07) (FEB 23)   (WHITE COPY – IIC SERVICES DEPT.)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(Individuo bajo custodia - formulario de respuesta/apelación de queja)

| CONTROL NUMBER | Individual in Custody SHORT # |
|---|---|
| 2024X03041 | 0525506 |

PRINT: CRW LAST NAME: Wilson

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

Individual In Custody LAST NAME: Pierce
Individual In Custody FIRST NAME: Antoine
BOOKING ID #: 20200715063

GRIEVANCE ISSUE AS DETERMINED BY CRW: 10 Ada Issues

IMMEDIATE CRW RESPONSE (if applicable):

CRW/REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): D.O.C (14)
DATE REFERRED: 3/13/24

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Detainee Pierce has been evaluated by Cermak, and they have determined that Pierce can walk short distances unassisted and long distances with a cane. Staff will provide reasonable accommodations to assist you. Just notify the officer when you need assistance.

RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR#
PRINT: Sabrina
SIGNATURE:
DIV./DEPT.: DOC/ADA
DATE: 03/21/24

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY !** (Esta sección debe ser completada por el individuo.)

INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo bajo custodia.): Antoine J Pierce
DATE RESPONSE WAS RECEIVED: 4/3/24

**INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL** (Solicitud de apelación del individuo)

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above noted response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.
Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: (Base de apelación del individuo.)
DATE OF APPEAL REQUEST: (Fecha de la solicitud de la apelación.) ___/___/___

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
(Aceptación del Director/Designado de la solicitud de apelación del individuo.)
Yes    No

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)

IIC SERVICES DIRECTOR/DESIGNEE (Director de Servicios de IIC / Designado):
SIGNATURE (Firma):
DATE (Fecha):

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.
(Su respuesta de apelación y/o decisión será entregada al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)

DATE APPEAL RESPONSE/DECISION WAS FORWARDED:
(Fecha en que se envió la respuesta/decisión de apelación.)

(FCN-08)(FEB 23)    (WHITE COPY – IIC SERVICES)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)

Mathis 24-cv-1127    DR 003653

Hernandez v. Dart, 23-cv-16970    DR 003381
Exhibit 10 Page 2