IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Eugene Westmoreland, | ) |
|         *Plaintiff*, | ) ) ) ) |
| -vs- | ) 21-cv-4330 ) |
| Thomas Dart, Sheriff of Cook County, et al., | ) Judge Kennelly ) ) ) |
|         *Defendants*. | ) ) |

**DECLARATION OF EUGENE WESTMORELAND**

Under penalties of perjury as provided by law, the undersigned certifies that the following statements are true:

1. On February 7, 2023, I watched video showing me walk on November 7, 2019 prior to my fall. I also watched video depicting Cell 2107 on Tier 2A of Division 10.

2. Exhibit 36 shows me walk up a ramp from the RTU leading to Division 10. This video shows me from about 10:01:22 a.m. to 10:02:12 a.m. While walking up this ramp I stumbled at about 10:01:45 a.m. At approximately 10:02:07 a.m. the video shows me handing my property to the escorting officer. This video is also labeled "Tunnel-CAM 0.108 CMK to RTU West-2019-11-07 10h1min00s000ms."

3. Exhibit 50 is video of the dayroom of Tier 2A on November 7, 2019 from 10:54:10 a.m. to 11:08:04 a.m. From 10:54:10 a.m. until about 10:55:50 a.m. the video shows me sitting on a bench on the front of the tier holding my cane. At about 10:55:52 a.m. I stand up because I am ordered to go to my cell due to a medical emergency on the tier.

Exhibit 14 Page 1

Exhibit 12 Page 1

I enter Cell 2107 at 11:00:28 a.m. At 11:06:51 a.m. the video shows me talk to the assigned tier officer, defendant Arreguin. Beginning at 11:07:02 a.m. the video shows me walk back to the front bench on the tier. At 11:07:47 a.m. I reach the bench at the front of the tier and sit down. This video is also labeled "DIV 10-CAM 2.054 Tier 2A Front-2019-11-07 10h22min00s000ms."

    4. Exhibits 51, 52 and 53 show Cell 2107 on Tier 2A of Division 10. This is the cell where I fell on November 7, 2019.

Dated: 2/8/23

Eugene Westmoreland

Exhibit 14 Page 2

Exhibit 12 Page 2