IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez and William Mathis, ) ) ) *Plaintiffs* ) ) -*vs*- ) ) Thomas Dart, Sheriff of Cook County, et. al., ) ) ) ) ) *Defendants.* ) | 23-cv-16970 Judge Harjani |

**PLAINTIFFS' INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | William Mathis Inmate Alerts |
| 2 | HDR Architecture Cook County Government Cermak Tunnel Renovation Program Analysis Report dated August 2, 2024, to be filed provisionally under seal |
| 3 | Tunnel-CAM 0.108 CMK to RTU West-2019-11-07 |
| 4 | FOIA Request to Sheriff's Office seeking, in part, video of RTU ramp on February 6, 2025 |
| 5 | Video produced in response to FOIA request marked Tunnel-CAM_0.108_CMK_to_RTU_West-2025-02-06, to be filed as a Digital Media Submission |
| 6 | Eugene Westmoreland grievance marked Control # 2021 x 10912 |
| 7 | Eugene Westmoreland grievance marked Control # 2022 x 18190 |
| 8 | Raasikk Phillips grievance marked Control # 2024 x 00603 |
| 9 | Raasikh Phillis declaration |
| 10 | Antoine Pierce grievance marked Control # 2024 x 03041 |
| 11 | Printout of Divisions at the Cook County Department of Corrections, from the Sheriff's webpage |
| 12 | Eugene Westmoreland declaration dated 2/8/2023 |
| 13 | Defendants' Response to Plaintiff's Statement of Facts in *Westmoreland v. Dart*, 21-cv-4330 |