# Patrick Morrissey

| | |
|---|---|
| **From:** | Samuel D. Branum <branums@jbltd.com> |
| **Sent:** | Monday, September 8, 2025 11:27 AM |
| **To:** | Patrick Morrissey; Thomas Morrissey |
| **Cc:** | Monica Burkoth; Adnan Shafi; Nelson A. Aydelotte |
| **Subject:** | RE: Hernandez v. Dart et al., 23-cv-16970, Digital Media Exhibit Submission |

I'm not able to take calls at the moment. I just reached out to the client this morning based on your request sent Friday, so they need time to review it and get back to me. If you need to file the motion today, please indicate that we are looking into it.

We'll get back to you soon re reply brief.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Monday, September 8, 2025 11:22 AM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Monica Burkoth <burkothm@jbltd.com>; Adnan Shafi <shafia@jbltd.com>; Nelson A. Aydelotte <aydelotten@jbltd.com>
**Subject:** RE: Hernandez v. Dart et al., 23-cv-16970, Digital Media Exhibit Submission

Sam,

I left you a voice mail message a few minutes ago to discuss the issues raised in my e-mail sent yesterday. I need to file a motion regarding Exhibit 2 (the HDR Architecture Project Status dated August 2024) today, since today is the deadline to file plaintiffs' reply/response . I will indicate in the motion that I have reached out to your office for a position and, as of filing this motion, you did not have an opportunity to seek a position from your client . As I stated on Friday and again in my e-mail yesterday, I am uncertain whether it is proper for this document to be filed under seal.

Also, can you please respond whether you intend to seek leave of Court to file a reply in support of your pending motion for summary judgment? If you intend to seek leave, can you please propose a date for this reply brief?

If you would like to call me, you can reach me at 773-233-7901.

Thank you and I hope you have a nice week.

Pat

**From:** Patrick Morrissey
**Sent:** Sunday, September 7, 2025 10:58 AM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Monica Burkoth <burkothm@jbltd.com>; Adnan Shafi <shafia@jbltd.com>; Nelson A. Aydelotte <aydelotten@jbltd.com>
**Subject:** RE: Hernandez v. Dart et al., 23-cv-16970, Digital Media Exhibit Submission

Counsel,

Plaintiff's statement of additional facts, Dkt. 143, cites two videos of the RTU east tunnel ramp (Exhibits 3 and 5). They were submitted to the Clerk's Digital Media Exhibit Submission Page. A copy of these videos are here: [Digital Media Exhibits](#)

Also, can you please provide a position regarding why defendants believe the HDR Architecture report that I sent on Friday is to be maintained as "confidential subject to protective order"? It contains essentially the same information as the GEC report regarding the Cermak ramp that is publicly available. See Dkt. 122-14. Additionally, defendants filed a blueprint of the Cermak ramp in support of their motion for summary judgment. Dkt. 140-1 at 7. Based on my review of the record, I do not believe the HDR Architecture report has anything that must be filed under seal. If you disagree, can you please provide a position by noon on Monday so I can file an appropriate motion.

Finally, the Court did not provide a date for defendants to file a reply in support of summary judgment. Are the defendants going to file a motion an seek leave to file a reply? Please contact me regarding this potential issue and a proposed date for defendants to request for a reply date.

I am available Monday to discuss these issues at 773-233-7901.

Thank you,

Pat Morrissey

---

**From:** Patrick Morrissey
**Sent:** Friday, September 5, 2025 11:37 AM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Monica Burkoth <burkothm@jbltd.com>; Adnan Shafi <shafia@jbltd.com>; Nelson A. Aydelotte <aydelotten@jbltd.com>
**Subject:** RE: Hernandez v. Dart et al., 23-cv-16970 - Motion for Extension of Time

Sam,

The prior counsel for defendants marked the attached HDR report confidential. I am not sure whether there is a basis for this to be confidential since the GEC report is not confidential and you filed a blue print of the Cermak ramp on the public docket in support of defendants' summary judgment motion.

If you believe this document must be under seal, I will file an appropriate motion asking for leave to file it under seal. Will you please provide a position on this matter? If you believe it must be under seal, can you please provide a basis for sealing it? In another case, Judge Harjani denied a motion to file a document under seal merely because defense counsel marked it confidential subject to a confidentiality order.

Please provide your feedback as soon as possible. My intent is to file plaintiffs' statement of additional facts today.

Thank you,

Pat