IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CUAUHTEMOC HERNANDEZ and WILLIAM MATHIS, )<br><br>*Plaintiffs*, )<br><br>-vs- )<br><br>THOMAS DART, Sheriff of Cook County, and COOK COUNTY, ILLINOIS, )<br><br>*Defendants*. ) | Case No. 23-cv-16970<br><br>Judge Sunil R. Harjani<br>Magistrate Judge Keri L. Holleb Hotaling |

**DEFENDANTS' MOTION FOR LEAVE TO FILE**
**REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION.**

Defendants, THOMAS DART, in his official capacity as Sheriff of Cook County, and COOK COUNTY, ILLINOIS, by their attorney EILEEN O'NEILL BURKE, State's Attorney of Cook County, through her Special Assistant State's Attorneys, JOHNSON & BELL, LTD., respectfully request leave to file Defendants' reply to Plaintiff's Response in Opposition to Defendants' Motion. In support, Defendants states:

1. Defendants filed their Memorandum in Support of Summary Judgment on August 18, 2025. (Dkt. 138-141).

2. Plaintiff filed its Response Memorandum in Support of Summary on September 7, 2025. (Dkt. 142-144).

3. The Court has not set a deadline for Defendants' Reply Brief.

4. Defendants respectfully requests that the Court set a due date of October 6, 2025, for the filing of its Reply Brief.

5. The Undersigned counsel for Defendants conferred with Plaintiff's counsel regarding this request. Plaintiff does not oppose the filing of a Reply but agrees to a three-week deadline with a due date of September 29, 2025.

1

6. Good cause supports Defendants requested date. The issues raised in Plaintiff's memorandum are factually and legally complex, and additional time is necessary to adequately review the record, conduct research, and prepare a reply that will assist the Court in resolving the pending motion.

7. No party will be prejudiced by the requested schedule.

WHEREFORE, Defendants respectfully request that this Court grant leave to file its Reply Brief in Support of Summary Judgment on or before October 6, 2025, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

Dated: September 8, 2025

/s/ Adnan Shafi
Special Assistant State's Attorney

Monica Burkoth (burkothm@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
Adnan Shafi (shafia@jbltd.com)
Nelson A. Aydelotte (aydelotten@jbltd.com)
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770