IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) ) ) |
| *Plaintiffs,* | ) ) |
| -*vs*- | ) 23-cv-16970 ) ) Judge Harjani |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) |
| *Defendants.* | ) ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBIT 2 ON THE PUBLIC DOCKET**

Plaintiffs Hernandez and Mathis, by counsel, respectfully move the Court for leave to file Exhibit 2, a report by HDR Architecture regarding renovations for the Cermak ramp on the public docket. This exhibit is referenced in plaintiffs' Local Rule 56.1 statement of additional facts. Dkt. 143, Plaintiff's Statement of Additional Facts (PSOAF), ¶¶ 5-6.

Grounds for this motion are as follows:

1. Plaintiffs' response to defendants' motion for summary judgment references Exhibit 2, a report from HDR Architecture dated August 2, 2024. This document was originally marked by defense counsel as "Confidential-Subject to Protective Order."

-2-

    2.  On September 8, 2025, the Court denied plaintiffs' motion for leave to file Exhibit 2 under seal. Dkt. 147, Minute entry; Dkt. 146, Exhibit 2 (provisionally filed under seal).

    3.  Following entry of the Court's order, the parties conferred and agreed to a version of Exhibit 2, with redactions to certain blueprints of the lower level of Cermak, to be filed on the public docket.

    4.  Class counsel shared a draft of this motion with defense counsel. Defense counsel does not oppose this motion.

    It is therefore respectfully requested that the Court grant leave for class counsel to file Exhibit 2 on the public docket.

                        Respectfully submitted,

                      /s/  <u>Patrick W. Morrissey</u>
                          Thomas G. Morrissey, Ltd.
                          10257 S. Western Ave.
                          Chicago, IL 60643
                          (773)233-7901

                          *an attorney for the plaintiff class*