# Cook County Government

# Cermak Tunnel Renovation

## Program Analysis Report

**August 2, 2024**



## Table of Contents

Summary ................................................................................................ 1
Recommendation ................................................................................. 2
Scope ..................................................................................................... 3
Implementation ..................................................................................... 4
Schedule ................................................................................................ 5




TABLE OF CONTENTS

CONTENTS

Exhibit 2 Page 2
Hernandez v. Dart, 23-cv-16970　　　　　　　　　　　　　　　　　　　　DR 003322

# Summary

The Cermak Health Services Facility is a secure non-major healthcare facility located on the Cook County Jail campus. Constructed circa 1998, the building is 3-stories high (plus penthouse) and has a full basement.

At the west side, the basement area extends beyond the footprint of the first floor above. This area outside of the first-floor footprint includes a mechanical space, a Corridor Ramp connecting the building to a tunnel network, and a storage room.

The Corridor Ramp, while the slope and cross-slope are compliant with applicable code requirements, other aspects of the Corridor Ramp do not comply with current code requirements. Non-compliant conditions include:

1. Per Section 405.6 of the 2010 Americans with Disabilities Act Accessibility Guidelines (ADAAG) and the 2009 American National Standards Institute (ANSI) Standard A117.1, the rise for any ramp shall be a maximum of 30-inches. The existing ramp rise is approximately 2.7 feet, which is 32.4 inches.

2. Per Section 505 of the 2010 ADAAG and the 2009 ANSI Standard A117.1, ramp handrails shall be continuous along the full length of the ramp and shall extend horizontally a minimum of 12 inches beyond the top and bottom of the ramp. Since the original construction, anti-ligature handrails have been added to each side of the ramp incline. However, at the top and bottom of the ramp the handrails do not extend a minimum of 12 inches beyond the ramp, and the handrails are not continuous.

Possible solutions to bring the Corridor Ramp into compliance are:

1. Adding an intermediate landing to reduce the ramp rise to less than 30 inches per run and adding handrail extensions at the top and bottom of the ramp.
2. Reducing the slope to less than 1:20 by extending the length of the walkway. The resulting sloped corridor floor will eliminate the applicability of code requirements for ramps including the need for handrails.



**Figure 1:** Cermak Health Facility Basement Level Floor Plan. The area described is highlighted in green.



Exhibit 2 Page 3  Page 1

Hernandez v. Dart, 23-cv-16970

DR 003323

# Recommendation

Upon review of the previous study performed by GEC, and review of the feasibility of the options presented, HDR concurs and recommends the that the County pursue removal and replacement of the non compliant existing slab on grade ramp, executed in phased construction to maintain County operations.

Reducing the slope of the floor surface to below 1:20 eliminating the requirements for ramps, including intermediate landings and handrails is in the long term, the safest solution for the population this facility serves.



**Figure 3: View at top of ramp, west end.**



**Figure 2: View of existing corridor ramp looking west**



**Figure 4: View at base of existing ramp**



# RECOMMENDATION

Exhibit 2 Page 4   Page 2
Hernandez v. Dart, 23-cv-16970
DR 003324

# Scope

As recommended, the scope of this project includes reconfiguring the corridor ramp slab on grade in order to modify or change the slope of the walking surface below that threshold which triggers the accessibility code requirements of that for a ramp.

The existing slab will be replaced in kind, as a 6" reinforced concrete with the modified reduced slope of approximately 1:21 as indicated in Figure 5 to the right. The new slab will have contraction and construction joints, edge details will accommodate the various interfaces to the existing foundation walls. To allow for expansion and contraction of the slab, a preformed joint filler material will be placed between the slab edge and the foundation wall. An asphalt saturated cellulosic fiber product will be specified. The new slab will be doweled into the existing slab to remain.

In addition to the slab removal other demolition scope will include:
- Existing handrails will be removed and the walls will be patched.
- Existing lighting and fire suppression piping will need to be moved and/or reconfigured to accommodate installation of temporary construction barriers.
- Existing thermal insulation will need to be removed to accommodate installation of temporary construction barriers.

In addition to the reinstallation of the concrete slab on grade walking surface other new scope of work items will include:
- New lighting
- New fire suppression piping / sprinklers.
- New or patching of existing thermal insulation.
- Painting of walls, doors, and frames. Floor finish to be sealed concrete.
- New door, frame, and hardware at Medical Records Rm. B020.



Figure 5: Proposed Preliminary Plan



Scope

Exhibit 2 Page 5   Page 3

Hernandez v. Dart, 23-cv-16970

DR 003325

# Implementation

Enabling operations at the Facility to continue uninterrupted, this project will be executed in a minimum of two (2) phases. It is presumed that each phase will consist of replacing half the ramp, divided along its length, and referred to as Phase 1 and Phase 2. Prior to Phase 1 slab demolition, earth retention will be required to retain the adjacent operational ramp subgrade, and allow for regrading of the Phase 1 subgrade. The contractor will determine the extents of final extents of Phase 1 and Phase 2 in collaboration with the County. It may be possible to incorporate a slab edge condition in the Phase 1 slab that provides earth retention for the Phase 2 slab construction. This strategy will be further explored and discussed with the contractor. Options for the installation of new fire suppression, lighting, and thermal insulation with will also need to be discussed with the contractor. Below are the preliminary proposed Phase 1 and Phase 2 floor plans.




**Figure 6: Proposed Construction Phasing Plans**



**IMPLEMENTATION**

Exhibit 2 Page 6  Page 4

Hernandez v. Dart, 23-cv-16970

DR 003326

# Schedule

Below is the proposed project schedule. Note that the Project Team has agreed that to engage the contractor earlier at the end of the Schematic Design Phase vs. at the end of the Design Development Phase will be beneficial, allowing the contractor to provide input to the Design Team and Cost Estimator in a more timely manner.





SCHEDULE

Exhibit 2 Page 7  Page 5
Hernandez v. Dart, 23-cv-16970                                      DR 003327



225 W. Wacker Drive
Suite 2750
Chicago, Il.  60608-1210
312-470-9501

**hdrinc.com**
© 2024 HDR, Inc., all rights reserved