IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CUAUHTEMOC HERNANDEZ and WILLIAM MATHIS, )<br><br>*Plaintiffs,* )<br><br>-*vs*- )<br><br>THOMAS DART, Sheriff of Cook County, and COOK COUNTY, ILLINOIS, )<br><br>*Defendants.* ) | Case No. 23-cv-16970<br><br>Judge Sunil R. Harjani<br>Magistrate Judge Keri L. Holleb Hotaling |

**DECLARATION OF ERIC DAVIS**

I, Eric Davis, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, and if called upon to testify at trial, hearing, or deposition would state, based upon my personal knowledge, the following:

1. I am the Deputy Director of the Department of Capital Planning and Policy for Cook County, Illinois. I have held this position since April 2017.

2. As the Deputy Director of the Department of Capital Planning and Policy, my duties and responsibilities include participating in the oversight of the design and construction work at the Cook County Jail and courthouses. My duties and responsibilities also include overseeing the development and implementation of Cook County's Capital Improvement Plan (CIP), which involves engaging both architects and contractors to perform that work and working with our user groups to make sure that we are accomplishing their needs within the resources available.

3. I am directly involved in coordinating with the Cook County Sheriff's Office to assist with the Cook County Department of Corrections (CCDOC) compliance with the facilities aspects of the Americans with Disabilities Act (ADA).

1

4.  On February 22, 2024, I signed a declaration regarding information on the Cermak ramp. In the declaration, I noted, in part, that "the County estimates the removal and replacement of the [Cermak] ramp will be completed within 24 months."

5.  The Cermak "ramp" now no longer exists. The ramp has been replaced with an extended pedestrian walkway having a slope shallower than 1:20. The slope of the pedestrian walkway is shallow enough to eliminate the applicability of code requirements for ramps, and therefore, the Cermak walkway does not require a handrail.

6.  To allow continuing access to the Cermak building during construction, the replacement of the ramp was completed one half at a time. During construction of one side of the ramp, the other side allowed pedestrian access. Once the first side was completed, construction proceeded on the other side, allowing pedestrian access on the newly replaced side of the walkway.

7.  As of this writing, the project is on track for the work to be at Substantial Completion on or about September 22, 2025. At Substantial Completion, the Sheriff's Office will be advised that the entire Cermak walkway, including both halves of the former ramp, is open and available for use as a pedestrian walkway, subject to time needed by the contractor to complete certain "punch list" items. These "punch list" items will not affect the slope of the walkway.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on September 19, 2025         By: _____
                                              Eric Davis