UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Cuauhtemoc Hernandez, et al.
                            Plaintiff,

v.                                                       Case No.: 1:23−cv−16970
                                                           Honorable Sunil R. Harjani

Thomas Dart, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 21, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: The Court has reviewed the cross−motions for summary judgment in this case. The Court, however, is puzzled why there are separate ADA cases for the same ramps, and why they are not either consolidated together or related enough that they should go to the same judge, to avoid inconsistent rulings and duplicative efforts. Walker (20cv261) involves alleged ADA violations at the Cermak ramp. Westmoreland (23cv181) involves alleged ADA violations at the RTU ramp. This case involves alleged ADA violations at both ramps. While the classes may be different (wheelchair users vs. cane/crutches/walker), that seems to be more of a sub−class issue, rather than an issue that requires multiple cases before multiple judges. What if one judge finds an ADA violation and the other does not **on the same ramp?** The Court asks Plaintiff to file a joint status report by 11/24/25 explaining its position on this matter, and the Court sets this matter for a status hearing for 11/25/25 at 9:15 a.m. by telephone. The call−in number is (855) 2448681 and the access code is 172 628 1276##. Attorneys of record may not use speakerphones during the status hearing. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.