## Patrick Morrissey

| | |
|---|---|
| **From:** | Samuel D. Branum <branums@jbltd.com> |
| **Sent:** | Monday, November 24, 2025 3:20 PM |
| **To:** | Patrick Morrissey; Thomas Morrissey; Monica Burkoth; Nelson A. Aydelotte; Adnan Shafi |
| **Subject:** | RE: Activity in Case 1:23-cv-16970 Hernandez v. Dart et al set/reset hearings |

Please include our position: Plaintiffs sent Defendants a draft of this status report at 2:41pm the day the status report was due, stating that Plaintiffs "need to file this around 3:00 pm so the Court has enough time to review for tomorrow's hearing." Plaintiffs raise several issues that Defendants would like the opportunity to discuss with their clients. Defendants request to update the Court on their position next week given that some client contacts may not be available until after the Thanksgiving break.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Monday, November 24, 2025 3:00 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Monica Burkoth <burkothm@jbltd.com>; Nelson A. Aydelotte <aydelotten@jbltd.com>; Adnan Shafi <shafia@jbltd.com>
**Subject:** RE: Activity in Case 1:23-cv-16970 Hernandez v. Dart et al set/reset hearings

Sam,

Attached is our version with the grammar changes.

Will you please send us the section you want to include for the defendants?

Pat

**From:** Patrick Morrissey
**Sent:** Monday, November 24, 2025 2:41 PM
**To:** 'Samuel D. Branum' <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Monica Burkoth <burkothm@jbltd.com>; Nelson A. Aydelotte <aydelotten@jbltd.com>; Adnan Shafi <shafia@jbltd.com>
**Subject:** RE: Activity in Case 1:23-cv-16970 Hernandez v. Dart et al set/reset hearings

Sam,

During our call, you said your client is formulating a position on the Court's questions.  You wanted to include a few sentences in the plaintiff's joint status report due today consistent with your comments during our 2pm phone call.

Please provide your section under Defendants' position.  We are still editing this document for grammar.  We need to file this around 3:00 pm so the Court has enough time to review for tomorrow's hearing.


Pat

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Monday, November 24, 2025 11:59 AM
**To:** Thomas Morrissey <tgm@morrisseylawchicago.com>; Monica Burkoth <burkothm@jbltd.com>; Nelson A. Aydelotte <aydelotten@jbltd.com>; Adnan Shafi <shafia@jbltd.com>

**Cc:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Subject:** RE: Activity in Case 1:23-cv-16970 Hernandez v. Dart et al set/reset hearings

I'll be available at 2pm today.

**From:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Sent:** Monday, November 24, 2025 11:24 AM
**To:** Samuel D. Branum <branums@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>; Nelson A. Aydelotte <aydelotten@jbltd.com>; Adnan Shafi <shafia@jbltd.com>
**Cc:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Subject:** RE: Activity in Case 1:23-cv-16970 Hernandez v. Dart et al set/reset hearings

Counsel:

After receiving the minute order from the Court on Friday, I reached out to you seeking defendants' position. I am again asking for your input.
Please contact me.

Tom

**From:** Thomas Morrissey
**Sent:** Friday, November 21, 2025 3:36 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>; Nelson A. Aydelotte <aydelotten@jbltd.com>; Adnan Shafi <shafia@jbltd.com>
**Cc:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Subject:** FW: Activity in Case 1:23-cv-16970 Hernandez v. Dart et al set/reset hearings

Counsel:

I write seeking defendants' position concerning the minute order this afternoon in the above captioned case. I left a voicemail message a few moments ago seeking a conferral regarding this issue.

I am available this afternoon to discuss this matter. Please return my call.

Tom

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov <usdc_ecf_ilnd@ilnd.uscourts.gov>
**Sent:** Friday, November 21, 2025 2:30 PM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:23-cv-16970 Hernandez v. Dart et al set/reset hearings

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.4)

## Notice of Electronic Filing

The following transaction was entered on 11/21/2025 at 2:29 PM CST and filed on 11/21/2025
**Case Name:** Hernandez v. Dart et al
**Case Number:** 1:23-cv-16970
**Filer:**
**Document Number:** 160

**Docket Text:**
**MINUTE entry before the Honorable Sunil R. Harjani: The Court has reviewed the cross-motions for summary judgment in this case. The Court, however, is puzzled why there are separate ADA cases for the same ramps, and why they are not either consolidated together or related enough that they should go to the same judge, to avoid inconsistent rulings and duplicative efforts. Walker (20cv261) involves alleged ADA violations at the Cermak ramp. Westmoreland (23cv181) involves alleged ADA violations at the RTU ramp. This case involves alleged ADA violations at both ramps. While the classes may be different (wheelchair users vs. cane/crutches/walker), that seems to be more of a sub-class issue, rather than an issue that requires multiple cases before multiple judges. What if one judge finds an ADA violation and the other does not on the same ramp? The Court asks Plaintiff to file a joint status report by 11/24/25 explaining its position on this matter, and the Court sets this matter for a status hearing for 11/25/25 at 9:15 a.m. by telephone. The call-in number is (855) 2448681 and the access code is 172 628 1276##. Attorneys of record may not use speakerphones during the status hearing. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )**

**1:23-cv-16970 Notice has been electronically mailed to:**

Monica Burkoth    gavrilenkak@jbltd.com, marina.castanon@cookcountysao.org, miltonr@jbltd.com, burkothm@jbltd.com, mcelroyl@jbltd.com, james.pfeiffer@cookcountysao.org

Adnan Shafi    gavrilenkak@jbltd.com, shafia@jbltd.com

Thomas Gerard Morrissey    tgm@morrisseylawchicago.com

Troy S. Radunsky    jdevore@devoreradunsky.com, service@devoreradunsky.com, lawclerks@devoreradunsky.com, tradunsky@devoreradunsky.com, zstillman@devoreradunsky.com

Zachary G Stillman    zstillman@recap.email, stillman@litchfieldcavo.com, davis@litchfieldcavo.com

Nelson Augustus Aydelotte    wilsonk@jbltd.com, aydelotten@jbltd.com

Patrick William Morrissey    paralegal@morrisseylawchicago.com, pwm@morrisseylawchicago.com

Jason Edward DeVore     jdevore@devoreradunsky.com, service@devoreradunsky.com, lawclerks@devoreradunsky.com, jjohnson@devoreradunsky.com, tradunsky@devoreradunsky.com

Jorie R Johnson     srios@amundsendavislaw.com, docketgeneral@amundsendavislaw.com, klemaster@amundsendavislaw.com, jjohnson@amundsendavislaw.com

Samuel D. Branum     branums@jbltd.com, miltonr@jbltd.com

**1:23-cv-16970 Notice has been delivered by other means to:**

Samuel D. Branum, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-0272**
branums@jbltd.com | www.johnsonandbell.com

_____

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.