IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CUAUHTEMOC HERNANDEZ and WILLIAM MATHIS, <br><br> *Plaintiffs,* <br><br> -vs- <br><br> THOMAS DART, Sheriff of Cook County, and COOK COUNTY, ILLINOIS, <br><br> *Defendants.* | ) ) ) ) ) ) Case No. 23-cv-16970 ) ) ) Judge Sunil R. Harjani ) Magistrate Judge Keri L. Holleb Hotaling ) ) ) ) |

## DEFENDANTS' JOINT STATUS REPORT

Defendants submit the following joint status report pursuant to the Court's November 25, 2025, order, ECF No. 162:

1. Defendants will not be moving to reassign this case to another judge.

                                                Respectfully submitted,

                                                EILEEN O'NEILL BURKE
                                                State's Attorney of Cook County

Dated: December 8, 2025                        /s/ *Samuel D. Branum*
                                                Special Assistant State's Attorney

Monica Burkoth (burkothm@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
Adnan Shafi (shafia@jbltd.com)
Nelson A. Aydelotte (aydelotten@jbltd.com)
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770