IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) ) ) | |
| *Plaintiffs,* | ) ) | 23-cv-16970 |
| -vs- | ) ) | Judge Harjani |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) | |
| *Defendants.* | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO SET DATE TO CLOSE THE RULE 23(b)(3) CERMAK RAMP CLASS AND TO TERMINATE THE CERMAK RULE 23(b)(2) CLASS AS MOOT**

Plaintiffs, by counsel, respectfully move the Court to: (1) set November 14, 2025, as the closing date for the Rule 23(b)(3) plaintiff class concerning the Cermak ramp, and (2) terminate the Cermak Rule 23(b)(2) class as moot.

Grounds for this motion are as follows:

1. Defendants spent $851,794.09 to reconfigure the Cermak ramp into a walkway. Exhibit 1, Cook County FOIA Response Served 12/1/2025 at 2. These renovations include installing ligature-resistant handrails on each side of the ramp that extend 12 inches from the slope.[1] *See* Exhibit 2, Engineer's Report at 2; Exhibit 3, HDR Task Order Report at 7. Additionally, defendants have modified the slope to be shallower than 1:20, thus eliminating the need for an intermediate landing. *See* Dkt. 158-1, Davis (9/19/2025) Decl. ¶ 5.

---

[1] Defense counsel previously represented to the Court that "having handrails that extend past each end of the ramp is infeasible." Dkt. 141, Defendants' Memorandum at 12.

2. The Engineer's Report dated November 18, 2025, confirms that the newly reconfigured sloped walkway now has handrails that extend beyond the slope, as detailed in Exhibit 2. Based on the Engineer's Report and class counsel's assessment, plaintiffs agree that the walkway now fully complies with federal accessibility standards as of November 14, 2025, the date of the Engineer's second site visit.

3. Given that the modifications to the Cermak walkway now meet the federal accessibility standards, plaintiffs respectfully request that the Court close the Rule 23(b)(3) Cermak plaintiff class as of November 14, 2025.[2]

4. In addition, because the area now complies with applicable federal accessibility standards, plaintiffs request that the Court find that the claims of the Rule 23(b)(2) plaintiff class concerning the Cermak ramp are moot.

It is therefore respectfully requested that the Court: (1) order that the Rule 23(b)(3) Cermak class is closed on November 14, 2025, and (2) terminate the Cermak Rule 23(b)(2) class as moot.

Respectfully submitted,

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773)233-7901
pwm@morrisseylawchicago.com
*an attorney for plaintiff class*

---

[2] In *Walker v. Dart*, 20-cv-261, the district court certified a Rule 23(b)(3) class consisting of wheelchair-users who traversed the Cermak ramp. The court closed the class as of November 14, 2025, and granted summary judgment in favor of the plaintiff class, holding that "the Cermak ramp did not comply with the Structural Standards required by the ADA and RA for the time period between May 5, 2018 and November 14, 2025." Exhibit 4, *Walker v. Dart*, 2025 WL 3495680 (N.D. Ill. Dec. 5, 2025) (Rowland, J.).