CC: Rachel.Dailey@cookcountyil.gov; Antonio.Favela@cookcountyil.gov; laura.lechowicz@cookcountyil.gov
**Subject:** FOIA Request :: R006967-112125
**Body:**

December 01, 2025

RE: FOIA # R006967-112125

Dear Mr. Morrissey,

The Office of the President of the Cook County Board of Commissioners is in receipt of your request for information under the Freedom of Information Act (the "Act").

On November 21, 2025, we received your request for the following:

> The amount of money spent by Cook County for the design and construction of the Basement Level Tunnel Corridor at Cermak at the Cook County Department of Corrections. This work is associated with City of Chicago Permit # 101067853 and the City of Chicago's records show a building permit was issued on 5/29/2025. Records from the City of Chicago regarding this work is attached.

Records responsive to your request are available for you to download online at the following link.

>   FOIA Request - R006967-112125

The County has complied with your request for information. If you have any questions, or if there is anything else we can do for you, please do not hesitate to contact me.

Thank you,
Rachel

Exhibit 1 Page 1

Exhibit 1 Page 1



Rachel Dailey
Administrative Assistant V
Aide to Legal and Government Affairs | Office of the President
69 W. Washington, Suite 1415 | Chicago, IL 60602
(O) 312-603-0002
Rachel.Dailey@cookcountyil.gov

Exhibit 1 Page 2

Exhibit 1 Page 2

| ervice | Amount |
|---|---|
| AE Services | $102,618.82 |
| AE Additional Services | $13,245.12 |
| Permit costs | $3,625.00 |
| General Contractor | $439,638.45 |
| General Contractor Supplemental | $246,950.00 |
| General Contractor Supplemental | $35,000.00 |
| DFM Labor - Relocate electric, cameras, fire alarm pull stations | $5,912.73 |
| DFM Materials - Relocate electric, cameras, fire alarm pull stations | $1,406.97 |
| AE - Surveying | $2,800.00 |
| AE - Surveying | $597.00 |
|  |  |
| TOTAL | $851,794.09 |

Exhibit 1 Page 3

Exhibit 1 Page 3