Case: 1:23-cv-16970 Document #: 165-3 F

# ISSUED FOR BID AND PERMIT 12.20.2024



**HDR**

HDR ARCHITECTURE, INC.
225 WEST WACKER DRIVE
SUITE 2750
CHICAGO, IL 60606

Project Number: 10400261

12.20.2024

**ISSUED FOR BID AND PERMIT**

## TASK ORDER 1 - CERMAK TUNNEL RENOV

2800 S. CALIFORNIA AVE.
CHICAGO, IL 60608

## COUNTY OF COOK

161 N. CLARK ST.
CHICAGO, IL 60602

**STRUCTURAL**

**HELEN TORRES & ASSOCIATES**

2710 W. JEROME ST.
CHICAGO, IL 60645
1.312.859.5246

| G-001a - DRAWING INDEX | | | | |
|---|---|---|---|---|
| FIELDS WITH '●' INDICATE SHEET ISSUED AS PART OF THE CORRESPONDING ISSUANCE PACKAGE. BLANK FIELDS INDICATE SHEET NOT ISSUED. | | | | |
| Sheet Number | Sheet Name | 12.06.2024 - CONSTRUCTION DOCUMENTS | 12.20.2024 - ISSUED FOR BID AND PERMIT | |
| 01-GENERAL | | | | |
| G-000 | COVER SHEET | ● | ● | |
| G-010 | LIFE SAFETY | ● | ● | |
| 01-STRUCTURAL | | | | |
| S-101 | SLAB ON GRADE PLAN - PHASE 1 AND 2 | ● | ● | |
| S-501 | GENERAL NOTES, SECTIONS AND DETAILS | ● | ● | |
| S-502 | SPECIFICATIONS | ● | ● | |
| 08-ARCHITECTURAL | | | | |
| AD-101 | DEMOLITION PLAN - LEVEL 01 | ● | ● | |
| A-101 | OVERALL PLAN - LEVEL 01 | ● | ● | |
| A-501 | FOUNDATION DETAILS | ● | ● | |
| A-502 | SPECIFICATIONS | ● | ● | |
| A-503 | SPECIFICATIONS | ● | ● | |

# APPLICABLE BUILDING CODES

BUILDING CODE INFORMATION

APPLICABLE BUILDING CODES:

| | | |
|---|---|---|
| | BUILDING CODE: | 2019 CHICAGO BUILDING CODE (CBC) WITH APRIL 2022 SUPPLEMENT |
| | LIFE SAFETY CODE: | 2024 NFPA 101, LIFE SAFETY CODE (LSC) |
| | PLUMBING CODE: | TITLE 14P - INTERIM CHICAGO PLUMBING CODE (CPC) |
| | ELECTRICAL CODE: | TITLE 14E - CHICAGO ELECTRICAL CODE, BASED ON 2017 EDITION OF NFPA 70, NATIONAL ELECTRICAL... |
| | MECHANICAL CODE: | TITLE 14M - INTERIM CHICAGO MECHANICAL CODE... |
| | ENERGY CODE: | TITLE 14N - CHICAGO ENERGY CONSERVATION CODE, BASED ON 2018 INTERNATIONAL ENERGY... |
| | ACCESSIBILITY CODE: | CHAPTER 11 OF THE 2019 CHICAGO BUILDING CODE - 2010 ADA DESIGN GUIDELINES - 2018 ILLINOIS ACCESSIBILITY CODE |
| OCCUPANCY CLASS | | INSTITUTIONAL, 13, CONDITION 4 |
| BUILDING CONSTRUCTION TYPE: | | TYPE 1A |
| FIRE PROTECTION: | | SPRINKLERED THROUGHOUT |
| AREA OF IMPROVEMENTS: | | 1,286 GSF |
| HEIGHT OF STRUCTURE | | 63' |
| NUMBER OF STORIES IN STRUCTURE | | 3 STORIES W/BASEMENT AND MECHANICAL PENTHOUSE |
| REQUIRED PLUMBING FIXTURES: | | NOT APPLICABLE |

# APPLICABLE EGRESS REQUIREMENTS

1. MAXIMUM ALLOWABLE TRAVEL DISTANCE: 200 FEET
   Per CBC Table 1017.2

2. COMMON PATH OF EGRESS TRAVEL: 100 FEET
   Per CBC Table 1006.2.1

3. MAXIMUM ALLOWABLE DEAD-END DISTANCE: 50 FEET
   Per CBC 1020.4

# LIFE SAFETY LEGEND



TRAVEL DISTANCE - LONGEST ROUTE TO AN EXIT (MAXIMUM PER SPACE/AREA SHOWN) (IBC 1017.2)



NOT IN CONTRACT



EXIT ACCESS

# PARTITION RATING GRAPHICS - NFPA

PARTITIONS REQUIRED TO BE SMOKE RESISTANT, FIRE RESISTANT, OR BOTH FIRE AND SMOKE RESISTANT ARE SHOWN GRAPHICALLY ON PLANS WITH NFPA FIRE TAPES.

**PARTITION RATING GRAPHIC DESIGNATION**

2 HR FIRE RATING
1 HR FIRE RATING
NON-RATED PARTITION

# KEY PLAN

---

(C4) Life Safety Plan
1/8" = 1'-0"

CORRIDOR 201S

82'-8"
TRAVEL DISTANCE

CORRIDOR 301S

---

## HDR

HDR ARCHITECTURE, INC.
225 WEST WACKER DRIVE
SUITE 2750
CHICAGO, IL 60606

## Helen Torres & Associates
Consulting Structural Engineers

## COUNTY OF COOK TASK ORDER 1 - CERMAK TUNNEL RENOV

2800 S. CALIFORNIA AVE.
CHICAGO, IL 60608

| Project Manager | ED ANSLEY |
|---|---|
| Project Designer | ED ANSLEY |
| Project Architect | ED ANSLEY |
| Structural Engineer | HELEN TORRES & ASSOCIATES |

| MARK | DATE | DESCRIPTION |
|---|---|---|
| | 12.05.2024 | CONSTRUCTION DOCUMENTS |
| | 12.05.2024 | ISSUED FOR BID AND PERMIT |

| Project Number | 10405391 |
|---|---|
| Original Issue | 12.05.2024 |

PRIVILEGED & CONFIDENTIAL

Sheet Name
LIFE SAFETY

Sheet Number
# G-010

ISSUED FOR BID AND PERMIT



HDR ARCHITECTURE, INC.
325 WEST WACKER
SUITE 2700
CHICAGO, IL 60606



Helen Torres & Associates
Consulting Structural Engineers

COUNTY OF COOK
TASK ORDER 1 -
CERMAK TUNNEL
RENOV

2800 S. CALIFORNIA AVE.
CHICAGO, IL 60608

| | |
|---|---|
| Project Manager | ED KASLEY |
| Project Designer | ED KASLEY |
| Project Architect | ED KASLEY |
| Structural Engineer | HELEN TORRES |

| MARK | DATE | DESCRIPTION |
|---|---|---|
| 1 | 06/22/2024 | SCHEMATIC DESIGN |
| 2 | 10/10/2024 | DESIGN DEVELOPMENT |
| 3 | 11/01/2024 | DESIGN DEVELOPMENT REVISED |
| 4 | 12/05/2024 | CONSTRUCTION DOCUMENTS |
| 5 | 12/26/2024 | ISSUED FOR BID AND PERMIT |

Project Number    10425201
Original Issue     12/05/24

**Sheet Name**
SLAB ON GRADE PLAN
- PHASE 1 AND 2

**Sheet Number**
S.101
CONSTRUCTION DOCUMENTS

## SPECIAL INSPECTIONS TABLE

A final report of Special Inspections shall be maintained by the Owner and made available to the building official.

### REQUIRED VERIFICATION AND INSPECTION OF CONCRETE CONSTRUCTION

Chicago Building Code Table 1705.3 (as applicable)

| Verification and Inspection | Continuous | Periodic |
|---|---|---|
| 1. Inspect reinforcement steel and verify placement | | X |
| 2. Inspect anchors cast into concrete. | | X |
| 3. Inspect anchors post-installed in hardened concrete members | | X |
| 4. Verify use of required design mix. | | X |
| 5. At the time fresh concrete is sampled, fabricate specimens for strength tests, perform slump and air content tests, and determine temperature of concrete. | X | |
| 6. Inspection of concrete and shotcrete placement for proper application techniques. | X | |
| 7. Inspection for maintenance of specified curing temperatures and techniques. | | X |
| 8. Inspect formwork for shape, location and dimensions of the concrete member being formed. | | X |

### REQUIRED VERIFICATION AND INSPECTION OF SOIL

Chicago Building Code Table 1705.6 (as applicable)

| | Continuous | Periodic |
|---|---|---|
| 1. Perform classification and testing of compacted fill. | | X |
| 2. Verify use of proper materials , densities and lift thicknesses during placement and compaction of compacted fill. | | X |
| 3. Prior to placement of compacted fill, inspect subgrade and verify that site has been prepared properly. | X | |

### REQUIRED VERIFICATION AND INSPECTION OF STRUCTURAL STEEL

Chicago Building Code Section 1705.2.1 (as applicable) in accordance with AISC 360

| Verification and Inspection | Continuous | Periodic |
|---|---|---|
| 1. Material verification of Structural Steel: | | |
| a. Identification markings to conform to ASTM standards specified in the approved construction documents. | | X |
| b. Manufacturer's certified Mill Reports. | | X |
| 2. Material verification of weld filler materials: | | |
| a. Identification markings to conform to AWS specifications in the approved construction documents. | | X |
| b. Manufacturer's certificate of compliance required. | | X |
| 3. Inspection of welding: | | |
| a. Structural Steel: | | |
| 1) Complete and partial penetration groove welds. | X | |
| 2) Multipass fillet welds. | X | |
| 3) Single pass fillet welds greater than 5/16". | X | |
| 4) Single pass fillet welds less than or equal to 5/16". | | X |
| 5) Floor and roof deck welds. | | X |
| b. Reinforcing steel | | |
| 3) Shear reinforcing. | X | |
| 4) Other reinforcing. | | X |
| 4. Inspection of steel frame joint details for compliance with approved construction documents: | | X |
| a. Details such as bracing and stiffening. | | |
| b. Member locations. | | |
| c. Application of joint details at each connection. | | |

SUBSURFACE CONDITIONS AND COMPACTED FILL:
FOUR CORES WERE TAKEN FROM THE PHASE 1 SLAB TO INFORM TYPE OF AS-BUILT SUBSURFACE MATERIAL. SUBGRADE MATERIAL WAS DETERMINED TO BE CA6 IN GOOD CONDITION.

AFTER DEMOLITION SLAB REMOVAL, OWNERS TESTING AGENCY TO INSPECT SUBGRADE FOR UNSUITABLE SOILS. ADD CA6 SUBGRADE TO MEET SLAB SLOPING REQUIREMENTS. FILL TO BE PLACED IN 8 INCH MAXIMUM LIFTS. COMPACTION TO FOLLOW ASTM D1557 TO 95% OF MAXIMUM DRY DENSITY.

### Plan labels

- EXIST 8" CMU WALL ON FOUNDATION WALL TYP
- EXIST 12" FOUNDATION WALL BELOW
- EXIST 12" SLAB LEDGE
- EXIST 2'-2" CONC. FOOTING
- EXISTING SLAB ON GRADE EL +2.67'
- EXIST SLAB TO REMAIN
- EXISTING SLAB ON GRADE
- EXIST SLAB TO REMAIN DURING PHASE 1 CONSTRUCTION
- CONSTRUCTION JOINT BETWEEN PHASE 1 AND PHASE 2
- CONTRACTOR TO REINSTATE/REBUILD EXIST COMPACTED FILL BELOW
- EXIST FOOTING TYP
- 8" SLAB ON GRADE REINF W/ WWR 6X6 W2.9X2.9 EXISTING. ADD COMPACTED FILL TO MEET SLOPE REQUIREMENTS MAINTAIN MINIMUM OF 18" OF COMPACTED FILL INCLUDING EXISTING FILL
- EXISTING SLAB ON GRADE EL +2.17'
- REFER TO MECH DRAWINGS FOR SLAB ELEVATIONS, DIMENSIONS AND SLOPING REQUIREMENTS
- EXIST 12" FOUNDATION WALL BELOW SEE DETAIL SIDE DOOR EXIST DOWEL REUSE
- PROVIDE (4) #4 #4/18" BARS AROUND FLOOR SLAB OPENINGS (3 TYP.)
- SEE DETAIL 11/S501 FOR LINTEL BEARING
- CONCRETE LANDING AND RAMP
- SEE DETAIL 10/S501 FOR LINTEL BEARING
- STEEL LINTEL L7x4x5/8 OR
- HVAC RM CENTER SLAB
- TUNNEL BELOW
- EXISTING DMU WALL ON THICKENED SLAB
- EXIST SLAB TO REMAIN

NOTES:
1. REFER TO S.501 FOR GENERAL NOTES AND ADDITIONAL INFORMATION
2. REFER TO S.501 FOR TYPICAL DETAILS
3. VERIFY IN FIELD ALL DIMENSIONS AND CONDITIONS RELEVANT TO THE SCOPE OF WORK. ANY DISCREPANCIES SHALL BE BROUGHT TO THE ATTENTION OF THE SER IN WRITING FOR REVIEW.

PHASING NOTES:
THE REPLACEMENT SLAB WILL BE INSTALLED IN TWO PHASES, AS THE TUNNEL MUST REMAIN OPERATIONAL DURING CONSTRUCTION. WE HAVE MARKED THE PHASES FOR REFERENCE AND DISCUSSION PURPOSES. IT IS THE CONTRACTOR'S OPTION TO DETERMINE WHICH PHASE TO INSTALL FIRST.

1 SLAB ON GRADE PLAN - PHASE 1 AND 2
1/4" = 1'-0"





## CODES AND STANDARDS

Perform all construction in conformance with the Building and Design Codes referenced within these documents. The project documents refer to the following codes and standards, UNO:

Chicago Building Code 2019 with April 2022 Supplement
Chicago Building Rehabilitation Code 2019 with April 2022 Supplement
American Society of Civil Engineers "Minimum Design Loads for Buildings and Other Structures" (ASCE 7-2016)

Structural Concrete:
"Building Code Requirements for Structural Concrete" The American Concrete Institute (ACI 318-2014)

Structural Steel:
"Specification for Structural Steel Buildings," American Institute of Steel Construction (ANSI/AISC 360-2016)

Structural Masonry:
"Building Code Requirements and Specifications for Masonry Structures," The Masonry Society (TMS 402/602-2016)

## DRAWING REFERENCES

Design and framing information for the existing building was obtained from sheets the following documents:

Structural Drawings Titled, "Replacement Facility for Cermak Health Services of Cook County Chicago, Illinois", Issue for Bid set, dated 10-31-1995, prepared by in 1990, prepared by Rubinos and Mesia Engineers, Inc.

Contractor to verify in field all dimensions and conditions relevant to this project.

Contractor to report discrepancies to the Architect and SER in writing.

HTA visited the site on 04/04/2024 for general observation of the structure, where visible, to verify general conformance with existing building drawings.

## MATERIALS

Unless noted otherwise or shown on the Drawings

### Cast-In-Place Concrete:
Slabs on Grade and Foundation: 3,500 PSI Normal weight
Reinforcement: ASTM A615, Grade 60
Welded Wire Fabric: ASTM A 185M, Grade 80 Low Alloy

### Existing Building Material Properties
For the purposes of structural evaluation, the following material values assumptions were used to evaluate the existing structure:

Concrete: f'c=4,000 psf
Reinforcement steel: Fy = 60 ksi

## DESIGN CRITERIA

Live Loads:

Live Corridor: 100 PSF

Wind and Snow Design Data:

Wind and snow loads are not applicable to the project scope. Therefore, the wind and snow design data required per CBC 1603.1.3 and 4 do not apply to this Project.

CBC Code Review for Lateral/Seismic Requirements:

The replacement slab meets the definition of Alteration, per CBRC Chapter 2. Referencing Chapter 5, the alteration, replacing the slab in kind, and adjusting the sloping, does not affect the gravity and lateral systems of the building. Therefore, earthquake design load and seismic design data required per CBC 1603.1.5 do not apply to this Project.

## DESIGN CRITERIA NOTES

1. Where masonry openings are provided, lintel has been designed to limit total load deflection to the lesser of L/600 or 0.3".

## GENERAL

1. The replacement slab braces the existing foundation walls, and will be replaced in kind.
2. The Contractor is responsible for the stability of the structure until the construction of the structure reaches its final condition.
3. The Contractor shall notify the SER of any condition not specifically addressed in these documents.
4. Structural drawings shall be used in conjunction with the specifications and Architectural drawings. If there is a discrepancy between drawings it is the contractor's responsibility to notify the design team prior to performing work.
5. Do not scale drawings to obtain dimensional information.
6. Elevations indicated on the structural drawings are based on a Chicago City Datum (CCD).
7. Notes, typical details and schedules apply to all structural work unless noted otherwise. For conditions not specifically shown, provide details of a similar nature as approved by the structural engineer of record.
8. See architectural drawings and specifications for water/damp-proofing details and requirements.
9. The Contractor shall verify all opening sizes and locations with other disciplines. The drawings do not show all openings required. Additional openings, block outs and sleeves may be required by other disciplines and shall be constructed using the typical details and/or the criteria indicated on the drawings.
10. Openings required but not shown on the structural drawings must be approved by the structural engineer.
11. Shoring, bracing and protection of the existing and adjacent structures during construction is the sole responsibility of the contractor. Protect and maintain the integrity of adjacent tunnels, streets, buildings, and structures.

## PERFORMANCE ITEMS

1. Empty or retain a structural engineer, licensed in the State of Illinois, to design and detail the following components:
   - Items specified by other disciplines:
   - 05 4000 Cold-Formed Metal Framing
   - 05 5000 Metal Fabrications indicated on Architectural documents and specified by disciplines "Designated Design"
   - 05 5213 Pipe and Tube Railings
   Information shown on the drawings regarding performance items is intended for general arrangement only.

## DEMOLITION NOTES

1. The contractor shall be fully responsible for the means and methods of demolition and the integrity and stability of the existing structure during demolition until the work is completed. The contractor shall provide shoring in required locations where existing construction to remain will be affected by demolition.
2. The contractor shall be responsible for the removal and disposal of all debris resulting from the demolition work and shall keep all structural elements free from damage and free from debris. The removal of debris from the existing structure shall be done in a manner to limit damage to the complete satisfaction of the owner. The repairs shall be at no expense to the owner. All repair work shall be designed by a licensed structural engineer in the state of Illinois and submitted to the structural engineer of record for review and approval prior to commencing repair work.
3. The contractor shall coordinate with the Architectural drawings and specifications for the extent of finished elements which are required to be removed and restored. Do not remove any elements which are required for the structure's support and stability. Do not remove more of the existing structure than indicated on contract documents. Do not damage, mar, cut or deface the remaining structure or materials to be reused.
4. Prior to the start of work, verify that the scope of demolition indicated on the contract documents shall not damage, cut or disrupt service of any mechanical system, electrical system or utility embedded in the existing structure.
5. The contractor shall use the structural contract documents in conjunction with the architectural demolition contract documents. In the event of conflicts, the contractor shall report immediately notify the architect and SER.
6. Where new rectangular openings in existing concrete walls or slabs are to be created, the demolition contractor shall core holes at the outside corners of the new opening prior to demolition. Saw cutting shall be straight and shall not extend into existing slab or wall to remain not beyond the holes noted at the corners.

## CAST-IN-PLACE CONCRETE NOTES

1. Provide normalweight concrete with cured density of 145 +/- 5 pcf, and aggregate conforming to ASTM C33, where indicated.
2. Do not use calcium chloride and other chloride containing agent do not use of recycled concrete. Placement within and contact between aluminum items, aluminum conduit and concrete is prohibited.
3. Do not add water to concrete in the field.
4. All concrete shall include reinforcement. If reinforcement is not specifically indicated on the drawings verify with the SER. Detail reinforcement based on the drawings and ACI 318 and ACI 315.
5. Where a 90-deg, 135- deg or 180-deg hook is graphically indicated, provide corresponding ACI standard hooks UNO.
6. Dowels shall match size and spacing of main reinforcement UNO.
7. The following items shall be embedded without vibration prior to concrete set where indicated on the contract documents.
8. Lap reinforcement only at locations as specifically detailed on the drawings except reinforcement marked as continuous can be spliced at locations determined by contractor using tension lap splices (Lst). See drawings for lap splice and embedment information.
9. All reinforcement noted as continuous shall be to be continuous to top and bottom of corners and intersections.
10. Where not indicated on plan, provide slab on grade contraction (or construction) joint at column centerlines and at mid points between columns, with spacing not to exceed 3 5 feet.

## POST-INSTALLED ANCHORS

1. Adhesive anchor systems post for design, UNO:
   - Seismic design category A - F
   - Adhesive: Hilti HIT-HY200, or Hilti, Tulsa, OK for concrete
   - Threaded rod: F1554, GR 36, with Weldability Supplement S1
2. Overhead and/or constant tension adhesive anchor installations not shown on the drawings shall not be permitted unless each condition is reviewed and approved in writing by the SER
3. Field drilled expansion anchor systems used for design, UNO:
   - Kwik Bolt 3, by Hilti, Tulsa, OK
4. Proof-load all anchors and be performed in accordance with the project specifications.
5. Alternative system equivalent to or exceeding the properties of the systems above will be considered as a substitution request.
6. Install anchors to meet the requirements indicated in the contract documents and the current manufacturer's published installation instructions.
7. Use manufacturer's recommendations for the installation method and installation of anchors. If existing reinforcing layout prohibits the installation of anchors as indicated in the drawings, the contractor shall notify the ser immediately. Do not modify anchor type, spacing or embedment depth without written approval.

## SUBMITTALS

1. The contractor is to review each submittal prior to forwarding to architect and structural engineer. The contractor is to stamp each submittal verifying that the following is addressed:
   - The shop drawing is requested.
   - The shop drawing is based on the latest design.
   - The Architect's and SER's comments from any previous submittals are addressed.
   - The work is coordinated among all construction trades.
   - Changes from previous submittals are clearly marked by circling or clouds.
   - Submittal is complete.
   Submittal shall include a stamp indicating project name and location, submittal number, specification section number.
2. The Structural Engineer's review of submittals shall be for general conformance with the design intent. Work shall be performed in accordance with the Contract Documents.
3. For components that require engineering by the contractor, provide a note on each shop drawing, written and signed by the supplier's engineer, indicating that the shop drawing is in conformance with the calculations of the Contractor's engineer.
4. The following submittals are required for structural review as indicated in the Specifications:
   - 033053   Concrete Reinforcing Layout
   - 033053   Concrete Mix Designs
   - 033053   Slab on Grade construction/contraction joint layout

---

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| B/ | Bottom of | | |
| Bm | Beam | | |
| BTWN | Between | | |
| CL | Centerline | | |
| CLR | Clear cover | | |
| CONC | Concrete | | |
| CONT | Continuous | | |
| DEG | Degree | | |
| EA | Each | | |
| EL, ELEV | Elevation | | |
| EOS | Edge of Slab | | |
| EW, E.W. | Each way | | |
| EXIST, EX | Existing | | |
| HORIZ | Horizontal | | |
| KSI | kips per square inch | | |
| LBS | Pounds | | |
| LR | Live Load | | |
| Lst | Lintel, see schedule | | |
| MIN | Minimum | | |
| MFR | Manufacturer | | |
| OC, O.C. | On center | | |
| OH | Opposite hand | | |
| OPNG | Opening | | |
| PC | Precast Concrete | | |
| PCF | Pounds per cubic foot | | |
| PL | Plate | | |
| PLF | Pounds per linear foot | | |
| PSF | Pounds per square foot | | |
| R.O. | Rough Opening (in masonry wall) | | |
| RTU | Roof Top Unit | | |
| SER | Structural Engineer of Record | | |
| SIM | Similar | | |
| T/ | Top of | | |
| TAB | Top and bottom | | |
| TYP | Typical | | |
| UNO | Unless noted otherwise | | |
| VERT | Vertical | | |
| VIF | Verify in Field | | |

---

## SHEET INDEX

| Sheet Number | Sheet Name |
|---|---|
| S-101 | SLAB ON GRADE PLAN - PHASE 1 AND 2 |
| S-501 | GENERAL NOTES, SECTIONS AND DETAILS |
| S-502 | SPECIFICATIONS |

---

HDR ARCHITECTURE, INC
225 WEST WACKER
SUITE 3700
CHICAGO, IL 60606



## Helsen Torres & Associates
Consulting Structural Engineers

## COUNTY OF COOK
## TASK ORDER 1 -
## CERMAK TUNNEL
## RENOV

2800 S. CALIFORNIA AVE,
CHICAGO, IL 60608

| | |
|---|---|
| Project Manager | ED KADLEY |
| Project Designer | ED KADLEY |
| Project Engineer | ED KADLEY |
| Structural Engineer | HELEN TORRES |

| MARK | DATE | DESCRIPTION |
|---|---|---|
| 1 | 06/23/2024 | SCHEMATIC DESIGN |
| 2 | 10/15/2024 | DESIGN DEVELOPMENT |
| 3 | 11/01/2024 | DESIGN DEVELOPMENT REVISED |
| 4 | 12/05/2024 | CONSTRUCTION DOCUMENTS |
| 5 | 12/20/2024 | ISSUED FOR 100 AND PERMIT |

Project Number: 10425281
Original Issue: 08/13/24



**Sheet Name**
GENERAL NOTES,
SECTIONS AND
DETAILS

**Sheet Number**
# S.501

CONSTRUCTION DOCUMENTS

---

### Detail Drawings (left and center portions of sheet)



1. TYPICAL SLAB ON GRADE — 3/4" = 1'-0"
2. TYP SLAB ON GRADE WITH CONTRACTION / CONTROL JOINT — 3/4" = 1'-0"
3. TYPICAL CONSTRUCTION JOINT — 3/4" = 1'-0"
4. SECTION — 3/4" = 1'-0"
5. DETAIL — 3/4" = 1'-0"
6. DETAIL AT HEALTH CENTER WALL — 3/4" = 1'-0"
7. DETAIL — 3/4" = 1'-0"
8. RAMP DETAIL — 3/4" = 1'-0"
9. RAMP DETAIL — 3/4" = 1'-0"
10. DETAIL — 1 1/2" = 1'-0"
11. DETAIL — 1 1/2" = 1'-0"



SECTION 03 30 00 - CAST IN PLACE CONCRETE

**PART 1 - GENERAL**

1.1 SUMMARY
1.2 DEFINITIONS
1.3 CODES AND STANDARDS
1.4 COORDINATION
1.5 PREINSTALLATION MEETINGS
1.6 ACTION SUBMITTALS
1.7 INFORMATIONAL SUBMITTALS
1.8 QUALITY ASSURANCE
1.9 DELIVERY, STORAGE, AND HANDLING
1.10 FIELD CONDITIONS

**PART 2 - PRODUCTS**

2.1 FORM-FACING MATERIALS
2.2 RELATED MATERIALS
2.3 STEEL REINFORCEMENT
2.4 REINFORCEMENT ACCESSORIES
2.5 FABRICATING REINFORCEMENT
2.6 CONCRETE MATERIALS
2.7 CHEMICAL ADMIXTURES
2.8 CURING AND MATERIALS (If application of Section 2.9 is postponed)
2.9 CURING, SEALING, HARDENING
2.10 RELATED MATERIALS
2.11 REPAIR MATERIALS

**PART 3 - EXECUTION**

3.1 PREPARATION
3.2 INSTALLATION OF FORMWORK
3.3 INSTALLATION OF EMBEDDED ITEMS
3.4 INSTALLATION OF VAPOR RETARDER OR WATERPROOFING MEMBRANE, AND WATERSTOPS
3.5 INSTALLATION OF STEEL REINFORCEMENT
3.6 INSTALLATION OF STEEL REINFORCEMENT
3.7 CONCRETE PLACEMENT
3.8 FINISHING FORMED SURFACES
3.9 MISCELLANEOUS CONCRETE ITEMS
3.10 CONCRETE PROTECTING AND CURING
3.11 FIELD QUALITY CONTROL
3.12 REPAIRING SURFACES
3.13 INSTALLATION OF MISCELLANEOUS CONCRETE ITEMS
3.14 FINISHING SLAB ON GRADE, LANDING AND RAMP
3.15 INSTALLATION OF MISCELLANEOUS CONCRETE ITEMS
3.16 CONCRETE CURING
3.17 TOLERANCES
3.18 JOINT FILLING
3.19 CONCRETE SURFACE REPAIRS
3.20 FIELD QUALITY CONTROL



Expires 11/30/2026

HDR ARCHITECTURE, INC.
205 WEST WACKER
SUITE 3700
CHICAGO, IL 60606

**HDR**

**Helen Torres & Associates**
Consulting Structural Engineers

**COUNTY OF COOK**
**TASK ORDER 1 -**
**CERMAK TUNNEL**
**RENOV**

2800 S. CALIFORNIA AVE.
CHICAGO, IL 60608

HELEN TORRES & ASSOCIATES

| | |
|---|---|
| Project Manager | ED KASLEY |
| Project Designer | ED KASLEY |
| Project Architect | ED KASLEY |
| Structural Engineer | HELEN TORRES |

| MARK | DATE | DESCRIPTION |
|---|---|---|
| 1 | 06/23/2024 | SCHEMATIC DESIGN |
| 2 | 10/15/2024 | DESIGN DEVELOPMENT |
| 3 | 11/30/2024 | 50% DESIGN DEVELOPMENT |
| 4 | 12/05/2024 | CONSTRUCTION DOCUMENTS |
| 5 | 12/30/2024 | ISSUED FOR BID AND PERMIT |

Project Number: 10453GY
Original Issue: 08/13/24



Sheet Name
**SPECIFICATIONS**

Sheet Number
**S.502**

CONSTRUCTION DOCUMENTS

# DEMOLITION LEGEND

- N.I.C - NOT IN CONTRACT
- PHASE 1 DEMOLITION SCOPE
- PHASE 2 DEMOLITION SCOPE
- EXISTING HIGH DENSITY FILING SYSTEM
- REMOVE EXISTING FLOOR FINISH IN ACCORDANCE WITH NEW FLOOR FINISH MANUFACTURER'S INSTRUCTIONS. REFER TO NOTE 7 SHEET A-101
- EXISTING CONSTRUCTION TO BE REMOVED
- EXISTING CONSTRUCTION TO REMAIN
- TEMPORARY CONSTRUCTION BARRIER WALL. REFER TO SPECIFICATIONS



HDR ARCHITECTURE, INC.
225 WEST WACKER DRIVE
SUITE 2750
CHICAGO, IL 60606

Helen Torres & Associates
Consulting Structural Engineers

COUNTY OF COOK
TASK ORDER 1 -
CERMAK TUNNEL
RENOV

2800 S. CALIFORNIA AVE.
CHICAGO, IL 60608



**NOTES:**
1. CONTRACTOR TO MODIFY EXISTING FIRE SUPPRESSION SYSTEM AS REQUIRED BY APPLICABLE CODE(S) AND THE AUTHORITY HAVING JURISDICTION DURING CONSTRUCTION.
2. CONTRACTOR TO REMOVE EXISTING LIGHTING AND PROVIDE TEMPORARY LIGHTING IN BOTH AREAS OF CONSTRUCTION AND AREAS REMAINING OPERATIONAL DURING CONSTRUCTION.

C4 — DEMOLITION PLAN - PHASE 1
1/8" = 1'-0"



C2 — DEMOLITION PLAN - PHASE 2
1/8" = 1'-0"



B4 — DEMOLITION ELEVATION - B170
1/8" = 1'-0"

# DEMOLITION GENERAL NOTES

1. LIGHT LINES INDICATE EXISTING CONSTRUCTION TO REMAIN.
2. REMOVE ALL EXISTING CONSTRUCTION INDICATED BY BOLD DASHED LINES.
3. THE CONTRACTOR SHALL NOTE THAT THE BUILDING IS OCCUPIED. PATIENT AND PUBLIC SAFETY, SECURITY AND CONVENIENCE SHALL GOVERN OVER THE CONTRACTORS' SCHEDULE AND CONVENIENCE WITHOUT EXCEPTION.
4. FOR THE PURPOSE OF ESTIMATING THE TRADE CONTRACTORS ARE REQUIRED TO VISIT THE SITE TO ESTABLISH THE FULL EXTENT OF THE WORK AND DEMOLITION REQUIRED TO ACCOMMODATE THE WORK. VISITS TO THE SITE MUST BE SCHEDULE WITH THE OWNER AND CONSULTANT.
5. THE INTENT OF DEMOLITION WORK IS TO PROVIDE A CLEAR AREA FOR THE NEW CONSTRUCTION IDENTIFIED. ALL THE EXISTING PATHS, EXISTING BUILDING, MECHANICAL COMPONENTS, ELECTRICAL COMPONENTS WITHIN THE DESIGNATED DEMOLITION AREA ARE TO BE REMOVED UNLESS NOTED OTHERWISE.
6. ITEMS INDICATED WITH KEY NOTES ARE INTENDED TO ASSIST THE CONTRACTOR IN IDENTIFYING SPECIFIC CONDITIONS. DEMOLITION WORK IS NOT LIMITED TO THE ITEMS INDICATED WITH KEY NOTES.
7. REFER TO STRUCTURAL FOR ADDITIONAL DEMOLITION NOT NECESSARILY SHOWN ON THE ARCHITECTURAL DRAWINGS.
8. CONTRACTOR TO REPORT ALL DISCREPANCIES IN THE DEMOLITION DRAWINGS TO THE ARCHITECT PRIOR TO PROCEEDING WITH THE DEMOLITION WORK IN AREAS IN QUESTION.
9. CONTRACTOR TO VERIFY ALL ITEMS TO BE SALVAGED PRIOR TO START OF DEMOLITION WITH THE ARCHITECT
10. IF REQUIRED, ALL ASBESTOS ABATEMENT TO BE PERFORMED IN ACCORDANCE WITH WORK PROCEDURES AS DEFINED BY THE APPLICABLE WORKPLACE COMPENSATION BOARD AND OCCUPATIONAL HEALTH AND SAFETY REGULATION HAVING JURISDICTION.
11. THE CONSULTANT DOES NOT WARRANT THE ACCURACY OF AS BUILT DRAWINGS. DIMENSIONS OR MATERIALS REPRESENTED ON THE DRAWINGS. DRAWINGS SHOWING EXISTING CONDITIONS ARE PROVIDED FOR THE CONTRACTORS' CONVENIENCE.
12. DEMOLITION WORK SHALL NOT BEGIN UNTIL SUCH TIME AS ALL TEMPORARY HOARDINGS, BARRICADES, SECURITY DEVICES, WAYFINDING AND SAFETY SIGNAGE IS IN PLACE. EXACT LOCATION AND TYPE OF CONSTRUCTION HOARDING LOW DOOR LOCATIONS TO BE COORDINATED ON SITE WITH CONSULTANTS AND OWNER PRIOR TO INSTALLATION.
13. THE CONTRACTOR SHALL COORDINATE AND EXECUTE ALL DEMOLITION WORK AS REQUIRED TO ACCOMMODATE THE NEW WORK SHOWN ON ALL CONSULTANT DRAWINGS. MAKE GOOD ALL SUBSTRATES AND FINISHES TO MATCH EXISTING.
14. THE CONTRACTOR SHALL DETERMINE THE DIVISION OF DEMOLITION WORK BETWEEN THE VARIOUS TRADES; NOTWITHSTANDING, THE AGGREGATE OF ALL DEMOLITION WORK REQUIRED TO SATISFACTORILY COMPLETE THE EXECUTION OF ALL NEW WORK SHALL BE THE SOLE RESPONSIBILITY OF THE CONTRACTOR.

| Project Manager | ED KASLEY |
|---|---|
| Project Designer | ED KASLEY |
| Project Architect | ED KASLEY |
| Structural Engineer | HELEN TORRES & ASSOCIATES |

| MARK | DATE | DESCRIPTION |
|---|---|---|
| | 12.05.2024 | CONSTRUCTION DOCUMENTS |
| | 12.05.2024 | ISSUED FOR BID AND PERMIT |

Project Number: 10405391
Original Issue: 12.05.2024

PRIVILEGED & CONFIDENTIAL

# KEY PLAN

**Sheet Name**
DEMOLITION PLAN -
LEVEL 01

**Sheet Number**
AD-101

ISSUED FOR BID AND PERMIT

Walker v. Dart et al., 20-cv-261

CCSAO Walker 016220

Exhibit 3 Page 6

## FLOOR PLAN LEGEND

- N.I.C. - NO NEW WORK
- PHASE 2 CONSTRUCTION AREA
- EXISTING HIGH-DENSITY FILING SYSTEM
- NEW FLOOR FINISH, REFER TO NOTE 7
- EXISTING CONSTRUCTION TO REMAIN
- NEW DOOR
- DOOR NUMBER

**HDR**

HDR ARCHITECTURE, INC.
225 WEST WACKER DRIVE
SUITE 2750
CHICAGO, IL 60606

**HTA**
Helen Torres & Associates
Consulting Structural Engineers

## FLOOR PLAN GENERAL NOTES

1. DRAWINGS & SPECIFICATIONS ARE COMPLEMENTARY COMPONENTS OF THE CONTRACT DOCUMENTS. REVIEW ALL DRAWINGS AND SPECIFICATIONS FOR THE COMPLETE SCOPE OF WORK. NOTIFY ARCHITECT IMMEDIATELY FOR CLARIFICATION IF INCONSISTENCIES, CONTRADICTIONS OR OMISSIONS ARE DISCOVERED.
2. DO NOT SCALE DRAWINGS. IF DIMENSIONAL INFORMATION IS REQUIRED & NOT FOUND, NOTIFY ARCHITECT IMMEDIATELY FOR CLARIFICATION.
3. ALL DIMENSIONS ARE TO COLUMN CENTERLINES OR FACE OF FINISHED WALLS OR SURFACES UNLESS NOTED OTHERWISE.
4. REFER TO DEMOLITION DRAWINGS, IF ANY, FOR WORK REQUIRED IN ADVANCE OF CONSTRUCTION AND COORDINATE ACCORDINGLY.
5. REFER TO LIFE SAFETY DRAWINGS FOR ADDITIONAL FIRE / SMOKE RATING REQUIREMENTS.
6. REFER TO STRUCTURAL DRAWINGS FOR ADDITIONAL STRUCTURAL REQUIREMENTS.
7. HIGHER RATED FIRE WALLS TAKE PRECEDENCE OVER LOWER RATED WALLS ARE TO CONTINUE THROUGH ALL SUCH INTERSECTIONS.
8. THE SLOPES IN "CORRIDOR B170" AND "CORRIDOR B018" MUST HAVE A MAXIMUM RATIO OF "1:21.0" AND A MINIMUM RATIO OF "1:22.0".

## COUNTY OF COOK
## TASK ORDER 1 -
## CERMAK TUNNEL
## RENOV

2800 S. CALIFORNIA AVE.
CHICAGO, IL 60608

| | |
|---|---|
| Project Manager | ED AXLEY |
| Project Designer | ED AXLEY |
| Project Architect | ED AXLEY |
| Structural Engineer | HELEN TORRES & ASSOCIATES |

| MARK | DATE | DESCRIPTION |
|---|---|---|
| | 12.05.2024 | CONSTRUCTION DOCUMENTS |
| | 12.05.2024 | ISSUED FOR BID AND PERMIT |

| | |
|---|---|
| Project Number | 10405391 |
| Original Issue | 12.05.2024 |

PRIVILEGED & CONFIDENTIAL

**SCALES**

SCALE 1/8" = 1'-0"
SCALE 1/4" = 1'-0"
SCALE 1 1/2" = 1'-0"
SCALE 3" = 1'-0"

**KEY PLAN**

Sheet Name
OVERALL PLAN -
LEVEL 01

Sheet Number
**A-101**

ISSUED FOR BID AND PERMIT

---

### Drawing Views



**E5** HANDRAIL ELEVATION (NORTH) - B020 — 1/4" = 1'-0"

**D5** HANDRAIL ELEVATION (SOUTH) - B020 — 1/4" = 1'-0"

**C5** HANDRAIL ELEVATION - B020 — 1/4" = 1'-0"

**C4** FLOOR PLAN - PHASE 1 — 1/8" = 1'-0"

**C2** FLOOR PLAN - PHASE 2 — 1/8" = 1'-0"

NOTES:
1. PRIOR TO FINAL OCCUPANCY CONTRACTOR TO RESTORE FIRE SUPPRESSION SYSTEM INSTALLATION.
2. CONTRACTOR TO CLEAN, RELAMP, AND REINSTALL EXISTING LIGHTING FIXTURES.
3. PATCH CONCRETE OR CMU WALLS REPAINT ALL WALLS. PREP AND PAINT ALL DOORS AND FRAMES. ALTERNATE: REPAINT ONLY EXISTING GRAY LOWER PORTION OF WALLS AND ENTIRE SEGMENT OF WALL CONTAINING DOOR B020. COLOR TO BE SELECTED BY ARCHITECT. SEE SPECIFICATIONS FOR ADDITIONAL REQUIREMENTS.
4. INSTALL CONCRETE FLOOR SEALER. REFER TO STRUCTURAL.
5. ALL ISOLATION AND CONTROL/CONTROL JOINTS SHALL BE SEALED WITH PICK PROOF EPOXY SEALANT. REFER TO SPECIFICATIONS.
6. PROVIDE UNDER-SLAB ELASTOMERIC SHEET MEMBRANE WATERPROOFING. REFER TO SPECIFICATIONS.
7. NEW SEAMLESS EPOXY FLOORING. REFER TO SPECIFICATIONS FOR ADDITIONAL REQUIREMENTS.

---

## A-101 - DOOR AND FRAME SCHEDULE

| IDENTIFICATION | | DIMENSIONS | | | | PANEL | | | FRAME | | | FIRE RATING | HARDWARE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OPENING WIDTH | | | | | | | | | | | | |
| DOOR NO. | ROOM NAME | W1 | W2 | Total Width | H | Panel Type | Material | Finish | Glazing Type | TYPE | Material | Finish | FIRE RATING | GROUP | NOTES |
| B020 | MEDICAL RECORDS | 2'-4" | 2'-4" | 4'-8" | 7'-2" | FF | HOLLOW METAL | PAINT | NONE | F01 | HOLLOW METAL | PAINT | 45 MIN. | 1 | |

---

**B5** TYPICAL WALL MOUNTED HANDRAIL - GWB WALL — 3" = 1'-0"

**B4** CORRIDOR ELEVATION - B170 — 1/8" = 1'-0"

**B2** CORRIDOR ELEVATION - B018 — 1/8" = 1'-0"

**A5** HANDRAIL

**A3** JAMB - HM INTERIOR DOOR - CMU — 3" = 1'-0"

**A2** HEAD - HM INTERIOR DOOR - CMU — 3" = 1'-0"

Walker v. Dart et al., 20-cv-261

CCSAO Walker 016221
Exhibit 3 Page 7



HDR

HDR ARCHITECTURE, INC.
225 WEST WACKER DRIVE
SUITE 2750
CHICAGO, IL 60606



C2  FOUNDATION SECTION - CORRIDOR B170
1" = 1'-0"

HTA
Helen Torres & Associates
Consulting Structural Engineers

COUNTY OF COOK
TASK ORDER 1 -
CERMAK TUNNEL
RENOV

2800 S. CALIFORNIA AVE.
CHICAGO, IL 60608



B2  FOUNDATION SECTION - CORRIDOR B170
1" = 1'-0"

| Project Manager | ED KASLEY |
| Project Designer | ED KASLEY |
| Project Architect | ED KASLEY |
| Structural Engineer | HELEN TORRES & ASSOCIATES |

| MARK | DATE | DESCRIPTION |
| --- | --- | --- |
| | 12.05.2024 | CONSTRUCTION DOCUMENTS |
| | 12.05.2024 | ISSUED FOR BID AND PERMIT |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Project Number | 10405391 |
| Original Issue | 12/08/24 |

PRIVILEGED & CONFIDENTIAL



A2  FOUNDATION SECTION - CORRIDOR B018
1" = 1'-0"

Sheet Name

FOUNDATION DETAILS

Sheet Number

A-501

ISSUED FOR BID AND PERMIT





HDR

HDR ARCHITECTURE, INC.
205 WEST WACKER DRIVE
SUITE 2750
CHICAGO, IL 60606



Helen Torres & Associates
Consulting Structural Engineers

COUNTY OF COOK
TASK ORDER 1 -
CERMAK TUNNEL
RENOV

2800 S. CALIFORNIA AVE,
CHICAGO, IL 60608

| Project Manager | ED KASLEY |
| Project Designer | ED KASLEY |
| Project Architect | ED KASLEY |
| Structural Engineer | HELEN TORRES & ASSOCIATES |

| MARK | DATE | DESCRIPTION |
| --- | --- | --- |
| | 12.20.2024 | ISSUED FOR BID AND PERMIT |

Project Number: 10435391
Original Issue: 12/20/24

Sheet Name
SPECIFICATIONS

Sheet Number
**A-502**
ISSUED FOR BID AND PERMIT

PRIVILEGED & CONFIDENTIAL

Walker v. Dart et al., 20-cv-261
CCSAO Walker 016224
Exhibit 3 Page 10
PRIVILEGED & CONFIDENTIAL

**HDR ARCHITECTURE, INC.**
225 WEST WACKER DRIVE
SUITE 2700
CHICAGO, IL 60606

**Helen Torres & Associates**
Consulting Structural Engineers

**COUNTY OF COOK
TASK ORDER 1 -
CERMAK TUNNEL
RENOV**

2800 S. CALIFORNIA AVE.
CHICAGO, IL 60608

Project Manager — ED KASLEY
Project Designer — ED KASLEY
Project Architect — ED KASLEY
Structural Engineer — HELEN TORRES & ASSOCIATES

| MARK | DATE | DESCRIPTION |
|------|------|-------------|
| | 12.20.2024 | ISSUED FOR BID AND PERMIT |

Project Number — 10425291
Original Issue — 12/2024

Sheet Name
**SPECIFICATIONS**

Sheet Number
**A-503**

ISSUED FOR BID AND PERMIT