**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:23−cv−16970
                                                            Honorable Sunil R. Harjani

Thomas Dart, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 9, 2025:

    MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's unopposed motion to set date to close the Rule 23(b)(3) Cermak ramp class and to terminate the Cermak Rule 23(b)(2) class as moot [165] is granted. The Court orders: that (1) the Rule 23(b)(3) Cermak class is closed on November 14, 2025, and (2) the Cermak Rule 23(b)(2) class is terminated as moot. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.