# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Cuauhtemoc Hernandez, et al.
                        Plaintiff,

v.                                                   Case No.: 1:23−cv−16970
                                                           Honorable Sunil R. Harjani

Thomas Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2025:

    MINUTE entry before the Honorable Sunil R. Harjani: Defendants' motion for leave to file first amended affirmative defenses [168] shall be briefed as follows: Plaintiff's response brief is due by 12/29/2025 and Defendants shall reply by 1/12/2026. The Court will issue a written ruling via CM/ECF. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.