# Patrick Morrissey

| | |
|---|---|
| **From:** | Patrick Morrissey |
| **Sent:** | Wednesday, December 17, 2025 12:44 PM |
| **To:** | 'Samuel D. Branum'; Thomas Morrissey |
| **Cc:** | Adnan Shafi; Nelson A. Aydelotte; Monica Burkoth |
| **Subject:** | RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Motion for Leave to Amend |

Mr. Branum,

I write to follow up on our phone call this morning regarding defendants' request for leave to assert additional affirmative defenses. During that call, we discussed that discovery is closed and that plaintiff would have no opportunity to conduct discovery related to these newly asserted defenses.

In addition, you did not provide any explanation as to why defendants did not seek leave to assert these affirmative defenses prior to the close of discovery or prior to moving for summary judgment.

Based on our conferral, plaintiff objects to defendants' anticipated motion and requests leave to file a response by December 29, 2025, based on your representation that the motion will be filed today.

Pat Morrissey

---

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Tuesday, December 16, 2025 10:19 AM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Adnan Shafi <shafia@jbltd.com>; Nelson A. Aydelotte <aydelotten@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Motion for Leave to Amend

We can discuss tomorrow with the other cases.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Monday, December 15, 2025 6:04 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Adnan Shafi <shafia@jbltd.com>; Nelson A. Aydelotte <aydelotten@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Motion for Leave to Amend

Sam,

Can you circulate times this week when we can have a phone conferral regarding this proposed motion. To prepare myself for the call, can you please explain the evidence you will use to support these new affirmative defenses and how defendants anticipate applying these defenses to the case given that the parties have fully briefed summary judgment motions.

Also, will you be supplementing disclosures (i.e., producing documents and/or identifying witnesses) if the Court grants the motion to support the proposed affirmative defenses?

Pat Morrissey

---

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Monday, December 15, 2025 11:56 AM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Adnan Shafi <shafia@jbltd.com>; Nelson A. Aydelotte <aydelotten@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>
**Subject:** Hernandez et al. v. Dart et al., 23-cv-16970 - Motion for Leave to Amend

Pat,
Please let me know if we may file the attached motion unopposed.
Thank you,
Sam


Samuel D. Branum, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-0272**
branums@jbltd.com | www.johnsonandbell.com

_____

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.