# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Cuauhtemoc Hernandez, et al.
                        Plaintiff,

v.                                         Case No.: 1:23–cv–16970
                                                                  Honorable Sunil R. Harjani

Thomas Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 15, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: The Court requests a set of courtesy copies of Plaintiffs' motion for summary judgment, the memorandum of law, and the materials relied upon in support of the motion. The Court already has courtesy copies of the other summary judgment materials. The courtesy copies must have the CM/ECF header. Copies should be delivered in binders to Room 1932 by noon on January 20, 2026. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.