**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
                          Plaintiff,

v.                                             Case No.: 1:23−cv−16970
                                                  Honorable Sunil R. Harjani

Thomas Dart, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 4, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: For the reasons stated in the Memorandum Opinion and Order entered this day, Plaintiffs' motion for partial summary judgment [121] is granted, and Defendants' motion for summary judgment [138] is denied. Defendants' motion to amend [168] is denied. In−person status hearing set for 3/4/26 at 9:30 a.m. to discuss next steps in this case, including settlement and/or trial. The parties are ordered to meet and confer prior to this status hearing to discuss next steps, including mediation. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.