**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
                             Plaintiff,

v.                                                        Case No.: 1:23−cv−16970
                                                            Honorable Sunil R. Harjani

Thomas Dart, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 4, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: In−person status hearing held. The Court and the parties discussed next steps. Counsel reported that the parties met and conferred following the Court's summary judgment ruling. Plaintiffs&#0;39; counsel has issued a settlement demand, which Defendants have reviewed. As discussed in open court, the parties shall continue to meet and confer in good faith and engage in settlement discussions. The next in person status hearing is set for March 17, 2026, at 9:30 a.m. The parties should be prepared to set a trial date at that time on the individual claims by Plaintiffs Hernandez and Mathis, and discuss additional notices to the class, if the matter cannot be solved short of trial. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.