**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CUAUHTEMOC HERNANDEZ and WILLIAM MATHIS, | ) ) ) | |
| *Plaintiffs,* | ) ) | Case No. 23-cv-16970 |
| -*vs*- | ) ) | Judge Sunil R. Harjani |
| THOMAS DART, Sheriff of Cook County, and COOK COUNTY, ILLINOIS, | ) ) ) | Magistrate Judge Keri L. Holleb Hotaling |
| *Defendants.* | ) ) | |

## MOTION FOR WITHDRAWAL OF ATTORNEY'S APPEARANCE

Defendants Thomas Dart and Cook County, Illinois, by and through their attorneys, JOHNSON & BELL, LTD., moves the Court to withdraw the appearance of attorney, Adnan Shafi, in this case. This withdrawal of Appearance is solely for the withdrawal of attorney, Adnan Shafi, and not the law firm of JOHNSON & BELL, LTD.

WHEREFORE, Defendants Thomas Dart and Cook County, Illinois, respectfully requests that this Court grant leave for Adnan Shafi to withdraw as counsel for Defendants Thomas Dart and Cook County, Illinois.

Dated: March 6, 2026

**JOHNSON & BELL, LTD.**

By:  */s/Adnan Shafi*
Adnan Shafi

Monica Burkoth (burkothm@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
Adnan Shafi (shafia@jbltd.com)
Nelson A. Aydelotte (aydelotten@jbltd.com)
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770

1