# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
## Eastern Division

Cuauhtemoc Hernandez, et al.
                                      Plaintiff,

v.                                                                     Case No.: 1:23−cv−16970
                                                                               Honorable Sunil R. Harjani

Thomas Dart, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 9, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: MOTION by Adnan Shafi to withdraw as attorney for Cook County, Illinois, and Thomas Dart. [177] is granted.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.