IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ISAAC HARRIS, et al. | * | |
|     Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:17-cv-01371-APM |
| | * | |
| MEDICAL TRANSPORTATION MANAGEMENT, INC. | * | |
|     Defendant and Third-Party Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| STAR TRANSPORTATION LLC, et al., | * | |
|     Third-Party Defendants. | * | |
|     Defendants. | * | |

_____

## ORDER

| Event | Deadline |
|---|---|
| Entry of summary judgment that MTM is not a joint employer of the issue class | |
| Parties will meet and confer on content, form and distribution of notice to the issue class; parties will then file a proposed notice plan for the Court's approval | 14 days after entry of summary judgment, or by June 10, 2025, whichever date is later |
| Distribution of the notice | Within 7 days of the Court's approval of the notice |
| Period for issue class members to inform Class Counsel of their interest to move to intervene on an individual basis in this action | 60 days from the issuance of the notice |
| Plaintiff's counsel shall provide Defendant with a list of drivers who have responded with an interest to move to intervene within the period following issuance of the notice | 3 days after the end of the notice period |
| Intervenors will file a motion for leave to intervene and a complaint-in-intervention | 60 days after the end of the notice period |

Amit Mehta
Digitally signed by Amit Mehta
Date: 2025.05.18 06:51:03 -04'00'

Exhibit 5 Page 1