CUAUHTEMOC HERNANDEZ V. THOMAS DART, SHERIFF OF COOK COUNTY AND COOK COUNTY, ILLINOIS,

CASE NO. 23-CV-16970

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU WERE ASSIGNED A CANE, CRUTCH, OR WALKER AND MOVED UP OR DOWN THE RTU EAST TUNNEL RAMP AND/OR THE CERMAK RAMP AT THE COOK COUNTY DEPARTMENT OF CORRECTIONS FROM DECEMBER 20, 2021 TO THE PRESENT**

**YOU MAY HAVE A CLAIM FOR INDIVIDUAL DAMAGES**

Cuauhtemoc Hernandez and William Mathis, former detainees at the Cook County Department of Corrections, filed this action alleging that the Cermak ramp and the Residential Treatment Unit (RTU) east tunnel ramp failed to comply with the Structural Standards required by the Americans with Disabilities Act (ADA) and Rehabilitation Act (RA). United States District Sunil R. Harjani entered an order that the case may proceed as a class action for the issue whether the Cermak ramp and RTU east tunnel ramp complied with those Structural Standards. The Court also appointed Thomas Morrissey and Patrick Morrissey of Thomas G. Morrissey, Ltd. as Class Counsel.

On February 4, 2026, the Court ruled on these issues and found that the Cermak ramp did not comply with the Structural Standards required by the ADA for the time period between December 20, 2021 to November 14, 2025 and the RTU east tunnel ramp has not complied with the Structural Standards required by the ADA from February 13, 2022 to the present. As a member of one or both classes, you are now eligible to proceed to seek money damages for injuries you may have suffered going up and down the Cermak ramp and/or the RTU east tunnel ramp.

**WHAT ARE YOUR OPTIONS AS A CLASS MEMBER**

| **Option 1** | To pursue a claim for money damages for any injuries you may have incurred going up or down the Cermak ramp and/or the RTU east tunnel ramp, the enclosed postcard **must** be filled out and returned to Class Counsel no later than [insert date] [we propose 120 days from date the notice is sent by US Mail upon approval of the court]. As members of the class action, you have been represented by the law firm of Thomas G. Morrissey, Ltd. You will not have to pay any money to Thomas G. Morrissey Ltd. to stay in the case. |
|---|---|
| **Option 2** | **Do nothing**. If you do nothing, you will **not be eligible** to pursue a claim for money damages for any injuries you may have incurred going up or down the Cermak ramp from December 20, 2021 to November 14, 2025 and the RTU east tunnel ramp from February 13, 2022 to the present. |

**QUESTIONS?**

If you have any questions regarding this notice, please contact Class Counsel. You may call, e-mail or mail them a letter. Their contact information is below:

THOMAS G. MORRISSEY, LTD. ATTN: Thomas Morrissey or Patrick Morrissey 10257 S. Western Ave. Chicago, IL 60643 Telephone (773) 238-4235 Email: paralegal@morrisseylawchicago.com

Exhibit 6 Page 1

**TO REVIEW THE CASE FILE**

The court file in this case is available for examination in the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois between the hours of 9:00 a.m. and 4:30 p.m. Monday through Friday.

**UPDATES**

For updates in the future, you may visit [insert web address] [a website to be created by Atticus that will have this notice published and provide for updates].

Exhibit 6 Page 2

**POSTCARD TO PURSUE MONEY DAMAGES**

UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF ILLINOIS

*Hernandez v. Dart*, No. 23-cv-16970

**POSTCARD TO PURSUE MONEY DAMAGES**

*Preprinted by Atticus*          **Name/Address Changes:**
Name                          _____
Address                     _____
City                             _____
Phone number: _____
e-mail address: _____

I was detained at the Cook County Department of Corrections during one or more of the following periods:

- Between December 20, 2021 and November 14, 2025, and during that time I was assigned a cane, crutch, or walker for at least two (2) weeks by a jail medical provider, and traversed the Cermak ramp; and/or
- Between February 12, 2022 and the present, and during that time I was assigned a cane, crutch, or walker for at least two (2) weeks by a jail medical provider and traversed the RTU east tunnel ramp.

Based on the foregoing, I elect to pursue money damages as a member of the class action.

Signature: _____          Date of signature: _____

**If you wish to pursue money damages, you must return this postcard to the law offices of Thomas G. Morrissey, 10257 South Western Avenue, Chicago, Illinois 60643 by [inset date].** *This means that the postcard must be received at the office of Class Counsel by* **[insert date]** *and not simply put in the mail by then.*

**IF YOU MOVE or CHANGE YOUR CONTACT INFORMAITON, contact CLASS COUNSEL by US Mail at 10257 S. Western Ave, Chicago, Illinois 60643 or phone at (773)238-4235.**

Exhibit 6 Page 3