**C**UAUHTEMOC **H**ERNANDEZ V. **T**HOMAS **D**ART, **S**HERIFF OF **C**OOK **C**OUNTY AND **C**OOK **C**OUNTY, **I**LLINOIS,

**C**ASE **N**O. 23-**CV**-16970
**U.S. D**ISTRICT **C**OURT FOR THE **N**ORTHERN **D**ISTRICT OF **I**LLINOIS

**THIS NOTICE IS BEING SENT TO YOU BECAUSE RECORDS SHOW YOU WERE DETAINED IN THE COOK COUNTY JAIL FROM APRIL 24, 2025 TO THE PRESENT AND ASSIGNED A CANE, CRUTCH, OR WALKER FOR AT LEAST TWO WEEKS BY A JAIL MEDICAL PROVIDER**

**YOU MAY HAVE A CLAIM FOR INDIVIDUAL DAMAGES**

A lawsuit pending in federal court in Chicago may affect you. The name of the case is *Hernandez v. Dart*, No. 23-cv-16970. The issue presented in this case is whether two ramps at the Cook County Department of Corrections, the Cermak ramp and the Residential Treatment Unit east tunnel ramp, comply with the Americans with Disabilities Act (ADA) and the Rehabilitation Act (RA).

United States District Judge Sunil R. Harjani has ordered that the case may proceed as a class action for the following two classes:

> All Cook County Jail detainees who have been assigned a cane, crutch, or walker by a jail medical provider, for a period of more than two weeks, and traversed the Residential Treatment Unit east tunnel ramp from February 13, 2022 to the date of judgment; and

> All Cook County Jail detainees who have been assigned a cane, crutch, or walker by a jail medical provider, for a period of more than two weeks, and traversed the Cermak ramp from December 20, 2021 to November 14, 2025.

On February 4, 2026 the Court found that the Cermak ramp did not comply with the Structural Standards required by the ADA for the time period between December 20, 2021 to November 14, 2025 and the RTU east tunnel ramp did not comply with the Structural Standards required by the ADA from February 13, 2022 to the present. If you meet the definition of one or both classes and wish to participate in this case as a member of the class, you are now eligible to proceed to seek money damages for injuries you may have suffered going up and down the Cermak ramp and/or the RTU east tunnel ramp.

If you are a member of one or both classes you will be represented by Thomas G. Morrissey, Ltd., 10257 South Western Avenue, Chicago, Illinois 60643, (773)238-4235. The Court has found that attorneys Thomas Morrissey and Patrick Morrissey are able to represent the class, although it has not required that you agree to have them represent you. If you desire, you may enter an appearance through an attorney other than class counsel or on your own without a lawyer. Class members will not have any obligation to pay for legal services to class counsel except out of any damage award as the Court may order.

The Court's order allowing this case to proceed as a class action means that, if you are a member of one or both classes, you may be eligible to seek money damages. If you are a member of one or both classes, then unless you exclude yourself from the case, you will be bound by the decision of the Court.

Exhibit 7 Page 1

Defendants may raise a defense that individual class members failed to exhaust available administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). If you are currently incarcerated, you should follow the Cook County Department of Corrections grievance process: file a grievance and appeal the response to exhaust any available administrative remedies. The Court has not made any ruling about whether a class member must exhaust any available administrative remedies to seek money damages.

**WHAT ARE YOUR OPTIONS?**

| Option 1 | You can elect to pursue a claim for money damages as a member of the class action for any injuries you may have incurred going up or down the Cermak ramp and/or the RTU east tunnel ramp. To do so, the enclosed **postcard must** be completed and returned to Class Counsel no later than [insert date] [we propose 120 days from date the notice is sent by US Mail upon approval of the court]. <br><br> As members of the class action, you will be represented by the law firm of Thomas G. Morrissey, Ltd. You will not have to pay any money to Thomas G. Morrissey Ltd. to stay in the case. |
|---|---|
| Option 2 | If you do **not** return the enclosed **postcard** by the deadline, you **will not become part of this class action** and you **will not be represented by class counsel**. <br><br> This means that if you want to pursue a claim for injuries you allegedly suffered going up or down the Cermak ramp and/or the RTU east tunnel ramp, you must do so **by filing your own separate lawsuit**. You will be responsible for prosecuting that lawsuit on your own or through an attorney of your choosing. <br><br> You have **two (2) years from the date this notice is sent or until [insert date]** to file your own lawsuit. If you do not file a lawsuit within that time, your claim may be barred by the statute of limitations. |

**QUESTIONS?**

If you have any questions regarding this notice, please contact Class Counsel. You may call, e-mail or mail them a letter. Their contact information is below:

> THOMAS G. MORRISSEY, LTD. ATTN: Thomas Morrissey or Patrick Morrissey 10257 S. Western Ave. Chicago, IL 60643 Telephone (773) 238-4235 Email: paralegal@morrisseylawchicago.com

**TO REVIEW THE CASE FILE**

The court file in this case is available for examination in the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois between the hours of 9:00 a.m. and 4:30 p.m. Monday through Friday.

Exhibit 7 Page 2

**UPDATES**

For updates in the future, you may visit _____[a website to be created by Atticus that will have this notice published and provide for updates].

Exhibit 7 Page 3

**POSTCARD TO PURSUE MONEY DAMAGES**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF ILLINOIS**

*Hernandez v. Dart*, No. 23-cv-16970

**POSTCARD TO PURSUE MONEY DAMAGES**

| *Preprinted by Atticus* | **Name/Address Changes:** |
|---|---|
| Name:\_\_\_ | _____ |
| Address:\_\_ | _____ |
| City:\_\_ | _____ |
| Phone number: _____ | |
| e-mail address: \_\_\_\_\_ | |

I was detained at the Cook County Department of Corrections during one or more of the following periods:

- Between December 20, 2021 and November 14, 2025, and during that time I was assigned a cane, crutch, or walker for at least two (2) weeks by a jail medical provider, and traversed the Cermak ramp; and/or
- Between February 12, 2022 and the present, and during that time I was assigned a cane, crutch, or walker for at least two (2) weeks by a jail medical provider and traversed the RTU east tunnel ramp.

Based on the foregoing, I elect to pursue money damages as a member of the class action.

Signature: _____          Date of signature: _____

**If you wish to pursue money damages, you must return this postcard to the law offices of Thomas G. Morrissey, 10257 South Western Avenue, Chicago, Illinois 60643 by [insert date].** *This means that the postcard must be received at the office of Class Counsel by [insert date] and not simply put in the mail by then.*

**IF YOU MOVE or CHANGE YOUR CONTACT INFORMAITON, contact CLASS COUNSEL by US Mail at 10257 S. Western Ave, Chicago, Illinois 60643 or phone at (773)238-4235.**

Exhibit 7 Page 4