# Patrick Morrissey

| | |
|---|---|
| **From:** | Samuel D. Branum <branums@jbltd.com> |
| **Sent:** | Thursday, March 12, 2026 12:48 PM |
| **To:** | Patrick Morrissey; Thomas Morrissey; Paralegal |
| **Cc:** | Monica Burkoth; Nelson A. Aydelotte |
| **Subject:** | RE: Hernandez v. Dart, 23-cv-16970, Draft Class Notice |
| **Attachments:** | Defts' Proposed Class Notice (individuals who did not receive prior notice).docx; Defts' Proposed Class Notice (individuals who received prior notice).docx |

Counsel,

We object to Plaintiffs' versions of the proposed class notices.

Attached are Defendants' versions.

Thank you,
Sam

**From:** Samuel D. Branum
**Sent:** Tuesday, March 3, 2026 9:10 AM
**To:** 'Patrick Morrissey' <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Adnan Shafi <shafia@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>; Nelson A. Aydelotte <aydelotten@jbltd.com>; Paralegal <paralegal@morrisseylawchicago.com>
**Subject:** RE: Hernandez v. Dart, 23-cv-16970, Draft Class Notice

I will prepare a revised notice for those who have not yet received any notice, which will be a merger of the previous class notice and the proposed class notice we sent yesterday. It will address your concerns about the language regarding any ruling made.

I will reach out to the clients to discuss your other requests and will give you an update on our position as soon as I have one.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Tuesday, March 3, 2026 5:50 AM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Adnan Shafi <shafia@jbltd.com>; Monica Burkoth <burkothm@jbltd.com>; Nelson A. Aydelotte <aydelotten@jbltd.com>; Paralegal <paralegal@morrisseylawchicago.com>
**Subject:** RE: Hernandez v. Dart, 23-cv-16970, Draft Class Notice

Mr. Branum,

I have edited plaintiffs' proposed notices regarding the Court's ruling and have omitted the portion addressing the Rehabilitation Act. The revised notices are attached.

Also attached is a copy of the notice that was sent during the first round of class notice. We object to your proposal to send this notice to class members after April 23, 2025, because it incorrectly states: "The Court has not made any ruling about whether defendants violated federal law."