CUAUHTEMOC HERNANDEZ V. THOMAS DART, SHERIFF OF COOK COUNTY AND COOK COUNTY, ILLINOIS,

CASE NO. 23-CV-16970
U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**THIS NOTICE IS BEING SENT TO YOU BECAUSE RECORDS INDICATE YOU WERE DETAINED IN THE COOK COUNTY DEPARTMENT OF CORRECTIONS AND ASSIGNED A CANE, CRUTCH, OR WALKER FOR A PERIOD OF MORE THAN FOURTEEN CONSECUTIVE DAYS**

Cuauhtemoc Hernandez and William Mathis, former detainees at the Cook County Department of Corrections, filed this action alleging that the Cermak ramp and the Residential Treatment Unit (RTU) east tunnel ramp failed to comply with the Structural Standards required by the Americans with Disabilities Act (ADA) and the Rehabilitation Act (RA). United States District Judge Sunil R. Harjani entered an order that the case may proceed as a class action for the issue whether the Cermak ramp and RTU east tunnel ramp complied with those Structural Standards. The Court also appointed Thomas Morrissey and Patrick Morrissey of Thomas G. Morrissey, Ltd. as Class Counsel.

On February 4, 2026, the Court ruled on these issues and found that the Cermak ramp did not comply with the Structural Standards required by the ADA for the time period between December 20, 2021 to November 14, 2025 and the RTU east tunnel ramp has not complied with the Structural Standards required by the ADA from February 13, 2022 to the date of judgment. The case is still being litigated, and class representatives Cuauhtemoc Hernandez and William Mathis will be proceeding to trials on their individual claims. There is a possibility that a jury could find against Mr. Hernandez or Mr. Mathis and a possibility that the case could be dismissed for lack of subject matter jurisdiction. You will receive additional notice at the conclusion of this case to inform you of the outcome.

As a member of the class, you may file an individual lawsuit if you would like to pursue damages based on the Court's ruling on the Cermak ramp and the RTU east tunnel ramp.

**QUESTIONS?**

If you have any questions regarding this notice, please contact Class Counsel. You may call, e-mail or mail them a letter. Their contact information is below:

> THOMAS G. MORRISSEY, LTD. ATTN: Thomas Morrissey or Patrick Morrissey 10257 S. Western Ave. Chicago, IL 60643 Telephone (773) 238-4235 Email:
> paralegal@morrisseylawchicago.com

**TO REVIEW THE CASE FILE**

The court file in this case is available for examination in the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois between the hours of 9:00 a.m. and 4:30 p.m. Monday through Friday.

Exhibit 9 Page 1