Case: 1:20-cv-00261 Document #: 305-1 Filed: 01/10/26 Page 1 of 3 PageID #:5202

# ATTICUS
## SMART | ACCOUNTABLE | BETTER

### Class Action Administration

## Estimate E2025-12-E21
### Walker v Dart [Notice Only]

Prepared on December 23, 2025
By Chris Longley – CEO | Atticus Administration LLC

Exhibit 1 Page 1

---

Atticus Administration, LLC
Chris Longley – CEO

**Walker v Dart [Notice Only]**

Prepared for

**Patrick W. Morrissey** | **Attorney**
pwm@morrisseylawchicago.com
P: 773.233.7901

Thomas G. Morrissey, Ltd.
10257 S. Western Avenue
Chicago, IL 60643

Exhibit 11 Page 1

Estimate E2025-12-20-tV00261 Document #: 305-1 Filed: 01/10/26 Page 2 of 3 PageID #:5203nber 23, 2025

# Estimate Summary

## Atticus Services & Cost Description

| Description | |
|---|---|
| NOTICE MAILING – Mailed First Class | $20,154 |
| Initial notice up to 6 pages and social media campaign | Included |
| Undeliverable, return mail processing | Included |
| Skip-tracing of undeliverable notices, remails | Included |
| Advanced batch lookups | Included |
| PROCESS RESPONSES | $456 |
| PROJECT MANAGEMENT, ADMIN FEES, TECHNICAL | $1,125 |
| Final reporting to client and mailing statistics | Included |
| COMMUNICATIONS | $2,500 |
| Interactive website | Included |
| **TOTAL:** | **$24,235** |

## Key Assumptions

- Group Size: **811 individuals.**
- Print and mailed notices to all individuals, up to 6 pages.
- Social media campaign with ads on Instagram Meta.
- Assumes up to 811 total individuals effected after combining data.
- Data review, cleansing, compiling and preparing file for mailing; including NCOA and skip-tracing service for updated addresses.
- Advanced skip-tracing included.
- Interactive case website to host ability to submit relevant information and host documents.
- No telephony services or website.

**OPTIONS:**
- Adding advanced IDI core lookups on specific individuals, adds $25 per lookup. Lookups can find additional details like addresses, DOBs, phone numbers etc.

_____ ROLE

PRINT NAME

_____ Date

Client Signature

*By signing above, I understand and agree to the pricing terms and services to be provided by Atticus Administration for the stated project.*

*PLEASE NOTE: This estimate and pricing is for the services stated herein and is valid for 30 days from the date of the estimate. If the Settlement Agreement or other service scope document(s) require additional services not included or priced in this estimate, we will separately price those scope changes and submit an updated quote prior to proceeding with the work*

**Payment Terms:**
*NET Payable at Notice Mailing*

*Click HERE for Atticus' Terms and Conditions of Sale*

ATTICUS

Exhibit 11 Page 2

Case: 1:20-cv-00261 Document #: 305-1 Filed: 01/10/26 Page 3 of 3 PageID #:5204

# Thank you

## ATTICUS

Chris Longley – CEO

612-315-9007 (Direct)
651-755-2552 (Cell)
clongley@atticusadmin.com

1295 Northland Drive, Suite 160
St. Paul, MN 55120

www.atticusadmin.com

Exhibit 1 Page 3

Exhibit 11 Page 3