**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
                                        Plaintiff,

v.                                                              Case No.: 1:23–cv–16970
                                                               Honorable Sunil R. Harjani

Thomas Dart, et al.
                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 17, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: In–person status hearing held. Counsel reported that the parties met and conferred regarding settlement as directed by the Court but were unable to reach an agreement. With respect to the injunctive issue, parties shall file a joint status report by 3/31/2026. Jury Trial set for 8/17/2026 at 9:00 a.m. for 4 trial days on the individual claims by the two named Plaintiffs. Firm date. Final pretrial conference set for 8/12/2026 10:30 a.m. The parties are directed to review and comply with Judge Harjani's standing order for Final Pretrial Order Procedures in Civil Cases, which is available on Judge Harjani's web page located on the Court's website at www.ilnd.uscourts.gov. The joint proposed final pretrial order is due by 7/28/2026. Two (2) copies of the proposed final pretrial order shall be delivered to Chambers on 7/29/2026. All motions in limine due by 7/7/2026. Responses to motions in limine due 7/21/2026. Replies to motions in limine due by 7/28/2026. By 7/29/2026, the parties must provide the Court with two exhibit binders containing copies of the objected–to deposition testimony and exhibits. **At least three weeks prior to trial, the parties shall contact the Court's systems department (312–435–6045) to coordinate any specific evidence presentation needs and schedule a date before trial to review the courtroom technology.** If the parties wish to discuss a trial issue prior to the final pretrial conference, they may contact the Courtroom Deputy to set up a telephone status hearing. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.