IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) ) ) | |
| *Plaintiffs,* | ) ) ) | 23-cv- 16970 |
| -vs- | ) ) | Judge Sunil R. Harjani |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) | Magistrate Judge Holleb Hotaling |
| *Defendants.* | ) ) ) | |

**JOINT STATUS REPORT**

The parties, pursuant to the Court's order entered on March 17, 2026, Dkt. 181, file

the following joint status report regarding the injunctive issue.

**1. The Rule 23(b)(2) class relating to the RTU east tunnel ramp**

Plaintiff's Position

The remaining Rule 23(b)(2) class is comprised of "all inmates at Cook County Jail

prescribed a cane, crutch, or walker by a jail medical provider for a period of more than

two weeks and traversed" the Residential Treatment Unit east tunnel ramp.[1] *See* Dkt. 72,

Memorandum Opinion and Order at 6.

On February 16, 2026, Class Counsel served a letter with a proposal for a dialogue

to resolve the Rule 23(b)(2) class along with the Rule 23(b)(3) classes. Prior to the hearing

---

[1] On December 8, 2025, Class Counsel moved to terminate the Rule 23(b)(2) claims relating to the Cermak ramp because this ramp was renovated to eliminate all ADA structural violations. *See* Dkt. 165, Plaintiffs' Unopposed Motion. This motion was granted on December 9, 2025, and the Court ordered the Cermak Rule 23(b)(2) class terminated as moot. Dkt. 166, Minute entry.

on March 17, 2026, Class Counsel told defense counsel that plaintiffs are willing to engage in settlement discussions just to resolve the Rule 23(b)(2) class.

There has been no formal response to Class Counsel's proposal to settle the Rule 23(b)(2) class. The plaintiff requests a trial on this claim.

Defendants' Position: On March 17, 2026, Plaintiffs informed Defendants that they would be willing to engage in settlement discussions to resolve Plaintiffs' request for injunctive relief separate from their request for monetary relief. Defendants are still considering Plaintiffs' proposal, which requires different layers of internal review and coordination with various individuals. Defendants respectfully request to submit a status report within two weeks to update the Court on any potential resolution of this issue.

Respectfully submitted,

| /s/ Patrick W. Morrissey | /s/ Samuel D. Branum (with consent) |
|---|---|
| Thomas G. Morrissey, Ltd. | Johnson & Bell, Ltd. |
| 10257 S. Western Ave. | 33 W. Monroe St., Suite 2700 |
| Chicago, IL 60643 | Chicago, IL 60603 |
| (773) 233-7901 | (312) 372-0770 |
| | |
| *An attorney for the plaintiff class* | *An attorney for defendants* |