**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CUAUHTEMOC HERNANDEZ., | ) | |
| | ) | |
| Plaintiff, | ) | 23-cv-16970 |
| | ) | |
| vs. | ) | Honorable Sunil R. Harjani |
| | ) | |
| | ) | |
| | ) | |
| Thomas Dart, Sheriff of Cook County, and Cook | ) | |
| County, Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR WITHDRAWAL OF ATTORNEY'S APPEARANCE**

Defendants Thomas Dart, Sheriff of Cook County, and Cook County, by and through their attorneys, JOHNSON & BELL, LTD., moves the Court to withdraw the appearance of attorney, Monica Burkoth, in this case. This withdrawal of Appearance is solely for the withdrawal of attorney, Monica Burkoth, and not the law firm of JOHNSON & BELL, LTD.

WHEREFORE, Defendants Thomas Dart, Sheriff of Cook County, and Cook County, respectfully requests that this Court grant leave for Monica Burkoth to withdraw as counsel for Defendants Thomas Dart, Sheriff of Cook County, and Cook County.

Dated: May 27, 2026

                                    **JOHNSON & BELL, LTD.**

By:    */s/Monica Burkoth*
           Monica Burkoth

Monica Burkoth (burkothm@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
Nelson A. Aydelotte (aydelotten@jbltd.com)
JOHNSON & BELL, LTD.
33 West Monroe Street, Suite 2700
Chicago, IL 60603

1

Tel: (312) 372-0770