**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CUAUHTEMOC HERNANDEZ and WILLIAM MATHIS, | ) ) ) | |
| *Plaintiffs,* | ) ) ) | Case No. 23-cv-16970 |
| -*vs*- | ) ) | |
| THOMAS DART, Sheriff of Cook County, and COOK COUNTY, ILLINOIS, | ) ) ) ) | Judge Sunil R. Harjani Magistrate Judge Keri L. Holleb Hotaling |
| *Defendants.* | ) ) | |

**<u>DECLARATION OF ERIC DAVIS</u>**

I, Eric Davis, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, and if called upon to testify at trial, hearing, or deposition would state, based upon my personal knowledge, the following:

1.      I am the Deputy Director of the Department of Capital Planning and Policy for Cook County, Illinois. I have held this position since April of 2017.

2.      As the Deputy Director of the Department of Capital Planning and Policy, my duties and responsibilities include participating in the oversight of the design and construction work at the Cook County Jail and courthouses. My duties and responsibilities also include overseeing the development and implementation of Cook County's Capital Improvement Plan ("CIP"), which involves engaging both architects and contractors to perform that work and working with our user groups to make sure that we are accomplishing their needs within the resources available. Overall, the CIP covers approximately 11 million square feet across all relevant facilities.

3.      I am directly involved in coordinating with the Cook County Sheriff's Office to assist with the Cook County Department of Corrections ("CCDOC") compliance with the

Exhibit A
Page 1 of 3

Americans with Disabilities Act ("ADA"). The Cook County Department of Corrections is a 96-acre complex consisting of a number of separate buildings.

4. The Residential Treatment Unit ("RTU"), located at 2700 S. California Ave., Chicago, Illinois, is owned by Cook County. The building is used to house detainees, including those with disabilities who are receiving treatment administered at the nearby Cermak Health Services facility.. At the level where detainees enter the RTU, the building has two entrances, one via the eastern portion of the building ("RTU east ramp") and one via the northern pedestrian walkway ("northern entrance").

5. Currently, Cook County is in the process of retaining architectural/engineering firms to evaluate the entire CCDOC facility for ADA compliance.

6. The architectural assessments are intended to include every building in the CCDOC facility, as well as adjacent buildings, tunnels, ramps, sidewalks, etc.. The assessments will further indicate whether renovation of the RTU east ramp is required or if there are alternative courses of action available to bring the area into compliance.

7. Once the architectural assessment of the area that includes the RTU is complete, Cook County will then determine the best and most expeditious means to implement the recommendations in the report, and thereby take the necessary steps to bring the CCDOC as a whole into compliance. This will be a phased, multi-year program.

8. Conducting any repairs or renovations now without the full architectural assessment being completed risks bringing only partial areas of the ramp into compliance without making the entire surrounding area fully compliant and possibly wasting County resources without need.

9.       On numerous separate occasions, I have communicated to Plaintiff's counsel, the attorneys at Thomas G. Morrissey, Ltd., the approach to the CCDOC ADA renovations plan as outlined above.

10.     The County estimates that the entire process of assessing the CCDOC and then taking the actions necessary to bring RTU east ramp into compliance to be completed within approximately the next four years. The County intends to prioritize the implementation of modifications needed in the area of the RTU within the overall phased campus accessibility upgrade program but, because of the scale of work to be completed and the times typically required for assessment, design, the necessary legal, procurement, and contracting processes, and the construction itself, it would not technically be feasible to complete the replacement of the RTU east ramp within a shorter timeframe.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on June 29, 2026                    By: _____

                                                      Eric Davis