**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CUAUHTEMOC HERNANDEZ and WILLIAM MATHIS, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| | ) | Case No. 23-cv-16970 |
| -*vs*- | ) ) | |
| | ) | Judge Sunil R. Harjani |
| THOMAS DART, Sheriff of Cook County, and COOK COUNTY, ILLINOIS, | ) ) | Magistrate Judge Keri L. Holleb Hotaling |
| | ) | |
| *Defendants.* | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE *INSTANTER* THEIR OPPOSED MOTIONS *IN LIMINE* IN EXCESS OF FIFTEEN PAGES**

Defendants, SHERIFF OF COOK COUNTY and COOK COUNTY, ILLINOIS, by and through undersigned counsel, state as follows:

1.  Defendants respectfully move this Court for leave to file combined motions *in limine* that exceed the fifteen-page limit. In preparing for trial, Defendants identified sixteen issues that must be resolved before trial to ensure an orderly and efficient trial. Those issues have been combined in a single filing. (ECF No. 196.)

2.  Due to the multiple motions *in limine*, Defendants respectfully request they be allowed more than fifteen pages to adequately brief those issues.

3.  Excluding the case caption, table of contents, table of cases, and signature block, Defendants' combined motion is a total of twenty pages, which on average equals just over one page for each motion.

WHEREFORE, Defendants respectfully request that this Court enter an order granting Defendants leave to file their opposed motions *in limine* in excess of the fifteen-page limitation *instanter*.

1

Respectfully submitted,

JOHNSON & BELL, LTD.

Dated: July 7, 2026

/s/ *Samuel D. Branum*
One of the attorneys for Defendants
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770
branums@jbltd.com