

Exhibit 1 Page 1