

NOVEMBER 18, 2025 R2            PRIVILEGED AND CONFIDENTIAL

COOK COUNTY BUREAU OF ASSET MANAGEMENT
ATTN: BRADLEY DEROO
69 W. WASHINGTON STREET
CHICAGO, IL 60602
TELE: (312) 603-1130
VIA: BRADLEY.DEROO@COOKCOUNTYIL.GOV

RE:     COOK COUNTY DEPARTMENT OF CORRECTIONS
        CERMAK TUNNEL PHASES ONE AND TWO: TOPOGRAPHIC FIELD MEASUREMENTS

DEAR BRADLEY,

On October 23, 2025, topographic field measurements were performed for the subsurface accessway in part of the *Cermak Tunnel Phase One and Phase Two* construction. The field measurements were conducted utilizing a total station to verify the elevations and gradients of the recently installed concrete pavement, inclusive of landings, sloped walkways, and finish floor elevations.

At time of this visit, the floor surface in vicinity of a cleanout exhibited a cross slope exceeding 1:48. The Project Team was notified of the aforementioned observation and directive was given to the Contractor to remedy the floor surface and cleanout rim elevation to maintain a flush and uniform condition with the prevailing grade of the walkway. A subsequent visit was performed on November 14, 2025 confirming the remedial construction of the floor surface and cleanout. Please see attached exhibit *EX-A* denoting the findings of the field measurements for your information and review.

In summary, the topography of the constructed pavement is found to be in general compliance with the proposed FLOOR PLANS — PHASE 1 AND PHASE 2 designs from the planset, generally titled *County of Cook Task Order 1- Cermak Tunnel Renov*, dated 12/20/24. The longitudinal gradients for the sloped walkways ranged between 4.2% to 4.6% and in no location was found steeper than 1:20. Landings and cross slopes did not exceed 1:48 slope.

We appreciate the opportunity to be of service to the County on this project.
Should you have any questions regarding the matter, please do not hesitate to contact us.

SINCERELY,

EVA DESIGN AND ENGINEERING LLC



ARVIN VILLANUEVA, PE
PRINCIPAL

ATTACHMENTS: EX-A, DATED 11/16/25

CC:: ERIC DAVIS [COOK COUNTY] / KATE SUSMILCH [LCM] / CRAIG CUCHRA [ARDMORE RODERICK]
    CHRIS MIEHLE, ROMEY BELL [EVA]

Walker v. Dart et al., 20-cv-261     Exhibit B Page 1     CCSAO Walker 016213

Exhibit 2 Page 1

 Exhibit 3 Page 1

Case: 1:23-cv-16970 Document #: 165-2 Filed: 12/08/25 Page 2 of 3 PageID #:2535



Exhibit 2 Page 2

Exhibit 3 Page 2



PHOTO 1
1.1% Cross Slope Verified on 11/14/25

NOTES:
1. TOPOGRAPHIC FIELD MEASUREMENTS CONDUCTED ON 10/23/25. SUPPLEMENT FIELD VERIFICATION CONDUCTED ON 11/14/25.
2. FLOORPLAN INFORMATION REFERENCED FROM SHEET A-101 AND ELEVATION DATUM REFERENCED FROM SHEET S.101 FROM PLANSET GENERALLY TITLED TASK ORDER 1 – CERMAK TUNNEL RENOV, DATED 10/23/26. SEE SOURCE DOCUMENTATION FOR FURTHER INFORMATION.
3. SUBJECT CLEANOUT RESET AND PAVEMENT RECONSTRUCTED ON ±11/11/25.

DESIGN AND ENGINEERING, LLC
© 2025 EVA DESIGN AND ENGINEERING, LLC
WWW.EVA-ENG.COM

TOPOGRAPHIC FIELD MEASUREMENTS
DOC: CERMAK TUNNEL PHASE TWO
SCALE: 1" = 5'

DATE: 11/16/2025

EX-A

CCSAO Walker 016214

Exhibit B Page 2

Walker v. Dart et al., 20-cv-261

Exhibit 2 Page 3

Exhibit 3 Page 3