Case: 1:23-cv-16970 Document #: 201-1 Filed: 07/21/26 Page 1 of 9 PageID #:3199



# CHICAGO POLICE DEPARTMENT

3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

### CRIMINAL HISTORY REPORT



CPD-31903C (REV. 7/04)

## >>> CONVICTED FELON <<<

CPD photo

## MATHIS, WILLIAM J

IR #

SID #

FBI #

IDOC #

**Current Arrest Information:**

| | |
|---|---|
| Date of Birth: | 1983 |
| Age: | **39 years** |
| Place of Birth: | **ILLINOIS** |
| Drivers License #: | **M32093083205** |
| Drivers Lic. State: | **ILLINOIS** |

MALE

BLACK

5'10"

290 lbs

EYES : BRO

HAIR : BLK

HAIR STYLE : SHORT

COMPLEXION : MBR

Scars, Marks &Tattoos:
Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used |
|---|---|---|
| MATHIS, WILLIAM J | 05-APR-2023 | 1983 |
| WILLIAM, MATHIS J | 18-FEB-2019 | 1983 |
| MATHIS, WILLIAM J | 14-JAN-2011 | 1983 |
| MATHIS, WILLIAM | 11-SEP-2006 | 1983 |
| MATHIS, WILLIAM J | 11-JUL-2004 | 1983 |
| MATHIS, WILLIAM | 27-JAN-2004 | 1983 |
| MATHIS, WILLIAM J | 15-JUN-2003 | 1983 |
| MATHIS, WILLIAM J | 13-DEC-2001 | 1983 |

Criminal Justice Summary: Total arrests: **27** (9 Felony, 11 Misdemeanor)          Total convictions: **6**

---

### ■ ARREST ■

| | | | | |
|---|---|---|---|---|
| Arrest Name: | **MATHIS, WILLIAM J** | Arrest Date: | **05-APR-2023** | Holding Facility: **RICHTON PARK** |
| Date of Birth: | 1983 | Arrest Address: | | |
| DCN or CB: | **030232832** | Residence: | | |
| Officer: | **CREMENT** | Officer Badge#: | **121** | Arresting Agency: **RICHTON PARK** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 1 | F | 720 ILCS 5.0/24-1.2-A-2 | Aggr Discharge Firearm - Occupied Vehicle | OFFENSE AS CITED |
| [1] | 1 | F | 720 ILCS 5.0/24-1.2-A-2 | Aggr Discharge Firearm - Occupied Vehicle | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| **720 ILCS 5/24-1.2(a)(2)** | **AGG DISCHARGE FIREARM/OCC VEH** | F | 23CR0510701 |

Disposition:**FINDING OF GUILTY**                                        Disposition Date:**26-AUG-2024**
Sentence: **DOC 000 YEARS 00 MONTHS 000 DAYS**                Sentence Date: **26-AUG-2024**

Disposition:**FINDING OF GUILTY**                                        Disposition Date:**26-AUG-2024**
Sentence: **CREDIT TIME SERVED 000 YEARS 00 MONTHS 515 DAYS**    Sentence Date: **26-AUG-2024**

---

### ■ ARREST ■

| | | | |
|---|---|---|---|
| Arrest Name: | **MATHIS, WILLIAM J** | Arrest Date: | **07-AUG-2022** | Holding Facility: **COUNTRY CLUB HILLS** |
| Date of Birth: | 1983 | Arrest Address: | |
| DCN or CB: | **030167162** | Residence: | |

Exhibit A Page 1
1/9

Hernandez & Mathis 000009

Country Police Department for 30-DEC-2025 06

| | | | | | |
|---|---|---|---|---|---|
| Officer: | **FRAZIER** | | Officer Badge#: | Arresting Agency: | **COUNTRY CLUB HILLS** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 570.0/402-C | Pcs - Possession - Poss Amt Con Sub Except (A)(D) | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720 ILCS 570.0/402-C | PCS - POSSESSION - POSS AMT CO | F | 22600406101 |

Disposition: **NOLLE PROSEQUI**
Sentence:

Disposition Date: **14-NOV-2022**
Sentence Date:

---

**ARREST**

| | | | | |
|---|---|---|---|---|
| Arrest Name: | **MATHIS, WILLIAM** | Arrest Date: | **22-OCT-2019** | Holding Facility: **CCSPD - DISTRICT 6** |
| Date of Birth: | ████ 1983 | Arrest Address: | | |
| DCN or CB: | **019887096** | Residence: | | |
| Officer: | **MCHUGH** | Officer Badge#: | | Arresting Agency: **CCSPD - DISTRICT 6** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 625 ILCS 5.0/11-501-A | Ivc - Agg Dui/No Valid Dl | OFFENSE AS CITED |

---

**ARREST**

| | | | | |
|---|---|---|---|---|
| Arrest Name: | **WILLIAM, MATHIS J** | Arrest Date: | **18-FEB-2019** | Holding Facility: **POSEN** |
| Date of Birth: | ████ 1983 | Arrest Address: | | |
| DCN or CB: | **019770260** | Residence: | | |
| Officer: | **ARROZAL** | Officer Badge#: | | Arresting Agency: **POSEN** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | P | | 625 ILCS 5.0/11-802-A | Ivc - Improper U-Turn | OFFENSE AS CITED |
| [1] | P | | 625 ILCS 5.0/3-707-A | Operate Uninsured Mtr Vehicle | OFFENSE AS CITED |
| [1] | A | M | 625 ILCS 5.0/6-303-A | Driving On Revoked License | OFFENSE AS CITED |
| [1] | P | | 625 ILCS 5.0/11-804-B | Ivc - Fail To Signal | OFFENSE AS CITED |
| [1] | P | | 625 ILCS 5.0/11-305-A | Ivc - Disobey Traffic Control Device | OFFENSE AS CITED |

---

**ARREST**

| | | | | |
|---|---|---|---|---|
| Arrest Name: | **MATHIS, WILLIAM J** | Arrest Date: | **19-JUN-2017** | Holding Facility: **RICHTON PARK** |
| Date of Birth: | ████ 1983 | Arrest Address: | | |
| DCN or CB: | **019496504** | Residence: | | |
| Officer: | **MADISON** | Officer Badge#: | **102** | Arresting Agency: **RICHTON PARK** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | P | | 625 ILCS 5.0/11-1204-B | Ivc - Disregard Stop Sign | OFFENSE AS CITED |
| [1] | U | | 625 ILCS 5.0/3-707 | Insurance - Operate Mtr Vehicle Without | OFFENSE AS CITED |
| [1] | 4 | F | 625 ILCS 5.0/11-501-A | Ivc - Agg Dui/No Valid Dl | OFFENSE AS CITED |
| [1] | A | M | 625 ILCS 5.0/11-501-A-1 | Ivc - Driving Under Influence Of Alcohol Bac 0.08 | OFFENSE AS CITED |
| [1] | P | | 625 ILCS 5.0/11-502-A | Ivc - Trans/Carry Alc Liq/Driver | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 625 5/11-501-A | AGG DRIVING BAC > .08 | M | 17600357601 |

Disposition: **SUPERCEDED BY INFORMATION**
Sentence:

Disposition Date: **10-AUG-2017**
Sentence Date:

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 625-5/11-501(A) | AGG DUI/NO VALID DL | F | 17C66049901 |

Disposition: **SENTENCED/PROBATION - SPECIAL CONDITIONS**
Sentence: **PROBATION / SPECIAL CONDITIONS 002 YEARS 00 MONTHS 000 DAYS**

Disposition Date: **09-JUL-2018**
Sentence Date: **09-JUL-2018**

Hernandez & Mathis 000010

Chicago Police Department Print 30-DEC-2025 08:26 by

**ROSEQUI** — Disposition Date:**09-JUL-2018**

*Sentence:* — *Sentence Date:*

---

━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: **MATHIS, WILLIAM J** | Arrest Date: **12-OCT-2016**  Holding Facility: **CCSPD - DISTRICT 6** |
| Date of Birth: ████-1983 | Arrest Address: |
| DCN or CB: **019383442** | Residence: |
| Officer: **HOEFLER** | Officer Badge#:  Arresting Agency: **CCSPD - DISTRICT 6** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 625 ILCS 5.0/6-303-A | Driving On Suspended License | OFFENSE AS CITED |
| [1] | A | M | 625 ILCS 5.0/11-601.5-B | Speeding 35+ Mph Over Limit | OFFENSE AS CITED |
| [1] | P | | 625 ILCS 5.0/11-502-A | Ivc - Trans/Carry Alc Liq/Driver | OFFENSE AS CITED |

━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: **MATHIS, WILLIAM** | Arrest Date: **27-SEP-2012**  Holding Facility: **RICHTON PARK** |
| Date of Birth: **19-JUL-1983** | Arrest Address: **RICHTON PARK, IL 60471** |
| DCN or CB: **018504151** | Residence: **903 W NORTH # 14A PONTIAC, IL 61764** |
| Officer: **BOHLSEN** | Officer Badge#:  Arresting Agency: **RICHTON PARK** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | P | | 625 ILCS 5.0/3-413-F | Ivc - Registration Expiration - 1st&2nd | OFFENSE AS CITED |
| [1] | U | | 625 ILCS 5.0/3-707 | Insurance - Operate Mtr Vehicle Without | OFFENSE AS CITED |
| [1] | A | M | 625 ILCS 5.0/6-303-A | Driving On Suspended License | OFFENSE AS CITED |

━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: **MATHIS, WILLIAM J** | Arrest Date: **14-JAN-2011**  Holding Facility: **RICHTON PARK** |
| Date of Birth: ████-1983 | Arrest Address: |
| DCN or CB: **018056122** | Residence: |
| Officer: **LOWREY** | Officer Badge#:  Arresting Agency: **RICHTON PARK** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | 4 | F | 720 ILCS 570.0/402-C | Pcs - Possession - Poss Amt Con Sub Except (A)(D) | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | | Class | Case# |
|---|---|---|---|---|
| 720 570/402C | UPCS | | M | 11600051501 |

*Disposition:***SUPERCEDED BY INFORMATION** — *Disposition Date:***04-APR-2011**
*Sentence:* — *Sentence Date:*

**COURT CHARGES/DISPOSITION**

| Statute | Charge | | Class | Case# |
|---|---|---|---|---|
| 720-570/402(C) | POSS AMT CON SUB EXCEPT(A | | F | 11C66022101 |

*Disposition:***BAIL BOND FORFEITURE** — *Disposition Date:***28-MAR-2013**
*Sentence:* — *Sentence Date:*

*Disposition:***SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS** — *Disposition Date:***28-MAY-2013**
*Sentence:* **DOC 001 YEARS 00 MONTHS 000 DAYS** — *Sentence Date:* **28-MAY-2013**   **CONVICTED**

*Disposition:***NOLLE PROSEQUI** — *Disposition Date:***28-MAY-2013**
*Sentence:* — *Sentence Date:*

*Disposition:***BAIL BOND FORFEITURE** — *Disposition Date:***28-MAR-2013**
*Sentence:* — *Sentence Date:*

━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━

| | |
|---|---|
| Arrest Name: **MATHIS, WILLIAM J** | Arrest Date: **25-AUG-2009**  Holding Facility: **CPD - DISTRICT 007** |
| Date of Birth: **19-JUL-1983** | Arrest Address: |
| DCN or CB: **017656596** | Residence: |
| Officer: **FULTON** | Officer Badge#: **19396**  Arresting Agency: **CPD** |

Exhibit A Page 3
3/9

Hernandez & Mathis 000011

Chicago Police Department Printed 30-DEC-2025 08:26 by

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|---------------------------|----------|
| [1] | - | | 725 ILCS 5.0/110-3 | Issuance Of Warrant | OFFENSE AS CITED |
| [1] | P | | 625 ILCS 5.0/12-807 | No Seat Belt/Sch Bus/1st & 2nd | OFFENSE AS CITED |
| [1] | A | M | 625 ILCS 5.0/6-303-A | Driving On Suspended License | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| 625 ILCS 5.0/6-303 | DRIVER'S LICENSE - DRIVING ON SUSPENDED/REVOKED | M | TT428393 |

Disposition: PLEA/GUILTY - FINDING OF GUILTY
Sentence: JAIL 40 DAYS
Disposition Date: 26-AUG-2009
Sentence Date: 26-AUG-2009
**CONVICTED**

---

— ARREST —

| | | | |
|---|---|---|---|
| Arrest Name: **MATHIS, WILLIAM J** | Arrest Date: **10-SEP-2007** | Holding Facility: **CHICAGO RIDGE** | |
| Date of Birth: ███1983 | Arrest Address: ███ | | |
| DCN or CB: **017011708** | Residence: ███ | | |
| Officer: **DROPKOWSKI** | Officer Badge#: | Arresting Agency: **CHICAGO RIDGE** | |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|---------------------------|----------|
| [1] | A | M | 625 ILCS 5.0/6-303-A | Driving On Suspended License | OFFENSE AS CITED |
| [1] | 1 | F | 720 ILCS 570.0/401-C-2 | Pcs - Mfg/Del1<15 Gr Cocaine/Anlg | OFFENSE AS CITED |
| [1] | 4 | F | 720 ILCS 570.0/402-C | Pcs - Possession - Less Than 15 Grms - Cocaine | OFFENSE AS CITED |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| 720-570/401(C)(2) | MFG/DEL 01-15 GR COCAINE/ | F | 07C55068101 |

Disposition: SENTENCED CCDOC BOOT CAMP
Sentence: BOOT CAMP 000 YEARS 00 MONTHS 000 DAYS
Disposition Date: 02-APR-2008
Sentence Date: 02-APR-2008
**CONVICTED**

Disposition: SENTENCED/PROBATION
Sentence: PROBATION 000 YEARS 24 MONTHS 000 DAYS
Disposition Date: 09-DEC-2008
Sentence Date: 09-DEC-2008
**CONVICTED**

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| 720-570/401-C | POSS OF CONTRL SUBSTANCE | M | 07500743901 |

Disposition: NOLLE PROSEQUI
Sentence:
Disposition Date: 18-OCT-2007
Sentence Date:

Disposition: SUPERCEDED BY INFORMATION
Sentence:
Disposition Date: 18-OCT-2007
Sentence Date:

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| 720-570/401-C-2 | DELVY OF CONTROL SUBSTANC | M | 07500743901 |

Disposition: NOLLE PROSEQUI
Sentence:
Disposition Date: 18-OCT-2007
Sentence Date:

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| 720-570/402(C) | POSS AMT CON SUB EXCEPT(A | F | 07C55068101 |

Disposition: NOLLE PROSEQUI
Sentence:
Disposition Date: 02-APR-2008
Sentence Date:

Disposition: NOLLE PROSEQUI
Sentence:
Disposition Date: 09-DEC-2008
Sentence Date:

---

— ARREST —

| | | | |
|---|---|---|---|
| Arrest Name: **MATHIS, WILLIAM J** | Arrest Date: **05-OCT-2006** | Holding Facility: **CPD - DISTRICT 007** | |
| Date of Birth: ███-1983 | Arrest Address: ███ | | |
| DCN or CB: **016679145** | Residence: ███ | | |
| Officer: **SCOTT** | Officer Badge#: **19508** | Arresting Agency: **CPD** | |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|---------------------------|----------|
| [1] | A | M | 725 ILCS 5.0/110-10-A-4 | Conditions Of Bail Bond | OFFENSE AS CITED |
| [1] | L | | 8-12-010 | Gambling | OFFENSE AS CITED |

Hernandez & Mathis 000012

Chicago Police Department 30-DEC-2025 08:26

## COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 725-5/110-10-A-4 | - | M | 06128406501 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     Disposition Date: **14-NOV-2006**
Sentence:     Sentence Date:

--- ARREST ---

| | | |
|---|---|---|
| Arrest Name: **MATHIS, WILLIAM** | Arrest Date: **11-SEP-2006** | Holding Facility: **CPD - DISTRICT 008** |
| Date of Birth: ████-1983 | Arrest Address: ████████ | |
| DCN or CB: **016656115** | Residence: ████████ | |
| Officer: **HASENFANG** | Officer Badge#: **15085** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/12-5-A | Reckless Conduct | OFFENSE AS CITED |

## COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-5/12-5-A | RECKLESS CONDUCT | M | 06128224601 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     Disposition Date: **12-OCT-2006**
Sentence:     Sentence Date:

--- ARREST ---

| | | |
|---|---|---|
| Arrest Name: **MATHIS, WILLIAM J** | Arrest Date: **31-OCT-2005** | Holding Facility: **CPD - DISTRICT 002 MALE** |
| Date of Birth: ████1983 | Arrest Address: ████████ | |
| DCN or CB: **016352058** | Residence: ████████ | |
| Officer: **LUDWIG** | Officer Badge#: **13307** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | P | | 625 ILCS 5.0/12-603.1 | Ivc - Not Wearing Seat Belt/Driver | |
| [1] | 4 | F | 720 ILCS 570.0/402-C | Pcs - Possession - Less Than 15 Grms - Cocaine | |
| [1] | B | M | 625 ILCS 5.0/6-101 | Driving/Never Issued License | |

## COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 720-570/402(c) | POSS AMT CON SUB EXCEPT(A)/(D) | F | 05CR2746601 |

Disposition: **SENTENCED/PROBATION**     Disposition Date: **13-DEC-2005**     **CONVICTED**
Sentence: **PROBATION 000 YEARS 24 MONTHS 000 DAYS**     Sentence Date: **13-DEC-2005**

--- ARREST ---

| | | |
|---|---|---|
| Arrest Name: **MATHIS, WILLIAM J** | Arrest Date: **27-AUG-2005** | Holding Facility: **CPD - DISTRICT 008** |
| Date of Birth: ████-1983 | Arrest Address: ████████ | |
| DCN or CB: **016286967** | Residence: ████████ | |
| Officer: **MICELI** | Officer Badge#: **10297** | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | L | | 8-4-030 | Drinking Alcohol On The Public Way | OFFENSE AS CITED |

## COURT CHARGES/DISPOSITION

| Statute | Charge | Class | Case# |
|---|---|---|---|
| 8-4-030 | DRINKING ALCOHOL ON THE P | M | 05128052501 |

Disposition: **NON-SUIT**     Disposition Date: **17-OCT-2005**
Sentence:     Sentence Date:

--- ARREST ---

| | | |
|---|---|---|
| Arrest Name: **MATHIS, WILLIAM J** | Arrest Date: **15-JUN-2005** | Holding Facility: **CPD - DISTRICT 008** |

Exhibit A Page 5
5/9

Hernandez & Mathis 000013

Chicago Police Department Form 30-DEC-2025 08:26

Date of Birth: ███-1983  Arrest Address: ████████████████

DCN or CB: **016213115**  Residence:

Officer: **MEGA**  Officer Badge#: **16389**  Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|--------------------------|----------|
| [1] | - | | 725 ILCS 5.0/110-3 | **Issuance Of Warrant** | |

--- ARREST ---

Arrest Name: **MATHIS, WILLIAM**  Arrest Date: **31-MAR-2005**  Holding Facility: **CPD - DISTRICT 008**

Date of Birth: ███1983  Arrest Address: ████████████████

DCN or CB: **016134834**  Residence:

Officer: **RYAN**  Officer Badge#: **9108**  Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|--------------------------|----------|
| [2] | - | | 725 ILCS 5.0/110-3 | **Issuance Of Warrant** | **OFFENSE AS CITED** |

--- ARREST ---

Arrest Name: **MATHIS, WILLIAM J**  Arrest Date: **11-JUL-2004**  Holding Facility: **CPD - DISTRICT 007**

Date of Birth: ███-1983  Arrest Address: ████████████████

DCN or CB: **015878411**  Residence:

Officer: **FERNANDEZ**  Officer Badge#: **15792**  Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|--------------------------|----------|
| [1] | - | | 725 ILCS 5.0/110-3 | **Issuance Of Warrant** | |

--- ARREST ---

Arrest Name: **MATHIS, WILLIAM J**  Arrest Date: **22-MAR-2004**  Holding Facility: **CPD - DISTRICT 002 MALE**

Date of Birth: ███1983  Arrest Address: ████████████████

DCN or CB: **015766473**  Residence:

Officer: **SCHMITZ**  Officer Badge#: **17885**  Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|--------------------------|----------|
| [1] | - | | 725 ILCS 5.0/110-3 | **Issuance Of Warrant** | |

--- ARREST ---

Arrest Name: **MATHIS, WILLIAM J**  Arrest Date: **12-MAR-2004**  Holding Facility: **CPD - DISTRICT 007**

Date of Birth: ███1983  Arrest Address: ████████████████

DCN or CB: **015757409**  Residence:

Officer: **LEE**  Officer Badge#: **15949**  Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|--------------------------|----------|
| [1] | A | M | 720 ILCS 5/8-4 | **Attempt - Cannabis - Mfg/Del - 10-30 Grms** | **ATTEMPT** |
| [1] | 2 | F | 720 ILCS 5/8-4 | **Attempt - Pcs - Mfg/Del1<15 Gr Cocaine/Anlg** | **ATTEMPT** |
| [1] | 4 | F | 720 ILCS 570.0/402-C | **Pcs - Possession- Any Quantity-3,4-Md-Ma (Ecstasy)** | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| **720-570/401(c)(2)** | **MFG/DEL 01-15 GR COCAINE/ANLG** | **1** | **2004CR08419** |

Disposition:**SENTENCED/PROBATION**  Disposition Date:**21-APR-2004**  **CONVICTED**
Sentence: **PROBATION 000 YEARS 24 MONTHS 000 DAYS**  Sentence Date: **21-APR-2004**

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| **720-570/402(c)** | **POSS AMT CON SUB EXCEPT(A)/(D)** | **F** | **04CR0841901** |

Disposition:**ARREST WARRANT - ORDERED AND ISSUED**  Disposition Date:**28-NOV-2005**
Sentence:  Sentence Date:

Disposition:**ARREST WARRANT - RECALLED AND QUASHED**  Disposition Date:**30-NOV-2005**
Sentence:  Sentence Date:

Exhibit A Page 6
6/9

Hernandez & Mathis 000014

Chicago Police Department for 30-DEC-2025 0862

---
**ARREST**
---

| | |
|---|---|
| Arrest Name: **MATHIS, WILLIAM** | Arrest Date: **27-JAN-2004**    Holding Facility: **CPD - DISTRICT 002 MALE** |
| Date of Birth: ██████1983 | Arrest Address: |
| DCN or CB: **015712523** | Residence: |
| Officer: **GARZA** | Officer Badge#: **7871**    Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [3] | L | | 8-20-040 | **Registration Of Firearms** | |
| [1] | B | M | 720 ILCS 550.0/4-B | **Cannabis - Possess 2.5-10 Grms** | |
| [3] | A | M | 430 ILCS 65.0/2-A-1 | **Firearm W/O Valid Foid/Elig** | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| **430-5/2A1** | | 1 | **20041191578** |

Disposition:**BAIL BOND FORFEITURE**    Disposition Date:**19-MAR-2004**
Sentence: **CONDITIONAL DISCHARGE 001 YEARS 00 MONTHS 000 DAYS**    Sentence Date: **23-MAR-2004**

Disposition:**SENTENCED/COMMUNITY SERVICE**    Disposition Date:**23-MAR-2004**
Sentence: **PUBLIC SERVICE 000 YEARS 00 MONTHS 010 DAYS**    Sentence Date: **23-MAR-2004**

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| **430-65/2-A-1** | **FIREARM W/O VALID FOID/EL** | 1 | **20041191578** |

Disposition:**BAIL BOND FORFEITURE**    Disposition Date:**19-MAR-2004**
Sentence: **CONDITIONAL DISCHARGE 001 YEARS 00 MONTHS 000 DAYS**    Sentence Date: **23-MAR-2004**

Disposition:**SENTENCED/COMMUNITY SERVICE**    Disposition Date:**23-MAR-2004**
Sentence: **PUBLIC SERVICE 000 YEARS 00 MONTHS 010 DAYS**    Sentence Date: **23-MAR-2004**

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| **720-550/4B** | | 1 | **20041191578** |

Disposition:**SENTENCED/COMMUNITY SERVICE**    Disposition Date:**10-JUN-2004**
Sentence: **PUBLIC SERVICE 000 YEARS 00 MONTHS 000 DAYS**    Sentence Date: **10-JUN-2004**

Disposition:**ARREST WARRANT - RECALLED AND QUASHED**    Disposition Date:**11-SEP-2006**
Sentence:    Sentence Date:

Disposition:**SENTENCED/COMMUNITY SERVICE**    Disposition Date:**23-MAR-2004**
Sentence: **PUBLIC SERVICE 000 YEARS 00 MONTHS 010 DAYS**    Sentence Date: **23-MAR-2004**

Disposition:**BAIL BOND FORFEITURE**    Disposition Date:**19-MAR-2004**
Sentence: **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS**    Sentence Date:

Disposition:**SENTENCED/COUNTY DEPARTMENT OF CORRECTIONS**    Disposition Date:**04-APR-2005**
Sentence: **JAIL 000 YEARS 00 MONTHS 020 DAYS**    Sentence Date: **04-APR-2005**    **CONVICTED**

---
**ARREST**
---

| | |
|---|---|
| Arrest Name: **MATHIS, WILLIAM J** | Arrest Date: **17-OCT-2003**    Holding Facility: **CPD - DISTRICT 003** |
| Date of Birth: ██████-1983 | Arrest Address: |
| DCN or CB: **015617633** | Residence: |
| Officer: **CARTAGENA** | Officer Badge#: **12967**    Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | B | M | 720 ILCS 550.0/4-B | **Cannabis - Possess 2.5-10 Grms** | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| **720-550/4-B** | **CANNABIS - POSSESS 2.5-10** | 1 | **20031301452** |

Disposition:**BAIL BOND FORFEITURE**    Disposition Date:**18-NOV-2003**
Sentence: **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS**    Sentence Date:

---
**ARREST**
---

| | |
|---|---|
| Arrest Name: **MATHIS, WILLIAM J** | Arrest Date: **15-JUN-2003**    Holding Facility: **CPD - DISTRICT 007** |

Exhibit A Page 7

Hernandez & Mathis 000015

Chicago Police Department Printed: 30-DEC-2025 08:26 by:

Date of Birth: ████1983
DCN or CB: **015493982**
Officer: **KROFTA**

Arrest Address:
Residence:
Officer Badge#: **14000**     Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|--------------------------|----------|
| **[1]** | | **-** | **725 ILCS 5.0/110-3** | **Issuance Of Warrant** | |

━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━

Arrest Name: **MATHIS, WILLIAM J**     Arrest Date: **05-JUN-2003**     Holding Facility: **CPD - DISTRICT 008**
Date of Birth: ████1983
DCN or CB: **015483812**
Officer: **KELLY**

Arrest Address:
Residence:
Officer Badge#: **17578**     Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|--------------------------|----------|
| **[1]** | **B** | **M** | **720 ILCS 550.0/4-B** | **Cannabis - Possess 2.5-10 Grms** | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| **720-550/4-B** | **CANNABIS - POSSESS 2.5-10** | **1** | **20031243200** |

*Disposition:***STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     *Disposition Date:***25-JUL-2003**
*Sentence:* **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS**     *Sentence Date:*

━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━

Arrest Name: **MATHIS, WILLIAM J**     Arrest Date: **06-MAY-2003**     Holding Facility: **CPD - DISTRICT 008**
Date of Birth: ████1983
DCN or CB: **015453503**
Officer: **CAMPOS**

Arrest Address:
Residence:
Officer Badge#: **19092**     Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|--------------------------|----------|
| **[1]** | **B** | **M** | **720 ILCS 550.0/4-B** | **Cannabis - Possess 2.5-10 Grms** | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|
| **720-550/4-B** | **CANNABIS - POSSESS 2.5-10** | **1** | **20031231235** |

*Disposition:***BAIL BOND FORFEITURE**     *Disposition Date:***11-JUN-2003**
*Sentence:* **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS**     *Sentence Date:*

━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━

Arrest Name: **MATHIS, WILLIAM J**     Arrest Date: **11-DEC-2002**     Holding Facility: **CPD - CENTRAL MALE**
Date of Birth: ████-1983
DCN or CB: **015317893**
Officer: **BURKS**

Arrest Address:
Residence:
Officer Badge#: **12408**     Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|--------------------------|----------|
| **[1]** | | **-** | **725 ILCS 5.0/110-3** | **Issuance Of Warrant** | |

━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━

Arrest Name: **MATHIS, WILLIAM J**     Arrest Date: **17-MAR-2002**     Holding Facility: **CPD - DISTRICT 008**
Date of Birth ████-1983
DCN or CB: **015065225**
Officer: **JACKSON**

Arrest Address:
Residence:
Officer Badge#: **19501**     Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|-------|-------|------|---------|--------------------------|----------|
| **[1]** | **4** | **F** | **720 ILCS 570.0/402-C** | **Pcs - Possession - Less Than 15 Grms - Cocaine** | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---------|--------|-------|-------|

Exhibit A Page 8

Hernandez & Mathis 000016

Chicago Police Department for 30-DEC-2025 20:26

| 720-570/402(C) | POSS AMT CON SUB EXCEPT(A)/(D) | 1 | 2002CR17044 |
|---|---|---|---|

Disposition:**PROBATION - TERMINATED - SATISFACTORY**  Disposition Date:**01-AUG-2003**
Sentence: **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS**  Sentence Date:

━━━━━━━━━━━━━━━━━━━━━━━━ ■ ARREST ■ ━━━━━━━━━━━━━━━━━━━━━━━━

| | | |
|---|---|---|
| Arrest Name: **MATHIS, WILLIAM J** | Arrest Date: **13-DEC-2001** | Holding Facility: **CPD - DISTRICT 008** |
| Date of Birth: ████ 1983 | Arrest Address: | |
| DCN or CB: **014979397** | Residence: | |
| Officer: **EVANS** | Officer Badge#: | Arresting Agency: **CPD** |

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/21-2 | **Criminal Trespass To Vehicles** | |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | Class | Case# |
|---|---|---|---|
| **720-5/21-2** | **CRIMINAL TRESPASS TO VEHI** | **1** | **20011206950** |

Disposition:**STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**  Disposition Date:**09-JAN-2002**
Sentence: **NO SENTENCE 000 YEARS 00 MONTHS 000 DAYS**  Sentence Date:

Hernandez & Mathis 000017