

**Clerk of the Circuit Court of Cook County**

PEOPLE OF THE STATE OF ILLINOIS

VS

NUMBER: 98CR2437301

HERNANDEZ, CUAHUTEMO

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**Charging the above named defendant with:**

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|-------|---------|--------|-------------|-------------|
| 001 | 720-5/9-1(A)(1) | FM | MURDER/INTENT TO KILL/INJURE | 8/21/1998 |
| 002 | 720-5/9-1(A)(2) | FM | MURDER/STRONG PROB KILL/INJURE | 8/21/1998 |
| 003 | 720-5/9-1(A)(3) | FM | MURDER/OTHER FORCIBLE FELONY | 8/21/1998 |
| 004 | 720-5\8-4(720-5\9-1) | FX | ATTEMPT FIRST DEGREE MURDER | 8/21/1998 |
| 005 | 720-5/12-4.2(A)(1) | FX | AGG BATTERY W/FIREARM/PERSON | 8/21/1998 |
| 006 | 720-5/12-4(A) | F3 | AGG BATTERY/GREAT BODILY HARM | 8/21/1998 |

The following disposition(s) was/were rendered before the Honorable Judge(s):

**EVENTS AND ORDERS OF THE COURT:**

**9/16/1998 INDICTMENT/INFORMATION-CLERKS OFFICE-PRESIDING JUDGE**

98CR2437301 ID# CR100650950

**9/30/1998 CASE ASSIGNED**

FITZGERALD, THOMAS R.

**9/30/1998 DEFENDANT IN CUSTODY**

HOLT, LEO E

**9/30/1998 PRISONER DATA SHEET TO ISSUE**

HOLT, LEO E

**9/30/1998 PUBLIC DEFENDER APPOINTED**

HOLT, LEO E

**9/30/1998 DEFENDANT ARRAIGNED**

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000022



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS                                          NUMBER: 98CR2437301

### HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

HOLT, LEO E

**9/30/1998  PLEA OF NOT GUILTY**

HOLT, LEO E

**9/30/1998  ADMONISH AS TO TRIAL IN ABSENT**

HOLT, LEO E

**9/30/1998  MOTION FOR DISCOVERY**

HOLT, LEO E

**9/30/1998  CONTINUANCE BY AGREEMENT**

HOLT, LEO E

**10/14/1998  DEFENDANT IN CUSTODY**

HOLT, LEO E

**10/14/1998  PRISONER DATA SHEET TO ISSUE**

HOLT, LEO E

**10/14/1998  CONTINUANCE BY AGREEMENT**

HOLT, LEO E

**11/5/1998  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**11/5/1998  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**11/5/1998  MOTION FOR BAIL REDUCTION - FILED**

SCHREIRER, JAMES M.

**11/5/1998  CONTINUANCE BY AGREEMENT**

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000023



## Clerk of the Circuit Court of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                                    **NUMBER: 98CR2437301**

**HERNANDEZ, CUAHUTEMO**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SCHREIRER, JAMES M.

**11/20/1998  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**11/20/1998  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**11/20/1998  MOTION FOR BAIL REDUCTION - FILED**

SCHREIRER, JAMES M.

**11/20/1998  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**12/1/1998  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**12/1/1998  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**12/1/1998  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**12/21/1998  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**12/21/1998  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**12/21/1998  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**1/13/1999  DEFENDANT IN CUSTODY**

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000024



**Clerk of the Circuit Court of Cook County**

### PEOPLE OF THE STATE OF ILLINOIS

**VS**                                    **NUMBER: 98CR2437301**

### HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SCHREIRER, JAMES M.

**1/13/1999  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**1/13/1999  MOTION DEFT - CONTINUANCE**

SCHREIRER, JAMES M.

**2/5/1999  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**2/5/1999  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**2/5/1999  SPECIAL ORDER**

MOTION TO BAR CERTAIN HEARSAY STATEMENTS.

SCHREIRER, JAMES M.

**2/5/1999  SPECIAL ORDER**

MOTION TO SUPPRESS IDENTIFICATION TESTIMONY. MOTION TO PRODUCE THE RECOR

SCHREIRER, JAMES M.

**2/5/1999  SPECIAL ORDER**

OF ALL JUVENILE COURT PROCEDINGS INVOLVING A Y PROSECUTION WITNESS.

SCHREIRER, JAMES M.

**2/5/1999  WITNESSES ORDERED TO APPEAR**

SCHREIRER, JAMES M.

**2/5/1999  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000025



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

NUMBER: 98CR2437301

## HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**3/18/1999 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**3/18/1999 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**3/18/1999 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**4/5/1999 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**4/5/1999 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**4/5/1999 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**4/19/1999 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**4/19/1999 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**4/19/1999 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**5/3/1999 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**5/3/1999 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000026

 **Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 98CR2437301**

### HERNANDEZ, CUAHUTEMO

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**5/3/1999 BLOOD TEST ORDERED**

SCHREIRER, JAMES M.

**5/3/1999 WITNESSES ORDERED TO APPEAR**

SCHREIRER, JAMES M.

**5/3/1999 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**5/20/1999 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**5/20/1999 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**5/20/1999 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**6/10/1999 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**6/10/1999 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**6/10/1999 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**6/28/1999 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**6/28/1999 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000027



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 98CR2437301**

### HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**6/28/1999 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**7/23/1999 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**7/23/1999 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**7/23/1999 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**8/12/1999 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**8/12/1999 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**8/12/1999 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**9/2/1999 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**9/2/1999 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**9/2/1999 WITNESSES ORDERED TO APPEAR**

SCHREIRER, JAMES M.

**9/2/1999 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

Printed: 7/1/2026 9:47:33 AM

Exhibit B Page 7

Hernandez & Mathis 000028



**Clerk of the Circuit Court
of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                           **NUMBER: 98CR2437301**

**HERNANDEZ, CUAHUTEMO**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**9/24/1999 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M

**9/24/1999 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**9/24/1999 WITNESSES ORDERED TO APPEAR**

SCHREIRER, JAMES M.

**9/24/1999 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**10/13/1999 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**10/13/1999 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**10/13/1999 WITNESSES ORDERED TO APPEAR**

SCHREIRER, JAMES M.

**10/13/1999 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**10/19/1999 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**10/19/1999 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**10/19/1999 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

Printed: 7/1/2026 9:47:33 AM



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

**VS**                                    **NUMBER: 98CR2437301**

## HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**10/28/1999  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**10/28/1999  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**10/28/1999  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**11/5/1999  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**11/5/1999  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**11/5/1999  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**11/17/1999  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**11/17/1999  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**11/17/1999  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**11/18/1999  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**11/18/1999  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000030



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

NUMBER: 98CR2437301

### HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**11/18/1999  SPECIAL ORDER**

  MOTION TO BAN DEC'D STATEMENT IS DENIED

   SCHREIRER, JAMES M.

**11/18/1999  CONTINUANCE BY AGREEMENT**

   SCHREIRER, JAMES M.

**12/14/1999  DEFENDANT IN CUSTODY**

   SCHREIRER, JAMES M.

**12/14/1999  PRISONER DATA SHEET TO ISSUE**

   SCHREIRER, JAMES M.

**12/14/1999  DISCOVERY ANSWER FILED**

   SCHREIRER, JAMES M.

**12/14/1999  MOTION DEFT - CONTINUANCE**

   SCHREIRER, JAMES M.

**12/14/1999  DEFENDANT IN CUSTODY**

   SCHREIRER, JAMES M.

**12/14/1999  PRISONER DATA SHEET TO ISSUE**

   SCHREIRER, JAMES M.

**12/14/1999  DISCOVERY ANSWER FILED**

   SCHREIRER, JAMES M.

**12/14/1999  MOTION DEFT - CONTINUANCE**

   SCHREIRER, JAMES M.

**1/11/2000  DEFENDANT IN CUSTODY**

Printed: 7/1/2026 9:47:33 AM

Exhibit B Page 10

Hernandez & Mathis 000031



Clerk of the Circuit Court
of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                         **NUMBER: 98CR2437301**

**HERNANDEZ, CUAHUTEMO**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SCHREIRER, JAMES M.

**1/11/2000  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**1/11/2000  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**2/15/2000  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**2/15/2000  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**2/15/2000  CHANGE PRIORITY STATUS**

SCHREIRER, JAMES M.

**2/15/2000  DISCOVERY ANSWER FILED**

SCHREIRER, JAMES M.

**2/15/2000  WITNESSES ORDERED TO APPEAR**

SCHREIRER, JAMES M.

**2/15/2000  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**4/10/2000  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**4/10/2000  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**4/10/2000  CONTINUANCE BY AGREEMENT**

Printed: 7/1/2026 9:47:33 AM

Exhibit B Page 11                          Hernandez & Mathis 000032

 **Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

**VS**  NUMBER: 98CR2437301

**HERNANDEZ, CUAHUTEMO**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SCHREIRER, JAMES M

**4/27/2000  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**4/27/2000  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**4/27/2000  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**5/22/2000  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**5/22/2000  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**5/22/2000  WITNESSES ORDERED TO APPEAR**

SCHREIRER, JAMES M.

**5/22/2000  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**5/22/2000  CHANGE PRIORITY STATUS**

SCHREIRER, JAMES M.

**6/20/2000  DISCOVERY ANSWER FILED**

SUPPLEMENTAL ANSWER

**7/11/2000  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**7/11/2000  PRISONER DATA SHEET TO ISSUE**

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000033



**Clerk of the Circuit Court
of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS                                    NUMBER: 98CR2437301

### HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SCHREIRER, JAMES M.

**7/11/2000  CHANGE PRIORITY STATUS**

SCHREIRER, JAMES M.

**7/11/2000  WITNESSES ORDERED TO APPEAR**

SCHREIRER, JAMES M.

**7/11/2000  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**8/23/2000  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M

**8/23/2000  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**8/23/2000  DEFENDANT DEMAND FOR TRIAL**

SCHREIRER, JAMES M.

**8/23/2000  WITNESSES ORDERED TO APPEAR**

SCHREIRER, JAMES M.

**8/23/2000  MOTION STATE - CONTINUANCE**

SCHREIRER, JAMES M.

**9/18/2000  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**9/18/2000  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**9/18/2000  DEFENDANT DEMAND FOR TRIAL**

Printed: 7/1/2026 9:47:33 AM

Exhibit B Page 13                    Hernandez & Mathis 000034



**Clerk of the Circuit Court
of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 98CR2437301**

## HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SCHREIRER, JAMES M.

**9/18/2000 WITNESSES ORDERED TO APPEAR**

SCHREIRER, JAMES M.

**9/18/2000 MOTION STATE - CONTINUANCE**

SCHREIRER, JAMES M.

**10/2/2000 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**10/2/2000 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**10/2/2000 WITNESSES ORDERED TO APPEAR**

SCHREIRER, JAMES M.

**10/2/2000 DEFENDANT DEMAND FOR TRIAL**

SCHREIRER, JAMES M.

**10/2/2000 MOTION STATE - CONTINUANCE**

SCHREIRER, JAMES M.

**10/10/2000 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**10/10/2000 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**10/10/2000 SPECIAL ORDER**

PETITION FOR EXTENSION OF TIME UNDER THE FOURT TERM ACT,

SCHREIRER, JAMES M.

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000035



## Clerk of the Circuit Court of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                                   **NUMBER: 98CR2437301**

**HERNANDEZ, CUAHUTEMO**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**10/10/2000 SPECIAL ORDER**

GRANTED TO THE DATE OF 11-27-00X

SCHREIRER, JAMES M.

**10/10/2000 WITNESSES ORDERED TO APPEAR**

SCHREIRER, JAMES M.

**10/10/2000 DEFENDANT DEMAND FOR TRIAL**

SCHREIRER, JAMES M.

**10/10/2000 MOTION STATE - CONTINUANCE**

SCHREIRER, JAMES M.

**10/30/2000 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**10/30/2000 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**10/30/2000 WITNESSES ORDERED TO APPEAR**

SCHREIRER, JAMES M.

**10/30/2000 DEFENDANT DEMAND FOR TRIAL**

SCHREIRER, JAMES M.

**10/30/2000 MOTION STATE - CONTINUANCE**

SCHREIRER, JAMES M.

**11/27/2000 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**11/27/2000 PRISONER DATA SHEET TO ISSUE**

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000036



**Clerk of the Circuit Court
of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

**VS**                                   **NUMBER: 98CR2437301**

### HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SCHREIRER, JAMES M.

**11/27/2000 CONTINUANCE BY ORDER OF COURT**

SCHREIRER, JAMES M.

**11/28/2000 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**11/28/2000 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**11/28/2000 CONTINUANCE BY ORDER OF COURT**

SCHREIRER, JAMES M.

**11/29/2000 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**11/29/2000 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**11/29/2000 VERDICT OF GUILTY**

SCHREIRER, JAMES M.

**11/29/2000 VERDICT OF GUILTY**

SCHREIRER, JAMES M.

**11/29/2000 BAIL REVOKED**

SCHREIRER, JAMES M.

**11/29/2000 PRE-SENTENCE INVESTIGATION ORDERED AND CONTINUED**

SCHREIRER, JAMES M.

**11/29/2000 CONTINUANCE BY ORDER OF COURT**

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000037



**Clerk of the Circuit Court of Cook County**

PEOPLE OF THE STATE OF ILLINOIS

VS                                          NUMBER: 98CR2437301

HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SCHREIRER, JAMES M.

**12/28/2000  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**12/28/2000  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**12/28/2000  MOTION DEFENDANT - NEW TRIAL - FILED**

SCHREIRER, JAMES M.

**12/28/2000  CONTINUANCE BY ORDER OF COURT**

SCHREIRER, JAMES M.

**1/26/2001  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**2/7/2001  DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**2/7/2001  DEFENDANT SENTENCED ILLINOIS DEPARTMENT OF CORRECTIONS**

SCHREIRER, JAMES M.

**2/7/2001  DEFENDANT SENTENCED ILLINOIS DEPARTMENT OF CORRECTIONS**

SCHREIRER, JAMES M.

**2/7/2001  SENTENCE TO RUN CONCURRENT**

SCHREIRER, JAMES M.

**2/7/2001  CREDIT DEFENDANT FOR TIME SERVED**

SCHREIRER, JAMES M.

**2/7/2001  MITTIMUS TO ISSUE**

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000038

 **Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS                                                    NUMBER: 98CR2437301

### HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SCHREIRER, JAMES M.

**2/7/2001 MOTION TO REDUCE SENTENCE - FILED**

SCHREIRER, JAMES M.

**2/7/2001 PUBLIC DEFENDER APPOINTED FOR APPEAL**

SCHREIRER, JAMES M.

**2/7/2001 NOTICE OF APPEAL FILED, TRANSFERRED**

IN OPEN COURT

SCHREIRER, JAMES M.

**2/7/2001 NOTICE OF APPEAL FILED, TRANSFERRED**

**2/13/2001 NOTICE OF NOTICE OF APPEAL MAILED**

**2/13/2001 HEARING DATE ASSIGNED**

**2/16/2001 PUBLIC DEFENDER APPOINTED FOR APPEAL**

BIEBEL, PAUL

**2/16/2001 ORDER OF COURT FREE REPORT OF PROCEEDINGS ORDERED**

BIEBEL, PAUL

**2/16/2001 MEMO OF ORDERS & NOTICE OF APPEAL PICKED-UP**

BIEBEL, PAUL

**2/16/2001 NOTICE OF APPEAL FILED, TRANSFERRED**

**2/23/2001 REPORT OF PROCEEDINGS ORDERED FROM COURT REPORTER**

**3/6/2001 NOTICE OF NOTICE OF APPEAL MAILED**

**3/6/2001 HEARING DATE ASSIGNED**

**3/9/2001 SPECIAL ORDER**

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000039



**Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                          **NUMBER: 98CR2437301**

**HERNANDEZ, CUAHUTEMO**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

ON CALL IN ERROR

BIEBEL, PAUL

**3/14/2001 APPELLATE COURT NUMBER ASSIGNED**

**3/16/2001 COMMON LAW RECORD PREPARED**

**3/21/2001 COMMON LAW RECORD RECEIVED BY APPOINTED COUNSEL**

PUBLIC DEFENDER

**5/30/2001 TRANSCRIPT PROCEEDINGS RECEIVED/FILED CLERKS OFFICE**

**5/30/2001 REPORT OF PROCEEDINGS PREPARED**

**5/31/2001 REPORT OF PROCEEDINGS RECEIVED BY APPOINTED ATTORNEY**

PUBLIC DEFENDER

**11/14/2002 MANDATE FILED**

**11/22/2002 REVIEW COURT AFFIRMANCE**

WOOD, WILLIAM S

**2/3/2003 MOTION DEFENDANT PETITION FOR TRANSCRIPT, COMMON LAW RECORD**

**2/3/2003 HEARING DATE ASSIGNED**

**2/6/2003 CONTINUANCE BY ORDER OF COURT**

SCHREIRER, JAMES M.

**2/13/2003 CONTINUANCE BY ORDER OF COURT**

SCHREIRER, JAMES M.

**2/20/2003 CONTINUANCE BY ORDER OF COURT**

SCHREIRER, JAMES M.

**3/14/2003 SPECIAL ORDER**

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000040



**Clerk of the Circuit Court
of Cook County**

PEOPLE OF THE STATE OF ILLINOIS

VS                                    NUMBER: 98CR2437301

HERNANDEZ, CUAHUTEMO

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

TRIAL TRANSCRIPTS ALREADY ORDERED AND RECEIVED IN PAST YEAR

SCHREIRER, JAMES M.

**3/14/2003 SPECIAL ORDER**

REQUEST FOR ANOTHER TRANSCRIPT IS DENIED

SCHREIRER, JAMES M.

**4/3/2006 POST-CONVICTION FILED**

**4/3/2006 HEARING DATE ASSIGNED**

**4/12/2006 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**4/12/2006 PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**4/12/2006 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**5/9/2006 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**6/20/2006 DEFENDANT NOT IN COURT**

SCHREIRER, JAMES M.

**6/20/2006 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**8/10/2006 DEFENDANT IN CUSTODY**

SCHREIRER, JAMES M.

**8/10/2006 PRISONER DATA SHEET TO ISSUE**

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000041



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 98CR2437301**

### HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SCHREIRER, JAMES M.

**8/10/2006 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**9/26/2006 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**10/25/2006 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**11/22/2006 DEFENDANT ON BOND**

SCHREIRER, JAMES M.

**11/22/2006 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**1/17/2007 CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**3/7/2007 MOTION DEFT - CONTINUANCE**

SCHREIRER, JAMES M.

**4/24/2007 MOTION DEFT - CONTINUANCE**

SCHREIRER, JAMES M.

**5/23/2007 MOTION DEFT - CONTINUANCE**

SCHREIRER, JAMES M.

**6/25/2007 DEFENDANT ON BOND**

SCHREIRER, JAMES M.

**6/25/2007 CONTINUANCE BY ORDER OF COURT**

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000042

 **Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 98CR2437301**

### HERNANDEZ, CUAHUTEMO

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

SCHREIRER, JAMES M.

**7/10/2007  SPECIAL ORDER**

PETITIONER'S RESPONSE TO RESPONDENT'S MTN TO DISMISS AMENDED PC

**7/10/2007  HEARING DATE ASSIGNED**

**7/11/2007  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**8/7/2007  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**8/30/2007  DEFENDANT NOT IN COURT**

SCHREIRER, JAMES M.

**8/30/2007  PRISONER DATA SHEET TO ISSUE**

SCHREIRER, JAMES M.

**8/30/2007  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**10/16/2007  CONTINUANCE BY AGREEMENT**

SCHREIRER, JAMES M.

**11/14/2007  POST-CONVICTION PETITION DENIED**

SCHREIRER, JAMES M.

**11/14/2007  ILLINOIS STATE APPELLATE DEFENDER APPOINTED**

SCHREIRER, JAMES M.

**11/29/2007  NOTIFICATION SENT TO DEFENDANT**

**12/14/2007  NOTICE OF APPEAL FILED, TRANSFERRED**

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000043



**Clerk of the Circuit Court of Cook County**

PEOPLE OF THE STATE OF ILLINOIS

VS                                                            NUMBER: 98CR2437301

HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

12/18/2007  NOTICE OF NOTICE OF APPEAL MAILED

12/18/2007  HEARING DATE ASSIGNED

12/21/2007  ILLINOIS STATE APPELLATE DEFENDER APPOINTED

   BIEBEL, PAUL

12/21/2007  ORDER OF COURT FREE REPORT OF PROCEEDINGS ORDERED

   BIEBEL, PAUL

12/27/2007  COMMON LAW RECORD PREPARED

   ONE (1) VOLUME

12/28/2007  APPELLATE COURT NUMBER ASSIGNED

1/15/2008  COMMON LAW RECORD RECEIVED BY APPOINTED COUNSEL

   STATE APPELLATE DEFENDER - ONE VOLUME

2/8/2008  REPORT OF PROCEEDINGS ORDERED FROM COURT REPORTER

8/22/2008  TRANSCRIPT PROCEEDINGS RECEIVED/FILED CLERKS OFFICE

8/22/2008  REPORT OF PROCEEDINGS PREPARED

   ONE VOLUME

9/17/2008  REPORT OF PROCEEDINGS RECEIVED BY APPOINTED ATTORNEY

   ARMAND ANDRY - ONE VOLUME

10/2/2008  TRANSCRIPT PROCEEDINGS RECEIVED/FILED CLERKS OFFICE

   ONE VOLUME

4/13/2010  MANDATE FILED

   07-3485

4/22/2010  REVIEW COURT AFFIRMANCE

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000044



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 98CR2437301**

### HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

MCHALE, MICHAEL B

**4/26/2010  COMMON LAW RECORD RETURNED CLERKS OFFICE/WAREHOUSE**

1 VOL

**4/26/2010  REPORT OF PROCEEDINGS RETURNED CLERK'S OFFICE**

1 VOL

**4/26/2010  COMMON LAW RECORD RETURNED CLERKS OFFICE/WAREHOUSE**

1 VOL

**4/26/2010  REPORT OF PROCEEDINGS RETURNED CLERK'S OFFICE**

2 VOL

**5/17/2010  MANDATE FILED**

07-3485 RECALL

**5/26/2010  MANDATE RECALLED**

MANDATE OF 04/01/10

BIEBEL, PAUL

**12/20/2010  MANDATE FILED**

07-3485

**11/13/2019  POST-CONVICTION FILED**

**11/13/2019  MOTION APPOINT ATTORNEY - FILED**

**12/2/2019  DEFENDANT NOT IN COURT**

FLOOD, LAWRENCE EDWARD

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000045



**Clerk of the Circuit Court
of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 98CR2437301**

### HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**HEARINGS**

| | | | |
|---|---|---|---|
| 9/30/1998 | 9:00 AM | Continued to | Criminal Division, Courtroom 101 |
| 9/30/1998 | 9:00 AM | Continued to | Criminal Division, Courtroom 504 |
| 10/14/1998 | 9:30 AM | By Agreement | |
| 11/5/1998 | 9:30 AM | By Agreement | |
| 11/20/1998 | 9:00 AM | By Agreement | |
| 12/1/1998 | 9:30 AM | By Agreement | |
| 12/21/1998 | 9:30 AM | By Agreement | |
| 1/13/1999 | 9:00 AM | By Agreement | |
| 2/5/1999 | 9:00 AM | Motion Defendant | |
| 3/18/1999 | 9:00 AM | By Agreement | |
| 4/5/1999 | 9:30 AM | By Agreement | |
| 4/19/1999 | 9:00 AM | By Agreement | |
| 5/3/1999 | 9:30 AM | By Agreement | |
| 5/20/1999 | 9:00 AM | By Agreement | |
| 6/10/1999 | 9:30 AM | By Agreement | |
| 6/28/1999 | 9:30 AM | By Agreement | |
| 7/23/1999 | 9:30 AM | By Agreement | |
| 8/12/1999 | 9:30 AM | By Agreement | |
| 9/2/1999 | 9:30 AM | By Agreement | |
| 9/24/1999 | 9:30 AM | By Agreement | |
| 10/13/1999 | 9:30 AM | By Agreement | |

Printed: 7/1/2026 9:47:33 AM

Exhibit B Page 25

Hernandez & Mathis 000046



**Clerk of the Circuit Court
of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS                                      NUMBER: 98CR2437301

### HERNANDEZ, CUAHUTEMO

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 10/19/1999 | 9:30 AM | By Agreement |
| 10/28/1999 | 9:30 AM | By Agreement |
| 11/5/1999 | 9:30 AM | By Agreement |
| 11/17/1999 | 9:00 AM | By Agreement |
| 11/18/1999 | 9:00 AM | By Agreement |
| 12/14/1999 | 9:30 AM | By Agreement |
| 1/11/2000 | 9:30 AM | Motion Defendant |
| 1/11/2000 | 9:30 AM | Motion Defendant |
| 2/15/2000 | 9:30 AM | By Agreement |
| 4/10/2000 | 9:30 AM | By Agreement |
| 4/27/2000 | 9:30 AM | By Agreement |
| 5/22/2000 | 9:30 AM | By Agreement |
| 7/11/2000 | 9:30 AM | By Agreement |
| 8/23/2000 | 9:30 AM | By Agreement |
| 9/18/2000 | 9:00 AM | Motion State |
| 10/2/2000 | 9:00 AM | Motion State |
| 10/10/2000 | 9:30 AM | Motion State |
| 10/30/2000 | 9:00 AM | Motion State |
| 11/27/2000 | 9:00 AM | Motion State |
| 11/28/2000 | 9:30 AM | Order of Court |
| 11/29/2000 | 9:30 AM | Order of Court |
| 12/28/2000 | 9:30 AM | Order of Court |

Printed: 7/1/2026 9:47:33 AM

Exhibit B Page 26                                      Hernandez & Mathis 000047



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 98CR2437301**

### HERNANDEZ, CUAHUTEMO

#### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| Date | Time | Event | Location |
|------|------|-------|----------|
| 1/26/2001 | 9:00 AM | Order of Court | |
| 2/7/2001 | 9:30 AM | By Agreement | |
| 2/16/2001 | 9:00 AM | Hearing | |
| 3/9/2001 | 9:00 AM | Hearing | Criminal Division, Courtroom 101 |
| 11/22/2002 | 9:30 AM | Continued to | Criminal Division, Courtroom 101 |
| 2/6/2003 | 9:30 AM | Hearing | Criminal Division, Courtroom 504 |
| 2/13/2003 | 9:00 AM | Order of Court | |
| 2/20/2003 | 9:30 AM | Order of Court | |
| 3/14/2003 | 9:30 AM | Order of Court | |
| 4/12/2006 | 9:30 AM | Hearing | Criminal Division, Courtroom 504 |
| 5/9/2006 | 9:30 AM | By Agreement | |
| 6/20/2006 | 9:00 AM | By Agreement | |
| 8/10/2006 | 9:00 AM | By Agreement | |
| 9/26/2006 | 9:00 AM | By Agreement | |
| 10/25/2006 | 9:00 AM | By Agreement | |
| 11/22/2006 | 9:30 AM | By Agreement | |
| 1/17/2007 | 9:00 AM | By Agreement | |
| 3/7/2007 | 9:00 AM | By Agreement | |
| 4/24/2007 | 9:00 AM | Motion Defendant | |
| 5/23/2007 | 9:00 AM | Motion Defendant | |
| 6/25/2007 | 9:00 AM | Motion Defendant | |
| 7/11/2007 | 9:30 AM | Hearing | Criminal Division, Courtroom 504 |

Printed: 7/1/2026 9:47:33 AM

Hernandez & Mathis 000048



## Clerk of the Circuit Court of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                          **NUMBER: 98CR2437301**

**HERNANDEZ, CUAHUTEMO**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| Date | Time | Event | Location |
|---|---|---|---|
| 7/11/2007 | 9:00 AM | Order of Court | |
| 8/7/2007 | 9:00 AM | By Agreement | |
| 8/30/2007 | 9:00 AM | By Agreement | |
| 10/16/2007 | 9:00 AM | By Agreement | |
| 11/14/2007 | 9:00 AM | By Agreement | |
| 11/14/2007 | 9:00 AM | Continued to | |
| 12/21/2007 | 9:00 AM | Hearing | |
| 4/22/2010 | 9:30 AM | Continued to | Criminal Division, Courtroom 402 |
| 5/26/2010 | 9:30 AM | Continued to | Criminal Division, Courtroom 402 |
| 12/27/2010 | 9:30 AM | Continued to | Criminal Division, Courtroom 402 |
| 12/2/2019 | 9:00 AM | Post-Conviction | Criminal Division, Courtroom 504 |
| 12/2/2019 | 9:00 AM | Assignment | Criminal Division, Courtroom 504 |
| 1/9/2020 | 9:00 AM | Order of Court | Branch 38/Room 2 |

**PLEAS, DISPOSITIONS AND SENTENCES:**

**Disposition:**

| 001 | 11/29/2000 | VERDICT OF GUILTY |
| 004 | 11/29/2000 | VERDICT OF GUILTY |

Printed: 7/1/2026 9:47:33 AM

Exhibit B Page 28                                   Hernandez & Mathis 000049



**Clerk of the Circuit Court
of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**

**NUMBER: 98CR2437301**

**HERNANDEZ, CUAHUTEMO**

**CERTIFIED STATEMENT OF CONVICTION / DISPOSITION**

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY FILED AN INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

**Sentence (Credit):**

| 001 | 2/7/2001 IDOC | Term: 44 yrs  Credit: 900 dys |
| 004 | 2/7/2001 IDOC | Term: 6 yrs  Credit: 900 dys |

| 001 | 2/7/2001 | IDOC |
| 004 | 2/7/2001 | IDOC |

**I hereby certify that the foregoing has been entered of record on the above captioned case.**

**Date: 7/1/2026**

**Mariyana T. Spyropoulos
CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

Printed: 7/1/2026 9:47:33 AM

Exhibit B Page 29

Hernandez & Mathis 000050