

**Clerk of the Circuit Court
of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 22C44010301**

### HERNANDEZ, CUAHUCTEMOC

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**Charging the above named defendant with:**

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|-------|---------|--------|-------------|-------------|
| 1 | 720 ILCS 5/24-1.1(A) | F2 | FELON POSS/USE FIREARM PRIOR | 2/2/2022 |
| 2 | 720 ILCS 5/24-1.6(A)(1) | F2 | AGG UUW/VEH/PREV CONVICTION | 2/2/2022 |
| 3 | 720 ILCS 5/24-1.6(A)(1) | F2 | AGG UUW/VEH/PREV CONVICTION | 2/2/2022 |

The following disposition(s) was/were rendered before the Honorable Judge(s):

**EVENTS AND ORDERS OF THE COURT:**

**3/9/2022  CASE FILED**

**3/11/2022  DEFENDANT IN CUSTODY**

KULL, GEARY W

**3/11/2022  MITTIMUS TRANSMITTED TO SHERIFF'S OFFICE**

**3/11/2022  COURTSHEET**

**3/11/2022  APPEARANCE FILED**

KULL, GEARY W

**3/11/2022  MOTION FOR DISCOVERY**

**3/11/2022  MOTION FOR DISCOVERY**

**3/11/2022  ANSWER FILED**

**4/29/2022  COURTSHEET**

**4/29/2022  ORDER ENTERED**

KULL, GEARY W

**8/12/2022  COURTSHEET**

Printed: 7/1/2026 9:43:09 AM

Exhibit C Page 1

Hernandez & Mathis 000051



**Clerk of the Circuit Court
of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER: 22C44010301

## HERNANDEZ, CUAHUCTEMOC

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**8/12/2022  DEFENDANT IN CUSTODY**

KULL, GEARY W

**8/12/2022  MITTIMUS TRANSMITTED TO SHERIFF'S OFFICE**

**9/16/2022  COURTSHEET**

**9/16/2022  DEFENDANT IN CUSTODY**

KULL, GEARY W

**9/16/2022  MITTIMUS TRANSMITTED TO SHERIFF'S OFFICE**

**9/30/2022  COURTSHEET**

**9/30/2022  MOTION TO WITHDRAW AS ATTORNEY - FILED**

**9/30/2022  APPEARANCE FILED**

KULL, GEARY W

**9/30/2022  DEFENDANT IN CUSTODY**

KULL, GEARY W

**9/30/2022  MITTIMUS TRANSMITTED TO SHERIFF'S OFFICE**

**10/11/2022  COURTSHEET**

**10/11/2022  MITTIMUS TRANSMITTED TO SHERIFF'S OFFICE**

**10/11/2022  DEFENDANT IN CUSTODY**

KULL, GEARY W

**10/11/2022  COURTSHEET**

**10/31/2022  COURTSHEET**

**10/31/2022  MITTIMUS TRANSMITTED TO SHERIFF'S OFFICE**

**10/31/2022  MOTION TO SUPPRESS - FILED**

Printed: 7/1/2026 9:43:09 AM

Exhibit C Page 2                                    Hernandez & Mathis 000052



**Clerk of the Circuit Court of Cook County**

PEOPLE OF THE STATE OF ILLINOIS

VS

NUMBER: 22C44010301

HERNANDEZ, CUAHUCTEMOC

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**10/31/2022  MOTION FILED**

**11/10/2022  COURTSHEET**

**11/10/2022  DEFENDANT IN CUSTODY**

DISTRICT  4, ROOM 105

**11/10/2022  MOTION FILED**

**11/10/2022  MITTIMUS TRANSMITTED TO SHERIFF'S OFFICE**

**11/10/2022  COURT REFERRAL-ELECTRONIC MONITORING**

KULL, GEARY W

**11/10/2022  MOTION FOR BAIL REDUCTION - SUSTAINED**

KULL, GEARY W

**11/17/2022  DEFENDANT RELEASED ON CASH OR DEPOSIT BOND**

**1/11/2023  COURTSHEET**

**1/11/2023  DEFENDANT ON ELECTRONIC MONITOR SYSTEM**

KULL, GEARY W

**1/11/2023  MOTION DEFT - CONTINUANCE**

KULL, GEARY W

**3/10/2023  COURTSHEET**

**3/10/2023  DEFENDANT ON ELECTRONIC MONITOR SYSTEM**

KULL, GEARY W

**3/10/2023  CONTINUANCE BY AGREEMENT**

KULL, GEARY W

**4/25/2023  MOTION DEFT - CONTINUANCE**

Printed: 7/1/2026 9:43:09 AM

Exhibit C Page 3

Hernandez & Mathis 000053



## Clerk of the Circuit Court of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**

**NUMBER: 22C44010301**

**HERNANDEZ, CUAHUCTEMOC**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

KULL, GEARY W

**4/25/2023 DEFENDANT ON ELECTRONIC MONITOR SYSTEM**

KULL, GEARY W

**4/25/2023 COURTSHEET**

**5/4/2023 COURTSHEET**

**5/4/2023 DEFENDANT ON ELECTRONIC MONITOR SYSTEM**

KULL, GEARY W

**5/4/2023 MOTION DEFT - CONTINUANCE**

KULL, GEARY W

**5/4/2023 MITTIMUS TRANSMITTED TO SHERIFF'S OFFICE**

**5/8/2023 DEFENDANT IN COURT**

KULL, GEARY W

**5/8/2023 COURTSHEET**

**5/8/2023 MITTIMUS TO ISSUE**

KULL, GEARY W

### HEARINGS

| | | |
|---|---|---|
| 3/11/2022 | 9:30 AM Indictment/Information Filed | D4, Courtroom 105 |
| 4/29/2022 | 9:30 AM By Agreement | D4, Courtroom 105 |
| 8/12/2022 | 9:30 AM By Agreement | D4, Courtroom 105 |
| 9/16/2022 | 9:30 AM By Agreement | D4, Courtroom 105 |
| 9/30/2022 | 9:30 AM Motion Defendant | D4, Courtroom 105 |

Printed: 7/1/2026 9:43:09 AM

Exhibit C Page 4

Hernandez & Mathis 000054



## Clerk of the Circuit Court of Cook County

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                                    **NUMBER: 22C44010301**

**HERNANDEZ, CUAHUCTEMOC**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 10/11/2022 | 9:30 AM By Agreement | D4, Courtroom 105 |
| 10/31/2022 | 9:30 AM Motion Defendant | D4, Courtroom 105 |
| 11/10/2022 | 9:30 AM By Agreement | D4, Courtroom 105 |
| 1/11/2023 | 9:30 AM By Agreement | D4, Courtroom 105 |
| 3/10/2023 | 9:30 AM To Set for Trial | D4, Courtroom 105 |
| 4/25/2023 | 9:30 AM Status | D4, Courtroom 105 |
| 5/4/2023 | 9:30 AM Hearing | D4, Courtroom 105 |
| 5/8/2023 | 9:30 AM Hearing | D4, Courtroom 105 |

### PLEAS, DISPOSITIONS AND SENTENCES:

**Plea:**

1    5/8/2023  PLEA OF GUILTY

**Disposition:**

1    5/8/2023  FINDING OF GUILTY

2    5/8/2023  NOLLE PROSEQUI

3    5/8/2023  NOLLE PROSEQUI

**Sentence (Credit):**

1    5/8/2023  IDOC                    Term: 3 yrs  Credit: 462 dys

Printed: 7/1/2026 9:43:09 AM

Exhibit C Page 5                                    Hernandez & Mathis 000055



**Clerk of the Circuit Court
of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                                    **NUMBER: 22C44010301**

**HERNANDEZ, CUAHUCTEMOC**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, Mariyana T. Spyropoulos, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

1        5/8/2023                  IDOC

**I hereby certify that the foregoing has been entered of record on the above captioned case.**

**Date: 7/1/2026**

**Mariyana T. Spyropoulos
CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

Printed: 7/1/2026 9:43:09 AM

Exhibit C Page 6                                    Hernandez & Mathis 000056