Case: 1:23-cv-16970 Document #: 202-2 Filed: 07/21/26 Page 1 of 21 PageID #:3259

# CORRIDOR RAMP ACCESSIBILITY ASSESSMENT

## Cermak Health Services Facility

*Date Submitted:* December 6, 2023

*Submitted To:* Cook County

*Submitted By:*



300 S. Wacker Drive, Suite 400

Chicago, Illinois 60606

312.922.6400

Marketing@gec-group.com

Exhibit 2 Page 1

**CORRIDOR RAMP ACCESSIBILITY ASSESSMENT**
CERMAK HEALTH SERVICES FACILITY

## Table of Contents

Executive Summary.................................................................................................................3

**PART 1: Assessment per Current Applicable Codes.................................................................5**

Introduction .........................................................................................................................5

Background and Scope..........................................................................................................5

Data Collecting and Measurement .......................................................................................6

Applicable Codes and Standards...........................................................................................7

Summary of Findings per Current Applicable Codes and Guidelines ......................................9

Recommendations ...............................................................................................................9

**PART 2: Assessment per Historically Applicable Codes ........................................................11**

Historically Applicable Codes and Standards......................................................................11

Summary of Findings per Historically Applicable Codes and Guidelines...............................14

**Appendix of Images: Cermak Health Services Facility Corridor Ramp ...................................16**

300 South Wacker Drive, Suite 400 ■ Chicago, Illinois 60606 USA ■ T 312.922.6400 ■ F 312.922.2958 ■ info@trike-group.com

Exhibit 2 Page 2

## Executive Summary

The Cermak Health Services Facility is connected to other buildings at the Cook Couty Department of Corrections Campus via an underground tunnel system. From the building's lower level, a connecting sloped walkway leads to the larger tunnel network. The sloped walkway is identified on the original building drawings as **Corridor Ramp B019** and, for the purposes of this report, will be referred to as the Corridor Ramp.

GEC measured the Corridor Ramp to be approximately 43.64 feet in length and approximately 2.7 feet in height, resulting in a slope slightly shallower than 1:16. With a steepness greater than 1:20, applicable code requirements for Ramps apply to this sloped walkway.

While the slope and cross-slope are compliant with applicable code requirements, other aspects of the Corridor Ramp do not comply with current code requirements. Non-compliant conditions include:

1. Per Section 405.6 of the 2010 Americans with Disabilities Act Accessibility Guidelines (ADAAG) and the 2009 American National Standards Institute (ANSI) Standard A117.1, the rise for any ramp shall be a maximum of 30-inches. The existing ramp rise is approximately 2.7 feet, which is 32.4 inches.
2. Per Section 505 of the 2010 ADAAG and the 2009 ANSI Standard A117.1, ramp handrails shall be continuous along the full length of the ramp and shall extend horizontally a minimum of 12 inches beyond the top and bottom of the ramp. Since the original construction, anti-ligature handrails have been added to each side of the ramp incline. However, at the top and bottom of the ramp the handrails do not extend a minimum of 12 inches beyond the ramp, and the handrails are not continuous.

Possible solutions, to bring the Corridor Ramp into compliance, include:

1. Adding an intermediate landing, to reduce the ramp rise to less than 30 inches per run and adding railing extensions at the top and bottom of the ramp.
   *or*
2. Reducing the slope to less than 1:20 by extending the length of the walkway. The sloped walkway will be shallow enough to eliminate the applicability of code requirements for ramps and will not require a handrail.

Considerations that will impact the viability and practicability of any solution include:

1. The Owner has expressed a desire to go beyond the minimum code requirements and, where possible, achieve Universal Design.
2. Anti-ligature handrails are needed in this facility and require continuous attachment to the wall to avoid conditions where cords, or similar elements, may be looped around the handrail.
3. Extension of the handrails at each end are complicated by the wall configurations at the top and bottom of the incline. The walls angle 45 degrees at each location. To provide a continuous rail, this condition will require having a 45-degree handrail bend at each wall corner. This type of fitting, based on cursory research and discussions with the client, is not available for anti-ligature handrails.
4. Both solutions mentioned above will require modification of the concrete floor.

Exhibit 2 Page 3

**CORRIDOR RAMP ACCESSIBILITY ASSESSMENT**                                              Page 4 of 21
CERMAK HEALTH SERVICES FACILITY

Weighing the factors listed above, GEC recommends reducing the floor slope to less than 1:20 and eliminating the applicability of code requirements for ramps. With a slope less than 1:20, handrails will no longer be required and can be removed from the walls.

This work will require removing the concrete slab, regrading, reinstallation of the concrete slabs, and adjustments to adjacent doorways. Pouring concrete over the existing ramp is another potential method to reduce the slope, which will require partial removal of the concrete slab, adjustments to adjacent doorways, and may require additional slab reinforcement. Both methods will likely require the proposed sloped walkway to extend into the building hallway.

Since the Corridor Ramp is the primary access to bring individuals in custody in and out of the Cermak Health Services Facility, special coordination and arrangements will need to be made to maintain access while the work takes place.

Exhibit 2 Page 4

## PART 1: Assessment per Current Applicable Codes

### Introduction

Pursuant to RFQ No. 2215-02221, Globetrotters Engineering Corporation (GEC) was retained by Cook County Department of Capital Planning and Policy to provide an ADA Compliance Assessment and Schematic Design for the Cook County Department of Corrections Cermak Health Services Facility, located at 2800 South California Avenue, Chicago, Illinois.

As part of the project scope, Cook County requested GEC provide an accelerated review and assessment for the connecting lower-level walkway, identified on the original building drawings as **Corridor Ramp B019**, between Cermak Health Services building and the campus's underground tunnel system. The Corridor Ramp review and assessment are provided herein.

### Background and Scope

The Cermak Health Services Facility is a secure non-major healthcare facility located on the Cook County Jail campus. Constructed circa 1998, the building is 3-stories high (plus penthouse) and has a full basement. At the west side, the basement area extends beyond the footprint of the first floor above. The area outside of the first-floor footprint includes a mechanical space, a Corridor Ramp connecting the building to a tunnel network, and a storage room.

Three county departments are involved with the operation of Cermak Health Facility. The facility is owned and maintained by Cook County. Health services are provided by Cook County Department of Health, and individuals in custody are secured by the Department of Corrections staff. The building within the DOC campus complex is in a secured, fenced area and has limited daytime working hours and no on-site vehicle parking for staff or visitors.

Exhibit 2 Page 5



*Figure 1: Cermak Health Services Facility Basement Level Floor Plan.*
*The area described is outlined in a red, dashed line.*

## Data Collecting and Measurement

Site visits were conducted, to verify existing conditions related to the Corridor Ramp, on August 18, 2023, and again on September 1, 2023. GEC personnel that participated in the field site visits included:

- o Matthew Defty, Senior Architect, and code reviewer
- o Michael Nelson, Senior Architect, and code reviewer
- o Max Lux, Architectural Professional
- o Rajani Chowdary, Architectural Professional
- o Daham Marapane, Architectural Professional

Additionally, GEC personnel were escorted through the building by Cook County Sheriff ADA Compliance Officer, Sabrina Rivero-Canchola.

GEC personnel conducted a supervised walk-through of the Corridor Ramp and available adjacent spaces to identify physical conditions as they relate to compliance with accessibility requirements. Equipment used to collect information and measurements included tape measures, laser measures, a measuring

Exhibit 2 Page 6

wheel, a level, a door weight scale, and a LiDAR scanner. Measurements with the LiDAR scanner have a tolerance of +/- 6 millimeters.

## Applicable Codes and Standards

Applicable Codes and Standards that apply to current conditions, and were considered for the evaluation of the Corridor Ramp, include:

1. Americans with Disabilities Act Accessibility Guidelines (ADAAG) (2010)
2. American National Standards Institute (ANSI) Standard A117.1 (2009 version as referenced by the 2019 Chicago Building Code)
3. Chicago Building Code (CBC) (2019)
4. Illinois Accessibility Code (IAC) (2018)

### Americans with Disabilities Act Accessibility Guidelines (ADAAG), 2010

The Americans with Disabilities Act (ADA) Standards for Accessible Design, revised in 2010, are still in use as of 2023. The ADAAG are incorporated into the Department of Justice ADA regulations and are enforceable under titles II and III of the ADA. Section 405 Ramps states the following requirements:

1. 405.2 Slope: "Ramp runs shall have a running slope not steeper than 1:12."
2. Section 405.5 Clear Width: "The clear width of a ramp run and, where handrails are provided, the clear width between handrails shall be 36 inches minimum."
3. 405.3 Cross Slope: "Cross slope of ramp runs shall not be steeper than 1:48."
4. 405.6 Rise: "The rise for any ramp run shall be 30 inches maximum."
5. 405.8 Handrails: "Ramp runs with a rise greater than 6 inches shall have handrails complying with Section 505."
6. 505.3 Continuity: "Handrails shall be continuous within the full length of each stair flight or ramp run."
7. 505.4 Height: "Top of gripping surfaces of handrails shall be 34 inches minimum and 38 inches maximum vertically above [ramp surface]."
8. 505.10.1 Top and Bottom Extensions at Ramps: "Ramp handrails shall extend horizontally above the landing 12 inches minimum beyond the top and bottom of ramp runs" (Figure 2).



*Figure 2: Top and Bottom Handrail Extension at Ramps (2010 ADAAG, Fig. 505.10.1)*

300 South Wacker Drive, Suite 400 ■ Chicago, Illinois 60606 USA ■ T 312.922.6400 ■ F 312.922.2953 ■ marketing@gec-group.com

Exhibit 2 Page 7

**CORRIDOR RAMP ACCESSIBILITY ASSESSMENT**
CERMAK HEALTH SERVICES FACILITY

The current Corridor Ramp's slope of 1:16 and clear width of 10 feet both comply with the 2010 ADAAG. GEC measured a ramp rise of 32.4 inches, which does not comply with the 30-inch maximum. The vertical rise exceeds 30 inches on both sides of the ramp, regardless of cross slope. The current handrail height of 36 inches is compliant, but because the handrails do not extend 12" beyond the ramp, they do not comply with the 2010 ADAAG requirements for handrail extensions.

### American National Standards Institute (ANSI) Standard 117.1, 2009

Although there are 2017 ANSI standards, the current 2019 CBC references the 2009 ANSI Standard A117.1. The 2009 ANSI 117.1 ramp requirements align with the 2010 ADAAG and state the following:

1. 405.2 Slope: "Ramp runs shall have a running slope greater than 1:20 and not steeper than 1:12."
2. 405.5 Clear Width: "The clear width of a ramp run shall be 36 inches minimum."
3. 405.6 Rise: "The rise for any ramp run shall be 30 inches maximum."
4. 405.8 Handrails: "Ramp runs with a rise greater than 6 inches shall have handrails complying with Section 505."
5. Section 505.3 Continuity: "Handrails shall be continuous within the full length of each stair flight or ramp run."
6. 505.4 Height: "Top of gripping surfaces of handrails shall be 34 inches minimum and 38 inches maximum vertically above [ramp surface]."
7. 505.10.1 Top and Bottom Extensions at Ramps: "Ramp handrails shall extend horizontally above the landing 12 inches minimum beyond the top and bottom of ramp runs."

As with the 2010 ADAAG, the current Corridor Ramp's slope and clear width comply with the 2009 ANSI 117.1 standards. The ramp's rise of 32.4 inches does not comply with the 2009 ANSI 117.1. The current handrail height of 36" above the finished floor complies with the standard. But because the handrails do not extend 12" beyond the ramp, they do not meet the requirements for handrail extensions.

### Chicago Building Code, 2019

The 2019 Chicago Building Code (CBC) is the current prevailing code that applies to construction in the city of Chicago. The 2019 CBC adopts the 2009 ANSI 117.1 standards and states the same requirements as outlined above. These same requirements can be found in the 2019 CBC Section 405 Ramps. As stated above, the current Corridor Ramp's slope, clear width, and handrail height comply with 2009 ANSI 1171.1 standards and the 2019 CBC. The ramp's rise and handrail extensions do not comply with the 2009 ANSI standards or the 2019 CBC.

### Illinois Accessibility Code, 2018

The 2018 Illinois Accessibility Code (IAC) is the current accessibility code for the state of Illinois. The AIC also aligns almost exactly with the 2010 ADAAG and the 2009 ANSI Standard 117.1 outlined above, with

300 South Wacker Drive, Suite 400 ■ Chicago, Illinois 60606 USA ■ T 312.922.6400 ■ F 312.922.2953 ■ marketing@gec-group.com

Exhibit 2 Page 8

the same section references and requirements. The corridor ramp compares to the current IAC in the same way it compares with the 2010 ADDAG and 2009 ANSI Standard 117.1.

## Summary of Findings per Current Applicable Codes and Guidelines

This Part 1 assessment focuses on how the existing conditions observed at GEC's August and September 2023 site evaluations compare to currently applicable accessibility requirements. GEC found that the current basement Corridor Ramp slope qualifies it to be considered a ramp and is therefore limited to a maximum rise of 30-inches per section 405.6 of the 2010 ADA guidelines, the 2009 ANSI Standard 117.1, and the 2018 IAC. The ramp was found to have a rise of 32.4 inches, which is not compliant with the 30-inch maximum set by all three standards. The Corridor Ramp has a width of 10 feet, which complies with section 405.5 of the 2010 ADA guidelines, 2009 ANSI 117.1 Standard, and 2018 IAC.

The existing ramp handrails on both sides are not continuous with 12-inch extensions. Therefore, they are not compliant with section 505.10.1 of the 2010 ADAAG, the 2009 ANSI 117.1 Accessibility Standard, nor the 2018 IAC. The existing handrails are located 36 inches above the floor, which complies with all three standards.

**Basement Corridor Ramp Assessment Matrix per Current Applicable Codes and Guidelines**

| Item | Existing Condition | Code Requirement | Compliance |
|---|---|---|---|
| Ramp Slope | 1:16 | 1:16 to 1:20 | Compliant |
| Ramp Width | 10' | 3' minimum | Compliant |
| Ramp Vertical Rise | 32.4" | 30" maximum | Not compliant |
| Handrail Height | 36" | Between 34" and 38" | Compliant |
| Handrail Extensions | No extensions | 12" minimum | Not compliant |

## Recommendations

GEC recommends extending the length of the floor incline at the bottom of the existing ramp to reduce the slope to less than 1:20 so that it is no longer considered a ramp and therefore will not be held to a maximum rise. This solution will likely require the proposed sloped walkway to extend into the building hallway. GEC also recommends removing the existing handrails. If the walkway is no longer considered a ramp, handrails will not be required. See Figure 3 for an annotated floor plan of the recommendations.

Exhibit 2 Page 9

Case: 1:23-cv-16970 Document #: 202-2 Filed: 07/21/26 Page 10 of 21 PageID #:3268



*Figure 3: Plan of Recommendations*

300 South Wacker Drive, Suite 400 ■ Chicago, Illinois 60606 USA ■ T 312.922.6400 ■ F 312.922.2953 ■ marketing@gec-group.com

Exhibit 2 Page 10

## PART 2: Assessment per Historically Applicable Codes

As part of this report, Cook County requested GEC to provide an assessment of the existing Corridor Ramp related to historically applicable standards. This analysis is based on GEC's observations from August and September 2023. GEC does not have a record of actual site conditions before our assessment and cannot infer compliance at any previous time in the building's history. Additionally, this assessment is based on information at the time the report was made. If more information is made available, these findings may change.

### Historically Applicable Codes and Standards

The Cermak Health Services Facility drawings were issued for permit on January 19, 1996, and construction was completed in 1998. The following codes and guidelines would have been applicable during ramp design, permitting, and construction:

1. Americans with Disabilities Act Accessibility Guidelines (ADAAG) (1991)
2. Code of Federal Regulations (CFR) (1998)
3. American National Standards Institute (ANSI) Standard A117.1 (1992, 1998)
4. Chicago Building Code (CBC) (1993, 1996, 1998)
5. Illinois Accessibility Code (IAC) (1997)

### Americans with Disabilities Act Accessibility Guidelines (ADAAG), 1991

The 1991 ADAAG were the first and only ADA Accessibility Guidelines before the 2010 version. In 1991 the Department of Justice implemented title II and title III requiring newly constructed or altered public and commercial facilities to comply with the 1991 ADA Standards. The 1991 ADA guidelines would have applied at the time of permitting and construction of the Cermak Health Services Facility.

Section 4.8 Ramps states the following requirements relevant to the Corridor Ramp:

1. 4.8.1 General: "Any part of an accessible route with a slope greater than 1:20 shall be considered a ramp."
2. 4.8.2 Slope and Rise: "The maximum slope of a ramp in a new construction shall be 1:12. The maximum rise for any run shall be 30 inches."
3. 4.8.3 Clear Width: "The minimum clear width of a ramp shall be 36 inches."
4. 4.8.5 Handrails: "(2) If handrails are not continuous, they shall extend at least 12 inches beyond the top and bottom of the ramp."
5. 4.8.5 Handrails: "(5) Top of handrail gripping surfaces shall be mounted between 34 inches and 38 inches above ramp surfaces."

The current Corridor Ramp has a width of 10 feet and handrails that are mounted at 36 inches from the finished floor, both of which are compliant with the 1991 ADAAG requirements. However, the current handrails are not continuous and do not extend 12 inches beyond the ramp, which is not compliant. The

300 South Wacker Drive, Suite 400 ■ Chicago, Illinois 60606 USA ■ T 312.922.6400 ■ F 312.922.2953 ■ marketing@gec-group.com

Exhibit 2 Page 11

**CORRIDOR RAMP ACCESSIBILITY ASSESSMENT**                                        Page 12 of 21
CERMAK HEALTH SERVICES FACILITY

Corridor Ramp also has a rise of 32.4 inches, which does not comply with the 30-inch maximum rise stated in Section 4.8.2 of the 1991 ADAAG. Section 4.8.2 further identifies through a referenced figure a maximum horizontal run of 40 feet. The referenced figure's title suggests these as "sample ramp dimensions" and a maximum horizontal run is not otherwise identified in the document.

### American National Standards Institute (ANSI) Standard 117.1, 1992 and 1998

The 1992 and 1998 ANSI Standard 117.1 outline similar requirements but use different numbering systems. Below is a table of the 1992 and 1998 ANSI 117.1 sections and requirements relevant to the current corridor ramp.

| ANSI 117.1 Standard, **1992** | ANSI 117.1 Standard, **1998** | Requirement |
|---|---|---|
| Section 4.8.1 | Section 405.1 | A slope steeper than 1:20 shall be considered a ramp |
| Section 4.8.2 Slope and Rise | 405.6 Rise | The rise for any ramp run shall be 30 inches maximum. In the 1992 standard, this section references a figure that lists the horizontal run for a ramp between 1:16 and 1:19 being 40 feet maximum. The 1998 standard no longer has this reference. |
| Section 4.8.3 Clear Width | 405.5 Clear Width | The clear width of a ramp shall be 36 inches minimum |
| Section 4.3.11 Handrails Extensions, #1 | 505.10.1 Top and Bottom Extensions at Ramps | Ramp handrails shall extend horizontally 12 inch minimum beyond the top and bottom of ramp runs |
| Section 4.3.10 Handrails, #4 | 505.4 Height | Top of gripping surfaces of handrails shall be 34 inch minimum and 38 inch maximum vertically above [ramp surface] |

The current Corridor Ramp's width of 10 feet and handrail height of 36 inches both comply with the 1992 and 1998 ANSI 117.1 standards. However, the ramp's rise of 32.4 inches exceeds the maximum rise outlined in both the 1992 and the 1998 ANSI 117.1 standards. Additionally, the ramp's handrails are not continuous and do not extend 12 inches beyond the top and bottom of the ramp, as required by both standards.

The applicable difference between the two versions of the ANSI 117.1 is that the 1992 standard limits ramps with slopes between 1:16 and 1:19 to a maximum horizontal run of 40 feet, and the 1998 standard does not set this limitation. The current Corridor Ramp has a horizontal run of 43.64 feet, which exceeds the 1992 ANSI 117.1 maximum run of 40 feet. Because the 1998 standard does not set a maximum run, the Corridor Ramp is compliant with this standard.

300 South Wacker Drive, Suite 400 ∎ Chicago, Illinois 60606 USA ∎ T 312.922.6400 ∎ F 312.922.2953 ∎ marketing@gec-group.com

Exhibit 2 Page 12

### Chicago Building Code (CBC), 1993, 1996, 1998

The 1993, 1996, and 1998 versions of the Chicago Building Code (CBC) would have been applicable to the Cermak Health Services Facility during design, permitting, and construction. The CBC's language around ramp requirements remains consistent throughout all three of these versions of the code. The following ramp requirements were passed on June 6, 1973, and remained in place through at least the 1998 version of the code. The requirements can be found under "Exterior and Interior Ramps for Handicapped" Section (13-160-470) of the 1993, 1996, and 1998 CBC:

1. 13-160-470 Exterior and Interior Ramps for Handicapped: "Exterior and interior ramps for the handicapped in the route of travel shall comply with the following regulations:
   a) The surface of any ramp shall be made of a non-skid material.
   b) The width of the ramp shall be at least 36 inches.
   c) The top and bottom of the ramp shall provide for a level surface containing at least 25 square feet in area with a minimum dimension of four feet six inches in width.
   d) There shall be intermediate level platforms of a minimum of four feet six inches every 30 feet of ramp length.
   e) All major turns in ramps shall be equipped with a level intermediate platform at the turn of no less than four feet six inches in width.
   f) There shall be provided at least one handrail, 32 to 34 inches high, along one side of each ramp that provides for any change in vertical elevation that exceeds eight inches in height, extending horizontally one foot beyond the top and the bottom of the ramp."

The current Corridor Ramp's width of 10 feet complies with the CBC required minimum width of 36 inches. However, with an uninterrupted length of 43.64 feet, the current ramp does not follow the CBC's requirement of an intermediate level platform located every 30 feet of ramp length. Additionally, the current handrails are mounted at 36" above the finished floor. There is not at least one handrail with a height of 32 to 34 inches and neither handrail extends one foot beyond the top and bottom of the ramp. Therefore, the current ramp handrails do not meet CBC requirements from 1993, 1996, or 1998.

### Illinois Accessibility Code, 1997

The 1997 Illinois Accessibility Code (IAC) states the following applicable requirements in Section 400.310 (e) for Ramps:

1. Section 400.310-e-2 Slope and Rise: "The maximum rise for any run shall be 30 inches."
2. Section 400.310-e-3 Clear Width: "The minimum clear width of a ramp shall be 36 inches."
3. Section 400.310-e-5-B Handrails: "If handrails are not continuous, they shall extend at least 12 inches beyond the top and bottom of the ramp."
4. Section 400.310-e-5-E Handrails: "Top of handrail gripping surfaces shall be mounted between 34 inches and 38 inches above ramp surface."

Exhibit 2 Page 13

**CORRIDOR RAMP ACCESSIBILITY ASSESSMENT**                              Page 14 of 21
CERMAK HEALTH SERVICES FACILITY

The current Corridor Ramp's width of 10 feet and handrail height of 36 inches both meet the requirements stated in the 1997 IAC. However, the ramp's rise of 32.4 inches and run of 43.64 feet both exceed the maximums stated in the 1997 IAC. Additionally, the handrails do not extend at least 12 inches beyond the ramp and do not meet IAC requirements.

## Summary of Findings per Historically Applicable Codes and Guidelines

This Part 2 assessment focuses on the existing conditions of the basement Corridor Ramp in relation to past accessibility requirements applicable during the life of the building. From the time of the Cermak Health Facility's construction, the Corridor Ramp slope has met the parameters to be considered a "ramp." The current Corridor Ramp has a slope of 1:16 and a width of 10 feet, therefore complying with all historically applicable codes. However, the ramp is limited to a maximum rise of 30 inches by the 1991 ADAAG, the 1992 and 1998 ANSI 117.1, the 1993 through 1998 versions of the CBC, and the 1997 IAC. This makes the current ramp rise noncompliant with the historically applicable codes. The current ramp length of 43.64 feet exceeds the maximum set by the 1993, 1996, or 1998 CBC requirement for an intermediate platform every 30 feet of ramp length.

The Corridor Ramp's handrails are mounted at 36 inches on both sides of the ramp, which complies with each historically applicable code except for the 1993, 1996, and 1998 CBC requirement to provide a handrail on at least one side between 32 and 34 inches. Each historically applicable code requires that if the handrails are not continuous, they must extend 12 inches beyond the top and bottom of the ramp. Because the current Corridor Ramp handrails are not continuous and do not extend beyond the ramp, they do not comply with applicable codes.

Exhibit 2 Page 14

**CORRIDOR RAMP ACCESSIBILITY ASSESSMENT**                              Page 15 of 21
CERMAK HEALTH SERVICES FACILITY

### Basement Corridor Ramp Matrix of Historically Applicable Codes and Guidelines

|  | Existing | ADAAG 1991 | ANSI 1992 | CBC 1993, 1996, 1998 | IAC 1997 | ANSI 1998 |
|---|---|---|---|---|---|---|
| Ramp Slope | 1:16 | 1:12 to 1:20 | 1:12 to 1:20 | 1:12 max. | 1:12 to 1:20 | 1:12 to 1:20 |
| Ramp Width | 10' | 3' min. | 3' min. | 3' min. | 3' min. | 3' min. |
| Ramp Rise | 32.4" | 30" max. | 30" max. | 30" max. | 30" max. | 30" max. |
| Ramp Length | 43.64' | No reference | 40' max. | 30' max. | No reference | No reference |
| Handrail Height | 36" on both sides | 34" to 38" | 34" to 38" | 32" to 34" on one side | 34" to 38" | 34" to 38" |
| Handrail Extensions | No extensions | 12" min. | 12" min. | 12" min. | 12" min. | 12" min. |

### Basement Corridor Ramp Compliance Matrix per Historically Applicable Codes and Guidelines

|  | Existing | ADAAG 1991 Compliance | ANSI 1992 Compliance | CBC 1992, 1993, 1998 Compliance | IAC 1997 Compliance | ANSI 1998 Compliance |
|---|---|---|---|---|---|---|
| Ramp Slope | 1:16 | Compliant | Compliant | Compliant | Compliant | Compliant |
| Ramp Width | 10' | Compliant | Compliant | Compliant | Compliant | Compliant |
| Ramp Rise | 32.4" | Not compliant | Not compliant | Not compliant | Not compliant | Not compliant |
| Ramp Length | 43.64' | Compliant | Not compliant | Not compliant | Compliant | Compliant |
| Handrail Height | 36" | Compliant | Compliant | Not compliant | Compliant | Compliant |
| Handrail Extensions | No extensions | Not compliant | Not compliant | Not compliant | Not compliant | Not compliant |

300 South Wacker Drive, Suite 400 ■ Chicago, Illinois 60606 USA ■ T 312.922.6400 ■ F 312.922.2953 ■ marketing@gec-group.com

Exhibit 2 Page 15

## Appendix of Images:
## Cermak Health Services Facility Corridor Ramp

1) Cook County Ramp Survey (11/01/22)
2) Rm. B170 – Corridor Ramp Lidar scan (9/27/23)
3) Rm. B170 – Corridor Ramp corner condition (06/03/22)
4) Rm. B170 – Corridor Ramp handrail extension at top of ramp (09/01/23)
5) Rm. B170 – Corridor Ramp handrail height at top of ramp (09/01/23)
6) Rm. B170 – Corridor Ramp handrail width (09/01/23)

Images:



1) Cook County Ramp Survey by others (November 2022)

Exhibit 2 Page 16

Case: 1:23-cv-16970 Document #: 202-2 Filed: 07/21/26 Page 17 of 21 PageID #:3275



2) Corridor Ramp Lidar scan – shows 43.64' (+/- 6mm) long ramp with 2.7' (+/- 6mm) height change (9/27/2023)

300 South Wacker Drive, Suite 400 ■ Chicago, Illinois 60606 USA ■ T 312.922.6400 ■ F 312.922.2953 ■ marketing@gec-group.com

Exhibit 2 Page 17

**CORRIDOR RAMP ACCESSIBILITY ASSESSMENT**
CERMAK HEALTH SERVICES FACILITY



3) Corridor Ramp corner condition by others (June 2022)

300 South Wacker Drive, Suite 400 ■ Chicago, Illinois 60606 USA ■ T 312.922.6400 ■ F 312.922.2953 ■ marketing@gec-group.com

Exhibit 2 Page 18

**CORRIDOR RAMP ACCESSIBILITY ASSESSMENT**                                    Page 19 of 21

CERMAK HEALTH SERVICES FACILITY



4)    Handrail at top of Corridor Ramp – Required 12" extension missing (9/1/2023)

300 South Wacker Drive, Suite 400 ■ Chicago, Illinois 60606 USA ■ T 312.922.6400 ■ F 312.922.2953 ■ marketing@gec-group.com

Exhibit 2 Page 19

**CORRIDOR RAMP ACCESSIBILITY ASSESSMENT**
CERMAK HEALTH SERVICES FACILITY



5)   Corridor Ramp handrail height at top of ramp (9/1/2023)

300 South Wacker Drive, Suite 400 ■ Chicago, Illinois 60606 USA ■ T 312.922.6400 ■ F 312.922.2953 ■ marketing@gec-group.com

Exhibit 2 Page 20

**CORRIDOR RAMP ACCESSIBILITY ASSESSMENT**
CERMAK HEALTH SERVICES FACILITY



6)   Basement Corridor Ramp handrail width (9/1/2023)

300 South Wacker Drive, Suite 400 ■ Chicago, Illinois 60606 USA ■ T 312.922.6400 ■ F 312.922.2953 ■ marketing@gec-group.com

Exhibit 2 Page 21