# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL # | INMATE ID #

901X13066

20181306b | 791028

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☒ Grievance    CODE: 330
☐ Non-Compliant Grievance

☐ Cermak Health Services
☒ Superintendent: 08-Cermak Supt.
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de Identificación del Preso)* |
|---|---|---|
| Walker | Cornelius | 26150920216 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|
| 8 | 3 North | 10-17-2018 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante.

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 10-17-18 | 6:30 am | Cermak | Cermak |

On above date 10-17-2018 Apx 6:30 am I was struggling up a hill and rolling down real fast with no assistance and this is a on going issues for over the last past 3 years going back in forward to court. I feel my rights has been violated.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE : *(Firma del Preso)*: |
|---|---|
| | Cornelius Walker |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Richardson | Richardson | 10-18-18 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| T Green | Green 696 | 25 oct 18 |

(FCN-40a)(AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)

CCSAO Walker 000015

Hernandez v Dart
23-cv-16970

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

| CONTROL NUMBER | INMATE # |
|---|---|

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME (Apellido del Preso): Walker

INMATE FIRST NAME (Primer Nombre): Cornelius

ID Number (# de Identificación): 20150920216

GRIEVANCE ISSUE AS DETERMINED BY CRW: 330-Security Procedures

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): 06 - Cermak - Supt.

DATE REFERRED: 10/19/18

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

IT IS NOT THE RESPONSIBILITY OF SECURITY STAFF TO PUSH INMATES IN WHEEL CHAIRS

PERSONNEL RESPONDING TO GRIEVANCE (Print): LT GREER

SIGNATURE: 696

DIV./DEPT. LO

DATE: 10/25/18

INMATE SIGNATURE (Firma del Preso): Cornelius Walker

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 10/31/2018

**INMATE'S REQUEST FOR AN APPEAL** (Solicitud de Apelación del Preso)

**THIS SECTION IS TO BE COMPLETED BY INMATE**

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  (Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  (De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso:) 10/31/2018

INMATE'S BASIS FOR AN APPEAL: (Base del preso para una apelación:)

I understand that it is not security responsibility but it is on going every time I go up the hill and it hurt so I should have a nurse or someone

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes (Si) ☐ No ☑
(Apelación del preso aceptada por el administrador o/su designado(a)?)

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a):) Original

Response to stand-

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a): J Mueller

SIGNATURE (Firma del Administrador o/su Designado(a):):

DATE (Fecha): 11/1/18

INMATE SIGNATURE (Firma del Preso): Cornelius Walker

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 11/6/18

(FCN-40b) (AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

Px 26 Page 2

CCSAO Walker 000016



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| 2021.1014 | 0047293 |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: Doc admin (8)

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Villiams | Tirnell | 2020 0927069 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| RTu | 3D | 7-22-21 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyeurismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 7-22-21 | 9:30 Am | Cermak | CCJ |

On 7-22, I had to go to Cermak. The ramp going Down is Not Wheelchair assessible. And going up is extremely difficult to get up. There are no handrails. Request to make the ramp Wheelchair accessible before someone gets hurt. Request to add a motorized device that the wheelchair can hook up to to go up and down. It's Fearful going up and down that ramp.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| Terrell Williams | Tirell Williams |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Estrada | Estrada | 7/28/21 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-73)(NOV 17)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

CCSAO Westmoreland 002807

Hernandez v Dart
23-cv-16970

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*
### INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

CONTROL NUMBER: 2021 1021
INMATE #: Estrada 00413

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Williams | Tynell | 2020002702 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 010 - ADA ISSUES

**IMMEDIATE CRW RESPONSE (if applicable):**

| CRW/ REFERRED THIS GRIEVANCE TO *(Example: Superintendent, Cermak Health Services)*: | DATE REFERRED: |
|---|---|
| Doc Admin (s) | 7/29/21 |

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

After reviewing the video and speaking to the officer assigned to movement on duly 23rd, as well as speaking to Detainee Williams; assistance up and down the ramp was refused. Staff reminded to document all refusals of assistance.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Sabrina Finn | | DOC/ADA | 08/03/21 |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| Tynell Williams | 08/09/21 |

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 8 / 9 / 21

Original grievance

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Si)* ☐ No ☒
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a):)*

Original Response to stand.

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| J. Mueller | | 8/12/21 |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| Delv Via COVID19 | AUG 18 2021 |

(FCN-72) (NOV 17)    **(WHITE COPY – INMATE SERVICES)**    **(YELLOW COPY – C.R.W.)**    **(PINK COPY – INMATE)**

CCSAO Westmoreland 002808

Hernandez v Dart
23-cv-16970

PX 27 Page 2

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
### INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

**CONTROL #** 2023X1X002

**Individual in Custody SHORT #** 768362

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (! Para ser llenado solo por el personal de IIC Services !) |
|---|---|
| ☐ Emergency Grievance<br>☑ Grievance — 10<br>☐ Non-Compliant Grievance | ☐ Cermak Health Services<br>☐ Superintendent:<br>☑ Other: DOC adminig |

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME** *(Imprimir - Apellido del individuo):* Thompson

**PRINT - FIRST NAME** *(Imprimir – Primer nombre del individuo):* Darreon

**BOOKING NUMBER** *(# de identificación)* 2022107066

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3G

**DATE** *(Fecha):* 11/17/23

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.

*Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.*

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language **and** must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.

*El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para el individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED -<br>DATE OF INCIDENT<br>*(Fecha del Incidente)* | REQUIRED -<br>TIME OF INCIDENT<br>*(Hora del Incidente)* | REQUIRED -<br>SPECIFIC LOCATION OF INCIDENT<br>*(Lugar Específico del Incidente)* | REQUIRED -<br>NAME and/or IDENTIFIER(S) OF ACCUSED<br>*(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 11/17/23 | 6:00pm | Cermak Ramp | CCDOC Tom Dart |

I Use A Wheelchair To Move From Place To Place Because Of A (SCI). I Was Shot In 2018 And Therefore Have A Had Time Getting Up The Ramp In The Basement Of RTU. Today On The Above Date I Went Up The Ramp And Had Trouble Getting Up The Ramp Without Assistance, It Is Common For Me To Roll Down Fast And My Hands Burn When Breaking. Its Rare For Staff To Assist Me Up The Ramp.

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o individuo que tengan información:)*

**SIGNATURE of Individual in Custody:** *(Individuo bajo custodia):* Darreon Thompson

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: 10/11/23 |
|---|---|---|
| | CRW NOTATION OF SENT EMAIL (Print): | DATE EMAIL NOTIFICATION SENT: |

(FCN-07) ( FEB 23) **(WHITE COPY – IIC SERVICES DEPT.)** **(YELLOW COPY – CRW)** **(PINK COPY – INDIVIDUAL IN CUSTODY)**

CCSAO Westmoreland 002492

Hernandez v Dart
23-cv-16970

Grievance #2023x18002

Response issued December 8, 2023

After reviewing available evidence and speaking with the movement officer, and Detainee Thompson, the Officer is in compliance with CCSO policy. On November 17th at 1745 hours Officer is observed escorting two wheelchair using detainees from Cermak to RTU. The movement officer is pushing the wheelchair of one detainee (whose arms are unavailable due to holding a cane) while walking beside and supervising Detainee Thompson who is self-propelling his wheelchair. Detainee Thompson is observed on video self-propelling his wheelchair with no difficulty and appears to be in no distress. The movement officer maintains a visual on detainee Thompson the entire time. By Detainee's own admission, at no time did he tell the officer that he is having difficulty wheeling himself back to RTU. Detainee Thompson did not inform anyone that he had "burns" to his hands from his wheelchair, nor were there any wounds or healed wounds to his hand during my discussion with him on 12/8/23. Additionally, Detainee Thompson did not request medical attention for these alleged wounds verbally or via written health service request. Had Detainee Thompson informed the movement officer that he "could not" wheel himself back to the division, the officer would have called for a second movement officer to assist with the escort. Should this happen in the future, Detainee Thompson is advised to notify the movement officer of his need for assistance.



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2023X18022 | 7103362 |
| PRINT: CRW LAST NAME | Todd |

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

| Individual In Custody LAST NAME: | Individual In Custody FIRST NAME: | BOOKING-ID #: |
|---|---|---|
| Thompson | Darreon | 2022110706 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 10 IABA Issues

IMMEDIATE CRW RESPONSE (if applicable):

| CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ): Doc admin 14 | DATE REFERRED: 12,4,23 |
|---|---|

### RESPONSE BY PERSONNEL HANDLING REFERRAL

See Attached response

| RANK - NAME of PERSONNEL RESPONDING to GRIEV - STAR# | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| PRINT SABRINA CROMER PRINT | | DOC/ADA | 12, 8, 23 |

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY I *(Esta sección debe ser completada por el individuo.)*

| INDIVIDUAL IN CUSTODY *SIGNATURE (Firma del individuo bajo custodia.:* Darreon Thompson | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 12, 14, 23 |
|---|---|

### INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL *( Solicitud de apelación del individuo )*

TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.
*Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: *(Base de apelación del individuo.)*
DATE OF APPEAL REQUEST: *(Fecha de la solicitud de la apelación.)* 12, 14, 23

I Dont Agree With This Response.

### DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*  Yes  **No**

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original Response to Stand

| IIC SERVICES DIRECTOR/DESIGNEE *(Director de Servicios de IIC / Designado):* J. Muella | SIGNATURE *(Firma):* | DATE *(Fecha):* 12, 15, 23 |
|---|---|---|

| Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery. *(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)* | DATE APPEAL RESPONSE/DECISION WAS FORWARDED: *(Fecha en que se envió la respuesta/decisión de apelación.)* / / DEC 1 8 2023 |
|---|---|

(FCN- 08 )(FEB 23)    (WHITE COPY – IIC SERVICES)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)

CCSAO Westmoreland 002494

Hernandez v Dart
23-cv-16970

PX 28 Page 3

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
### INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

**CONTROL #** 2023X18256

**Individual In Custody SHORT #** 0291821

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance ☑ Grievance 10 ☐ Non-Compliant Grievance | ☐ Cermak Health Services ☐ Superintendent: ☑ Other: IIC admin 14 |

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME** *(Imprimir - Apellido del individuo):* Williams

**PRINT - FIRST NAME** *(Imprimir – Primer nombre del individuo):* Efferson

**BOOKING NUMBER** *(# de identificación)* 20211007129

**DIVISION** *(División):* 8

**LIVING UNIT** *(Unidad):* 3H

**DATE** *(Fecha):* 12/7/23

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
*Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.*
The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.
*El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED- TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del incidente)* | REQUIRED- NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o identificación del Acusado)* |
|---|---|---|---|
| 12/6/23 | 4pm-7pm | Ramp at Cermak | Correctional officers. ①Cato ②Remszik |

While be escorted to and from Cermak by officers Cato and Remszik, I sustained injuries to my hands. I am wheelchair-bound and require assistance at times. During the trip to cermak, there are upward and downward ramps in which a guard's assistance is mandatory. I received help going up the ramp by one of the guards, but upon descending the ramp I didn't receive any help and lost control of my chair. My chair picked up speed, and to avoid great injury from slamming into a wall, door, or another person, I was forced to use my hands on my bare tires to stop my chair. I still have the burn marks on the palms of my hands which are painful.

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o individuo que tengan información:)*

**SIGNATURE of Individual in Custody:** *(Individuo bajo costodia):* Effe— Willia—

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: 12/8/23 |
|---|---|---|
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |

(FCN-07) ( FEB 23) **(WHITE COPY – IIC SERVICES DEPT.)** **(YELLOW COPY – CRW)** **(PINK COPY – INDIVIDUAL IN CUSTODY)**

CCSAO Westmoreland 002619

Hernandez v Dart
23-cv-16970

PX 29 Page 1

Grievance #2023x18256

Response issued December 22, 2023

After reviewing available evidence and speaking with involved staff members and Detainee Williams, it appears that the two escorting officers misunderstood CCSO policy. Detainee Williams was pushed up the ramp, but not down. However, at no time does he lose control of the wheelchair or nearly run into the wall. Available video shows detainee Williams gliding with ease through the tunnels to and from Cermak. At no time did Detainee Williams tell the officer that he was having difficulty wheeling himself. Detainee Williams did not report any "burns" to his hands from his wheelchair, nor were there any wounds or healed wounds to his hands during my discussion with him on 12/21/23. Additionally, Detainee Williams did not request medical attention for these alleged wounds verbally or via written health service request. Staff will be reminded to push wheelchairs up *and* down ramps and to document any refusals of assistance.



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT # |
|---|---|
| 2023X13256 | 029171 |

PRINT: CRW LAST NAME  Hobbs

---

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

Individual In Custody LAST NAME: Williams
Individual In Custody FIRST NAME: Treyon
BOOKING ID # : 2021100712

GRIEVANCE ISSUE AS DETERMINED BY CRW: ADA Issues

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ): DOC ADA 14    DATE REFERRED: 12/11/23

---

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

See attached grievance answer.

RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR#
PRINT SABRINA CANCHY PRINT
SIGNATURE:
DIV./DEPT. DOC/ADA
DATE: 12 / 22 / 23

---

THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY ! *(Esta sección debe ser completada por el individuo.)*

INDIVIDUAL IN CUSTODY *SIGNATURE (Firma del individuo bajo custodia.:* Williams
DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 1/5/24

---

**INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL** *( Solicitud de apelación del individuo )*

<div style="font-style:italic">

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.
  *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

</div>

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: *(Base de apelación del individuo.)*
DATE OF APPEAL REQUEST: *(Fecha de la solicitud de la apelación.)* 1/5/24

I did do a lot of stuff on the video and I do have burns on my hands!

*(left margin, vertical)* TO BE COMPLETED BY INDIVIDUAL IN CUSTODY
*(right margin, vertical)* TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

---

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*    Yes    (No)

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original Response to Stand

IIC SERVICES DIRECTOR/DESIGNEE *(Director de Servicios de IIC / Designado):* J. Mueller
SIGNATURE *(Firma):*
DATE *(Fecha):* 1/22/24

---

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.
*(Su respuesta de apelación y/o decisión será entregada al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

DATE APPEAL RESPONSE/DECISION WAS FORWARDED:
*(Fecha en que se envió la respuesta/decisión de apelación.)*   JAN 1 6 2024

(FCN- 08 )(FEB 23)    (WHITE COPY – IIC SERVICES)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)

Hernandez v Dart
23-cv-16970
CCSAO Westmoreland 002621
PX 29 Page 3

Case: 1:23-cv-01851 Document #: 120-5 Filed: 08/21/25 Page 1 of 2 PageID #:1526

Case: 1:23-cv-01851 Document #: 49-4 Filed: 09/08/23 Page 1 of 2 PageID #:280

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | | INMATE ID # |
|---|---|---|
| 2021 | 10913 | 811832 |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

☐ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

04OCODE

☐ Cermak Health Services
☐ Superintendent:
☑ Other: DOC Admin

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Westmoreland | Eugene | 2019 1030026 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 08 - RTU | 3 F | 08 - 12 - 21 |

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

**DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA**

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 8-10-21 | 9:00 am | RTU Building - Halls | Tom Dart Cook County sheriff Dept |
| 8-11-21 | 9:00 am -10:30 | Court Building - Halls | |

On my way from the RTU building to the court building on 8-10-21 between the hours of 9am - 10:30 am, I encountered problems using my wheelchair going up and down several ramps: I suffered burns on my hands, upper body aches in my arms, neck and feeling very fatigued after I came from court. (I had surgery on my spinal cord about two years ago (one and a half). I think the reason the officer (Anderson) didn't push me is because he had another wheel chair inmate whom he pushed, so I rolled myself all the way to the court building. I could not use the rest room in the holding cell rolled back with little assitence & next to court Room guy. It wasn't ADA accessible.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| Transport Officer on duty (Anderson was 1 of 4) | *[signature]* |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| D. Wilson | D. Wil— | 8.13.21 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

Westmoreland 000029

CCSAO

PX 30 Page 1

Wilder

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

| CONTROL NUMBER | | INMATE # |
|---|---|---|
| 2021 | 10912 | 811822 |

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| WEST | Eugene | 2019 103 0026 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 010 ADA Issue

IMMEDIATE CRW RESPONSE (if applicable): N/A

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): DOC Admin

DATE REFERRED: 8 / 16 / 21

RESPONSE BY PERSONNEL HANDLING REFERRAL

After review of available evidence and speaking with staff involved, staff will be reminded to document any refusals of assistance while being transported via wheelchair. Detainee Westmoreland was not placed in holding cell behind 304. Nor were there any injuries according to medical records

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| SABRINA C. | | DOC/ADA | 08, 20, 21 |

INMATE SIGNATURE (Firma del Preso): Eugene

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 08-24-21

**INMATE'S REQUEST FOR AN APPEAL** (Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso:) 08 / 24 / 2021

I am not satisfied with this decision -

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes (Sí) ☐ No ☒
(Apelación del preso aceptada por el administrador o/su designado(a)?)

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a):)

Original Response to stand

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrator o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a):): | DATE (Fecha): |
|---|---|---|
| J. Mueller | | 8, 27, 21 |

INMATE SIGNATURE (Firma del Preso):

Delv Via COVID19

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) AUG 31 2021

| (FCN-72) (NOV 17) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – C.R.W.) | (PINK COPY – INMATE) |
|---|---|---|---|

Westmoreland 000030

CCSAO

1 oF 2

## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

**CONTROL #** 2022X18190

**Individual In Custody SHORT #** 811822

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (! Para ser llenado solo por el personal de IIC Services !) |
|---|---|
| ☐ Emergency Grievance  (Grievance)  ☐ Non-Compliant Grievance   O?O | ☐ Cermak Health Services  ☐ Superintendent: _____  ☑ Other: D.O.C - 8 |

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME** (Imprimir - Apellido del individuo): Westmoreland

**PRINT - FIRST NAME** (Imprimir – Primer nombre del individuo): Eugene

**BOOKING NUMBER** (#de identificación): 2019103002 Lc

**DIVISION** (División): 08-RTU

**LIVING UNIT** (Unidad): 3F

**DATE** (Fecha): 12/12/22

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies. The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 12/12/22 | I believe between 8:15am - 8:45am | RTU - Cermack Transport | Tom Dart / cook county correctional staff / supt. / Lt. |

This grievance is concerning the steep in the non-compliant ramps I used yesterday to roll up and down in my wheelchair to reach cermack. Moving up and down these steep ramps has caused my hands to burn, upper body pain in my already damaged upper body and it also deprive me of the ability to move to and from cermack equal to that of a non disable detainee.

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:** (Nombre del personal o individuo que tengan información:)

**SIGNATURE of Individual in Custody** (Individuo bajo costodia):

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): D. Wilson | SIGNATURE: D. ___ X | DATE CRW RECEIVED: 12.13.22 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-58)(MAR 22)   (WHITE COPY – IIC SERVICES DEPT.)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 000048

PX 31 Page 1

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

2 of 2

**CONTROL #** 2022X18190

**Individual in Custody SHORT #** 811822

! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF

☐ Emergency Grievance
☐ Grievance   610
☐ Non-Compliant Grievance

(! Para ser llenado solo por el personal de IIC Services !)

☐ Cermak Health Services
☐ Superintendent:
☒ Other: _D·O·C – 8_

PRINT - INDIVIDUAL IN CUSTODY LAST NAME (Imprimir - Apellido del individuo): **Westmoreland**

PRINT - FIRST NAME (Imprimir – Primer nombre del individuo): **Eugene**

BOOKING NUMBER (# de identificación): **20191030026**

DIVISION (División): **08-RTU**

LIVING UNIT (Unidad): **3F**

DATE (Fecha): **12/12/22**

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies. The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

**Directrices de quejas y resumen de quejas**

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de limite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya he recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 12/12/22 | Between 8:45 am - 10:15 | Cesmack | movement officer / cook county correctional staff / supt. / Lt |

Im confined to a wheel chair and I had an outside doctor's appointment at 10:30-11 a.m. The movement officer took me from my tier (3E) at around 8:00 am. He had me st in a holding cell in the RTU building for about a half an hour. I was then transported to cermack where I sat in another holding cell for an additional hour and a half. While in cermak I had to use the bathroom, after asking, they told me I couldn't because the toilet and sink were not accessible for wheel chair use which I require. Because of this, I was unable to use the toilet on the same basis as a non disabled detainee. An insodent also happened to me while I was sitting in the cermack H cell as well. I never used the bathroom until I returned from my appointment. I was in a significant amount of pain in my kidney area because of this.

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o individuo que tengan información:)

SIGNATURE of Individual in Custody: (Individuo bajo costodia):

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW NAME (Print): **D Wilson**

SIGNATURE:

DATE CRW RECIEVED: **12·13·22**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

(FCN-58)(MAR 22)    (WHITE COPY – IIC SERVICES DEPT.)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 000049

PX 31 Page 2

Hernandez v Dart
23-cv-16970

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

CONTROL NUMBER: 2022 X 18190
Individual In Custody SHORT #: 811822
PRINT: CRW LAST NAME: Wilson

INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

Individual In Custody LAST NAME: Westmoreland
Individual In Custody FIRST NAME: Eugene
BOOKING ID #: 20191030026

GRIEVANCE ISSUE AS DETERMINED BY CRW: OIG Ada issues

IMMEDIATE CRW RESPONSE (If applicable):

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): D.O.C.-S
DATE REFERRED: 12 / /

RESPONSE BY PERSONNEL HANDLING REFERRAL

After reviewing all available evidence and speaking to staff, Detainee Westmoreland declined to allow ofc transporting him to push his wheelchair. Westmoreland was offered the opportunity to use the accessible restroom in Cermak and declined stating "take me back to RTU"

PERSONNEL RESPONDING TO GRIEVANCE (! Print !): SABRINA Givens
SIGNATURE:
DIV./DEPT.: DOC/ADA
DATE: I don't want to be here 12 / 19 / 22

THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY ! (Esta sección debe ser completada por el indivduo.)

INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo bajo custodia.: Eugene West
DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 12 / 28 / 22

**INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL** *( Solicitud de apelación del individuo )*

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.
  *Para agotar los recursos administrativos, las apelaciones de quejas se deben hacer en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: (Base de apelación del individuo.)
DATE OF APPEAL REQUEST: (Fecha de la solicitud de la apelación.) 12, 28, 22

The staff and officer is lieing, I would never turn down a trip because I know I need it. They never offered me the opportunity to use the restroom in cermak, I never knew one assisted, and I never spoke those words. I never rushed anyone to take me back.

DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*
Yes / **No**

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)

Original Response to Stand

IIC SERVICES DIRECTOR/DESIGNEE (Director de Servicios de IIC / Designado): Muelle
SIGNATURE (Firma):
DATE (Fecha): 12, 30, 22

THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY (Esta sección debe ser completada por el individuo.)

INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo.):
Delv Via COVID19
DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida.) JAN 04 2023

(FCN-59)(MAR 22)  (WHITE COPY – IIC SERVICES)  (YELLOW COPY – CRW)  (PINK COPY – INDIVIDUAL IN CUSTODY)

CONFIDENTIAL - PRODUCED SUBJECT TO PROTECTIVE ORDER 000050

PX 31 Page 3

Hernandez v Dart
23-cv-16970

*1 0co0E*

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

| CONTROL # | Individual in Custody SHORT # |
|---|---|
| 2024x 00603 | 0492414 |

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (!.Para ser llenado solo por el personal de IIC Services !) |
|---|---|
| ☐ Emergency Grievance  (14)<br>☒ Grievance<br>☐ Non-Compliant Grievance | ☐ Cermak Health Services<br>☐ Superintendent: _____<br>☒ Other: DOC AdmiN |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME (Imprimir - Apellido del individuo): | PRINT - FIRST NAME (Imprimir – Primer nombre del individuo): | BOOKING NUMBER (#desidentificación) |
|---|---|---|
| Phillips | Raasikh | 20230127098 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 8 RTU | 3G | 01-14-2024 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.

*Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.*

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language and must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.

*El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Especifico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 01-14-2023 | Between 1:00pm - 3:00pm | In the Tunnel from Division 8 RTU to Division 8 Cermak | Cook County Department of Correction |

On or about January 14, 2023 I was walking with my walker to Cermak from RTU through the basement tunnel. & along the walk there was a ramp that goes up & a ramp that goes down, & it was extremely hard to walk up the ramp, so was it extremely hard to walk down the ramp. Those ramps could cause a very bad injury to someone. I want for someone not to get hurt going up & down those ramps, & myself included. Someone should do something about that A.S.A.P.

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o individuo que tengan información:) Raasikh Phillips, Movement Officer, Lopez | SIGNATURE of Individual in Custody: (Individuo bajo custodia): |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): JW Luig— | SIGNATURE: WLuy | DATE CRW RECEIVED: 01·17·24 |
|---|---|---|
| | CRW NOTATION OF SENT EMAIL (Print): | DATE EMAIL NOTIFICATION SENT: |

(FCN-07) ( FEB 23)   (WHITE COPY – IIC SERVICES DEPT.)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)

Mathis 24-cv-1127

PX 32 Page 1

Hernandez v Dart
23-cv-16970

Grievance #2024x00603

Response issued January 25, 2024

After reviewing available evidence and speaking with the movement officer, staff complied with CCSO policy. On January 14th at 1328 hours the movement Officer is observed transporting Detainee Phillips to Cermak from RTU. Detainee Phillips is utilizing a walker to ambulate from RTU to Cermak. Detainee Phillips was walking slowly, but without difficulty. At no time does detainee Phillips tell the movement officer that he is unable to walk using his walker. Detainee Phillips gait appears identical throughout the tunnel, whether that be walking up or down an elevated surface, or just at one level. Upon being cleared by the urgent care doctor to return to RTU; to expedite the transportation, an officer provides Detainee Phillips with a wheelchair and pushes him back to RTU. Detainee Phillips has been evaluated by multiple medical staff members and cleared to ambulate with a walker on all surfaces.

Mathis 24-cv-1127

PX 32 Page 2

Hernandez v Dart
23-cv-16970

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(individuo bajo custodia - formulario de respuesta/apelación de queja)

| CONTROL NUMBER | Individual In Custody SHORT # |
|---|---|
| 2024X 006603 | 0492614 |

PRINT: CRW LAST NAME: Swanison

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

| Individual In Custody LAST NAME: Phillips | Individual In Custody FIRST NAME: Laaside | BOOKING ID # : 2023 0127098 |
|---|---|---|

GRIEVANCE ISSUE AS DETERMINED BY CRW: 10 ADA ISSue

IMMEDIATE CRW RESPONSE (if applicable): N/A

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): DOC Admin    DATE REFERRED: 01/16/24

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Please see attached response

| RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR# PRINT SABRINA CARSON | SIGNATURE: | DIV./DEPT. DOC/ADA | DATE: 01/25/24 |
|---|---|---|---|

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY.** (Esta sección debe ser completada por el individuo.)

| INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo bajo custodia.: | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 02/02/2024 |
|---|---|

**INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL** (Solicitud de apelación del individuo)

<div style="writing-mode: vertical">TO BE COMPLETED BY INDIVIDUAL IN CUSTODY</div>

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above noted response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.
*Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: (Base de apelación del individuo.)
DATE OF APPEAL REQUEST: (Fecha de la solicitud de la apelación.)    02/02/2024

I did in fact inform moving officer that it was extremely hard to walk up the elevated ramp, which is why I was provided the wheelchair for expedited & safe return.

<div style="writing-mode: vertical">TO BE COMPLETED BY INDIVIDUAL IN CUSTODY</div>

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
(Aceptación del Director/Designado de la solicitud de apelación del individuo.)    Yes    No

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)

Original Respons to Stand

| IIC SERVICES DIRECTOR/DESIGNEE (Director de Servicios de IIC / Designado): J. Mueller | SIGNATURE (Firma): | DATE (Fecha): 2.8.24 |
|---|---|---|

| Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery. (Su respuesta de apelación y/o decisión será entregado al IIC por Correo Interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).) | DATE APPEAL RESPONSE/DECISION WAS FORWARDED: (Fecha en que se envió la respuesta/decisión de apelación.) FEB 13 2024 |
|---|---|

(FCN- 08 )(FEB 23)        (WHITE COPY – IIC SERVICES)        (YELLOW COPY – CRW)        (PINK COPY – INDIVIDUAL IN CUSTODY)

Mathis 24-cv-1127

PX 32 Page 3

Hernandez v Dart
23-cv-16970

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual in Custody SHORT # |
|---|---|
| 2024 X0304.1 | 0525506 |

| I THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (I Para ser llenado solo por el personal de IIC Services I) |
|---|---|
| ☐ Emergency Grievance <br> ☑ Grievance (circled)    1 ○ <br> ☐ Non-Compliant Grievance | ☐ Cermak Health Services <br> ☐ Superintendent: <br> ☑ Other: D.O.C. (14) |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| Pierce | Antoine | 2020 0715063 |

| DIVISION *(División):* 6 | LIVING UNIT *(Unidad):* 2 - J | DATE *(Fecha):* 3-8-24 |
|---|---|---|

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.

*Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.*

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language and must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentación según el Manual de Información de IIC o consulte a un CRW (trabajador de rehabilitación correccional) para obtener ayuda.

*El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o identificación del Acusado)* |
|---|---|---|---|
| 3-6-24 | 2:10 Pm | cermak | cermak staff |

on March 6th at 8:30 Am I was sent to stroger to get my wisdom tooth pulled once I returned to the County Jail I was sent to cermak to clear me before returning to my tier on arrival at Cermak I walkedup a ramp which wasnt safe for me due to me having a cane And once I was cleared at Cermak I had to walk down the same ramp I was in so much pain due to me having severe arthritis in my left hip Please help me thanks

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo custodia):* |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): P. Wilson | SIGNATURE: D.W. | DATE CRW RECEIVED: 3-12-24 |
|---|---|---|
| | CRW NOTATION OF SENT EMAIL (Print): | DATE EMAIL NOTIFICATION SENT: |

(FCN-07) ( FEB 23)    (WHITE COPY – IIC SERVICES DEPT.)      (YELLOW COPY – CRW)      (PINK COPY – INDIVIDUAL IN CUSTODY)

Mathis 24-cv-1127

PX 33 Page 1

Hernandez v Dart
23-cv-16970

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(Individuo bajo custodia - formulario de respuesta/apelación de queja)

| CONTROL NUMBER | Individual in Custody SHORT # |
|---|---|
| 2024X03041 | 0525505 |

PRINT: CRW LAST NAME: Wilson

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

Individual In Custody LAST NAME: Pierce

Individual In Custody FIRST NAME: Antoine

BOOKING ID #: 2020071 5063

GRIEVANCE ISSUE AS DETERMINED BY CRW: 10 Ada Issues

IMMEDIATE CRW RESPONSE (if applicable):

CRW/REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): D.O.C (14)

DATE REFERRED: 3/13/24

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Detainee Pierce has been evaluated by Cermak, and they have determined that Pierce can walk short distances unassisted and long distances with a cane. Staff will provide reasonable accommodation to assist you. Just notify the officer when you need assistance.

RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR# PRINT: SABRINA

SIGNATURE:

DIV./DEPT.: DOC/ADA

DATE: 03/21/24

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY** (Esta sección debe ser completada por el individuo.)

INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo bajo custodia.): Antoine J Pierce

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 4-3-24

**INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL** ( Solicitud de apelación del individuo )

TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.
  Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: (Base de apelación del individuo.)
DATE OF APPEAL REQUEST: (Fecha de la solicitud de la apelación.)  _____/_____/_____

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
(Aceptación del Director/Designado de la solicitud de apelación del individuo.)

Yes        No

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)

IIC SERVICES DIRECTOR/DESIGNEE (Director de Servicios de IIC / Designado):

SIGNATURE (Firma):

DATE (Fecha): _____/_____

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.
(Su respuesta de apelación y/o decisión será entregada al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)

DATE APPEAL RESPONSE/DECISION WAS FORWARDED:
(Fecha en que se envió la respuesta/decisión de apelación.) _____/_____/_____

(FCN-08 )(FEB 23)     (WHITE COPY – IIC SERVICES)     (YELLOW COPY – CRW)     (PINK COPY – INDIVIDUAL IN CUSTODY)

Mathis 24-cv-1127

PX 33 Page 2

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| 2023X18633 | 041458 |

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (I Para ser llenado solo por el personal de IIC Services I) |
|---|---|
| ☐ Emergency Grievance  ☒ Grievance  ☐ Non-Compliant Grievance    IO | ☐ Cermak Health Services  ☐ Superintendent: _____  ☒ Other: DOC admin IG |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| MAthis | William | 20230407079 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 8-R.T.U | 3H | 12-18-23 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.

*Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.*

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language <u>and</u> must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.

*El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o identificación del Acusado)* |
|---|---|---|---|
| 12-10-23 | 5:00pm | William, MAthis | SuperintenDent/Thomas Drat |

I have a issue with the ramp an R.T.U Div 8 Down stair when going and comin' out of R.T.U I use a cane in I feel that it's hard to move up and Down the ramp with me having a cane and not fall down...

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo costodia):* |
|---|---|
| | William Mathis |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: |
|---|---|---|
| Hobb |  | 12/18/23 |
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |

(FCN-07) (FEB 23)    (WHITE COPY – IIC SERVICES DEPT.)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)

PX 34 Page 1

Hernandez v Dart
23-cv-16970

Grievance #2023x18633

Response issued December 26, 2023

Upon review of available evidence, Detainee Mathis is observed being escorted by cart from Division 6 to Cermak for medical attention. Medical evaluates Detainee Mathis and determines he is able to ambulate with a cane for long distances only. Mathis is then escorted by cart back to Division 6 to retrieve his property. Mathis is them escorted by cart and lastly by wheelchair up to his new living unit in RTU. Detainee Mathis did not walk to RTU on December 10th. Detainee Mathis' grievance is without merit.

PX 34 Page 2



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2023X18633 | 0414580 |

PRINT: CRW LAST NAME: Hobbs

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

| Individual In Custody LAST NAME: mathis | Individual In Custody FIRST NAME: William | BOOKING ID # : 20230407025 |
|---|---|---|

GRIEVANCE ISSUE AS DETERMINED BY CRW: LO PAHA ISSUE

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services* ): Doc admin 14    DATE REFERRED: 12/19/23

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Dear Mr. Mathis,
Please see attached grievance response

| RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR# PRINT SABRINA GARCIA | SIGNATURE: | DIV./DEPT. DOC/ADA | DATE: 12/26/23 |
|---|---|---|---|

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY !** *(Esta sección debe ser completada por el individuo.)*

| INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo bajo custodia.: William Mathis | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 1/5/24 |
|---|---|

**INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL** *( Solicitud de apelación del individuo )*

*(To be completed by individual in custody)*

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.
*Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: *(Base de apelación del individuo.)*
DATE OF APPEAL REQUEST: *(Fecha de la solicitud de la apelación.)* 1/5/24
I still have issue everytime I go out of R.T.U to see the outside Doc aause of the ramp's.

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*     Yes    ⟨No⟩

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original Response to Stand

| IIC SERVICES DIRECTOR/DESIGNEE (Director de Servicios de IIC / Designada): J. Muelle | SIGNATURE (Firma): | DATE (Fecha): 1/12/24 |
|---|---|---|

| Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery. *(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)* | DATE APPEAL RESPONSE/DECISION WAS FORWARDED: *(Fecha en que se envió la respuesta/decisión de apelación.)* / / JAN 16 2024 |
|---|---|

(FCN- 08 )(FEB 23)    (WHITE COPY – IIC SERVICES)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)

PX 34 Page 3

Hernandez v Dart
23-cv-16970

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

CONTROL # 2023X18519

Individual in Custody SHORT # 033 84 23

**! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF**          *(! Para ser llenado solo por el personal de IIC Services !)*

☐ Emergency Grievance
☑ Grievance          LO
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☑ Other: DOC Admin 14

PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* Muñiz

PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* Anthony

BOOKING NUMBER *(# de identificación)* 20230415017

DIVISION *(División):* Div 8 R.T.U

LIVING UNIT *(Unidad):* 3H

DATE *(Fecha):* 12-17-23

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentación según el Manual de Información de IIC o consulte a un CRW (trabajador de rehabilitación correccional) para obtener ayuda.
*El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para su individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED- TIME OF INCIDENT *(Hora del Incidente)* | REQUIRED- SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o identificación del Acusado)* |
|---|---|---|---|
| 12-14-23 | 10:11 pm | Stager Hospital to Cermark Back To RTU | Cermark movement officer |

on above Date 11-5-23 I was walking with my crutches To Cermark Down The Ramp It was hard for me To walk Down and up The Ramp when I came back from Stanger hospital. From my left knee fracture. I would like for you people To fixed It. for can be accomadated for people with walkers and crutches Etc...

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o individuo que tengan información:)*

SIGNATURE of Individual in Custody: *(Individuo bajo custodia):* Anthony Muñiz

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): Hobbs | SIGNATURE: | DATE CRW RECIEVED: 12/14/23 |
|---|---|---|
| | CRW NOTATION OF SENT EMAIL (Print): | DATE EMAIL NOTIFICATION SENT: |

(FCN-07) ( FEB 23)     (WHITE COPY – IIC SERVICES DEPT.)     (YELLOW COPY – CRW)·     (PINK COPY – INDIVIDUAL IN CUSTODY)

Mathis 24-cv-1127

PX 35 Page 1

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(Individuo bajo custodia - formulario de respuesta/apelación de queja)

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2023X18519 | 0338403 |

PRINT: CRW LAST NAME: Hobbs

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

Individual In Custody LAST NAME: muniz

Individual In Custody FIRST NAME: Anthiny

BOOKING ID #: 20230415017

GRIEVANCE ISSUE AS DETERMINED BY CRW: IO 143A Issue

IMMEDIATE CRW RESPONSE (if applicable): The incident date and date of grievance has been corrected to 12-14-23.

CRW/REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): Dr. admin iu

DATE REFERRED: 12/15/23

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Detainee Muniz did not leave RTU on 12/14/23. Muniz was not scheduled for fantus. Muniz saw a doctor in RTU on 12/14/23. Grievance is without merit.

RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR#: PRINT Sabrina Canelos

SIGNATURE:

DIV./DEPT.: DOC/ADA

DATE: 12/23/23

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY** (Esta sección debe ser completada por el individuo.)

INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo bajo custodia.):

DATE RESPONSE WAS RECEIVED: (Fecho en que la respuesta fue recibida) 1/9/24

**INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL** ( Solicitud de apelación del individuo.)

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.
  *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: (Base de apelación del individuo.)
DATE OF APPEAL REQUEST: (Fecha de la solicitud de la apelación.) 1/9/24

I whont the Rump To Be fixs so you can Walk on

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
(Aceptación del Director/Designado de la solicitud de apelación del individuo.)

Yes / ~~No~~

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)

Original Response to Stand.

IIC SERVICES DIRECTOR/DESIGNEE (Director de Servicios de IIC / Designado): J. Mulle

SIGNATURE (Firma):

DATE (Fecha): 1/12/24

| Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery. (Su respuesta de apelación y/o decisión será entregada al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).) | DATE APPEAL RESPONSE/DECISION WAS FORWARDED: (Fecha en que se envió la respuesta/decisión de apelación.) / / JAN 16 2024 |
|---|---|

(FCN-08 )(FEB 23)          (WHITE COPY – IIC SERVICES)          (YELLOW COPY – CRW)          (PINK COPY – INDIVIDUAL IN CUSTODY)

PX 35 Page 2