*Hernandez v Dart, 23-cv-16970*                                           July 28, 2026

PLAINTIFFS' EXHIBIT LIST

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX1 | 12-6-2023 | GEC Cermak Ramp Assessment | FRCP 37(c)(1). Plaintiff did not disclose this report or opinion testimony as required under 26(a)(2).<br><br>*See* Defs' Mot. *in Limine* No. 3, ECF No. 196.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation. | This report is relevant for notice and cited in the Court's Memorandum Opinion and Order regarding summary judgment. Mr. Darr, of GEC, is expected to testify to lay a foundation for this assessment. |
| PX2 | 4-1-2024 | GEC RTU Ramp Assessment | FRCP 37(c)(1). Plaintiff did not disclose this report or opinion testimony as required under 26(a)(2).<br><br>*See* Defs' Mot. *in Limine* No. 3, ECF No. 196.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation. | This report is relevant for notice and cited in the Court's Memorandum Opinion and Order regarding summary judgment. Mr. Darr, of GEC, is expected to testify to lay a foundation for this assessment. |

*Hernandez v Dart, 23-cv-16970*                                        July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX3 | August 30, 2019 | Stoner Cermak Ramp Drawing | FRCP 37(c)(1). Plaintiff did not disclose this report or opinion testimony as required under 26(a)(2).<br><br>*See* Defs' Mot. *in Limine* No. 3, ECF No. 196.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation.<br><br>Defendants object to the ECF header on the document. | This is relevant to notice that the ramp is not compliant with the ADA. Ms. Stoner is under subpoena and is expected to testify at trial to lay a foundation. This evidence was addressed in the Court's summary judgment Memorandum Opinion and Order. |
| PX4 | July 1, 1994 | Portion of 1991 ADA standards | FRE 401, 402, 403. Relevance.<br><br>Judge instructs on the law; no foundation to explain law.<br><br>Confusing and misleading to the jury regarding the governing legal standards | The diagrams may be used as a demonstrative exhibit. This exhibit may also be relevant for notice to defendants about what an ADA compliant landing requires. |

2

*Hernandez v Dart, 23-cv-16970*                                           July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX5 | | Appendix to 1991 ADA standards | FRE 401, 402, 403. Relevance.<br><br>Judge instructs on the law; no foundation to explain law.<br><br>Confusing and misleading to the jury regarding the governing legal standards<br><br>Defendants object to the ECF header on the document. | This exhibit may be relevant if defendants argue to suggest disabled inmates do not have difficult traversing slopes. This exhibit may also be relevant for notice to defendants about what an ADA compliant landing requires. |
| PX6 | September 15, 2010 | Portion of 2010 ADA standards | FRE 401, 402, 403. Relevance.<br><br>Judge instructs on the law; no foundation to explain law.<br><br>Confusing and misleading to the jury regarding the governing legal standards | These may be used for demonstrative purposes. This exhibit may also be relevant for notice to defendants about what an ADA compliant landing requires. |

*Hernandez v Dart, 23-cv-16970*                                                    July 28, 2026

| No. | Date | Description | Objection | Response |
|-----|------|-------------|-----------|----------|
| PX7 | March 8, 2021 | TJ Terrell email | FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation. | This email is relevant to notice that the RTU east tunnel ramp is not compliant with the ADA, |
| PX8 | September 16, 2024 | Sheriff's Response to Admissions | FRE 401, 402, 403. Relevance.<br><br>Objection as to the requests that call for information that is irrelevant and immaterial to this lawsuit and as to certain responses to the request to admit where objections have been raised. | The response to admissions contains relevant information. |

4

*Hernandez v Dart, 23-cv-16970*                                                    July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX9 | September 16, 2024 | Cook County's Response to Admissions | FRE 401, 402, 403. Relevance.<br><br>Objection as to the requests that call for information that is irrelevant and immaterial to this lawsuit and as to certain responses to the request to admit where objections have been raised. | The response to admissions contains relevant information. |
| PX10 | May 4, 2021 | Cook County's answer to first set of interrogatories in *Walker v Dart*, 20-cv-261 | FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>FRE 602. Lack of knowledge. | This interrogatory answer lays a foundation for Ms. Stoner's drawing and also provides evidence that the County was on notice the Cermak ramp was not compliant with the ADA in 2018. |
| PX11 | January 14, 2022 | Cook County's answer to second set of interrogatories in *Walker v Dart*, 20-cv-261 | FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>FRE 602. Lack of knowledge. | This interrogatory answer contains relevant information for notice, such as the assignment of Ms. Stoner in 2018 to assess the Cermak ramp. |

*Hernandez v Dart, 23-cv-16970*                                                                  July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX12 | 7/27/2022 | Order entered in Walker v. Dart, 20-cv-261, to install ADA compliant handrails | FRE 401, 402, 403. Relevance. | This order is relevant because it required Cook County to install ADA compliant handrails by December 31, 2022. This is evidence that defendants knew the ramp was not compliant with the ADA. Additionally, defendants did not follow this order and therefore is additional evidence defendants were deliberately indifferent. |
| PX13 | | US Access Board Technical Guide Ramps and Curb Ramps | FRE 401, 402, 403. Relevance. FRE 801, 802, 803. Hearsay. Judge instructs on the law; no foundation to explain law. Confusing and misleading to the jury regarding the governing legal standards | These diagrams may be used for demonstrative purposes to help a witness explain why landings and handrails assist moving up and down ramps. This exhibit may also be relevant for notice to defendants about what an ADA compliant landing requires. |

6

*Hernandez v Dart, 23-cv-16970*                                          July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX14 | 4/3/2018 | FY19 Business Case | FRE 401, 402, 403. Relevance.<br><br>FRE 407. Subsequent remedial measure.<br><br>Defendants object to the ECF header on the document. | This business case is evidence that defendants know there are barriers for mobility impaired people. Mr. Davis is expected to testify that he has been waiting since at least 2018 for Cook County to approve money to address the structural violations on the RTU east tunnel ramp. |
| PX15 | | Cleveland Clinic information on gout | FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation. | This may be used for demonstrative purposes to help a witness explain gout. |
| PX16 | | Hernandez Bed Assignments for 2022 and 2023 | | |
| PX17 | | Hernandez Alerts for 2022 and 2023 | | |
| PX18 | | Hernandez Movement for 2022 and 2023 | | |
| PX19 | | | | |
| PX20 | | | | |
| PX21 | | | | |
| PX22 | | Mathis Bed Assignments | | |

7

*Hernandez v Dart, 23-cv-16970*                                    July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX23 | | Mathis Alerts | | |
| PX24 | | Mathis Movement | | |
| PX25 | | Mathish Transportation Pass | | |
| PX26 | October 17, 2018 | Cornelius Walker grievance | *See* Defs' Mot. *in Limine* No. 1, ECF No. 196.<br><br>FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation.<br><br>Defendants object to the ECF header on the document. | This document is relevant for notice that the ramps were barriers for people at the CCDOC. This is a document maintained in the ordinary course of business by the Sheriff's Office. |

8

*Hernandez v Dart, 23-cv-16970*                                    July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX27 | July 22, 2021 | Tirnell Williams grievance | *See* Defs' Mot. *in Limine* No. 1, ECF No. 196.<br><br>FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation.<br><br>Defendants object to the ECF header on the document. | This document is relevant for notice that the ramps were barriers for people at the CCDOC. This is a document maintained in the ordinary course of business by the Sheriff's Office. |
| PX28 | November 17, 2023 | Darreon Thompson grievance | *See* Defs' Mot. *in Limine* No. 1, ECF No. 196.<br><br>FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation.<br><br>Defendants object to the ECF header on the document. | This document is relevant for notice that the ramps were barriers for people at the CCDOC. This is a document maintained in the ordinary course of business by the Sheriff's Office. |

9

*Hernandez v Dart, 23-cv-16970*                                                    July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX29 | 12/7/2023 | Efferson Williams Grievance | *See* Defs' Mot. *in Limine* No. 1, ECF No. 196.<br><br>FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation.<br><br>Defendants object to the ECF header on the document. | This document is relevant for notice that the ramps were barriers for people at the CCDOC. This is a document maintained in the ordinary course of business by the Sheriff's Office. |
| PX 30 | August 12, 2021 | Westmoreland grievance | *See* Defs' Mot. *in Limine* No. 1, ECF No. 196.<br><br>FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation.<br><br>Defendants object to the ECF header on the document. | This document is relevant for notice that the ramps were barriers for people at the CCDOC. This is a document maintained in the ordinary course of business by the Sheriff's Office. |

*Hernandez v Dart, 23-cv-16970*                                               July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX 31 | December 12, 2022 | Westmoreland grievance | *See* Defs' Mot. *in Limine* No. 1, ECF No. 196.<br><br>FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation.<br><br>Defendants object to the ECF header on the document. | This document is relevant for notice that the ramps were barriers for people at the CCDOC. This is a document maintained in the ordinary course of business by the Sheriff's Office. |
| PX 32 | January 14, 2024 | Raasikh Phillips grievance | *See* Defs' Mot. *in Limine* No. 1, ECF No. 196.<br><br>FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation. | This document is relevant for notice that the ramps were barriers for people at the CCDOC. This is a document maintained in the ordinary course of business by the Sheriff's Office. |

11

*Hernandez v Dart, 23-cv-16970*                                              July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX 33 | March 8, 2024 | Antoine Pierce grievance | *See* Defs' Mot. *in Limine* No. 1, ECF No. 196.<br><br>FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation. | This document is relevant for notice that the ramps were barriers for people at the CCDOC. This is a document maintained in the ordinary course of business by the Sheriff's Office. |
| PX 34 | December 18, 2023 | William Mathis grievance | *See* Defs' Mot. *in Limine* No. 1, ECF No. 196.<br><br>FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation. | This document is relevant for notice that the ramps were barriers for people at the CCDOC. Mr. Mathis will be able to lay a foundation for his grievance. |
| PX35 | December 14, 2023 | Anthony Muniz grievance | *See* Defs' Mot. *in Limine* No. 1, ECF No. 196.<br><br>FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay.<br><br>Lack of foundation. | This document is relevant for notice that the ramps were barriers for people at the CCDOC. |
| PX 36 | | | | |

*Hernandez v Dart, 23-cv-16970*                                                    July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX 37 | | | | |
| PX 38 | | | | |
| PX 39 | | | | |
| PX 40 | | Hernandez movement history 2022 | | |
| PX 41 | | | | |
| PX 42 | | Hernandez bed assignment 2022 | | |
| PX 43 | | | | |
| PX 44 | | Hernandez inmate alerts 2022 | | |
| PX 45 | | | | |
| PX 46 | | | | |
| PX 47 | | | | |
| PX 48 | | | | |
| PX 49 | | | | |
| PX 50 | February 2, 2022 | Hernandez intake records 1 | FRE 401, 402, 403. Relevance.<br><br>FRE 801, 802, 803. Hearsay. | Relevant for the condition of plaintiff at intake at the CCDOC. |
| PX 51 | February 2, 2022 | Hernandez intake records 2 | FRE 801, 802, 803. Hearsay. | Relevant for the condition of plaintiff at intake at the CCDOC. |
| PX 52 | | | | |
| PX53 | | | | |
| PX 54 | August 4, 2022 | ER CHS record | FRE 801, 802, 803. Hearsay. | Relevant regarding plaintiff's physical limitation. |

*Hernandez v Dart, 23-cv-16970*                                    July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX 55 | August 4, 2022 | RE CHS record | FRE 801, 802, 803. Hearsay. | Relevant regarding plaintiff's physical limitation. |
| PX 56 | March 23 2022 | Healthcare service request | FRE 801, 802, 803. Hearsay. | Relevant regarding plaintiff's physical limitation and requests for accommodations. |
| PX 57 | Feb – Nov 2022 | Healthcare Service Request Forms | FRE 801, 802, 803. Hearsay. | Relevant regarding plaintiff's physical limitation and requests for accommodations. |
| PX 58 | Mar – Nov 2022 | Healthcare Service Request Forms | FRE 801, 802, 803. Hearsay. | Relevant regarding plaintiff's physical limitation and requests for accommodations. |
| PX 59 | November 7 2022 | Healthcare Service Request | FRE 801, 802, 803. Hearsay. | Relevant regarding plaintiff's physical limitation and requests for accommodations. |
| PX 60 | May 3, 2023 | PA Duff Medical Record for Hernandez | FRE 401, 402, 403. Relevance. <br><br> FRE 801, 802, 803. Hearsay. <br><br> Defendants object to the ECF header on the document. | Relevant regarding plaintiff's physical limitations. |

14

*Hernandez v Dart, 23-cv-16970*                                            July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX 61 | March 7 / September 30, 2022 | Hernandez records with PA Davis | FRE 801, 802, 803. Hearsay. | Relevant regarding plaintiff's physical limitation and requests for accommodations. |
| PX 62 | Feb – June 2022 | Hernandez records with PA Wilkins | FRE 801, 802, 803. Hearsay. | Relevant regarding plaintiff's physical limitation and requests for accommodations. |
| PX 63 | | | | |
| PX 64 | | | | |
| PX 65 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| PX 70 | March 27, 2022 | Email from Dejonge to Davis re pain | FRE 401, 402, 403. Relevance, cumulative.<br><br>FRE 801, 802, 803. Hearsay. | Relevant regarding plaintiff's physical limitation and requests for accommodations. |
| PX 71 | August 18, 2022 | Email from McCray to Sims re cane and M3 housing | FRE 801, 802, 803. Hearsay. | Relevant regarding plaintiff's physical limitation and requests for accommodations. |
| PX 72 | | | | |
| PX 73 | | | | |
| PX 74 | | | | |
| | | | | |
| | | | | |
| | | | | |

*Hernandez v Dart, 23-cv-16970*                                                        July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| | | | | |
| | | | | |
| PX 80 | November 2023 | Note by PA Kacrowski | Object to the highlighting. FRE 801, 802, 803. Hearsay. | Relevant regarding plaintiff's physical limitation and requests for accommodations. |
| PX 81 | | Medical Orders for Mathis | FRE 401, 402, 403. Relevance. | Relevant regarding plaintiff's physical limitation and requests for accommodations. |
| PX 82 | | Order for knee images for Mathis | FRE 401, 402, 403. Relevance, cumulative. | Relevant regarding plaintiff's physical limitation and requests for accommodations. |
| PX 83 | | Radiology records for Mathis | FRE 401, 402, 403. Relevance, cumulative. | Relevant regarding plaintiff's physical limitation and requests for accommodations. |
| PX 84 | 11/20/2023 | Nursing notes for Mathis | FRE 801, 802, 803. Hearsay. | This is a medical record and does not contain any hearsay statements. |
| PX 85 | 12/10/2023 | UC record for Mathis dated 12/10/2023 | FRE 801, 802, 803. Hearsay. | This is a medical record. Defendants do not identify any specific statements that are hearsay. Statements made for medical diagnosis or treatment are not hearsay. Rule 803(4). |

16

*Hernandez v Dart, 23-cv-16970*                                                July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX 86 | 1/11/2024 | Shoulder imaging communication ,medical record for Mathis | FRE 401, 402, 403. Relevance. <br><br> FRE 801, 802, 803. Hearsay. | This is relevant because it discusses his gout. Defendants do not identify any hearsay statements in this medical record. |
| PX 87 | Jun 6 July 17 2023 | Mathis records with PA Trammell | FRE 801, 802, 803. Hearsay. | This is a medical record. Defendants do not identify any specific statements that are hearsay. Statements made for medical diagnosis or treatment are not hearsay. Rule 803(4). |
| PX 88 | March 12 June 4 2024 | Mathis records with PA Trammell | Object to the highlighting. <br><br> FRE 801, 802, 803. Hearsay. | This is a medical record. Defendants do not identify any specific statements that are hearsay. Statements made for medical diagnosis or treatment are not hearsay. Rule 803(4). |

17

*Hernandez v Dart, 23-cv-16970* July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX 89 | October 16 2023 | Mathis records with PA Wilkins | FRE 801, 802, 803. Hearsay. | This is a medical record. Defendants do not identify any specific statements that are hearsay. Statements made for medical diagnosis or treatment are not hearsay. Rule 803(4). |
| PX 90 | April 2023 – March 2024 | Mathis Bed Assignments | | |
| PX 91 | April 2023 – April 2024 | Mathis Medical Alerts | | |
| PX 92 | April 2023 – April 2024 | Mathis Movement Records | | |
| PX 93 | September 2023 – March 2024 | Mathis Transportation Pass | | |
| PX 94 | | | | |
| PX 95 | | Mathis Medication List | FRE 401, 402, 403. Relevance. | This lists plaintiff's pain medication and other prescriptions. This is relevant to damages. |
| PX 96 | | Mathis Medication Orders | FRE 401, 402, 403. Relevance. | This lists plaintiff's pain medication and other prescriptions. This is relevant to damages. |
| PX97 | | | | |

*Hernandez v Dart, 23-cv-16970*                                                    July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX98 | June – December 2023 | Mathis healthcare request forms | FRE 801, 802, 803. Hearsay. | Statements made for medical diagnosis or treatment are not hearsay. Rule 803(4). |
| PX99 | December 10, 2023 | Mathis outpt nurse note swelling from gout could not leave cell | FRE 801, 802, 803. Hearsay. | Statements made for medical diagnosis or treatment are not hearsay. Rule 803(4). |
| PX100 | December 10 2023 | RCDC CAM Mathis struggling | | |
| PX 101 | November 7 2019 | Westmoreland video | FRE 401, 402, 403. Relevance.<br><br>FRE 602 Need for Personal Knowledge.<br><br>Lack of foundation. | This video is relevant for notice regarding harm caused by inmates moving up the RTU east tunnel ramp. It also challenges defendants' anticipated argument that inmates are always assigned up and down the ramps. This is a video created by the Sheriff's video recording system. |
| PX 102 | February 6 2025 | Tunnel ramp door closed | FRE 401, 402, 403. Relevance.<br><br>Lack of foundation. | This video shows the top landing of the RTU east tunnel ramp. It depicts the door is closed. This is a video created by the Sheriff's video recording system. |

*Hernandez v Dart, 23-cv-16970*                                                July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| PX 103 | December 10, 2023 | Mathis riding cart on ramp | | |

DEFENDANTS' EXHIBIT LIST

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 1 | | Hernandez Bed Assignments 2022 | | |
| DX 2 | | Hernandez Inmate Alerts 2022 | | |
| DX 3 | | Hernandez Movement History 2022 | | |
| DX 4 | | Hernandez Transportation Passes 2022 | | |
| DX 5 | | Hernandez Incident Involvement 2022 | Underlying reason for detention is not relevant and Rule 403. See Plaintiffs' motion in limine 4. | Plaintiffs added a "Response" column to the exhibit list at 6:44pm on July 28, 2026, the day the exhibit list is due. |
| DX 6 | | Hernandez Bed Assignments 2024 | Rule 401. The operative complaint does not contain any allegations regarding his 2024 detention. | Same as above. |
| DX 7 | | Hernandez Inmate Alerts 2024 | Rule 401. The operative complaint does not contain any allegations regarding his 2024 detention. | Same as above. |

20

*Hernandez v Dart, 23-cv-16970*                                                    July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 8 | | Hernandez Movement History 2024 | Rule 401. The operative complaint does not contain any allegations regarding his 2024 detention. Rule 401. The operative complaint does not contain any allegations regarding his 2024 detention. | Same as above. |
| DX 9 | | Hernandez Transportation Passes 2024 | Rule 401. The operative complaint does not contain any allegations regarding his 2024 detention. Rule 401. The operative complaint does not contain any allegations regarding his 2024 detention. | Same as above. |
| DX 10 | | Hernandez Incident Involvement 2024 | Incidents regarding a fight in 2024 and subsequent injuries is not relevant under Rule 401 and also Rule 403. | Same as above. |
| DX 11 | | Hernandez Grievances | This 26 page exhibit, with many different grievances, contains information that is not relevant. Additionally, this exhibit has grievances regarding 2024 and the operative complaint does not contain any claims regarding 2024. | Same as above. |
| DX 12 | | Hernandez Booking Card 2022 | | |

21

*Hernandez v Dart, 23-cv-16970*                                                                July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 13 | | Hernandez Booking Card 2024 | Rule 401. The operative complaint does not contain any allegations regarding his 2024 detention. Rule 401. The operative complaint does not contain any allegations regarding his 2024 detention. | Same as above. |
| DX 14 | | Hernandez Arrest Records | Plaintiffs' Motion in limine 3 and 4 | Same as above. |
| DX 15 | | Hernandez Conviction | Plaintiffs' Motion in limine 3 and 4. | Same as above. |
| DX 16 | 11/7/2024 | Hernandez Incident Report (DIV9-2024-25290) | Rule 401 and Rule 403. | Same as above. |
| DX 17 | 11/8/2024 | Hernandez Incident Report (DIV15-2024-25376) | Rule 401 and Rule 403. | Same as above. |
| DX 18 | | Mathis Bed Assignments 2022 | | |
| DX 19 | | Mathis Inmate Alerts 2022 | | |
| DX 20 | | Mathis Movement History 2022 | | |
| DX 21 | | Mathis Transportation Passes 2022 | | |
| DX 22 | | Mathis Incident Involvement 2022 | Rule 401 and Rule 403. | Same as above. |

*Hernandez v Dart, 23-cv-16970*                                    July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 23 | | Mathis Grievances | This 20 page document contains grievances unrelated to issues in the operative complaint. Defendants have moved to bar evidence of issue regarding conditions at the jail that are unrelated to the ramps. Dkt. 196, Defendants' Motion in Limine 16. | Same as above. |
| DX 24 | | Mathis Booking Card | I do not believe defendants have shared this exhibit. | Same as above. |
| DX 25 | | Mathis Arrest Records | Plaintiffs' Motion in limine 3 and 4. | Same as above. |
| DX 26 | | Mathis Conviction | Plaintiffs' Motion in limine 3 and 4. | Same as above. |
| DX 27 | 11/2/2020 | Policy 148 (Communication and Interaction with Individuals with Disabilities) | Rule 401 and Rule 403. | Same as above. |
| DX 28 | 12/31/2018 | Policy 704 (Prohibition Against Discrimination on the Basis of Disability Procedure) | Rule 401 and Rule 403 | Same as above. |
| DX 29 | 12/31/2018 | Policy 801 (Disabilities of Individuals Detained in the Department) | Rule 401 and Rule 403 | Same as above. |
| DX 30 | | ADA Training Slides | Rule 401 and Rule 403 | Same as above. |
| DX 31 | | Ramp Sign | Rule 401 and Rule 403. Also foundation. | Same as above. |

*Hernandez v Dart, 23-cv-16970*                                         July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 32 | | Cermak Ramp Blueprint | Rule 401 and Rule 403. Also foundation. | Same as above. |
| DX 33 | | Cermak Ramp Survey | Plaintiffs' Motion in limine 2. | Same as above. |
| | | | | |
| DX 50 | 2/2/2022 | Hernandez Intake Note | | |
| DX 51 | 2/9/2022 | Health Service Note | | |
| DX 52 | 2/16/2022 | Health Service Note | | |
| DX 53 | 2/20/2022 | Nursing Progress Note | | |
| DX 54 | 2/24/2022 | Health Service Note | | |
| DX 55 | 3/7/2022 | Outpt Medical Note | Request to redact information about prior incarceration in the IDOC, dating back to 2016. Rules 401 and 403. | Same as above. |
| DX 56 | 3/23/2022 | Health Service Note | | |
| DX 57 | 4/1/2022 | Health Service Note | | |
| DX 58 | 8/4/2022 | Medical Note | | |
| DX 59 | 8/18/2022 | Health Service Note | | |
| DX 60 | 8/20/2022 | Health Service Note | | |

*Hernandez v Dart, 23-cv-16970*                                                July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 61 | 8/21/2022 | MH Progress Note | Request to redact information regarding being in prison for 21 years.  Rule 401 and Rule 403. | Same as above. |
| DX 62 | 8/29/2022 | MH Progress Note | | |
| DX 163 | 8/30/2022 | Medical Note | | |
| DX 64 | 10/08/2022 | Health Service Note | | |
| DX 65 | 10/18/2022 | Health Service Note | Request to redact information regarding his prior incarceration in prison under Rule 401 and Rule 403. | Same as above. |
| DX 66 | 10/20/2022 | Outpt Medical Note | | |
| DX 67 | 10/23/2022 | Outpt Medical Note | | |
| DX 68 | 11/12/2022 | Health Service Note | | |
| DX 69 | 11/2022 | Nursing Progress Notes | | |
| DX 70 | 5/10/2023 | Nursing Progress Note | | |
| DX 71 | | Hernandez Health Service Requests | | |
| DX 72 | 4/7/2023 | Intake Note | | |
| DX 73 | 4/12/2023 | Medical Note | | |

*Hernandez v Dart, 23-cv-16970*                                                                July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 74 | 6/6/2023 | Outpt Note | | |
| DX 75 | 7/17/2023 | Outpt Note | | |
| DX 76 | 8/7/2023 | Endocrinology Outpt Note | | |
| DX 77 | 10/16/2023 | Outpt Note | | |
| DX 78 | 11/20/2023 | Outpt Note | | |
| DX 79 | 12/10/2023 | Nursing Progress Note | | |
| DX 80 | 12/10/2023 | Medical Note | | |
| DX 81 | 12/18/2023 | Health Service Note | | |
| DX 82 | 12/29/2023 | Endocrinology Outpt Note | | |
| DX 83 | 1/10/2024 | Outpt Note | | |
| DX 84 | 2/15/2024 | Health Service Note | | |
| DX 85 | 3/12/2024 | Outpt Note | | |
| DX 86 | 4/26/2024 | Outpt Note | | |
| DX 87 | 6/4/2024 | Outpt Note | | |
| DX 88 | n/a | Diagnostic Radiology | | |

*Hernandez v Dart, 23-cv-16970*                                                    July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 89 | n/a | Nursing Progress Notes | | |
| | | | | |
| DX 100 | 11/20/2023 | 100_CCB-CAM_0.069_Corridor_B 103-2023-11-20 | Defendants identified these videos after 9:00 am on the day the pretrial order is due. Plaintiffs' counsel did not have adequate time to review these potential exhibits or to identify if these have been disclosed by defendants in discovery in this case. *See* Plaintiffs' motion in limine 6. | Same as above. |
| DX 101 | 11/20/2023 | 101_CCB-CAM_0.070_Corridor_B 132-2023-11-20 | Same as above | Same as above. |
| DX 102 | 12/10/2023 | 102_DIV_6-CAM_0.050_Post_2_Tunnel_Gate-2023-12-10 | Same as above | Same as above. |
| DX 103 | 11/17/2023 | 103_RCDC-CAM_0.033_B_E-TNL_S_N-2023-11-17.mp4 | Same as above | Same as above. |
| DX 104 | 12/27/2023 | 104_RCDC-CAM_0.033_B_E-TNL_S_N-2023-12-27.mp4 | Same as above | Same as above. |
| DX 105 | 1/14/2024 | 105_RCDC-CAM_0.033_B_E-TNL_S_N-2024-01.mp4 | Same as above | Same as above. |

27

*Hernandez v Dart, 23-cv-16970*                                                July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 106 | 1/14/2024 | 106_RCDC-CAM_0.033_B_E-TNL_S_N-2024-01.mp4 | Same as above | Same as above. |
| DX 107 | 11/17/2023 | 107_RCDC-CAM 0.035 B E-TNL E E 2023-11-17.mp4 | Same as above | Same as above. |
| DX 108 | 12/6/2023 | 108_RCDC-CAM_0.035_B_E-TNL_E_E_-2023-12-06.mp4 | Same as above | Same as above. |
| DX 109 | 12/10/2023 | 109_RCDC-CAM_0.035_B_E-TNL_E_E_-2023-12-10.mp4 | Same as above | Same as above. |
| DX 110 | 12/27/2023 | 110_RCDC-CAM_0.035_B_E-TNL_E_E_-2023-12-27.mp4 | Same as above | Same as above. |
| DX 111 | 1/14/2024 | 111_RCDC-CAM_0.035_B_E-TNL_E_E_-2024-01-14.mp4 | Same as above | Same as above. |
| DX 112 | 1/14/2024 | 112_RCDC-CAM 0.35 B E-TNL E E 2024-01-14.mp4 | Same as above | Same as above. |
| DX 113 | 12/10/2023 | 113_RCDC-CAM_0.036_B_E-TNL_E_W_-2023-12-10.mp4 | Same as above | Same as above. |

28

*Hernandez v Dart, 23-cv-16970*                                                July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 114 | 12/27/2023 | 114_RCDC-CAM_0.036_B_E-TNL_E_W_-2023-12-27.mp4 | Same as above | Same as above. |
| DX 115 | 1/14/2024 | 115_RCDC-CAM_0.036_B_E-TNL_E_W_-2024-01-14.mp4 | Same as above | Same as above. |
| DX 116 | 1/14/2024 | 116_RCDC-CAM_0.036_B_E-TNL_E_W_-2024-01-14.mp4 | Same as above | Same as above. |
| DX 117 | 1/14/2024 | 117_RCDC-CAM_0.036_B_E-TNL_E_W_-2024-01-14.mp4 | Same as above | Same as above. |
| DX 118 | 2/22/2022 | 118_Tunnel-CAM_0.100_CMK-2022-02-22.mp4 | Same as above | Same as above. |
| DX 119 | 11/17/2023 | 119_Tunnel-CAM_0.100_CMK-2023-11-17.mp4" | Same as above | Same as above. |
| DX 120 | 12/10/2023 | 120_Tunnel-CAM_0.100_CMK-2023-12-10.mp4" | Same as above | Same as above. |
| DX 121 | 12/10/2023 | 121_Tunnel-CAM_0.100_CMK-2023-12-10.mp4" | Same as above | Same as above. |
| DX 122 | 12/10/2023 | 122_Tunnel-CAM_0.100_CMK-2023-12-10.mp4" | Same as above | Same as above. |

*Hernandez v Dart, 23-cv-16970*                                                                July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 123 | 12/27/2023 | 123_Tunnel-CAM_0.100_CMK-2023-12-27.mp4" | Same as above | Same as above. |
| DX 124 | 1/14/2024 | 124_Tunnel-CAM_0.100_CMK-2024-01-14.mp4" | Same as above | Same as above. |
| DX 125 | 1/14/2024 | 125_Tunnel-CAM_0.100_CMK-2024-01-14.mp4" | Same as above | Same as above. |
| DX 126 | 2/22/2023 | 126_Tunnel-CAM_0.101_CMK-2022-02-22.mp4" | Same as above | Same as above. |
| DX 127 | 11/17/2023 | 127_Tunnel-CAM_0.101_CMK-2023-11-17.mp4" | Same as above | Same as above. |
| DX 128 | 12/6/2023 | 128_Tunnel-CAM_0.101_CMK-2023-12-06.mp4" | Same as above | Same as above. |
| DX 129 | 12/10/2023 | 129_Tunnel-CAM_0.101_CMK-2023-12-10.mp4" | Same as above | Same as above. |
| DX 130 | 12/27/2023 | 130_Tunnel-CAM_0.101_CMK-2023-12-27.mp4" | Same as above | Same as above. |
| DX 131 | 1/14/2024 | 131_Tunnel-CAM_0.101_CMK-2024-01-14.mp4" | Same as above | Same as above. |
| DX 132 | 1/14/2024 | 132_Tunnel-CAM_0.101_CMK-2024-01-14.mp4" | Same as above | Same as above. |

*Hernandez v Dart, 23-cv-16970*                                              July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 133 | 1/14/2024 | 133_Tunnel-CAM_0.101_CMK-2024-01-14.mp4" | Same as above | Same as above. |
| DX 134 | 1/26/2024 | 134_Tunnel-CAM_0.101_CMK-2024-01-26.mp4" | Same as above | Same as above. |
| DX 135 | 2/22/2022 | 135_Tunnel-CAM_0.102_CMK_to_Div_5_RTU_West-2022-02.mp4" | Same as above | Same as above. |
| DX 136 | 11/17/2023 | 136_Tunnel-CAM_0.102_CMK_to_Div_5_RTU_West-2023-11-17.mp4" | Same as above | Same as above. |
| DX 137 | 12/27/2023 | 137_Tunnel-CAM_0.102_CMK_to_Div_5_RTU_West-2023-12-27.mp4" | Same as above | Same as above. |
| DX 138 | 1/14/2024 | 138_Tunnel-CAM_0.102_CMK_to_Div_5_RTU_West-2024-01-14.mp4" | Same as above | Same as above. |
| DX 139 | 1/14/2024 | 139_Tunnel-CAM_0.102_CMK_to_Div_5_RTU_West-2024-01-14.mp4" | Same as above | Same as above. |
| DX 140 | 11/17/2023 | 140_Tunnel-CAM_0.103_CMK_to_Div_5_RTU_East-2023-11-17.mp4" | Same as above | Same as above. |

*Hernandez v Dart, 23-cv-16970*                                         July 28, 2026

| No. | Date | Description | Objection | Response |
|---|---|---|---|---|
| DX 141 | 12/27/2023 | 141_Tunnel-CAM_0.103_CMK_to_Div_5_RTU_East-2023-12-27.mp4" | Same as above | Same as above. |
| DX 142 | 1/14/2024 | 142_Tunnel-CAM_0.106_CMK_to_3_17_Tunnel_South-2024-01-14.mp4" | Same as above | Same as above. |
| DX 143 | 11/20/2023 | 143_Tunnel-CAM_0.108_CMK_to_RTU_West-2023-11-20.mp4" | Same as above | Same as above. |
| DX 144 | 12/6/2023 | 144_Tunnel-CAM_0.108_CMK_to_RTU_West-2023-12-06.mp4" | Same as above | Same as above. |
| DX 145 | 12/10/2023 | 145_Tunnel-CAM_0.108_CMK_to_RTU_West-2023-12-10.mp4" | Same as above | Same as above. |
| DX 146 | 12/18/2023 | 146_Tunnel-CAM_0.108_CMK_to_RTU_West-2023-12-18.mp4" | Same as above | Same as above. |
| DX 147 | 12/10/2023 | 147_Tunnel-CAM_0.109_3_17_Tunnel_to_Div_10_South-2023-12-10.mp4" | Same as above | Same as above. |

32

*Hernandez v Dart, 23-cv-16970*                                              July 28, 2026

| No. | Date | Description | Objection | Response |
|-----|------|-------------|-----------|----------|
| DX 148 | 12/10/2023 | 148_Tunnel-CAM_0.111_3_17_Tunnel_to_CMK_RTU_South-2023-12-10.mp4" | Same as above | Same as above. |
| DX 149 | 12/10/2023 | 149_Tunnel-CAM_0.113_3_17_Tunnel_to_CMK_RTU_North-2023-12-10.mp4" | Same as above | Same as above. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |