

Case: 1:23-cv-16970 Document #: 206-2 Filed: 07/28/26 Page 1 of 4 PageID #:3481

## Cook County - Reactive Work Order

| Property: | Cermak Health<br>2800 S California Ave<br>Chicago, IL | WO ID:<br>Ref WO:<br>Date: | 860538<br><br>7/5/2022 |
|---|---|---|---|
| Space/Floor: | General | Status: | Closed |
| Requestor Info: | TIMOTHY TYRRELL<br><br>200 Department of Facilities Management<br>N/A | Type:<br>Subtype: | Ironworker<br>Other |
| Priority: | CPP | Est Hrs:<br>Act Hrs: | 72<br>117 |
| Assigned to: | ROBERT BLASE | Complete By:<br>SLA Completion: | 7/7/2022 9:03 AM CDT<br>7/7/2022 9:03 AM CDT |
| Entered by: | TIMOTHY TYRRELL | Billable Flag: | NO |
| Asset Room/Area: | | Asset # / Asset Name | NC-No Asset - NC-No Asset |
| Asset Description: | | | |

**Statement of Work:**

CIP PROJECT #23280 - 1/SHAREPOINT ID #322
Remove existing handrails in ramp leading from tunnel to Cermak and replace with ADA compliant handrails.

Closing Comments:
PHASE ONE COMPLETE. PHASE TWO TO BE COMPLETED IN 2023.

| Vandalism? Circle: | **Yes** or **No** |
|---|---|

**Request History:**

| | |
|---|---|
| 7/5/2022 9:03 AM | CIP PROJECT #23280 - 1/SHAREPOINT ID #322<br>Remove existing handrails in ramp leading from tunnel to Cermak<br>and replace with ADA compliant handrails. |
| 7/5/2022 12:32 PM | Work Order printed. |
| 7/19/2022 7:45 AM | Work Order printed. |
| 8/4/2022 2:22 PM | Work Order printed. |
| 8/5/2022 7:47 AM | Updated |
| 12/7/2022 6:34 AM | Work Order printed. |
| 1/3/2023 9:32 AM | PHASE ONE COMPLETE. PHASE TWO TO BE COMPLETED<br>IN 2023.<br><br>Request has been closed. |
| 5/4/2023 9:33 AM | Work Order printed. |

| Start Date/Time: | | Finish Date/Time: | |
|---|---|---|---|
| Comments: | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### LABOR COST SUMMARY

| EMPLOYEE | DESCRIPTION | ACCOUNT | HOURS | RATE/HR | COST |
|---|---|---|---|---|---|
| NORTON | 8/10/2022 8:00 AM to 9:00 AM<br>WO Labor - | | 1.00 | $53.32 | $53.32 |
| NORTON | 8/19/2022 9:00 AM to 2:00 PM<br>WO Labor - | | 5.00 | $56.82 | $284.10 |
| BLASE | 8/20/2022 7:00 AM to 3:00 PM<br>WO Labor - | | 8.00 | $113.64 | $909.12 |
| BOERS | 8/20/2022 7:00 AM to 3:00 PM<br>WO Labor - | | 8.00 | $106.64 | $853.12 |
| MERKLE | 8/20/2022 7:00 AM to 3:00 PM<br>WO Labor - | | 8.00 | $106.64 | $853.12 |

Walker v. Dart et al., 20-cv-261                                    CCSAO Walker 016185

Case: 1:20-cv-16970 Document #: 206-2 Filed: 07/28/26 Page 2 of 4 PageID #:3482

| NORTON | 8/20/2022 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
|---|---|---|---|---|
| | WO Labor - | | | |
| VEVERKA JR | 8/20/2022 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| | WO Labor - | | | |
| NORTON | 12/7/2022 7:00 AM to 9:00 AM | 2.00 | $56.82 | $113.64 |
| | WO Labor - | | | |
| BIEDRON | 12/7/2022 7:00 AM to 9:00 AM | 2.00 | $53.32 | $106.64 |
| | WO Labor - | | | |
| BOERS | 12/7/2022 7:00 AM to 9:00 AM | 2.00 | $53.32 | $106.64 |
| | WO Labor - | | | |
| BIEDRON | 12/15/2022 12:30 PM to 3:00 PM | 2.50 | $53.32 | $133.30 |
| | WO Labor - | | | |
| NORTON | 12/15/2022 12:30 PM to 3:00 PM | 2.50 | $53.32 | $133.30 |
| | WO Labor - | | | |
| BLASE | 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $56.82 | $454.56 |
| | WO Labor - | | | |
| BIEDRON | 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| | WO Labor - | | | |
| BOERS | 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| | WO Labor - | | | |
| JOHNSON | 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| | WO Labor - | | | |
| MERKLE | 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| | WO Labor - | | | |
| SCHUCH | 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| | WO Labor - | | | |
| VEVERKA JR | 1/16/2023 7:00 AM to 3:00 PM | 8.00 | $106.64 | $853.12 |
| | WO Labor - | | | |
| MERKLE | 8/5/2022 7:00 AM to 9:00 AM | 2.00 | $53.32 | $106.64 |
| | WO Labor - Moved material to storage | | | |
| VEVERKA JR | 8/5/2022 7:00 AM to 9:00 AM | 2.00 | $53.32 | $106.64 |
| | WO Labor - Pick materials and place in storage | | | |

TOTALS SUMMARY

| | | |
|---|---|---|
| Total Labor: | $11,039.10 |
| Total Materials: | $0.00 |
| Total Other Costs: | $0.00 |
| Total Amount Due: | $11,039.10 |

**REQUEST ID:** 860538

Approved By:_____        Date:_____        Signature: _____

Billable: ____        Non-Billable: ____        TI: ____

Walker v. Dart et al., 20-cv-261        CCSAO Walker 016186

# GRAINGER

**INVOICE**

2356 S. ASHLAND AVE.
CHICAGO, IL 60608-5304
www.grainger.com

| | |
|---|---|
| GRAINGER ACCOUNT NUMBER | 840455604 |
| INVOICE NUMBER | 9431185082 |
| INVOICE DATE | 08/31/2022 |
| DUE DATE | 10/30/2022 |
| AMOUNT DUE | $2,800.00 |

SHIP TO
ATTN: DANUTA RUSIN
DEPT. OF FACILITIES/MGMT
Dock
2650 S California Ave
Chicago IL 60608-5146

| | |
|---|---|
| PO NUMBER: | 70000235124 |
| PROJECT/JOB: | 1200 DEPT OF FM CRIM |
| CALLER: | DANUTA.RUSIN2@COOKCOUNT |
| CUSTOMER PHONE: | 3124334550 |
| ORDER NUMBER: | 1453910685 |
| INCO TERMS: | FOB ORIGIN |

BILL TO
DEPT OF FACILITIES MANAGEMENT
ATTN: KATHY BOTICA
118 N CLARK ST. STE 900
CHICAGO IL 60602-1370

Pay invoices online at:
*www.grainger.com/invoicing*
Sign up for paperless invoicing at:
*www.grainger.com/paperlessinvoicing*

***THANK YOU!*** FEI NUMBER 36-1150280
FOR QUESTIONS ABOUT THIS INVOICE OR ACCOUNT CALL *1-800-472-4643*

| PO LINE # | ITEM # | DESCRIPTION | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | 48169758 | SQ205138490200010 1000BH HANDRAIL 4 5/16 Customer UOM:EA TK70828044T 1000BH HANDR MANUFACTURER # 1000BH | 8 | 325.00 | 2,600.00 |
| 2 | 48169759 | SQ205138490200020 1002BH LEFT RETURN LIG Customer UOM:EA TK70828045T 1002BH LEFT MANUFACTURER # 1002BH | 2 | 50.00 | 100.00 |
| 3 | 48169760 | SQ205138490200030 1003BH RIGHT RETURN LI Customer UOM:EA TK70828046T 1003BH RIGHT MANUFACTURER # 1003BH | 2 | 50.00 | 100.00 |

*THIS PURCHASE IS GOVERNED EXCLUSIVELY BY GRAINGER'S TERMS OF SALE, INCLUDING: (I) DISPUTE RESOLUTION REMEDIES, AND (II) CERTAIN WARRANTY AND DAMAGES LIMITATIONS AND DISCLAIMERS IN EFFECT AT THE TIME OF THE ORDER, WHICH ARE INCORPORATED BY REFERENCE HEREIN. GRAINGER'S TERMS OF SALE ARE AVAILABLE AT WWW.GRAINGER.COM PRODUCT RETURN INSTRUCTIONS ARE AVAILABLE AT WWW.GRAINGER.COM/RETURNS*

INVOICE SUB TOTAL     2,800.00

These items are sold for domestic consumption. If exported, purchaser assumes full responsibility for compliance with US export controls. Diversion contrary to US law prohibited.
**Reprint**

PAY THIS INVOICE - PAYMENT TERMS Net 60 days after inv IN U.S. DOLLARS.

***AMOUNT DUE***     **$2,800.00**

▲     **PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT**     ▲

BILL TO:

DEPT OF FACILITIES MANAGEMENT
ATTN: KATHY BOTICA
118 N CLARK ST. STE 900
CHICAGO IL 60602-1370
UNITED STATES OF AMERICA

REMIT TO:
GRAINGER
DEPT. 819316035
PALATINE, IL 60038-0001

8193160359431185082100028000010000000100000001000000022103021

| X | ACCOUNT NUMBER | DATE | INVOICE NUMBER | AMOUNT DUE |
|---|---|---|---|---|
| | 840455604 | 08/31/2022 | 9431185082 | **$2,800.00** |

FOR COMMENTS OR CHANGE OF ADDRESS, ENTER INFORMATION ON REVERSE SIDE

Exhibit 2 Page 3

Walker v. Dart et al., 20-cv-261          CCSAO Walker 016187

# GRAINGER®

**INVOICE**

2356 S. ASHLAND AVE.
CHICAGO, IL 60608-5304
www.grainger.com

| | |
|---|---|
| GRAINGER ACCOUNT NUMBER | 840455604 |
| INVOICE NUMBER | 9538092264 |
| INVOICE DATE | 12/08/2022 |
| DUE DATE | 02/06/2023 |
| AMOUNT DUE | $2,615.29 |

SHIP TO
ATTN: DANUTA RUSIN
DEPT. OF FACILITIES/MGMT
Dock
2650 S California Ave
Chicago IL 60608-5146

| | |
|---|---|
| PO NUMBER: | 70000245679 |
| PROJECT/JOB: | 1200 DEPT OF FM CRIM |
| CALLER: | DANUTA.RUSIN2@COOKCOUNT |
| CUSTOMER PHONE: | 3124334550 |
| ORDER NUMBER: | 1462900289 |
| INCO TERMS: | FOB ORIGIN |

BILL TO
DEPT OF FACILITIES MANAGEMENT
ATTN: KATHY BOTICA
118 N CLARK ST STE 900
CHICAGO IL 60602-1370

Pay invoices online at:
*www.grainger.com/invoicing*
Sign up for paperless invoicing at:
*www.grainger.com/paperlessinvoicing*

***THANK YOU!*** FEI NUMBER 36-1150280

FOR QUESTIONS ABOUT THIS INVOICE OR ACCOUNT CALL *1-800-472-4643*

| PO LINE # | ITEM # | DESCRIPTION | QUANTITY | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | 48264684 | SQ205192285000010 4 SPLICE ASSEMBLY<br>Customer UOM:EA TK75051391T 4 SPLICE ASS<br>MANUFACTURER # 804 | 6 | 7.25 | 43.50 |
| 2 | 48264685 | SQ205192285000020 1000BH HANDRAIL 4 5/16<br>Customer UOM:EA TK75051392T 1000BH HANDR<br>MANUFACTURER # 1000BH | 7 | 312.86 | 2,190.02 |
| 3 | 48264686 | SQ205192285000030 1002BH LEFT RETURN LIG<br>Customer UOM:EA TK75051393T 1002BH LEFT<br>MANUFACTURER # 1002BH | 5 | 16.58 | 82.90 |
| 4 | 48264687 | SQ205192285000040 1003BH RIGHT RETURN LI<br>Customer UOM:EA TK75051394T 1003BH RIGHT<br>MANUFACTURER # 1003BH | 5 | 15.47 | 77.35 |
| 5 | 48264688 | SQ205192285000050 HANDRAIL MOUNTING BRAC<br>Customer UOM:EA TK75051395T HANDRAIL MOU<br>MANUFACTURER # 1001 | 39 | 5.68 | 221.52 |

| | |
|---|---|
| INVOICE SUB TOTAL | 2,615.29 |

*THIS PURCHASE IS GOVERNED EXCLUSIVELY BY GRAINGER'S TERMS OF SALE, INCLUDING: (I) DISPUTE RESOLUTION REMEDIES, AND (II) CERTAIN WARRANTY AND DAMAGES LIMITATIONS AND DISCLAIMERS IN EFFECT AT THE TIME OF THE ORDER, WHICH ARE INCORPORATED BY REFERENCE HEREIN. GRAINGER'S TERMS OF SALE ARE AVAILABLE AT WWW.GRAINGER.COM PRODUCT RETURN INSTRUCTIONS ARE AVAILABLE AT WWW.GRAINGER.COM/RETURNS*

These items are sold for domestic consumption. If exported, purchaser assumes full responsibility for compliance with US export controls. Diversion contrary to US law prohibited.
**Reprint**

| PAY THIS INVOICE - PAYMENT TERMS Net 60 days after inv IN U.S. DOLLARS. | *AMOUNT DUE* | **$2,615.29** |
|---|---|---|

▲ **PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT** ▲

BILL TO:

DEPT OF FACILITIES MANAGEMENT
ATTN: KATHY BOTICA
118 N CLARK ST STE 900
CHICAGO IL 60602-1370
UNITED STATES OF AMERICA

REMIT TO:
GRAINGER
DEPT. 819316035
PALATINE, IL 60038-0001

819316035953809226410002615291000000001000000001000000023020654

| X | ACCOUNT NUMBER | DATE | INVOICE NUMBER | **AMOUNT DUE** |
|---|---|---|---|---|
| | 840455604 | 12/08/2022 | 9538092264 | **$2,615.29** |

FOR COMMENTS OR CHANGE OF ADDRESS, ENTER INFORMATION ON REVERSE SIDE

Exhibit 2 Page 4

Walker v. Dart et al., 20-cv-261

CCSAO Walker 016188