## Patrick Morrissey

| | |
|---|---|
| **From:** | Jordan Yurchich <Jordan.Yurchich@cookcountysao.org> |
| **Sent:** | Tuesday, July 28, 2026 1:15 PM |
| **To:** | Thomas Morrissey; Patrick Morrissey |
| **Cc:** | Samuel D. Branum; Maceo Dillard III |
| **Subject:** | Witnesses List PTO - Hernandez, 23 C 16970 |

Counsel,

We plan to update the witness list with these treaters, fyi. I believe some of them are already included on the draft we sent.

> Barbara Davis PA-C
> Salvador Martinez PA-C
> Rosetta Hunter RN
> Diane Hsu MD
> Brittany Wilkins PA-C
> Daniel Daczrowski PA-C
> Patrick Ennis MD
> Glen Trammel PA-C



**Jordan Yurchich**
ASA - Civil Rights/Torts Litigation
Cook County State's Attorney's Office
p: 312.603.1902 | m: 414.881.1123

This communication is private and confidential and may be subject to attorney-client and/or work product privileges.  If you have received this message in error, please notify the sender and remove it from your system.

1

Exhibit 5 Page 1