IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) ) ) | |
| *Plaintiffs,* | ) ) ) | 23-cv-16970 |
| -*vs*- | ) ) | Honorable Sunil R. Harjani |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) | |
| *Defendants.* | ) ) ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Plaintiff William Mathis, by counsel, moves the Court for issuance of a writ of habeas corpus ad testificandum.

Grounds for this motion are as follows:

1.  A jury trial is set for August 17, 2026, at 8:30 a.m. Dkt. 181, Minute entry.

2.  Plaintiff William Mathis is presently incarcerated at Robinson Correctional Center under booking number M37290. The IDOC webpage indicates that Plaintiff Mathis is projected to be released from confinement on August 14, 2026. Exhibit 1, IDOC Webpage. If Plaintiff Mathis is released from confinement and placed on parole, the IDOC may restrict his movement immediately following release for a period of time.

3. Plaintiff's counsel has requested information from the Robinson Correctional Center to confirm that Mr. Mathis will be released on August 14, 2026, and, if so, whether the Illinois Department of Corrections will impose restrictions on his movement while on parole. The information from the Robinson Correctional Center has been unclear.

4. Plaintiff, therefore, requests that the Court direct issuance of writ of habeas corpus ad testificandum to secure the presence of plaintiff at trial in the event he remains confined at the Robinson Correctional Center after his projected parole date of August 14, 2026, or is subject to restricted movement while on parole.

5. Attached to this motion is a proposed order and form of writ.

6. Counsel for plaintiff shared this draft motion and proposed order with counsel for defendants. Defendants do not oppose this motion.

It is therefore respectfully requested that the Court issue writ of habeas corpus ad testificandum.

<div style="margin-left:50%">

Respectfully submitted,

/s/  Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773)233-7901
pwm@morrisseylawchicago.com

*an attorney for plaintiff*

</div>

-2-