IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) ) ) | |
| *Plaintiffs,* | ) ) ) | |
| *-vs-* | ) ) | No. 23-cv-16970 |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) | Honorable Sunil R. Harjani |
| *Defendants.* | ) ) | |

**ORDER DIRECTING ISSUANCE OF A WRIT
OF HABEAS CORPUS AD TESTIFICANDUM**

The Court, having considered Plaintiff William Mathis's motion for issuance of a writ of habeas corpus ad testificandum, ECF No. ____, directs the Clerk to issue a writ of habeas corpus ad testificandum for Plaintiff Mathis to appear before the Honorable Sunil R. Harjani, United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1925 beginning at 8:30 a.m. on August 17, 2026, and each day thereafter until further order from the Court.

Date: August ___, 2026

                                                    _____

                                                    SUNIL R. HARJANI
                                                    United States District Judge