IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) | |
| | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| -*vs*- | ) | No. 23-cv-16970 |
| | ) | |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) | Honorable Sunil R. Harjani |
| | ) | |
| *Defendants.* | ) | |

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:   Chad Jennings, Warden
Robinson Correctional Center
13423 East 1150th Avenue
Robinson, IL 62454

The Court has been advised that the person identified below is now confined under your custody at the Robinson Correctional Center and their presence in this Court on the dates set out below.

THEREFORE, the Court commands you to bring or cause to be brought Wiliam Mathis (booking number M37290) before the Honorable Sunil R. Harjani, United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1925 beginning at 8:30 a.m. on August 17, 2026, and each day thereafter until further order from the Court. If William Mathis is released from confinement by this date and placed on restricted movement, he shall be permitted to travel to and from the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1925, to arrive by 8:30 a.m. beginning on August 17, 2026, and each day thereafter until further order from the Court.

Dated: August ___, 2026

_____
Thomas G. Bruton
Clerk, United States District Court
Northern District of Illinois

by:   _____
Deputy Clerk