IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| -vs- | ) ) | No. 23-cv-16970 |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) | Honorable Sunil R. Harjani |
| *Defendants.* | ) | |

**ORDER**

Plaintiff's unopposed motion for writ of habeas corpus ad testificandum as to William Mathis returnable 8/17/2026 at 8:30 a.m. before Judge Harjani [207] is granted. Enter Order and Writ of Habeas Corpus Ad Prosequendum.

Date: July 31, 2026

_____
SUNIL R. HARJANI
United States District Judge