## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Cuauhtemoc Hernandez, et al.

Plaintiff,

v.                                                                  Case No.: 1:23–cv–16970
                                                                    Honorable Sunil R. Harjani

Thomas Dart, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 11, 2026:

     MINUTE entry before the Honorable Sunil R. Harjani: The Court has reviewed the proposed jury instructions and finds them unacceptable. The parties have included a host of unnecessary instructions, and the vast majority of substantive instructions are objected to. The parties are ordered to meet and confer by videoconference on 8/12/26 and revise their instructions. The parties shall propose a set of agreed instructions and then only a few that are disputed and that are submitted separately on the docket. These instructions should be filed on the docket by the morning of 8/13/26. Cooperation is important in the trial preparation process, and the issues in this case are simple and well–established in the case law. There should not be this many disputed instructions. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.