IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, et al., | ) | |
| | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | 23-cv-16970 |
| -*vs*- | ) | |
| | ) | Judge Harjani |
| Thomas Dart, Sheriff of Cook | ) | |
| County, and Cook County, Illinois, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO ADJUST THE TRIAL ORDER OF
WITNESSES BECAUSE PHYSICIAN ASSISTANT GLEN TRAMMELL, A WILL
CALL WITNESS, IS NOW UNAVAILABLE UNTIL WEDNESDAY**

Plaintiffs Hernandez and Mathis, by counsel, move the Court for leave to adjust the trial schedule order to allow plaintiffs to call PA Glen Trammell on Wednesday morning and immediately thereafter plaintiff Mathis.

Grounds for this motion are as follows:

1. During the pretrial preparation process, plaintiffs' counsel identified Physician Assistant Glen Trammell as a trial witness. Dkt. 205, Pretrial Order at 7. Prior to filing the pretrial order, counsel made several attempts to confer with defense counsel to secure the presence of PA Trammell at trial. Exhibit 1 at 2, P.Morrissey e-mail sent 7/20/2026 at 7:25 am; Exhibit 2 at 1, P.Morrissey e-mail sent 7/24/2026 at 4:27 pm.

2. On July 25, 2026, counsel for the defendants agreed to produce PA Trammell. Defense counsel, ASA Jordan Yurchich, represented that PA Trammell was unavailable for trial on August 18 and August 20. Exhibit 3, ASA Yurchich e-mail sent 7/25/2026.

-1-

3.  On July 28, 2026, the parties filed a pretrial order and plaintiffs indicated that PA Trammell will be called on August 17, the first day of trial. Dkt. 205, Pretrial Order at 7.

4.  Plaintiffs intend to call PA Trammell and then immediately call plaintiff Mathis. PA Trammell treated plaintiff Mathis several times at Cook County Jail and is aware of his complicated medical history which impacts his ability to walk.

5.  On Thursday, August 6th, ASA Yurchich sent an e-mail stating that plaintiffs now must confer with his colleague, ASA Emily Bammel, to coordinate PA Trammell's appearance as a trial witness. Exhibit 4 at 6, ASA Yurchich e-mail sent 8/6/2026.

6.   ASA Bammel then stated that PA Trammell is not available to appear at trial until August 19 because of an out-of-town trip. Exhibit 4 at 5, ASA Bammel e-mail sent 8/6/2026.

7.  On August 10, 2026, the undersigned had a phone conversation with ASA Bammel and asked for clarification why there were inconsistent statements regarding PA Trammell's availability along with a request to see if he could be available on either Monday, August 17 or Tuesday, August 18. *See* Exhibit 4 at 2-4, P.Morrissey e-mail sent 8/10/2026 at 9:58 am (memorializing the phone conferral). Following this phone conferral, ASA Bammel sent a follow-up e-mail that PA Trammell will not appear at trial until August 19 because he "cannot change his travel plans." Exhibit 4 at 1, ASA Bammel e-mail sent 8/10/2026 at 11:03 am.

8.  There is a likelihood that plaintiffs will complete their case in chief by Tuesday afternoon, with the exception of PA Trammell and plaintiff Mathis, due to the limited number of witnesses and an intent to streamline the presentation of the evidence.

9. Given this last-minute issue, plaintiffs' counsel then left a voicemail with Mr. Samuel Branum, the lead attorney for defendants on August 10 and August 11, seeking agreement to ask this Court's permission to take PA Trammell and plaintiff Mathis out of order.

10. In response to voice mail messages, Mr. Branum wrote, "Given the number of witnesses, the time it will take for direct and cross on each witness, breaks, lunches, we do not foresee any issue with you calling PA Trammell Wednesday morning." Exhibit 5 at 2, S.Branum e-mail sent 8/11/2026.

11. The parties then had a telephone call on August 11th at 5:00 pm where defense counsel again stated it was unlikely for plaintiffs to be finished with their case in chief (with the exception of PA Trammell and plaintiff Mathis) at around 1:00 pm on Tuesday. Defense counsel also suggested it would not be fair to have them begin their case in chief out of order and suggested that the Court may excuse the jury in the early afternoon on Tuesday in the event plaintiffs' presentation of evidence goes as planned. *See* Exhibit 5 at 1, P.Morrissey e-mail sent 8/11/2026 (memorializing phone conferral).

12. To minimize any wasted time and to streamline the presentation of the evidence, plaintiffs request the Court's permission to call PA Trammell on Wednesday and plaintiff Mathis immediately thereafter. As a result, it may be necessary for defendants to be prepared to present their case in chief out of order on Tuesday afternoon.

-4-

It is therefore respectfully requested that the Court grant plaintiffs leave to call PA

Trammell on Wednesday and plaintiff Mathis immediately thereafter.

Respectfully submitted,

/s/   Patrick Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL. 60643
(773) 233-7901
pwm@morrisseylawchicago.com

*Attorney for the plaintiff class*