## Patrick Morrissey

| | |
|---|---|
| **From:** | Patrick Morrissey |
| **Sent:** | Monday, July 20, 2026 8:35 PM |
| **To:** | 'Samuel D. Branum'; Thomas Morrissey; Mike Uher |
| **Cc:** | Jordan Yurchich (States Attoney); Maceo Dillard (States Attorney) |
| **Subject:** | RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Supplemental Production |

Mr. Branum,

What time do you expect to be able to call me? I will be traveling between prisons following the Clay court hearing but will work with your side to find a mutually agreeable time to have a call about Hernandez.

Thank you,

Pat Morrissey

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Monday, July 20, 2026 5:34 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Supplemental Production

We have an internal meeting scheduled for tomorrow afternoon to go over the materials. We will call you after that.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Monday, July 20, 2026 12:53 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Supplemental Production

Mr. Branum,

Can we speak tomorrow following the phone hearing in Clay at 1:30 pm? I am not available on Wednesday because we have depositions downstate at a prison.

Pat Morrissey

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Monday, July 20, 2026 11:55 AM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Supplemental Production

Exhibit 1 Page 1

We are reviewing the materials and requests you sent. We are available Wednesday afternoon to confer.

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Monday, July 20, 2026 7:56 AM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>; Mike Uher <Muher@morrisseylawchicago.com>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Supplemental Production

Counsel,

To follow up on my prior e-mails, will you also make sure each plaintiff's grievances and grievances marked non-compliant are also supplemented?

Thank you,

Pat Morrissey

---

**From:** Patrick Morrissey
**Sent:** Monday, July 20, 2026 7:25 AM
**To:** 'Samuel D. Branum' <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** 'Jordan Yurchich (States Attoney)' <Jordan.Yurchich@cookcountysao.org>; 'Maceo Dillard (States Attorney)' <maceo.dillard@cookcountysao.org>; Mike Uher <Muher@morrisseylawchicago.com>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Supplemental Production

Counsel,

I write to follow up on my prior request for a phone conferral today to discuss the trial.  Is anyone available today?

Also, will the material identified in my 7/16 e-mail be supplemented by the defendants?  If so, will it be produced to my office this week?

The following witnesses are identified on the draft pretrial order to be called by plaintiffs.  Is each person under the control of the defendants and going to be produced for trial? If not, please provide the last known address, telephone, and email for each witness and my office will facilitate service of a trial subpoena:

- PA Trammel;
- CRW Beyunka Davis- Hubbs;
- Lonnie Hollis;
- TJ Tyrrell; and
- Eric Davis.

Thank you,

Pat

---

**From:** Patrick Morrissey
**Sent:** Thursday, July 16, 2026 9:47 PM
**To:** 'Samuel D. Branum' <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney)

Exhibit 1 Page 2

<maceo.dillard@cookcountysao.org>; Mike Uher <Muher@morrisseylawchicago.com>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Supplemental Production

Mr. Branum,

It has come to my attention that your client has not supplemented many categories of documents in this case.  For example, I do not believe the Sheriff supplemented the production of Mathis specific documents such as:

1. Bed Assignments, PX 90
2. Medical Alerts, PX 91
3. Movement, PX 92
4. Transportation Pass, PX. 93.  (this record shows the last Endocrine Appt was on 3/22/2024 and we know, based on the medical records and his testimony) that he should have returned many more times until his transportation to the IDOC on 8/29/2024.

It appears that the last time your client supplemented this material was around April 9, 2024. *See* PX 92.  Will you please ask your client to  supplement this information immediately?   He remained at the CCDOC until approximately August 29, 2024.

Similarly, Cook County has not supplemented the Stroger and Cermak records. I believe that the last records were from about May or June 2024.  He remained at CCJ until the end of August 29, 2024.

Can you please ask your client to supplement this information immediately?

Also, can you please make sure all the material for Mr. Hernandez is also supplemented that is in possession of your clients, i.e., the Sheriff's records and the Cook County medical records.

Finally, can you please confirm PA Glen Trammel is currently employed by Cook County and is under your control to bring him to trial?  If he is not, please tell me his address so we can serve him a subpoena.

Thank you,

Pat Morrissey

---

**From:** Samuel D. Branum < >
**Sent:** Wednesday, July 15, 2026 3:44 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** Hernandez et al. v. Dart et al., 23-cv-16970 - Supplemental Production

Counsel,

Please see attached.

Thank you,
Sam

Samuel D. Branum, Attorney at Law

Exhibit 1 Page 3



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-0272**
branums@jbltd.com | www.johnsonandbell.com

_____

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.

Exhibit 1 Page 4