## Patrick Morrissey

| | |
|---|---|
| **From:** | Patrick Morrissey |
| **Sent:** | Friday, July 24, 2026 4:27 PM |
| **To:** | 'Samuel D. Branum'; Thomas Morrissey; Mike Uher |
| **Cc:** | Jordan Yurchich (States Attoney); Maceo Dillard (States Attorney) |
| **Subject:** | RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Draft Pretrial Order |

Mr. Branum,

When will you turn over the other portions of the pretrial order?  Can you also turn over a document listing the exhibits and an electronic copy of defendants' proposed exhibits?

We also spoke on 7/21 in the afternoon and we requested cooperation to facilitate the employees of the Sheriff/County to appear at trial.  For example, Mr. Hollis, CRW Hubbs, and PA Trammel. Have you confirmed each will be available to testify? If not, we will attempt to have a process server serve each of these people.  Please let us know today.

Also, you mentioned on Tuesday that Mr. Darr is represented by a lawyer. Will you please tell us the name of this attorney so we can ensure his presence at trial?

Pat Morrissey

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Friday, July 24, 2026 3:27 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Draft Pretrial Order

Attached are Defendants' edits to the pretrial order. We are still reviewing the records and may add additional witnesses.

Here's a list of exhibits we've compiled so far. We are still going through the records and will add the exhibits to the exhibit list to circulate.

1. Hernandez Bed Assignments 2022
2. Hernandez Inmate Alerts 2022
3. Hernandez Movement History 2022
4. Hernandez Transportation Passes 2022
5. Hernandez Incident Involvement 2022
6. Hernandez Bed Assignments 2024
7. Hernandez Inmate Alerts 2024
8. Hernandez Movement History 2024
9. Hernandez Transportation Passes 2024
10. Hernandez Incident Involvement 2024
11. Hernandez Grievances
12. Hernandez Booking Card 2022
13. Hernandez Booking Card 2024

Exhibit 2 Page 1

14. Hernandez Arrest Records
15. Hernandez Conviction
16. Hernandez Incident Report (DIV9-2024-25290)
17. Hernandez Incident Report (DIV15-2024-25376)
18. Mathis Bed Assignments 2022
19. Mathis Inmate Alerts 2022
20. Mathis Movement History 2022
21. Mathis Transportation Passes 2022
22. Mathis Incident Involvement 2022
23. Mathis Grievances
24. Mathis Booking Card
25. Mathis Arrest Records
26. Mathis Conviction
27. Policy 148 (Communication and Interaction with Individuals with Disabilities
28. Policy 704 (Prohibition Against Discrimination on the Basis of Disability Procedure
29. Policy 801 (Disabilities of Individuals Detained in the Department
30. ADA Training Slides
31. Ramp Sign
32. Cermak Ramp Blueprint
33. Cermak Ramp Survey
34. Hernandez Medical Records
35. Mathis Medical Records
36. Video of Ramps

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Thursday, July 16, 2026 4:58 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>; Mike Uher <Muher@morrisseylawchicago.com>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Draft Pretrial Order

Counsel,

Draft pretrial order information is attached.  Proposed exhibits are here: 🗔 Plaintiffs Trial Exhibits

Can we schedule a call on Monday at a mutually agreeable time for everyone to discuss the trail and pretrial order?

Pat Morrissey

---

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Wednesday, July 15, 2026 3:44 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** Hernandez et al. v. Dart et al., 23-cv-16970 - Supplemental Production

Counsel,

Please see attached.

Exhibit 2 Page 2

Thank you,
Sam

Samuel D. Branum, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-0272**
branums@jbltd.com | www.johnsonandbell.com

_____

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.

3

Exhibit 2 Page 3