## Patrick Morrissey

| | |
|---|---|
| **From:** | Jordan Yurchich <Jordan.Yurchich@cookcountysao.org> |
| **Sent:** | Saturday, July 25, 2026 1:00 PM |
| **To:** | Patrick Morrissey; Thomas Morrissey; Mike Uher |
| **Cc:** | Maceo Dillard III; Samuel D. Branum |
| **Subject:** | RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Draft Pretrial Order |

Counsel,

We will produce Trammel. Please note, however, he is not available 8/18 or 8/20.



**Jordan Yurchich**
ASA - Civil Rights/Torts Litigation
Cook County State's Attorney's Office
p: 312.603.1902 | m: 414.881.1123

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Friday, July 24, 2026 5:05 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard III <Maceo.Dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Draft Pretrial Order

### External Message Disclaimer

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Counsel,

Trial subpoenas that we are attempting service are attached for Mr. Darr, Ms. Stoner, and PA Trammell.

Pat Morrissey

---

**From:** Patrick Morrissey
**Sent:** Friday, July 24, 2026 4:27 PM
**To:** 'Samuel D. Branum' <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>

Exhibit 3 Page 1