## Patrick Morrissey

| | |
|---|---|
| **From:** | Emily Bammel <Emily.Bammel@cookcountysao.org> |
| **Sent:** | Monday, August 10, 2026 11:03 AM |
| **To:** | Patrick Morrissey; Thomas Morrissey |
| **Cc:** | Elpitha Lambros |
| **Subject:** | RE: PA Trammell - Hernandez, 23 C 16970 |

Hello again-

I have confirmed Trammell cannot change his travel plans. I will restate that he is available to testify on Wed. Aug. 19, which is availability consistent with the 4-day trial length included in the pretrial order.

Please send me any copies of your filed Motion and hearing information so I can be present on behalf of Trammell.

Thank you,
Emily



**Emily R. Bammel**

Assistant State's Attorney– Conflicts Counsel Unit

Cook County State's Attorney's Office

p: 312.603.1426 | e: Emily.Bammel@cookcountysao.org

CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments, copies thereof from your system. If you are not the intended recipient, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Office of the Cook County State's Attorney.

**From:** Emily Bammel
**Sent:** Monday, August 10, 2026 10:37 AM
**To:** 'Patrick Morrissey' <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Elpitha Lambros <Elpitha.Lambros@cookcountysao.org>
**Subject:** RE: PA Trammell - Hernandez, 23 C 16970

Good Morning-

Thank you for sending the additional records and communications for reference.

To be clear and correct any misunderstanding of your statement - I said on the phone to you this morning, as well as my initial follow up email on Fri. Aug. 7, that Trammell is <u>out of town</u> **through** <u>August 18</u>. I said I would inquire specifically if he could **change** his plans, and return early in order to testify on August 18. I **did not** say "I was unaware..." except in relation to _any possibility_ of a change in travel; which is why I asked to be afforded the opportunity to **inquire.**

1

Exhibit 4 Page 1

I am awaiting to see if Trammell's travel can be changed. I will let you know once I have a response.

Also, just a note: the information on the phone call and in your email below as to the position that the trial could be concluded by the end of Tues. August 18 is inconsistent with your pretrial order indicating a 4-day trial. In that case, Trammell's current availability on Wed. August 19 should be sufficient.

Again- I will be in touch RE the above inquiry.

Thank you,
Emily



**Emily R. Bammel**

Assistant State's Attorney– Conflicts Counsel Unit

Cook County State's Attorney's Office

p: 312.603.1426 | e: Emily.Bammel@cookcountysao.org

CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments, copies thereof from your system. If you are not the intended recipient, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Office of the Cook County State's Attorney.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Monday, August 10, 2026 9:58 AM
**To:** Emily Bammel <Emily.Bammel@cookcountysao.org>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Elpitha Lambros <Elpitha.Lambros@cookcountysao.org>
**Subject:** RE: PA Trammell - Hernandez, 23 C 16970

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Emily,

I write following our phone call this morning regarding the producing PA Trammell at trial. As I stated on the phone, we identified PA Trammell as a trial witness in draft pretrial order sent to defense counsel on 7/16. After we served a copy of this draft pretrial order to defense counsel, we continued to confer with the defense team regarding plaintiffs' proposed trial witnesses. For example, on 7/20, I sent an email to defendants seeking to know whether they represent PA Trammell and, if not, to produce a last known address for my office to facilitate service. The e-mail is below:

2

Exhibit 4 Page 2

**From:** Patrick Morrissey
**Sent:** Monday, July 20, 2026 7:25 AM
**To:** 'Samuel D. Branum' <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago
**Cc:** 'Jordan Yurchich (States Attoney)' <Jordan.Yurchich@cookcountysao.org>; 'Maceo Dillard (S
<maceo.dillard@cookcountysao.org>; Mike Uher <Muher@morrisseylawchicago.com>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Supplemental Production

Counsel,

I write to follow up on my prior request for a phone conferral today to discuss the trial. Is a

Also, will the material identified in my 7/16 e-mail be supplemented by the defendants? If

The following witnesses are identified on the draft pretrial order to be called by plaintiffs. Is e
going to be produced for trial? If not, please provide the last known address, telephone, and
service of a trial subpoena:

- PA Trammel;
- CRW Beyunka Davis- Hubbs;
- Lonnie Hollis;
- TJ Tyrrell; and
- Eric Davis.

Thank you,

Pat

After this e-mail was transmitted, I had a phone call with Mr. Branum, the lead attorney for defendants, on 7/21. During this call, he told me that his team was working to determine whether PA Trammell was still employed by Cook County and whether they would produce him at trial. I sent a follow up email to Mr. Branum on 7/24 specifically mentioning the 7/21 phone call and PA Trammell. This email is also attached.

My office then sent a courtesy copy of a trial subpoena on 7/24 to defense counsel for PA Trammell to testify in person on August 17 at 1:00 pm. This document is attached. After receipt of the trial subpoena ASA Yurchich sent an e-mail on 7/25 and said that "we will produce Trammell. Please note, however, he is not available 8/18 or 8/20."

A few days later, on July 28, the parties filed a joint pretrial order. This joint pretrial order identifies PA Trammell as a witness whom plaintiffs would call on the first day of trial. I have attached the pretrial order, as you requested during our phone call today.

Your email of Thursday, August 6, at 3:28 p.m., stating that PA Trammell is now unavailable on August 17, is inconsistent with ASA Yurchich's representation that defendants would produce him, as well as the multiple efforts by my office over the past several weeks to coordinate PA Trammell's appearance on August 17. You also advised us that you were unaware of PA Trammell's travel arrangements during the first several days of trial and whether he could return to Chicago in time to testify on August 18. As I explained on the phone, there is a possibility that plaintiffs will rest on Tuesday, August 18, making his availability that day particularly problematic.

Exhibit 4 Page 3

I also advised you that, given the inconsistent representations from the State's Attorney's Office and the need for PA Trammell to be produced early in the week, my office will file a motion seeking to compel his appearance at trial.

Pat Morrissey

**From:** Emily Bammel <Emily.Bammel@cookcountysao.org>
**Sent:** Friday, August 7, 2026 11:08 AM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Elpitha Lambros <Elpitha.Lambros@cookcountysao.org>
**Subject:** RE: PA Trammell - Hernandez, 23 C 16970

Hello again-

I reach out in follow up of our recent phone call, at approx. 3:58 PM yesterday [8/06] , where you indicated it was affirmed to you that witness PA Trammell would be presented "on August 17."

I asked you to send that correspondence and have not yet received it from you. Consequently, the email attached to your 3:28PM email from yesterday confirms the information I have obtained in the meantime, which indicates that you were advised preemptively, that Trammell <u>was not</u> available on 8/18 and 8/20. There was **<u>no</u>** assertion that he would be presented on the 17th. Again, if you have something that states otherwise, I look forward to reviewing it.

As stated on the phone and in my prior email, Trammell is <u>not available on August 17.</u> Additionally, by the time of Plaintiff's July 24 email of a subpoena for Trammel for the week of trial, he was already scheduled to be out of town and unavailable through August 18.  I am re-iterating that he **is available on Aug. 19th. He can also be available on Friday Aug. 21st.**

Also as stated on the phone yesterday, most of today  I am occupied by deposition obligations. If there's new information you wish to discuss come Monday morning, I should be available then.

Thank you kindly,
Emily



**Emily R. Bammel**
Assistant State's Attorney– Conflicts Counsel Unit
Cook County State's Attorney's Office
p: 312.603.1426 | e: Emily.Bammel@cookcountysao.org

CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only.  This e-mail and any attachments might contain information that is confidential, legally privileged or otherwise protected or exempt from disclosure under applicable law.  If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments, copies thereof from your system.  If you are not the intended recipient, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited.  Your receipt of this message is not intended

Exhibit 4 Page 4

to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Office of the Cook County State's Attorney.

**From:** Emily Bammel
**Sent:** Thursday, August 6, 2026 3:28 PM
**To:** 'Patrick Morrissey' <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Elpitha Lambros <Elpitha.Lambros@cookcountysao.org>
**Subject:** RE: PA Trammell - Hernandez, 23 C 16970

Good Afternoon,

I have removed the other ASAs. I have added my supervising ASA, Elpitha Lambros, as need for scheduling, if necessary.

I have discussed with PA- Trammell and he is **not available on 8/17.** He is available to testify on Aug. 19.



**Emily R. Bammel**

Assistant State's Attorney– Conflicts Counsel Unit

Cook County State's Attorney's Office

p: 312.603.1426 | e: Emily.Bammel@cookcountysao.org

CONFIDENTIALITY NOTICE: This electronic mail message, including any attachments, is for the intended recipient(s) only. This e-mail and any attachments might contain information that is confidential, legally privileged or otherwise protected or exempt from disclosure under applicable law. If you are not a named recipient, or if you are named but believe that you received this e-mail in error, please notify the sender immediately by telephone or return e-mail and promptly delete this e-mail and any attachments, copies thereof from your system. If you are not the intended recipient, please be aware that any copying, distribution, dissemination, disclosure or other use of this e-mail and any attachments is unauthorized and prohibited. Your receipt of this message is not intended to waive any applicable privilege or claim of confidentiality, and any prohibited or unauthorized disclosure is not binding on the sender or the Office of the Cook County State's Attorney.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Thursday, August 6, 2026 2:46 PM
**To:** Jordan Yurchich <Jordan.Yurchich@cookcountysao.org>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Samuel D. Branum <branums@jbltd.com>; Maceo Dillard III <Maceo.Dillard@cookcountysao.org>; Emily Bammel <Emily.Bammel@cookcountysao.org>
**Subject:** RE: PA Trammell - Hernandez, 23 C 16970

**External Message Disclaimer**

This message originated from an external source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Ms. Bammel,

ASA Yurchich represented that defendants will produce PA Trammell. His e-mail, sent 7/25, is attached.

We will call PA Trammell on the first day of trial, 8/17. Can you please confirm that he will be produced on 8/17 by 1:00 pm?

Exhibit 4 Page 5

Thank you,

Pat Morrissey

---

**From:** Jordan Yurchich <Jordan.Yurchich@cookcountysao.org>
**Sent:** Thursday, August 6, 2026 2:06 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Samuel D. Branum <branums@jbltd.com>; Maceo Dillard III <Maceo.Dillard@cookcountysao.org>; Emily Bammel <Emily.Bammel@cookcountysao.org>
**Subject:** PA Trammell - Hernandez, 23 C 16970

Counsel,

Please be advised that PA Trammel is represented by ASA Emily Bammel (cc'd to this email).

Thanks,



**Jordan Yurchich**
ASA – Civil Actions Bureau, Civil Rights/Torts Litigation
Cook County State's Attorney's Office
p: 312.603.1902 | m: 414.881.1123

This communication is private and confidential and may be subject to attorney-client and/or work product privileges.  If you have received this message in error, please notify the sender and remove it from your system.

Exhibit 4 Page 6