## Patrick Morrissey

| | |
|---|---|
| **From:** | Patrick Morrissey |
| **Sent:** | Tuesday, August 11, 2026 5:27 PM |
| **To:** | 'Samuel D. Branum'; Thomas Morrissey; Mike Uher |
| **Cc:** | Jordan Yurchich (States Attoney); Maceo Dillard (States Attorney) |
| **Subject:** | RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits |

Counsel,

I write following our phone call today at about 5:00 pm. During this call, the defendants would not agree to begin their case in chief on Tuesday afternoon and allow plaintiff to complete his case in chief on Wednesday morning with PA Trammel and Plaintiff Mathis. During our call, we stated that plaintiffs expect to complete the presentation of witnesses quickly and efficiently, calling Ms. Stoner, Mr. Darr, CRW Hubbs and Mr. Hernandez Monday and Tuesday. We expect these witnesses to completed by Tuesday around lunchtime.

Defendants suggested that if plaintiffs finish their evidence by 1:00 pm that the Court may excuse the jury and either allow the parties to go home early or to complete other business. I suggested that this proposal is unlikely to be acceptable to the Court because we are expected to hold "long trial days."

Finally, we agreed to hold a video conference tomorrow at 3:00 pm.

Pat Morrissey

---

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Tuesday, August 11, 2026 1:28 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

We are available at 5pm.

Dial-in Number: 1-267-930-4000
Participant Code: 008-520-925

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Tuesday, August 11, 2026 12:22 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

1

Exhibit 5 Page 1

Mr. Branum,

I left you another voicemail this morning at approximately 9:45 a.m. regarding PA Trammell and the last-minute change in his availability for trial. The defense previously represented that PA Trammell was unavailable only on August 18 and August 20. *See* ASA Yurchich's July 25, 2026 email.

Because counsel for PA Trammell has now advised that Wednesday is the earliest he can testify, and because we intend to call Mr. Mathis immediately after PA Trammell, defendants may need to present portions of their case-in-chief out of order.

This issue is particularly significant because plaintiffs may complete their evidence by approximately noon on Tuesday. If that occurs, plaintiffs would otherwise be required to delay completion of their case until Wednesday solely because of the last-minute change in PA Trammell's availability. In light of that circumstance, would defendants have any objection to proceeding with their case-in-chief out of order on Tuesday afternoon, with plaintiffs completing their remaining evidence on Wednesday?

Please call me at 312-497-2451 so that we can discuss this important scheduling issue. I left you voicemail messages yesterday and again this morning, and I would appreciate speaking with you as soon as possible.

Pat Morrissey

---

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Tuesday, August 11, 2026 12:12 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

Given the number of witnesses, the time it will take for direct and cross on each witness, breaks, and lunches, we do not foresee any issue with you calling PA Trammell Wednesday morning.

---

**From:** Samuel D. Branum
**Sent:** Monday, August 10, 2026 6:15 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

We will discuss internally and give you our position as soon as we can.

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Monday, August 10, 2026 2:28 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

Exhibit 5 Page 2

Mr. Branum,

I left you another voicemail a few minutes ago in response to your email sent at 12:39 p.m. In that message, I advised that we expect to call Mr. Darr on Monday afternoon. Please confirm that he will be produced at that time.

I also requested to confer with you regarding PA Trammell. As you know, we previously conferred with you and ASA Yurchich and advised that we intend to call PA Trammell on the first day of trial. Our plan was to call PA Trammell and then have Mr. Mathis testify immediately thereafter. As I have mentioned, we anticipate that plaintiffs will rest on Tuesday.

The new information that PA Trammell is not available until Wednesday has created a last-minute issue for plaintiffs and requires us to reconsider our trial strategy and witness presentation. Given this scheduling issue, would defendants agree to present some of their witnesses in their case-in-chief on Tuesday out of order? We would then call PA Trammell on Wednesday morning, followed immediately by Mr. Mathis.

My voicemail this afternoon was intended to confer with you about whether we can reach an agreement on this approach. This is an important matter and I request that you return my call today.  You can reach my cell phone at (312) 497-2451.

Pat Morrissey

---

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Monday, August 10, 2026 12:39 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

I spoke with Mr. Darr, and he will appear at trial. What day will you be calling him?

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Monday, August 10, 2026 10:52 AM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

Mr. Branum,

I left you another voice mail message this morning regarding Mr. Darr being produced at trial.  He is a contractor for Cook County and also was disclosed by defense counsel as an expert in this case. Can you please return my call today regarding this matter?   You can reach me on my cell phone at 312 497 2451.

Exhibit 5 Page 3

Pat Morrissey

---

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Thursday, August 6, 2026 9:14 AM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

I will try reaching out to Mr. Darr. The last time I spoke with him, he told me he was represented by counsel.

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Wednesday, August 5, 2026 2:30 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

Mr. Branum,

I write after leaving you a voice mail message a few minutes ago regarding Carl Darr as a trial witness. I have reached out to the two attorneys (Matthew Crowl and Matthew Blumenreich) that you identified on 7/30 as Mr. Darr's current lawyers. Today, Mr. Matthew Bluemrich said that his firm does not represent Mr. Darr.

Is your office and/or your client in contact with Mr. Darr? If so, can you help facilitate his appearance at trial? He was previously discussed by the prior defense counsel under Rule 26(a)(1) initial disclosures and your clients also disclosed him as a retained expert. The prior lawyers for the Sheriff and County also coordinated with Mr. Darr for his deposition in this case.

Please return my call at 773-233-7901.

Thank you,

Pat Morrissey

---

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Thursday, July 30, 2026 1:06 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

Based on your motion, it appears uncertain whether you can guarantee Mathis' presence at trial. Is that correct? We do not object to the motion. It looks like you attached the wrong proposed writ.

4

Exhibit 5 Page 4

We are looking into whether Officer Marin is available for trial and will get back to you. We are not aware of any issues presenting the four witnesses you identified on 8/17 or 8/18, but we have requested confirmation.

Attorneys for Carl Darr: Matthew Crowl mcrowl@rshc-law.com; Matthew A. Blumenreich mblumenreich@rshc-law.com

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Thursday, July 30, 2026 8:47 AM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

Counsel,

I write to follow up on our request for the information how to contact Mr. Darr's attorney.  Last week Mr. Branum stated that Mr. Darr is represented by an attorney, but there has been no further information from defendants regarding how to contact him.

Also, will you please confirm the following witnesses are available on either 8/17 or 8/18:  Eric Davis, Lonnie Hollis, CRW Davis-Hubbs,  and TJ Tyrrell.   Will you please also tell us if you will arrange for Officer Marin to be present as a rebuttal witness?

Finally, attached please find a proposed motion and proposed orders for Mr. Mathis to appear at trial.  Will you please tell us by today whether this motion is opposed or unopposed?

Thank you,

Pat Morrissey

---

**From:** Patrick Morrissey
**Sent:** Wednesday, July 29, 2026 7:49 AM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

Counsel,

Attached please find an affidavit of service for Ms. Stoner.  A courtesy copy transmittal letter is also attached.

Defendants also told us yesterday that we can contact the following witnesses through defense counsel: Eric Davis, Lonnie Hollis, CRW Davis-Hubbs,  and TJ Tyrrell.  Please tell us by Friday whether there are any issues producing these witnesses on either 8/17 or 8/18.

We also identified Officer George Martin as a rebuttal witness.  Will defendants take responsibility to make him available as a rebuttal witness?  If not, we will locate an address and have our process server personally serve him.

Exhibit 5 Page 5

Finally, last week Mr. Branum said that Carl Darr is represented by a lawyer. Mr. Branum has not provided us with this lawyer's name or contact information. Will you please provide that information to us by tomorrow?

Pat Morrissey

---

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Tuesday, July 28, 2026 7:43 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

See attached.

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Tuesday, July 28, 2026 6:44 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

Here is the updated exhibit list identifying both parties exhibits.

---

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Tuesday, July 28, 2026 6:15 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

There are missing exhibits on your list. Can you add them so we can add all our objections at once instead of going back and forth multiple times?

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Tuesday, July 28, 2026 6:01 PM
**To:** Samuel D. Branum <branums@jbltd.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

Counsel,

Edits to defendants' exhibits are here. Can you please share defendants' objections to plaintiffs' exhibit list?

Pat Morrissey

Exhibit 5 Page 6

**From:** Samuel D. Branum <branums@jbltd.com>
**Sent:** Tuesday, July 28, 2026 1:45 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <Muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** RE: Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

Versions with exhibit labels have been uploaded.

**From:** Samuel D. Branum
**Sent:** Monday, July 27, 2026 5:21 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>; Mike Uher <muher@morrisseylawchicago.com>
**Cc:** Jordan Yurchich (States Attoney) <Jordan.Yurchich@cookcountysao.org>; Maceo Dillard (States Attorney) <maceo.dillard@cookcountysao.org>
**Subject:** Hernandez et al. v. Dart et al., 23-cv-16970 - Defendants' Trial Exhibits

Counsel,

Defendants' trial exhibits may be accessed here

We are still finalizing additional exhibits and will have them uploaded to that link.

Thank you,
Sam

Samuel D. Branum, Attorney at Law



33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
T: (312) 372-0770 | F: (312) 372-9818
**D: (312) 984-0272**
branums@jbltd.com | www.johnsonandbell.com

_____

All contents of this e-mail and any attachment are private & confidential. If received or viewed by anyone other than the intended recipient, neither this e-mail nor any attachments, or anything derived from these, may be used or passed on for any purpose whatsoever, and all materials must be destroyed and the sender notified immediately.

Exhibit 5 Page 7