# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Hernandez v. Dart et al          Case Number: 1:23-cv-16970

An appearance is hereby filed by the undersigned as attorney for:
Globetrotters Engineering Corporation

Attorney name (type or print):  Matthew C. Crowl

Firm:    Riley Safer Holmes & Cancila LLP

Street address:      1 S Dearborn St Ste 2200

City/State/Zip:    60603

Bar ID Number:  6201018          Telephone Number:    312.471.8700
(See item 3  in instructions)

Email Address: mcrowl@rshc-law.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.    ☐    Retained Counsel

☐    Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 12, 2026

Attorney signature:      S/ Matthew C. Crowl _____
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023