**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CUAUHTEMOC HERNANDEZ and WILLIAM MATHIS, | Case No. 23 CV 16970 |
| Plaintiffs, | Honorable Sunil R. Harjani |
| v. | |
| THOMAS DART and COOK COUNTY, ILLINOIS, | |
| Defendants. | |

**ORDER**

For the reasons stated on the record at the Final Pretrial Conference, the Court orders as follows on the parties' motions in limine.

Defendants' Unopposed Motions *in Limine* [195] are granted.

Defendants' Opposed Motions *in Limine* [196] are granted in part, denied in part, and deferred in part, as follows:

- Defendants' Motion *in Limine* No. 1 is granted in part and denied in part. The motion is denied as to four grievances which Plaintiffs shall identify for the limited purposes discussed on the record. The motion is otherwise granted.
- Defendants' Motion *in Limine* No. 2 is granted in part, denied in part, and deferred in part. The motion is granted with respect to issues related to Federal Rule of Evidence 407. Plaintiffs may explore knowledge related to the 2018, 2022, 2023, and 2024 reports. The remaining issues are deferred.
- Defendants' Motion *in Limine* No. 3 is granted in part and denied in part. Plaintiffs may call Carl Darr as a fact witness, but he may not provide expert opinions. The motion is granted as to Ellen Stoner and Gary Keclik.
- Defendants' Motion *in Limine* No. 4 is deferred.
- Defendants' Motion *in Limine* No. 5 is granted in part and denied in part. Plaintiffs' evidence of grievances is limited to the purposes identified in the Court's ruling on Defendant's Motion *in Limine* No. 1.
- Defendants' Motion *in Limine* No. 6 is unnecessary for the Court to decide on a motion *in limine* without additional context. The parties may raise the issue at trial.
- Defendants' Motion *in Limine* No. 7 is denied.
- Defendants' Motion *in Limine* No. 8 is deferred.
- Defendants' Motion *in Limine* No. 9 is unnecessary for the Court to decide on a motion *in limine*. The parties may raise any issues at trial.

- Defendants' Motion *in Limine* No. 10 is unnecessary for the Court to decide on a motion *in limine*. The parties may raise any issues at trial.
- Defendants' Motion *in Limine* No. 11 is denied without prejudice because it will depend on the particular witness. However, the Court has provided guidance about what is permissible for witness questioning.
- Defendants' Motion *in Limine* No. 12 granted in part and denied in part. Plaintiffs are limited to discussing the one lawsuit identified and only for the purposes addressed on the record.
- Defendants' Motion *in Limine* No. 13 is unnecessary for the Court to decide on a motion *in limine*. The parties may raise any issues at trial.
- Defendants' Motion *in Limine* No. 14 is deferred.
- Defendants' Motion *in Limine* No. 15 is deferred.
- Defendants' Motion *in Limine* No. 16 is deferred.

Plaintiffs' Motions *in Limine* [198] are granted in part, denied in part, and deferred in part, as follows:

- Plaintiffs' Motion *in Limine* No. 1 is deferred.
- Plaintiffs' Motion *in Limine* No. 2 is deferred. Plaintiffs may raise any issues at trial.
- Plaintiffs' Motion *in Limine* No. 3 is denied as to the admission of three convictions for the Plaintiffs under FRE 609(a).
- Plaintiffs' Motion *in Limine* No. 4 is granted.
- Plaintiffs' Motion *in Limine* No. 5 is deferred.
- Plaintiffs' Motion *in Limine* No. 6 is denied.

Plaintiffs' Motion for Leave to Adjust the Trial Order of Witnesses [212] is granted in part and denied in part. Dr. Trammel will testify on Wednesday, August 19, 2026, either in Plaintiff's case-in-chief or out of order if needed on Wednesday morning.

Non-Party Globetrotters Engineering Corporation's Opposed Motion to Quash Subpoena [214] is withdrawn.

**SO ORDERED.**

Dated: August 13, 2026

_____
Sunil R. Harjani
United States District Judge