## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Cuauhtemoc Hernandez, et al.

                              Plaintiff,

v.                                                      Case No.: 1:23–cv–16970
                                                        Honorable Sunil R. Harjani

Thomas Dart, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 14, 2026:

        MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held by telephone. As discussed on the record, Plaintiff's motion to exclude witnesses that were undisclosed/late disclosed shall be due by 8/17/2026, and Defendants shall respond by 8/18/2026. Plaintiffs moved for voluntary dismissal with prejudice of the Rehabilitation Act claims in the Amended Complaint, and without objection, the motion is granted and the Rehabilitation Act claims are dismissed with prejudice. Thus, for trial, the only remaining claims are the ADA and Illinois Civil Rights Remedies Restoration Act claims. The Court discussed the jury instructions on the record, without making any decisions, the parties shall meet and confer on the matter. Any amended jury instructions on the issues discussed can be sent to the Court's chambers email box over the weekend. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.