**Plaintiffs' Draft Instruction Regarding Court's Findings**

The Court has determined that the Cermak ramp and the RTU east tunnel ramp are not compliant with the federal accessibility standards pursuant to 28 C.F.R. 35.151(c). A building that was constructed after July 26, 1992, but prior to September 15, 2010, must comply with the 1991 Standards or Uniform Federal Accessibility Standards. A building constructed on or after September 15, 2010, and before March 15, 2012, must comply with the 1991 Standards, UFAS, or the 2010 Standards. A building constructed on or after March 15, 2012, must comply with the 2010 Standards."

The Court has determined that the Cermak ramp violated these standards because:

1. Under the 1991 Standards, the rise of ramp run can be a maximum of 30 inches and the Cermak ramp had a rise of 32.4 inches, which is 2.4 inches over the maximum permitted by the 1991 Standards.
2. A ramp with a rise greater than 6 inches must have handrails, and the handrails must extend 12 inches beyond the ramp. It is also undisputed that the handrails did not extend 12 inches beyond the ramp.

The Court has determined that the RTU east tunnel ramp violated these standards because:

1. The RTU east ramp has one landing that is 9 inches in length and another that is 57 inches in length. Under both the 1991 and 2010 Standards, the landing must be a minimum of 60 inches.
2. The last 4.27 feet of the upper ramp has a slope of 1:11, and the last foot of the lower ramp has a run that is steeper than the rest of the ramp with a slope of approximately 1:8.5 Under both the 1991 and 2010 Standards, a slope of a ramp cannot be steeper than 1:12.
3. The handrails only extend 7.4 inches beyond the lower ramp and 11.3 inches beyond the upper ramp. Under both standards, handrails must extend at least 12 inches beyond the ramp.

**Defendants' Draft Instruction Regarding Court's Findings**

On February 4, 2026, the Court determined that up until August 15, 2024, the last day either Plaintiff had a medical alert to use a cane, the Cermak ramp and the RTU east tunnel ramp were not compliant with the federal accessibility standards pursuant to 28 C.F.R. 35.151(c). A building that was constructed after July 26, 1992, but prior to September 15, 2010, must comply with the 1991 Standards or Uniform Federal Accessibility Standards. A building constructed on or after September 15, 2010, and before March 15, 2012, must comply with the 1991 Standards, UFAS, or the 2010 Standards. A building constructed on or after March 15, 2012, must comply with the 2010 Standards."

The Court has determined that the Cermak ramp violated these standards because:

3. Under the 1991 Standards, the rise of ramp run can be a maximum of 30 inches and the Cermak ramp had a rise of 32.4 inches, which is 2.4 inches over the maximum permitted by the 1991 Standards.
4. A ramp with a rise greater than 6 inches must have handrails, and the handrails must extend 12 inches beyond the ramp. It is undisputed that the handrails did not extend 12 inches beyond the ramp.

The Court has determined that the RTU east tunnel ramp violated these standards because:

4. The RTU east tunnel ramp has one landing that is 9 inches in length and another that is 57 inches in length. Under both the 1991 and 2010 Standards, the landing must be a minimum of 60 inches.
5. The last 4.27 feet at the top of the upper portion of the ramp has a slope of 1:11, and the last one foot at the very bottom of the lower portion of the ramp has a slope of 1:8.5 Under both the 1991 and 2010 Standards, the slope of a ramp cannot be steeper than 1:12.
6. The handrails only extend 7.4 inches beyond the lower ramp and 11.3 inches beyond the upper ramp. Under both standards, handrails must extend at least 12 inches beyond the ramp.

**Comparison of Draft Instruction Regarding Court's Findings**

On February 4, 2026, tThe Court has determined that up until August 15, 2024, the last day either Plaintiff had a medical alert to use a cane, the Cermak ramp and the RTU east tunnel ramp are were not compliant with the federal accessibility standards pursuant to 28 C.F.R. 35.151(c). A building that was constructed after July 26, 1992, but prior to September 15, 2010, must comply with the 1991 Standards or Uniform Federal Accessibility Standards. A building constructed on or after September 15, 2010, and before March 15, 2012, must comply with the 1991 Standards, UFAS, or the 2010 Standards. A building constructed on or after March 15, 2012, must comply with the 2010 Standards."

The Court has determined that the Cermak ramp violated these standards because:

5. Under the 1991 Standards, the rise of ramp run can be a maximum of 30 inches and the Cermak ramp had a rise of 32.4 inches, which is 2.4 inches over the maximum permitted by the 1991 Standards.
6. A ramp with a rise greater than 6 inches must have handrails, and the handrails must extend 12 inches beyond the ramp. It is also undisputed that the handrails did not extend 12 inches beyond the ramp.

The Court has determined that the RTU east tunnel ramp violated these standards because:

7. The RTU east tunnel ramp has one landing that is 9 inches in length and another that is 57 inches in length. Under both the 1991 and 2010 Standards, the landing must be a minimum of 60 inches.
8. The last 4.27 feet at the top of the upper portion of the ramp has a slope of 1:11, and the last one foot at the very bottom of the lower portion of the ramp has a ~~run that is steeper than the rest of the ramp with a~~ slope of ~~approximately~~ 1:8.5 Under both the 1991 and 2010 Standards, ~~a~~ the slope of a ramp cannot be steeper than 1:12.
9. The handrails only extend 7.4 inches beyond the lower ramp and 11.3 inches beyond the upper ramp. Under both standards, handrails must extend at least 12 inches beyond the ramp.