**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CUAUHTEMOC HERNANDEZ and WILLIAM MATHIS, | ) | |
| *Plaintiffs,* | ) | Case No. 23-cv-16970 |
| -*vs*- | ) | |
| THOMAS DART, Sheriff of Cook County, and COOK COUNTY, ILLINOIS, | ) | Judge Sunil R. Harjani<br>Magistrate Judge Keri L. Holleb Hotaling |
| *Defendants.* | ) | |

**DEFENDANTS' FIRST SUPPLEMENTAL DISCLOSURES**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Defendants, THOMAS J. DART, in his official capacity as Sheriff of Cook County, and COOK COUNTY, ILLINOIS, by their attorney EILEEN O'NEILL BURKE, State's Attorney of Cook County, through her Special Assistant State's Attorneys, JOHNSON & BELL, LTD., for their first supplemental disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure state as follows:

**FRCP 26(a)(1)**:

**26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment**:

1. Barbara Davis, PA-C
2. Salvador Martinez, PA-C
3. Glen Trammell, PA-C
4. Brittany Wilkins, PA-C

The above individuals are available through undersigned defense counsel. As Plaintiffs' medical providers on or around the time of the allegations in Plaintiffs' complaint, they are likely to have discoverable information regarding their interactions with Plaintiffs, their observations of Plaintiffs, the physical and medical condition of Plaintiffs, the medical care and treatment provided

to Plaintiffs, the medications prescribed and administered to Plaintiffs, the allegations in the complaint, and any other information obtained during the course of discovery in this matter.

5. Keeper of Records for Cook County Health, Cermak Health Services, or the John H. Stroger, Jr. Hospital of Cook County is likely to have discoverable information regarding the documents produced in discovery and records kept in the ordinary course of business and may authenticate Plaintiff's medical records. These representatives can be reached through undersigned counsel.

6. Keeper of Records for Cook County Sheriff's Office is likely to have discoverable information regarding the documents produced in discovery and records kept in the ordinary course of business and may authenticate Plaintiff's medical records. These representatives can be reached through undersigned counsel.

Investigation continues. This disclosure is not intended to be a final list of possible witnesses in this matter. Defendants reserve the right to supplement this disclosure as the investigation continues. Defendants also reserve the right to call any witness disclosed by Plaintiff or any other Defendant, or through documents produced by Plaintiff or any Defendant, at the trial of this matter.

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

Dated: March 7, 2026

/s/ *Samuel D. Branum*
Special Assistant State's Attorney

Monica Burkoth (burkothm@jbltd.com)
Samuel D. Branum (branums@jbltd.com)
Nelson A. Aydelotte (aydelotten@jbltd.com)
Johnson & Bell, Ltd.
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
(312) 372-0770

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on **March 7, 2026**, the foregoing document was served upon Plaintiff via electronic mail to the below named individuals:

Patrick William Morrissey
Thomas Gerald Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7900
Email: pwm@morrisseylawchicago.com
Email: tgm@morrisseylawchicago.com

/s/ *Samuel D. Branum*
Special Assistant State's Attorney