**Patrick Morrissey**

---

| | |
|---|---|
| **From:** | Jordan Yurchich <Jordan.Yurchich@cookcountysao.org> |
| **Sent:** | Tuesday, July 28, 2026 1:15 PM |
| **To:** | Thomas Morrissey; Patrick Morrissey |
| **Cc:** | Samuel D. Branum; Maceo Dillard III |
| **Subject:** | Witnesses List PTO - Hernandez, 23 C 16970 |

Counsel,

We plan to update the witness list with these treaters, fyi. I believe some of them are already included on the draft we sent.

Barbara Davis PA-C
Salvador Martinez PA-C
Rosetta Hunter RN
Diane Hsu MD
Brittany Wilkins PA-C
Daniel Daczrowski PA-C
Patrick Ennis MD
Glen Trammel PA-C

**Jordan Yurchich**
ASA - Civil Rights/Torts Litigation
Cook County State's Attorney's Office
p: 312.603.1902 | m: 414.881.1123

This communication is private and confidential and may be subject to attorney-client and/or work product privileges. If you have received this message in error, please notify the sender and remove it from your system.