**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
Plaintiff,
v.
Case No.: 1:23−cv−16970
Honorable Sunil R. Harjani
Thomas Dart, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 17, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: Jury trial begun and continued to 8/18/2026 at 9:00 a.m. As stated on the record, Plaintiff's motion to correct a clerical mistake pursuant to Rule 60(a) [220] is granted. Detailed Order to follow. Voir dire begun and concluded. Counsel shall arrive and be prepared to start by 8:30 a.m. in Courtroom 1925. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.