**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
Plaintiff,
v.
Case No.: 1:23−cv−16970
Honorable Sunil R. Harjani
Thomas Dart, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 18, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: Jury trial held and continued to 8/19/2026 at 9:00 a.m. in Courtroom 1925. Counsel shall arrive and be prepared to start by 8:30 a.m. Charging conference held. The order of writ for ad testificandum for Mr. Mathis shall continue through 8/20/2026 as his civil trial is still ongoing. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.