**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.

Plaintiff,

v.

Case No.: 1:23−cv−16970
Honorable Sunil R. Harjani

Thomas Dart, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 19, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: Jury trial held. Jury instructions given. Closing arguments were held. Jury deliberated and returned a verdict. Jury verdict in favor of Defendants Thomas Dart and Cook County, Illinois on the damages claims brought by Plaintiffs Hernandez and Mathis. Enter jury note. Enter Jury Verdict. The individual claims of the Plaintiffs for damages in this case are concluded. Plaintiff Mathis currently has a fully briefed motion for a permanent injunction relating to the following certified class: Pursuant to Rule 23(b)(2), all inmates at Cook County Jail prescribed a cane, crutch, or walker by a jail medical provider for a period of more than two weeks and who traversed either the Residential Treatment Unit east tunnel and/or the Cermak ramp. The Court is aware that Plaintiffs' and Defendants' counsel are in settlement negotiations with respect to the renovations of ramps at the Cook County Jail. The Court orders a status report on the progress of settlement negotiations by 10/20/2026, and tracking status is set for 10/27/2026 at 9:15 a.m. The Court also asks the parties to hold off filing motions on the remaining aspects of this case until then; it is time for everyone to regroup and determine whether the remaining aspects of this case can be settled and terminated more efficiently. As everyone now understands, and as completely aired out at trial, the ramps need to be fixed. It is best for everyone involved that they get fixed without further litigation and bring this matter to an end. In light of the jury verdict in defendants' favor, the motion for judgment as a matter of law [228] is stricken as moot. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.