# CERTIFICATION

In the matter of **1:23-cv-16970 – Hernandez v. Dart et al**, I have reviewed all documents provided in paper copies and contained in the flash drive associated with this certification and listed in the exhibit log below, and agree these exhibits are to be sent to the jury during deliberations through the Court's JERS system and in physical copy.

Plaintiffs 8-19-2026

Date

Defendants 8/19/26

Date

United States District Court
Exhibits Log: 1:23-cv-16970
*Hernandez v. Dart, et al.*, 8/19/2026

| Exhibit | Description |
|---|---|
| PX 1 | |
| PX 2 | |
| DX 32 | |
| PX 3 | Page 2 |
| PX 7 | |
| DX 102 | |
| DX 109 | |
| DX 120 | |
| DX 122 | |
| DX 129 | |
| DX 145 | |
| PX 100 | |
| PX 101 | |
| PX 102 | |
| PX 12 | |
| DX 33 | |
| PX 57 | Pages 5-7 |
| PX 98 | Pages 4-9 |
| DX 23 | Pages 19-20 |
| PX 34 | |
| DX 50 | |
| DX 53 | |
| DX 55 | |
| DX 58 | |
| DX 61 | |
| DX 62 | |
| DX 63 | |
| DX 66 | |
| DX 72 | |
| DX 74 | |
| DX 75 | |
| DX 77 | |
| DX 78 | |
| DX 79 | |
| DX 80 | |
| DX 83 | |
| DX 85 | |
| DX 87 | |
| DX 88 | |

| | |
|---|---|
| **DX 89** | |
| **PX 83** | |
| **PX 84** | |
| **PX 85** | |
| **PX 87** | |
| **PX 88** | |
| **PX 89** | |
| **DX 27** | |
| **DX 28** | |
| **DX 29** | |
| **DX 112** | |
| **DX 126** | |
| **DX 127** | |
| **DX 31** | |