**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
Plaintiff,
v.
Thomas Dart, et al.
Defendant.

Case No.: 1:23−cv−16970
Honorable Sunil R. Harjani

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 20, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: For the reasons stated in the Order entered this day, Defendants' Motion to Correct a Clerical Mistake [220] is granted. The Court will reissue its February 4, 2026 Memorandum Opinion and Order [175] *nunc pro tunc. Mailed notice(lxs, )*

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.