IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez and William Mathis, | ) | |
| *Plaintiffs,* | ) | 23-cv-16970 |
| *-vs-* | ) | Honorable Sunil R. Harjani |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) | |
| *Defendants.* | ) | |

**PLAINTIFFS' OPPOSED MOTION FOR REFERAL TO MAGISTRATE JUDGE WEISMAN FOR SETTLEMENT CONFERENCE**

Plaintiffs, by counsel, move this Court for a referral to Magistrate Judge Weisman to explore settlement.

Grounds for this motion are as follows:

1. After a three-day jury trial on the damages claims brought by Plaintiffs Hernandez and Mathis, the Court directed the parties to "regroup and determine whether the remaining aspects of this case can be settled and terminated more efficiently." Dkt. 229, Minute entry.

2. The parties are currently participating in settlement proceedings before Magistrate Judge Weisman in *Walker v. Dart*, Case No. 20-cv-261, and *Rogers v. Dart*, Case No. 24-cv-3739. *Walker* is a certified class action pending before Judge Rowland concerning whether the Cermak ramp complied with the ADA's structural accessibility standards for wheelchair-users. *Rogers*, also pending before Judge Rowland, is a certified class action alleging that Division 9 of the Cook

County Jail lacks showers and toilet facilities that comply with the federal accessibility standards.

3. Class Counsel respectfully requests that this case also be referred to Magistrate Judge Weisman for settlement discussions. Such a referral would promote judicial economy and conserve the parties' resources. Judge Weisman is already familiar with the factual and legal issues surrounding the Cermak ramp through the *Walker* litigation. Conducing settlement discussions before a single judicial officer will facilitate more efficient and coordinated resolution of the parties' remaining disputes.

4. Class Counsel shared a draft motion with defendants on August 27, 2026. On August 28, 2026, defendants' attorney, Mr. Samuel Branum, stated this motion is opposed.

It is therefore respectfully requested that the Court refer this case to Magistrate Judge Weisman to determine whether the remaining aspects of this case can be settled.

Respectfully submitted,

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773)233-7901
pwm@morrisseylawchicago.com

*an attorney for the plaintiff class*