**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.

Plaintiff,

v.

Case No.: 1:23−cv−16970
Honorable Sunil R. Harjani

Thomas Dart, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 28, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: Motion for referral [239] is denied. Judge Weisman is not the designated magistrate judge on this case so that poses a problem. It can be overcome, but then Defendant is not interested so the Court will not undertake that work without an agreement that both parties are interested in settlement. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.