**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
Plaintiff,
v.
Case No.: 1:23−cv−16970
Honorable Sunil R. Harjani
Thomas Dart, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: The Court has reviewed the joint status report [242] and notes the lack of progress on any settlement discussions. The Court has a pending motion for a permanent injunction as to the RTU ramp [190]. In this Court's view, this is the only matter that remains pending in this case. As to the issue classes, the issues have been decided in Plaintiff's favor, and there is nothing left for this Court to do. The Court only certified to decide those issues, and individual damages cases can be brought, if so desired, per Bennett. Once the permanent injunction has been decided, the Court intends to enter final judgment on the injunctive relief (if granted), the jury verdict for Defendants, and the issues decided in the Court's summary judgment motion for Plaintiff [175]. With the final judgment, the parties are then free to appeal any matter they wish. They are also free to bring any motions for fees or costs after that time. If the parties have a different view of the conclusion of this case, they may file any motion or status report by 11/20/26. The Court does not see the need to have discussions with the parties at this time, so the status hearing set for 10/27/26 is stricken and reset to 12/4/26 at 9:15 a.m. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Attorneys of record may not use speakerphones during the status hearing. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.