**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cuauhtemoc Hernandez, et al.
Plaintiff,
v.
Thomas Dart, et al.
Defendant.

Case No.: 1:23−cv−16970
Honorable Sunil R. Harjani

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 2, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: The parties are directed to meet and confer and determine what notice should be sent to the class about any recent developments. The parties must include this information in the upcoming status report. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.