**CUAUHTEMOC HERNANDEZ AND WILLIAM MATHIS V. THOMAS DART, SHERIFF OF COOK COUNTY AND COOK COUNTY, ILLINOIS,**

**CASE NO. 23-CV-16970**
**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

**YOU ARE RECEIVING THIS NOTICE BECAUSE RECORDS SHOW YOU WERE DETAINED AT COOK COUNTY DEPARTMENT OF CORRECTIONS AND ASSIGNED A CANE, CRUTCH, OR WALKER BY A JAIL MEDICAL PROVIDER FOR A PERIOD OF MORE THAN FOURTEEN CONSECUTIVE DAYS FROM DECEMBER 20, 2021 TO _[DATE OF ENTRY OF JUDGMENT]__**

**YOU MAY HAVE A CLAIM FOR INDIVIDUAL DAMAGES**

Cuauhtemoc Hernandez and William Mathis, former detainees at the Cook County Department of Corrections, filed this action alleging that the Cermak ramp and RTU east tunnel ramp failed to comply with the Structural Standards required by the Americans with Disabilities Act (ADA) and Rehabilitation Act (RA). United States District Judge Sunil R. Harjani entered an order that the case may proceed as a class action for the issue whether the Cermak ramp and RTU east tunnel ramp complied with those Structural Standards. The Court also appointed Thomas Morrissey and Patrick Morrissey of Thomas G. Morrissey, Ltd. as Class Counsel.

On February 5, 2026, the Court ruled on these issues and found that the Cermak ramp did not comply with the Structural Standards required by the ADA for the time period between December 20, 2021 and November 14, 2025. The Court also ruled that the RTU east tunnel ramp did not comply with the Structural Standards required by the ADA during the time period between February 13, 2022 and [enter date of entry of judgment]. As a member of the class, you are now eligible to proceed to seek money damages for injuries you may have suffered going up and down the Cermak ramp and/or the RTU east tunnel ramp.

**WHAT ARE YOUR OPTIONS AS A CLASS MEMBER**

| | |
|---|---|
| **Option 1** | If you wish to pursue money damages for injuries you suffered while using the Cermak ramp and/or the RTU east tunnel ramp, you must file an individual lawsuit in state or federal court. You may hire a lawyer to represent you, or you may represent yourself.<br><br>If you file your lawsuit in federal court, it should be filed in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.<br><br>Your complaint should identify you as a member of the *Hernandez v. Dart*, No. 23-cv-16970, class action and describe how you were injured while using the Cermak ramp and/or the RTU east tunnel ramp.<br><br>You will be responsible for paying any filing fees required to initiate your lawsuit and any other litigation expenses you incur. You must file your individual lawsuit by [insert date – Class Counsel proposes two years after |

| | |
|---|---|
| | the date this notice is sent out to track the two year statute of limitations in a federal claim] to preserve your right to pursue money damages.<br><br>Class Counsel, Thomas G. Morrissey, Ltd., was appointed by the Court to litigate the certified class claims. Class Counsel successfully litigated the certified class issues but is not obligated to represent individual class members in separate lawsuits seeking money damages. |
| **Option 2** | If you do nothing, you will not be able to pursue an individual lawsuit for money damages for injuries you suffered while using the Cermak ramp between December 20, 2021, and November 14, 2025, or while using the RTU east tunnel ramp between February 13, 2022, and [date of entry of judgment]. You will lose the right to pursue those damages through an individual lawsuit. |

**QUESTIONS?**

If you have any questions regarding this notice, please contact Class Counsel. You may call, e-mail or mail them a letter. Their contact information is below:

THOMAS G. MORRISSEY, LTD.
ATTN: Thomas Morrissey or Patrick Morrissey
10257 S. Western Ave. Chicago, IL 60643
Telephone (773) 238-4235
Email: paralegal@morrisseylawchicago.com

**TO REVIEW THE CASE FILE**

The court file in this case is available for examination in the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois between the hours of 9:00 a.m. and 4:30 p.m. Monday through Friday.

**ADDITIONAL INFORMATION**

For a copy of the Court's summary judgment memorandum opinion and order or to review an electronic version of this form, you may visit: ________________[a website to be created by Atticus that will have this notice and provide a copy of the Court's summary judgment memorandum opinion and order ].