ATTICUS SMART | ACCOUNTABLE | BETTER CLASS ACTION ADMINISTRATION

# Project Status Report

Hernandez v Dart

## UPCOMING KEY DATES

| Item | Date | Projected Date |
|---|---|---|
| Exclusion Deadline | 8/25/2025 | ☐ |
| Objection Deadline | 8/25/2025 | ☐ |

## OUTGOING MAIL

**Mailed Notice**

6/27/2025

**1,253**

## RETURN MAIL

| Total Returned Mail | Forwarding<br>Mail Returned by USPS with Forwarding Address | Undeliverable<br>Mail returned by USPS and Skip Trace is Required |
|---|---|---|
| **458** | 1 | 457 |

## UNDELIVERABLE MAIL SUMMARY

| Total Undeliverable Notice Records | Records Sent to Trace and Address Update Received | Record Sent to Trace and No New Address Obtained | Records Not Sent to Trace | |
|---|---|---|---|---|
| | | | Not Traced | 2nd Remail |
| **457** | 30 | 417 | 10 | 2 |

## NOTICE REMAILS

| Total Remail Notices | Forwarding<br>Notices Remailed to USPS Forwarding Addresses | Undeliverable<br>Notices Remailed to Address Obtained from Skip Trace |
|---|---|---|
| **31** | 1 | 30 |

## OPT INS/OUTS & OBJECTIONS

| Opt Outs | Valid | Invalid | Objections |
|---|---|---|---|
| 8/25/2025 | | | 8/25/2025 |
| **0** | 0 | 0 | 0 |