Atticus Administration, LLC
Pat McFadden – Co-CEO

**Hernandez v Dart [Notice Only]**

Prepared for

**Patrick W. Morrissey | Attorney**
pwm@morrisseylawchicago.com
P: 773.233.7901

Thomas G. Morrissey, Ltd.
10257 S. Western Avenue
Chicago, IL 60643

ATTICUS
SMART | ACCOUNTABLE | BETTER
Class Action Administration

# Estimate E2026-10-E39

## Hernandez v Dart [Notice Only]

Prepared on October 27, 2026
By Pat McFadden | Atticus Administration LLC

# Estimate Summary

## Atticus Services & Cost Description

| Description | |
|---|---|
| NOTICE MAILING – Mailed First Class | $6,080 |
| *Initial notice (1-2 pages)* | Included |
| *Undeliverable, return mail processing* | Included |
| *Skip-tracing of undeliverable notices, remails* | Included |
| *English only* | Included |
| PROJECT MANAGEMENT, ADMIN FEES, TECHNICAL | $2,620 |
| *Static, information-only website* | Included |
| *Final reporting to client and mailing statistics* | Included |

**TOTAL:** **$8,700**

## Key Assumptions

- Class Size: **1,600 class members.**
- Print and mailed notices to all class members.
- Data review, cleansing, compiling and preparing file for mailing; including NCOA and skip-tracing service for updated addresses.
- Static, information-only website to host court documents and notice.
- No telephony services.

PRINT NAME

ROLE

Client Signature

Date

*By signing above, I understand and agree to the pricing terms and services to be provided by Atticus Administration for the stated project.*

*PLEASE NOTE: This estimate and pricing is for the services stated herein and is valid for 30 days from the date of the estimate. If the Settlement Agreement or other service scope document(s) require additional services not included or priced in this estimate, we will separately price those scope changes and submit an updated quote prior to proceeding with the work*

***Payment Terms:***
*NET Payable at Notice Mailing*

*Click HERE for Atticus' Terms and Conditions of Sale*

# Thank you

ATTICUS

Pat McFadden – Co-CEO

612-991-9199 (Cell)
pmcfadden@atticusadmin.com

1295 Northland Drive, Suite 300
St. Paul, MN 55120